United States Bankruptcy Court ---------- VOLUNTARY PETITION
DISTRICT OF MARYLAND
BALTIMORE

| IN RE | NAME OF JOINT DEBTOR |
|---|---|
| **Travelstead, G. Ware** | NO JOINT DEBTOR |
| ALL OTHER NAMES | ALL OTHER NAMES |
| None | N/A |
| SOC. SEC./TAX I.D. NO. | SOC. SEC./TAX I.D. NO. |
| **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** | |
| STREET ADDRESS OF DEBTOR | STREET ADDRESS OF JOINT DEBTOR |
| **4474 Boone Creek Road** | N/A |
| **Oxford, MD 21654** | |
| COUNTY       TEL- **(410) 226-5252** | COUNTY       TEL- N/A |
| **Talbot** | N/A |
| MAILING ADDRESS OF DEBTOR | MAILING ADDRESS OF JOINT DEBTOR |
| **4474 Boone Creek Road** | N/A |
| **Oxford, MD 21654** | |

*00295372    $800.00*

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR
N/A

VENUE
Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

---------- INFORMATION REGARDING DEBTOR ----------

TYPE: **Individual**
NATURE: **Business**
A. TYPE OF BUSINESS
**Other Business**

B. BRIEFLY DESCRIBE NATURE OF BUSINESS
**Executive**

CHAPTER OF BANKRUPTCY CODE
UNDER WHICH THE PETITION
~~IS~~
FILING FEE
Attached

STATISTICAL/ADMINISTRATIVE INFORMATION---
Debtor estimates that, after any exempt property excluded and administrative expenses paid, NO funds will be available for distribution to unsecured creditors.

------------------ range -- (sard code)-
  NO. OF CREDITORS **16-49**           (2)
 ASSETS (thousands) **Under 50**       (1)
LIABIL. (thousands) **1000-9999**      (5)
   NO. OF EMPLOYEES **0**              (1)
EQUITY SEC. HOLDERS **0**              (1)

ATTORNEY NAME(S)/ADDRESS
**Paul M. Nussbaum**

Bar #**04394**
**Whiteford, Taylor & Preston**
**7 St. Paul Street**
**Suite 1400**
**Baltimore, MD 21202**

**(410) 347-8700**
**Stephen F. Fruin**

THIS SPACE FOR COURT USE ONLY

```
Name of Debtor:                                    Case No.:
Travelstead, G. Ware                               96-
```
---
```
  Debtor intends to file a plan within the time allowed by statute,
  rule, or order of the court.
  --------- PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS ----------
  Location Where Filed ---------------- Case Number ---- Date Filed ---
  No Prior Bankruptcies

  - PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE -
  Name of Debtor ----------------------- Case Number ---- Date Filed ---
  No Pending Bankruptcies

  Relationship ------- District ------------ Judge ---------------------


  ------------------------- REQUEST FOR RELIEF -----------------------
  Debtor is eligible for and requests relief in accordance with the
  chapter of title 11 United States Code specified in this petition.
  -------------------------- SIGNATURES -------------------------------
  Attorney signature                         Date   5/30/96
  ------------------ INDIVIDUAL OR JOINT DEBTOR(S) --------------------
  I declare under penalty of perjury that the information provided in
  this petition is true and correct.

  Signature of Debtor                        Signature of Joint Debtor
  Date:   5/30/96                            Date:
  ------------------------- EXHIBIT A ---------------------------------
  | | Exhibit A is attached and made a part of this petition.
  ----- INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS ------
  I am aware that I may proceed under Chapter 7, 11, 12, or 13 of title
  11, U.S.C., understand the relief available under such chapter, and
  choose to proceed under chapter 7 of such title.  If I am represented
  by an attorney, Exhibit B has been completed.

  Signature of Debtor                        Signature of Joint Debtor
  Date:                                      Date:
  ------------------------- EXHIBIT B ---------------------------------
  I, the attorney for the debtor(s) named in the foregoing petition,
  declare that I have informed the debtor(s) that the debtor(s) may
  proceed under chapter 7, 11, 12, or 13 of title 11 United States
  Code, and have explained the relief available under such chapter.
                                                 5/30/96
  Signature of Attorney                      Date
  ---------------------------------------------------------------------
```

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MARYLAND
BALTIMORE

In re                                               Case No.: 96-
**G. Ware Travelstead**
Debtor                                              Chapter: **11**
Social Security No.: **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**

### Creditors Holding the 20 Largest Unsecured Claims

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. This list does not include (1) persons who come within the definition of insider set forth in 11 U.S.C. sec. 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address including zip code | Name, telephone number, and complete mailing address including zip code of employee, agent, or department of creditor familiar with claim who may be contacted | Amount of claim |
|---|---|---|
| Nature of claim (trade debt, bank loan, type of judgment, etc.) | | |
| Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | | |

