IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

In Re:                                    *

**G. WARE TRAVELSTEAD,**         *         Case No.

      Debtor                   *         Chapter 11

   *   *   *   *   *   *   *

## DISCLOSURE OF COMPENSATION

G. Ware Travelstead, debtor and debtor-in-possession herein (the "Debtor"), has agreed, subject to this Court's approval, to retain Whiteford, Taylor & Preston ("WT&P") as attorneys for the Debtor under a general retainer.

WT&P has received the sum of Fifty thousand dollars ($50,000.00) as a retainer towards future services to be rendered and expenses to be incurred by WT&P in this Chapter 11 case, with the understanding that this amount will be applied toward the actual fee earned herein. The Debtor has also agreed to pay an additional retainer of Fifty thousand dollars ($50,000.00) within 60 days of the commencement of these proceedings.

WT&P's fee will be based upon the time spent and the customary hourly rate of WT&P in rendering services to the Debtor.

WT&P is also entitled to be reimbursed by the Debtor for any out-of-pocket expenses incurred by WT&P in connection with this case. If the actual fee determined by WT&P is less than the amount previously paid, the balance will be returned to the Debtor.

If the actual fee determined by WT&P exceeds the amount paid, WT&P may request additional compensation to be paid out of the assets of the Debtor's estate.

WT&P has not shared or agreed to share any compensation received or to be received in this matter with any other person.

Dated:  May 30 , 1996

                                         /s/ Stephen F. Fruin
Paul M. Nussbaum, Bar No. 04394
Stephen F. Fruin, Bar No. 08456
Whiteford, Taylor & Preston, L.L.P.
7 St. Paul Street;   Suite 1400
Baltimore, Maryland  21202-1626
(410) 347-8700

Attorneys for the Debtor

997153

In re Travelstead, G████are                                        96-
       Debtor                                                       Case No. (if known)

| | | | |
|---|---|---|---|
| Creditor:<br>American Express Platinum<br>Suite 0001<br>Chicago, IL 60679-0001<br>Nature of claim:<br>Claim is:<br>Claiming setoff of: | Contact person:<br><br><br><br><br>Fixed and Liquidated.<br>0.00 | Claim: | 104,214.76 |
| Creditor:<br>North Carolina Department of Revenue<br>P. O. Box 25000<br>Raleigh, NC 27640-0150<br>Nature of claim:<br>Claim is:<br>Claiming setoff of: | Contact person:<br><br><br><br>1993 North Carolina taxes (Amended).<br>Fixed and Liquidated.<br>0.00 | Claim: | 97,801.00 |
| Creditor:<br>Rollins Hudig Hall<br>3334 Healy Drive<br>Suite 301<br>Winston-Salem, NC 27114<br>Nature of claim:<br>Claim is:<br>Claiming setoff of: | Contact person:<br><br><br><br><br>Fixed and Liquidated.<br>0.00 | Claim: | 74,443.00 |
| Creditor:<br>Cacace Tusch & Santagata<br>777 Summer Street<br>P. O. Box 15859<br>Stamford, CT 06901-0859<br>Nature of claim:<br>Claim is:<br>Claiming setoff of: | Contact person:<br><br><br><br><br>Fixed and Liquidated.<br>0.00 | Claim: | 73,824.23 |
| Creditor:<br>Kamanitz, Uhlfelder & P.<br>Attn: Lawrence Kamanitz<br>Executive Ctr./Hooks La.<br>4 Reservoir Circle<br>Baltimore, MD 21208<br>Nature of claim:<br>Claim is:<br>Claiming setoff of: | Contact person:<br><br><br><br><br><br>Fixed and Liquidated.<br>0.00 | Claim: | 62,000.00 |

Page 2

In re Travelstead, G⬤ ⬤are                                              96-
         Debtor                                                    Case No. (if known)

