IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| In Re: | * | |
| **G. WARE TRAVELSTEAD,** | * | Case No. 96-5-4979-SD |
| Debtor. | * | Chapter 11 |

\* \* \* \* \* \* \*

**APPLICATION FOR AUTHORITY TO
EMPLOY WHITEFORD, TAYLOR & PRESTON, L.L.P.
AS ATTORNEYS FOR DEBTOR**

G. Ware Travelstead, Debtor and Debtor-in-Possession herein (the "Debtor"), moves this Court for authority to employ Whiteford, Taylor & Preston, L.L.P. ("WT&P") as his attorneys, and for the reasons therefor states as follows:

1. Contemporaneously with the filing of this Application, the Debtor filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code (the "Code").

2. The Debtor is serving as debtor-in-possession.

3. The Debtor wishes to employ WT&P to represent him as attorneys in this case.

4. The Debtor has selected WT&P to represent him as a debtor-in-possession in this case since WT&P has considerable experience in insolvency and bankruptcy matters, including representation of debtors in large Chapter 11 cases. The Debtor has also selected WT&P because he believes WT&P is well qualified to represent



the Debtor as a debtor-in-possession. The professional services that WT&P is to render include:

    a. giving the Debtor legal advice with respect to his powers and duties as a debtor-in-possession and in the operation of his business and management of his property;

    b. representing the Debtor in defense of any proceedings instituted to reclaim property or to obtain relief from the automatic stay under § 362(a) of the Code;

    c. representing the Debtor in any proceedings instituted with respect to the Debtor's use of cash collateral;

    d. preparing any necessary applications, answers, orders, reports and other legal papers, and appearing on the Debtor's behalf in proceedings instituted by or against the Debtor;

    e. assisting the Debtor in the preparation of schedules, statements of financial affairs, and any amendments thereto which the Debtor may be required to file in this case;

    f. assisting the Debtor in the preparation of a plan of reorganization and a disclosure statement; and

    g. performing all of the legal services for the Debtor which may be necessary or desirable herein.

5. To the best of the Debtor's knowledge, WT&P has no connection with the Debtor, his creditors, the United States Trustee or any person employed in the Office of the United States Trustee, or any other party in interest or their respective attorneys, except as described in the Verified Statement of Attorneys to be Employed by Debtor which is filed herewith.

6. The Debtor desires to employ WT&P under a general retainer because of the extensive legal services required.

7. WT&P represents no interest adverse to the Debtor as a debtor-in-possession or to the estate in the matters upon which WT&P is to be engaged for the Debtor, and WT&P's employment is in the best interest of the estate.

WHEREFORE, the Debtor respectfully requests that he be authorized to employ WT&P under a general retainer to represent him in this case and that he be granted such other and further relief as is just and proper.

Dated: 5/30 , 1996

G. Ware Travelstead

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of May, 1996, a copy of the foregoing Application for Authority to Employ Whiteford, Taylor & Preston, L.L.P. as Attorneys for the Debtor, together with the Verified Statement of Attorneys to be Employed by Debtor and a proposed Order, were sent by first-class mail, postage prepaid, to the Office of the U.S. Trustee, 300 West Pratt Street, Suite 350, Baltimore, Maryland 21201.

_____
Stephen F. Fruin, Bar No. 08456
Whiteford, Taylor & Preston, L.L.P.
7 St. Paul Street, Suite 1400
Baltimore, Maryland 21202-1626
(410) 347-8700

Attorneys for Debtor

997152

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

In Re:                              *

G. WARE TRAVELSTEAD,                *   Case No. 96-5-4979 SD

Debtor.                             *   Chapter 11

*     *     *     *     *     *     *

## VERIFIED STATEMENT OF ATTORNEYS
## TO BE EMPLOYED BY DEBTOR

Stephen F. Fruin and Whiteford, Taylor & Preston, L.L.P. ("WT&P"), as the proposed attorneys for G. Ware Travelstead (the "Debtor"), pursuant to Bankruptcy Rule 2014(a) respectfully represent:

1.  I am a partner in the law firm of Whiteford, Taylor & Preston, L.L.P., which maintains its offices for the practice of law at Seven Saint Paul Street, Suite 1400, Baltimore, Maryland 21202.

2.  I am admitted to practice before the courts of the State of Maryland, the United States District Court for the District of Maryland, and the United States Bankruptcy Court for the District of Maryland.

3.  Neither I, WT&P, nor any member or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtor, his creditors, the United States Trustee or any person employed in the Office of the United States Trustee, or any other party in interest.

4. Neither I nor any member or associate of WT&P, insofar as I have been able to ascertain, represent any interest adverse to the Debtor or to the Debtor's estate in the matters upon which the firm is to be engaged.

I, Stephen F. Fruin, one of the partners of Whiteford, Taylor & Preston, L.L.P., declare under penalty of perjury that the foregoing is true and correct.

Dated: May 30, 1996

WHITEFORD, TAYLOR & PRESTON, L.L.P.

By: _____
Stephen F. Fruin, Bar No. 08456

*997158*

2