## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
Northern Division

In Re:                           *

**G. WARE TRAVELSTEAD,**        *        Case No. 96 5-4979 SD

Debtor.                *        Chapter 11

*        *        *        *        *        *        *

## MOTION TO EXTEND TIME FOR FILING STATEMENT
## OF FINANCIAL AFFAIRS AND SCHEDULES A-J

G. Ware Travelstead, debtor and debtor-in-possession herein (the "Debtor"), by his

undersigned attorneys, for this Motion, respectfully represents:

1.       The Debtor filed a petition for relief under Chapter 11 of the Bankruptcy

Code (the "Code") on the date hereof.

2.       Pursuant to Bankruptcy Rules 1007(b) and (c), the last day for filing the

Debtor's Statement of Financial Affairs and Schedules A-J is June 15, 1996.

3.       The Debtor's filing herein was precipitated by circumstances outside of his

control.  As a result, the Debtor has not had any opportunity to compile and assemble the

information necessary for the preparation of the schedules and statements.  The process of

compiling, organizing and finalizing this information in the appropriate form will require

extensive time and effort.   The Debtor and his attorneys and accountants require

additional time to gather and review information necessary to prepare fully and

accurately the schedules, statements and lists.



4.    Additional time also is needed due to the fact that the Debtor and his counsel have been required to devote much of their time to the negotiations of other related matters.

5.    Bankruptcy Rule 1007(c) permits the Court, for cause shown, to grant additional time for the filing of the schedules and statements referred to herein.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order granting the Debtor (i) thirty (30) additional days from June 15, 1996, through and including July 15, 1996, in which to file his Statement of Financial Affairs and Schedules A-J; and (ii) such other and further relief as is just and proper.

Dated: May 31, 1996

_Paul M. Nussbaum (SFr)_

Paul M. Nussbaum, Bar No. 04394
Stephen F. Fruin, Bar No. 08456
Whiteford, Taylor & Preston, L.L.P.
7 St. Paul Street, Suite 1400
Baltimore, Maryland   21202-1626
(410) 347-8700

**Attorneys for Debtor**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of May, 1996, a copy of the foregoing Motion To Extend Time for Filing Statement of Financial Affairs and Schedules A-J, was sent, by first-class mail, to the Office of the U.S. Trustee, 300 West Pratt Street, Suite 350, Baltimore, Maryland  21201.

Stephen F. Fruin

997154

2