IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

In Re:                                    *

G. WARE TRAVELSTEAD,                      *    Case No. 96-5-49795 D

    Debtor.                               *    Chapter 11

    *    *    *    *    *    *    *

### ORDER EXTENDING TIME FOR FILING STATEMENT OF FINANCIAL AFFAIRS AND SCHEDULES A-J

Upon consideration of the Motion to Extend Time for Filing Statement of Financial Affairs and Schedules A-J, filed by G. Ware Travelstead, Debtor and Debtor-in-Possession (the "Debtor"), and good cause having been shown, it is this 11th day of June, 1996:

**ORDERED,** that the Debtor is hereby granted ~~thirty (30) additional days from June 15, 1996, through and including July 15, 1996~~ until June 28, 1996, in which to file his Statement of Financial Affairs and Schedules A-J.

_____
UNITED STATES BANKRUPTCY JUDGE

cc:   Paul M. Nussbaum, Esquire
      Stephen F. Fruin, Esquire
      Whiteford, Taylor & Preston, L.L.P.
      7 St. Paul Street, Suite 1400
      Baltimore, Maryland  21202

      Office of the U.S. Trustee
      300 West Pratt Street; Suite 350
      Baltimore, Maryland  21201

997155

ENTERED
JUN 1 2 1996
CLERK'S OFFICE
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE