

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

In Re:                              *

G. WARE TRAVELSTEAD,                *       Case No. 96-5-4979 SD

         Debtor.                    *       Chapter 11

*    *    *    *    *    *    *

### ORDER AUTHORIZING EMPLOYMENT OF
### WHITEFORD, TAYLOR & PRESTON, L.L.P. AS ATTORNEYS

Upon consideration of the Application for Authority to Employ Whiteford, Taylor & Preston, L.L.P. as Attorneys for the Debtor, (the "Application") filed by G. Ware Travelstead, Debtor and Debtor-in-Possession herein (the "Debtor"), the Verified Statement of Stephen F. Fruin, a partner of the firm of Whiteford, Taylor & Preston, L.L.P., pursuant to Bankruptcy Rule 2014(a), and Disclosure of Compensation under Bankruptcy Rule 2016(b), and it appearing that Whiteford, Taylor & Preston, L.L.P. is duly qualified to represent the Debtor in its case before this Court, and the Court being satisfied that Whiteford, Taylor & Preston, L.L.P. neither holds nor represents an interest adverse to the Debtor or its estate, that its employment is necessary and is in the best interest of the Debtor, the estate and its creditors, and it appearing that no further notice of said Application need be given and no hearing need be held, it is therefore this _11th_ day of _June_, 1996 by the United States Bankruptcy Court for the District of Maryland



ENTERED
JUN 1 2 1996

CLERK'S OFFICE
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

3

**ORDERED** that the Application be and it hereby is GRANTED; and it is further

**ORDERED** that G. Ware Travelstead be and he hereby is authorized to employ Whiteford, Taylor & Preston, L.L.P. as Attorneys to represent G. Ware Travelstead as debtor and debtor-in-possession on the terms set forth in the Application, with compensation and reimbursement of expenses subject to further Order of this Court.

_____
UNITED STATES BANKRUPTCY JUDGE

cc:    Paul M. Nussbaum, Esquire
       Stephen F. Fruin, Esquire
       Whiteford, Taylor & Preston, L.L.P.
       Seven Saint Paul Street; Suite 1400
       Baltimore, Maryland  21202

       Office of the U.S. Trustee
       300 West Pratt Street;  Suite 350
       Baltimore, Maryland  21201

997156