


**CORDANT**
11400 Commerce Park Drive
Reston, Virginia 22091-1506

# CERTIFICATE OF SERVICE

1-800-BNC-5055

| | | | |
|---|---|---|---|
| District/off: 0416-1 | User: eric | Page 1 of 2 | Date Rcvd: 06/07/96 |
| Case: 96-54979 | Form ID: B9E | Total Served: 55 | Date Served: 06/09/96 |

```
db         G. Ware Travelstead,   4474 Boone Creek Road,   Oxford, MD  21654
aty        Stephen F. Fruin,   Seven Saint Paul Street, #1400,   Baltimore, MD  21202
1483491    Action Legal Video,   132 Nassau Street,   Suite 400,   NY, NY 10038
1483492    Airtouch Cellular - LA,   Department 6080,   L.A., CA 90088-6080
1483493    American Express,   Platinum/Gold,   Suite 0001,   Chicago, IL 60679-0001
1483494    American Express,   Centurion Bank,   c/o The Optima Account,   Box 1407,   Newark, NJ 07101-1407
1483495    Asprey,   725 Fifth Avenue,   NY, NY 10022
1483496    BMW Financial Services,   c/o BMW of America,   Montvale, NJ 07645
1483497    Bankcard Center,   P.O. Box 580301,   Charlotte, NC 28258-0301
1483498    Bankcard Services,   P.O. Box 84000,   Seattle, WA 98184-1100
1483536    Branch of Reorganization,   Securities and Exchange,   Commission Suite 1000,   3475 Lenox Road NE,
             Atlanta, GA 30327-1232
1483499    Cacace Tusch & Santagata,   777 Summer Street,   P.O. Box 15859,   Stamford, CT 06901-0859
1483500    Citibank,   Box 6500,   Sioux Falls, SD 57117
1483501    Colucci Investigations,   P.O. Box 2026,   Stamford, CT 06906-0026
1483529    Comptroller of the Treasury,   Compliance Division Rm. 409,   301 W. Preston St.,   Baltimore, MD 21201-2383
1483534    Comptroller of the Treasury,   Compliance Division Rm. 409,   301 W. Preston Street,   Baltimore, MD 21201-2383
1483537    Daily Record,   15 S. Saratoga Street,   Baltimore, MD 21202
1483502    Duker & Barrett,   1585 Broadway,   NY, NY 10036
1483503    Eagle Transfer Corp.,   40 Laight Street,   NY, NY 10013-2108
1483530    Eduardo Canet,   c/o Bear Sterns,   Park Avenue,   NY, NY 10017
1483532    Edythe M. Travelstead,   c/o Douglas J. Wells,   111 Prospect Street,   Stamford, CT 06901
1483504    First Interstate Bank,   P.O. Box 34770,   Seattle, WA 98124-1770
1483505    Hedleys Humpers,   Units 2 & 4,   97 Victoria Road,   London, NW10 6ND
1483506    Hilton Hotel,   Logan International Airport,   East Boston, MA 02128
1483507    Homestead Gardens,   Central Avenue, Rt. 214,   P.O. Box 189,   Davidsonville, MD 21035
1483528    Internal Revenue Service,   Special Procedures Branch,   PO Box 1076,   Baltimore, MD 21203
1483524    Internal Revenue Service,   Federal Building, Rm 118,   Attn: D.F. Warren,   251 N. Main Street,
             Winston-Salem, NC 27101
1483533    Internal Revenue Service,   Special Procedures Section,   P.O. Box 1076,   Baltimore, MD 21203
1483509    Kamanitz, Uhlfelder & P.,   Attn: Lawrence Kamanitz,   Executive Ctr./Hooks La.,   4 Reservoir Circle,
             Baltimore, MD 21208
1483538    MD Dept. of Employment Services,   Division of Unemployment,   1100 N. Eutaw Street,   Baltimore, MD 21201
1483510    Manhattan Reporting Corp,   132 Nassau Street,   NY, NY 10038
1483511    McCall Firm,   633 West Fourth Street,   Suite 150,   Winston-Salem, NC 27101
1483525    New York State Dept of,   Taxation and Finance,   Audit Div Central Office,   WA Harriman State Campus,
             Albany, NY 12227-0001
1483526    North Carolina,   Department of Revenue,   P.O. Box 25000,   Raleigh, NC 27640-0150
1483512    O'Melveny & Myers,   Citicorp Center,   153 East 53rd Street,   NY, NY 10022-4611
1483513    Oberstein, Kibre,   & Horwitz,   1999 Avenue of the Stars,   Suite 1850,   L.A., CA 90067-6050
1483540    Phil Dietz, Esquire,   16 S. Washington Street,   P.O. Box 1146,   Easton, MD 21061-1146
1483515    Robinson, Murphy,   McDonald,   100 Park Avenue,   NY, NY 10017
1483531    Roland Benner,   c/o Patrick Donnelly, Esq,   Niles, Barton & Wilmer,   111 S. Calvert St. #1400,
             Baltimore, MD 21202-6185
1483516    Rollins Hudig Hall,   3334 Healy Drive,   Suite 301,   Winston-Salem, NC 27114
1483527    SEC,   3475 Lenox Rd. NE #1000,   Atlanta, GA 30326-1232
1483517    Saks Fifth Avenue,   P.O. Box 85060,   Louisville, KY 40285-5060
1483535    Secretary of Treasury,   15 & Pennsylvania Avenue,   Washington, DC 20220
1483518    Sheaman & Sterling,   599 Lexington Avenue,   NY, NY 10022-6069
1483519    Sherry-Lehman,   679 Madison Avenue,   at 61st Street,   NY, NY 10021
```

