IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

FILED
JUN 14 1996
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

In re:                                      *

G. WARE TRAVELSTEAD,                        *       Case No. 96-5-4979-SD
                                                    (Chapter 11)
           Debtor.                          *

*     *     *     *     *     *     *     *     *     *     *     *     *     *

### NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND OTHER PAPERS

PLEASE TAKE NOTICE that the undersigned counsel hereby enter their appearance on behalf of The Talbot Bank of Easton, Maryland ("Talbot Bank"), as secured creditor and party in interest, in the above-referenced case, and request that they be placed on the mailing matrices filed by the Debtor, and that all notices given or requested to be given in this case, and all papers served or requested to be served in this case, including but not limited to, plans of reorganization, disclosure statements, orders, reports, pleadings, motions, applications, petitions, requests, complaints or demands, written or oral, be given to and served upon the undersigned counsel for Talbot Bank at the addresses and telephone numbers set forth below.

DATED: June 14, 1996

_____
Irving E. Walker
  Federal Bar #00179
Joseph J. Bellinger
  Federal Bar #08349
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, Maryland  21202
(410) 727-6464

Attorneys for
  The Talbot Bank of Easton, Maryland



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of June 1996, a copy of the foregoing Notice of Entry of Appearance and Request for Service of Notices and Other Papers was mailed first-class, postage prepaid, to:

Paul M. Nussbaum, Esquire
Stephen F. Fruin, Esquire
Whiteford, Taylor & Preston
Suite 1400
Seven St. Paul Street
Baltimore, Maryland  21202

Duker & Barrett
1585 Broadway
New York, New York  10036

Internal Revenue Service
Federal Building, Room 118
251 N. Main Street
Winston-Salem, North Carolina  27101
Attn:  D.F. Warren

American Express
Platinum
Suite 0001
Chicago, Illinois  60679-0001

North Carolina Dept. of Revenue
P.O. Box 25000
Raleigh, North Carolina  27640-0150

Rollins Hudig Hall
3334 Healy Drive
Suite 301
Winston-Salem, North Carolina  27114

Cacace Tusch & Santagata
777 Summer Street
P.O. Box 15859
Stamford, Connecticut  06901-0859

Kamanitz, Uhlfelder & P.
Executive Center/Hooks Lane
4 Reservoir Circle
Baltimore, Maryland 21208
Attn: Lawrence Kamanitz

Shearman & Sterling
599 Lexington Avenue
New York, New York 10022-6069

New York State Dept. of Taxation & Finance
Audit Division - Central Office
WA Harriman State Campus
Albany, New York 12227-0001

Homestead Gardens
Central Avenue, Route 214
P.O. Box 189
Davidsonville, Maryland 21035

The Mark Hotel
Madison Avenue at E. 77th Street
New York, New York 10021

O'Melveny & Myers
Citicorp Center
153 East 53rd Street
New York, New York 10022-4611

Hedleys Humpers
Units 2 & 4
97 Victoria Road
London, NW10 6ND

The Bank of New York
P.O. Box 748
Harrison, New York 10528

Oberstein, Kibre & Horwitz
1999 Avenue of the Stars
Suite 1850
Los Angeles, California 90067-6050

American Express - Gold
Suite 0001
Chicago, Illinois   60679-0001

Bankcard Services
P.O. Box 84000
Seattle, Washington   98184-1100

American Express
Centurion Bank
c/o The Optima Account
Box 1407
Newark, New Jersey   07101-1401

Bankcard Center
P.O. Box 580301
Charlotte, North Carolina   28258-0301

Action Legal Video
132 Nassau Street
Suite 400
New York, New York   10038

Airtouch Cellular - LA
Department 6080
Los Angeles, California   90088-6080

Asprey
725 Fifth Avenue
New York, New York   10022

BMW Financial Services
c/o BMW of America
Montvale, New Jersey   07645

Citibank
Box 6500
Sioux Falls, South Dakota   57117

Colucci Investigations
P.O. Box 2026
Stamford, Connecticut   06906-0026

Eagle Transfer Corp.
40 Laight Street
New York, New York  10013-2108

First Interstate Bank
P.O. Box 34770
Seattle, Washington  98124-1770

Hilton Hotel
Logan International Airport
East Boston, Massachusetts  02128

Wolfgang Hoyt
18 West 27th Street
New York, New York  10001

Manhattan Reporting Corp.
132 Nassau Street
New York, New York  10038

McCall Firm
633 West Fourth Street
Suite 150
Winston-Salem, North Carolina  27101

Phil Dietz, Esquire
16 S. Washington Street
P.O. Box 1146
Easton, Maryland  21061-1146

Virginia Ramirez
1517 Ritchie Highway
Suite 206
Arnold, Maryland  21012

Robinson, Murphy & McDonald
100 Park Avenue
New York, New York  10017

Saks Fifth Avenue
P.O. Box 85060
Louisville, Kentucky  40285-5060

Sherry-Lehman
679 Madison Avenue at 61st Street
New York, New York  10021

Southern District Reporters, P.C.
500 Pearl Street, Room 330
New York, New York  10007

Tearney & Tearney
1950 Sawtelle Blvd.
Suite 320
Los Angeles, California  90025

Timothy Wyman
31 South Harrison Street
Easton, Maryland  21601

Office of the U.S. Trustee
Marsh & McLennan Building
300 West Pratt Street
Suite 350
Baltimore, Maryland  21201

_____
Joseph J. Bellinger

C:/JJB/PLEADING/14505501.NOT
6/14/96●10:57/lk