UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| IN RE: | * | Case No. 96-5-4979-SD |
| G. WARE TRAVELSTEAD, | * | Chapter 11 |
| DEBTOR. | * | |

* * * * * * * * * * * * * * * *

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned hereby enter their appearance on behalf of Timothy E. Wyman, a creditor and/or party in interest in this case, and, pursuant to Bankruptcy Code §§ 342(a) and 1109(b), Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010(b) and the Local Rules of this Court, request that all notices given or required to be given in this case and all papers served or required to be served in this case be served upon:

> Richard M. Kremen, Esquire
> C. Kevin Kobbe, Esquire
> Piper & Marbury L.L.P.
> Charles Center South
> 36 South Charles Street
> Baltimore, Maryland 21201
> (410) 539-2530
> FAX: (410) 576-1840



PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code provisions and Bankruptcy Rules specified above, but also includes, without limitation, all notices and/or orders relating to any application, motion, petition, pleading, request, complaint or demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopy or otherwise, which may in any way affect or seek to affect any right or interest of Timothy E. Wyman.



PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 3017, the foregoing request includes any disclosure statement and/or plan of reorganization filed in this case.

                                         Respectfully submitted,

DATE: June 17, 1996

                                         Richard M. Kremen (Bar No. 00532)
                                         C. Kevin Kobbe (Bar No. 07968)

                                         PIPER & MARBURY L.L.P.
                                         Charles Center South
                                         36 South Charles Street
                                         Baltimore, Maryland  21201
                                         (410) 539-2530

                                         Attorneys for Timothy E. Wyman

BALT04A:77071
1-6

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 17th day of June, 1996, copies of the foregoing Entry of Appearance and Request for Notice were sent by first-class mail, postage prepaid, to the parties on the attached mailing matrix.

