Case 96-54979   Doc 10   Filed 06/25/96   Page 1 of 2

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND

IN RE:                                  :
                                        :
G. WARE TRAVELSTEAD                     :    Case No. 96-54979 SD
                                        :    Chapter 11
        Debtor                          :

### ENTRY OF APPEARANCE
### AND
### REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002

Please enter the appearance of Richard D. London as attorney for BMW Financial Services N.A., Inc.. Pursuant to Bankruptcy Rule 2002(g), please send copies of all notices required to be mailed under Bankruptcy Rule 2002 in connection with this bankruptcy proceeding to the undersigned. Pursuant to Bankruptcy Rule 3017, this creditor requests the plan and disclosure statement be mailed to this creditor with the notice of hearing on disclosure statement and objections thereto.

```
_____
RICHARD D. LONDON            #03097
8701 Georgia Avenue, Suite 200
Silver Spring, Maryland  20910
(301) 588-4900

Attorney for BMW Financial
    Services N.A., Inc.
```



## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this __24__ day of June, 1996, a copy of the foregoing Entry of Appearance and Request for Notice was mailed, first class, postage prepaid to G. Ware Travelstead, 4474 Boone Creek Road, Oxford, Maryland 21654; Stephen F. Fruin, Esquire, attorney for debtor, Seven St. Paul Street, Suite 1400, Baltimore, Maryland 21202; Richard M. Kremen, attorney for creditor Timothy E. Wyman, Charles Center South, 36 South Charles Street, Suite 1100, Baltimore, Maryland 21201-3020; Irving E. Walker, attorney for Talbot Bank of Easton, Maryland, 10 Light Street, 11th Floor, Baltimore, Maryland 21202-1435; and to the U.S. Trustee, 300 W. Pratt Street, Suite 350, Baltimore, Maryland 21201.

_____
RICHARD D. LONDON

0196J/4-5
94020.22,24

FILED Jun 25 11 11 AM '96
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE