UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

IN RE:                              *       Case No. 96-5-4979-SD

G. WARE TRAVELSTEAD,                *       Chapter 11

    DEBTOR.                         *

* * * * * * * * * * * * * * * * *

### MOTION FOR RULE 2004 EXAMINATION OF DEBTOR

Pursuant to Federal Rule of Bankruptcy Procedure 2004(a), Timothy E. Wyman ("Wyman"), by his undersigned attorneys, hereby moves for an order requiring G. Ware Travelstead (the "Debtor") to appear for examination. In support hereof, Wyman states:

    1.    On May 31, 1996, the Debtor filed a voluntary petition with this Court under Chapter 11 of the Bankruptcy Code. Since the filing of the bankruptcy case, the Debtor has retained possession of his property and has continued to manage his business affairs as a debtor in possession pursuant to Bankruptcy Code §§ 1107 and 1108.

    2.    Wyman is a secured creditor of the Debtor. As of the date of the filing of the bankruptcy case, Wyman was owed in excess of $1.2 million.

    3.    The Debtor's indebtedness to Wyman is secured by, <u>inter alia</u>, a mortgage encumbering certain real estate located in Talbot County, Maryland. The Debtor's indebtedness to Wyman further is secured by, <u>inter alia</u>, a security interest in the Debtor's 1,494,345 shares of stock in Xpres Corporation ("Xpres") and in the Debtor's 141,750 shares of stock in Fepate, S.L. ("FSL").

    4.    On a financial statement dated November 1, 1995 (the "11/1/95 Financial Statement"), the Debtor valued his interest in Xpres at $3,000,000 and his interest in FSL at $5,000,000. Wyman wishes to examine the Debtor regarding his interest in Xpres and FSL and, in particular, the method by which the Debtor has valued his interest in Xpres and FSL.



5. Wyman also wishes to examine the Debtor regarding the accuracy of certain information on the 11/1/95 Financial Statement, on which Wyman relied in making the decision to extend credit to the Debtor. Upon information and belief, at least one of the parcels of real estate identified on the 11/1/95 Financial Statement was, based upon information available to the Debtor as of November 1, 1995, significantly overvalued on the 11/1/95 Financial Statement. In addition, based upon information filed by the Debtor in connection with this bankruptcy case, the 11/1/95 Financial Statement appears to have significantly understated the Debtor's liabilities. Under such circumstances, a Rule 2004 examination of the Debtor is warranted.

6. In connection with such examination, Wyman wishes to examine the following documents:

(a) all financial statements, income statements and balance sheets, audited and unaudited, from the period from January 1, 1994 to the present relating to Xpres and/or FSL;

(b) all annual reports from the period from January 1, 1994 to the present relating to Xpres and/or FSL;

(c) all appraisal reports or other documents prepared by or on behalf of the Debtor during the period from January 1, 1994 to the present relating to the value of the Debtor's interest in Xpres and/or FSL;

(d) all documents relating to income and/or distributions received by the Debtor from Xpres and/or FSL during the period from January 1, 1994 to the present;

(e) all financial statements prepared by or on behalf of the Debtor during the period from January 1, 1994 to the present;

(f) all documents relied upon by the Debtor in valuing his interest in Xpres and /or FSL for purposes of preparing the 11/1/95 Financial Statement; and

(g) all documents relating to the transfer of funds and/or other property during the period from January 1, 1994 to the present to or for the benefit of the Debtor or any entity in which the Debtor has an ownership interest or affiliation.

7. An immediate examination of the Debtor is necessary for the protection of Wyman's interests in this case. In particular, Wyman requires discovery to evaluate his collateral

position in this case and to determine whether to seek relief from the automatic stay and/or adequate protection. In addition, Wyman requires discovery to assess the viability of an objection to the Debtor's discharge and/or the dischargeability of the Debtor's indebtedness to Wyman.

