IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| In Re: | * | |
| G. WARE TRAVELSTEAD | * | Case No: 96-5-4979-SD |
| Debtor | * | Chapter 11 |

\* \* \* \* \* \* \*

**MOTION TO FURTHER EXTEND TIME FOR FILING STATEMENT
OF FINANCIAL AFFAIRS AND SCHEDULES A-J**

G. Ware Travelstead, debtor and debtor-in-possession herein (the "Debtor"), by his undersigned attorneys, for this Motion, respectfully represents:

1.  These proceedings were commenced by the filing of a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (the "Code") on May 31, 1996.

2.  Pursuant to Bankruptcy Rules 1007(b) and (c), the last day for filing the Debtor's Statement of Financial Affairs and Schedules A-J would have been June 15, 1996. Pursuant to an Order of this Court dated June 12, 1996, the Debtor received an extension of time within which to file his Statement of Financial Affairs and Schedules A-J through June 28, 1996.



3. The first meeting of creditors has been scheduled in these proceedings for July 10, 1996. The Debtor has substantial business interests in the United States, Europe, and Australia. The Debtor's financial and business affairs are substantial and very complicated. Additionally, the Debtor is in the process of retaining an accountant to assist him in these proceedings.

4. The Debtor and his attorney and accountants require additional time to gather and review information necessary to prepare fully and accurately the schedules, statement and lists. Additionally, since the commencement of these proceedings, the Debtor has been forced to devote substantial time to various business interests and has been unable to devote as much time as desired to the preparation of the Statement of Financial Affairs and Schedules A-J.

5. Bankruptcy Rule 1007(c) permits the Court, for cause shown, to grant additional time for the filing of the schedules and statements referred to herein. The Debtor would request that this Court enter an Order extending the time within which he is required to file his Statement of Affairs and Schedules A-J through and including July 8, 1996 and would further represent to the Court that no prejudice or harm will result to any party as a result of such an extension.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order granting the Debtor (i) through and including July 8, 1996 in which to file his Statement of Financial Affairs and Schedules A-J; and (ii) such other and further relief as is just and proper.

*[signature]*

Paul M. Nussbaum, Bar No. 04394
Stephen F. Fruin, Bar No. 08456
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street
Suite 1400
Baltimore, Maryland  21202
(410) 347-9494
Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of June, 1996, a copy of the foregoing Motion To Further Extend Time for Filing Statement of Financial Affairs and Schedules A-J, was sent, by first-class mail, to:

>Office of the U.S. Trustee
>Marsh & McLennan Building
>300 West Pratt Street
>Suite 350
>Baltimore, Maryland  21201
>
>Irving E. Walker, Esquire
>Joseph J. Bellinger, Esquire
>Miles & Stockbridge, P.C.
>10 Light Street
>Baltimore, Maryland  21202
>
>Richard A. Tufaro, Esquire
>Milbank, Tweed, Hadley & McCloy
>International Square Building
>1825 Eye Street, N.W.
>Suite 1100
>Washington, DC  20006
>
>Stephen J. Blauner, Esquire
>Milbank, Tweed, Hadley & McCloy
>1 Chase Manhattan Plaza
>New York, New York  10005

Daniel A. Pollack, Esquire
Pollack & Kaminsky
114 West 47th Street
New York, New York  10036

Richard M. Kremen, Esquire
C. Kevin Kobbe, Esquire
Piper & Marbury, L.L.P.
Charles Center South
36 South Charles Street
Baltimore, Maryland  21201

Richard D. London, Esquire
8701 Georgia Avenue
Suite 200
Silver Spring, Maryland  20910

_____
Stephen F. Fruin

*1002371*