UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| IN RE: * | |
| * | Case No. 96-5-4979-SD |
| G. WARE TRAVELSTEAD, * | |
| * | Chapter 11 |
| DEBTOR. * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### RESPONSE IN OPPOSITION TO MOTION TO FURTHER EXTEND TIME FOR FILING STATEMENT OF FINANCIAL AFFAIRS AND SCHEDULES A-J

Timothy E. Wyman ("Wyman"), by his undersigned attorneys, hereby responds in opposition to the Motion to Further Extend Time for Filing Statement of Financial Affairs and Schedules A-J (the "Motion") filed by G. Ware Travelstead (the "Debtor"). In support hereof, Wyman states:

1. On May 31, 1996, the Debtor filed a voluntary petition with this Court under Chapter 11 of the Bankruptcy Code. Since the filing of the bankruptcy case, the Debtor has retained possession of his property and has continued to manage his business affairs as a debtor in possession pursuant to Bankruptcy Code §§ 1107 and 1108.

2. Wyman is a secured creditor of the Debtor. As of the date of the filing of the bankruptcy case, Wyman was owed in excess of $1.2 million.

3. By order dated June 12, 1996, this Court extended through June 28, 1996 the Debtor's time for filing his statement of financial affairs and schedules. The Debtor requests in the Motion an additional extension through July 8, 1996.

4. The meeting of creditors in this case is currently scheduled for the morning of July 10, 1996. If the Debtor's time for filing his statement of financial affairs and schedules is extended though July 8, 1996, Wyman and other creditors of the Debtor will not have sufficient time prior to the meeting of creditors to review such information. Accordingly, Wyman opposes any extension beyond July 5, 1996. In addition, as a condition to an additional



extension, counsel for the Debtor should be required to serve copies of the statement of financial affairs and schedules on counsel for Wyman and any other creditors who express an interest in attending the meeting of creditors.

5.  The Debtor and his counsel already have had nearly a month to compile the information necessary to prepare the Debtor's statement of financial affairs and schedules. In considering the Debtor's request for an additional extension, this Court should take appropriate measures to ensure that creditors have an adequate opportunity to review the Debtor's statement of financial affairs and schedules prior to the meeting of creditors.

WHEREFORE, the Wyman requests that this Court:

(a)  Deny the Motion; or, in the alternative,

(b)  Extend the Debtor's time for filing his statement of financial affairs and schedules through July 5, 1995 and, further, require counsel for the Debtor to serve copies of the statement of financial affairs and schedules on counsel for Wyman and any other creditors who express an interest in attending the meeting of creditors; and

(c)  Grant such other and further relief as is just and appropriate under the circumstances.

Respectfully submitted,

DATE: June 28, 1996

_____
Richard M. Kremen (Bar No. 00532)
C. Kevin Kobbe (Bar No. 07968)

PIPER & MARBURY L.L.P.
Charles Center South
36 South Charles Street
Baltimore, Maryland  21201
(410) 539-2530

Attorneys for Timothy E. Wyman

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 28th day of June, 1996, copies of the foregoing Response in Opposition to Motion to Further Extend Time for Filing Statement of Financial Affairs and Schedules A-J were sent by first-class mail, postage prepaid, to the following:

G. Ware Travelstead
4474 Boone Creek Road
Oxford, Maryland 21654

Stephen F. Fruin, Esquire
Whiteford, Taylor & Preston, L.L.P.
Suite 1400
Seven Saint Paul Street
Baltimore, Maryland 21202

Irving E. Walker, Esquire
Joseph J. Bellinger, Esquire
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, Maryland 21202

Richard A. Tufaro, Esquire
Milbank, Tweed, Hadley & McCloy
International Square Building
Suite 1100
1825 Eye Street, N.W.
Washington, DC 20006

Stephen J. Blauner, Esquire
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, New York 10005

Daniel A. Pollack, Esquire
Pollack & Kaminsky
114 West 47th Street
New York, New York 10036

BALT04A:78078
15934-2

Richard D. London, Esquire
8701 Georgia Avenue
Suite 200
Silver Spring, Maryland  20910

Office of the U.S. Trustee
Suite 350
300 West Pratt Street
Baltimore, Maryland  21201

_____
C. Kevin Kobbe

- 4 -

BALT04A:78078
15934-2