<600>IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| In Re: | * | |
| G. WARE TRAVELSTEAD | * | Case No: 96-5-4979-SD |
| Debtor | * | Chapter 11 |
| * * * * * * * | | |

### OPPOSITION TO MOTION FOR RULE 2004 EXAMINATION OF DEBTOR BY TIMOTHY E. WYMAN

G. Ware Travelstead, debtor and debtor-in-possession herein (the "Debtor"), by counsel, files this Opposition to Motion for Rule 2004 Examination of Debtor (the "Motion"), filed by Timothy E. Wyman ("Wyman"), and respectfully represents unto this Honorable Court:

1. He admits the allegations contained in Paragraph 1 of the Motion.

2. With regard to the allegations contained in Paragraph 2 of the Motion, he admits that Wyman is a secured creditor, but denies the amount claimed by Wyman.

3. He admits the allegations contained in Paragraph 3 of the Motion.

4. He admits the allegations contained in Paragraph 4 of the Motion as to the statements set forth in the subject financial statement.

5. To the extent that Paragraph 5 of the Motion contains any allegations which require an admission or denial, the Debtor denies same.



6.     Paragraph 6 of the Motion contains no allegations which require an admission or denial, but to the extent that it does, the allegations are denied.

7.     He denies the allegations contained in Paragraph 7 of the Motion. There is no urgency in this proceeding as is claimed by the Movant. The real estate against which Wyman has a mortgage is not going anywhere and the corporate stock in which Wyman claims a security interest is in Wyman's possession.

8.     Paragraph 8 contains no allegations which require an admission or denial.

9.     The collateral which Wyman has securing his claim is several times greater than the amount of Wyman's claim. The purpose of the Motion filed by Wyman is simply to harass and intimidate the Debtor and is nothing more that a fishing expedition. There has not yet even been a 341 meeting. As Wyman knows, the Debtor has international business interests consisting of real and personal property on three continents. The Debtor's business interests require him to frequently travel overseas for extended periods of time. There is no basis for Wyman to take the Debtor's 2004 examination, nor has the Motion set forth a legitimate basis. This case is barely a month old and was caused solely by Wyman's precipitous actions when the Debtor was attempting to work out and resolve his business finances.

WHEREFORE, the Debtor prays that the Motion for Rule 2004 Examination of Debtor filed by Timothy E. Wyman be DENIED.

_____
Stephen F. Fruin, Bar No. 08456
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street
Suite 1400
Baltimore, Maryland   21202
(410) 347-9494
Attorneys for Debtor

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __3rd__ day of July, 1996, a copy of the foregoing Opposition to Motion For Rule 2004 Examination of Debtor Filed by Timothy E. Wyman was sent, by first-class mail, to:

>Office of the U.S. Trustee
>Marsh & McLennan Building
>300 West Pratt Street
>Suite 350
>Baltimore, Maryland  21201
>
>Richard M. Kremen, Esquire
>C. Kevin Kobbe, Esquire
>Piper & Marbury, L.L.P.
>Charles Center South
>36 South Charles Street
>Baltimore, Maryland  21201

_____
Stephen F. Fruin

1003520

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| In Re: | * | |
| G. WARE TRAVELSTEAD | * | Case No: 96-5-4979-SD |
| Debtor | * | Chapter 11 |

* * * * * * *

### ORDER DENYING MOTION FOR RULE 2004 EXAMINATION OF DEBTOR FILED BY TIMOTHY E. WYMAN

Upon the Motion for Rule 2004 Examination of Debtor which was filed by Timothy E. Wyman and the Opposition filed thereto by the Debtor, the Court having read and considered same, and the Court having determined that the relief requested by Wyman should not be granted, it is therefore this _____ day of July, 1996 by the United States Bankruptcy Court for the District of Maryland

ORDERED that the Motion for Rule 2004 Examination of Debtor be and it hereby is DENIED.

                                                                                     _____
                                                                                     E. STEPHEN DERBY
                                                                                     United States Bankruptcy Judge

copy: Stephen F. Fruin
       Whiteford, Taylor & Preston, L.L.P.
       Seven Saint Paul Street
       Suite 1400
       Baltimore, Maryland   21202

Office of the U.S. Trustee
Marsh & McLennan Building
300 West Pratt Street
Suite 350
Baltimore, Maryland  21201

Richard M. Kremen, Esquire
C. Kevin Kobbe, Esquire
Piper & Marbury, L.L.P.
Charles Center South
36 South Charles Street
Baltimore, Maryland  21201

*1003598*