UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 96-5-4979-SD |
| G. WARE TRAVELSTEAD, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

### RESPONSE OF EDUARDO CANET IN OPPOSITION TO DEBTOR'S MOTION TO FURTHER EXTEND TIME FOR FILING STATEMENT OF FINANCIAL AFFAIRS AND SCHEDULES A-J

Eduardo Canet, by his undersigned attorneys, hereby responds in opposition to the Motion to Further Extend Time for Filing Statement of Financial Affairs and Schedules A-J (the "Motion") filed by G. Ware Travelstead (the "Debtor"). In opposition to the Motion, Mr. Canet states as follows:

1. On May 31, 1996 (the "Petition Date"), Debtor filed a voluntary petition (the "Petition") for relief under Chapter 11 of the Bankruptcy Code. Debtor continues in the management of his personal business affairs and is currently in possession of his properties as a debtor-in-possession under sections 1107(a) and 1108 of the Bankruptcy Code.

2. No meeting of creditors of Debtor has occurred. A meeting of creditors is scheduled to be held on July 10, 1996 at 3:00 p.m. at the offices of the United States Trustee.

3. Mr. Canet is an unsecured creditor of the Debtor. Upon information and belief, as of the Petition Date, Debtor was indebted to Mr. Canet in the approximate amount of $20,000,000.

4. Pursuant to the Motion, the Debtor seeks a further extension of time to file his statement of financial affairs and schedules A-J from June 28 to July 8, 1996. In the



event the Motion is granted, Mr. Canet will not have sufficient time to review the Debtor's statement of financial affairs and schedules A-J prior to the meeting of creditors.

5.    Moreover, the Debtor has not set forth sufficient cause warranting a further extension of time.  To justify a further extension Debtor merely intones that his "financial and business affairs are substantial and very complicated," that he is "in the process of retaining an accountant" and that he needs additional time "to gather and review information necessary to prepare fully and accurately the schedules, statement and lists."  See Motion, ¶¶ 3-4.  These are the same arguments Debtor made in his first motion for an extension of time to June 28, 1996.  Incredulously, Debtor does not even state in the Motion that he will be able to file his statement of financial affairs or schedules A-J if the further extension is granted.

6.    Debtor's request for additional time is particularly curious.  In the Petition, Debtor states that his assets do not exceed $50,000.  He now claims that his financial and business affairs are substantial and very complicated and his assets are located on two continents.  Either the Motion overstates the need for an extension of time to file the statement of financial affairs and schedules A-J or the information contained in the Petition is false.  Regardless, Debtor has made inconsistent representations to this Court.

7.    Accordingly, Mr. Canet opposes a further extension, especially one that does not curtail the Debtor's emerging habit of seeking extensions of the time to file his statement of financial affairs or schedules every two weeks.

WHEREFORE, Mr. Canet respectfully requests that this Court (a) limit Debtor's request for a further extension of time to file the necessary statement of financial affairs and schedules A-J to July 5, 1996 and (b) require Debtor to serve a copy of his statement of financial affairs and schedules A-J upon the undersigned. Alternatively, in the event the Court grants the Motion and extends Debtor's time to file his statement of financial affairs and schedules A-J until July 8, 1996, Mr. Canet requests that the Court adjourn the meeting of creditors to July 18, 1996 in order to enable the Debtor's creditors sufficient time to review the foregoing financial information in advance of the meeting, together with such other and further relief as is just and proper.

Dated:  July 2, 1996

Respectfully submitted,

MILBANK, TWEED, HADLEY & McCLOY

By _____
   (A Member of the Firm)

Stephen J. Blauner, Esq.
1 Chase Manhattan Plaza
New York, New York  10005
Tel. No.:  (212) 530-5000
Fax No.:   (212) 530-5219

and

Richard A. Tufaro, Esq.
Milbank, Tweed, Hadley & McCloy
International Square Building
1825 Eye Street, N.W., Suite 1100
Washington, D.C.  20006
Tel. No.:  (202) 835-7500
Fax No.:   (202) 835-7586

and

3

Daniel A. Pollack, Esq.
Pollack & Kaminsky
114 West 47th Street
New York, New York  10036
Tel. No.:  (212) 575-4700
Fax No.:  (212) 575-6560

Co-counsel for Eduardo Canet

## Certification of Service

The undersigned hereby certifies that on this 2nd day of July, 1996, a copy of the foregoing Response Of Eduardo Canet In Opposition To Debtor's Motion To Further Extend Time For Filing Statement Of Financial Affairs And Schedules A-J was served via first class mail on:

Richard Kreman, Esq.
C. Kevin Kobbe, Esq.
Piper & Marbury L.L.P.
Charles Center South
36 South Charles Street
Baltimore, Maryland  21201

G. Ware Travelstead
4474 Boone Creek Road
Oxford, Maryland  21654

Stephen F. Fruin, Esq.
Whiteford, Taylor & Preston
Suite 1400
Seven Saint Paul Street
Baltimore, Maryland  21202

Irving E. Walker, Esq.
Joseph J. Bellinger, Jr., Esq.
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, Maryland  21202

Office of the U.S. Trustee
Suite 350
300 West Pratt Street
Baltimore, Maryland  21201
Attn:  Karen Moore, Esq.

Richard D. London, Esq.
8701 Georgia Avenue
Suite 200
Silver Spring, Maryland  20910

Robert C. Shenfeld