re: **Travelstead, G. Ware**
Debtor

96-5-4979-SD
Case No. (if known)

## SCHEDULE A - REAL PROPERTY

| Description and location of property | Current market value of debtor interest in the property without deducting any secured claim or exemption |
|---|---|
| Nature of Debtor interest in property | Amount of secured claim |

**Real property improved by a residence known as 440 Fairway Drive.**

Location: **Advance, NC**
Nature of interest:
Possession: **In debtor possession.**

Debtor interest:        175,000.00

**Real property known as Cottingham Farm consisting of 540 acres improved by a residence.**

Location: **Talbot County, MD**
Nature of interest:
Secured creditor: **The Talbot Bank**
Amount of claim: **2,530,000.00**
Secured creditor: **Timothy Wyman**
Amount of claim: **565,000.00**
Possession: **In debtor possession.**

Debtor interest:     3,800,000.00

**Real property located at 4474 Boone Creek Road, Oxford, MD 21654, known as Sol's Island improved by a residence.**

Location: **Oxford, MD**
Nature of interest:
Secured creditor: **The Talbot Bank**
Amount of claim: **1,280,000.00**
Secured creditor: **Timothy Wyman**
Amount of claim: **565,000.00**
Possession: **In debtor possession.**

Debtor interest:     1,600,000.00

Total:     5,575,000.00



In re **Travelstead, G. ⬤are**                    ⬤6-5-4979-SD
    Debtor                                    Case No. (if known)


SCHEDULE B - PERSONAL PROPERTY

```
==================================================================
| Type of property                | Current market value of debtor|
| ------------------------------- | interest in property without  |
| Description and location of property | deducting any secured claim |
==================================================================
```

1.  Cash on hand.

    **Cash on hand.**                    Debtor interest:        **5,000.00**

    Location: **In debtor possession.**

2.  Checking, savings, or other financial accounts, certificates of
    deposit, or shares in banks, savings and loan, thrift, building
    and loan, and homestead associations, or credit unions, brokerage
    houses, or cooperatives.
    None

3.  Security deposits with public utilities, telephone companies,
    landlords, and others.
    None

4.  Household goods and furnishings, including audio, video, and
    computer equipment.

    **Household goods and furnishings,**   Debtor interest:   **2,000,000.00**
    **etc., includes 5,6,7,8,23 and 24.**

    Location: **In debtor possession.**
    Additional info.: **Value is approximate.**


5.  Books, pictures, and other art objects, antiques, stamp, coin,
    record, tape, compact disc, and other collections or collectibles.

    **Included in 4.**                    Debtor interest:  **included in 4**

    Location: **In debtor possession.**

6.  Wearing apparel.

    **Included in 4.**                    Debtor interest:  **included in 4**

    Location: **In debtor possession.**

7.  Furs and jewelry.

    **Included in 4.**                    Debtor interest:  **included in 4**

    Location: **In debtor possession.**

In re **Travelstead, G. Ware**
        Debtor

96-5-4979-SD
Case No. (if known)

8.  Firearms and sports, photographic, and other hobby equipment.

    **Included in 4.**                    Debtor interest:  **included in 4**

    Location: **In debtor possession.**

9.  Interests in insurance policies.
    None
10. Annuities.
    None
11. Interests in IRA, ERISA, Keogh, or other pension or profit
    sharing plans.
    None
12. Stock and interests in incorporated and unincorporated businesses.

    **Stock interest: Debtor owns 100% of**  Debtor interest:     **100,000.00**
    **Lex Air.**

    Location: **In debtor possession.**
    Additional info.: **Value is approximate.**


    **Stock interest: Debtor owns 100% of**  Debtor interest:     **525,000.00**
    **the Travelstead Group, Inc.**

    Location: **In debtor possession.**
    Additional info.: **Value is approximate.**


    **Stock interest: Debtor owns 100% of**  Debtor interest:  **13,800,000.00**
    **the Travelstead Group Spain and**
    **affiliated entities.**

    Location: **In debtor possession.**
    Additional info.: **Value is approximate.**


    **Stock interest: Debtor owns 51% of**   Debtor interest:   **5,000,000.00**
    **Fepate, a Spanish corporation.**

                    **Stock is in possession**
                    **of Timothy Wyman**
                    **pursuant to a Pledge**
                    **Agreement.**
    Secured creditor: **Timothy Wyman**
    Amount of claim: 565,000.00
    Additional info.: **Value is approximate.**

                                                                    Page 2

In re: **Travelstead, G. Ware**                              6-5-4979-SD
      Debtor                                            Case No. (if known)

**Stock interest: Debtor owns 80% of**   Debtor interest:   **20,400,000.00**
**Blockless Investments, B.V.**

Location: **In debtor possession.**
Secured creditor: **Blockless Investments BV**
Amount of claim: **1,800,000.00**
Additional info.: **Value is approximate.**


**Stock interest: Debtor owns**          Debtor interest:   **3,000,000.00**
**approximately 42% of Xpres**
**Corporation.**

