# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND

IN RE:  \*
G. Ware Travelstead  \*  Case No: 96-5-4979-SD
\*  Chapter   11
\*
\*  Deficient Pleading No._15_
\*      Response
Debtor(s).  \*  _____
\*      **Pleading Title**
\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE TO PARTY FILING DEFICIENT PLEADING OR PAPER

**WARNING** - the deficient pleading described above will be stricken or denied unless you correct the following deficiencies. You have eight (8) days from the mailing date of this notice to file the corrections.

The Clerk has accepted the pleading or paper in compliance with Bankruptcy Rule 5005(a) or 7005. There will be no consideration of the deficient pleading or paper until the defect(s) is/are corrected. Requirements for hearing dates and response periods will commence on the date the cured pleading or paper has been filed or the filing fee has been paid.

With reference to the deficient pleading or paper, the Court has deferred action pending correction of the following:

( ) Single column mailing matrix listing <u>only</u> new creditor names and addresses added by amended schedule(s).

( ) Petition/Pleading was not signed, by ___Debtor(s) ___Debtor's Attorney ___Other Party in Interest; ___does not have original signatures.

( ) A list of Creditors Holding 20 Largest Unsecured Claims was not filed with the Chapter 11 petition.

( ) A list containing name and address of each creditor was not filed with the petition.

( ) No Certificate of Service on all entities affected of ___ amended schedules, ___Order for Meeting of Creditors, ___Order(s) establishing or extending bar dates.

( ) Filing fee not submitted: ___chapter 7, $175.00 ___chapter 12, $200.00 ___chapter 13, $160.00 ___chapter 11, $800.00 ___amendment fee, $20.00 ___appeal fee $105.00 ___ motion to convert to chapter 7 $15.00.

(XXX) Appearance of counsel required. See Loc. Bankr. Rule 4 for attorney admission requirements.

(XXX) See enclosures for Pro Hac Vice attorney admission; local counsel must sign motion.

( ) Insufficient caption and/or specific descriptive title on ___pleading or paper, ___proposed order. Bankr. Rule 7010(a) or 9004(b); Loc. Bankr. Rule 3.

( ) Proposed order is missing. Loc. Bankr. Rule 3.

( ) Names and addresses of all counsel and other parties in interest entitled to receive copies are not shown on proposed order. Loc. Bankr. Rule 3.

( ) Absence of the Certificate of Service required on parties such as: U.S. Trustee, Trustee, Debtor(s), All Creditors, Added Creditors, Unsecured Creditors Committee, 20 Largest Unsecured Creditors, Other Parties in Interest, ...

( ) A verified statement of professional to be employed is required. Bankr. Rule 2014(a).

( ) Original and ___ three copies of the petition or amendment to schedules required in chapters 7, 12, 13; original and ___ six copies of the petition or amendment to schedules required in chapter 11. ___Include Debtor(s)' declaration signed under penalty of perjury. ___Do not include pages of schedules not being amended.

( ) Other_____

_____

Date Mailed: July 9, 1996          **FILED**          John Winkler
                                                      Clerk

Petitions/Applications/Misc. motions/Notices/etc.    JUL -9 1996
(revised 3/26/96/Defic-14.1a)                                        By: Deborah Mathews
                                                                         Deputy Clerk

CLERK'S OFFICE
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE