IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

IN RE: *

G. WARE TRAVELSTEAD * Case No. 96-5-4979-SD

Debtor * Chapter 11

\* \* \* \* \* \* \*

**EXPEDITED MOTION TO COMPEL LIQUIDATING AGENT
TO PAY APPROVED FEES OF SPECIAL COUNSEL**

G. Ware Travelstead, (the "Debtor"), by counsel, hereby moves pursuant to 11 U.S.C. §§ 105 and 330 for an order directing the Liquidating Agent to pay the allowed professional fees of Alfonso Martinez-Almeida on the following grounds:

1. On March 22, 2002, the Court approved the Debtor's Application to Retain Alfonso Martinez-Almeida as Special Counsel as Expert on Spanish Business Law in connection with Adversary Proceeding, No. 99-5735-SD, entitled G. Ware Travelstead v. Ray Velazquez, *et al.*

2. Alfonso Martinez-Almedia ("Special Counsel") provided the services that he agreed to perform in his Application for Employment.

3. On October 9, 2002, the Debtor filed the First and Final Fee Application for Alfonso Martinez-Almeida for Compensation for Serviced Rendered and Reimbursement of Expenses as Expert In Spanish Business Law in the amount of $23,000, plus $330 in expenses.

4. On November 26, 2002, the Court entered an Order approving the Application in full.

5.      On or about December 9, 2002, the Liquidating Agent paid Special Counsel approximately forty percent (40%) of Special Counsel's allowed fees, $9,090.25.

6.      As has been the case with other Court approved fees, the Liquidating Agent has failed and refused to pay the balance of Special Counsel's allowed fees despite having received numerous requests from both the Debtor's counsel and Special Counsel.

7.      The Debtor understands that the Liquidating Agent has tens of thousands, and perhaps hundreds of thousands of dollars, available to pay the balance of Special Counsel's fees and is unilaterally refusing to pay approved Special Counsel's fees, as well as other allowed fee applications, presumably in order to preserve the funds on hand to protect his own substantial unpaid fees.

8.      As a result of the Liquidating Agent's refusal to pay the balance of Special Counsel's fees, Special Counsel has turned his frustration and antagonism towards Debtor's counsel and threatened action against Debtor's counsel personally, even though Special Counsel executed a Verified Statement agreeing to be paid pursuant to Court Order and not by Debtor's counsel. Special Counsel knows that the Liquidating Agent is authorized to pay the balance of his fees and has the resources to do so. Most curiously, Special Counsel has communicated directly with the Liquidating Agent on this matter, yet Special Counsel somehow blames the Debtor's counsel for the delay in payment. A copy of an e-mail message from the Liquidating Agent to Debtor's counsel enclosing a copy of Special Counsel's message to the Liquidating Agent threatening action against Debtor's counsel is attached as **Exhibit 1**.

9. The Liquidating Agent's refusal to pay the balance of Special Counsel's allowed fees is prejudicial to both Special Counsel and to Debtor's counsel and is unreasonable, unfair and an abuse of the Liquidating Agent's power.

WHEREFORE, the Debtor requests entry of an Order directing the Liquidating Agent to pay the balance of the Special Counsel's allowed fees in the amount of $14,320.75, within 24 hours of entry of the Order.

Stephen F. Fruin, Bar No. 08456
Kenneth Oestreicher, Bar No. 05567
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland  21202-1626
410/347-8700

Attorneys for Debtor, G. Ware Travelstead

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of April, 2003, a copy of the foregoing Expedited Motion to Compel Liquidating Agent to Pay Approved Fees of Special Counsel was sent via facsimile transmission and first-class mail to the following parties:

> Mr. G. Ware Travelstead
> 1709 Dey Cove Drive
> Virginia Beach, VA 23454
>
> Joel I. Sher, Esquire
> Shapiro Sher Guinot & Sandler
> 36 South Charles Street, Suite 2000
> Baltimore, Maryland 21201
>
> Mark A. Neal, Esquire
> Office of the U.S. Trustee
> 300 West Pratt Street, Suite 350
> Baltimore, Maryland 21201

and via e-mail and first-class mail to:

> Alfonso Martinez-Almeida
> 1515 Bay Road, Apt. 1
> Miami, Florida 33139
> (martinez-almeida@onebox.com)

Stephen F. Fruin

*1485028*

FILED

APR 11 2003

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE
DROP BOX

# EXHIBIT 1

## Oestreicher, Kenneth

| | |
|---|---|
| **From:** | Joel Sher [JIS@shapirosher.com] |
| **Sent:** | Friday, April 11, 2003 1:55 PM |
| **To:** | KOESTREICHER@wtplaw.com |
| **Cc:** | Richard M. Goldberg |
| **Subject:** | Fwd: Madrid |



Madrid

        Please call me about this---he is off the wall and I want to reply, but lets talk

Regards
Joel I. Sher
Shapiro Sher Guinot & Sandler
Suite 2000
36 South Charles St.
Baltimore, Md. 21201
Tel 410.385.4277
Fax 410.385.1216
jis@shapirosher.com


-------------------------NOTICE-------------------------------
On August 1, 2002 our Firm's name changed to Shapiro Sher Guinot & Sandler.  Our web address remains as before -- www.shapirosher.com.


This e-mail and its attachments are confidential and intended exclusively for the individual or entity named above.  If you are not the intended addressee, you are hereby notified that reading, disseminating, distributing, or copying this communication is unauthorized and prohibited.  If you have received this communication in error, please immediately notify us by telephone at 410-385-0202.

-------------------------NOTICE-------------------------------
On August 1, 2002 our Firm's name changed to Shapiro Sher Guinot & Sandler.  Our web address remains as before -- www.shapirosher.com.


This e-mail and its attachments are confidential and intended exclusively for the individual or entity named above.  If you are not the intended addressee, you are hereby notified that reading, disseminating, distributing, or copying this communication is unauthorized and prohibited.  If you have received this communication in error, please immediately notify us by telephone at 410-385-0202.

## Oestreicher, Kenneth

| | |
|---|---|
| From: | martinez-almeida@onebox.com |
| Sent: | Thursday, April 10, 2003 11:54 AM |
| To: | jls@shapirosher.com; jis@shapirosher.com |
| Subject: | Madrid |

Dear Mr. Sher,

I just called you but you were not there.  As we agreed on a month ago, I was calling to find out about my fees.

Being honest, I am feeling very lied and manipulated by the attorney who hired me, Mr. Oestreicher, and how he lied about me getting paid.  I have started to research the intial process before the Maryland Bar Association to ask for his license suspension.  I am also drafting a letter to the Judge who approved my fees, and who according to Mr. Oestreicher, upon his apporval I would be getting paid.  I will be contacting the American Bar Association and the New York Bar Association as well.

I have nothing to lose because I feel I would never get paid.  I would be travelling to the US in a week, and will inmediately take action.  It´s been a year since I presented my bill, and they collected a big settlement right after my deposition.  It´s not fair for a young attorney like me who acted in good faith and did what I was asked to do, not to receive payment for my services.  Add the dollar devaluation and is 20% less that I should have collected a while ago.

If you have any idea or feel that I should wait a few days more, please let me know.  My movil in Spain is 011 34 666 802955.

Thanks,

Alfonso

--
alfonso martinez
martinez-almeida@onebox.com - email
(202) 777-2641 x1467 - voicemail/fax

1