## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of April, 2003, a copy of the foregoing Liquidating Agent's Response To Expedited Motion To Compel Liquidating Agent to Pay Approved Fees of Special Counsel was sent via first-class mail, postage prepaid, to the following parties:

>Stephen F. Fruin, Esquire
>Whiteford Taylor & Preston
>7 St. Paul Street, Suite 1400
>Baltimore, MD   21202
>
>Mr. G. Ware Travelstead
>1709 Dey Cove Drive
>Virginia Beach, VA   23454
>
>Mark A. Neal, Esquire
>Office of the U.S. Trustee
>300 West Pratt Street, Suite 350
>Baltimore, MD   21201
>
>Alfonso Martinez Almeida, Esquire
>1515 Bay Road, Apt. 1
>Miami, FL   33139

>/s/   Joel I. Sher
>Joel I. Sher

008js816.pld
46322.001