EXHIBIT A



**SHAPIRO
SHER
GUINOT &
SANDLER**

Joel I. Sher
Direct Dial: 410.385.4277
jis@shapirosher.com

36 S. Charles Street
Suite 2000
Baltimore, Maryland
21201-3147
Telephone: 410.385.0202
Facsimile: 410.539.7611

December 2, 2002

**VIA HAND DELIVERY**

Paul M. Nussbaum, Esquire
Whiteford, Taylor & Preston, L.L.P.
7 Saint Paul Street
Baltimore, Maryland 21202-1626

   Re: *Travelstead*

Dear Paul:

   Enclosed please find a check made payable to Whiteford, Taylor & Preston in the amount of $51, 066.67.

   As you know I am currently holding the approximate sum of $167,000 of "free money" from which I can make a further distribution. I also note that on November 26, 2002 Judge Derby entered the Order Approving the Tenth Application by Grant Thorton, LLP. Based on his interlineations, it would appear that he has overruled the objection of Eduardo Canet. Thus I believe I am now free to make this distribution. I would also note that of the $167,000 which I am holding, approximately $55,000 represents distributions from the parking garage which Beto wired here earlier this year. Based on that additional fact and my continued belief that we must insure that sufficient funds are reserved to pay Javier Selva in full (as opposed as treating him on parity with other approved professionals) I have determined that I must escrow sufficient funds to cover his fees. In addition to those sums, I believe that I should leave approximately $22,000 on reserve to meet ongoing ordinary expenses which may arise over the next few months. Therefore, I have determined that I can safely make a distribution today of $90,000 to all professionals whose fees have been approved. Those professionals are Whiteford, Taylor & Preston, Grant Thornton, PENTA and Alfonso Almeida. The aggregate amount of those approved fees is $239,983.87. Accordingly, your pro rata share of the $90,000 distribution is $51,066.67. I will be making similar pro rata distributions to the other mentioned firms today and I will provide you copies of those letters

                Very truly yours,

                */s/ Joel I. Sher*

                Joel I. Sher

cc: Enclosure

F:\LIT\JRGILBER\WPDATA\008jg.nussbaum.ltr2.doc;;jg

