**EXHIBIT B**



# SHAPIRO SHER GUINOT & SANDLER

Joel I. Sher
Direct Dial: 410.385.4277
jis@shapirosher.com

36 S. Charles Street
Suite 2000
Baltimore, Maryland
21201-3147
Telephone: 410.385.0202
Facsimile: 410.539.7611

December 2, 2002

Terry L. Musika, CPA
Penta Advisory Services
Two North Charles Street
Suite 400
Baltimore, Maryland 21201

    Re:    *G. Ware Travelstead*
            Case No. 96-5-4979-SD
            <u>Chapter 11</u>

Dear Charles:

    On March 22, 2002, the Court entered the Order Granting First Interim Compensation to Penta Advisory Services, a Unit of Navigant Consulting, Inc. for Services Rendered as Consultant to the Debtor for the Period of November 1, 2000 Through September 30, 2001, approving fees and expenses in the aggregate amount of $35,890.89. At this time, I am able to make a partial distribution (in the aggregate amount of $90,000) to administrative claimants. Therefore, enclosed is check no. 1246 representing your pro rata share in the amount of $13,984.44. This is a 38.96375% distribution against your Court authorized fees. As I collect and liquidate other estate assets, I will be able to make further distributions.

    Please feel free to call me if you have any questions.

                                  Very truly yours,

                                  Joel I. Sher

Enclosure

travelstead/distribution.ltr
46322.001





# SHAPIRO SHER GUINOT & SANDLER

Joel I. Sher
Direct Dial: 410.385.4277
jis@shapirosher.com

36 S. Charles Street
Suite 2000
Baltimore, Maryland
21201-3147
Telephone: 410.385.0202
Facsimile: 410.539.7611

December 2, 2002

Larry Kamanitz, CPA
Grant Thornton, LLP
Two Hopkins Plaza
7th Floor
Baltimore, Maryland 21201

Re: *G. Ware Travelstead*
Case No. 96-5-4979-SD
Chapter 11

Dear Larry:

On November 26, 2002, the Court entered the Order Granting Tenth Application By Grant Thornton LLP for Allowance of Interim Compensation for Services Rendered as Accountant for the Debtor for the Period July 19, 2001 Through July 12, 2002, approving compensation in the amount of $19,461.00. At this time, I am able to make a partial distribution (in the aggregate amount of $90,000) to administrative claimants. Therefore, enclosed is check no. 1245 representing your pro rata share in the amount of $15,858.64. This is a 38.96375% distribution against your Court authorized fees. As I collect and liquidate other estate assets, I will be able to make further distributions.

Please feel free to call me if you have any questions.

Very truly yours,

Joel I. Sher

Enclosure

travelstead/distribution.ltr
46322.001





**SHAPIRO
SHER
GUINOT &
SANDLER**

Joel I. Sher
Direct Dial: 410.385.4277
jis@shapirosher.com

36 S. Charles Street
Suite 2000
Baltimore, Maryland
21201-3147
Telephone: 410.385.0202
Facsimile: 410.539.7611

December 2, 2002

Mr. Alfonso Martinez-Almeida
147 D Street, S.E.
Washington, DC  20003

Re: G. Ware Travelstead
Case No. 96-5-4979-SD
Chapter 11

Dear Mr. Martinez-Almeida:

On November 26, 2002, the Court entered the Order Granting First and Final Application for Compensation for Services Rendered and Reimbursement of Expenses Incurred for Alfonso Martinez-Almeida As Expert on Spanish Business Law, approving fees and expenses in the aggregate sum of $23,330.00. At this time, I am able to make a partial distribution (in the aggregate amount of $90,000) to administrative claimants. Therefore, enclosed is check no. 1247 representing your pro rata share in the amount of $9,090.25. This is a 38.96375% distribution against your Court authorized fees. As I collect and liquidate other estate assets, I will able to make further distributions.

Please feel free to call me if you have any questions.

Very truly yours,

Joel I. Sher

Enclosure

travelstead/distribution.ltr
46322.001

