IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:                                  *

**G. WARE TRAVELSTEAD**                 *     Case No. 96-5-4979-SD
                                              (Chapter 11)
      Debtor.                     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER DENYING DEBTOR'S
EXPEDITED MOTION TO COMPEL LIQUIDATING AGENT
TO PAY APPROVED FEES OF SPECIAL COUNSEL**

Upon consideration of the Debtor's Expedited Motion to Compel Liquidating Agent to Pay Approved Fees of Special Counsel (the "Motion"), and the Liquidating Agents response thereto, it is, therefore, by the United States Bankruptcy Court for District of Maryland,

ORDERED, that the Motion is hereby DENIED.

cc:    Joel I. Sher, Esquire
Shapiro Sher Guinot & Sandler
36 South Charles Street, Suite 2000
Baltimore, Maryland  21201

Stephen F. Fruin, Esquire
Whiteford Taylor & Preston
7 St. Paul Street, Suite 1400
Baltimore, MD  21202

-2-

Mr. G. Ware Travelstead
1709 Dey Cove Drive
Virginia Beach, VA  23454

Mark A. Neal, Esquire
Office of the U.S. Trustee
30 West Pratt Street, Suite 350
Baltimore, MD  21201

Alfonso Martinez Almeida, Esquire
1515 Bay Road, Apt. 1
Miami, FL  33139

**End of Order**