IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| G. WARE TRAVELSTEAD, | * | Case No. 96-5-4979-SD |
| | | (Chapter 11) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING MOTION OF LIQUIDATING AGENT FOR AUTHORITY TO SELL INTERESTS IN OR ASSETS OF HINSUA BARCELONA, S.L. <u>FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES</u>

Upon consideration of the Motion of the Liquidating Agent For Authority to Sell Interests In Or Assets of Hinsua Barcelona, S.L. Free and Clear of Liens, Claims and Encumbrances (the "Motion"), this Court having fully considered and heard all objections filed in response to the Motion at a hearing held by this Court on June 6, 2003 (the "Hearing"), after due deliberation by this Court regarding this matter, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland, FOUND THAT:

A. Notice of the Motion and the Hearing was properly provided by the Liquidating Agent to all creditors and parties-in-interest entitled to such notice pursuant to applicable bankruptcy laws, statutes, and rules, and no other or further notice of the Motion or Hearing is necessary;

  B. The procedures followed by the Liquidating Agent in obtaining the Letter of Intent, in providing notice of the Motion, Letter of Intent and the Hearing, and in investigating the value of the Debtor's 100% ownership interest (the "Shares") in Hinsua Barcelona, S.L. ("Hinsua") has resulted in the highest and best offer for the assets to be sold;

  C. All requirements of Sections 363(b), (f), (k), (l) and (m) of the United States Bankruptcy Code (the "Bankruptcy Code") have been fully satisfied;

  D. BCN 2001, S.L. has acted in good faith in connection with the purchase of the Shares under the Letter of Intent and this order (the "Order") and is a good faith purchaser within the meaning of Section 363(m) of the Bankruptcy Code;

  E. BCN 2001, S.L. is hereby found to be a bona fide purchaser with respect to the assets to be conveyed pursuant to the Motion;

  F. The consideration being offered by BCN 2001, S.L. to the Liquidating Agent pursuant to the terms and conditions of the Letter of Intent is hereby found to be fair and reasonable; and

  G. The relief requested in the Motion is in the best interest of creditors and other parties-in-interest.

**THEREFORE, IT IS HEREBY,**

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the Letter of Intent, the terms and conditions thereof and the transactions contemplated therein are hereby APPROVED in their entirety; and it is further

**ORDERED** that the findings of facts set forth above are ratified and adopted as findings of this Court and are incorporated into this Order by reference, and to the extent any of the

findings set forth herein are deemed to be conclusions of law, then such findings are hereby confirmed; and it is further

**ORDERED** that the Liquidating Agent is hereby authorized to sell either (i) all of the parking spaces owned by Hinsua Barcelona S.L. (the "Hinsua Spaces"), or (ii) all of Peawick, B.V.'s right, title and interest in and to the shares of Hinsua Barcelona S.L. (the "Stock") to BCN 2001, S.L. in exchange for the consideration set forth in the Letter of Intent; and it is further

**ORDERED** that, upon closing of the terms and conditions of the Letter of Intent and this Order, the sale of the Hinsua Shares or the Stock shall be free and clear of all liens, claims, rights, encumbrances and interests of claimants of this estate; and it is further

**ORDERED** that, upon closing of the transaction contemplated by the Motion, the Hinsua Shares or the Stock shall be free and clear of all liens, claims, rights, encumbrances and interests of claimants of this estate, and the Debtor and his estate shall have no claims or causes of action arising from or related to the transaction contemplated by the Motion; and it is further

**ORDERED** that all liens, claims, rights and encumbrances upon the Hinsua Shares or the Stock existing as of the date of closing shall attach to the consideration paid to the Liquidating Agent; and it is further

**ORDERED** that the consideration to be paid to the Liquidating Agent as set forth in the Letter of Intent to be paid by BCN 2001 S.L. pursuant to the terms and conditions of the Letter of Intent are hereby APPROVED; and it is further

**ORDERED** that the Liquidating Agent is hereby authorized to take any and all actions as may be necessary and appropriate to effectuate the terms of the sale and the Letter of Intent, to settle in connection with the Letter of Intent and to consummate the transactions contemplated therein, including, without limitation, executing and delivering in the name of the Debtor as his

attorney-in-fact any and all documents, instruments of transfer, conveyance documents and other documents required by the laws of the United States of America, Spain and/or the Netherlands (both before and after closing) necessary to consummate and settle the Letter of Intent and the transactions contemplated thereby; and it is further

**ORDERED** that the Liquidating Agent is hereby authorized, as needed, to stand in the shoes of the Debtor, and is granted and endowed with all of the Debtor's rights and powers appurtenant to his 100% shareholder position including, without limitation, a power of attorney-in-fact or proxy to vote the Debtor's Shares at any meeting of the shareholders of Hinsua Barcelona S.L. or Peawick, B.V.; and it is further

**ORDERED** that this Court shall retain jurisdiction over any matters relating to or arising from the implementation of this Order including, without limitation, the resolution of any dispute whatsoever arising out of or concerning the Letter of Intent.

cc: Joel I. Sher, Esquire
Richard M. Goldberg, Esquire
Shapiro Sher Guinot & Sandler
36 S. Charles Street, 20th Floor
Baltimore, MD   21201

Paul M. Nussbaum, Esquire
Steve Fruin, Esquire
Whiteford, Taylor & Preston
7 St. Paul Street, Suite 1400
Baltimore, Maryland 21202

Mark A. Neal, Esquire
Office of the U.S. Trustee
300 W. Pratt Street, Suite 350
Baltimore, MD   21201

Edward T. McDermott, Esquire
Pollack & Kaminsky
114 West 47th Street, 19th Floor
New York, NY   10036

- END OF ORDER -

F:\LIT\JSHER\WPDATA\008js817.pld.doc;46322.001