IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

In re:                                     *

**G. WARE TRAVELSTEAD**                    *       Case No. 96-5-4979-SD
                                                   (Chapter 11)
      Debtor.                          *

*   *   *   *   *   *   *   *   *   *   *   *   *

### ORDER GRANTING SIXTH APPLICATION OF
### SUSAN PERRIN ART CONSULTING
### FOR ALLOWANCE OF COMPENSATION AS
### ART CONSULTANT FOR THE LIQUIDATING AGENT

Upon consideration of the Sixth Application of the Liquidating Agent for Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred by Susan Perrin Art Consulting and, after adequate notice, good cause therefor having been shown, without opposition, it is, this 8th day of May_____, 2003, by the United States Bankruptcy Court for the District of Maryland:

**ORDERED,** that Susan Perrin Art Consulting, special art consultant to the Liquidating Agent, is hereby allowed interim compensation in the amount of $1,215.00 and reimbursement of expenses in the amount of $92.97, for an aggregate total of $1,307.97 for the period June 1, 2001 through November 30, 2002.

_____
Judge, United States Bankruptcy Court

cc:    Joel I. Sher, Esquire
       Richard M. Goldberg, Esquire
       Shapiro Sher Guinot & Sandler
       36 South Charles Street, 20th Floor
       Baltimore, Maryland 21201

ENTERED
MAY 13 2003
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

Paul M. Nussbaum, Esquire
Whiteford, Taylor & Preston
7 St. Paul Street
Baltimore, Maryland 21201

Mark A. Neal, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
300 W. Pratt St., Suite 350
Baltimore, Maryland 21201

Susan Perrin Art Consulting
2307 Ravenwood Road
Timonium, Maryland 21093

Perrin 6th fee.app
46322.001