IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

In re:                                         *

**G. WARE TRAVELSTEAD**                        *       Case No. 96-5-4979-SD
                                                              (Chapter 11)
      Debtor.                           *

*    *    *    *    *    *    *    *    *    *    *    *    *

ORDER GRANTING SIXTH APPLICATION OF
SUSAN PERRIN ART CONSULTING
FOR ALLOWANCE OF COMPENSATION AS
<u>ART CONSULTANT FOR THE LIQUIDATING AGENT</u>

Upon consideration of the Sixth Application of the Liquidating Agent for Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred by Susan Perrin Art Consulting and, after adequate notice, good cause therefor having been shown, (without opposition,) it is, this 8th day of May, 2003, by the United States Bankruptcy Court for the District of Maryland:

**ORDERED,** that Susan Perrin Art Consulting, special art consultant to the Liquidating Agent, is hereby allowed interim compensation in the amount of $1,215.00 and reimbursement of expenses in the amount of $92.97, for an aggregate total of $1,307.97 for the period June 1, 2001 through November 30, 2002.

_____
Judge, United States Bankruptcy Court

cc:    Joel I. Sher, Esquire
        Richard M. Goldberg, Esquire
        Shapiro Sher Guinot & Sandler
        36 South Charles Street, 20th Floor
        Baltimore, Maryland 21201

ENTERED
MAY 13 2003
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

Paul M. Nussbaum, Esquire
Whiteford, Taylor & Preston
7 St. Paul Street
Baltimore, Maryland 21201

Mark A. Neal, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
300 W. Pratt St., Suite 350
Baltimore, Maryland 21201

Susan Perrin Art Consulting
2307 Ravenwood Road
Timonium, Maryland 21093

Perrin 6th fee.app
46322.001


**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0416-1          User: sleo                 Page 1 of 1                    Date Rcvd: May 13, 2003
Case: 96-54979                Form ID: pdfall            Total Served: 4

The following entities were served by first class mail on May 15, 2003.
aty        Joel I. Sher,    2000 Charles Center South,    36 S Charles Street,    Baltimore, MD   21201
ust        US Trustee - Baltimore, 11,    300 West Pratt Street,    Suite 375,    Baltimore, MD   21201
          +Paul M. Nussbaum, Esquire,    Whiteford,Taylor & Preston,    7 St. Paul Street,
             Baltimore, MD 21202-1697
           Susan Perrin Art Consulting,    2307 Ravenwood Road,    Timonium, MD   21093

The following entities were served by electronic transmission.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: May 15, 2003**                            Signature:       _Joseph Speetjens_