# Exhibit 1



SR. D. G. WARE TRAVELSTEAD.
FACTURA N°:010/2002.

ABOGADOS ASOCIADOS
c/ .Mallorca, n° 314, 2°, 2ª
08037 BARCELONA
N/ N.I.F.: G-58.300.2⁻8

**DIRECCION:** Seven Saint Paul Street.
Baltimore, Maryland 21202-1626
ESTADOS UNIDOS.

**PASAPORTE .:** 110.967.481.

26 FEBRER 2002

MINUTA DE HONORARIOS QUE ACREDITA EL DESPACHO MINUTANTE, POR SU ACTUACIÓN PROFESIONAL EN EL ASUNTO SEGUIDO ANTE EL JUGADO DE INSTRUCCIÓN N° 5 DE BARCELONA, DILIGENCIAS PREVIAS N° 3368/98 Y VISTO EN JUICIO ORAL ANTE LA SECCIÓN SEXTA DE LA AUDIENCIA PROVINCIAL DE BARCELONA, POR QUERELLA CRIMINAL INTERPUESTA POR D. RAY VELÁSQUEZ CONTRA NUESTRO CLIENTE, POR UN PRESUNTO DELITO DE ESTAFA, APROPIACIÓN INDEBIDA Y FALSEDAD EN DOCUMENTO MERCANTIL, DE ACUERDO CON EL SIGUIENTE DETALLE:

- Por diligencias en el Juzgado de Instrucción n° 5, sobre la citación del Sr. Travelstead señalada para el día 1 de Julio. (15.06.98)

- Por primera reunión con el Sr. Travelstead y el letrado D. Luis Trepat, para tomar conocimiento y hacernos cargo del asunto. (15.06.98)

- Por reunión con el Sr. Veto en la sede de Data Comp. (18.06.98)

- Por reunión con el letrado D. David García, abogado encargado de los asuntos mercantiles de Planet Hollywod. (25.06.98)

- Por conversación telefónica con el letrado D. Alfonso Cirera Santasusána. (28.07.98)

1

- Por redacción de carta dirigida al anterior letrado para la petición de venia. (20.07.98)

- Por reunión con el Sr. Cirera para la otorgación de la venia y traslado de la documentación. (24.07.98)

- Por presentación de escrito de designa, acompañando venia ante el Juzgado de Instrucción n° 5 de los de Barcelona. (24.07.98)

- Por diligencias en el Juzgado de Instrucción n° 5 de Barcelona, para la averiguación del estado procesal del caso, y estudio de la causa. (30.07.98)

- Por asistencia e intervención ante el Juzgado de Instrucción n° 5 en la declaración del testigo D. Javier Faus (30.07.98)

- Por reunión con el letrado D. David García Esteba. (22.09.98)

- Por estudio, redacción y presentación de Recurso de Reforma contra el Auto ordenando seguir la causa por el trámite del Procedimiento Abreviado, notificado con fecha 21 de Septiembre, en el que se solicitaba el sobreseimiento libre y archivo de las actuaciones. (01.10.98)

- Por diligencia en el Juzgado de Instrucción n° 5, para tomar vista e información del asunto. (16.10.98)

- Por reunión con el Sr. Ware Travelstead y el letrado D. David García. (17.01.99)

- Por comparecencia ante el Juzgado de Instrucción n°5, Para informarnos de los escritos de acusación formulados por el Ministerio Fiscal y la acusación particular. (04.03.99)

- Por comparecencia con el Sr. Travelstead en el Juzgado de Instrucción n° 5, ante la solicitud de prisión provisional que la acusación particular había formulado respecto de nuestro cliente, oponiéndonos a la misma. (08.03.99)

- Por diligencia ante el Juzgado n° 5 para informarnos sobre el Auto de apertura de Juicio Oral. (09.04.99)

2

- Por reunión con el letrado D. David García en su des-despacho. (23.04.99)

- Por reunión con el letrado D. David García en su des-despacho. (26.04.99)

