**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division**

IN RE:                                        *

G. WARE TRAVELSTEAD,              *         Case No. 96-5-4979-SD

        Debtor                           *              Chapter 11

           *        *        *        *        *        *        *

**ORDER ALLOWING AND AUTHORIZING PAYMENT OF COMPENSATION FOR
SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED
BY DE OLIVAR, SELVA & ZEGRI AS SPECIAL COUNSEL**

Upon consideration of the Application for Payment of Compensation for Services

Rendered and for Reimbursement of Expenses Incurred by De Olivar, Selva & Zegri as Special

Counsel (the "Application") filed by the debtor G. Ware Travelstead, and any opposition thereto,

it is therefore this _____ day of _____, 2003, by the United States Bankruptcy Court

for the District of Maryland

**ORDERED,** that the Application is hereby GRANTED; and it is further

**ORDERED**, that the fees in the amount of 121,499.42 € and expenses in the

amount of 4,922.90 € sought to be approved in the Application are hereby approved and allowed;

and it is further

**ORDERED**, that the Liquidating Agent is authorized to pay fees to De Olivar,

Selva & Zegri in the amount of 121,499.42 €; and it is further

**ORDERED**, that the Liquidating Agent is authorized to pay De Olivar, Selva &

Zegri as reimbursement for expenses in the amount of 4,922.90 €.

### END OF ORDER

cc:     Paul M. Nussbaum, Esquire
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland  21202-1626

Joel I. Sher, Esquire
Shapiro, Sher Guinot & Sandler
36 South Charles Street, 20th Floor
Baltimore, Maryland 21201

Javier Selva Prieto
De Olivar, Selva & Zegri
C/. Mallorca, 314
08037, Barcelona
Spain

Office of the U.S. Trustee
300 West Pratt Street, Suite 350
Baltimore, MD 21201

*1492370*