**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Baltimore Division**

| | | |
|---|---|---|
| IN RE: | * | |
| G. WARE TRAVELSTEAD | * | Case No. 96-5-4979-SD |
| Debtor | * | Chapter 11 |

\* \* \* \* \* \* \*

## NOTICE OF APPLICATION FOR PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED BY DE OLIVAR, SELVA & ZEGRI AS SPECIAL COUNSEL

Notice is hereby given that the Application for Payment of Compensation for Services Rendered and for Reimbursement of Expenses Incurred by De Olivar, Selva & Zegri as Special Counsel (the "Application") has been filed by the Debtor in the above proceedings.

The Debtor has filed an application for compensation for services rendered by De Olivar, Selva & Zegri in the amount of One Hundred Twenty One Thousand Four Hundred Ninety Nine and 42/100 European Currency Units ("Euros") (121,499.42 €) and payment in reimbursement for out-of-pocket costs and expenses incurred in the amount of Four Thousand Nine Hundred Twenty Two and 90/100 Euros (4,922.90 €).

A copy of the Application is on file with the Bankruptcy Court. Any creditor wishing to object to the requested compensation and reimbursement of expenses must file such an objection with the United States Bankruptcy Court, 101 West Lombard Street, Baltimore, Maryland 21201 within twenty (20) days of the date of this notice. Copies of any such objection must be sent to the undersigned, the U.S. Trustee, 300 West Pratt Street, Suite 350, Baltimore, Maryland 21201, as well as the Liquidating Agent, Joel I. Sher, Esquire, Shapiro Sher Guinot & Sandler, 2000 Charles Center South, 36 South Charles Street, Baltimore, Maryland 21201. The Court may conduct a hearing on any such objection. The Court may also rule on the pleadings as filed. If a hearing is held, the objecting party will be required to appear and present its position to the Court.

Dated: May 19, 2003

      /s/ Cameron J. Macdonald
Cameron J. Macdonald, Bar No. 25362
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
410/347-8700

Attorneys for the Debtor

## CERTIFICATE OF SERVICE

I certify that on this 19th day of May, 2003, a copy of the foregoing Notice was sent by first-class mail, to the following:

>Joel I. Sher, Esquire
>Shapiro, Sher Guinot & Sandler
>36 South Charles Street, 20th Floor
>Baltimore, Maryland 21201
>
>Javier Selva Prieto
>De Olivar, Selva & Zegri
>C/. Mallorca, 314
>08037, Barcelona
>Spain
>
>Benjamin Rosenberg, Esquire
>Rosenberg, Proutt, Funk & Greenberg, LLP
>25 South Charles Street
>2115 Allfirst Building
>Baltimore, Maryland  21201
>
>Edward T. McDermott, Esquire
>Pollack & Kaminsky
>114 West 47th Street
>New York, NY  10036
>
>Office of the U.S. Trustee
>300 West Pratt Street, Suite 350
>Baltimore, MD 21201

    /s/ Cameron J. Macdonald
    Cameron J. Macdonald