Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8303
Baltimore, MD 21201

---

| | |
|---|---|
| Bankruptcy Proceeding No.: | 96−54979 |
| Judge: | E. Stephen Derby |

In Re:   G. Ware Travelstead
         Debtor(s)

---

PLEASE TAKE NOTICE that a hearing will be held

at 101 W. Lombard Street, Courtroom 9−C, , Baltimore, MD 21201

on 6/6/03 at 11:30 AM

to consider and act upon the following:

[1141]   Response Filed by Joel I. Sher (related document(s)[1140] Motion to Compel filed by Debtor G. Ware Travelstead). (Attachments: # (1) Certificate of Service # (2) Exhibit # (3) Exhibit # (4) Proposed Order) (Sher, Joel)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 5/21/03

Mark D. Sammons
Clerk of the Bankruptcy Court