IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| G. WARE TRAVELSTEAD, | * | Case No. 96-5-4979-SD |
| | | (Chapter 11) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF RE-SCHEDULED HEARING ON MOTION OF LIQUIDATING AGENT FOR AUTHORITY TO SELL INTERESTS IN OR ASSETS OF HINSUA BARCELONA, S.L. FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES

**TO ALL PARTIES IN INTEREST:**

On May 7, 2003, Joel I. Sher, the Liquidating Agent for the bankruptcy estate of G. Ware Travelstead (the "Liquidating Agent") filed a Motion for Authority to Sell Interests in or Assets of Hinsua Barcelona, S.L., Free and Clear of Liens, Claims and Encumbrances (the "Motion"). At that time, a hearing was scheduled on the Motion for June 6, 2003.

NOTICE IS GIVEN that the **HEARING ON THE MOTION HAS BEEN RE-SCHEDULED TO FRIDAY, JUNE 13, 2003, AT 11:30 A.M. IN COURTROOM 9-C.**

Parties-in-interest desiring further information should contact the undersigned.

Dated: May 28, 2003

/s/   Joel I. Sher
Joel I. Sher, Bar No. 00719
Richard M. Goldberg, Bar No. 07994

Shapiro Sher Guinot & Sandler
36 South Charles Street
Twentieth Floor
Baltimore, MD 21201-3147
(410) 385-0202

*Counsel for Joel I. Sher, Liquidating Agent*

acl/travelstead/hinsua.amended notice
46322.001