IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| G. WARE TRAVELSTEAD, | * | Case No. 96-5-4979-SD (Chapter 11) |
| Debtor. | * | |

* * * * * * * * * * * * *

**NOTICE OF SECOND RE-SCHEDULED HEARING ON
MOTION OF LIQUIDATING AGENT
FOR AUTHORITY TO SELL INTERESTS IN
OR ASSETS OF HINSUA BARCELONA, S.L.
<u>FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES</u>**

**TO ALL PARTIES IN INTEREST:**

On May 7, 2003, Joel I. Sher, the Liquidating Agent for the bankruptcy estate of G. Ware Travelstead (the "Liquidating Agent") filed a Motion for Authority to Sell Interests in or Assets of Hinsua Barcelona, S.L., Free and Clear of Liens, Claims and Encumbrances (the "Motion"). A hearing was originally scheduled on the Motion for June 6, 2003. The hearing was then rescheduled to June 13, 2003 at 11:30 a.m.

NOTICE IS GIVEN that the **HEARING ON THE MOTION HAS, ONCE AGAIN, BEEN RE-SCHEDULED TO TUESDAY, JUNE 17, 2003, AT 10:00 A.M. IN COURTROOM 9-C.**

Parties-in-interest desiring further information should contact the undersigned.

Dated:   June 3, 2003

/s/   Joel I. Sher
Joel I. Sher, Bar No. 00719
Richard M. Goldberg, Bar No. 07994

Shapiro Sher Guinot & Sandler
36 South Charles Street
Twentieth Floor
Baltimore, MD 21201-3147
(410) 385-0202

*Counsel for Joel I. Sher, Liquidating Agent*

acl/travelstead/hinsua.amended.2nd notice
46322.001