IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:                                    *

**G. WARE TRAVELSTEAD,**                  *    Case No. 96-5-4979-SD
                                               (Chapter 11)
   Debtor.                                *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CERTIFICATE OF SERVICE FOR
NOTICE OF RE-SCHEDULING OF HEARING ON
MOTION OF LIQUIDATING AGENT
FOR AUTHORITY TO SELL INTERESTS IN
OR ASSETS OF HINSUA BARCELONA, S.L.
<u>FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES</u>**

I HEREBY CERTIFY that on the 3rd day of June, 2003, a copy of the Notice of Second Re-Scheduling of Hearing on Motion of Liquidating Agent for Authority to Sell Interests in or Assets of Hinsua Barcelona, S.L., Free and Clear of Liens, Claims and Encumbrances, was mailed, by first-class mail, postage prepaid, to all those parties listed on the attached Service List.

<u>/s/    Joel I. Sher</u>
Joel I. Sher, Bar No. 00719
Richard M. Goldberg, Bar No. 07994

Shapiro Sher Guinot & Sandler
36 South Charles Street
Twentieth Floor
Baltimore, MD 21201-3147
(410) 385-0202

*Counsel for Joel I. Sher, Liquidating Agent*

Action Legal Video
132 Nassau Street
Suite 400
New York, New York  10038

American Express
Centurion Bank
c/o The Optima Account
Box 1407
Newark, New Jersey  07101

Bankcard Center
P.O. Box 580301
Charlotte, North Carolina  28258

Eduardo Canet
c/o Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, New York  10005

Department of Taxation
Office of Processing Operations
P.O. Box 1202
Richmond, Virginia  23209

First Interstate Bank
P.O. Box 34770
Seattle, Washington  98124

Hedleys Humpers
Units 2 & 4
97 Victoria Road
London, England  NW10 6ND

Internal Revenue Service
Attention:  Elizabeth Henn, Esquire
31 Hopkins Plaza
Suite 1300
Baltimore, Maryland  21202

McCall Firm
633 West Fourth Street
Suite 150
Winston-Salem, North Carolina  27101

Patrick Donnelly, Esquire
Niles Barton
111 South Calvert Street
Suite 1400
Baltimore, Maryland  21202

American Express – Platinum
Suite 0001
Chicago, Illinois  60679

Asprey
727 Fifth Avenue
New York, New York  10022

Bankcard Services
P.O. Box 84000
Seattle, Washington  98184

Citibank
P.O. Box 6500
Sioux Falls, South Dakota  57117

Eagle Transfer Corporation
40 Laight Street
New York, New York  10013

Hedy B. Foreman
800 Westchester Avenue
Rye Brook, New York  10573

Hilton Hotel
Logan International Airport
Easton Boston, Massachusetts  02128

Larry Kamanitz
Grant Thornton
2 Hopkins Plaza
Suite 700
Baltimore, Maryland  21202

NationsBank
4161 Piedmont Parkway
Greenboro, North Carolina  27410

Phil Dietz, Esquire
16 South Washington Street
P.O. Box 1146
Easton, Maryland  21601

American Express – Gold
Suite 0001
Chicago, Illinois  60679

BMW Financial Services
c/o BMW of America
Montvale, New Jersey  07645

Cacace Tusch & Santagata
777 Summer Street
P.O. Box 15859
Stamford, Connecticut  06901

Colucci Investigations
P.O. Box 2026
Stamford, Connecticut  06906

Edythe M. Travelstead
c/o Douglas J. Wells
111 Prospect Street
Stamford, Connecticut  06901

G. Gordon Hanes
James G. Hanes, III
c/o Expres Corporation
111 Cloverleaf Drive
Winston-Salem, North Carolina  27103

Homestead Gardens
Central Avenue
Route 214
P.O. Box 189
Davidsonville, Maryland  21035

Manhattan Reporting Corporation
420 East Lexington Avenue
Suite 2108
New York, New York  10170

O'Melveny & Myers
Citicorp Center
153 East 53rd Street
New York, New Yoek  10022

Robert H. Raisbeck, Jr.
Martin, VanHoy, Smith & Raisbeck
Ten Court Square
Mocksborg, North Carolina  27028

Robinson, Murphy & McDonald
100 Park Avenue
New York, New York  10017

Rollins Hudg Hall
3334 Healy Drive
Suite 301
Winston-Salem, North Carolina  27114

Saks Fifth Avenue
5505 North Cumberland Avenue
Suite 301
Chicago, Illinois  60656

Sherry-Lehman
679 Madison Avenue @ 61st Street
New York, New York  10021

Southern District Report
500 Pearl Street
Room 330
New York, New York  10022

Tearney & Tearney
1950 Sawtelle Boulevard
Suite 320
Los Angeles, California  90025

The Mark Hotel
Madison Avenue @ 77th Street
New York, New York  10021

The Bank of New York
P.O. Box 748
Harrison, New York  10528

Virginia Kowalsky Ramirez
1162 River Bay Road
Annapolis, Maryland  21401

Wolfgang Hoyt
3 East 85th Street
New York, New York  10028

West Australia Bank
St. Georges Terrace
Perth, Australia  6000

Maryland Comptroller of Treasury
301 West Preston Street
Compliance Division, Room 409
Baltimore, Maryland  21201

