E. Stephen Derby, U.S. BANKRUPTCY JUDGE                     ___ RETAIN

PROCEEDING MEMO - CHAPTER 11

Date: 06/02/2003  Time: 02:00

96-54979 G. Ware Travelstead

*Paul ~~Nussbaum~~ M Nussbaum*

Cameron J. Macdonald and Stephen F. Fruin representing
G. Ware Travelstead (Debtor)

Karen H. Moore and Tamera L. Fine representing US Trustee
- Baltimore 11 (U.S. Trustee)

*R. Goldberg*
PRO SE The Unsecured Creditors' Committee (Creditor Committee)

[1138] Order Granting [1136-1] Motion To Continue Hearing
Re: [1104-1] Motion to Determine and Pay Debtor's Income
Tax Obligations for 1999 by Joel I. Sher, [1103-1] Response
by Eduardo Canet, [1101-1] Objection by Joel I. Sher, [1100-1]
Objection by G. Ware Travelstead by Eduardo Canet Hearing
reset To 2:00 6/2/03 at Crtrm 9-C, Baltimore.

*Edward M. Dermott*

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

Approved___ Denied Approval___ Deadline to file Amemded D/S
Other_____
Confirmed___ as modified by _____
Denied Confirmation___ with leave to amend by *McDermott?*
Other_____

*until requested by a party - McDermott*

DISPOSITIONS:                             *Status reports P. Nussbaum*

Granted___ Denied___ Withdrawn___ Consent___ Default___ Under Adv.___

Moot___ Dismissed___ Relief by Operation of Law (no order req.)___

Continued to: Sine Die

DECISION:                                *Notice of Sale hearing (R. Goldberg)*

[ ] Signed by Court    [✓] Filed by Counsel
[✓] To be prepared by:
    [✓] Movant's counsel        [ ] Court
    [✓] Respondent's counsel    [ ] Other _____

NOTES: Need funds not reserved — IRS has not
ruled on '99 tax return — fix research.
Lig. Agt. has pending matters to adjudicate
§504 for — settlement agreement to continue
hearing pending settlement. D filed jointly 4
weeks + had many discussions about structure

Last Thursday call from B. Plevin, Esq. at IRS that he had approval to under the process for next few weeks.

Conferred w. Lit. Att. to expedite resolution on parallel track. — Status reports by Nussbaum

Letter to court w/ approval McD & Goldberg.  } 2 weeks

6/16/03
6/30/03
# every 4 weeks.

Solo Motion: w. hearing for 6/6/03 — then to 6/13/03, but D can't make it. Not after week of 16th. Need 30-45 days for approval.

Need — (No formal objection) — Maybe higher & better.

★ Tent. # Tues. 17th at 10 AM.