Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8303
Baltimore, MD 21201

---

| | | |
|---|---|---|
| | Bankruptcy Proceeding No.: | 96−54979 |
| | Judge: | E. Stephen Derby |

In Re:   G. Ware Travelstead
         Debtor(s)

---

PLEASE TAKE NOTICE that a hearing will be held

    at 101 W. Lombard Street, Courtroom 9−C, , Baltimore, MD 21201

    on 6/17/03 at 10:00 AM

to consider and act upon the following:

| | |
|---|---|
| 1140 | Motion to Compel |
| 1141 6/5/03 | Response to the Motino to Compel |

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 6/5/03

                              Mark D. Sammons
                              Clerk of the Bankruptcy Court