___RETAIN

E. Stephen Derby , U.S. BANKRUPTCY JUDGE

PROCEEDING MEMO - CHAPTER 11

Date: 06/06/2003 Time: 11:30

96-54979 G. Ware Travelstead

Cameron J. Macdonald and Stephen F. Fruin representing
G. Ware Travelstead (Debtor)

Karen H. Moore and Tamera L. Fine representing US Trustee
- Baltimore 11 (U.S. Trustee)

PRO SE The Unsecured Creditors' Committee (Creditor Committee)

[1140] Expedited Motion to Compel Liquidating Agent to
Pay Approved Fees of Special Counsel Filed by G. Ware Travelstead.

[1141]   Response Filed by Joel I. Sher (related document(s)[1140]
Motion to Compel filed by Debtor G. Ware Travelstead).
(Attachments: # (1) Certificate of Service # (2) Exhibit
# (3) Exhibit # (4) Proposed Order)

[1143]   Notice of Motion for Authority to Sell Interests
in or Assets of Hinsua Barcelona, S.L., Free and Clear of
Liens, Claims and Encumbrances. Notice Served on 05/07/03,
Filed by Joel I. Sher. Hearing scheduled for 6/6/2003 at
11:30 AM at Courtroom 9-C, Baltimore. Objections due by
5/27/2003.   (Attachments: # (1) Certificate of Service)

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

Approved_____ Denied Approval_____ Deadline to file Amemded D/S_____
Other_____
Confirmed_____ as modified by _____
Denied Confirmation_____ with leave to amend by_____
Other_____

DISPOSITIONS:

Granted____ Denied____ Withdrawn____ Consent____ Default___ Under Adv.___

Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)_____

Continued to: *6-17-03 at 10:00 A.M.*

DECISION:

[ ] Signed by Court     [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel          [ ] Court
    [ ] Respondent's counsel      [ ] Other _____

NOTES:

*pp. 1140 + 1141   CA to renotice.*

*p. 1143   Richard Goldberg to renotice.*