Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8303
Baltimore, MD 21201

---

| | |
|---|---|
| Bankruptcy Proceeding No.: | 96−54979 |
| Judge: | E. Stephen Derby |

In Re:   G. Ware Travelstead
         Debtor(s)

---

PLEASE TAKE NOTICE that a hearing will be held

at 101 W. Lombard Street, Courtroom 9−C, , Baltimore, MD 21201

on 6/17/03 at 10:00 AM

to consider and act upon the following:

| | |
|---|---|
| 1140 | Motion to Compel |
| 1141 6/5/03 | Response to the Motino to Compel |

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 6/5/03

                                        Mark D. Sammons
                                        Clerk of the Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0416-1           User: loconor              Page 1 of 1                Date Rcvd: Jun 05, 2003
Case: 96-54979                 Form ID: ntchrgbk          Total Served: 2

The following entities were served by first class mail on Jun 07, 2003.
aty        Joel I. Sher,    2000 Charles Center South,    36 S Charles Street,    Baltimore, MD   21201
ust        US Trustee - Baltimore, 11,    300 West Pratt Street,    Suite 375,    Baltimore, MD   21201

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
op         Alfonso Martinez-Almeida
intp       Edythe M. Travelstead
                                                                                           TOTALS: 2, * 0
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**Date: Jun 07, 2003**                     **Signature:**      *Joseph Speetjens*