Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8303
Baltimore, MD 21201

---

| | |
|---|---|
| Bankruptcy Proceeding No.: | 96−54979 |
| Judge: | E. Stephen Derby |

In Re:   G. Ware Travelstead
         Debtor(s)

---

PLEASE TAKE NOTICE that a hearing will be held

at 101 W. Lombard Street, Courtroom 9−C, , Baltimore, MD 21201

on 6/17/03 at 10:00 AM

to consider and act upon the following:

| | |
|---|---|
| 1140 | Expedited Motion to Compel Liquidating Agent to Pay Approved Fees of Special Counsel Filed by G. Ware Travelstead. |
| 1141 | Response Filed by Joel I. Sher (related document(s)[1140] Motion to Compel filed by Debtor G. Ware Travelstead). (Attachments: # (1) Certificate of Service # (2) Exhibit # (3) Exhibit # (4) Proposed Order) (Sher, Joel) |

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 6/9/03

Mark D. Sammons
Clerk of the Bankruptcy Court



**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0416-1          User: sleo              Page 1 of 1              Date Rcvd: Jun 09, 2003
Case: 96-54979                Form ID: ntchrgbk       Total Served: 5

The following entities were served by first class mail on Jun 11, 2003.
db          G. Ware Travelstead,   1709 Dey Cove Drive,   Virginia Beach, VA   23454
aty         Joel I. Sher,   2000 Charles Center South,   36 S Charles Street,   Baltimore, MD   21201
aty         Stephen F. Fruin,   Seven Saint Paul Street, #1400,   Baltimore, MD   21202
ust         US Trustee - Baltimore, 11,   300 West Pratt Street,   Suite 375,   Baltimore, MD   21201
op          Alfonso Martinez-Almeida,   1515 Bay Road,,   Apt. 1,   Miami, Fl   33139

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Jun 11, 2003**                    Signature:  _Joseph Speetjens_