## WHITEFORD, TAYLOR & PRESTON
L.L.P.

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND 21202-1626

410 347-8700
FAX 410 625-7510
www.wtplaw.com

210 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4515
TELEPHONE 410 832-2000
FAX 410 832-2015

20 COLUMBIA CORPORATE CENTER
10420 LITTLE PATUXENT PARKWAY
COLUMBIA, MARYLAND 21044-3528
TELEPHONE 410 884-0700
FAX 410 884-0719

1025 CONNECTICUT AVENUE, NW
WASHINGTON, D.C. 20036-5405
TELEPHONE 202 659-6800
FAX 202 331-0573

1517 KING STREET
ALEXANDRIA, VIRGINIA 22314-2928
TELEPHONE 703 836-5742
FAX 703 836-0265

PAUL M. NUSSBAUM
DIRECT NUMBER
410 347-8794
pnussbaum@wtplaw.com

June 16, 2003

***Via Hand Delivery***
Honorable E. Stephen Derby
U.S. Bankruptcy Court for
the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re:  *In re G. Ware Travelstead* (Case No. 96-5-4979-SD)
<u>Status Report on Tax Matter</u>

Dear Judge Derby:

As Your Honor will recall, on June 2, 2003, the Court held a status conference in this case regarding certain pending matters. Participating in the conference via telephone were Edward McDermott, Esquire, counsel for pre-petition creditor Eduardo Canet, Richard Goldberg, Esquire, counsel for the Liquidating Agent herein Joel Sher, and the undersigned, counsel for the Debtor herein Mr. Travelstead.

During the conference, Your Honor inquired about the progress in settlement efforts relating to the pending motion of the Liquidating Agent (subsequently joined by the Debtor), seeking a determination of the estate's liability for 1999 income taxes. As I advised the Court, at the Liquidating Agent's request, I agreed to take the lead in coordinating with the IRS for pursuing settlement negotiations, which process involves several procedural and administrative pre-requisites for the IRS. In this regard, I indicated that during the past few months I have been working with Bradley Plovan, Esquire, of the U.S. Attorney's office, and that Mr. Plovan and I had just recently resolved matters sufficient for such negotiations to commence. I also offered to send an update to the Court and certain parties regarding the status of this process on June 16th and every 2 weeks thereafter.

Since the time of the June 2nd conference, arrangements have been made for Mr. Travelstead to sign and deliver a tax return to the IRS representative who will participate in

Dkt file

Judge Derby
June 16, 2003
Page 2

the tax return review and settlement negotiation process. Late last week, Mr. Plovan communicated to the undersigned that an IRS agent for this process has now been assigned, and with whom Mr. Sher and I will be coordinating for the delivery of various documents and information, and with whom we will be scheduling a settlement meeting, to be participated in by the Debtor, Liquidating Agent and the estate's accountant, Grant Thornton.

As promised, I will provide to the Court and the parties a further update on the status of this matter at month's end.

Respectfully yours,

Paul M. Nussbaum

cc: Joel I. Sher, Esquire (via facsimile)
Bradley Plovan, Esquire (via facsimile)
Edward T. McDermott, Esquire (via facsimile)
Mr. G. Ware Travelstead

1497451v2