**SO ORDERED**

**Dated June 19, 2003**



E. STEPHEN DERBY
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

IN RE: *

G. WARE TRAVELSTEAD, * Case No. 96-5-4979-SD

Debtor * Chapter 11

* * * * * * *

**ORDER ALLOWING AND AUTHORIZING PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED BY DE OLIVAR, SELVA & ZEGRI AS SPECIAL COUNSEL**

Upon consideration of the Application for Payment of Compensation for Services Rendered and for Reimbursement of Expenses Incurred by De Olivar, Selva & Zegri as Special Counsel (the "Application") filed by the debtor G. Ware Travelstead, and any opposition thereto, *without* *filed*, *it appearing that the services of criminal defense counsel benefitted the estate*, it is therefore ~~this _____ day of _____, 2003~~, by the United States Bankruptcy Court for the District of Maryland

**ORDERED**, that the Application is hereby GRANTED; and it is further

**ORDERED**, that the fees in the amount of 121,499.42 € and expenses in the amount of 4,922.90 € sought to be approved in the Application are hereby approved and allowed; and it is further

1147,1148

**ORDERED**, that the Liquidating Agent is authorized to pay fees to De Olivar, Selva & Zegri in the amount of 121,499.42 €; and it is further

**ORDERED**, that the Liquidating Agent is authorized to pay De Olivar, Selva & Zegri as reimbursement for expenses in the amount of 4,922.90 €.

END OF ORDER

cc: Paul M. Nussbaum, Esquire
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland 21202-1626

Joel I. Sher, Esquire
Shapiro, Sher Guinot & Sandler
36 South Charles Street, 20th Floor
Baltimore, Maryland 21201

Javier Selva Prieto
De Olivar, Selva & Zegri
C/. Mallorca, 314
08037, Barcelona
Spain

Office of the U.S. Trustee
300 West Pratt Street, Suite 350
Baltimore, MD 21201

*Edward T. McDermott, Esq.*

1492370