**SO ORDERED**

**Dated June 19, 2003**



E. STEPHEN DERBY
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

IN RE:                              *

G. WARE TRAVELSTEAD,                *    Case No. 96-5-4979-SD

       Debtor                       *    Chapter 11

   *   *   *   *   *   *   *

**ORDER ALLOWING AND AUTHORIZING PAYMENT OF COMPENSATION FOR
SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED
BY DE OLIVAR, SELVA & ZEGRI AS SPECIAL COUNSEL**

Upon consideration of the Application for Payment of Compensation for Services Rendered and for Reimbursement of Expenses Incurred by De Olivar, Selva & Zegri as Special Counsel (the "Application") filed by the debtor G. Ware Travelstead, and any opposition thereto, [handwritten: without] [handwritten: filed] [handwritten: it appearing that the services of criminal defense counsel benefitted the estate,] it is therefore this ____ day of ____, 2003, by the United States Bankruptcy Court for the District of Maryland

        **ORDERED**, that the Application is hereby GRANTED; and it is further

        **ORDERED**, that the fees in the amount of 121,499.42 € and expenses in the amount of 4,922.90 € sought to be approved in the Application are hereby approved and allowed; and it is further

[handwritten: 1147, 1148]

**ORDERED**, that the Liquidating Agent is authorized to pay fees to De Olivar, Selva & Zegri in the amount of 121,499.42 €; and it is further

**ORDERED**, that the Liquidating Agent is authorized to pay De Olivar, Selva & Zegri as reimbursement for expenses in the amount of 4,922.90 €.

END OF ORDER

cc:  Paul M. Nussbaum, Esquire
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland 21202-1626

Joel I. Sher, Esquire
Shapiro, Sher Guinot & Sandler
36 South Charles Street, 20th Floor
Baltimore, Maryland 21201

Javier Selva Prieto
De Olivar, Selva & Zegri
C/. Mallorca, 314
08037, Barcelona
Spain

Office of the U.S. Trustee
300 West Pratt Street, Suite 350
Baltimore, MD 21201

*Edward T. McDermott, Esq.*
1492370


**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0416-1          User: sleo               Page 1 of 1              Date Rcvd: Jun 20, 2003
Case: 96-54979                Form ID: pdfall          Total Served: 6


The following entities were served by first class mail on Jun 22, 2003.
aty         Cameron J. Macdonald,    Seven Saint Paul Street,    Baltimore, MD  21202
aty         Javier Selva,    c/o Stephen F. Fruin,    Whiteford, Taylor & Preston, LLP,
              7 Saint Paul Street, Ste. 1400,    Baltimore, MD  21202
aty         Joel I. Sher,    2000 Charles Center South,    36 S Charles Street,    Baltimore, MD  21201
ust         US Trustee - Baltimore, 11,    300 West Pratt Street,    Suite 375,    Baltimore, MD  21201
              Edward T. McDermott, Esquire,    Pollack & Kaminsky,    114 West 47th Street,    New York, NY  10036
             +Paul M. Nussbaum, Esquire,    Whiteford,Taylor & Preston L.L.P.,
              Seven Saint Paul street, Suite 1400,    Baltimore, MD  21202-1654

The following entities were served by electronic transmission.
NONE.                                                                                                  TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Jun 22, 2003**                              **Signature:**   _Joseph Speetjens_