

SHAPIRO
SHER
GUINOT &
SANDLER

Richard M. Goldberg
Direct Dial:
410.385.4274
rmg@shapirosher.com

36 S. Charles Street
Suite 2000
Baltimore, Maryland
21201-3147
Telephone: 410.385.0202
Facsimile: 410.385.7611

June 24, 2003

**VIA HAND DELIVERY**
The Honorable E. Stephen Derby
United States Bankruptcy Judge
United States Bankruptcy Court
101 West Lombard Street, Room 909
Baltimore, Maryland 21201

   Re: *In Re: G. Ware Travelstead*
     Case No. 96-5-4979-SD

Dear Judge Derby:

  Enclosed please find a courtesy copy of the proposed Order Granting Motion of Liquidating Agent for Authority to Sell Interests in or Assets of Hinsua Barcelona, S.L. Free and Clear of Liens, Claims and Encumbrances, which was e-filed with the Clerk. The form and substance of this Order has been approved by the two potential purchasers, BCN 2001, S.L. and the Debtor, G. Ware Travelstead.

  On behalf of Mr. Canet, Edward McDermott, Esquire has asked that we include his letter to Your Honor, a copy of which is attached hereto, which outlines his position respecting the Order. The Liquidating Agent objects to Mr. Canet's suggested language for several reasons. First, Your Honor has already ruled on and approved the merits of both BCN 2001, S.L.'s and the Debtor's proposals. Second, the suggested language will create significant confusion among authorities in both Spain and the Netherlands inasmuch as the addition of Mr. Canet's proposed language will make the Order internally inconsistent with what Your Honor approved, resulting in the need to present extrinsic evidence to the foreign authorities as opposed to presenting a clear and consistent order. Our experience in dealing with foreign authorities in the Blockless and other transactions has taught us that adding language such as Mr. Canet suggests will delay, impede and potentially preclude closing absent a further clarifying Order from Your Honor, thus putting the Liquidating Agent at significant risk.

Dkt file



SHAPIRO
SHER
GUINOT &
SANDLER

The Honorable E. Stephen Derby
June 24, 2003
Page 2


       If Your Honor has any questions regarding this matter, we are available at your convenience.

                                  Respectfully,

                                  Richard M. Goldberg


Enclosure

cc:    Paul M. Nusbaum, Esquire *(w/ enclosure via facsimile)*
        Mr. Javier Faus *(w/ enclosure via facsimile)*
        Edward McDermott, Esquire *(w/ enclosure via facsimile)*


F:\LIT\Megiambelluca\WPDATA\Richard\Travelstead\Derby.6.24.03.doc;;meg