# POLLACK & KAMINSKY

114 WEST 47TH STREET, NEW YORK, NEW YORK 10036

TEL: (212) 575-4700

FAX: (212) 575-6560

DANIEL A. POLLACK  
MARTIN I. KAMINSKY  
EDWARD T. McDERMOTT

W. HANS KOBELT  
JUSTIN CHU  
ANTHONY ZACCARIA

June 23, 2003

Hon. E. Stephen Derby  
United States District Court  
101 West Lombard Street  
Baltimore, Maryland

       re: <u>Estate of G. Ware Travelstead</u>  
           Case No. 96-5-4979-SD

Dear Judge Derby:

Creditor Eduardo Canet proposes that the following sentence be inserted at the end of paragraph 3 (p.4) of the Liquidating Agent's proposed order:

> "Any interested person wishing to object to the Liquidating Agent's decision to close on a transaction with BCN or the Debtor will be entitled to file an objection with the Court and will serve it on other interested persons at least one business day before the scheduled closing, so as to enable the Court to rule on the merits of that objection in a timely manner and to make sure that the scheduled closing will not be delayed."

Canet believes that this insert is necessary to give meaning to the notice provisions in the proposed order, and is consistent with the intent of the Court.

                                            Respectfully submitted,

                                            *[signature]*

                                            Edward T. McDermott  
                                            Counsel for Creditor  
                                              Eduardo Canet

*DKT #1.6*