

# SHAPIRO SHER GUINOT & SANDLER

Joel I. Sher
Direct Dial: 410.385.4277
jis@shapirosher.com

36 S. Charles Street
Suite 2000
Baltimore, Maryland
21201-3147
Telephone: 410.385.0202
Facsimile: 410.539.7611

June 17, 2003

**VIA HAND DELIVERY**

Honorable E. Stephen Derby
United States Bankruptcy Court
District of Maryland (Baltimore Division)
101 West Lombard Street
Baltimore, MD 21201

    Re:   G. Ware Travelstead
           Case No. 96-5-4979-SD

Dear Judge Derby:

    Pursuant to the hearing today, I have reviewed the Court's Order Granting Liquidating Agent's Cross Motion For Authority to Make Distributions entered on December 23, 1999. As I read the Order, I was directed to place $500,000.00 of the proceeds from the Blockless sale into a separate account; there is no restriction on the use of the interest that has accrued on that account. The account is a Certificate of Deposit at Bank of America. The current maturity date is September 10, 2003. We contacted the bank today and were advised that the only penalty at this time for breaking the CD would be the loss of approximately $175.00 in interest. Accordingly, I believe under the circumstances such a *de minimus* penalty should not preclude my taking approximately $50,000.00 of the accrued interest and using it to pay certain expenses in accordance with the discretion granted to me under the Plan. I trust that the Court and counsel copied on this letter concur with my position.

                                    Respectfully submitted,

                                    Joel I. Sher

cc:   Paul M. Nussbaum, Esquire (via fax)
       Edward T. McDermott, Esquire (via fax)

dw/derby-travelstead3.ltr.doc-46322.001