96-54979-SD

## Certificate of Service

I HEREBY CERTIFY that on this __8__th day of ~~June~~ July 2003, a copy of this Eleventh Application by Grant Thornton LLP for Allowance of Interim Compensation of Services Rendered as Accountant to the Debtor and Debtor-in-Possession for the period July 13, 2002 through May 20, 2003 was mailed first class, postage prepaid, to

    Office of the U.S. Trustee
    Marsh & McLennon Building
    300 West Pratt Street
    Baltimore, MD 21201

GRANT THORNTON LLP

By: _____
    Arthur E. Flach
    Managing Partner - Baltimore Office
    Grant Thornton LLP
    2 Hopkins Plaza, Suite 700
    Baltimore, MD 21201
    (410) 685-4000