**DENIED AS MOOT**

**Dated July 03, 2003**



E. STEPHEN DERBY
U. S. BANKRUPTCY JUDGE

Handwritten margin note: *Based upon the liquidating agent's motion hearing on this motion, claims. Moot* / *Based upon the liquidating agent's representations at the Trustee's motion he will have funds to pay administrative Therefore, this motion is and DENIED, without prejudice.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

IN RE:          *

G. WARE TRAVELSTEAD     *     Case No. 96-5-4979-SD

Debtor          *     Chapter 11

\*   \*   \*   \*   \*   \*   \*

### ORDER DIRECTING LIQUIDATING AGENT TO PAY BALANCE OF SPECIAL COUNSEL'S ALLOWED FEES

Upon consideration of Debtor's Expedited Motion to Compel Liquidating Agent to Pay Balance of Approved Fees to Special Counsel (the "Motion"), and the Court finding for the reasons stated in the Motion that the balance of the approved fees of Alfonso Martinez-Almeida should be paid forthwith, it is therefore this _____ day of April 2003,

ORDERED that the Liquidating Agent shall pay the balance of the allowed fees of Alfonso Martinez-Almeida in the amount of $14,320.75 within 24 hours of the entry of this Order.

**END OF ORDER**

1140, 1141

cc: Joel I. Sher, Esquire
Shapiro Sher Guinot & Sandler
36 South Charles Street, Suite 2000
Baltimore, Maryland 21201

Stephen F. Fruin, Esquire
Kenneth Oestreicher, Esquire
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626

Mark A. Neal, Esquire
Office of the U.S. Trustee
300 West Pratt Street, Suite 350
Baltimore, Maryland 21201

Alfonso Martinez-Almeida, Esquire
1515 Bay Road, Apt. 1
Miami, Florida 33139

Mr. G. Ware Travelstead
1709 Dey Cove Drive
Virginia Beach, VA 23454

1485055



- 2 -