**DENIED AS MOOT**

**Dated July 03, 2003**



E. STEPHEN DERBY
U. S. BANKRUPTCY JUDGE

*Based upon the liquidating agent's representations at the hearing on this motion, he will have funds to pay administrative claims. Therefore, this motion is Moot and DENIED, without prejudice.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

IN RE:                          *

G. WARE TRAVELSTEAD             *       Case No. 96-5-4979-SD

Debtor                          *       Chapter 11

*       *       *       *       *       *       *

**ORDER DIRECTING LIQUIDATING AGENT TO PAY
BALANCE OF SPECIAL COUNSEL'S ALLOWED FEES**

Upon consideration of Debtor's Expedited Motion to Compel Liquidating Agent to Pay Balance of Approved Fees to Special Counsel (the "Motion"), and the Court finding for the reasons stated in the Motion that the balance of the approved fees of Alfonso Martinez-Almeida should be paid forthwith, it is therefore this _____ day of April 2003,

ORDERED that the Liquidating Agent shall pay the balance of the allowed fees of Alfonso Martinez-Almeida in the amount of $14,320.75 within 24 hours of the entry of this Order.

**END OF ORDER**

1140, 1141

cc:  Joel I. Sher, Esquire
Shapiro Sher Guinot & Sandler
36 South Charles Street, Suite 2000
Baltimore, Maryland 21201

Stephen F. Fruin, Esquire
Kenneth Oestreicher, Esquire
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626

Mark A. Neal, Esquire
Office of the U.S. Trustee
300 West Pratt Street, Suite 350
Baltimore, Maryland 21201

Alfonso Martinez-Almeida, Esquire
1515 Bay Road, Apt. 1
Miami, Florida 33139

Mr. G. Ware Travelstead
1709 Dey Cove Drive
Virginia Beach, VA 23454

1485055




**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0416-1           User: sleo              Page 1 of 1              Date Rcvd: Jul 08, 2003
Case: 96-54979                 Form ID: pdfall         Total Served: 5

The following entities were served by first class mail on Jul 10, 2003.
db          G. Ware Travelstead,    1709 Dey Cove Drive,    Virginia Beach, VA   23454
aty         Stephen F. Fruin,    Seven Saint Paul Street, #1400,    Baltimore, MD   21202
ust         US Trustee - Baltimore, 11,    300 West Pratt Street,    Suite 375,    Baltimore, MD   21201
op          Alfonso Martinez-Almeida,    1515 Bay Road,,    Apt. 1,    Miami, Fl   33139
op          Joel I. Sher,    36 S. Charles Street,    Suite 2000,    Baltimore, MD   21201

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
op*         Joel I. Sher,    36 S. Charles Street,    Suite 2000,    Baltimore, MD   21201
                                                                                      TOTALS: 0, * 1
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Jul 10, 2003**          Signature:    *Joseph Speetjens*