210 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-1515
TELEPHONE 410 832-2000
FAX 410 832-2015

20 COLUMBIA CORPORATE CENTER
10420 LITTLE PATUXENT PARKWAY
COLUMBIA, MARYLAND 21044-3528
TELEPHONE 410 884-0700
FAX 410 884-0719

PAUL M. NUSSBAUM
DIRECT NUMBER
410 547-8794
pnussbaum@wtplaw.com

# WHITEFORD, TAYLOR & PRESTON
L.L.P.

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND 21202-1626

410 347-8700
FAX 410 625-7510
www.wtplaw.com

1025 CONNECTICUT AVENUE, NW
WASHINGTON, D.C. 20036-5405
TELEPHONE 202 659-6800
FAX 202 331-0573

1317 KING STREET
ALEXANDRIA, VIRGINIA 22314-2928
TELEPHONE 703 836-5742
FAX 703 836-0265

July 14, 2003

**RECEIVED JUL 14 2003 U.S. BANKRUPTCY COURT DISTRICT OF MARYLAND BALTIMORE**

***Via Hand Delivery***
Honorable E. Stephen Derby
U.S. Bankruptcy Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re:   *In re G. Ware Travelstead* (Case No. 96-5-4979-SD)
      **Status Report on Tax Matter**

Dear Judge Derby:

As Your Honor will recall, on June 30, 2003, I sent a letter to the Court with a further update on the status of settlement efforts for the pending motion of the Liquidating Agent (subsequently joined by the Debtor), seeking a determination of the estate's liability for 1999 income taxes.

As I had advised the Court, we have contacted the IRS agent assigned to this matter, Ms. Patricia Dedianko, to schedule a meeting to present the Debtor's 1999 income tax return so that Ms. Dedianko can determine whether it can be accepted by the IRS as prepared. In this regard the Debtor has signed the subject tax return for submission to the IRS and later this week we will be meeting with Ms. Dedianko to submit the return and provide whatever additional information that may be requested.

I anticipate that we will shortly thereafter be scheduling a settlement meeting, to be participated in by the United States, the Debtor, Liquidating Agent and the estate's accountant, Grant Thornton, following hearing back from Ms. Dedianko with respect to her review of the Debtor's 1999 tax return.

*Case docket*

Judge Derby
July 14, 2003
Page 2

    As promised, I will provide to the Court and the parties a further update on the status of this matter in two weeks.

Respectfully yours,

Paul M. Nussbaum

cc:    Joel I. Sher, Esquire (via facsimile)
        Bradley Plovan, Esquire (via facsimile)
        Edward T. McDermott, Esquire (via facsimile)
        Mr. G. Ware Travelstead

*1503493*