# WHITEFORD, TAYLOR & PRESTON
L.L.P.

210 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4515
TELEPHONE 410 832-2000
FAX 410 832-2015

20 COLUMBIA CORPORATE CENTER
10420 LITTLE PATUXENT PARKWAY
COLUMBIA, MARYLAND 21044-3528
TELEPHONE 410 884-0700
FAX 410 884-0719

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND 21202-1626
410 347-8700
FAX 410 625-7510
www.wtplaw.com

1025 CONNECTICUT AVENUE, NW
WASHINGTON, D.C. 20036-5405
TELEPHONE 202 659-6800
FAX 202 331-0573

1517 KING STREET
ALEXANDRIA, VIRGINIA 22314-2928
TELEPHONE 703 836-5742
FAX 703 836-0265

PAUL M. NUSSBAUM
DIRECT NUMBER
410 347-8794
pnussbaum@wtplaw.com

July 29, 2003

*Via Hand Delivery*

Honorable E. Stephen Derby
U.S. Bankruptcy Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    *In re G. Ware Travelstead* (Case No. 96-5-4979-SD)
             **Status Report on Tax Matter**

Dear Judge Derby:

     As Your Honor will recall, on July 14, 2003, I sent a letter to the Court with a further update on the status of settlement efforts for the pending motion of the Liquidating Agent (subsequently joined by the Debtor), seeking a determination of the estate's liability for 1999 income taxes.

     On July 16, 2003, my associate, Cameron Macdonald, met with the IRS agent, Ms. Dedianko, to present the Debtor's 1999 income tax return. At the meeting, in which Bradley Plovan, Esquire, counsel for the United States, attended, the process for the review of the return and the pending motion in the Bankruptcy Court were discussed and certain questions posed by the IRS were addressed. Of course, at the meeting we delivered on behalf of the Debtor the signed tax return sought by the IRS and Ms. Dedianko agreed to review the tax return and contact us when she has a position regarding the same.

     I would anticipate that we will be scheduling a further settlement meeting regarding the 1999 tax return, to be participated in by the United States, the Debtor, Liquidating Agent and the estate's accountant, Grant Thornton, hopefully some time in August.

*[handwritten annotation: Dkt Con file "Report - Status Tax Matter"]*

Judge Derby
July 29, 2003
Page 2

    As promised, I will provide to the Court and the parties a further update on the status of this matter in two weeks.

Respectfully yours,

Paul M. Nussbaum

cc:    Joel I. Sher, Esquire (via facsimile)
        Bradley Plovan, Esquire (via facsimile)
        Edward T. McDermott, Esquire (via facsimile)
        Mr. G. Ware Travelstead

*1506162*