# WHITEFORD, TAYLOR & PRESTON
L.L.P.

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND 21202-1626
410 347-8700
FAX 410 625-7510
www.wtplaw.com

210 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4515
TELEPHONE 410 832-2000
FAX 410 832-2015

20 COLUMBIA CORPORATE CENTER
10420 LITTLE PATUXENT PARKWAY
COLUMBIA, MARYLAND 21044-3528
TELEPHONE 410 884-0700
FAX 410 884-0719

1025 CONNECTICUT AVENUE, NW
WASHINGTON, D.C. 20036-5405
TELEPHONE 202 659-6800
FAX 202 331-0573

1317 KING STREET
ALEXANDRIA, VIRGINIA 22314-2928
TELEPHONE 703 836-5742
FAX 703 836-0265

PAUL M. NUSSBAUM
DIRECT NUMBER
410 347-8794
pnussbaum@wtplaw.com

August 12, 2003

***Via Hand Delivery***

Honorable E. Stephen Derby
U.S. Bankruptcy Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re: *In re G. Ware Travelstead* (Case No. 96-5-4979-SD)
**Status Report on Tax Matter**

Dear Judge Derby:

As Your Honor will recall, on July 29, 2003, I sent a letter to the Court with a further update on the status of settlement efforts for the pending motion of the Liquidating Agent (subsequently joined by the Debtor), seeking a determination of the estate's liability for 1999 income taxes.

On July 16, 2003, the Debtor's signed 1999 income tax return was presented to Ms. Dedianko of the IRS and Ms. Dedianko agreed to review the tax return and contact us with any questions she has regarding the same.

My associate, Cameron Macdonald, has since spoken with Ms. Dedianko directly, as permitted by Mr. Plovan, counsel to the United States, and Ms. Dedianko advised him that the IRS may have some questions to ask the Debtor, the Liquidating Agent and the estate's accountant, Grant Thornton, regarding the subject return. Ms. Dedianko has indicated that she intends to discuss this matter with Mr. Plovan, and that the Debtor and Liquidating Agent can expect a follow-up call from Mr. Plovan later this week.

Accordingly, I am hopeful that we can schedule a further settlement meeting regarding the 1999 tax return, to be participated in by the United States, the Debtor, Liquidating Agent and Grant Thornton in the next several weeks.

Judge Derby
August 12, 2003
Page 2


As promised, I will provide to the Court and the parties a further update on the status of this matter in two weeks.

Respectfully yours,

Paul M. Nussbaum


cc:   Joel I. Sher, Esquire (via facsimile)
      Bradley Plovan, Esquire (via facsimile)
      Edward T. McDermott, Esquire (via facsimile)
      Mr. G. Ware Travelstead


1506162