## WHITEFORD, TAYLOR & PRESTON
L.L.P.

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND 21202-1626

410 347-8700
FAX 410 625-7510
www.wtplaw.com

210 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4515
TELEPHONE 410 832-2000
FAX 410 832-2015

20 COLUMBIA CORPORATE CENTER
10420 LITTLE PATUXENT PARKWAY
COLUMBIA, MARYLAND 21044-3528
TELEPHONE 410 884-0700
FAX 410 884-0719

1025 CONNECTICUT AVENUE, NW
WASHINGTON, D.C. 20036-5405
TELEPHONE 202 659-6800
FAX 202 331-0573

1317 KING STREET
ALEXANDRIA, VIRGINIA 22314-2928
TELEPHONE 703 836-5742
FAX 703 836-0265

PAUL M. NUSSBAUM
DIRECT NUMBER
410 347-8794
pnussbaum@wtplaw.com

August 26, 2003

*Via Hand Delivery*
Honorable E. Stephen Derby
U.S. Bankruptcy Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re: *In re G. Ware Travelstead* (Case No. 96-5-4979-SD)
**Status Report on Tax Matter**

Dear Judge Derby:

As Your Honor will recall, on August 12, 2003, I sent a letter to the Court with a further update on the status of settlement efforts for the pending motion of the Liquidating Agent (subsequently joined by the Debtor), seeking a determination of the estate's liability for 1999 income taxes.

My associate, Cameron Macdonald, has since spoken with Ms. Dedianko and Mr. Plovan, counsel to the United States, and Mr. Macdonald answered some questions that Ms. Dedianko had regarding the filing of Mr. Travelstead's 1998 return that may affect the 1999 return. Mr. Macdonald and Mr. Plovan further discussed the process to be employed by the IRS as it reviews the 1999 return.

I continue to be hopeful that we can schedule a further settlement meeting regarding the 1999 tax return, to be participated in by the United States, the Debtor, Liquidating Agent and Grant Thornton in the next several weeks. If, however, substantive progress in settlement does not materialize in the forthcoming weeks, the Liquidating Agent has advised the undersigned that he will cause the requisite notice to issue for the pending litigation to re-commence.

Finally, given the posture of these matters, I will not burden the Court and other parties with further update correspondence unless there are circumstances worthy of reporting.

Respectfully yours,

Paul M. Nussbaum

Honorable E. Stephen Derby
August 26, 2003
Page 2

cc:   Joel I. Sher, Esquire (via facsimile)
      Bradley Plovan, Esquire (via facsimile)
      Edward T. McDermott, Esquire (via facsimile)
      Mr. G. Ware Travelstead

*1510906*