# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 12th day of September 2003, a copy of the foregoing Report of Disposition of Assets was mailed first class, postage prepaid, to the following:

>Paul M. Nussbaum, Esquire
>Whiteford, Taylor & Preston, L.L.P.
>Suite 1400
>7 Saint Paul Street
>Baltimore, Maryland 21202-1626
>
>Mark A. Neal, Esquire
>Office of the U.S. Trustee
>300 West Pratt Street
>Suite 350
>Baltimore, MD 21201
>
>Edward T. McDermott, Esquire
>Pollack & Kaminsky
>114 West 47[th] Street
>New York, NY 10036

    /s/  Joel I. Sher
Joel I. Sher
Bar No. 00719

F:\LIT\JISHER\WPDATA\travelstead report of disposition.doc;--46322.009