**SO ORDERED**

**Dated October 07, 2003**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

E. STEPHEN DERBY
U.S. BANKRUPTCY JUDGE

IN RE:                              *

G. WARE TRAVELSTEAD          *

    Debtor                    *

\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*

ORDER APPROVING ELEVENTH APPLICATION BY GRANT THORNTON LLP
FOR ALLOWANCE OF INTERIM COMPENSATION FOR SERVICES
RENDERED AS ACCOUNTANT FOR THE DEBTOR
FOR THE PERIOD JULY 13, 2002 THROUGH MAY 20, 2003

Upon consideration of the Eleventh Application by Grant Thornton LLP for Allowance of Interim Compensation for Services Rendered as Accountant to the Debtor for the period July 13, 2002 through May 20, 2003 (the "Application Period"), after notice and without objections, and the requested compensation having been shown to be reasonable and good cause having been shown for approving the Application; it is this ____ day of ____, 2003, by the United States Bankruptcy Court for the District of Maryland.

    ORDERED, that Grant Thornton LLP be and hereby is allowed compensation in the amount of $14,124.01 for services rendered as accountants for the Debtor for the period July 13, 2002 through May 20, 2003.

ENTERED

United States Bankruptcy Judge

END OF ORDER

cc: Applicant
Debtor's counsel
U.S. Trustee

1171