**SO ORDERED**

**Dated October 07, 2003**

*E. STEPHEN DERBY*
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

IN RE:            *

G. WARE TRAVELSTEAD    *

Debtor            *    Chapter 11

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER APPROVING ELEVENTH APPLICATION BY GRANT THORNTON LLP
FOR ALLOWANCE OF INTERIM COMPENSATION FOR SERVICES
RENDERED AS ACCOUNTANT FOR THE DEBTOR
FOR THE PERIOD JULY 13, 2002 THROUGH MAY 20, 2003

Upon consideration of the Eleventh Application by Grant Thornton LLP for Allowance of Interim Compensation for Services Rendered as Accountant to the Debtor for the period July 13, 2002 through May 20, 2003 (the "Application Period"), after notice and without objections, and the requested compensation having been shown to be reasonable and good cause having been shown for approving the Application; it is ~~this ___ day of _____, 2003,~~ by the United States Bankruptcy Court for the District of Maryland.

ORDERED, that Grant Thornton LLP be and hereby is allowed compensation in the amount of $14,124.01 for services rendered as accountants for the Debtor for the period July 13, 2002 through May 20, 2003.

ENTERED: _____
           United States Bankruptcy Judge

END OF ORDER

cc: Applicant
    Debtor's counsel
    U.S. Trustee

1171

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0416-1          User: sleo              Page 1 of 1              Date Rcvd: Oct 08, 2003
Case: 96-54979                Form ID: pdfall         Total Served: 3

The following entities were served by first class mail on Oct 10, 2003.
aty         Cameron J. Macdonald,   Seven Saint Paul Street,   Baltimore, MD   21202
ust         US Trustee - Baltimore, 11,   300 West Pratt Street,   Suite 375,   Baltimore, MD   21201
acc         Grant Thornton,   2 Hopkins Plaza,   Baltimore, Md   21201

The following entities were served by electronic transmission.
NONE.                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc*        Grant Thornton,   2 Hopkins Plaza,   Baltimore, Md   21201
                                                                                  TOTALS: 0, * 1
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Oct 10, 2003**          **Signature:** *Joseph Speetjens*