IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| **G. WARE TRAVELSTEAD** | * | Case No. 96-5-4979-SD |
| | | (Chapter 11) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER GRANTING THIRD APPLICATION OF
SHAPIRO SHER GUINOT & SANDLER AND LIQUIDATING AGENT
FOR INTERIM ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES
FOR PERIOD SEPTEMBER 1, 1999 THROUGH SEPTEMBER 30, 2003

Upon consideration of the Application of Shapiro Sher Guinot & Sandler and the Liquidating Agent for Third Interim Allowance of Compensation and for Reimbursement of Expenses for the period September 1, 1999 through September 30, 2003, and good cause therefor having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED** that the law firm of Shapiro Sher Guinot & Sandler and the Liquidating Agent are hereby allowed interim compensation in the amount of $478,889.00, plus reimbursement of expenses in the amount of $177,643.10 for the period September 1, 1999 through September 30, 2003; and it is further

**ORDERED** that the Liquidating Agent is hereby authorized to pay to Shapiro Sher Guinot & Sandler compensation in the amount of $478,889.00, plus reimbursement of expenses in the amount of $177,643.10.

cc:   Joel I. Sher, Esquire
      Richard M. Goldberg, Esquire
      Shapiro Sher Guinot & Sandler
      36 South Charles Street, 20th Floor
      Baltimore, MD  21201-3147

      Mark A. Neal, Esquire
      Assistant U.S. Trustee
      Office of the U.S. Trustee
      300 West Pratt Street, Suite 350
      Baltimore, MD 21201

      Paul M. Nussbaum, Esquire
      Stephen F. Fruin, Esquire
      Whiteford Taylor & Preston
      7 St. Paul Street, Suite 1400
      Baltimore, MD  21202

acl/wpdata/feeapps/travelstead.3rd