IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:                                              *

**G. WARE TRAVELSTEAD**                             *     Case No. 96-5-4979-SD
                                                          (Chapter 11)
      Debtor.                           *

*   *   *   *   *   *   *   *   *   *   *   *   *

**CERTIFICATE OF SERVICE FOR NOTICE OF APPLICATION
OF SHAPIRO SHER GUINOT & SANDLER AND LIQUIDATING AGENT
FOR THIRD INTERIM ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR LIQUIDATING AGENT
FOR THE PERIOD FROM SEPTEMBER 1, 1999 THROUGH SEPTEMBER 30, 2003**

    I HEREBY CERTIFY that on 3rd day of December, 2003, a copy of the Notice of Application of Shapiro Sher Guinot & Sandler and Liquidating Agent for Third Interim Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 1999 through September 30, 2003 was mailed by first-class mail, postage prepaid, to those parties listed on the attached Service List.

                                        /s/    Joel I. Sher
                                        Joel I. Sher, Bar No. 00719

                                        Shapiro Sher Guinot & Sandler
                                        36 South Charles Street
                                        20th Floor
                                        Baltimore, Maryland  21201
                                        (410) 385-0202

                                        *Attorneys for Joel I. Sher, Liquidating Agent*

acl/wpdata/feeapps/travelstead.3rd
46322.001