**EXHIBIT 4**

```
****************************************************************************Page 1 (1)
BILLING ATTORNEY: 00473 STEPHEN F FRUIN         WHITEFORD, TAYLOR & PRESTON        THRU 11/30/03
                                                DETAILED BILLING REPORT            AS OF 12/16/03   10:15:56
                                                PROFORMA NUMBER:    143576         LAST DATE BILLED 12/16/02
                                                                                   DATE BILLED THRU 11/30/02

CLIENT 004882         G. WARE TRAVELSTEAD                ADDRESS:G. WARE TRAVELSTEAD
MATTER 004882.00028   XPRES CORPORATION                          1709 DEY COVE DRIVE
CASE ID                                                          VIRGINIA BEACH, VA  23454

****************************************************************************

INVOICE NUMBER_____          INVOICE DATE __/__/__

INDEX      DATE       CA      ***PROFESSIONAL SERVICES***                       TASK  ACT  HOURS    TKPR   TKPR    TIME VALUE   RUNNING
                                                                                           WORKED   NO     INIT.   THIS PERIOD  TOTAL

9813819   11/03/00         REVIEW M. ALLEN CORRESPONDENCE RE PRO HAC                        .10    01428   MCK        24.00       24.00
                           MOTIONS
9813820   11/06/00         TELEPHONE CALL WITH R. GOLDBERG RE AMENDED                       .20    01428   MCK        48.00       72.00
                           COUNTERCLAIM
9813821   11/06/00         TELEPHONE CALL SFF RE AMENDED MOTION                             .10    01428   MCK        24.00       96.00
9813822   11/07/00         EMAILS R. GOLDBERG, M. ALLEN RE DISCOVERY                        .30    01428   MCK        72.00      168.00
9813823   11/08/00         EMAILS M. ALLEN RE DISCOVERY, SCHEDULING ORDER                   .20    01428   MCK        48.00      216.00
9813824   11/11/00         TELEPHONE CALL R. GOLDBERG RE AMENDED COMPLAINT                  .10    01428   MCK        24.00      240.00
9813825   11/13/00         REVIEW M. ALLEN CORRESPONDENCE RE NC ACTION                      .10    01428   MCK        24.00      264.00
9813826   11/13/00         TELEPHONE CALLS WITH R. GOLDBERG RE EXPERT                       .50    01428   MCK       120.00      384.00
                           ISSUES
9813827   11/13/00         EMAIL R. GOLDBERG RE EXPERTS                                     .10    01428   MCK        24.00      408.00
9813828   11/14/00         REVIEW RESEARCH, DRAFT AMENDED COMPLAINT                        2.20    01428   MCK       528.00      936.00
9813829   11/15/00         RESEARCH EQUITABLE SUBORDINATION ISSUES AND                     3.70    01428   MCK       888.00    1,824.00
                           REVISE AMENDED COMPLAINT
9813830   11/15/00         TELEPHONE CALLS WITH R. GOLDBERG RE AMENDED                      .30    01428   MCK        72.00    1,896.00
                           COMPLAINT
9813831   11/15/00         REVIEW DOCUMENTS RE FINANCIAL ISSUES AND                        3.90    01428   MCK       936.00    2,832.00
                           PRODUCTION TO EXPERTS
9813832   11/16/00         REVIEW EXPERT FINANCIAL ISSUES AND DOCUMENTS RE                 4.50    01428   MCK     1,080.00    3,912.00
                           PRODUCTION TO EXPERTS
9813833   11/16/00         TELEPHONE CALLS R. GOLDBERG RE EXPERT ISSUES                     .20    01428   MCK        48.00    3,960.00
9813834   11/16/00         REVIEW XPRES AMENDED COUNTERCLAIM, MOTION TO                    1.50    01428   MCK       360.00    4,320.00
                           AMEND, ANALYZE DEFENSES AND PREPARE ANSWER
9813835   11/16/00         EMAIL FILING DOCUMENTS TO LOCAL COUNSEL                          .20    01428   MCK        48.00    4,368.00
9813836   11/16/00         REVIEW XPRES DISCOVERY REQUESTS, EMAIL TOLOCAL                   .70    01428   MCK       168.00    4,536.00
                           COUNSEL RE SAME
9813837   11/16/00         REVIEW DOCUMENTS RE DISCOVERY REQUESTS TO XPRES                 1.00    01428   MCK       240.00    4,776.00
9813838   11/17/00         EMAILS M. ALLEN RE MOTION TO AMEND                               .20    01428   MCK        48.00    4,824.00
9813839   11/17/00         TELEPHONE CALL WITH R. GOLDBERG RE AMENDED                       .20    01428   MCK        48.00    4,872.00
                           COMPLAINT, EXPERTS
9813840   11/17/00         PREPARE DOCUMENT PRODUCTION TO EXPERTS, DRAFT                   2.00    01428   MCK       480.00    5,352.00
                           LETTER TO SAME
9813841   11/17/00         REVIEW A. RULEY CORRESPONDENCE RE MEDIATOR                       .10    01428   MCK        24.00    5,376.00
9813842   11/20/00         REVIEW R. GOLDBERG EMAIL RE MEDIATION                            .10    01428   MCK        24.00    5,400.00
9813843   11/20/00         REVISIONS TO AMENDED COMPLAINT, ANSWER, EMAIL TO                 .60    01428   MCK       144.00    5,544.00
                           CONSEL
9813844   11/20/00         TELEPHONE CALL M. ALLEN RE COURT FILINGS                         .10    01428   MCK        24.00    5,568.00
9813845   11/20/00         EMAILS M. ALLEN RE MOTION TO AMEND                               .30    01428   MCK        72.00    5,640.00
9813846   11/22/00         TELEPHONE CALLS WITH R. GOLDBERG RE EXPERTS                      .40    01428   MCK        96.00    5,736.00
9813847   11/22/00         REVIEW MOTION TO AMEND AND OTHER DOCUMENTS,                      .60    01428   MCK       144.00    5,880.00
                           EMAILS M. ALLEN RE SAME
```

BILLING ATTORNEY: 00473 STEPHEN F FRUIN

WHITEFORD, TAYLOR & PRESTON
DETAILED BILLING REPORT
PROFORMA NUMBER: 143576

THRU 11/30/03
AS OF 12/16/03 10:15:56

Page 2 (2)

| CLIENT | 004882 | | G. WARE TRAVELSTEAD | | | | LAST DATE BILLED 12/16/02 | | |
| MATTER | 004882.00028 | | XPRES CORPORATION | | | | DATE BILLED THRU 11/30/02 | | |
| CASE ID | | CA | | | | | | | |

