**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| In Re: | * | |
| G. WARE TRAVELSTEAD | * | Case No.: 96-5-4979-SD |
| Debtor | * | Chapter 11 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING ELEVENTH FEE APPLICATION OF**
**WHITEFORD, TAYLOR & PRESTON L.L.P. FOR THE PERIOD**
<u>**NOVEMBER 1, 2000 THROUGH NOVEMBER 30, 2003**</u>

Upon the Eleventh Application for Allowance of Fees and Reimbursement of Expenses to Whiteford, Taylor & Preston L.L.P. as Counsel for the Debtor for the Period November 1, 2000 Through November 30, 2003 (the "Eleventh Application"), no objections having been filed thereto, the Court having read and considered same, and the Court having determined that the relief requested in the Eleventh Application should be granted, it is therefore by the United States Bankruptcy Court for the District of Maryland

**ORDERED** that Whiteford, Taylor & Preston, L.L.P. be and it hereby is awarded interim compensation in the amount of $369,151.50 and reimbursement of out-of-pocket

expenses in the amount of $60,492.28 for the period November 1, 2000 through November 30, 2003 pursuant to the Eleventh Application; and it is further

**ORDERED** that Whiteford, Taylor & Preston L.L.P. be and it hereby is awarded the sum of $54,576.57 representing the amount by which the Court deferred ruling on with regard to WT&P's Tenth Fee Application, and it is further

**ORDERED** that G. Ware Travelstead and/or Joel I. Sher, Liquidating Agent, be and they hereby are authorized and directed to make payment of the aforesaid sums to Whiteford, Taylor & Preston, L.L.P. forthwith.

## END OF ORDER

cc:    Stephen F. Fruin, Esquire
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland  21202

Office of United States Trustee
300 West Pratt Street, Suite 350
Baltimore, Maryland  21201

Joel I. Sher, Esquire
Liquidating Agent
Shapiro Sher Guinot & Sandler
2000 Charles Center South
36 South Charles Street
Baltimore, Maryland  21201

Mr. G. Ware Travelstead
1709 Dey Cove Drive
Virginia Beach, Virginia  23454

*1076159*