IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In Re: | * | |
| G. WARE TRAVELSTEAD | * | Case No. 96-5-4979-SD |
| Debtor | * | Chapter 11 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF ELEVENTH APPLICATION OF
WHITEFORD, TAYLOR & PRESTON L.L.P. AS COUNSEL FOR DEBTOR FOR
ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
NOVEMBER 1, 2000 THROUGH NOVEMBER 30, 2003**

Notice is hereby given that an Eleventh Application for Allowance of Fees and Reimbursement of Expenses (the "Application") has been filed by counsel to the Debtor in the above proceedings.

The Debtor's counsel, Whiteford, Taylor & Preston L.L.P. ("WT&P"), has filed a tenth interim application for allowance of fees for the period November 1, 2000 through November 30, 2003 in the amount of $369,151.50 and reimbursement of out-of-pocket expenses in the amount of $60,492.28.  As set forth in the Application, in the exercise of billing judgment WT&P voluntarily written off and reduced the amount of fees to which it would be entitled by in excess of $27,000, and reduced the amount of expenses for which it seeks reimbursement by $20,000, for a total reduction in fees and reimbursement of expenses of approximately $47,000, or 10%.  WT&P is also requesting at this time that it be awarded $54,576.57 representing the amount by which the Court deferred a final ruling with regard to WT&P's Tenth Fee Application.

A copy of the Application is on file with the Bankruptcy Court.  Any creditor wishing to object to the requested compensation and reimbursement of expenses must file such an objection with the United States Bankruptcy Court, 101 West Lombard Street, Baltimore, Maryland  21201 within twenty (20) days of the date of this notice.  Copies of any such objection must be sent to the undersigned as well as the U.S. Trustee, 300 West Pratt Street, Suite 350, Baltimore, Maryland  21201.  The Court may conduct a hearing on any such objection.  The Court may also rule on the pleadings as filed.  If a hearing is held, the objecting party will be required to appear and present its position to the Court.

DATED: <u>December 24, 2003</u>

 /s/ Stephen F. Fruin
Stephen F. Fruin, Bar No. 08456
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland  21202
410- 347-9494
*Attorneys for Debtor*

1046386