Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8303
Baltimore, MD 21201

|  |  |
|---|---|
| Bankruptcy Proceeding No.: | 96−54979 |
| Judge: | E. Stephen Derby |

In Re:   G. Ware Travelstead
         Debtor(s)

PLEASE TAKE NOTICE that a hearing will be held

at 101 W. Lombard Street, Courtroom 9−C, , Baltimore, MD 21201

on 1/15/04 at 10:30 AM

to consider and act upon the following:

1183 – Interim Application for Compensation (Third) of Shapiro Sher Guinot & Sandler and Liquidating Agent for Compensation and Reimbursement of Expenses for Joel I. Sher, Liquidator, 9/1/1999 – 9/30/2003, Fee: $478,889.00, Expenses: $177,643.10. Filed by Joel I. Sher. (Attachments: # (1) Exhibit A, part 1# (2) Exhibit A, part 2# (3) Proposed Order) (Sher, Joel)

1187 – Objection on behalf of Creditor Eduardo Canet Filed by Eduardo Canet (related document(s)[1183] Interim Application for Compensation (Third) of Shapiro Sher Guinot & Sandler and Liquidating Agent for Compensation and Reimbursement of Expenses for Joel I. Sher, Liquidator, 9/1/1999 – 9/30/2003, Fee: $478,889.00, Expenses: $177,643.10. Filed by Joel I. Sher.(Leo, S)
?

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 1/6/04

                                              Mark D. Sammons
                                              Clerk of the Bankruptcy Court