Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8303
Baltimore, MD 21201

---

|  |  |
|--|--|
| Bankruptcy Proceeding No.: | 96−54979 |
| Judge: | E. Stephen Derby |

In Re:   G. Ware Travelstead
         Debtor(s)

---

PLEASE TAKE NOTICE that a hearing will be held

at 101 W. Lombard Street, Courtroom 9−C, , Baltimore, MD 21201

on 1/15/04 at 10:30 AM

to consider and act upon the following:

1183 − Interim Application for Compensation (Third) of Shapiro Sher Guinot & Sandler and Liquidating Agent for Compensation and Reimbursement of Expenses for Joel I. Sher, Liquidator, 9/1/1999 − 9/30/2003, Fee: $478,889.00, Expenses: $177,643.10. Filed by Joel I. Sher. (Attachments: # (1) Exhibit A, part 1# (2) Exhibit A, part 2# (3) Proposed Order) (Sher, Joel)

1187 − Objection on behalf of Creditor Eduardo Canet Filed by Eduardo Canet (related document(s)[1183] Interim Application for Compensation (Third) of Shapiro Sher Guinot & Sandler and Liquidating Agent for Compensation and Reimbursement of Expenses for Joel I. Sher, Liquidator, 9/1/1999 − 9/30/2003, Fee: $478,889.00, Expenses: $177,643.10. Filed by Joel I. Sher.(Leo, S)
?

---

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

---

Dated: 1/6/04

                                                   Mark D. Sammons
                                                   Clerk of the Bankruptcy Court

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

Case 96-54979   Doc 1189   Filed 01/08/04   Page 2 of 2

# CERTIFICATE OF SERVICE

```
District/off: 0416-1           User: sleo              Page 1 of 1              Date Rcvd: Jan 06, 2004
Case: 96-54979                 Form ID: ntchrgbk       Total Served: 5

The following entities were served by first class mail on Jan 08, 2004.
aty          Daniel A. Pollack,   Pollack & Kaminsky,   114 West 47th Street,   New York, NY   10036
aty          Joel I. Sher,   Shapiro, Sher & Guinot,   2000 Charles Center South,   36 S Charles Street,
               Baltimore, MD   21201
aty          Stephen F. Fruin,   Seven Saint Paul Street, #1400,   Baltimore, MD   21202
ust          US Trustee - Baltimore, 11,   300 West Pratt Street,   Suite 375,   Baltimore, MD   21201
2093380      Eduardo Canet,   Attn: Stephen J. Blauner,   Milbank, Tweed, Hadley & McCloy,
               1 Chase Manhattan Plaza,   New York, NY   10005

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 08, 2004**                    Signature:      *Joseph Speetjens*