IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| IN RE: | * | |
| G. WARE TRAVELSTEAD | * | Case No. 96-5-4979-SD |
| Debtor | * | Chapter 11 |

\* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE OF NOTICE OF
APPLICATION OF WHITEFORD, TAYLOR & PRESTON L.L.P.
FOR ELEVENTH INTERIM ALLOWANCE OF FEES AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD
NOVEMBER 1, 2000 THROUGH NOVEMBER 30, 2003**

I HEREBY CERTIFY that on the 24th day of December, 2003 a copy of the attached Notice of Eleventh Interim Application of Whiteford, Taylor & Preston L.L.P. for Allowance of Fees and Reimbursement of Expenses for the Period November 1, 2000 Through November 30, 2003 was sent, by first class mail, to all of the parties listed on the attached mailing list.

DATED: January 15, 2004

/S/ Stephen F. Fruin
Stephen F. Fruin, #08456
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Suite 1400
Baltimore, Maryland  21202
410-347-9494

Attorneys for Debtor

*1049508*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| In Re: | * | |
| G. WARE TRAVELSTEAD | * | Case No. 96-5-4979-SD |
| Debtor | * | Chapter 11 |

* * * * * * * * * * * * * *

### NOTICE OF ELEVENTH APPLICATION OF
### WHITEFORD, TAYLOR & PRESTON L.L.P. AS COUNSEL FOR DEBTOR FOR
### ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
### NOVEMBER 1, 2000 THROUGH NOVEMBER 30, 2003

Notice is hereby given that an Eleventh Application for Allowance of Fees and Reimbursement of Expenses (the "Application") has been filed by counsel to the Debtor in the above proceedings.

The Debtor's counsel, Whiteford, Taylor & Preston L.L.P. ("WT&P"), has filed a tenth interim application for allowance of fees for the period November 1, 2000 through November 30, 2003 in the amount of $369,151.50 and reimbursement of out-of-pocket expenses in the amount of $60,492.28. As set forth in the Application, in the exercise of billing judgment WT&P voluntarily written off and reduced the amount of fees to which it would be entitled by in excess of $27,000, and reduced the amount of expenses for which it seeks reimbursement by $20,000, for a total reduction in fees and reimbursement of expenses of approximately $47,000, or 10%. WT&P is also requesting at this time that it be awarded $54,576.57 representing the amount by which the Court deferred a final ruling with regard to WT&P's Tenth Fee Application.

A copy of the Application is on file with the Bankruptcy Court. Any creditor wishing to object to the requested compensation and reimbursement of expenses must file such an objection with the United States Bankruptcy Court, 101 West Lombard Street, Baltimore, Maryland 21201 within twenty (20) days of the date of this notice. Copies of any such objection must be sent to the undersigned as well as the U.S. Trustee, 300 West Pratt Street, Suite 350, Baltimore, Maryland 21201. The Court may conduct a hearing on any such objection. The Court may also rule on the pleadings as filed. If a hearing is held, the objecting party will be required to appear and present its position to the Court.

DATED: <u>December 24, 2003</u>

/s/ Stephen F. Fruin
Stephen F. Fruin, Bar No. 08456
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland 21202
410- 347-9494
*Attorneys for Debtor*

*1046386*

Office of the U.S. Trustee
Marsh & McLennan Building
300 West Pratt Street, Suite 350
Baltimore, Maryland  21201

Richard A. Tufaro, Esquire
Milbank, Tweed, Hadley &  McCloy
International Square Building
1825 Eye Street, N.W., Ste. 1100
Washington, DC  20006

Richard D. London, Esquire
8701 Georgia Avenue
Suite 200
Silver Spring, Maryland  20910

Joseph Kibre, Esquire
Oberstein, Kibre & Horwitz
11726 San Vincent Boulevard
Suite 400
Los Angeles, CA  90049-5047

Robert Banner, Esquire
Berman Paley Goldstein & Kannry, LLP
500 Fifth Avenue
New York, New York  10110

Andrew D. Manitsky, Esquire
O'Sullivan Graev & Karabell, LLP
30 Rockefeller Plaza
New York, New York  10112

Richard Koo, Esquire
Koo, Larrabee & Laukee  LLP
106 Corporate Park Drive, Ste 110
White Plains, New York  10604

Joel I. Sher, Esquire
Shapiro Sher Guinot & Sandler
36 South Charles Street
Baltimore, Maryland 21202

Daniel A. Pollack, Esquire
Pollack & Kaminsky
114 West 47th Street
New York, New York  10036

Jack G. Stern, Esquire
Barrett & Gravante LLP
1585 Broadway
New York, New York  10036

Paul T. Tusch, Esquire
Cacace, Tusch & Santagata
777 Summer Street
P.O. Box 15859
Stamford, Connecticut  06901

James A. Vidmar, Jr., Esquire
Linowes and Blocher LLP
1010 Wayne Avenue, 10th Floor
Silver Spring, Maryland 20910

Stephen H. Kaufman, Esquire
Levin & Gann, P.A.
Nottingham Centre
502 Washington Ave., 8th Floor
Towson, Maryland  21204

USA Sogo Co., Inc.
c/o Morrison & Foerster
Charles Patterson, Esq.
555 West Fifth Street,  Suite 3500
Los Angeles, CA  90013

Robert C. Shenfeld, Esquire
Milbank, Tweed, Hadley &   McCloy
1 Chase Manhattan Plaza
New York, New York  10005

Richard M. Kremen, Esquire
Kevin Kobbe, Esquire
Piper Rudnick
6225 Smith Avenue
Baltimore, Maryland  21209

James D. Wall, Esquire
Stephen D. Poe, Esquire
Bell, Davis & Pitt, P.A.
West Fourth Street
P.O. Box 21029
Winston-Salem, NC  27120

Chris M. Smith, Esquire
Shearman & Sterling
599 Lexington Avenue
New York, New York  10022

USA Sogo, Inc.
c/o Graham & James LLP
Denis H. Oyakawa, Esquire.
801 South Figueroa Street
14th Floor
Los Angeles, California  90017

Thomas E. Graham, Esquire
Kilpatrick Stockton LLP
1001 West Fourth Street
Winston-Salem, NC  27101

*1439046*