**SO ORDERED**

**Date signed January 23, 2004**



E. STEPHEN DERBY
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

|  |  |  |
|---|---|---|
| In re: | * | |
| **G. WARE TRAVELSTEAD** | * | Case No. 96-5-4979-SD |
|  |  | (Chapter 11) |
| Debtor. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER GRANTING THIRD APPLICATION OF
SHAPIRO SHER GUINOT & SANDLER AND LIQUIDATING AGENT
FOR INTERIM ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES
FOR PERIOD SEPTEMBER 1, 1999 THROUGH SEPTEMBER 30, 2003

Upon consideration of the Application of Shapiro Sher Guinot & Sandler and the Liquidating Agent for Third Interim Allowance of Compensation and for Reimbursement of Expenses for the period September 1, 1999 through September 30, 2003 (the "Application"), the Objection of Eduardo Canet thereto (the "Objection"), and the Court having conducted a hearing on January 15, 2004 and the Court at said hearing having considered the evidence introduced and the arguments of counsel, and at the conclusion of the hearing the Court having made findings of fact and conclusions of law which are incorporated by reference herein, it is, therefore by the United States Bankruptcy Court for the District of Maryland,

**ORDERED** that the Objection is granted in part and denied in part; and it if further

**ORDERED** that the Application is granted as hereinafter set forth; and it is further

**ORDERED** that the law firm of Shapiro Sher Guinot & Sandler and the Liquidating Agent are hereby allowed interim compensation in the reduced amount of $424,529.00, plus reimbursement of expenses in the amount of $177,643.10 for the period September 1, 1999 through September 30, 2003; and it is further

**ORDERED** that the Liquidating Agent is hereby authorized to pay to Shapiro Sher Guinot & Sandler compensation in the amount of $424,529.00, plus reimbursement of expenses in the amount of $177,643.10.

cc:   Joel I. Sher, Esquire
      Richard M. Goldberg, Esquire
      Shapiro Sher Guinot & Sandler
      36 South Charles Street, 20th Floor
      Baltimore, MD  21201-3147

      Mark A. Neal, Esquire
      Assistant U.S. Trustee
      Office of the U.S. Trustee
      300 West Pratt Street, Suite 350
      Baltimore, MD 21201

      Paul M. Nussbaum, Esquire
      Whiteford Taylor & Preston
      7 St. Paul Street, Suite 1400
      Baltimore, MD  21202

      Edward T. McDermott
      Pollack & Kaminsky
      114 West 47th Street
      New York, New York 10036

Jis/3rdtravelsteadorder
Acl/feeapps/travelstead.3rd.order