**The application will be approved with certain modifications to put the approval on the same basis as approval of the Liquidating Agent's fees, namely, attorney time for the XPres litigation should be reduced by 1/3rd, and travel time to Spain should not be charged at more than 1/2. Please resubmit a proposed order that incorporates these modifications.**



E. STEPHEN DERBY
U. S. BANKRUPTCY JUDGE

**Date signed January 27, 2004**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In Re: | * | |
| G. WARE TRAVELSTEAD | * | Case No.: 96-5-4979-SD |
| Debtor | * | Chapter 11 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING ELEVENTH FEE APPLICATION OF WHITEFORD, TAYLOR & PRESTON L.L.P. FOR THE PERIOD NOVEMBER 1, 2000 THROUGH NOVEMBER 30, 2003

Upon the Eleventh Application for Allowance of Fees and Reimbursement of Expenses to Whiteford, Taylor & Preston L.L.P. as Counsel for the Debtor for the Period November 1, 2000 Through November 30, 2003 (the "Eleventh Application"), no objections having been filed thereto, the Court having read and considered same, and the Court having determined that the relief requested in the Eleventh Application should be granted, it is therefore by the United States Bankruptcy Court for the District of Maryland

**ORDERED** that Whiteford, Taylor & Preston, L.L.P. be and it hereby is awarded interim compensation in the amount of $369,151.50 and reimbursement of out-of-pocket

expenses in the amount of $60,492.28 for the period November 1, 2000 through November 30, 2003 pursuant to the Eleventh Application; and it is further

**ORDERED** that Whiteford, Taylor & Preston L.L.P. be and it hereby is awarded the sum of $54,576.57 representing the amount by which the Court deferred ruling on with regard to WT&P's Tenth Fee Application, and it is further

**ORDERED** that G. Ware Travelstead and/or Joel I. Sher, Liquidating Agent, be and they hereby are authorized and directed to make payment of the aforesaid sums to Whiteford, Taylor & Preston, L.L.P. forthwith.

### END OF ORDER

cc:   Stephen F. Fruin, Esquire
      Whiteford, Taylor & Preston L.L.P.
      Seven Saint Paul Street, Suite 1400
      Baltimore, Maryland  21202

      Office of United States Trustee
      300 West Pratt Street, Suite 350
      Baltimore, Maryland  21201

      Joel I. Sher, Esquire
      Liquidating Agent
      Shapiro Sher Guinot & Sandler
      2000 Charles Center South
      36 South Charles Street
      Baltimore, Maryland  21201

      Mr. G. Ware Travelstead
      1709 Dey Cove Drive
      Virginia Beach, Virginia  23454

*1076159*