SO ORDERED

Date signed January 23, 2004



E. STEPHEN DERBY
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| **G. WARE TRAVELSTEAD** | * | Case No. 96-5-4979-SD |
| | | (Chapter 11) |
| Debtor. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER GRANTING THIRD APPLICATION OF
SHAPIRO SHER GUINOT & SANDLER AND LIQUIDATING AGENT
FOR INTERIM ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES
FOR PERIOD SEPTEMBER 1, 1999 THROUGH SEPTEMBER 30, 2003**

Upon consideration of the Application of Shapiro Sher Guinot & Sandler and the Liquidating Agent for Third Interim Allowance of Compensation and for Reimbursement of Expenses for the period September 1, 1999 through September 30, 2003 (the "Application"), the Objection of Eduardo Canet thereto (the "Objection"), and the Court having conducted a hearing on January 15, 2004 and the Court at said hearing having considered the evidence introduced and the arguments of counsel, and at the conclusion of the hearing the Court having made findings of fact and conclusions of law which are incorporated by reference herein, it is, therefore by the United States Bankruptcy Court for the District of Maryland,

**ORDERED** that the Objection is granted in part and denied in part; and it if further

1

**ORDERED** that the Application is granted as hereinafter set forth; and it is further

**ORDERED** that the law firm of Shapiro Sher Guinot & Sandler and the Liquidating Agent are hereby allowed interim compensation in the reduced amount of $424,529.00, plus reimbursement of expenses in the amount of $177,643.10 for the period September 1, 1999 through September 30, 2003; and it is further

**ORDERED** that the Liquidating Agent is hereby authorized to pay to Shapiro Sher Guinot & Sandler compensation in the amount of $424,529.00, plus reimbursement of expenses in the amount of $177,643.10.

cc:  Joel I. Sher, Esquire
Richard M. Goldberg, Esquire
Shapiro Sher Guinot & Sandler
36 South Charles Street, 20th Floor
Baltimore, MD  21201-3147

Mark A. Neal, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
300 West Pratt Street, Suite 350
Baltimore, MD 21201

Paul M. Nussbaum, Esquire
Whiteford Taylor & Preston
7 St. Paul Street, Suite 1400
Baltimore, MD   21202

Edward T. McDermott
Pollack & Kaminsky
114 West 47th Street
New York, New York 10036

Jis/3rdtravelsteadorder
Acl/feeapps/travelstead.3[rd].order

2

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0416-1              User: sleo                Page 1 of 1              Date Rcvd: Jan 27, 2004
Case: 96-54979                    Form ID: pdfall           Total Served: 4

The following entities were served by first class mail on Jan 29, 2004.
aty         Daniel A. Pollack,   Pollack & Kaminsky,   114 West 47th Street,   New York, NY  10036
aty         Joel I. Sher,   Shapiro Sher Guinot & Sandler,   36 S. Charles Street,   Suite 2000,
              Baltimore, MD  21201
aty         Whiteford, Taylor & Preston L.L.P.,   c/o Aryeh E. Stein,   Seven Saint Paul Street,   Suite 1400,
              Baltimore, MD  21202
ust         US Trustee - Baltimore, 11,   300 West Pratt Street,   Suite 375,   Baltimore, MD  21201

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 29, 2004**          Signature:  _Joseph Speetjens_