**The application will be approved with certain modifications to put the approval on the same basis as approval of the Liquidating Agent's fees, namely, attorney time for the XPres litigation should be reduced by 1/3rd, and travel time to Spain should not be charged at more than 1/2. Please resubmit a proposed order that incorporates these modifications.**



E. STEPHEN DERBY
U. S. BANKRUPTCY JUDGE

Date signed January 27, 2004

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| In Re: | * | |
| G. WARE TRAVELSTEAD | * | Case No.: 96-5-4979-SD |
| Debtor | * | Chapter 11 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING ELEVENTH FEE APPLICATION OF WHITEFORD, TAYLOR & PRESTON L.L.P. FOR THE PERIOD NOVEMBER 1, 2000 THROUGH NOVEMBER 30, 2003

Upon the Eleventh Application for Allowance of Fees and Reimbursement of Expenses to Whiteford, Taylor & Preston L.L.P. as Counsel for the Debtor for the Period November 1, 2000 Through November 30, 2003 (the "Eleventh Application"), no objections having been filed thereto, the Court having read and considered same, and the Court having determined that the relief requested in the Eleventh Application should be granted, it is therefore by the United States Bankruptcy Court for the District of Maryland

**ORDERED** that Whiteford, Taylor & Preston, L.L.P. be and it hereby is awarded interim compensation in the amount of $369,151.50 and reimbursement of out-of-pocket

expenses in the amount of $60,492.28 for the period November 1, 2000 through November 30, 2003 pursuant to the Eleventh Application; and it is further

**ORDERED** that Whiteford, Taylor & Preston L.L.P. be and it hereby is awarded the sum of $54,576.57 representing the amount by which the Court deferred ruling on with regard to WT&P's Tenth Fee Application, and it is further

**ORDERED** that G. Ware Travelstead and/or Joel I. Sher, Liquidating Agent, be and they hereby are authorized and directed to make payment of the aforesaid sums to Whiteford, Taylor & Preston, L.L.P. forthwith.

### END OF ORDER

cc:     Stephen F. Fruin, Esquire
        Whiteford, Taylor & Preston L.L.P.
        Seven Saint Paul Street, Suite 1400
        Baltimore, Maryland  21202

        Office of United States Trustee
        300 West Pratt Street, Suite 350
        Baltimore, Maryland  21201

        Joel I. Sher, Esquire
        Liquidating Agent
        Shapiro Sher Guinot & Sandler
        2000 Charles Center South
        36 South Charles Street
        Baltimore, Maryland  21201

        Mr. G. Ware Travelstead
        1709 Dey Cove Drive
        Virginia Beach, Virginia  23454

*1076159*

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0416-1           User: sleo              Page 1 of 1                    Date Rcvd: Jan 27, 2004
Case: 96-54979                 Form ID: pdfall         Total Served: 4
```

The following entities were served by first class mail on Jan 29, 2004.
db        G. Ware Travelstead,   1709 Dey Cove Drive,   Virginia Beach, VA   23454
aty       Joel I. Sher,   Shapiro, Sher & Guinot,   2000 Charles Center South,   36 S Charles Street,
              Baltimore, MD   21201
aty       Stephen F. Fruin,   Seven Saint Paul Street, #1400,   Baltimore, MD   21202
ust       US Trustee - Baltimore, 11,   300 West Pratt Street,   Suite 375,   Baltimore, MD   21201

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 29, 2004**                       Signature:    _Joseph Speetjens_