# EXHIBIT 2

```
******************************************************************Page 1 (1)

BILLING ATTORNEY: 00473 STEPHEN F FRUIN       WHITEFORD, TAYLOR & PRESTON       THRU 11/30/03
                                              DETAILED BILLING REPORT           AS OF 12/22/03    11:25:23
                                              PROFORMA NUMBER: 143572           LAST DATE BILLED 12/28/00
                                                                                DATE BILLED THRU

CLIENT 004882        G. WARE TRAVELSTEAD                    ADDRESS: G. WARE TRAVELSTEAD
MATTER 004882.00007  EMPLOYMENT OF PROFESSIONALS AND FEES            1709 DEY COVE DRIVE
CASE ID                                                              VIRGINIA BEACH, VA  23454

INVOICE NUMBER _____    INVOICE DATE ___/___/___
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 9814185 | 11/01/00 | | DRAFT AND REVISE FEE APPLICATION | | | 1.00 | 00473 | SFF | 295.00 | 295.00 |
| 9814186 | 11/06/00 | | DRAFT LETTER TO CLIENT RE: BOYD HEARING | | | .10 | 00473 | SFF | 29.50 | 324.50 |
| 9814189 | 11/10/00 | | REVIEW AND REVISE FEE APPLICATION | | | .30 | 00473 | SFF | 88.50 | 413.00 |
| 9814190 | 11/15/00 | | DRAFT AND REVIEW FEE APPLICATION | | | .60 | 00473 | SFF | 177.00 | 590.00 |
| 9814191 | 11/30/00 | | TELEPHONE CALL WITH GOLDBERG AND KOPEC; REVIEW FILE RE: RETENTION OF MUSIKA | | | .30 | 00473 | SFF | 88.50 | 678.50 |
| 9814192 | 12/08/00 | | TELEPHONE CALL WITH GOLDBERG | | | .10 | 00473 | SFF | 29.50 | 708.00 |
| 9814193 | 12/11/00 | | DRAFT AND REVISE MOTION TO EMPLOY PENTA AS CONSULTANT TO DEBTOR IN XPRES LITIGATION | | | 1.00 | 00473 | SFF | 295.00 | 1,003.00 |
| 9814194 | 12/11/00 | | TELEPHONE CALLS WITH GOLDBERG AND PENTA RE: RETENTION | | | .20 | 00473 | SFF | 59.00 | 1,062.00 |
| 9814194 | 12/12/00 | | REVIEW APPLICATION TO EMPLOY MUSIKA | | | .10 | 01428 | MCK | 24.00 | 1,086.00 |
| 9814195 | 12/15/00 | | TELEPHONE CALL WITH PENTA AND REVISE PENTA RETENTION APPLICATION | | | .30 | 00473 | SFF | 88.50 | 1,174.50 |
| 9814187 | 12/26/00 | | DRAFT LETTER TO MCDERMOTT RE: FAILURE TO SERVE PLEADING | | | .10 | 00473 | SFF | 29.50 | 1,204.00 |
