EXHIBIT 1

```
                                         WHITEFORD, TAYLOR & PRESTON          THRU 11/30/03                          Page 1 (1)
BILLING ATTORNEY: 00473 STEPHEN F FRUIN  DETAILED BILLING REPORT               AS OF 12/22/03    11:24:02
                                         PROFORMA NUMBER:   143570             LAST DATE BILLED 12/28/00
                                                                               DATE BILLED THRU

CLIENT 004882        G. WARE TRAVELSTEAD                ADDRESS: G. WARE TRAVELSTEAD
MATTER 004882.00003  DEBTOR ADMINISTRATION AND CREDITOR QUESTION  1709 DEY COVE DRIVE
CASE ID                                                           VIRGINIA BEACH, VA  23454

INVOICE NUMBER              INVOICE DATE     /   /

                                                                                 HOURS     TKPR  TKPR    TIME VALUE   RUNNING
 INDEX    DATE     CA  ***PROFESSIONAL SERVICES***              TASK    ACT     WORKED   NO INIT.       THIS PERIOD   TOTAL

5014152 11/07/00       TELEPHONE CALL WITH WARE AND JOEL                          .20   00473  SFF        59.00        59.00
5014153 11/15/00       TELEPHONE CALLS WITH COURT                                 .20   00473  SFF        59.00       118.00
5013751 11/20/00       ANALYZE NEW 4TH CIRCUIT OPINION OF POST-PLAN               .20   01451  JFC        54.00       172.00
                       JURISDICTION
5014154 11/29/00       DRAFT LETTER TO KAMANITZ RE: FEDERAL TAX RETURNS           .20   00473  SFF        59.00       231.00
5014155 12/13/00       DRAFT LETTER TO WARE                                       .10   00473  SFF        29.50       260.50
5014156 12/13/00       TELEPHONE CALL WITH WARE AND SHER                          .20   00473  SFF        59.00       319.50
5014157 12/18/00       TELEPHONE CALL WITH CLIENT AND KOPEC                       .10   00473  SFF        29.50       349.00
5014158 12/18/00       DRAFT LETTER TO CLIENT                                     .10   00473  SFF        29.50       378.50
5014180 12/26/00       REVIEW SHIPSVIEW RELEASE AND DRAFT LETTER TO               .20   00473  SFF        59.00       437.50
                       CLIENT
7707550 01/03/01       TELEPHONE CALL NUSSBAUM RE STRATEGY; CONFER WITH           .30   01451  JFC        81.00       518.50
                       FRUIN
7707212 01/03/01       TELEPHONE CALL WITH G. WARE TRAVELSTEAD RE                 .80   00444  PMW       244.00       762.50
                       PROCEEDINGS IN BARCELONA, VELAZQUEZ LITIGATION
                       AND JOEL SHER'S POSITION AND STRATEGY ON SOGO