Creditor:                          Contact person:              Claim:      **187,818.77**
**Duker & Barrett**
**1585 Broadway**
**NY, NY 10036**
Nature of claim:
Claim is:                          **Fixed and Liquidated.**
Claiming setoff of:                **0.00**


Creditor:                          Contact person:              Claim:      **145,000.00**
**Internal Revenue Service**
**Federal Building, Rm 118**
**Attn: D.F. Warren**
**251 N. Main Street**
**Winston-Salem, NC 27101**
Nature of claim:                   **1993 Federal taxes (Amended).**
Claim is:                          **Fixed and Liquidated.**
Claiming setoff of:                **0.00**

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MARYLAND
BALTIMORE

In re                                          Case No.: 96-
G. Ware Travelstead
Debtor                                         Chapter: 11
Address:
4474 Boone Creek Road
Oxford, MD 21654

Social Security No.: 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

## Numbered Listing of Creditors

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 1. Action Legal Video<br>132 Nassau Street<br>Suite 400<br>NY, NY 10038 | Unsecured claims | 397.00 |
| 2. Airtouch Cellular - LA<br>Department 6080<br>L.A., CA 90088-6080 | Unsecured claims | 806.86 |
| 3. American Express<br>Platinum<br>Suite 0001<br>Chicago, IL 60679-0001 | Unsecured claims | 104,214.76 |
| 4. American Express<br>Centurion Bank<br>c/o The Optima Account<br>Box 1407<br>Newark, NJ 07101-1407 | Unsecured claims | 9,744.45 |
| 5. American Express - Gold<br>Suite 0001<br>Chicago, IL 60679-0001 | Unsecured claims | 18,070.84 |
| 6. Asprey<br>725 Fifth Avenue<br>NY, Ny 10022 | Unsecured claims | 1,000.00 |
| 7. BMW Financial Services<br>c/o BMW of America<br>Montvale, NJ | Unsecured claims | 1,063.32 |

In re **Travelstead, G.** are 6-
 Debtor                                                                 Case No. (if known)

| | | |
|---|---|---:|
| 8. Bankcard Center<br>P.O. Box 580301<br>Charlotte, NC 28258-0301<br><br>5438-9210-3400-3614 | Unsecured claims | 9,111.42 |
| 9. Bankcard Center<br>P. O. Box 580301<br>Charlotte, NC 28258-0301<br><br>4251-1610-3400-3978 | Unsecured claims | 9,588.22 |
| 10. Bankcard Services<br>P.O. Box 84000<br>Seattle, WA 98184-1100<br><br>0586-354-248 | Unsecured claims | 16,698.26 |
| 11. Cacace Tusch & Santagata<br>777 Summer Street<br>P. O. Box 15859<br>Stamford, CT 06901-0859 | Unsecured claims | 73,824.23 |
| 12. Citibank<br>Box 6500<br>Sioux Falls, SD 57117<br><br>4128-0021-5822-5701 | Unsecured claims | 6,457.58 |
| 13. Citibank<br>Box 6500<br>Sioux Falls, SD 57117<br><br>5424-1802-7826-9177 | Unsecured claims | 3,661.15 |
| 14. Colucci Investigations<br>P.O. Box 2026<br>Stamford, CT 06906-0026 | Unsecured claims | 291.50 |
| 15. Duker & Barrett<br>1585 Broadway<br>NY, NY 10036 | Unsecured claims | 187,818.77 |
| 16. Eagle Transfer Corp.<br>40 Laight Street<br>NY, NY 10013-2108 | Unsecured claims | 548.02 |

Page 2

In re **Travelstead, G. Ware**  -6-
Debtor                              Case No. (if known)

| | | |
|---|---|---:|
| 17. First Interstate Bank<br>P. O. Box 34770<br>Seattle, WA 98124-1770 | Unsecured claims | 1,220.72 |
| 18. Hedleys Humpers<br>Units 2 & 4<br>97 Victoria Road<br>London, NW10 6ND | Unsecured claims | 23,824.66 |
| 19. Hilton Hotel<br>Logan International<br>Airport<br>East Boston, MA 02128 | Unsecured claims | 10.66 |
| 20. Homestead Gardens<br>Central Avenue, Rt. 214<br>P.O. Box 189<br>Davidsonville, MD 21035 | Unsecured claims | 35,820.65 |
| 21. Wolfgang Hoyt<br>18 West 27th Street<br>NY, NY 10001 | Unsecured claims | 785.90 |
| 22. Internal Revenue Service<br>Federal Building, Rm 118<br>Attn: D.F. Warren<br>251 N. Main Street<br>Winston-Salem, NC 27101 | Priority claims -<br>taxes and other debts<br>owed to governmental<br>units | 145,000.00 |
| 23. Kamanitz, Uhlfelder & P.<br>Attn: Lawrence Kamanitz<br>Executive Ctr./Hooks La.<br>4 Reservoir Circle<br>Baltimore, MD 21208 | Unsecured claims | 62,000.00 |
| 24. Manhattan Reporting<br>132 Nassau Street<br>NY, NY 10038 | Unsecured claims | 997.20 |
| 25. Manhattan Reporting Corp<br>132 Nassau Street<br>NY, NY 10038 | Unsecured claims | 979.95 |