| | | | |
|---|---|---|---|
| Creditor:<br>**Shearman & Sterling**<br>**599 Lexington Avenue**<br>**NY, NY 10022-6069**<br>Nature of claim:<br>Claim is:<br>Claiming setoff of: | Contact person:<br><br><br><br><br>**Fixed and Liquidated.**<br>**0.00** | Claim: | **56,971.25** |
| Creditor:<br>**New York State Dept of**<br>**Taxation and Finance**<br>**Audit Div Central Office**<br>**WA Harriman State Campus**<br>**Albany, NY 12227-0001**<br>Nature of claim:<br>Claim is:<br>Claiming setoff of: | Contact person:<br><br><br><br><br><br>**1993 New York State taxes (Amended).**<br>**Fixed and Liquidated.**<br>**0.00** | Claim: | **40,556.00** |
| Creditor:<br>**Homestead Gardens**<br>**Central Avenue, Rt. 214**<br>**P.O. Box 189**<br>**Davidsonville, MD 21035**<br>Nature of claim:<br>Claim is:<br>Claiming setoff of: | Contact person:<br><br><br><br><br><br>**Fixed and Liquidated.**<br>**0.00** | Claim: | **35,820.65** |
| Creditor:<br>**The Mark Hotel**<br>**Madison Avenue**<br>**at East 77th Street**<br>**NY, NY 10021**<br>Nature of claim:<br>Claim is:<br>Claiming setoff of: | Contact person:<br><br><br><br><br><br>**Fixed and Liquidated.**<br>**0.00** | Claim: | **35,055.51** |
| Creditor:<br>**O'Melveny & Myers**<br>**Citicorp Center**<br>**153 East 53rd Street**<br>**NY, NY 10022-4611**<br>Nature of claim:<br>Claim is:<br>Claiming setoff of: | Contact person:<br><br><br><br><br><br>**Fixed and Liquidated.**<br>**0.00** | Claim: | **25,696.36** |

In re **Travelstead, G▮▮are**                                                  ▮96-
         Debtor                                                                       Case No. (if known)

| | | | |
|---|---|---|---|
| Creditor:<br>**Hedleys Humpers**<br>**Units 2 & 4**<br>**97 Victoria Road**<br>**London, NW10 6ND**<br>Nature of claim:<br>Claim is:<br>Claiming setoff of: | Contact person:<br><br><br><br><br><br>**Fixed and Liquidated.**<br>**0.00** | Claim: | 23,824.66 |
| Creditor:<br>**The Bank of New York**<br>**P. O. Box 748**<br>**Harrison, NY 10528**<br>Nature of claim:<br>Claim is:<br>Claiming setoff of: | Contact person:<br><br><br><br><br>**Fixed and Liquidated.**<br>**0.00** | Claim: | 22,452.93 |
| Creditor:<br>**Oberstein, Kibre**<br>**& Horwitz**<br>**1999 Avenue of the Stars**<br>**Suite 1850**<br>**L.A., CA 90067-6050**<br>Nature of claim:<br>Claim is:<br>Claiming setoff of: | Contact person:<br><br><br><br><br><br><br>**Fixed and Liquidated.**<br>**0.00** | Claim: | 20,482.19 |
| Creditor:<br>**American Express - Gold**<br>**Suite 0001**<br>**Chicago, IL 60679-0001**<br>Nature of claim:<br>Claim is:<br>Claiming setoff of: | Contact person:<br><br><br><br><br>**Fixed and Liquidated.**<br>**0.00** | Claim: | 18,070.84 |
| Creditor:<br>**Bankcard Services**<br>**P.O. Box 84000**<br>**Seattle, WA 98184-1100**<br>Nature of claim:<br>Claim is:<br>Claiming setoff of: | Contact person:<br><br>**P.O. Box 84000**<br>**Seattle, WA 98184-1100**<br><br>**Fixed and Liquidated.**<br>**0.00** | Claim: | 16,698.26 |

Page 4

In re **Travelstead, G**⬤**are**                                                                96-
         Debtor                                                                        Case No. (if known)

| | | | |
|---|---|---|---|
| Creditor:<br>**American Express**<br>**Centurion Bank**<br>**c/o The Optima Account**<br>**Box 1407**<br>**Newark, NJ 07101-1407**<br>Nature of claim:<br>Claim is:<br>Claiming setoff of: | Contact person:<br><br><br><br><br><br>**Fixed and Liquidated.**<br>0.00 | Claim: | 9,744.45 |
| Creditor:<br>**Bankcard Center**<br>**P. O. Box 580301**<br>**Charlotte, NC 28258-0301**<br>Nature of claim:<br>Claim is:<br>Claiming setoff of: | Contact person:<br><br><br><br><br>**Fixed and Liquidated.**<br>0.00 | Claim: | 9,588.22 |
| Creditor:<br>**Bankcard Center**<br>**P.O. Box 580301**<br>**Charlotte, NC 28258-0301**<br>Nature of claim:<br>Claim is:<br>Claiming setoff of: | Contact person:<br><br>P.O. Box 580301<br>Charlotte, NC 28258-0301<br><br>**Fixed and Liquidated.**<br>0.00 | Claim: | 9,111.42 |

Page 5

In re **Travelstead, G. Ware**                                                  96-
       Debtor                                                          Case No. (if known)

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I, **G. Ware Travelstead**, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **List of 20 Largest Unsecured Claims**, consisting of 6 sheets (including this declaration), and that it is true and correct to the best of my information and belief.

Signature: _/s/ G. Ware Travelstead_          Date: 5/30/96
**G. Ware Travelstead**

Page 6