409011559

```
District/off: 0416-1         User: eric              Page 2 of 2              Date Rcvd: 06/07/96
Case: 96-54979               Form ID: B9E            Total Served: 55         Date Served: 06/09/96
```

| | | |
|---|---|---|
| 1483520 | Southern District, Reporters, P.C., 500 Pearl Street, Rm 330, NY, NY 10007 | |
| 1483539 | Supervisor of Delin. Accts., Rm. 1 Municipal Bldg., Holliday & Lexington Streets, Baltimore, MD 21202 | |
| 1483488 | Talbot County Solicitor, County Courts Building, Easton, MD 21601 | |
| 1483521 | Tearney & Tearney, 1950 Sawtelle Blvd., Suite 320, L.A, CA 90025 | |
| 1483522 | The Bank of New York, P.O. Box 748, Harrison, NY 10528 | |
| 1483523 | The Mark Hotel, Madison Avenue, at East 77th Street, NY, NY 10021 | |
| 1483489 | The Talbot Bank, P.O. Box 949, Easton, MD 21061 | |
| 1483490 | Timothy Wyman, 31 South Harrison Street, Easton, MD 21601 | |
| 1483514 | Virginia Ramirez, 1517 Ritchie Highway, Suite 206, Arnold, MD 21012 | |
| 1483508 | Wolfgang Hoyt, 18 West 27th Street, NY, NY 10001 | |

***** UNDELIVERABLE LIST *****

NONE.                                                                TOTAL: 0

***** CLIN SUMMARY *****

| CLIN | Description | Unit | Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 3002 | Elect, print two sides | Sheet | 55 | 0.14000 | 7.700 |
| 4001 | Prepare to transmit Notice Service | Case | 1 | 0.10000 | 0.100 |
| | | | | TOTAL | 7.800 |

I, H. Douglas Dangerfield, declare under the penalty of perjury that I have prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: 06/09/96                              Signature: *H. Douglas Dangerfield*

409011560

# UNITED STATES BANKRUPTCY COURT
### District of Maryland (Baltimore)
Baltimore Division 101 W. Lombard Street Suite 919 Baltimore, MD 21201

## NOTICE OF COMMENCEMENT OF CASE UNDER CHAPTER 11 OF THE BANKRUPTCY CODE, MEETING OF CREDITORS, AND FIXING OF DATES
(Individual or Joint Debtor Case)

**Case Number: 96-54979 esd**
Date Filed (or Converted): 5/31/96

IN RE(NAME OF DEBTOR)
G. Ware Travelstead, 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

ADDRESS OF DEBTOR
4474 Boone Creek Road
Oxford, MD 21654

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Stephen F. Fruin
Seven Saint Paul Street, #1400
Baltimore, MD 21202

NAME/ADDRESS OF TRUSTEE

Telephone Number:(410) 347-8700
DATE/TIME/LOCATION OF MEETING OF CREDITORS
July 10, 1996 at 10:00 am
Office of the US Trustee
300 W. Pratt, #375
Baltimore, MD 21201

DEADLINE TO FILE A PROOF OF CLAIM: For Creditors Other Than Governmental Units: 10/08/96
For Governmental Units: 180 days from the date of Order for Relief
Discharge of Debts: Deadline to File a Complaint to Determine Dischargeability of Certain Types of Debts: 09/08/96

COMMENCEMENT OF CASE. A petition for reorganization under chapter 11 of the Bankruptcy Code has been filed in this court by or against the person or persons named above as the debtor, and an order for relief has been entered. You will not receive notice of all documents filed in this case. All documents filed with the court, including lists of the debtor's property, debts, and property claimed as exempt are available for inspection at the office of the clerk of the bankruptcy court.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS. A creditor is anyone to whom the debtor owes money or property. Under the Bankruptcy Code, the debtor is granted certain protection against creditors. Common examples of prohibited actions by creditors are contacting the debtor to demand repayment, taking action against the debtor to collect money owed to creditors or to take property of the debtor, and starting or continuing foreclosure actions, repossessions, or wage deductions. If unauthorized actions are taken by a creditor against a debtor, the court may penalize that creditor. A creditor who is considering taking action against the debtor or the property of the debtor should review Sec. 362 of the Bankruptcy Code and may wish to seek legal advice. The staff of the clerk of the bankruptcy court is not permitted to give legal advice.