_____
C. Kevin Kobbe

BALT04A:77071
1-6

```
Label Matrix                                          (56)                                    G. Ware Travelstead
for 96-54979                                                                                  4474 Boone Creek Road
Mon Jun 17 10:55:27 EDT 1996                                                                  Oxford, MD  21654


Stephen F. Fruin                           Talbot County Solicitor                The Talbot Bank
Seven Saint Paul Street, #1400             County Courts Building                 P.O. Box 949
Baltimore, MD  21202                       Easton, MD 21601                       Easton, MD 21061


Timothy Wyman                              Action Legal Video                     Airtouch Cellular - LA
31 South Harrison Street                   132 Nassau Street                      Department 6080
Easton, MD 21601                           Suite 400                              L.A., CA 90088-6080
                                           NY, NY 10038


American Express                           American Express                       Asprey
Platinum/Gold                              Centurion Bank                         725 Fifth Avenue
Suite 0001                                 c/o The Optima Account                 NY, NY 10022
Chicago, IL 60679-0001                     Box 1407
                                           Newark, NJ 07101-1407


BMW Financial Services                     Bankcard Center                        Bankcard Services
c/o BMW of America                         P.O. Box 580301                        P.O. Box 84000
Montvale, NJ 07645                         Charlotte, NC 28258-0301               Seattle, WA 98184-1100


Cacace Tusch & Santagata                   Citibank                               Colucci Investigations
777 Summer Street                          Box 6500                               P.O. Box 2026
P.O. Box 15859                             Sioux Falls, SD 57117                  Stamford, CT 06906-0026
Stamford, CT 06901-0859


Duker & Barrett                            Eagle Transfer Corp.                   First Interstate Bank
1585 Broadway                              40 Laight Street                       P.O. Box 34770
NY, NY 10036                               NY, NY 10013-2108                      Seattle, WA 98124-1770


Hedleys Humpers                            Hilton Hotel                           Homestead Gardens
Units 2 & 4                                Logan International Airport            Central Avenue, Rt. 214
97 Victoria Road                           East Boston, MA 02128                  P.O. Box 189
London, NW10 6ND                                                                  Davidsonville, MD 21035


Wolfgang Hoyt                              Kamanitz, Uhlfelder & P.               Manhattan Reporting Corp
18 West 27th Street                        Attn: Lawrence Kamanitz                132 Nassau Street
NY, NY 10001                               Executive Ctr./Hooks La.               NY, NY 10038
                                           4 Reservoir Circle
                                           Baltimore, MD 21208


McCall Firm                                O'Melveny & Myers                      Oberstein, Kibre
633 West Fourth Street                     Citicorp Center                        & Horwitz
Suite 150                                  153 East 53rd Street                   1999 Avenue of the Stars
Winston-Salem, NC 27101                    NY, NY 10022-4611                      Suite 1850
                                                                                  L.A., CA 90067-6050
```

```
Label_Matrix                    Virginia Ramirez                Robinson, Murphy
for 96-54979                    1517 Ritchie Highway            McDonald
Mon Jun 17 10:55:27 EDT 1996    Suite 206                       100 Park Avenue
                                Arnold, MD 21012                NY, NY 10017


Rollins Hudig Hall              Saks Fifth Avenue               Sheaman & Sterling
3334 Healy Drive                P.O. Box 85060                  599 Lexington Avenue
Suite 301                       Louisville, KY 40285-5060       NY, NY 10022-6069
Winston-Salem, NC 27114


Sherry-Lehman                   Southern District               Tearney & Tearney
679 Madison Avenue              Reporters, P.C.                 1950 Sawtelle Blvd.
at 61st Street                  500 Pearl Street, Rm 330        Suite 320
NY, NY 10021                    NY, NY 10007                    L.A, CA 90025


The Bank of New York            The Mark Hotel                  Internal Revenue Service
P.O. Box 748                    Madison Avenue                  Federal Building, Rm 118
Harrison, NY 10528              at East 77th Street             Attn: D.F. Warren
                                NY, NY 10021                    251 N. Main Street
                                                                Winston-Salem, NC 27101


New York State Dept of          North Carolina                  SEC
Taxation and Finance            Department of Revenue           3475 Lenox Rd. NE #1000
Audit Div Central Office        P.O. Box 25000                  Atlanta, GA 30326-1232
WA Harriman State Campus        Raleigh, NC 27640-0150
Albany, NY 12227-0001


Internal Revenue Service        Comptroller of the Treasury     Eduardo Canet
Special Procedures Branch       Compliance Division Rm. 409     c/o Bear Sterns
PO Box 1076                     301 W. Preston St.              Park Avenue
Baltimore, MD 21203             Baltimore, MD 21201-2383        NY, NY 10017


Roland Benner                   Edythe M. Travelstead           Internal Revenue Service
c/o Patrick Donnelly, Esq       c/o Douglas J. Wells            Special Procedures Section
Niles, Barton & Wilmer          111 Prospect Street             P.O. Box 1076
111 S. Calvert St. #1400        Stamford, CT 06901              Baltimore, MD 21203
Baltimore, MD 21202-6185


Comptroller of the Treasury     Secretary of Treasury           Branch of Reorganization
Compliance Division Rm. 409     15 & Pennsylvania Avenue        Securities and Exchange
301 W. Preston Street           Washington, DC 20220            Commission Suite 1000
Baltimore, MD 21201-2383                                        3475 Lenox Road NE
                                                                Atlanta, GA 30327-1232


Daily Record                    MD Dept. of Employment Services Supervisor of Delin. Accts.
15 S. Saratoga Street           Division of Unemployment        Rm. 1 Municipal Bldg.
Baltimore, MD 21202             1100 N. Eutaw Street            Holliday & Lexington Streets
                                Baltimore, MD 21201             Baltimore, MD 21202


Phil Dietz, Esquire             Comptroller of the Treasury     Office of the U.S. Trustee
16 S. Washington Street         Compliance Division             Suite 350
P.O. Box 1146                   Room 409                        300 West Pratt Street
Easton, MD 21061-1146           301 West Preston Street         Baltimore, MD 21201
                                Baltimore, MD  21201-2383
```