8.  Pursuant to Local Rule 41(b)(2), Wyman, in lieu of submitting a memorandum in support of this motion, shall rely solely upon the grounds and authorities set forth herein.

WHEREFORE, the Wyman requests that this Court:

(a)  Order the Debtor to appear for examination upon ten (10) days' written notice, or on such date and at such time as the parties may agree, at the law offices of Piper & Marbury L.L.P., Charles Center South, 36 South Charles Street, Baltimore, Maryland 21201;

(b)  Direct the Debtor to produce at such examination the documents identified herein; and

(c)  Grant such other and further relief as is just and appropriate under the circumstances.

Respectfully submitted,

DATE: June 24, 1996



Richard M. Kremen (Bar No. 00532)
C. Kevin Kobbe (Bar No. 07968)

PIPER & MARBURY L.L.P.
Charles Center South
36 South Charles Street
Baltimore, Maryland 21201
(410) 539-2530

Attorneys for Timothy E. Wyman

- 3 -

BALT04A:77129
1-6

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 24th day of June, 1996, copies of the foregoing Motion for Rule 2004 Examination of Debtor and proposed Order Granting Motion for Rule 2004 Examination of Debtor were sent by first-class mail, postage prepaid, to the parties on the attached mailing matrix.

_____
C. Kevin Kobbe

BALT04A:77129
1-6

Label Matrix
for 96-54979
Mon Jun 17 10:55:27 EDT 1996

(56)

G. Ware Travelstead
4474 Boone Creek Road
Oxford, MD  21654

Stephen F. Fruin
Seven Saint Paul Street, #1400
Baltimore, MD  21202

Talbot County Solicitor
County Courts Building
Easton, MD 21601

The Talbot Bank
P.O. Box 949
Easton, MD 21061

Timothy Wyman
31 South Harrison Street
Easton, MD 21601

Action Legal Video
132 Nassau Street
Suite 400
NY, NY 10038

Airtouch Cellular - LA
Department 6080
L.A., CA 90088-6080

American Express
Platinum/Gold
Suite 0001
Chicago, IL 60679-0001

American Express
Centurion Bank
c/o The Optima Account
Box 1407
Newark, NJ 07101-1407

Asprey
725 Fifth Avenue
NY, NY 10022

BMW Financial Services
c/o BMW of America
Montvale, NJ 07645

Bankcard Center
P.O. Box 580301
Charlotte, NC 28258-0301

Bankcard Services
P.O. Box 84000
Seattle, WA 98184-1100

Cacace Tusch & Santagata
777 Summer Street
P.O. Box 15859
Stamford, CT 06901-0859

Citibank
Box 6500
Sioux Falls, SD 57117

Colucci Investigations
P.O. Box 2026
Stamford, CT 06906-0026

Duker & Barrett
1585 Broadway
NY, NY 10036

Eagle Transfer Corp.
40 Laight Street
NY, NY 10013-2108

First Interstate Bank
P.O. Box 34770
Seattle, WA 98124-1770

Hedleys Humpers
Units 2 & 4
97 Victoria Road
London, NW10 6ND

Hilton Hotel
Logan International Airport
East Boston, MA 02128

Homestead Gardens
Central Avenue, Rt. 214
P.O. Box 189
Davidsonville, MD 21035

Wolfgang Hoyt
18 West 27th Street
NY, NY 10001

Kamanitz, Uhlfelder & P.
Attn: Lawrence Kamanitz
Executive Ctr./Hooks La.
4 Reservoir Circle
Baltimore, MD 21208