                    **Pledged to Timothy Wyman**
Secured creditor: **Timothy Wyman**
Amount of claim: **565,000.00**
Additional info.: **Value is approximate.**



**Stock interest: The Debtor owns**      Debtor interest:      **250,000.00**
**approximately 95% of Total Concept,**
**Inc.**

Location: **In debtor possession.**
Additional info.: **Value is approximate.**


13. Interests in partnerships or joint ventures.

**Interest in partnership: Debtor owns** Debtor interest:   **4,500,000.00**
**100% of the Travelstead Barcelona**
**Limited Partnership.**

Location: **In debtor possession.**
Additional info.: **Value is approximate.**


**Interest in partnership: Debtor owns** Debtor interest:      **500,000.00**
**88% interest in Madisonstead**
**Associates.**

Location: **In debtor possession.**
Additional info.: **Value is approximate.**

14. Government and corporate bonds and other negotiable and non-
    negotiable instruments.
    None


                                                        Page 3

In re **Travelstead, G. ●●re**                              ●6-5-4979-SD
      Debtor                                                Case No. (if known)

15. Accounts receivable.
    None
16. Alimony, maintenance, support, and property settlements to which
    the debtor is or may be entitled.

    **The Debtor is currently a party in a** Debtor interest:   **1,500,000.00**
    **domestic proceeding property**
    **settlement matter pending in the**
    **Stamford-Norwalk Judicial District**
    **at Stamford in the Superior Court**
    **for the State of Connecticut.  There**
    **is approximately $1,800,000 in**
    **escrow pending a resolution of this**
    **proceeding.  The Debtor believes his**
    **interest in these funds to be**
    **approximately $1,500,000.  The**
    **Debtor also has jewelry and proceeds**
    **from the sale of jewelry at**
    **Christies in New York, having a**
    **total value of approximately**
    **$300,000 which is also subject to a**
    **further order of court in the**
    **foresaid domestic proceeding matter.**

    Location: **In debtor possession.**
    Additional info.: **Value is approximate.**


17. Other liquidated debts owing debtor including tax refunds.

    **Other liquidated debts owing debtor:** Debtor interest:   **1,562,000.00**
    **The Debtor is the holder of the**
    **following Note receivables in the**
    **following approximate principal**
    **amounts, which amounts do not**
    **include accrued interest:**

    **Murray Thompson  $136,000**
    **David Soloman     183,000**
    **Edward Canet      268,000**
                       -------
        **Subtotal     $587,000**

    **The Debtor is also the holder of a**
    **debenture from Xpres Corporation**
    **having a balance of $975,000.**

    Location: **In debtor possession.**

In re **Travelstead, G. ●●re**                    ●6-5-4979-SD
     Debtor                                      Case No. (if known)

18. Equitable or future interests, life estates, and rights or
    powers exercisable for the benefit of the debtor other than
    those listed in Schedule of Real Property.
    None
19. Contingent and noncontingent interests in estate of a
    decedent, death benefit plan, life insurance policy, or trust.
    None
20. Other contingent and unliquidated claims of every nature,
    including tax refunds, counterclaims of the debtor, and
    rights to setoff claims.
    None
21. Patents, copyrights, and other intellectual property.
    None
22. Licenses, franchises, and other general intangibles.
    None
23. Automobiles, trucks, trailers, and other vehicles or accessories.

    **Included in 4.**                 Debtor interest:  **included in 4**

    Location: **In debtor possession.**

24. Boats, motors, and accessories.

    **Included in 4.**                 Debtor interest:  **included in 4**

    Location: **In debtor possession.**

25. Aircraft and accessories.
    None
26. Office equipment, furnishings, and supplies.
    None
27. Machinery, fixtures, equipment, and supplies used in business.
    None
28. Inventory.
    None
29. Animals.
    None
30. Crops - growing or harvested.

    **Crops: 400 acres being farmed on a**   Debtor interest:        **unknown**
    **share-crop basis.**
    Location: **In debtor possession.**

31. Farming equipment and implements.
    None
32. Farm supplies, chemicals, and feed.
    None
33. Other personal property of any kind not already listed.
    None

                              Total:     **53,142,000.00**

                                            Page 5

In re **Travelstead, G. ●re**                              ●6-5-4979-SD
Debtor                                        Case No. (if known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

11 U.S.C. sec. 522(b)(2)

Exemptions available under applicable non-bankruptcy federal laws, state
or local law where the debtor domicile has been located for the 180 days
immediately preceding the filing of the petition or for a longer portion
of the 180 day period than in any other place, and the debtor interest
as a tenant by the entirety or joint tenant to the extent the interest
is exempt from process under applicable non-bankruptcy law.