- Por comparecencia con el Sr. Cliente ante el Juzgado de Instrucción nº 5, para la notificación del Auto de apertura de Juicio Oral, en el que se acuerda su libertad provisional que habrá de garantizar mediante prestación de fianza de impor-te 10.000.000.- Ptas., y se le exige preste una fianza para Responsabilidad Civil de 500.000.000.- de Ptas. Que se autoriza con la comparecencia y compromiso del liquidador Sr.Joel I.Sher, de que incluirá dicha suma en la bancarrota del Sr. Travelstead, y a resultas de la Sentencia de esta causa. (27.04.99)

- Por redacción y presentación de Recurso de Apelación contra el Auto de apertura de Juicio Oral, por lo que res-pecta a la situación de libertad provisional, único extremo recurrible. (28.04.99)

- Por estudio, preparación y redacción de escrito de con-clusiones provisionales (Escrito de Defensa). Incluyendo el estudio dela causa y de los escritos de acusación presen-tados por el Ministerio Fiscal y la acusación particular. (28.06.99)

- Por reunión en el despacho del letrado D. David García con el Sr. Travelstead y el letrado Sr. D. Paúl M. Nussbaum. (01.07.99)

- Por asistencia al Juzgado de Instrucción nº 5 de Barce-Lona con el Sr. Travelstead, a fin de cumplir con la diligen-cia de requerimiento por la que se le notificaba el embargo de las plazas de parking de su propiedad y se le requería pa-ra que aportara la documentación relativa a dichos parkings (Títulos de propiedad y inscripciones registrales de los mis-mos). (02.07.99)

3

- Por gestión ante el Juzgado de Instrucción nº 22 de Barcelona, para conocer la situación del procedimiento Diligencias Previas nº 910/99-E, que se habían incoado en virtud de denuncia formulada por el Sr. Ray Velázquez contra el Sr. Travelstead. (27.07.99)

- Por diligencia ante el Juzgado para conocer la marcha del asunto. (08.11.99).

- Por redacción y presentación de escrito compareciendo en las Diligencias seguidas ante el juzgado de Instrucción nº 22. (11.11.99).

- En fecha 15 de Noviembre de 1.999 el Juzgado de Instrucción nº 22, nos comunica que la causa ha sido sobreseida a petición del Ministerio Fiscal

- Por reunión en nuestro despacho con el letrado D. Paul M. Nussbaum y con el Sr. Joel I. Sher. (08.06.00)

- Por asistencia al Juzgado de Instrucción nº 5 de Barcelonna, acompañando al Sr. Joel I. Sher. (09.06.00)

- Por reunión en nuestro despacho con el Sr. Travelstead y el Sr. Joel I.Sher, a fin de preparar la comparecencia ante el Juzgado de Instrucción nº 5 de Barcelona.

- Por asistencia a la comparecencia del Sr. Joel I. Sher, ante el Juzgado de Instrucción nº 5, donde se acompaña traducción del documento presentado ante el Tribunal de quiebra de EE.UU. de Maryland, reflejando la situación de las plazas de parking respecto de la quiebra de EE.UU. y del procedimiento judicial de Barcelona. (21.06.2000)

- Por asistencia a la comparecencia del Sr. Travelstead ante el Juzgado de Instrucción nº 5 de Barcelona, comunicándole el Juzgado la obligación de astenerse de efectuar disposiciones patrimoniales. (21.06.00)

- Por Auto de fecha 8 de Noviembre del año 2.000, la Sección Sexta de la Audiencia Provincial de Barcelona, señala el día 17 de Enero del año 2.001, para la celebración del Juicio Oral. Nuevo estudio de los antecedentes del caso y preparación de la vista del Juicio Oral.

- En fecha 11 de Enero del 2.001, la Sección Sexta de la Audiencia Provincial de Barcelona, acuerda suspender el señalamiento del acto de Juicio Oral previsto para el día 17.01.2001, al carecer de tiempo material para la citación de testigos en el extranjero.

- Conferencia con el Sr. D. Joel I. Sher y el Sr. D. Ware Travelstead. (11.01.01)

- Por redacción y presentación de escrito, adhiriendonos al presentado por D. Martín Kabat. (25.01.01).