New York State Department of
 Taxation and Finance
Audit Division Central Office
WA Harriman State Campus
Albany, New York  12227

North Carolina Department of Revenue
P.O. Box 25000
Raleigh, North Carolina  27640

Internal Revenue Service
Special Procedures Section
P.O. Box 1076
Baltimore, Maryland  21203

Internal Revenue Service
251 North Main Street
Room 118- DF Warren
Winston-Salem, North Carolina  27101

Internal Revenue Service
Philadelphia, Pennsylvania  19255

Lit/lmatrix/travelstead.cred.doc

Mark A. Neal, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
300 W. Pratt St., Suite 350
Baltmore, MD 21201

Lewis S. Goodman, Esq.
Rifkin, Livingston, Levitan, et al
575 S. Charles Street, Ste. 200
Baltimore, MD 21201

Robert C. Schenfeld, Esquire
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, N.Y. 1005-1413

Virginia Kawalsky Ramirez
1162 River Bay Road
Annapolis, MD 21401

G. Gordon Hanes
James G. Hanes, III
C/o Xpres Corporation
111 Cloverleaf Drive
Winston-Salem, NC 27103

Maria C. van der Sluijs-Plantz
TMF Nederland, B.V.
1076 AZ Amsterdam
P. O. Box 75215
1070 A.E. Amsterdam
     The Netherlands

Thomas E. Graham, Esquire
Kilpatrick Stockton, LLP
1001 West Fourth Street
Winston-Salem, NC 27101

Richard D. London, Esquire
8701 Georgia Avenue
Suite 200
Silver Spring, MD 20910

Daniel A. Pollack, Esquire
Pollack & Kaminsky
114 West 47th Street
New York, NY 10036

Paul T. Tusch, Esquire
Cacace, Tusch & Santagata
777 Summer Street
P O Box 15859
Stamford, CT 06901

Edward T. McDermott, Esquire
Pollack & Kaminsky
114 West 47th Street, 19th Floor
New York, NY 10036

Benjamin Rosenberg, Esquire
Rosenberg, Proutt, Funk et al
21115 First Maryland Bldg.
25 S. Charles Street
Baltimore, Maryland 21201

O'Melveny & Myers
Citicorp Center
153 East 53rd Street
New York, NY 10022

Edythe Travelstead
c/o Douglas J. Wells
111 Prospect Street
Stamford, CT 06901

Hedleys Humpers
Units 2 & 4
97 Victoria Road
London, NW 10 6ND England

Robert A. Banner, Esquire
Kalin & Banner
757 Third Avenue, 7th Floor
New York, NY 10017

Joseph Kibre, Esquire
Oberstein, Kibre & Horwitz
1999 Avenue of the Stars
Suite 1850
Los Angeles, CA 90067

Andrew D. Manitsky, Esquire
O'Sullivan Graev & Karabell, LLP
30 Rockefeller Plaza
New York, NY 10112

Chris M. Smith, Esquire
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022

USA Sogo, Inc.
c/o Graham & James, LLP
Denis H. Oyakawa, Esquire
801 So. Figueroa St., 14th Floor
Los Angeles, CA 90017

Paul M. Nussbaum, Esquire
Whiteford, Taylor & Preston, L.L.P.
7 Saint Paul Street, Suite 1400
Baltimore, Maryland 21202-1626

Richard Kremen, Esquire
Piper Marbury Rudnick & Wolfe
6225 Smith Avenue
Baltimore, Maryland 21209

Patrick Donnelly, Esquire
Niles, Barton & Wilmer
111 South Calvert St., Ste. 1400
Baltimore, Maryland 21202-6185

Hedy B. Foreman
800 Westchester Avenue
Rye Brook, NY 10573

Larry Kaminitz
Grant Thornton
2 Hopkins Plaza, Suite 700
Baltimore, MD 21202

Berman, Paley, Goldstein
 & Kannry, LLP
500 Fifth Avenue
New York, NY 10110

Richard Koo Esquire
Koo & Larraebee, LLP
774 White Plains Roads
Suite 230
Scarsdale, NY 10583

Richard W. Moore, Esquire
207 East Redwood Street
Suite 700
Baltimore, MD 21202

Jack G. Stern, Esquire
Barrett & Gravante LLP
1585 Broadway
New York, NY 10036

USA Sogo, Inc.
c/o Graham & James, LLP
Riddell Williams
Joseph E. Shickich, Jr., Esquire
1001 4th Avenue Plaza, Ste 4500
Seattle WA 98154

| | |
|---|---|
| James A. Vidmar, Jr., Esquire<br>Linowes and Blocher<br>1010 Wayne Avenue<br>10th Floor<br>Silver Spring, MD 20910 | James D. Wall, Esquire<br>Stephen D. Poe, Esquire<br>Bell, Davis & Pitt, P.A.<br>West Fourth St., P O Box 21029<br>Winston-Salem, NC 27120 |

Lit/matrix/travelstead.ltd mat.doc--46322.001
Dew - 6/3/03