| INDEX | DATE | | DESCRIPTION | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | ***PROFESSIONAL SERVICES*** | | | | | | | |
| 9813848 | 11/22/00 | | EMAILS COUNSEL RE REVISING TO FILINGS, PROPOSED MEDIATORS | | | .30 | 01428 | MCK | 72.00 | 5,952.00 |
| 9813849 | 11/27/00 | | EMAILS CO-COUNSEL RE MEDIATORS | | | .40 | 01428 | MCK | 96.00 | 6,048.00 |
| 9813850 | 11/27/00 | | CONFERENCE CALL WITH R. GOLDBERG RE MEDIATORS | | | .30 | 01428 | MCK | 72.00 | 6,120.00 |
| 9813851 | 11/27/00 | | REVIEW AMENDED COMPLAINT, ANSWER FILINGS | | | .20 | 01428 | MCK | 48.00 | 6,168.00 |
| 9813852 | 11/27/00 | | REVIEW MOTION TO EXTEND DISCOVERY RESPONSE PERIODS | | | .20 | 01428 | MCK | 48.00 | 6,216.00 |
| 9813853 | 11/29/00 | | TELEPHONE CALLS WITH R. GOLDBERG RE EXPERTS | | | .20 | 01428 | MCK | 48.00 | 6,264.00 |
| 9813854 | 11/30/00 | | TELEPHONE CALLS WITH R. GOLDBERG RE EXPERTS | | | .20 | 01428 | MCK | 48.00 | 6,312.00 |
| 9813855 | 12/01/00 | | REVIEW M. ALLEN CORRESPONDENCE, COURT ORDERS | | | .10 | 01428 | MCK | 24.00 | 6,336.00 |
| 9813856 | 12/04/00 | | TELEPHONE CALLS RICHARD GOLDBERG RE DISCOVERY | | | .20 | 01428 | MCK | 48.00 | 6,384.00 |
| 9813857 | 12/04/00 | | REVIEW MUSIKA FAX RE DOCUMENTS NEEDED AND PLANNING RE EXPERT WORK | | | .20 | 01428 | MCK | 48.00 | 6,432.00 |
| 9813858 | 12/04/00 | | REVIEW CORRESPONDENCE AND DOCUMENTS RE AMENDED COMPLAINT | | | .20 | 01428 | MCK | 48.00 | 6,480.00 |
| 9813859 | 12/05/00 | | TELEPHONE CALL R. GOLDBERG RE DISCOVERY | | | .10 | 01428 | MCK | 24.00 | 6,504.00 |
| 9813860 | 12/05/00 | | CONFERENCE CALL WITH CO-COUNSEL RE MEDIATION, DISCOVERY | | | .50 | 01428 | MCK | 120.00 | 6,624.00 |
| 9813861 | 12/05/00 | | EMAILS FROM AND TO M. ALLEN RE PUNITIVE DAMAGES, ATTORNEYS' FEES ISSUES | | | .30 | 01428 | MCK | 72.00 | 6,696.00 |
| 9813862 | 12/11/00 | | REVIEW CORRESPONDENCE RE AMENDED COMPLAINT SERVICE | | | .20 | 01428 | MCK | 48.00 | 6,744.00 |
| 9813863 | 12/12/00 | | EMAILS RG AND MA RE AMENDED COMPLAINT | | | .30 | 01428 | MCK | 72.00 | 6,816.00 |
| 9813864 | 12/12/00 | | EMAILS RG AND MA RE MEDIATION | | | .30 | 01428 | MCK | 72.00 | 6,888.00 |
| 9813865 | 12/13/00 | | REVIEW DOCUMENTS AND PREPARE 2 DISCOVERY REQUESTS TO EACH DEFENDANT | | | 1.00 | 01428 | MCK | 240.00 | 7,128.00 |
| 9813866 | 12/14/00 | | PREPARE AND REVISE DISCOVERY REQUESTS, EMAILS CO-COUNSEL RE SAME | | | .80 | 01428 | MCK | 192.00 | 7,320.00 |
| 9813867 | 12/14/00 | | REVIEW A. RULEY CORRESPONDENCE RE RESPONSE TO AMENDED COMPLAINT | | | .10 | 01428 | MCK | 24.00 | 7,344.00 |
| 9813868 | 12/14/00 | | REVIEW DOCUMENTS RE NOTES REQUESTED BY XPRES | | | .40 | 01428 | MCK | 96.00 | 7,440.00 |
| 9813869 | 12/14/00 | | CONFERENCE CALL WITH RG, MA RE DISCOVERY | | | .30 | 01428 | MCK | 72.00 | 7,512.00 |
| 9813870 | 12/14/00 | | EMAILS RG AND MA RE DISCOVERY, MEDIATION | | | .40 | 01428 | MCK | 96.00 | 7,608.00 |
| 9813871 | 12/15/00 | | TELEPHONE CALL WITH MA RE DISCOVERY REQUESTS | | | .10 | 01428 | MCK | 24.00 | 7,632.00 |
| 9813872 | 12/18/00 | | OFFICE CONFERENCE SFF RE DISCOVERY REQUESTS | | | .10 | 01428 | MCK | 24.00 | 7,656.00 |
| 9813873 | 12/18/00 | | REVIEW MA CORRESPONDENCE RE MEDIATION, EMAIL TO CO-COUNSEL RE SAME | | | .20 | 01428 | MCK | 48.00 | 7,704.00 |
| 9813874 | 12/18/00 | | TELEPHONE CALL WITH RG, B. PETERSON RE DISCOVERY, EXPERT STATUS | | | .20 | 01428 | MCK | 48.00 | 7,752.00 |
| 9813875 | 12/20/00 | | REVIEW MA CORRESPONDENCE, DISCOVERY REQUESTS | | | .30 | 01428 | MCK | 72.00 | 7,824.00 |
| 9813876 | 12/21/00 | | REVIEW CORRESPONDENCE, PROPOSED ORDER RE AMENDED COMPLAINT | | | .10 | 01428 | MCK | 24.00 | 7,848.00 |
| 9813877 | 12/26/00 | | REVIEW COURT ORDER RE AMENDED COMPLAINT | | | .10 | 01428 | MCK | 24.00 | 7,872.00 |
| 8416215 | 01/03/01 | | TELEPHONE CALL GWT RE STATUS | | | .10 | 01428 | MCK | 24.00 | 7,896.00 |
| 8416221 | 01/04/01 | | TELEPHONE CALL GWT RE STATUS | | | .10 | 01428 | MCK | 24.00 | 7,920.00 |
| 8416252 | 01/08/01 | | VARIOUS TELEPHONE CALLS WITH M. ALLEN RE | | | .60 | 01428 | MCK | 144.00 | 8,064.00 |

```
BILLING ATTORNEY: 00473 STEPHEN F FRUIN          WHITEFORD, TAYLOR & PRESTON
                                                 DETAILED BILLING REPORT           THRU 11/30/03
                                                 PROFORMA NUMBER: 143576            AS OF 12/16/03       10:15:56