| 9814188 | 12/27/00 | | REVIEW CANET OBJECTION TO WTP FEE APPLICATION | | | .10 | 00473 | SFF | 29.50 | 1,233.50 |
| 9787311 | 01/02/01 | | REVIEW CANET OPPOSITION TO WTP 10TH FEE APPLICATION, MOTION OF CANET TO STOP PAYMENTS TO TRAVELSTEAD; E-MAIL TO JOEL SHER | | | .50 | 00444 | PMN | 152.50 | 1,386.00 |
| 9814196 | 01/09/01 | | DRAFT DEPOSITION NOTICE RE: CANET | | | .40 | 00473 | SFF | 118.00 | 1,504.00 |
| 9814197 | 02/27/01 | | TELEPHONE CALL WITH MCDERMOTT RE: DEPOSITION AND HEARING | | | .10 | 00473 | SFF | 29.50 | 1,533.50 |
| 9814198 | 02/27/01 | | TELEPHONE CALL WITH COURT RE: BOYD HEARING | | | .10 | 00473 | SFF | 29.50 | 1,563.00 |
| 9814199 | 02/27/01 | | DRAFT E-MAIL RE: MCDERMOTT CALL AND HEARING | | | .10 | 00473 | SFF | 29.50 | 1,592.50 |
| 9814200 | 03/04/01 | | DRAFT LETTER TO BOYD RE: HEARING ON HER APPLICATION | | | .10 | 00473 | SFF | 29.50 | 1,622.00 |
| 9814201 | 05/03/01 | | TELEPHONE CALL WITH BOYD RE: HEARING DATE | | | .10 | 00473 | SFF | 29.50 | 1,651.50 |
| 9814231 | 07/05/01 | | DRAFT AND REVISE CARTER LEDYARD MOTION - SPECIAL COUNSEL | | | .80 | 00473 | SFF | 236.00 | 1,887.50 |
| 9810121 | 07/06/01 | | REVIEW FILE ON JAVIER SELVA STATUS | | | .30 | 00473 | SFF | 88.50 | 1,976.00 |
| 9810122 | 07/06/01 | | DRAFT APPLICATION TO PAY FURTHER RETAINER TO JAVIER SELVA | | | .50 | 00473 | SFF | 147.50 | 2,123.50 |
| 9810232 | 07/06/01 | | REVIEW AND REVISE FLAVIN EMPLOYMENT APPLICATION | | | .20 | 00473 | SFF | 59.00 | 2,182.50 |
| 9810123 | 07/12/01 | | REVISE SELVA APPLICATION | | | .20 | 00473 | SFF | 59.00 | 2,241.50 |
| 9810241 | 07/13/01 | | REVIEW AND REVISE SELVA FEE APPLICATION AND DRAFT ORDER | | | .30 | 00473 | SFF | 88.50 | 2,330.00 |
| 9810242 | 07/16/01 | | REVIEW APPLICATION RE: JAVIER SELVA | | | .20 | 00473 | SFF | 59.00 | 2,389.00 |
| 9810243 | 07/25/01 | | TELEPHONE CALL WITH BOYD RE: HEARING | | | .10 | 00473 | SFF | 29.50 | 2,418.50 |
| 9810244 | 08/07/01 | | TELEPHONE CALL WITH BOYD | | | .10 | 00473 | SFF | 29.50 | 2,448.00 |
| 9810245 | 08/07/01 | | DRAFT MOTION AND ORDER TO CONTINUE 8/27 HEARING ON BOYD APPLICATION | | | .30 | 00473 | SFF | 88.50 | 2,536.50 |