                       AND VELAZQUEZ; PLANNING
7707547 01/11/01       CORRESPONDENCE WITH MOFO INTERNATIONAL ISSUES              .10   01451  JFC        27.00       789.50
5014160 01/11/01       TELEPHONE CALL WITH CLIENT RE: CANET                       .20   00473  SFF        59.00       848.50
5014163 01/18/01       TELEPHONE CALL WITH MORTGAGE COMPANY AND DRAFT             .30   00473  SFF        88.50       937.00
                       LETTER TO MORTGAGE COMPANY RE: RELEASE
5014165 01/25/01       DRAFT LETTER TO CLIENT; TELEPHONE CALL WITH                .20   00473  SFF        59.00       996.00
                       CLIENT
5014167 01/29/01       DRAFT LETTER TO SHER RE: TRAVELSTEAD AUTHORITY             .10   00473  SFF        29.50     1,025.50
5014168 01/30/01       MEETING(S) WITH KEN AND JOHN; DRAFT MEMO TO                .20   00473  SFF        59.00     1,084.50
                       FELDMAN RE: 2004 EXAM OF 53RD AND 3RD
5005722 01/31/01       REVIEW MOTION FOR RULE 2004 EXAM OF 53RD AND 3RD           .20   00488  HKF        44.00     1,128.50
                       CO.; TELEPHONE CALL S. FRUIN RE: SAME
5014169 01/31/01       TELEPHONE CALL WITH CLIENT                                 .10   00473  SFF        29.50     1,158.00
5014181 02/07/01       REVIEW MOTION AND DRAFT LETTER TO CLIENT RE:               .20   00473  SFF        59.00     1,217.00
                       CONSIGNMENT SALE BY ALEX COOPER
5007285 02/08/01       FILE CERTIFICATE OF SERVICE IN ADVERSARY                   .50   01105  KGM        57.50     1,274.50
                       PROCEEDING PER K. OESTREICHER
5005723 02/12/01       OFFICE CONFERENCE S. FRUIN FRE: 53RD AND 3RD               .30   00488  HKF        66.00     1,340.50
                       EXAM
5014171 02/12/01       TELEPHONE CALLS WITH GRANT THORNTON RE: NEW YORK           .10   00473  SFF        29.50     1,370.00
                       2004 EXAM
5014172 02/12/01       TELEPHONE CALLS WITH COURT RE: SCHEDULE OF                 .20   00473  SFF        59.00     1,429.00
                       HEARINGS; REVIEW DOCKET
5005724 02/13/01       TELEPHONE CALL S. FRUIN AND TRAVELSTEAD                    .30   00488  HKF        66.00     1,495.00
                       ACCOUNTANT RE: RULE 2004 TO 53RD AND 3RD
5014173 02/13/01       TELEPHONE CALL WITH BRENNER AND FELDMAN RE: 53RD           .20   00473  SFF        59.00     1,554.00
```

```
                    WHITEFORD, TAYLOR & PRESTON                                    Page 2 (2)
                    DETAILED BILLING REPORT
BILLING ATTORNEY: 00473 STEPHEN F FRUIN         PROFORMA NUMBER: 143570    THRU 11/30/03