Page 3

In re **Travelstead, G. Ware**
    Debtor                                                   96-
                                                     Case No. (if known)

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I, **G. Ware Travelstead,** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **Numbered Listing of Creditors**, consisting of 6 sheets (including this declaration), and that it is true and correct to the best of my information and belief.

Signature: _/s/ G. Ware Travelstead_          Date: _5/30/96_
    **G. Ware Travelstead**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

In re                                    Case No.: 96- 5 4979- SD
**G. Ware Travelstead**
Debtor                                   Chapter: 11
Social Security No.: 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

## Creditors Holding the 20 Largest Unsecured Claims

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. This list does not include (1) persons who come within the definition of insider set forth in 11 U.S.C. sec. 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

```
===================================================================
| Name of creditor and    | Name, telephone number,     |          |
| complete mailing        | and complete mailing        |          |
| address including zip   | address including zip code  |          |
| code                    | of employee, agent, or      |          |
|                         | department of creditor      |          |
|                         | familiar with claim who     |          |
|                         | may be contacted            |          |
|                         |                             | Amount of claim
|-------------------------------------------------------|
| Nature of claim (trade debt, bank loan, type of       |
| judgment, etc.)                                       |
|-------------------------------------------------------|
| Indicate if claim is contingent, unliquidated,        |
| disputed, or subject to setoff                        |
===================================================================
```

Creditor:                      Contact person:           Claim:    187,818.77
**Duker & Barrett**
**1585 Broadway**
**NY, NY 10036**
Nature of claim:
Claim is:                      **Fixed and Liquidated.**
Claiming setoff of:            0.00


Creditor:                      Contact person:           Claim:    145,000.00
**Internal Revenue Service**
**Federal Building, Rm 118**
**Attn: D.F. Warren**
**251 N. Main Street**
**Winston-Salem, NC 27101**
Nature of claim:               **1993 Federal taxes (Amended).**
Claim is:                      **Fixed and Liquidated.**
Claiming setoff of:            0.00

In re **Travelstead, G**    	        	                         96
        Debtor                                                   Case No. (if known)

| | | | |
|---|---|---|---|
| Creditor:<br>American Express<br>Platinum<br>Suite 0001<br>Chicago, IL 60679-0001<br>Nature of claim:<br>Claim is:<br>Claiming setoff of: | Contact person:<br><br><br><br><br><br>Fixed and Liquidated.<br>0.00 | Claim: | 104,214.76 |
| Creditor:<br>North Carolina<br>Department of Revenue<br>P. O. Box 25000<br>Raleigh, NC 27640-0150<br>Nature of claim:<br>Claim is:<br>Claiming setoff of: | Contact person:<br><br><br><br><br>1993 North Carolina taxes (Amended).<br>Fixed and Liquidated.<br>0.00 | Claim: | 97,801.00 |
| Creditor:<br>Rollins Hudig Hall<br>3334 Healy Drive<br>Suite 301<br>Winston-Salem, NC 27114<br>Nature of claim:<br>Claim is:<br>Claiming setoff of: | Contact person:<br><br><br><br><br><br>Fixed and Liquidated.<br>0.00 | Claim: | 74,443.00 |
| Creditor:<br>Cacace Tusch & Santagata<br>777 Summer Street<br>P. O. Box 15859<br>Stamford, CT 06901-0859<br>Nature of claim:<br>Claim is:<br>Claiming setoff of: | Contact person:<br><br><br><br><br><br>Fixed and Liquidated.<br>0.00 | Claim: | 73,824.23 |
| Creditor:<br>Kamanitz, Uhlfelder & P.<br>Attn: Lawrence Kamanitz<br>Executive Ctr./Hooks La.<br>4 Reservoir Circle<br>Baltimore, MD 21208<br>Nature of claim:<br>Claim is:<br>Claiming setoff of: | Contact person:<br><br><br><br><br><br><br>Fixed and Liquidated.<br>0.00 | Claim: | 62,000.00 |