MEETING OF CREDITORS. The debtor (both husband and wife in a joint case) is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. Attendance by creditors at the meeting is welcomed, but not required. At the meeting, the creditors may examine the debtor and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

EXEMPT PROPERTY. Under state and federal law, the debtor is permitted to keep certain money or property as exempt. If a creditor believes that an exemption of money or property is not authorized by law, the creditor may file an objection. An objection must be filed not later then 30 days after the conclusion of the meeting of creditors.

DISCHARGE OF DEBTS. The debtor may seek a discharge of debts. A discharge means that certain debts are made unenforceable against the debtor personally. Creditors whose claims against the debtor are discharged may never take action against the debtor to collect the discharged debts. If a creditor believes that the debtor should not receive a discharge under Sec. 1141 (d)(3)(c) of the Bankruptcy Code, timely action must be taken in the bankruptcy court in accordance with Bankruptcy Rule 4004(a). If a creditor believes that a debt owed to the creditor is not dischargeable under Sec. 523(a)(2), (4), (6), or (15) of the Bankruptcy Code, timely action must be taken in the bankruptcy court by the deadline set forth above labeled "Discharge of Debts." Creditors considering taking such action may wish to seek legal advice.

PROOF OF CLAIM. Schedules of creditors have been or will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim which is not listed as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in this case. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in the case or share in any distribution must file their proofs of claim. A creditor who desires to rely on the schedule of creditors has the responsibility for determining that the claim is listed accurately. The place to file a proof of claim, either in person or by mail, is the office of the clerk of the bankruptcy court. Proof of claim forms are available in the clerk's office of any bankruptcy court.

PURPOSE OF CHAPTER 11 FILING. Chapter 11 of the Bankruptcy Code enables a debtor to reorganize pursuant to a plan. A plan is not effective unless approved by the court at a confirmation hearing. Creditors will be given notice concerning any plan, or in the event the case is dismissed or converted to another chapter of the Bankruptcy Code. The debtor will remain in possession of its property and will continue to operate any business unless a trustee is appointed.

For the Court: John Winkler
Clerk of the Bankruptcy Court

06/09/96
Date

FORM B9E 0001

409011558

Bancap 341 7/95 BNC

*96-54979*

| United States Bankruptcy Court<br>District of Maryland (Baltimore) | PROOF OF CLAIM |
|---|---|
| In re (Name of Debtor)<br>**G. Ware Travelstead** | Case Number **96-54979-esd-11**<br>Cred.id: |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor<br>*(The person or other entity to whom the debtor owes money or property)*<br><br>Name and Address Where Notices Should be Sent<br><br><br><br><br>Telephone No. | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR | Check here if this claim ☐ replaces  a previously filed claim, dated:_____<br>☐ amends |
|---|---|

**1. BASIS FOR CLAIM**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (Describe briefly)

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (Fill out below)
  Your social security number _____
  Unpaid compensation for services performed
  from _____ to _____
        (date)              (date)

| 2. DATE DEBT WAS INCURRED | 3. IF COURT JUDGMENT, DATE OBTAINED: |
|---|---|

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM $_____
Attach evidence of perfection of security interest
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other (Describe briefly)

Amount of arrearage and other charges at time case filed included in secured claim above, if any $_____

☐ UNSECURED NONPRIORITY CLAIM $_____
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM $_____

Specify the priority of the claim.
☐ Wages, salaries, or commissions (up to $4000),* earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier—11 U.S.C.§ 507(a)(3)
☐ Contributions to an employee benefit plan—11 U.S.C. § 507(a)(4)
☐ Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use—11 U.S.C. § (507)(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child—11 U.S.C. § 507(a)(7)
☐ Taxes or penalties of governmental units—11 U.S.C. § 507(a)(8)
☐ Other—Specify applicable paragraph of 11 U.S.C. § 507(a)_____
*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after date of adjustment.

| 5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED: | $_____ (Unsecured) | $_____ (Secured) | $_____ (Priority) | $_____ (Total) |
|---|---|---|---|---|

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. TIME-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C.§§ 152 and 3571.

19011558