Manhattan Reporting Corp
132 Nassau Street
NY, NY 10038

McCall Firm
633 West Fourth Street
Suite 150
Winston-Salem, NC 27101

O'Melveny & Myers
Citicorp Center
153 East 53rd Street
NY, NY 10022-4611

Oberstein, Kibre
& Horwitz
1999 Avenue of the Stars
Suite 1850
L.A., CA 90067-6050

```
Label_Matrix                      Virginia Ramirez                  Robinson, Murphy
for 96-54979                      1517 Ritchie Highway              McDonald
Mon Jun 17 10:55:27 EDT 1996      Suite 206                         100 Park Avenue
                                  Arnold, MD 21012                  NY, NY 10017


Rollins Hudig Hall                Saks Fifth Avenue                 Sheaman & Sterling
3334 Healy Drive                  P.O. Box 85060                    599 Lexington Avenue
Suite 301                         Louisville, KY 40285-5060         NY, NY 10022-6069
Winston-Salem, NC 27114


Sherry-Lehman                     Southern District                 Tearney & Tearney
679 Madison Avenue                Reporters, P.C.                   1950 Sawtelle Blvd.
at 61st Street                    500 Pearl Street, Rm 330          Suite 320
NY, NY 10021                      NY, NY 10007                      L.A, CA 90025


The Bank of New York              The Mark Hotel                    Internal Revenue Service
P.O. Box 748                      Madison Avenue                    Federal Building, Rm 118
Harrison, NY 10528                at East 77th Street               Attn: D.F. Warren
                                  NY, NY 10021                      251 N. Main Street
                                                                    Winston-Salem, NC 27101


New York State Dept of            North Carolina                    SEC
Taxation and Finance              Department of Revenue             3475 Lenox Rd. NE #1000
Audit Div Central Office          P.O. Box 25000                    Atlanta, GA 30326-1232
WA Harriman State Campus          Raleigh, NC 27640-0150
Albany, NY 12227-0001


Internal Revenue Service          Comptroller of the Treasury       Eduardo Canet
Special Procedures Branch         Compliance Division Rm. 409       c/o Bear Sterns
PO Box 1076                       301 W. Preston St.                Park Avenue
Baltimore, MD 21203               Baltimore, MD 21201-2383          NY, NY 10017


Roland Benner                     Edythe M. Travelstead             Internal Revenue Service
c/o Patrick Donnelly, Esq         c/o Douglas J. Wells              Special Procedures Section
Niles, Barton & Wilmer            111 Prospect Street               P.O. Box 1076
111 S. Calvert St. #1400          Stamford, CT 06901                Baltimore, MD 21203
Baltimore, MD 21202-6185


Comptroller of the Treasury       Secretary of Treasury             Branch of Reorganization
Compliance Division Rm. 409       15 & Pennsylvania Avenue          Securities and Exchange
301 W. Preston Street             Washington, DC 20220              Commission Suite 1000
Baltimore, MD 21201-2383                                            3475 Lenox Road NE
                                                                    Atlanta, GA 30327-1232


Daily Record                      MD Dept. of Employment Services   Supervisor of Delin. Accts.
15 S. Saratoga Street             Division of Unemployment          Rm. 1 Municipal Bldg.
Baltimore, MD 21202               1100 N. Eutaw Street              Holliday & Lexington Streets
                                  Baltimore, MD 21201               Baltimore, MD 21202


Phil Dietz, Esquire               Comptroller of the Treasury       Office of the U.S. Trustee
16 S. Washington Street           Compliance Division               Suite 350
P.O. Box 1146                     Room 409                          300 West Pratt Street
Easton, MD 21061-1146             301 West Preston Street           Baltimore, MD 21201
                                  Baltimore, MD 21201-2383
```

| | | |
|---|---|---|
| Richard A. Tufaro, Esquire | Stephen J. Blauner, Esquire | Daniel A. Pollack, Esquire |
| Milbank, Tweed, Hadley & McCloy | Milbank, Tweed, Hadley & McCloy | Pollack & Kaminsky |
| International Square Building | 1 Chase Manhattan Plaza | 114 West 47th Street |
| 1825 Eye Street, N.W., Suite 1100 | New York, New York  10005 | New York, New York  10036 |
| Washington, D.C.  20006 | | |