**Debtor is single.**

| Description of property — Specify exemption law and value claimed exempt | Current market value of property without deducting exemption |
|---|---|

**Autos, trucks, trailers, and other**          Debtor Interest:    **included in 4**
**vehicles included in 4.**
Exemption law: **MD Cts. and Jud. Proc. Code Ann. Section 11-504**
Value exempt: **included in 4**

**Boats, motors and accessories**               Debtor Interest:    **included in 4**
**included in 4.**
Exemption law: **MD Cts. and Jud. Proc. Code Ann. Section 11-504**
Value exempt: **included in 4**

**Books, pictures, art objects,**               Debtor Interest:    **included in 4**
**collections, etc. included in 4.**
Exemption law: **MD Cts. and Jud. Proc. Code Ann. Section 11-504**
Value exempt: **included in 4**

**Cash on hand.**                               Debtor Interest:        **5,000.00**

Exemption law: **MD Cts. and Jud. Proc. Code Ann. Section 11-504**
Value exempt: **5,000.00**

**Crops: 400 acres being farmed on a**          Debtor Interest:        **unknown**
**share-crop basis.**
Exemption law: **MD Cts. and Jud. Proc. Code Ann. Section 11-504**
Value exempt: **unknown**

**Firearms, sports, and other hobby**           Debtor Interest:    **included in 4**
**equipment included in 4.**
Exemption law: **MD Cts. and Jud. Proc. Code Ann. Section 11-504**
Value exempt: **included in 4**

In re **Travelstead, G. Ware**                           6-5-4979-SD
        Debtor                                    Case No. (if known)

**Furs and jewelry included in 4.**        Debtor Interest:   **included in 4**

Exemption law: **MD Cts. and Jud. Proc. Code Ann. Section 11-504**
Value exempt:  **included in 4**

**Household goods and furnishings,**        Debtor Interest:   **2,000,000.00**
**etc., includes 5,6,7,8,23 and 24.**
Exemption law: **MD Cts. and Jud. Proc. Code Ann. Section 11-504**
Value exempt:  **2,000,000.00**

**Interest in partnership: Debtor**        Debtor Interest:   **4,500,000.00**
**owns 100% of the Travelstead**
**Barcelona Limited Partnership.**
Exemption law: **MD Cts. and Jud. Proc. Code Ann. Section 11-504**
Value exempt:  **4,500,000.00**

**Interest in partnership: Debtor**        Debtor Interest:     **500,000.00**
**owns 88% interest in Madisonstead**
**Associates.**
Exemption law: **MD Cts. and Jud. Proc. Code Ann. Section 11-504**
Value exempt:  **500,000.00**

**Other liquidated debts owing**           Debtor Interest:   **1,562,000.00**
**debtor:**
**The Debtor is the holder of the**
**following Note receivables in the**
**following approximate principal**
**amounts, which amounts do not**
**include accrued interest:**

**Murray Thompson  $136,000**
**David Soloman      183,000**
**Edward Canet       268,000**
                   -------
     **Subtotal     $587,000**

**The Debtor is also the holder of a**
**debenture from Xpres Corporation**
**having a balance of $975,000.**
Exemption law: **MD Cts. and Jud. Proc. Code Ann. Section 11-504**
Value exempt:  **1,562,000.00**

**Real property improved by a**            Debtor Interest:     **175,000.00**
**residence known as 440 Fairway**
**Drive.**
Exemption law: **MD Cts. and Jud. Proc. Code Ann. Section 11-504**
Value exempt:  **175,000.00**

In re **Travelstead, G. ●●re**                                    ●6-5-4979-SD
         Debtor                                              Case No. (if known)

**Real property known as Cottingham**          Debtor Interest:      3,800,000.00
**Farm consisting of 540 acres**
**improved by a residence.**
Exemption law: **MD Cts. and Jud. Proc. Code Ann. Section 11-504**
Value exempt:  **705,000.00**

**Real property located at 4474**            Debtor Interest:      1,600,000.00
**Boone Creek Road, Oxford, MD**
**21654, known as Sol's Island**
**improved by a residence.**
Exemption law: **MD Cts. and Jud. Proc. Code Ann. Section 11-504**
Value exempt:  **0.00**

**Stock interest: Debtor owns 100%**          Debtor Interest:        100,000.00
**of Lex Air.**
Exemption law: **MD Cts. and Jud. Proc. Code Ann. Section 11-504**
Value exempt:  **100,000.00**

**Stock interest: Debtor owns 100%**          Debtor Interest:        525,000.00
**of the Travelstead Group, Inc.**
Exemption law: **MD Cts. and Jud. Proc. Code Ann. Section 11-504**
Value exempt:  **525,000.00**

**Stock interest: Debtor owns 100%**          Debtor Interest:     13,800,000.00
**of the Travelstead Group Spain and**
**affiliated entities.**
Exemption law: **MD Cts. and Jud. Proc. Code Ann. Section 11-504**
Value exempt:  **13,800,000.00**

**Stock interest: Debtor owns 51% of**        Debtor Interest:      5,000,000.00
**Fepate, a Spanish corporation.**
Exemption law: **MD Cts. and Jud. Proc. Code Ann. Section 11-504**
Value exempt:  **4,435,000.00**