- En fecha 12 de Junio del 2.001, la Sección Sexta de la Audiencia Provincial de Barcelona, señala nuemente fecha para la celebración de vista de Juicio Oral para el día 23 de Enero del 2.002.

- Por redacción y presentación de escrito solicitando que se requiera a la parte contraria a fin de asegurar la celebración de la vista prevista, en relación con las comisiones rogatorias por las que se citan a sus testigos. (09.01.02).

- Por nuevo estudio de las actuaciones.

- Por reunión con el letrado D. David García y la Sra. Dña. Alicia Calvet. (17.01.02).

- Por varias conversaciones telefónicas con el Procurador de los Tribunales D.Ángel Quemada.

- Por varias conversaciones telefónicas y vía fax con el Letrado D. David García.

- Por varias conversaciones telefónicas con la letrado Dña. Silvia Soler, del despacho Gassio.

- Por varias comunicaciones vía fax con el letrado D. Stephen F. Fruin y con el Sr. D. Joel I.Sher.

- Por reunión en nuestro despacho con el Sr. Travelstead, el letrado D. Paul M. Nussbaum, a fin de preparar la vista del Juicio Oral. (22.01.02)

- Por asistencia e intervención en la vista del Juicio

Oral, celebrada el día 23 de Enero del presente año, ante la Sección Sexta de la Audiencia Provincial de Barcelona.

En fecha 21 de Febrero del año 2.002, la Sección Sexta de la Audiencia Provincial de Barcelona, nos notifica Sentencia por la que se absuelve a nuestro representado D. Ware Travelstead.

- Cláusula Valorativa: La cuantía del pleito viene determinada por la fianza de responsabilidad pecuniaria de importe 500.000.000.- Pesetas. (3.005.060,52 €), que el Juzgado de Instrucción nº 5 de Barcelona, impuso al Sr Travelstead, en el Auto de apertura de Juicio Oral.

| | |
|---|---:|
| **TOTAL MINUTA DE HONORARIOS** | 150.253,03 € |
| A descontar su provisión de fondos | -28.753,61 € |
| **TOTAL A PAGAR** | **121.499,42 €** |



WHITEFORD, TAYLOR & PRESTON L.L.P.
A la atención de:
SR. D. PAUL NUSSBAUM.
Abogado.
Seven Saint Paul Street.
BALTIMORE, MARYLAND 21202-1626.
U.S.A.

.Barcelona, a 26 de Febrero del 2.002.

Distinguido compañero:

En relación con el asunto del Sr. Ware Travelstead, seguido ante el Juzgado de Instrucción nº 5 de Barcelona y visto en Juicio Oral ante la Sección Sexta de la Audiencia Provincial de Barcelona, finalizado por Sentencia absolutoria de fecha 31 de Enero del presente año, notificada el día 21; siguiendo tus instrucciones te adjunto minuta de honorarios de mi despacho, minuta del letrado D. David García y del Procurador de los Tribunales D. Ángel Quemada Ruiz.

Te ruego des las instrucciones pertinentes para el pago de las antedichas minutas. Para vuestra mayor comodidad os detallo mi dirección bancaria, cuya cuenta esta abierta a nombre de nuestro despacho De Olivar, Selva, Zegrí, Abogados Asociados:

IBAN: ES80.2100.1188.67.0200015638.
CAIXA D'ESTALVIS I PENSIONS DE BARCELONA.
Sucursal: Mallorca/ Gerona, calle Mallorca nº 314, 2º-2ª, 08037, BARCELONA, ESPAÑA.

Tan pronto obre en mi poder la comunicación de mi banco conforme se ha recibido el importe correspondiente, os remitiremos el pertinente recibo.

Quedo a la espera de vuestras noticias, atentamente.

Fdo.: Javier Selva Prieto.
Abogado.