CLIENT  004882         G. WARE TRAVELSTEAD                    LAST DATE BILLED 12/16/02
MATTER  004882.00028   XPRES CORPORATION                      DATE BILLED THRU 11/30/02
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | DISCOVERY RESPONSES | | | | | | | |
| 416253 | 01/08/01 | | VARIOUS TELEPHONE CALLS WITH R. GOLDBERG RE DISCOVERY RESPONSES | | | .40 | 01428 | MCK | 96.00 | 8,160.00 |
| 8416254 | 01/08/01 | | REVIEW DEF. COUNSEL CORRESPONDENCE RE MEDIATION | | | .10 | 01428 | MCK | 24.00 | 8,184.00 |
| 416255 | 01/08/01 | | EMAIL FROM M. ALLEN RE DISCOVERY RESPONSES | | | .10 | 01428 | MCK | 24.00 | 8,208.00 |
| 8416256 | 01/08/01 | | REVIEW DOCUMENTS AND PREPARE RESPONSES TO DEFENDANTS' DISCOVERY REQUESTS | | | 4.00 | 01428 | MCK | 960.00 | 9,168.00 |
| 8416257 | 01/08/01 | | DRAFT LETTER TO COUNSEL RE DISCOVERY RESPONSES | | | .20 | 01428 | MCK | 48.00 | 9,216.00 |
| 8416268 | 01/10/01 | | TELEPHONE CALLS WITH R. GOLDBERG RE MEDIATION | | | .30 | 01428 | MCK | 72.00 | 9,288.00 |
| 416269 | 01/10/01 | | EMAILS RG, M. ALLEN RE MEDIATION | | | .20 | 01428 | MCK | 48.00 | 9,336.00 |
| 416273 | 01/11/01 | | TELEPHONE CALLS WITH R. GOLDBERG RE MEDIATION | | | .30 | 01428 | MCK | 72.00 | 9,408.00 |
| 8416274 | 01/11/01 | | EMAILS WITH CO-COUNSEL RE MEDIATION | | | .20 | 01428 | MCK | 48.00 | 9,456.00 |
| 416299 | 01/16/01 | | REVIEW A. RULEY CORRESPONDENCE RE DISCOVERY DISPUTES | | | .10 | 01428 | MCK | 24.00 | 9,480.00 |
| 416300 | 01/16/01 | | TELEPHONE CALL R. GOLDBERG RE DISCOVERY | | | .10 | 01428 | MCK | 24.00 | 9,504.00 |
| 416301 | 01/16/01 | | REVIEW CORRESPONDENCE RE DISCOVERY DISPUTE | | | .10 | 01428 | MCK | 24.00 | 9,528.00 |
| 416302 | 01/16/01 | | REVIEW DOCUMENTS RE DISCOVERY DISPUTES | | | .60 | 01428 | MCK | 144.00 | 9,672.00 |
| 8416323 | 01/17/01 | | TELEPHONE CALLS WITH R. GOLDBERG RE MEDIATION | | | .60 | 01428 | MCK | 144.00 | 9,816.00 |
| 8416324 | 01/17/01 | | EMAILS CO-COUNSEL RE DISCOVERY DISPUTES | | | .20 | 01428 | MCK | 48.00 | 9,864.00 |
| 8416339 | 01/20/01 | | EMAIL LOCAL COUNSEL RE DISCOVERY DISPUTES | | | .10 | 01428 | MCK | 24.00 | 9,888.00 |
| 8416343 | 01/20/01 | | REVIEW COURT ORDER RE EXPERT RETENTION | | | .10 | 01428 | MCK | 24.00 | 9,912.00 |
| 423843 | 01/25/01 | | TELEPHONE CALLS R. GOLDBERG RE DEPOSITIONS | | | .40 | 01428 | MCK | 96.00 | 10,008.00 |
| 8423845 | 01/25/01 | | REVIEW RULEY CORRESPONDENCE RE VERIFICATIONS | | | .10 | 01428 | MCK | 24.00 | 10,032.00 |
| 423846 | 01/25/01 | | REVIEW RULEY CORRESPONDENCE RE DISCOVERY DISPUTES AND ANALYZE SAME, DRAFT RESPONSE AND LETTER TO MEDIATOR | | | .80 | 01428 | MCK | 192.00 | 10,224.00 |
| 8423847 | 01/25/01 | | REVIEW DEFENDNANTS' ANSWERS TO AMENDED COMPLAINT | | | .30 | 01428 | MCK | 72.00 | 10,296.00 |
| 8423848 | 01/25/01 | | REVIEW DEFENDANTS' DISCOVERY RESPONSES | | | .20 | 01428 | MCK | 48.00 | 10,344.00 |
| 426292 | 01/26/01 | | VARIOUS EMAILS WITH CO-COUNSEL RE DISCOVERY | | | .60 | 01428 | MCK | 144.00 | 10,488.00 |
| 426297 | 01/26/01 | | TELEPHONE CALL GWT RE DEPOSITIONnn | | | .10 | 01428 | MCK | 24.00 | 10,512.00 |
| 8426298 | 01/26/01 | | PLANNING RE DISCOVERY ISSUES | | | .30 | 01428 | MCK | 72.00 | 10,584.00 |
| 8426300 | 01/26/01 | | TELEPHONE CALL R. GOLDBERG, A. RULEY RE DEPOSITIONS | | | .20 | 01428 | MCK | 48.00 | 10,632.00 |
| 8787562 | 01/26/01 | | TELEPHONE CALLS R. GOLDBERG RE DISCOVERY | | | .20 | 01428 | MCK | 48.00 | 10,680.00 |
| 8433525 | 01/29/01 | | REVIEW RULEY CORRESPONDENCE RE MEDIATION | | | .10 | 01428 | MCK | 24.00 | 10,704.00 |
| 8433524 | 01/30/01 | | REVIEW A. RULEY CORRESPONDENCE RE MEDIATION | | | .10 | 01428 | MCK | 24.00 | 10,728.00 |
| 8433523 | 01/31/01 | | TELEPHONE CALLS WITH R. GOLDBERG RE MEDIATION | | | .30 | 01428 | MCK | 72.00 | 10,800.00 |
| 8433548 | 01/31/01 | | REVIEW A. RULEY CORRESPONDENCE RE DISCOVERY CERTIFICATION | | | .10 | 01428 | MCK | 24.00 | 10,824.00 |
| 8433550 | 01/31/01 | | EMAILS CO-COUNSEL RE MEDIATION AND DISCOVERY | | | .30 | 01428 | MCK | 72.00 | 10,896.00 |
| 8433553 | 01/31/01 | | TELEPHONE CALL A. RULEY RE MEDIATION AND DISCOVERY | | | .10 | 01428 | MCK | 24.00 | 10,920.00 |
| 8441167 | 02/01/01 | | TELEPHONE CALLS WITH R. GOLDBERG RE MEDIATION, DISCOVERY | | | .40 | 01428 | MCK | 96.00 | 11,016.00 |
| 8441155 | 02/02/01 | | REVIEW CORRESPONDENCE, DRAFT LETTER TO RULEY RE DEPOSITIONS AND MEDIATION, EMAIL TO CO-COUNSEL | | | .50 | 01428 | MCK | 120.00 | 11,136.00 |