```
BILLING ATTORNEY: 00473 STEPHEN F FRUIN              WHITEFORD, TAYLOR & PRESTON                                    Page 2 (2)
                                                     DETAILED BILLING REPORT      THRU 11/30/03
                                                     PROFORMA NUMBER: 143571      AS OF 12/22/03   11:25:23

CLIENT    004882            G. WARE TRAVELSTEAD                     LAST DATE BILLED 12/28/00
MATTER    004882.00007      EMPLOYMENT OF PROFESSIONALS AND FEES    DATE BILLED THRU
CASE ID

                                                                                          HOURS    TKPR   TKPR    TIME VALUE   RUNNING
INDEX     DATE       CA     ***PROFESSIONAL SERVICES***                      TASK  ACT    WORKED   NO     INIT.   THIS PERIOD  TOTAL

9810246  08/09/01           TELEPHONE CALL WITH BOYD RE: HEARING CONTINUANCE                .10    00473  SFF        29.50    2,566.00
9810247  08/30/01           DRAFT LETTER TO GRANT THORNTON RE: THEIR FEE                    .10    00473  SFF        29.50    2,595.50
                            APPLICATION
9810239  09/24/01           DRAFT LETTER TO COURT ON RETENTION OF TRADEMARK                 .10    00473  SFF        29.50    2,625.00
                            COUNSEL
9810238  09/25/01           TELEPHONE CALL WITH COURT RE: ORDER TO EMPLOY                   .10    00473  SFF        29.50    2,654.50
                            TRADEMARK COUNSEL
9810248  10/03/01           REVIEW FILE AND CALL COURT RE: APPLICATION TO                   .10    00473  SFF        29.50    2,684.00
                            EMPLOY TRADEMARK COUNSEL
9810240  10/05/01           DRAFT LETTER TO CLIENT RE: SELVA RETAINER                       .10    00473  SFF        29.50    2,713.50
9790046  10/05/01           LETTER TO JOEL SHER RE: RETAINING ATTORNEY FOR                  .10    01406  KO         30.50    2,744.00
                            SPANISH ISSUES
9979080  10/08/01           CALL JOEL SHER RE: EXPERT FOR VELAZQUEZ                         .10    01406  KO         30.50    2,774.50
                            LITIGATION
8978912  10/09/01           CALLS TO POTENTIAL EXPERT WITNESSES                             .30    01406  KO         91.50    2,866.00
9810253  11/12/01           TELEPHONE CALL WITH GOLDBERG RE: XPRES;                         .10    00473  SFF        29.50    2,895.50
                            APPLICATIONS
9054324  11/14/01           REVIEW AND REVISE APPLICATION TO EMPLOY MARTINEZ                .30    01406  KO         91.50    2,987.00
9810249  03/26/02           REVIEW FILE AND DOCUMENTS; DRAFT FEE APPLICATION               2.70    00473  SFF       877.50    3,864.50
                            FOR CARRUTHERS & ROTH; REVISE PLEADINGS;
                            EXCHANGE EMAILS WITH MIKE ALLEN
9810250  07/18/02           DRAFT FEE APPLICATION                                          1.20    00473  SFF       390.00    4,254.50
9810251  07/22/02           REVIEW DOCUMENTS AND DRAFT FEE APPLICATION FOR                 1.80    00473  SFF       585.00    4,839.50
                            SELVA
9810252  07/24/02           REVIEW FILE - DOCUMENTS FOR SELVA FEE                           .50    00473  SFF       162.50    5,002.00
                            APPLICATION
9811116  07/30/02           DRAFT FEE APPLICATION                                          2.50    00473  SFF       812.50    5,814.50
9811286  07/30/02           CONFERENCE WITH STEVE FRUIN RE G. WARE                          .10    01406  KO         33.50    5,848.00
                            TRAVELSTEAD FEE APPLICATION
9813478  07/31/02           REVIEW AND REVISE FEE APPLICATION                               .80    00473  SFF       260.00    6,108.00
9836713  08/01/02           REVIEW AND REVISE FEE APPLICATION                               .90    00473  SFF       292.50    6,400.50
9836714  08/01/02           REVIEW AND MAKE FURTHER REVISIONS TO FEE                       1.20    00473  SFF       390.00    6,790.50
                            APPLICATION, NOTICE AND ORDER
10528097 08/23/02           CALL RICHARD GOLDBERG RE: CANET OBJECTION TO                    .10    01406  KO         33.50    6,824.00
                            GRANT THORNTON
10515753 08/31/02           REVISE MARTINEZ FEE APPLICATION                                 .20    01406  KO         67.00    6,891.00

10525911 09/10/02           REVISE MARTINEZ APPLICATION                                     .20    01406  KO         67.00    6,958.00
10634158 12/01/02           REVIEW AND DRAFT MOTION TO COMPEL SHER TO PAY                   .70    00473  SFF       227.50    7,185.50
                            COURT APPROVED FEES
10769027 03/28/03           DRAFT MOTION TO COMPEL PAYMENT OF                              1.20    01570  CJM       324.00    7,509.50
                            PROFESSIONAL FEES.
```