                                                                           AS OF 12/22/03   11:24:02
CLIENT  004882            G. WARE TRAVELSTEAD             LAST DATE BILLED 12/28/00
MATTER  004882.00003      DEBTOR ADMINISTRATION AND CREDITOR QUESTION   DATE BILLED THRU
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | DEPOSITION | | | | | | | |
| 9814174 | 02/20/01 | | TELEPHONE CALL WITH COURT | | | .10 | 00473 | SFF | 29.50 | 1,583.50 |
| 9814175 | 02/21/01 | | TELEPHONE CALL WITH INSURANCE COMPANY; REVIEW DOCUMENTS | | | .20 | 00473 | SFF | 59.00 | 1,642.50 |
| 9814176 | 03/04/01 | | DRAFT E-MAIL RE: HEARINGS | | | .10 | 00473 | SFF | 29.50 | 1,672.00 |
| 9814177 | 03/04/01 | | DRAFT LETTER TO IRS | | | .10 | 00473 | SFF | 29.50 | 1,701.50 |
| 9809725 | 03/05/01 | | DRAFT RULE 2004 SUBPOENA TO 53RD AND 3RD | | | .70 | 00488 | HRF | 154.00 | 1,855.50 |
| 9787602 | 03/06/01 | | CALL BRENNER RE: 1995 TAX RETURN TO G. WARE TRAVELSTEAD | | | .20 | 01406 | KO | 61.00 | 1,916.50 |
| 9814183 | 03/07/01 | | TELEPHONE CALL WITH FLAVIN | | | .10 | 00473 | SFF | 29.50 | 1,946.00 |
| 9814178 | 03/14/01 | | REVIEW DOCUMENT REQUEST FOR 53RD AND 3RD | | | .20 | 00473 | SFF | 59.00 | 2,005.00 |
| 9809726 | 04/02/01 | | PREPARERULE 2004 SUBPOENAS FOR SAUL KATZ AND 53RD AND 3RD CO. | | | .20 | 00488 | HRF | 44.00 | 2,049.00 |
| 9789633 | 04/02/01 | | CONFERENCE WITH JOHN CARLTON RE: U.S. COUNSEL LEASE ASSUMPTION | | | .20 | 01406 | KO | 61.00 | 2,110.00 |
| 9809179 | 04/20/01 | | TELEPHONE CALLS WITH REGARD TO 4/23/ HEARING | | | .10 | 00473 | SFF | 29.50 | 2,139.50 |
| 9809727 | 05/14/01 | | TELEPHONE CALL W/ ATTY FOR 53RD AND 3RD CO. | | | .10 | 00488 | HRF | 22.00 | 2,161.50 |
| 9814182 | 05/15/01 | | DRAFT LETTER TO SHER ON STORAGE FACILITY | | | .10 | 00473 | SFF | 29.50 | 2,191.00 |
| 9789731 | 05/21/01 | | CONF W. J. CARLTON RE: HEARING PER K. OESTREICHER | | | .10 | 01105 | KGM | 11.50 | 2,202.50 |
| 9789733 | 05/25/01 | | CONF W. DOC TECHS RE: COPY OF ORDER FOR K. OESTREICHER | | | .10 | 01105 | KGM | 11.50 | 2,214.00 |
| 9789645 | 06/05/01 | | CALL G. WARE TRAVELSTEAD RE: RETURNS FOR NEW YORK STATE | | | .10 | 01406 | KO | 30.50 | 2,244.50 |
| 9789646 | 06/05/01 | | CALL BRENNER RE: NEW YORK STATE RETURNS | | | .10 | 01406 | KO | 30.50 | 2,275.00 |
| 9809728 | 06/07/01 | | TELEPHONE CALL W/ ATTY FOR 53RD AND 3RD RE: RULE 2004 SUBPOENA | | | .20 | 00488 | HRF | 44.00 | 2,319.00 |
| 9814150 | 06/11/01 | | TELEPHONE CALLS WITH STACEY - LIQUIDATOR'S OFFICE | | | .20 | 00473 | SFF | 59.00 | 2,378.00 |
| 9814184 | 06/13/01 | | TELEPHONE CALL WITH FLAVIN RE: SOLOMON SUIT | | | .10 | 00473 | SFF | 29.50 | 2,407.50 |