Page 2

In re **Travelstead, G** ~~Tarr~~  96~~~~
Debtor                                                  C~~~~ No. (if known)

| | | | |
|---|---|---|---|
| Creditor:<br>**Shearman & Sterling**<br>**599 Lexington Avenue**<br>**NY, NY 10022-6069**<br>Nature of claim:<br>Claim is:<br>Claiming setoff of: | Contact person:<br><br><br><br><br>**Fixed and Liquidated.**<br>0.00 | Claim: | 56,971.25 |
| Creditor:<br>**New York State Dept of**<br>**Taxation and Finance**<br>**Audit Div Central Office**<br>**WA Harriman State Campus**<br>**Albany, NY 12227-0001**<br>Nature of claim:<br>Claim is:<br>Claiming setoff of: | Contact person:<br><br><br><br><br><br>1993 New York State taxes (Amended).<br>**Fixed and Liquidated.**<br>0.00 | Claim: | 40,556.00 |
| Creditor:<br>**Homestead Gardens**<br>**Central Avenue, Rt. 214**<br>**P.O. Box 189**<br>**Davidsonville, MD 21035**<br>Nature of claim:<br>Claim is:<br>Claiming setoff of: | Contact person:<br><br><br><br><br>**Fixed and Liquidated.**<br>0.00 | Claim: | 35,820.65 |
| Creditor:<br>**The Mark Hotel**<br>**Madison Avenue**<br>**at East 77th Street**<br>**NY, NY 10021**<br>Nature of claim:<br>Claim is:<br>Claiming setoff of: | Contact person:<br><br><br><br><br>**Fixed and Liquidated.**<br>0.00 | Claim: | 35,055.51 |
| Creditor:<br>**O'Melveny & Myers**<br>**Citicorp Center**<br>**153 East 53rd Street**<br>**NY, NY 10022-4611**<br>Nature of claim:<br>Claim is:<br>Claiming setoff of: | Contact person:<br><br><br><br><br>**Fixed and Liquidated.**<br>0.00 | Claim: | 25,696.36 |

| | | | |
|---|---|---|---|
| Creditor:<br>**Hedleys Humpers**<br>**Units 2 & 4**<br>**97 Victoria Road**<br>**London, NW10 6ND**<br>Nature of claim:<br>Claim is:<br>Claiming setoff of: | Contact person:<br><br><br><br><br><br>**Fixed and Liquidated.**<br>0.00 | Claim: | 23,824.66 |
| Creditor:<br>**The Bank of New York**<br>**P. O. Box 748**<br>**Harrison, NY 10528**<br>Nature of claim:<br>Claim is:<br>Claiming setoff of: | Contact person:<br><br><br><br><br>**Fixed and Liquidated.**<br>0.00 | Claim: | 22,452.93 |
| Creditor:<br>**Oberstein, Kibre**<br>**& Horwitz**<br>**1999 Avenue of the Stars**<br>**Suite 1850**<br>**L.A., CA 90067-6050**<br>Nature of claim:<br>Claim is:<br>Claiming setoff of: | Contact person:<br><br><br><br><br><br><br>**Fixed and Liquidated.**<br>0.00 | Claim: | 20,482.19 |
| Creditor:<br>**American Express - Gold**<br>**Suite 0001**<br>**Chicago, IL 60679-0001**<br>Nature of claim:<br>Claim is:<br>Claiming setoff of: | Contact person:<br><br><br><br><br>**Fixed and Liquidated.**<br>0.00 | Claim: | 18,070.84 |
| Creditor:<br>**Bankcard Services**<br>**P.O. Box 84000**<br>**Seattle, WA 98184-1100**<br>Nature of claim:<br>Claim is:<br>Claiming setoff of: | Contact person:<br><br>P.O. Box 84000<br>Seattle, WA 98184-1100<br><br>**Fixed and Liquidated.**<br>0.00 | Claim: | 16,698.26 |

In re **Travelstead, G**        
       Debtor                                                           Case No. (if known)

Creditor:                         Contact person:              Claim:        9,744.45
**American Express**
**Centurion Bank**
**c/o The Optima Account**
**Box 1407**
**Newark, NJ 07101-1407**
Nature of claim:
Claim is:                         **Fixed and Liquidated.**
Claiming setoff of:               **0.00**


Creditor:                         Contact person:              Claim:        9,588.22
**Bankcard Center**
**P. O. Box 580301**
**Charlotte, NC 28258-0301**
Nature of claim:
Claim is:                         **Fixed and Liquidated.**
Claiming setoff of:               **0.00**


Creditor:                         Contact person:              Claim:        9,111.42
**Bankcard Center**
**P.O. Box 580301**                **P.O. Box 580301**
**Charlotte, NC 28258-0301**       **Charlotte, NC 28258-0301**
Nature of claim:
Claim is:                         **Fixed and Liquidated.**
Claiming setoff of:               **0.00**

Page 5

In re **Travelstead, G. Ware**
    Debtor                                                              Case No. (if known)

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I, **G. Ware Travelstead**, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **List of 20 Largest Unsecured Claims**, consisting of 6 sheets (including this declaration), and that it is true and correct to the best of my information and belief.

Signature: _____      Date: 5/30/96
            **G. Ware Travelstead**