**Stock interest: Debtor owns 80% of**        Debtor Interest:     20,400,000.00
**Blockless Investments, B.V.**
Exemption law: **MD Cts. and Jud. Proc. Code Ann. Section 11-504**
Value exempt:  **18,600,000.00**

**Stock interest: Debtor owns**               Debtor Interest:      3,000,000.00
**approximately 42% of Xpres**
**Corporation.**
Exemption law: **MD Cts. and Jud. Proc. Code Ann. Section 11-504**
Value exempt:  **2,435,000.00**

**Stock interest: The Debtor owns**           Debtor Interest:        250,000.00
**approximately 95% of Total**
**Concept, Inc.**
Exemption law: **MD Cts. and Jud. Proc. Code Ann. Section 11-504**
Value exempt:  **250,000.00**

In re **Travelstead, G. Ware**                          6-5-4979-SD
      Debtor                                          Case No. (if known)


**The Debtor is currently a party in**   Debtor Interest:    **1,500,000.00**
**a domestic proceeding property**
**settlement matter pending in the**
**Stamford-Norwalk Judicial District**
**at Stamford in the Superior Court**
**for the State of Connecticut.**
**There is approximately $1,800,000**
**in escrow pending a resolution of**
**this proceeding.  The Debtor**
**believes his interest in these**
**funds to be approximately**
**$1,500,000.  The Debtor also has**
**jewelry and proceeds from the sale**
**of jewelry at Christies in New**
**York, having a total value of**
**approximately $300,000 which is**
**also subject to a further order of**
**court in the foresaid domestic**
**proceeding matter.**
Exemption law: **MD Cts. and Jud. Proc. Code Ann. Section 11-504**
Value exempt:  **1,500,000.00**

**Wearing apparel included in 4.**   Debtor Interest:   **included in 4**

Exemption law: **MD Cts. and Jud. Proc. Code Ann. Section 11-504**
Value exempt:  **included in 4**

Page 4

In re **Travelstead, G. Ware**                              ●6-5-4979-SD
    Debtor                                   Case No. (if known)


## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

```
================================================================
Creditor's name and complete mailing address  | Amount of claim
including zip code                             | without deducting
---------------------------------------------- | value of collateral
Date claim was incurred, nature of lien, and   | --------------------
description and market value of property subject| Unsecured portion,
to the lien                                    | if any
================================================================
```

Account no.:                          Claim amount:    1,800,000.00
**Blockless Investments BV**              Unsecured:            0.00
**c/o Mies, Pearson**
**Holland**

Date incurred:
Nature of lien:
Claim is: **Fixed and liquidated.**
Collateral description: **Stock interest: Debtor owns 80% of Blockless**
                               **Investments, B.V.**
Collateral market value: **20,400,000.00**
Lien seniority: **1**
Total collateral value: **20,400,000.00**


Account no.:                          Claim amount:    2,530,000.00
**The Talbot Bank**                       Unsecured:            0.00
**P.O. Box 949**
**Easton, MD 21061**

Date incurred:
Nature of lien:
Claim is: **Fixed and liquidated.**
Collateral description: **Real property known as Cottingham Farm**
                               **consisting of 540 acres improved by a residence.**
Collateral market value: **3,800,000.00**
Lien seniority: **1**
Total collateral value: **3,800,000.00**


Account no.:                          Claim amount:    1,280,000.00
**The Talbot Bank**                       Unsecured:            0.00
**P.O. Box 949**
**Easton, MD 21601**



                              Subtotal this page:    5,610,000.00

In re **Travelstead, G. ●re**
   Debtor

●-5-4979-SD
Case No. (if known)

Date incurred:
Nature of lien:
Claim is: **Fixed and liquidated.**
Collateral description: **Real property located at 4474 Boone Creek Road, Oxford, MD 21654, known as Sol's Island improved by a residence.**
Collateral market value: **1,600,000.00**
Lien seniority: **1**
Total collateral value: **1,600,000.00**

Account no.:
**Timothy Wyman**
**31 South Harrison Street**
**Easton, MD 21601**

Claim amount:    565,000.00
Unsecured:    0.00

Date incurred:
Nature of lien:
Claim is: **Disputed.**
Collateral description: **Real property known as Cottingham Farm consisting of 540 acres improved by a residence.**
Collateral market value: **1,334,658.00**
Lien seniority: **2**
Collateral description: **Real property located at 4474 Boone Creek Road, Oxford, MD 21654, known as Sol's Island improved by a residence.**
Collateral market value: **319,550.00**
Lien seniority: **2**
Collateral description: **Stock interest: Debtor owns 51% of Fepate, a Spanish corporation.**
Collateral market value: **5,000,000.00**
Lien seniority: **1**
Collateral description: **Stock interest: Debtor owns approximately 42% of Xpres Corporation.**
Collateral market value: **3,000,000.00**
Lien seniority: **1**
Total collateral value: **9,654,208.00**

Subtotal this page:    **565,000.00**
Total:    **6,175,000.00**

Page 2

In re **Travelstead, G.** ●re                                    ●5-
        Debtor                                              Case No. (if known)

SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| | Debtor has no creditors holding unsecured priority claims.