**ANGEL QUEMADA**
PROCURADORES

Procuradores de los Tribunales
Licenciados en Derecho

Angel Quemada Ruiz

ESTADO DE CUENTAS
==================

WARE TRAVELSTEAD, GOOGH

SEVEN SAINT PAUL STREET

BALTIMORE MARYLAND 21202-1626

ESTADOS UNIDOS

Barcelona, a 23 de Enero    de 2002

```
CLIENTE        : WARE TRAVELSTEAD, GOOGH
D.N.I./C.I.F.: 110967481

CONTRARIO      :
PROCEDIMIENTO: DILIGENCIAS PREVIAS
SEGUIDO ANTE : SECCION 6ª AUD. PROVINCIAL
LETRADO        : SELVA PRIETO, JAVIER
MI REFERENCIA: 0016249
```

OBSERVACIONES: PASAPORTE 110.967.481

```
DERECHOS Y SUPLIDOS


FOTOCOPIAS, COPISTERIA, TRASLADO, DILIGENCIAS
LOCOMOCION Y DISPOSICION GENERAL 1.-         *     350,40
DERECHOS CERTIFICACION Y DESGLOSE.-          *       5,41
DERECHOS TRAMITE.-                           *      30,40
DERECHOS DESPACHOS.-                         *      28,51
DERECHOS INCIDENTE.-                         *      21,04
D.G. ARTICULO 102                            *     280,30
                        IMPORTE DERECHOS     *              716,06

COMPARECENCIA.-                                    16,08

                        IMPORTE SUPLIDOS                     16,08

              IVA 16% SOBRE  *   716,06                     114,56

              TOTAL CUENTA EN EUROS                         846,70

              TOTAL CUENTA EN PESETAS                      140.879
```

BAILEN 86, 3º1ª • 08009 BARCELONA
Tel: +34 93 265 04 34 • Fax: +34 93 265 07 15
E-mail: aq@quemada.com

ANGEL QUEMADA RUIZ
D.N.I. 37.048.704-M
ANGEL QUEMADA CUATRECASAS
D.N.I. 37.745.685-V

**ANGEL QUEMADA**
PROCURADORES

Procuradores de los Tribunales
Licenciados en Derecho

Angel Quemada Ruiz

ESTADO DE CUENTAS
==================

WARE TRAVELSTEAD, GOOGH

SEVEN SAINT PAUL STREET

BALTIMORE MARYLAND 21202-1626

ESTADOS UNIDOS

Barcelona, a 23 de Enero de 2002

```
CLIENTE         : WARE TRAVELSTEAD, GOOGH
D.N.I./C.I.F.: 110967481

CONTRARIO       :
PROCEDIMIENTO: DILIGENCIAS PREVIAS
SEGUIDO ANTE : SECCION 6ª AUD. PROVINCIAL
LETRADO         : SELVA PRIETO, JAVIER
MI REFERENCIA: 0016249
```

OBSERVACIONES: PASAPORTE 110.967.481

LIQUIDACION CONTABLE

| | |
|---|---:|
| PROVISION DE FONDOS.- | 300,51 |
| TOTAL INGRESOS | 300,51 |
| TOTAL CUENTA EN EUROS | 846,70 |
| SALDO EUROS A MI FAVOR | 546,19 |
| SALDO PESETAS A MI FAVOR | 90.878 |

BAILEN 86, 3º1ª • 08009 BARCELONA
Tel: +34 93 265 04 34 • Fax: +34 93 265 07 15
E-mail: aq@quemada.com

ANGEL QUEMADA RUIZ
D.N.I. 37.048.704-M
ANGEL QUEMADA CUATRECASAS
D.N.I. 37.745.685-V

**ANGEL QUEMADA**
PROCURADORES

Procuradores de los Tribunales
Licenciados en Derecho

Angel Quemada Ruiz

ESTADO DE CUENTAS
==================

WARE TRAVELSTEAD, GOOGH

SEVEN SAINT PAUL STREET

BALTIMORE MARYLAND 21202-1626

ESTADOS UNIDOS

Barcelona, a 23 de Enero    de 2002

```
CLIENTE        : WARE TRAVELSTEAD, GOOGH
D.N.I./C.I.F.: 110967481

CONTRARIO      : RAI VELAZQUEZ
PROCEDIMIENTO: DILIGENCIAS PREVIAS
SEGUIDO ANTE : INSTRUCCION 22
LETRADO        : SELVA PRIETO, JAVIER
MI REFERENCIA: 0018405
```