```
BILLING ATTORNEY: 00473 STEPHEN F FRUIN          WHITEFORD, TAYLOR & PRESTON                              Page 4 (4)
                                                  DETAILED BILLING REPORT
                                                  PROFORMA NUMBER: 143576

CLIENT   004882       G. WARE TRAVELSTEAD                           LAST DATE BILLED  12/16/02
MATTER   004882.00028 XPRES CORPORATION                             DATE BILLED THRU  11/30/03   THRU 11/30/03
CASE ID   CA                                                                                     AS OF 12/16/03    10:15:56

                                    ***PROFESSIONAL SERVICES***

                                                                                HOURS    TKPR  TKPR   TIME VALUE    RUNNING
INDEX     DATE                                                  TASK  ACT       WORKED   NO    INIT.  THIS PERIOD   TOTAL

8441160  02/02/01  TELEPHONE CALLS R. GOLDBERG RE RULEY                           .40    01428  MCK     96.00       11,232.00
                   CORRESPONDENCE
8441161  02/02/01  EMAILS CO-COUNSEL RE MEDIATION                                 .20    01428  MCK     48.00       11,280.00
8441637  02/03/01  REVIEW DEFENDANTS' ADDITIONAL DOCUMENT                         .70    01428  MCK    168.00       11,448.00
                   PRODUCTION RE PLFS' EXPERT WORK
8443252  02/05/01  REVIEW DOCUMENTS SENT TO EXPERT                                .30    01428  MCK     72.00       11,520.00
8443260  02/05/01  LETTER TO T. MUSIKA RE EXPERT DOCUMENTS                        .20    01428  MCK     48.00       11,568.00
8443262  02/05/01  EMAILS CO-COUNSEL RE MEDIATION, DISCOVERY                      .30    01428  MCK     72.00       11,640.00
8443263  02/05/01  TELEPHONE CALL WITH R. GOLDBERG RE MEDIATION,                  .20    01428  MCK     48.00       11,688.00
                   DISCOVERY
8443264  02/05/01  TELEPHONE CALL WITH GWT RE MEDIATION                           .20    01428  MCK     48.00       11,736.00
8445046  02/05/01  REVIEW RULEY CORRESPONDENCE RE MEDIATION                       .10    01428  MCK     24.00       11,760.00
8446322  02/06/01  TELEPHONE CALL WITH R. GOLDBERG RE MEDIATION AND               .20    01428  MCK     48.00       11,808.00
                   DISCOVERY
8465047  02/06/01  REVIEW ADDITIONAL DOCUMENTS PRODUCED BY XPRES                  .40    01428  MCK     96.00       11,904.00
8465294  02/06/01  EMAILS CO-COUNSEL RE DISCOVERY ISSUES                          .20    01428  MCK     48.00       11,952.00
8465048  02/07/01  REVIEW GOLDBERG CORRESPONDENCE RE DEPOSITIONS                  .10    01428  MCK     24.00       11,976.00
8465049  02/07/01  REVIEW XPRES MOTION TO COMPEL, EXHIBITS                        .20    01428  MCK     48.00       12,024.00
8465050  02/07/01  REVIEW DOCUMENTS RE TAX AND FINANCIAL PRODUCTION               .30    01428  MCK     72.00       12,096.00
8465295  02/08/01  REVIEW DISCOVERY ISSUES, EMAILS TO CO-COUNSEL RE               .70    01428  MCK    168.00       12,264.00
                   SAME
8465301  02/08/01  TELEPHONE CALL R. GOLDBERG RE DISCOVERY ISSUES                 .10    01428  MCK     24.00       12,288.00
8465300  02/09/01  TELEPHONE CALLS WITH R. GOLDBERG RE DISCOVERY                  .30    01428  MCK     72.00       12,360.00
                   ISSUES
8465304  02/10/01  TELEPHONE CALL R. GOLDBERG RE MEDIATION,                       .10    01428  MCK     24.00       12,384.00
                   DISCOVERY
8465043  02/13/01  EMAIL CO-COUNSEL RE MOTION TO COMPEL HEARING                   .10    01428  MCK     24.00       12,408.00
8465313  02/13/01  EMAIL CO-COUNSEL RE DISCOVERY DISPUTES                         .10    01428  MCK     24.00       12,432.00
8465062  02/15/01  TELEPHONE CALL M. ALLEN RE MOTION TO COMPEL                    .10    01428  MCK     24.00       12,456.00
8465071  02/16/01  TELEPHONE CALLS M. ALLEN RE MOTION TO COMPEL                   .20    01428  MCK     48.00       12,504.00
8465072  02/16/01  REVIEW DOCUMENTS RE MOTION TO COMPEL HEARING                   .80    01428  MCK    192.00       12,696.00
8465077  02/18/01  TELEPHONE CALL WITH M. ALLEN RE MOTION TO COMPEL               .20    01428  MCK     48.00       12,744.00
8465052  02/19/01  REVIEW PEDERSON CORRESPONDENCE RE ADDITIONAL                   .10    01428  MCK     24.00       12,768.00
                   DOCUMENTS
8465053  02/19/01  TELEPHONE CALL B. PEDERSON RE ADDITIONAL                       .10    01428  MCK     24.00       12,792.00
                   DOCUMENTS
8465086  02/19/01  TELEPHONE CALLS WITH M. ALLEN RE TAX AND                       .30    01428  MCK     72.00       12,864.00
                   FINANCIAL DOCUMENTS
8465087  02/19/01  TELEPHONE CALLS WITH R. GOLDBERG RE DISCOVERY                  .30    01428  MCK     72.00       12,936.00
                   ISSUES
8468053  02/20/01  TELEPHONE CALLS WITH B. PEDERSON RE EXPERT WORK                .30    01428  MCK     72.00       13,008.00
8468055  02/20/01  TELEPHONE CALLS WITH M. ALLEN RE DOCUMENT                      .60    01428  MCK    144.00       13,152.00
                   PRODUCTION
8468056  02/20/01  REVIEW XPRES DOCUMENT PRODUCTION RE ADDITIONAL                1.40    01428  MCK    336.00       13,488.00
                   DOCUMENTS NEEDED FOR EXPERTS
8489840  02/21/01  TELEPHONE CALLS R. GOLDBERG RE DOCUMENT                        .30    01428  MCK     72.00       13,560.00
```

```
WHITEFORD, TAYLOR & PRESTON                                              Page 5 (5)
DETAILED BILLING REPORT          THRU 11/30/03
PROFORMA NUMBER:  143576         AS OF 12/16/03      10:15:56

CLIENT   004882              G. WARE TRAVELSTEAD              LAST DATE BILLED 12/16/02
MATTER   004882.00028        XPRES CORPORATION                DATE BILLED THRU 11/30/02
CASE ID