| 9809740 | 06/14/01 | | RESEARCH GENERAL PARTNERS AS INTENDED BENEFICIARIES OF LIMITED PARTNERSHIP CONTRACTS UNDER NEW YORK LAW. | | | .50 | 01570 | CJM | 92.50 | 2,500.00 |
| 9809741 | 06/15/01 | | RESEARCH GENERAL PARTNER'S ABILITY TO BRING LAWSUIT UNDER NEW YORK LAW. | | | 2.40 | 01570 | CJM | 444.00 | 2,944.00 |
| 9789650 | 06/18/01 | | CONFERENCE WITH PAUL NUSSBAUM RE: MEETING WITH G. WARE TRAVELSTEAD | | | .10 | 01406 | KO | 30.50 | 2,974.50 |
| 9809729 | 06/19/01 | | REVIEW DOCS PRODUCED BY 53RD AND 3RD | | | .10 | 00488 | HRF | 22.00 | 2,996.50 |
| 9789651 | 06/20/01 | | CONFERENCE WITH G. WARE TRAVELSTEAD AND PAUL NUSSBAUM RE: GRANT THORNTON ISSUES | | | .20 | 01406 | KO | 61.00 | 3,057.50 |
| 9809730 | 06/26/01 | | TELEPHONE CALL M. BRENNER | | | .30 | 00488 | HRF | 66.00 | 3,123.50 |
| 9814151 | 06/27/01 | | REVIEW FILES; MEETINGS WITH KEN AND JOHN RE: SHER REQUEST FOR CORPORATE AND ORGANIZATIONAL DOCUMENTS | | | .50 | 00473 | SFF | 147.50 | 3,271.00 |
| 9789860 | 06/28/01 | | GATHER DOCUMENTS REQUESTED BY DISBURSING AGENT | | | .10 | 01451 | JFC | 27.00 | 3,298.00 |
| 9809731 | 06/28/01 | | DRAFT LETTER TO ATTY FOR 53RD AND 3RD | | | .20 | 00488 | HRF | 44.00 | 3,342.00 |

```
                                    WHITEFORD, TAYLOR & PRESTON                                    Page 3 (3)
BILLING ATTORNEY: 00473 STEPHEN F FRUIN    DETAILED BILLING REPORT      THRU 11/30/03
                                           PROFORMA NUMBER: 143570      AS OF 12/22/03    11:24:02

CLIENT    004882             G. WARE TRAVELSTEAD                        LAST DATE BILLED 12/28/00
MATTER    004882.00003       DEBTOR ADMINISTRATION AND CREDITOR QUESTION   DATE BILLED THRU
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 9809732 | 07/02/01 | | TELEPHONE CALL M. BRENNER; DRAFT LETTER TO ATTY FOR 53RD AND 3RD RE: ADDITIONAL DOCS NEEDED | | | .30 | 00488 | HRF | 66.00 | 3,408.00 |
| 9709861 | 07/05/01 | | CONFER WITH KENNETH OESTREICHER RE VARIOUS OPEN ISSUES | | | .10 | 01451 | JFC | 27.00 | 3,435.00 |
| 9805733 | 07/05/01 | | TELEPHONE CALL W/ ATTY FOR 53RD AND 3RD | | | .10 | 00488 | HRF | 22.00 | 3,457.00 |
| 9810220 | 07/09/01 | | MEETING(S) WITH CLIENT, KAMINITZ, BRENNER, LEVITON AND RITZAR | | | 3.20 | 00473 | SFF | 944.00 | 4,401.00 |
| 9810233 | 07/09/01 | | TELEPHONE CALL WITH FLAVIN RE: SOLOMON NOTE | | | .10 | 00473 | SFF | 29.50 | 4,430.50 |
| 9709663 | 07/11/01 | | CALLS WITH MARK RENBAUM RE: DOCUMENTS AND TTGI STATUS | | | .40 | 01406 | KO | 122.00 | 4,552.50 |
| 9705718 | 07/26/01 | | REVIEW DOCS RECEIVED FROM 53RD AND 3RD | | | .10 | 00488 | HRF | 22.00 | 4,574.50 |