TYPES OF PRIORITY CLAIMS:
| | WAGES, SALARIES, AND COMMISSIONS
        Wages, salaries, and commissions, including vacation, severance,
        and sick leave pay owing to employees and commissions owing to
        qualifying independent sales representatives up to $4000* per
        person earned within 90 days immediately preceding the filing of
        the original petition, or the cessation of business, whichever
        occurred first, to the extent provided in 11 U.S.C. sec.
        507(a)(3).
| | CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS
        Money owed to employee benefit plans for services rendered within
        180 days immediately preceding the filing of the original
        petition, or the cessation of business, whichever occurred first
        to the extent provided in 11 U.S.C. sec. 507(a)(4).
| | CERTAIN FARMERS OR FISHERMEN
        Claims of certain farmers or fishermen, up to a maximum of $4000*
        per farmer or fisherman, against the debtor, as provided in 11
        U.S.C. sec. 507(a)(5).
| | DEPOSITS BY INDIVIDUALS
        Claims of individuals up to a maximum of $1800* for deposits for
        the purchase, lease, or rental of property or services for
        personal, family, or household use, that were not delivered or
        provided.   11 U.S.C. sec. 507(a)(6).
| | ALIMONY, MAINTENANCE, OR SUPPORT
        Claims of a spouse, former spouse, or child of the debtor for
        alimony, maintenance, or support, to the extent provided in 11
        U.S.C. sec. 507(a)(7).
|X| TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS
        Taxes, customs duties, and penalties owing to federal, state, and
        local governmental units as set forth in 11 U.S.C. sec.
        507(a)(8).
| | COMMITMENTS TO MAINTAIN CAPITAL OF INSURED DEPOSITORY INSTITUTION
        Claims based on commitments to the FDIC, RTC, Director of the
        Office of Thrift Supervision, Controller of the Currency, or
        Board of Governors of the Federal Reserve System, or their
        predecessors or successors, to maintain the capital of an insured
        depository institution.   11 U.S.C. sec. 507(a)(9).

* Amounts are subject to adjustment on April 1, 1998, and every three
years thereafter with respect to cases commenced on or after the date of
adjustment.

                                        Subtotal this page:        **0.00**

In re **Travelstead, G. ●re**                    Case No. ●6-
        Debtor                                   (if known)

SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

**Taxes**
Type of Priority

| Creditor name and complete mailing address including zip code | Amount entitled to priority |
|---|---|
| Date claim was incurred and consideration for claim | Total amount of claim |

Account no.:                              Priority amount:      **145,000.00**
**Internal Revenue Service**               Amount of claim:      **145,000.00**
**Federal Building, Rm 118**
**Attn: D.F. Warren**
**251 N. Main Street**
**Winston-Salem, NC 27101**
Date incurred:
Consideration for claim: **1993 Federal taxes (Amended).**
Claim is: **Fixed and liquidated.**


Account no.:                              Priority amount:       **40,556.00**
**New York State Dept of**                 Amount of claim:       **40,556.00**
**Taxation and Finance**
**Audit Div Central Office**
**WA Harriman State Campus**
**Albany, NY 12227-0001**
Date incurred:
Consideration for claim: **1993 New York State taxes (Amended).**
Claim is: **Fixed and liquidated.**


Account no.:                              Priority amount:       **97,801.00**
**North Carolina**                         Amount of claim:       **97,801.00**
**Department of Revenue**
**P. O. Box 25000**
**Raleigh, NC 27640-0150**
Date incurred:
Consideration for claim: **1993 North Carolina taxes (Amended).**
Claim is: **Fixed and liquidated.**


                              Subtotal this page:      **283,357.00**
                                         Total:        **283,357.00**

                                                          Page 2

In re **Travelstead, G. ●re**                              ●-5-4979-SD
     Debtor                                    Case No. (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

```
==============================================================
| Creditor's name and complete mailing address    |          |
| including zip code                               |          |
| -------------------------------------------------| Amount of claim |
| Date claim was incurred and consideration for claim. |      |
| If claim is subject to setoff, so state.         |          |
==============================================================
```

Account no.:                          Amount of claim:          397.00
**Action Legal Video**
**132 Nassau Street**
**Suite 400**
**NY, NY 10038**
Date incurred: **9-22-95**
Consideration for claim:
Claim is: **Fixed and liquidated.**


Account no.:                          Amount of claim:      104,214.76
**American Express**
**Platinum**
**Suite 0001**
**Chicago, IL 60679-0001**
Date incurred:
Consideration for claim:
Claim is: **Fixed and liquidated.**