OBSERVACIONES:

```
  DERECHOS Y SUPLIDOS


  FOTOCOPIAS, COPISTERIA, TRASLADO, DILIGENCIAS
  LOCOMOCION Y DISPOSICION GENERAL 1.-            *        42,08
  DERECHOS CERTIFICACION Y DESGLOSE.-             *         5,41
  DERECHOS TRAMITE.-                              *        30,40
  DERECHOS DESPACHOS.-                            *         1,50
  D.G. ARTICULO 102                               *        60,10
                            IMPORTE DERECHOS      *                139,49

  COMPARECENCIA.-                                           6,91

                            IMPORTE SUPLIDOS                          6,91

                   IVA 16% SOBRE *     139,49                        22,31

                   TOTAL CUENTA EN EUROS                            168,71

                   TOTAL CUENTA EN PESETAS                       28.071


                   SALDO EUROS A MI FAVOR                           168,71
                   ==================================================

                   SALDO PESETAS A MI FAVOR                      28.071
                   ==================================================
```

BAILEN 86, 3º1ª • 08009 BARCELONA
Tel: +34 93 265 04 34 • Fax: +34 93 265 07 15
E-mail: aq@quemada.com

ANGEL QUEMADA RUIZ
D.N.I. 37.048.704-M
ANGEL QUEMADA CUATRECASAS
D.N.I. 37.745.685-V



**ANGEL QUEMADA**
PROCURADORES

Procuradores de los Tribunales
Licenciados en Derecho

Barcelona, a 26 Febrero 2002

Sr. D. JAVIER SELVA PRIETO

ABOGADO

MALLORCA 314 2ª 2ª

08037 BARCELONA

Mi querido amigo y compañero: Adjunto te remito las cuentas devengadas en los procedimientos de diligencias Previas instados en nombre del cliente Googh Ware Travelstead, para que junto con tus minutas las hagas llegar al Letrado de U.S.A.

Con este motivo, y agradeciendo tu atención, te saluda muy atentamente.

ADMINISTRACION

ÁNGEL QUEMADA RUIZ

BAILEN 86, 3º1ª • 08009 BARCELONA
Tel: +34 93 265 04 34 • Fax: +34 93 265 07 15
E-mail: aq@quemada.com

ANGEL QUEMADA RUIZ
D.N.I. 37.048.704-M
ANGEL QUEMADA CUATRECASAS
D.N.I. 37.745.685-V

<u>PROFESIONAL FEES NUMBER 047/2002-H</u>

**PROFESIONAL FEES CHARGED TO MR. G. WARE TRAVELSTEAD,** with address at Seven Saint Paul Street of Baltimore, Maryland 21202-1626.

Because of all the meetings, long-distance calls, travelling expenses and works done in the client's interest, all relating to the enquiries for the judicial proceedings number 3368/97, followed in Barcelona's Trial Court number 5, for the crimes o misappropriation, fraud, forgery of public documents, all of it under petition of Mr. Ray Velázquez and being the client assisted by a lawyer during the statements made before the mentioned Court.

Because of all the meetings, long-distance calls, travelling expenses and legal advice in mercantile matters done in the client's interest and with the collaboration of Mr. Javier Selva Prieto, Lawyer of Barcelona, and because of the lawyer's assistance for the Oral Hearing of the trial celebrated in the "Audiencia Provincial de Barcelona, Sección Sexta" (a High Instance Court of Barcelona), which took place on January 17, 2002 following the above mentioned enquiries for the judicial proceedings and obtaining the acquittal, which is absolutely in favour of the client's interests.

Other studies, works, long-distance calls, travelling expenses, meetings, juridical translations, all of it done in the client's interests and because of all the above described works.

**TOTAL FEE**  **4.208,00 €**

The amount of the present bill das up to **FOUR THOUSAND TWO HUNDRED EIGHT EUROS.**

Barcelona, February 26, 2002.