BILLING ATTORNEY: 00473 STEPHEN F FRUIN
```

| INDEX | DATE | CA | | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | ***PROFESSIONAL SERVICES*** | | | | | | | |
| 8489941 | 02/21/01 | | REVIEW DOCUMENTS AND DRAFT LETTER TO A. RULEY | | | .20 | 01428 | MCK | 48.00 | 13,608.00 |
| 8489942 | 02/21/01 | | TELEPHONE CALL B. PEDERSON RE DOCUMENTS | | | .10 | 01428 | MCK | 24.00 | 13,632.00 |
| 8489850 | 02/23/01 | | TELEPHONE CALLS WITH R. GOLDBERG RE MEDIATION, FINANCIAL DOCUMENT PRODUCTION | | | .60 | 01428 | MCK | 144.00 | 13,776.00 |
| 8489851 | 02/23/01 | | TELEPHONE CALLS WITH SFF RE FINANCIAL DOCUMENT PRODUCTION | | | .20 | 01428 | MCK | 48.00 | 13,824.00 |
| 8489952 | 02/23/01 | | PREPARATION RE FINANCIAL DOCUMENT PRODUCTION | | | .90 | 01428 | MCK | 216.00 | 14,040.00 |
| 8489963 | 02/25/01 | | REVIEW FINANCIAL STATEMENTS AND TAX RETURNS RE ADDITIONAL DOCUMENT PRODUCTION | | | 2.40 | 01428 | MCK | 576.00 | 14,616.00 |
| 8489864 | 02/25/01 | | DRAFT LETTER TO A. RULEY RE FINANCIAL DOCUMENTS | | | .20 | 01428 | MCK | 48.00 | 14,664.00 |
| 8489865 | 02/25/01 | | TELEPHONE CALLS M. ALLEN, R. GOLDBERG | | | .20 | 01428 | MCK | 48.00 | 14,712.00 |
| 8496316 | 02/27/01 | | TELEPHONE CALLS WITH R. GOLDBERG RE MEDIATION | | | .30 | 01428 | MCK | 72.00 | 14,784.00 |
| 8496317 | 02/27/01 | | TELEPHONE CALLS J. SHER RE MEDIATION | | | .20 | 01428 | MCK | 48.00 | 14,832.00 |
| 8496318 | 02/27/01 | | TELEPHONE CALLS WITH M. ALLEN RE MEDIATION | | | .20 | 01428 | MCK | 48.00 | 14,880.00 |
| 8496319 | 02/27/01 | | TRAVEL TO GREENSBORO FOR MEDIATION | | | 3.80 | 01428 | MCK | 912.00 | 15,792.00 |
| 8496323 | 02/28/01 | | ATTEND GREENSBORO MEDIATION | | | 7.50 | 01428 | MCK | 1,800.00 | 17,592.00 |
| 8496324 | 02/28/01 | | TELEPHONE CALLS R. GOLDBERG RE MEDIATION | | | .20 | 01428 | MCK | 48.00 | 17,640.00 |
| 8530715 | 03/01/01 | | TELEPHONE CALLS WITH R. GOLDBERG RE DISCOVERY, PLANNING RE SAME | | | .70 | 01428 | MCK | 168.00 | 17,808.00 |
| 8530716 | 03/01/01 | | EMAIL CO-COUNSEL RE AMENDING COMPLAINT | | | .10 | 01428 | MCK | 24.00 | 17,832.00 |
| 8530728 | 03/02/01 | | EMAIL CO-COUNSEL RE DEPOSITIONS | | | .10 | 01428 | MCK | 24.00 | 17,856.00 |
| 8530729 | 03/02/01 | | TELEPHONE CALL R. GOLDBERG RE DEPOSITIONS | | | .10 | 01428 | MCK | 24.00 | 17,880.00 |
| 8530730 | 03/02/01 | | CONFERENCE CALL WITH M. ALLEN RE DISCOVERY AND TRIAL ISSUES | | | .50 | 01428 | MCK | 120.00 | 18,000.00 |
| 8530731 | 03/02/01 | | REVIEW DOCUMENTS RE AMENDING COMPLAINT | | | .30 | 01428 | MCK | 72.00 | 18,072.00 |
| 8530732 | 03/02/01 | | REVIEW TRIAL AND DEPOSITION NOTICES | | | .10 | 01428 | MCK | 24.00 | 18,096.00 |
| 8530733 | 03/02/01 | | REVIEW DOCUMENTS AND DRAFT LETTER TO RULEY RE EXPERT, TAX ISSUES | | | 1.00 | 01428 | MCK | 240.00 | 18,336.00 |
| 8530743 | 03/03/01 | | TELEPHONE CALLS R. GOLDBERG RE AMENDING COMPLAINT | | | .20 | 01428 | MCK | 48.00 | 18,384.00 |
| 8530744 | 03/03/01 | | CONFERENCE CALL WITH R. GOLDBERG, J. SHER RE AMENDING COMPLAINT, DISCOVERY | | | .40 | 01428 | MCK | 96.00 | 18,480.00 |
| 8530745 | 03/03/01 | | REVIEW DOCUMENTS AND PREPARE SECOND AMENDED COMPLAINT | | | 1.40 | 01428 | MCK | 336.00 | 18,816.00 |
| 8535145 | 03/05/01 | | TELEPHONE CALLS M. ALLEN RE DEPOSITIONS AND TRIAL | | | .30 | 01428 | MCK | 72.00 | 18,888.00 |
| 8535146 | 03/05/01 | | TELEPHONE CALL R. GOLDBERG RE TRIAL | | | .10 | 01428 | MCK | 24.00 | 18,912.00 |
| 8535147 | 03/05/01 | | REVISIONS TO AMENDED COMPLAINT | | | .20 | 01428 | MCK | 48.00 | 18,960.00 |
| 8535148 | 03/05/01 | | CONFERENCE CALL WITH M. ALLEN RE DEPOSITIONS, TRIAL | | | .30 | 01428 | MCK | 72.00 | 19,032.00 |
| 8535156 | 03/06/01 | | EMAILS CO-COUNSEL RE DEPOSITIONS | | | .30 | 01428 | MCK | 72.00 | 19,104.00 |
| 8535157 | 03/06/01 | | REVIEW JURY DEMAND, CORRESPONDENCE | | | .10 | 01428 | MCK | 24.00 | 19,128.00 |
| 8535164 | 03/07/01 | | REVIEW M. ALLEN LETTER RE DEPOSITIONS | | | .10 | 01428 | MCK | 24.00 | 19,152.00 |
| 8535166 | 03/07/01 | | EMAIL CO-COUNSEL RE DEPOSITIONS, TRIAL | | | .10 | 01428 | MCK | 24.00 | 19,176.00 |
| 8535179 | 03/08/01 | | TELEPHONE CALL M. ALLEN RE TRIAL | | | .10 | 01428 | MCK | 24.00 | 19,200.00 |

```
BILLING ATTORNEY: 00473 STEPHEN F FRUIN          WHITEFORD, TAYLOR & PRESTON                              Page  6 (6)
                                                 DETAILED BILLING REPORT        THRU 11/30/03
                                                 PROFORMA NUMBER:  143576       AS OF 12/16/03  10:15:56