| 9705670 | 08/16/01 | | REVISE LETTERS TO WITNESSES | | | .10 | 01406 | KO | 30.50 | 4,605.00 |
| 9705671 | 08/17/01 | | LETTER TO G. WARE TRAVELSTEAD | | | .10 | 01406 | KO | 30.50 | 4,635.50 |
| 9705772 | 08/21/01 | | REVIEW ORDERS ON CANET MOTION TO TERMINATE WARE STIPEND AND ON BOYD HEARING | | | .20 | 00473 | SFF | 59.00 | 4,694.50 |
| 9805735 | 08/28/01 | | TELEPHONE CALL W/ MARK BRENNER | | | .10 | 00488 | HRF | 22.00 | 4,716.50 |
| 9810222 | 09/19/01 | | REVIEW BRENNER ANALYSIS OF 53RD AND 3RD SITUATION | | | .10 | 00473 | SFF | 29.50 | 4,746.00 |
| 9780044 | 10/04/01 | | CALL TO G. WARE TRAVELSTEAD RE: TAX ISSUES | | | .10 | 01406 | KO | 30.50 | 4,776.50 |
| 9810234 | 01/24/02 | | DRAFT LETTER TO FLAVIN | | | .10 | 00473 | SFF | 32.50 | 4,809.00 |
| 9790120 | 02/19/02 | | MEETINGS IN NYC WITH G. WARE TRAVELSTEAD RE HOTEL ARTS; DUTCH/GRUMAN GROUP NEGOTIATIONS; PARKING LOTS; GRANT THORNTON; ARBITRATION ISSUES; SOGO - FOLLOWING UP ON LITIGATION | | | 2.00 | 00444 | EMN | 670.00 | 5,479.00 |
| 9790054 | 02/22/02 | | CALL FELDMAN RE: BARKISH SUBPOENAS | | | .20 | 01406 | KO | 67.00 | 5,546.00 |
| 9790095 | 03/19/02 | | CALL G. WARE TRAVELSTEAD RE: STATUS OF VELAZQUEZ AND SOGO LITIGATION | | | .20 | 01406 | KO | 67.00 | 5,613.00 |
| 9810223 | 03/26/02 | | TELEPHONE CALL WITH INSURANCE COMPANY | | | .10 | 00473 | SFF | 32.50 | 5,645.50 |
| 9790097 | 03/28/02 | | CALL G. WARE TRAVELSTEAD RE: VELAZQUEZ SETTLEMENT AND SOGO ISSUES | | | .10 | 01406 | KO | 33.50 | 5,679.00 |
| 9810235 | 04/17/02 | | DRAFT LETTER TO FLAVIN RE: SOLOMON | | | .10 | 00473 | SFF | 32.50 | 5,711.50 |
| 9810224 | 05/22/02 | | TELEPHONE CALLS AND EMAILS RE: KAMINITZ MEETING | | | .20 | 00473 | SFF | 65.00 | 5,776.50 |
| 9810225 | 05/28/02 | | TELEPHONE CALL WITH BRENNER | | | .10 | 00473 | SFF | 32.50 | 5,809.00 |
| 9810226 | 05/31/02 | | MEETING(S) WITH KAMINETZ AND BRENNER RE: TAX ISSUES | | | 1.00 | 00473 | SFF | 325.00 | 6,134.00 |
| 9790104 | 05/31/02 | | MEETING WITH KAMINETZ AND BRENNER | | | .50 | 01406 | KO | 167.50 | 6,301.50 |
| 9810227 | 06/03/02 | | DRAFT EMAIL TO SHER RE: STATUS OF TAX RETURN | | | .20 | 00473 | SFF | 65.00 | 6,366.50 |
| 9810228 | 06/10/02 | | MEETING(S) WITH OESTREICHER; TELEPHONE CALL WITH BRENNER AND SHER RE: LEX AIR | | | .30 | 00473 | SFF | 97.50 | 6,464.00 |
| 9790105 | 06/10/02 | | CALL BROWN RE: LEX AIR ISSUE | | | .10 | 01406 | KO | 33.50 | 6,497.50 |
| 9810229 | 06/17/02 | | REVIEW FILE RE: HOLDBACK OF $500,000 FOR TAXES | | | .40 | 00473 | SFF | 130.00 | 6,627.50 |
| 9810236 | 06/24/02 | | TELEPHONE CALLS WITH NUSSBAUM AND FLAVIN; DRAFT EMAILS | | | .40 | 00473 | SFF | 130.00 | 6,757.50 |