Account no.:                          Amount of claim:        9,744.45
**American Express**
**Centurion Bank**
**c/o The Optima Account**
**Box 1407**
**Newark, NJ 07101-1407**
Date incurred:
Consideration for claim:
Claim is: **Fixed and liquidated.**


Account no.:                          Amount of claim:       18,070.84
**American Express - Gold**
**Suite 0001**
**Chicago, IL 60679-0001**
Date incurred:
Consideration for claim:
Claim is: **Fixed and liquidated.**


                                 Subtotal this page:      132,427.05

In re **Travelstead, G. ●are**                                      ●6-5-4979-SD
    Debtor                                         Case No. (if known)

Account no.:                              Amount of claim:        **1,000.00**
**Asprey**
**725 Fifth Avenue**
**NY, Ny 10022**
Date incurred:
Consideration for claim:
Claim is: **Fixed and liquidated.**


Account no.:                              Amount of claim:        **1,063.32**
**BMW Financial Services**
**c/o BMW of America**
**Montvale, NJ**
Date incurred:
Consideration for claim:
Claim is: **Fixed and liquidated.**


Account no.: **5438-9210-3400-3614**      Amount of claim:        **9,111.42**
**Bankcard Center**
**P.O. Box 580301**
**Charlotte, NC 28258-0301**
Date incurred:
Consideration for claim:
Claim is: **Fixed and liquidated.**


Account no.: **4251-1610-3400-3978**      Amount of claim:        **9,588.22**
**Bankcard Center**
**P. O. Box 580301**
**Charlotte, NC 28258-0301**
Date incurred:
Consideration for claim:
Claim is: **Fixed and liquidated.**


Account no.: **0586-354-248**             Amount of claim:       **16,698.26**
**Bankcard Services**
**P.O. Box 84000**
**Seattle, WA 98184-1100**
Date incurred:
Consideration for claim:
Claim is: **Fixed and liquidated.**


                              Subtotal this page:       **37,461.22**

                                                              Page 2

In re **Travelstead, G.** are                                    96-5-4979-SD
Debtor                                                          Case No. (if known)


Account no.:                              Amount of claim:        73,824.23
**Cacace Tusch & Santagata**
**777 Summer Street**
**P. O. Box 15859**
**Stamford, CT 06901-0859**
Date incurred:
Consideration for claim:
Claim is: **Fixed and liquidated.**


Account no.: **4128-0021-5822-5701**    Amount of claim:         6,457.58
**Citibank**
**Box 6500**
**Sioux Falls, SD 57117**
Date incurred:
Consideration for claim:
Claim is: **Fixed and liquidated.**


Account no.: **5424-1802-7826-9177**    Amount of claim:         3,661.15
**Citibank**
**Box 6500**
**Sioux Falls, SD 57117**
Date incurred:
Consideration for claim:
Claim is: **Fixed and liquidated.**


Account no.:                              Amount of claim:          291.50
**Colucci Investigations**
**P.O. Box 2026**
**Stamford, CT 06906-0026**
Date incurred:
Consideration for claim:
Claim is: **Fixed and liquidated.**


Account no.:                              Amount of claim:       187,818.77
**Duker & Barrett**
**1585 Broadway**
**NY, NY 10036**
Date incurred: **10-18-95**
Consideration for claim:
Claim is: **Fixed and liquidated.**


                                         Subtotal this page:     272,053.23

                                                                     Page 3

In re **Travelstead, G.** ● **are**          ●6-5-4979-SD
Debtor                                 Case No. (if known)

Account no.:                    Amount of claim:        548.02
**Eagle Transfer Corp.**
**40 Laight Street**
**NY, NY 10013-2108**
Date incurred:
Consideration for claim:
Claim is: **Fixed and liquidated.**


Account no.:                    Amount of claim:      1,220.72
**First Interstate Bank**
**P. O. Box 34770**
**Seattle, WA 98124-1770**
Date incurred: **1996**
Consideration for claim:
Claim is: **Fixed and liquidated.**


Account no.:                    Amount of claim:    998,000.00
**G. Gordon Hanes**
**James G. Hanes, III**
**c/o Xpres Corporation**
**111 Cloverleaf Drive**
**Winston-Salem, NC 27103**
Date incurred:
Consideration for claim:
Claim is: **Fixed and liquidated.**


Account no.:                    Amount of claim:     23,824.66
**Hedleys Humpers**
**Units 2 & 4**
**97 Victoria Road**
**London, NW10 6ND**
Date incurred: **95-96**
Consideration for claim:
Claim is: **Fixed and liquidated.**


Account no.:                    Amount of claim:         10.66
**Hilton Hotel**
**Logan International**
**Airport**
**East Boston, MA 02128**
Date incurred:
Consideration for claim:
Claim is: **Fixed and liquidated.**


                    Subtotal this page:     1,023,604.06

                                            Page 4

In re **Travelstead, G. ● re**
        Debtor

                                                        ●6-5-4979-SD
                                                        Case No. (if known)