CLIENT    004882      G. WARE TRAVELSTEAD                        LAST DATE BILLED 12/16/02
MATTER    004882.00028    XPRES CORPORATION                      DATE BILLED THRU 11/30/02
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 9538996 | 03/08/01 | | REVIEW RULEY CORRESPONDENCE, NOTICES OF DEPOSITION | | | .10 | 01428 | MCK | 24.00 | 19,224.00 |
| 9535183 | 03/09/01 | | TELEPHONE CALLS M. ALLEN RE TRIAL | | | .20 | 01428 | MCK | 48.00 | 19,272.00 |
| 9535184 | 03/09/01 | | TELEPHONE CALL R. GOLDBERG RE TRIAL | | | .10 | 01428 | MCK | 24.00 | 19,296.00 |
| 9535185 | 03/09/01 | | REVIEW RULEY CORRESPONDENCE AND ADDITIONAL DOCUMENTS PRODUCED FOR EXPERTS | | | .50 | 01428 | MCK | 120.00 | 19,416.00 |
| 9535186 | 03/09/01 | | REVIEW DEFENDANTS' SUPPLEMENTAL DISCOVERY RESPONSES | | | .10 | 01428 | MCK | 24.00 | 19,440.00 |
| 9535195 | 03/10/01 | | TELEPHONE CALL R. GOLDBERG RE DEPOSITIONS | | | .10 | 01428 | MCK | 24.00 | 19,464.00 |
| 9538995 | 03/13/01 | | REVIEW RULEY CORRESPONDENCE RE DEPOSITIONS | | | .10 | 01428 | MCK | 24.00 | 19,488.00 |
| 9539003 | 03/15/01 | | TELEPHONE CALL R. GOLDBERG RE DEPOSITIONS, TRIAL | | | .10 | 01428 | MCK | 24.00 | 19,512.00 |
| 9539004 | 03/15/01 | | TELEPHONE CALLS M. ALLEN RE DEPOSITIONS | | | .30 | 01428 | MCK | 72.00 | 19,584.00 |
| 9539005 | 03/15/01 | | EMAIL M. ALLEN RE DEPOSITIONS | | | .10 | 01428 | MCK | 24.00 | 19,608.00 |
| 9539006 | 03/15/01 | | CONFERENCE CALL WITH M. ALLEN RE TRIAL | | | .30 | 01428 | MCK | 72.00 | 19,680.00 |
| 9539009 | 03/16/01 | | TELEPHONE CALL M. ALLEN RE TRIAL | | | .10 | 01428 | MCK | 24.00 | 19,704.00 |
| 9539016 | 03/19/01 | | TELEPHONE CALL A. RULEY RE DEPOSITIONS | | | .10 | 01428 | MCK | 24.00 | 19,728.00 |
| 8566655 | 03/29/01 | | TELEPHONE CALL WITH M. BRENNER RE TAX DOCUMENTS | | | .30 | 01428 | MCK | 72.00 | 19,800.00 |
| 9789849 | 04/10/01 | | ANALYZE MUSIKA RE PORT FOR XPRESS DEPOSITION; TELEPHONE CALL FRUIN RE SAME; DOCS TO RICHARD GOLDBERG RE SAME | | | .30 | 01451 | JFC | 81.00 | 19,881.00 |
| 9814277 | 05/07/01 | | MEETING(S) WITH GOLDBERG RE; DEPOSITION ISSUES | | | 1.60 | 00473 | SFF | 472.00 | 20,353.00 |
| 9814278 | 05/07/01 | | REVIEW DOCUMENTS FOR XPRES DEPOSITION | | | .10 | 00473 | SFF | 29.50 | 20,382.50 |
| 9814280 | 05/07/01 | | REVIEW DEPOSITION NOTICE AND DRAFT LETTER TO MUSIKA | | | .10 | 00473 | SFF | 29.50 | 20,412.00 |
| 9814281 | 05/08/01 | | REVIEW DOCUMENTS AND DEPOSITION PREPARATION | | | 1.00 | 00473 | SFF | 295.00 | 20,707.00 |
| 9814282 | 05/08/01 | | ATTEND DEPOSITION OF BABCOSK AND MEET WITH COUNSEL | | | 5.10 | 00473 | SFF | 1,504.50 | 22,211.50 |
| 9814283 | 05/08/01 | | RETURN TO BALTIMORE FROM NORTH CAROLINA | | | 4.20 | 00473 | SFF | 1,239.00 | 23,450.50 |
| 9814308 | 05/14/01 | | TELEPHONE CALLS WITH GOLDBERG; PENTA | | | .20 | 00473 | SFF | 59.00 | 23,509.50 |
| 9814284 | 05/16/01 | | MEETING(S) WITH GOLDBERG, MUSIKA AND PEDERSON RE: XPRES VALUATION | | | .70 | 00473 | SFF | 206.50 | 23,716.00 |
| 9814285 | 05/16/01 | | TELEPHONE CALLS WITH MUSIKA RE: QUESTIONS ON XPRES | | | .10 | 00473 | SFF | 29.50 | 23,745.50 |
| 9814286 | 05/16/01 | | REVIEW AND DRAFT E-MAILS AND RESPONSES TO GOLDBERG RE: TRIAL SCHEDULING | | | .10 | 00473 | SFF | 29.50 | 23,775.00 |
| 9814288 | 05/18/01 | | MEETING(S) WITH GOLDBERG; PREPARE AND ATTEND MUSIKA DEPOSITION; MEET WITH GOLDBERG AND MUSIKA | | | 5.00 | 00473 | SFF | 1,475.00 | 25,250.00 |
| 9789642 | 05/18/01 | | CONFERENCE WITH RICHARD GOLDBERG AND STEVE FRUIN RE: EXPERT DEPOSITION | | | .30 | 01406 | KO | 91.50 | 25,341.50 |
| 9814289 | 05/21/01 | | REVIEW XPRES AFFIDAVIT | | | .20 | 00473 | SFF | 59.00 | 25,400.50 |
| 9814309 | 05/29/01 | | TELEPHONE CALL WITH GOLDBERG RE: DISCOVERY | | | .10 | 00473 | SFF | 29.50 | 25,430.00 |
| 9814310 | 05/29/01 | | REVIEW GOLDBERG DISCOVERY LETTER TO RULEY AND ELSTER | | | .10 | 00473 | SFF | 29.50 | 25,459.50 |
| 9814311 | 05/31/01 | | TELEPHONE CALL WITH GOLDBERG | | | .10 | 00473 | SFF | 29.50 | 25,489.00 |
| 9814290 | 06/04/01 | | REVIEW RULEY LETTER | | | .10 | 00473 | SFF | 29.50 | 25,518.50 |
| 9814312 | 06/05/01 | | REVIEW DOCUMENTS AND ATTEND MEETING WITH | | | 1.10 | 00473 | SFF | 324.50 | 25,843.00 |

```
BILLING ATTORNEY: 00473 STEPHEN F FRUIN          WHITEFORD, TAYLOR & PRESTON              Page 7 (7)
                                                 DETAILED BILLING REPORT      THRU 11/30/03
CLIENT   004882        G. WARE TRAVELSTEAD       PROFORMA NUMBER:   143576    AS OF 12/16/03
MATTER   004882.00028  XPRES CORPORATION                                      10:15:56
CASE ID                                          LAST DATE BILLED   12/16/02
                                                 DATE BILLED THRU   11/30/02
```