| 9810230 | 07/01/02 | | TELEPHONE CALL WITH FLAVIN; REVIEW FLAVIN LETTER; DRAFT LETTER TO CLIENT | | | .20 | 00473 | SFF | 65.00 | 6,822.50 |
| 9810312 | 07/02/02 | | TELEPHONE CALL WITH CLIENT RE: SOLOMON | | | .10 | 00473 | SFF | 32.50 | 6,855.00 |

```
                                        WHITEFORD, TAYLOR & PRESTON
                                        DETAILED BILLING REPORT        THRU 11/30/03                              Page 4 (4)
BILLING ATTORNEY: 00473 STEPHEN F FRUIN  PROFORMA NUMBER: 143570       AS OF 12/22/03         11:24:02

CLIENT   004882          G. HARE TRAVELSTEAD                           LAST DATE BILLED 12/28/00
MATTER   004882.00003    DEBTOR ADMINISTRATION AND CREDITOR QUESTION   DATE BILLED THRU
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 9910219 | 02/08/02 | | REVIEW FILE AND MEETING WITH CLIENT; TELEPHONE CALL WITH BRENNER RE: TAXES, ONGOING ISSUES WITH ASSETS AND DISTRIBUTION | | | 2.00 | 00473 | BFF | 650.00 | 7,505.00 |
| 10000115 | 07/08/02 | | TELEPHONE CALL WITH FLAVIN RE: SOLOMON SUIT | | | .10 | 00473 | SFF | 32.50 | 7,537.50 |
| 9996961 | 07/08/02 | | REVIEW PLAN FILES; CLAIMS ANALYSIS; HINSUA AGREEMENTS WITH SOGO; CORRESPONDENCE LIQUIDATING AGENT ON POINTS, DISTRIBUTIONS AND PLAN PROVISIONS | | | 1.70 | 00444 | PMN | 569.50 | 8,107.00 |
| 9996962 | 07/08/02 | | MEETING WITH HANE TRAVELSTEAD, K. OESTREICHER AND S. FRUIN RE PARKING LOTS BARCELONA, SOGO LITIGATION; TAX ISSUES AND OTHER MISCELLANEOUS ITEMS | | | 3.00 | 00444 | PMN | 1,005.00 | 9,112.00 |
| 9910314 | 07/22/02 | | TELEPHONE CALL WITH O'BRIEN RE: SOLOMON INFORMATION; REVIEW O'BRIEN EMAIL AND DRAFT EMAIL TO CLIENT | | | .20 | 00473 | SFF | 65.00 | 9,177.00 |
| 10530506 | 08/26/02 | | REVIEW REPLY TO CANET OBJECTION | | | .10 | 01406 | KO | 33.50 | 9,210.50 |
| 10533091 | 09/03/02 | | TELEPHONE CALL WITH FLAVIN RE: SOLOMON ACTION | | | .10 | 00473 | SFF | 32.50 | 9,243.00 |
| 10547943 | 09/27/02 | | TELEPHONE CALL WITH O'BRIEN RE: SOLOMON CASE | | | .10 | 00473 | SFF | 32.50 | 9,275.50 |
| 10567052 | 10/08/02 | | CALL ED MCDERMOTT RE: CANET DISCOVERY AND DONNELLY APPEAL | | | .20 | 01406 | KO | 67.00 | 9,342.50 |
| 10626822 | 11/27/02 | | REVIEW HOBSON ADVERSARY FILE AND CALL JAMIE EISENBERG RE: STATUS CONFERENCE | | | .30 | 01406 | KO | 100.50 | 9,443.00 |
| 10640192 | 12/02/02 | | CALL RICHARD GOLDBERG RE: HOBSON/BLOCKLESS ADVERSARY | | | .10 | 01406 | KO | 33.50 | 9,476.50 |
| 10649700 | 12/04/02 | | CALL JOEL SHER RE: HEARING ON HOBSON ADVERSARY | | | .10 | 01406 | KO | 33.50 | 9,510.00 |
| 10662244 | 01/03/03 | | CONFER WITH KO AND PREPARE FOR CONFERENCE ON HOBSON SUIT | | | .20 | 01451 | JFC | 70.00 | 9,580.00 |