Account no.:                        Amount of claim:         35,820.65
**Homestead Gardens**
**Central Avenue, Rt. 214**
**P.O. Box 189**
**Davidsonville, MD 21035**
Date incurred:
Consideration for claim:
Claim is: **Fixed and liquidated.**


Account no.:                        Amount of claim:            785.90
**Wolfgang Hoyt**
**18 West 27th Street**
**NY, NY 10001**
Date incurred:
Consideration for claim:
Claim is: **Fixed and liquidated.**


Account no.:                        Amount of claim:         62,000.00
**Kamanitz, Uhlfelder & P.**
**Attn: Lawrence Kamanitz**
**Executive Ctr./Hooks La.**
**4 Reservoir Circle**
**Baltimore, MD 21208**
Date incurred:
Consideration for claim:
Claim is: **Fixed and liquidated.**


Account no.:                        Amount of claim:            997.20
**Manhattan Reporting**
**132 Nassau Street**
**NY, NY 10038**
Date incurred: **8-21-95**
Consideration for claim:
Claim is: **Fixed and liquidated.**


Account no.:                        Amount of claim:            979.95
**Manhattan Reporting Corp**
**132 Nassau Street**
**NY, NY 10038**
Date incurred: **9-28-95**
Consideration for claim:
Claim is: **Fixed and liquidated.**


                            Subtotal this page:       100,583.70

                                                        Page 5

In re **Travelstead, G. Ware**                              6-5-4979-SD
Debtor                                              Case No. (if known)


Account no.:                          Amount of claim:        978.25
**McCall Firm**
**633 West Fourth Street**
**Suite 150**
**Winston-Salem, NC 27101**
Date incurred: **11-6-95**
Consideration for claim:
Claim is: **Fixed and liquidated.**


Account no.:                          Amount of claim:    1,500,000.00
**NationsBank**
**Winston-Salem, NC**
Date incurred:
Consideration for claim: **Guarantee of loan to Xpres Corporation.**
Codebtor: **John Curlett**
          **Redge Hanes**
          **Xpres Corporation**
Claim is: **Contingent.**


Account no.:                          Amount of claim:      25,696.36
**O'Melveny & Myers**
**Citicorp Center**
**153 East 53rd Street**
**NY, NY 10022-4611**
Date incurred:
Consideration for claim:
Claim is: **Fixed and liquidated.**


Account no.:                          Amount of claim:      20,482.19
**Oberstein, Kibre**
**& Horwitz**
**1999 Avenue of the Stars**
**Suite 1850**
**L.A., CA 90067-6050**
Date incurred:
Consideration for claim:
Claim is: **Fixed and liquidated.**


Account no.:                          Amount of claim:       7,030.54
**Phil Dietz, Esquire**
**16 S. Washington Street**
**P.O. Box 1146**
**Easton, MD 21061-1146**
Date incurred:
Consideration for claim:
Claim is: **Fixed and liquidated.**


                          Subtotal this page:    1,554,187.34

                                                          Page 6

In re **Travelstead, G.**⬤**are**                              ⬤6-5-4979-SD
     Debtor                                          Case No. (if known)

Account no.:                          Amount of claim:           5,000.00
**Virginia Ramirez**
**1517 Ritchie Highway**
**Suite 206**
**Arnold, MD 21012**
Date incurred:
Consideration for claim:
Claim is: **Fixed and liquidated.**


Account no.:                          Amount of claim:           5,000.00
**Robinson, Murphy &**
**McDonald**
**100 Park Avenue**
**NY, NY 10017**
Date incurred:
Consideration for claim:
Claim is: **Fixed and liquidated.**


Account no.:                          Amount of claim:          74,443.00
**Rollins Hudig Hall**
**3334 Healy Drive**
**Suite 301**
**Winston-Salem, NC 27114**
Date incurred:
Consideration for claim:
Claim is: **Fixed and liquidated.**


Account no.: **70-305-222**              Amount of claim:             507.14
**Saks Fifth Avenue**
**P. O. Box 85060**
**Louisville KY 40285-5060**
Date incurred:
Consideration for claim:
Claim is: **Fixed and liquidated.**


Account no.:                          Amount of claim:          56,971.25
**Shearman & Sterling**
**599 Lexington Avenue**
**NY, NY 10022-6069**
Date incurred: **1995**
Consideration for claim:
Claim is: **Fixed and liquidated.**