| INDEX | DATE | CA | | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | ***PROFESSIONAL SERVICES*** | | | | | | | |
| 9814291 | 06/07/01 | | REVIEW LETTER FROM RULEY RE: BABCOCK DEPOSITION GOLDBERG AND MUSIKA SUPPLEMENT | | | .20 | 00473 | SFF | 59.00 | 25,902.00 |
| 9814292 | 06/11/01 | | REVIEW GOLDBERG DRAFT LETTER TO RULEY RE: DISCOVERY | | | .20 | 00473 | SFF | 59.00 | 25,961.00 |
| 9814313 | 06/11/01 | | REVIEW DOCUMENTS REGARDING LIQUIDATING RIGHTS AND POWERS; MEETINGS WITH NUSSBAUM AND OESTREICHER | | | .30 | 00473 | SFF | 88.50 | 26,049.50 |
| 9814293 | 06/12/01 | | REVIEW AND RESPOND TO GOLDBERG AND ALLEN DISCOVERY E-MAILS RE: XPRES | | | .20 | 00473 | SFF | 59.00 | 26,108.50 |
| 9814294 | 06/15/01 | | REVIEW RULEY RESPONSE TO RICHARD | | | .10 | 00473 | SFF | 29.50 | 26,138.00 |
| 9814295 | 06/25/01 | | REVIEW LETTERS AND COURT NOTICE | | | .20 | 00473 | SFF | 59.00 | 26,197.00 |
| 9814314 | 06/29/01 | | REVIEW RULEY LETTER | | | .10 | 00473 | SFF | 29.50 | 26,226.50 |
| 9814254 | 07/03/01 | | TELEPHONE CALL WITH GOLDBERG AND MIKE ALLEN | | | .30 | 00473 | SFF | 88.50 | 26,315.00 |
| 9814299 | 07/06/01 | | TELEPHONE CALL WITH GOLDBERG RE: XPRES TRIAL | | | .10 | 00473 | SFF | 29.50 | 26,344.50 |
| 9810300 | 07/10/01 | | TELEPHONE CALL WITH GOLDBERG; REVIEW E-MAILS, XPRES TRIAL DATE AND DISCOVERY | | | .20 | 00473 | SFF | 59.00 | 26,403.50 |
| 9810301 | 07/20/01 | | TELEPHONE CALL WITH MIKE ALLEN RE: XPRES EXPERT | | | .10 | 00473 | SFF | 29.50 | 26,433.00 |
| 9810302 | 07/20/01 | | REVIEW DOCUMENTS FROM XPRES - DISCOVERY | | | .20 | 00473 | SFF | 59.00 | 26,492.00 |
| 9810303 | 07/23/01 | | TELEPHONE CALL WITH GOLDBERG RE: XPRES DISCOVERY | | | .10 | 00473 | SFF | 29.50 | 26,521.50 |
| 9810304 | 08/06/01 | | TELEPHONE CALLS WITH MUSIKA | | | .20 | 00473 | SFF | 59.00 | 26,580.50 |
| 9810305 | 08/07/01 | | TELEPHONE CALL WITH PEDERSON RE: XPRES | | | .10 | 00473 | SFF | 29.50 | 26,610.00 |
| 9810306 | 08/07/01 | | TELEPHONE CALLS WITH GOLDBERG RE: XPRES | | | .10 | 00473 | SFF | 29.50 | 26,639.50 |
| 9810258 | 08/08/01 | | REVIEW EMAILS, MOTION TO COMPEL; TELEPHONE CALL WITH GOLDBERG AND ALLEN RE: XPRES | | | .40 | 00473 | SFF | 118.00 | 26,757.50 |
| 9810256 | 08/14/01 | | TELEPHONE CALL WITH GOLDBERG RE: XPRES | | | .10 | 00473 | SFF | 29.50 | 26,787.00 |
| 9810257 | 08/14/01 | | TELEPHONE CALL WITH PEDERSON | | | .20 | 00473 | SFF | 59.00 | 26,846.00 |
| 9810255 | 08/15/01 | | TELEPHONE CALLS WITH PEDERSON AND GOLDBERG RE: XPRES | | | .20 | 00473 | SFF | 59.00 | 26,905.00 |
| 9810307 | 08/16/01 | | MEETING(S) WITH PEDERSON AND GOLDBERG | | | 1.40 | 00473 | SFF | 413.00 | 27,318.00 |
| 9810308 | 08/16/01 | | DRAFT LETTER TO RULEY RE: DOCUMENT ISSUES | | | .10 | 00473 | SFF | 29.50 | 27,347.50 |
| 9810259 | 08/22/01 | | TELEPHONE CALL WITH GOLDBERG AND ALLEN | | | .70 | 00473 | SFF | 206.50 | 27,554.00 |
| 9810309 | 09/17/01 | | TELEPHONE CALLS WITH PEDERSON AND GOLDBERG - MEETING TO PREPARE FOR 10/1 DEPOSITIONS | | | .20 | 00473 | SFF | 59.00 | 27,613.00 |
| 9810260 | 09/20/01 | | MEETING(S) WITH GOLDBERG, MUSIKA AND PEDERSON; REVIEW DOCUMENTS FOR MEETING | | | 1.30 | 00473 | SFF | 383.50 | 27,996.50 |
| 9810261 | 09/21/01 | | TELEPHONE CALL WITH GOLDBERG RE: XPRES | | | .20 | 00473 | SFF | 59.00 | 28,055.50 |
| 9810262 | 09/21/01 | | REVIEW DOCUMENTS - XPRES MOTION | | | .30 | 00473 | SFF | 88.50 | 28,144.00 |
| 9810263 | 09/21/01 | | DRAFT EMAIL TO NUSSBAUM RE: XPRES CASE STATUS | | | .20 | 00473 | SFF | 59.00 | 28,203.00 |
| 9810264 | 09/24/01 | | TELEPHONE CALL WITH GOLDBERG RE: XPRES | | | .20 | 00473 | SFF | 59.00 | 28,262.00 |
| 9810265 | 09/25/01 | | TELEPHONE CALL WITH GOLDBERG RE: XPRES | | | .10 | 00473 | SFF | 29.50 | 28,291.50 |
| 9810266 | 09/25/01 | | MEETING(S) WITH CLAIBORNE RE: XPRES TRIAL | | | .10 | 00473 | SFF | 29.50 | 28,321.00 |
| 9810267 | 09/25/01 | | REVIEW PENTA DRAFT OF XPRES EXPERT QUESTIONS | | | .70 | 00473 | SFF | 206.50 | 28,527.50 |
| 9810268 | 09/26/01 | | TELEPHONE CALL WITH GOLDBERG RE: XPRES SETTLEMENT DISCUSSIONS | | | .10 | 00473 | SFF | 29.50 | 28,557.00 |
| 9810269 | 09/26/01 | | TELEPHONE CALL WITH GOLDBERG RE: XPRES | | | .10 | 00473 | SFF | 29.50 | 28,586.50 |

BILLING ATTORNEY: 00473 STEPHEN F FRUIN

WHITEFORD, TAYLOR & PRESTON
DETAILED BILLING REPORT
PROFORMA NUMBER: 143576

LAST DATE BILLED 12/16/02
DATE BILLED THRU 11/30/02

THRU 11/30/03
AS OF 12/16/03    10:15:56

Page 8 (8)

CLIENT   004882       G. WARE TRAVELSTEAD
MATTER   004882.00028 XPRES CORPORATION
CASE ID               CA    ***PROFESSIONAL SERVICES***