| 10665257 | 01/03/03 | | TELEPHONE CALL WITH BRENNER | | | .20 | 00473 | SFF | 70.00 | 9,650.00 |
| 10662606 | 01/06/03 | | PREPARE FOR STATUS CONF - BLOCKLESS | | | .10 | 01451 | JFC | 35.00 | 9,685.00 |
| 10662903 | 01/06/03 | | TC WITH NUSSBAUM; RESEARCH RE VARIOUS TAX ISSUES | | | .80 | 01451 | JFC | 280.00 | 9,965.00 |
| 10663336 | 01/06/03 | | TC GOLDBERG AND ATTEND HEARING ALL RE TRAVELSTEAD V. HOBSON | | | 1.10 | 01451 | JFC | 385.00 | 10,350.00 |
| 10661679 | 01/06/03 | | PREPARE STIP OF DISMISSAL RE HOBSON ET AL | | | .20 | 01451 | JFC | 70.00 | 10,420.00 |
| 10664755 | 01/07/03 | | REVISE HOBSON STIP | | | .10 | 01451 | JFC | 35.00 | 10,455.00 |
| 10665744 | 01/08/03 | | PREPARE AND REVISE STIP OF DISMISSAL - BLOCKLESS | | | 1.00 | 01451 | JFC | 350.00 | 10,805.00 |
| 10665846 | 01/08/03 | | CONFER WITH KO RE DONNELLEY/BLOCKLESS | | | .10 | 01451 | JFC | 35.00 | 10,840.00 |
| 10666378 | 01/08/03 | | MEMO GOLDBERG RE HOBSON STIPULATION; FOLLOW UP MEMOS | | | .20 | 01451 | JFC | 70.00 | 10,910.00 |
| 10670080 | 01/08/03 | | CONFERENCE WITH JOHN F. CARLTON RE: STIPULATION IN HOBSON LITIGATION | | | .20 | 01406 | KO | 75.00 | 10,985.00 |
| 10668067 | 01/09/03 | | FURTHER REVISION OF BLOCKLESS STIP AND MEMO TO OPPO ATTYS | | | .40 | 01451 | JFC | 140.00 | 11,125.00 |
| 10669296 | 01/10/03 | | TC KOBBE RE DONNELLY'S AGREEMENT TO STIP | | | .10 | 01451 | JFC | 35.00 | 11,160.00 |
| 10671567 | 01/13/03 | | REVIEW EISENBERG CHANGES TO BLOCKLESS STIP | | | .40 | 01451 | JFC | 140.00 | 11,300.00 |

```
BILLING ATTORNEY: 00473 STEPHEN F FRUIN          WHITEFORD, TAYLOR & PRESTON                    Page 5 (5)
                                                 DETAILED BILLING REPORT        THRU 11/30/03
                                                 PROFORMA NUMBER: 143570        AS OF 12/22/03  11:24:02

CLIENT  004882           G. WARE TRAVELSTEAD                          LAST DATE BILLED 12/29/00
MATTER  004882.00003     DEBTOR ADMINISTRATION AND CREDITOR QUESTION  DATE BILLED THRU
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 10070939 | 01/14/03 | | AND MEMO TO EISENBERG (2X) COMPLETE CHANGES AND SEND TO OTHER ATTYS MEMO TO EISENBERG RE BLOCKLESS STIP | | | .10 | 01451 | JFC | 35.00 | 11,335.00 |
| 10075101 | 01/15/03 | | MEMOS TO AND FROM BLOCKLESS PARTIES RE STIP APPROVAL. | | | .20 | 01451 | JFC | 70.00 | 11,405.00 |
| 10095017 | 01/31/03 | | TELEPHONE CALL WITH LADD RE: RELEASE OF MORTGAGE | | | .10 | 00473 | SFF | 35.00 | 11,440.00 |
| 10761671 | 03/24/03 | | TELEPHONE CALL WITH BOYD RE: STATUS | | | .10 | 00473 | SFF | 35.00 | 11,475.00 |