                              Subtotal this page:         141,921.39

                                                              Page 7

In re **Travelstead, G. ◖are**                                    ◖6-5-4979-SD
     Debtor                                      Case No. (if known)


| | |
|---|---|
| Account no.: | Amount of claim:    **2,017.02** |
| **Sherry-Lehman** | |
| **679 Madison Avenue** | |
| **at 61st Street** | |
| **NY. NY 10021** | |
| Date incurred: | |
| Consideration for claim: | |
| Claim is: **Fixed and liquidated.** | |

| | |
|---|---|
| Account no.: | Amount of claim:    **96.00** |
| **Southern District** | |
| **Reporters, P.C.** | |
| **500 Pearl Street, Rm 330** | |
| **NY, NY 10007** | |
| Date incurred: **9-27-95** | |
| Consideration for claim: | |
| Claim is: **Fixed and liquidated.** | |

| | |
|---|---|
| Account no.: | Amount of claim:    **1,738.39** |
| **Tearney & Tearney** | |
| **1950 Sawtelle Blvd.** | |
| **Suite 320** | |
| **L.A., CA  90025** | |
| Date incurred: **10-13-95** | |
| Consideration for claim: | |
| Claim is: **Fixed and liquidated.** | |

| | |
|---|---|
| Account no.: | Amount of claim:    **22,452.93** |
| **The Bank of New York** | |
| **P. O. Box 748** | |
| **Harrison, NY 10528** | |
| Date incurred: | |
| Consideration for claim: | |
| Claim is: **Fixed and liquidated.** | |

| | |
|---|---|
| Account no.: | Amount of claim:    **35,055.51** |
| **The Mark Hotel** | |
| **Madison Avenue** | |
| **at East 77th Street** | |
| **NY, NY 10021** | |
| Date incurred: | |
| Consideration for claim: | |
| Claim is: **Fixed and liquidated.** | |


Subtotal this page:    **61,359.85**
          Total:    **3,323,597.84**

In re **Travelstead, G.** ●● **are** ●● 96-
Debtor                                              Case No. (if known)

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

=================================================================

| Name and mailing address, including zip code, of other parties to lease or contract. | Description of contract or lease and nature of debtor interest. State whether lease is for non-residential real property.  State contract number of any governmental contract. |
|---|---|

=================================================================

None

In re **Travelstead, G. Ware**                                    96-5-4979-SD
　　　Debtor                                               Case No. (if known)

## SCHEDULE H - CODEBTORS

```
======================================================================
| Name and address of codebtor     | Name and address of creditor    |
======================================================================
```

| Name and address of codebtor | Name and address of creditor |
|---|---|
| **John Curlett**<br>**Xpres Corporation**<br>**111 Cloverleaf Drive**<br>**Winston-Salem, NC 27103** | **NationsBank**<br>**Winston-Salem, NC** |
| **Redge Hanes**<br>**Xpres Corporation**<br>**111 Cloverleaf Drive**<br>**Winston-Salem, NC 27103** | **NationsBank**<br>**Winston-Salem, NC** |
| **Xpres Corporation**<br>**111 Cloverleaf Drive**<br>**Winston-Salem, NC 27103** | **NationsBank**<br>**Winston-Salem, NC** |

UNITED STATES BANKRUPTCY COURT FOR THE
**DISTRICT OF MARYLAND**
**BALTIMORE**

In re: **Travelstead, G. Ware**                        96-5-4979-SD
     Debtor                                         Case No. (if known)


```
====================== SUMMARY OF SCHEDULES ======================
------------------------------------------------------------------
    Schedule name     | No. Sheets  | Assets | Liabilities | Other
------------------------------------------------------------------
 X (mark if attached)
==================================================================
___ A - Real Property        1    5,575,000.00 ------------------
___ B - Personal Property    5   53,142,000.00 ------------------
___ C - Property Claimed          -----------------------------------
        as Exempt            4    -----------------------------------
___ D - Creditors Holding         -----------------------------------
        Secured Claims       2    ------------   6,175,000.00 -------
___ E - Creditors Holding         -----------------------------------
        Unsecured Priority        -----------------------------------
        Claims               2    ------------     283,357.00 -------
___ F - Creditors Holding         -----------------------------------
        Unsecured Non-            -----------------------------------
        priority Claims      8    ------------   3,323,597.84 -------
___ G - Executory Contracts       -----------------------------------
        and Unexpired             -----------------------------------
        Leases               1    -----------------------------------
___ H - Codebtors            1    -----------------------------------
___ I - Current Income of         -----------------------------------
        Individual Debtors   2    --------------------        0.00
___ J - Current Expenditures      -----------------------------------
        of Individual             -----------------------------------
        Debtors              4    --------------------        0.00
------------------------------------------------------------------
        Summary Sheet  |   1  |*********************************
        Total No. Sheets |  31 |*********************************
             Total Assets -> | 58,717,000.00 |********************
                 Total Liabilities -> |     9,781,954.84 |*******
                     Total No. of Creditors -> |   46 |*******
==================================================================
```

In re **Travelstead, G. Ware**        6-
     Debtor                                 Case No. (if known)

(The penalty for making a false statement or concealing property is a
fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. secs. 152 and 3571.)

DECLARATION

I, **G. Ware Travelstead**, named as the debtor in this case, declare under
penalty of perjury that I have read the foregoing **Summary and Schedules**,
consisting of 32 sheets (including this declaration), and that it is
true and correct to the best of my information and belief.


Signature: _____    Date: _July 8, 1996_
         **G. Ware Travelstead**