| INDEX | DATE | DEPOSITION | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 9810270 | 09/26/01 | REVIEW DOCUMENTS - XPRES - FOR DEPOSITION | | | .10 | 00473 | SFF | 29.50 | 28,616.00 |
| 9810271 | 09/27/01 | TELEPHONE CALL WITH GOLDBERG RE: XPRES SETTLEMENT PROPOSAL | | | .20 | 00473 | SFF | 59.00 | 28,675.00 |
| 9810272 | 09/28/01 | TELEPHONE CALLS WITH CLIENT, PEDERSON, GOLDBERG AND NUSSBAUM RE: SETTLEMENT | | | .20 | 00473 | SFF | 59.00 | 28,734.00 |
| 9810273 | 10/02/01 | TELEPHONE CALL WITH GOLDBERG RE: XPRES SETTLEMENT | | | .10 | 00473 | SFF | 29.50 | 28,763.50 |
| 9810274 | 10/02/01 | REVIEW EMAILS RE: XPRES; REVIEW XPRES SETTLEMENT AGREEMENT | | | .30 | 00473 | SFF | 88.50 | 28,852.00 |
| 9810275 | 10/03/01 | REVIEW FILE FOR XPRES SETTLEMENT AGREEMENT; DRAFT MOTION TO APPROVE SETTLEMENT | | | 1.60 | 00473 | SFF | 472.00 | 29,324.00 |
| 9810276 | 10/04/01 | REVIEW AND REVISE MOTION TO APPROVE XPRES SETTLEMENT; REVIEW FILE; DRAFT ORDER | | | 1.20 | 00473 | SFF | 354.00 | 29,678.00 |
| 9810277 | 10/04/01 | TELEPHONE CALL WITH MIKE ALLEN | | | .20 | 00473 | SFF | 59.00 | 29,737.00 |
| 9810278 | 10/04/01 | DRAFT EMAIL COMMENTS TO ALLEN ON XPRES SETTLEMENT | | | .20 | 00473 | SFF | 59.00 | 29,796.00 |
| 9810279 | 10/04/01 | REVISE XPRES ORDER AND DRAFT LETTER TO GOLDBERG | | | .20 | 00473 | SFF | 59.00 | 29,855.00 |
| 9810280 | 10/05/01 | TELEPHONE CALL WITH MIKE ALLEN RE: XPRES | | | .20 | 00473 | SFF | 59.00 | 29,914.00 |
| 9810281 | 10/05/01 | REVIEW AND REVISE MOTION TO APPROVE SETTLEMENT AGREEMENT | | | .20 | 00473 | SFF | 59.00 | 29,973.00 |
| 9810282 | 10/05/01 | REVIEW ALLEN LETTER TO RULEY WITH SETTLEMENT AGREEMENT COMMENTS | | | .10 | 00473 | SFF | 29.50 | 30,002.50 |
| 9810283 | 10/05/01 | TELEPHONE CALL WITH GOLDBERG RE: MOTION TO APPROVE XPRES SETTLEMENT | | | .20 | 00473 | SFF | 59.00 | 30,061.50 |
| 9810284 | 10/05/01 | DRAFT LETTER TO ALLEN RE: XPRES SETTLEMENT MOTION | | | .10 | 00473 | SFF | 29.50 | 30,091.00 |
| 9810285 | 10/08/01 | REVIEW ALLEN EMAILS; TELEPHONE CALL WITH ALLEN AND GOLDBERG; REVIEW MOTION AND EXHIBIT AND SETTLEMENT OF XPRES | | | .70 | 00473 | SFF | 206.50 | 30,297.50 |
| 9810286 | 10/12/01 | DRAFT NOTICE OF SETTLEMENT WITH XPRES | | | .40 | 00473 | SFF | 118.00 | 30,415.50 |
| 9810287 | 10/12/01 | TELEPHONE CALL WITH GOLDBERG RE: XPRES SETTLEMENT | | | .10 | 00473 | SFF | 29.50 | 30,445.00 |
| 9810310 | 10/17/01 | REVIEW FAX FROM ALLEN ON TRIAL DATE, ETC. AND DRAFT RESPONSE | | | .20 | 00473 | SFF | 59.00 | 30,504.00 |
| 9810288 | 11/07/01 | TELEPHONE CALLS WITH COURT AND GOLDBERG RE: XPRES ORDER | | | .30 | 00473 | SFF | 88.50 | 30,592.50 |
| 9810183 | 11/09/01 | REVIEW AND DRAFT EMAILS ON XPRES SETTLEMENT | | | .40 | 00473 | SFF | 118.00 | 30,710.50 |
| 9810290 | 11/20/01 | TELEPHONE CALL WITH MIKE ALLEN RE: STATUS OF SETTLEMENT DOCUMENTS | | | .10 | 00473 | SFF | 29.50 | 30,740.00 |
| 9810292 | 11/21/01 | TELEPHONE CALL WITH CLIENT RE: XPRES SETTLEMENT DOCUMENTS | | | .10 | 00473 | SFF | 29.50 | 30,769.50 |
| 9810293 | 11/21/01 | REVIEW AND DRAFT EMAILS - GOLDBERG AND ALLEN RE: XPRES SETTLEMENT | | | .10 | 00473 | SFF | 29.50 | 30,799.00 |
| 9810294 | 11/27/01 | TELEPHONE CALLS AND EMAILS ON XPRES SETTLEMENT DOCUMENTS | | | .20 | 00473 | SFF | 59.00 | 30,858.00 |

```
BILLING ATTORNEY: 00473 STEPHEN F FRUIN                WHITEFORD, TAYLOR & PRESTON                                    Page 9 (9)
                                                       DETAILED BILLING REPORT          THRU 11/30/03
                                                       PROFORMA NUMBER:  143576         AS OF 12/16/03      10:15:56

CLIENT   004882       G. WARE TRAVELSTEAD                                     LAST DATE BILLED 12/16/02
MATTER   004882.00028 XPRES CORPORATION                                       DATE BILLED THRU 11/30/02
CASE ID

                                                                      TASK  HOURS   TKPR   TKPR   TIME VALUE      RUNNING
INDEX        DATE      CA                                             ACT   WORKED  NO     INIT.  THIS PERIOD     TOTAL

       ***PROFESSIONAL SERVICES***

9810295   11/27/01     TELEPHONE CALLS AND EMAILS RE: XPRES SETTLEMENT       .20    00473  SFF    59.00           30,917.00
                      DOCUMENTS
9810296   11/28/01     REVIEW AND DRAFT EMAILS ON XPRES SETTLEMENT;          .10    00473  SFF    29.50           30,946.50
                      TELEPHONE CALL WITH CLIENT
9810297   11/29/01     DRAFT LETTER TO ALLEN; DRAFT EMAIL TO GOLDBERG        .20    00473  SFF    59.00           31,005.50
                      RE: SETTLEMENT DOCUMENTS
9810298   11/30/01     TELEPHONE CALL WITH ALLEN AND GOLDBERG RE:            .10    00473  SFF    29.50           31,035.00
                      SETTLEMENT ISSUES
9810311   03/27/02     TELEPHONE CALL WITH PEDERSON AT PENTA                 .10    00473  SFF    32.50           31,067.50

                                                                      120.70**TIME VALUE TOTAL**                   31,067.50

                            ------- ATTORNEY SUMMARY -------
Atty    Status    Attorney Name          Std Rt   Avg Rt   Hours   Value       Last Entry
00473   Partner   STEPHEN F FRUIN        350.00   295.08   37.60   11,095.00   03/27/2002
01406   Partner   KENNETH OESTREICHER    375.00   305.00    .30       91.50    05/18/2001
01428   Partner   MARK C KOPEC           240.00   240.00   82.50   19,800.00   03/29/2001
01451   Partner   JOHN F. CARLTON        350.00   270.00    .30       81.00    04/10/2001

                                                    TOTAL FEE VALUE            31,067.50

---- DISBURSEMENT SUMMARY ----
Description                              Amount
                                         -------
TOTAL DISBURSEMENTS                       .00

                                       TOTAL FEES AND DISBURSEMENTS            31,067.50

                                       UNALLOCATED CREDITS                          .00
```