| 10801957 | 04/07/03 | | REVIEW MOTION TO PAY ADMIN CLAIMS; PLAN AND CONFIRMATION ORDER; FEE APPLICATION; CONFER C. MACDONALD AND S. FRUIN | | | .80 | 00444 | PMN | 300.00 | 11,775.00 |
| 11901960 | 04/07/03 | | TELEPHONE CALL WARE TRAVELSTEAD | | | .30 | 00444 | PMN | 112.50 | 11,887.50 |
| 10801961 | 04/07/03 | | CORRESPONDENCE JOEL SHER RE FEES BARCELONA ACTIVITIES BY LIQUIDATING AGENT | | | .20 | 00444 | PMN | 75.00 | 11,962.50 |
| 10802312 | 04/08/03 | | REVIEW CORRESPONDENCE JOEL SHER AND WARE TRAVELSTEAD; TELEPHONE CALL WARE TRAVELSTEAD IN FOLLOW-UP ON MEETING LIQUIDATING AGENT AND FEES | | | .20 | 00444 | PMN | 75.00 | 12,037.50 |
| 10801174 | 04/23/03 | | MEETING WITH CLIENT; REVIEW DOCUMENTS | | | .50 | 00473 | SFF | 175.00 | 12,212.50 |
| 10807329 | 04/23/03 | | MEETING TRAVELSTEAD AT WTP RE PENDING ACTIONS SOGO AND EVALUATION OF TAX MATTERS FOR RESOLUTION; COORDINATION WITH GRANT THORNTON AND PROGRAM TO ASSIST LIQUIDATING AGENT WITH SALE HINSUA PARKING SPACES | | | 1.50 | 00444 | PMN | 1,312.50 | 13,525.00 |
| 10811772 | 04/29/03 | | TELEPHONE CALL WARE TRAVELSTEAD RE COORDINATION WITH LIQUIDATING AGENT AND SALE OF SPANISH PARKING LOTS - TAX ISSUE | | | .50 | 00444 | PMN | 187.50 | 13,712.50 |
| 10806715 | 04/30/03 | | MEETING WITH NUSSBAUM RE: UPDATE ON FEE APPLICATION AND SALE OF PARKING SPACES | | | .10 | 00473 | SFF | 35.00 | 13,747.50 |
| 10878756 | 06/11/03 | | TELEPHONE CALL WITH JOEL SHER RE TAX ISSUES AND BARCELONA LOTS | | | .20 | 00444 | PMN | 75.00 | 13,822.50 |
| 10916703 | 07/16/03 | | TELEPHONE CALL JOEL SHER RE TAX STATUS AND SUBMISSION OF RETURN AND HINSUA LOTS | | | .20 | 00444 | PMN | 75.00 | 13,897.50 |
| 10951044 | 08/13/03 | | MEETING JOEL SHER RE TAX MOTION, IRS ISSUES AND PLANNING TO GET PROMPT RELEASE OF FUNDS | | | 1.50 | 00444 | PMN | 562.50 | 14,460.00 |
| 10948854 | 08/25/03 | | TELEPHONE CALL WITH STACEY BOYD RE: ADMINISTRATIVE CLAIM ISSUES | | | .20 | 00473 | SFF | 70.00 | 14,530.00 |
| 10958971 | 09/02/03 | | REVIEW NOTICE AND LETTER TO WARE RE: NOTICE | | | .10 | 01406 | KO | 37.50 | 14,567.50 |
| 11000961 | 10/09/03 | | TELEPHONE CALL WITH BOYD RE: STATUS INQUIRY | | | .10 | 00473 | SFF | 35.00 | 14,602.50 |

```
                                                                    46.80**TIME VALUE TOTAL**         14,602.50
```

------ ATTORNEY SUMMARY ------

| Atty | Status | Attorney Name | Std Rt | Avg Rt | Hours | Value | Last Entry |
|---|---|---|---|---|---|---|---|
| 00444 | Partner | PAUL M. NUSSBAUM | 375.00 | 353.26 | 14.90 | 5,263.50 | 08/13/2003 |

------ DISBURSEMENT SUMMARY ------

| Cod | Description | Amount |
|---|---|---|