```
*************************************************************Page 17 (1)
BILLING ATTORNEY: 00473 STEPHEN F FRUIN    WHITEFORD, TAYLOR & PRESTON    THRU 11/30/03
                                           DETAILED BILLING REPORT         AS OF 12/12/03    15:03:04
                                           PROFORMA NUMBER:   143575       LAST DATE BILLED 11/01/98
                                                                           DATE BILLED THRU

CLIENT 004882          G. WARE TRAVELSTEAD              ADDRESS:G. WARE TRAVELSTEAD
MATTER 004882.00019    CANET LITIGATION                         1709 DEY COVE DRIVE
CASE ID                                                         VIRGINIA BEACH, VA   23454

INVOICE NUMBER _____         INVOICE DATE ___/___/___

                                                                          HOURS    TKPR  TKPR        TIME VALUE    RUNNING
INDEX    DATE       CA   ***PROFESSIONAL SERVICES***           TASK  ACT  WORKED   NO    INIT.       THIS PERIOD   TOTAL

9814149  12/26/00        REVIEW CANET MOTION TO TERMINATE STIPEND AND         .30  00473 SFF              88.50        88.50
                         DRAFT LETTER TO CLIENT
9813891  12/27/00        REVIEW CANET MOTION TO TERMINATE STIPEND             .10  01406 KO               30.50       119.00
9814161  01/18/01        REVIEW LIQUIDATING AGENT'S RESPONSE TO CANET         .20  00473 SFF              59.00       178.00
                         MOTION
9814162  01/18/01        REVIEW FILE AND DRAFT RESPONSE TO CANET MOTION      1.00  00473 SFF             295.00       473.00
                         ON LIVING EXPENSES
9814164  01/25/01        REVIEW AND REVISE RESPONSE TO CANET MOTION TO        .80  00473 SFF             236.00       709.00
                         TERMINATE SEVERANCE
9814166  01/26/01        REVIEW AND REVISE RESPONSE TO CANET MOTION           .60  00473 SFF             177.00       886.00
9787581  01/30/01        CALL ED MCDERMOTT RE: FEE APPLICATION HEARING        .10  01406 KO               30.50       916.50
9814170  02/02/01        DRAFT AND FINALIZE CANET DEPOSITION NOTICE AND       .20  00473 SFF              59.00       975.50
                         TELEPHONE CALL WITH FLAVIN
9841377  08/15/02        REVIEW CANET OPPOSITION TO GRANT THORNTON AND       1.50  00473 SFF             487.50     1,463.00
                         NOTICE OF REQUEST FOR DISTRIBUTION; DRAFT
                         OPPOSITION
10510083 08/16/02        REVIEW AND REVISE OPPOSITION TO CANET               1.80  00473 SFF             585.00     2,048.00
                         OBJECTION TO GRANT THORNTON FEE APPLICATION
10543939 08/26/02        PREPARE AND DRAFT OPPOSITION OF CANET TO            1.30  00444 PMN             435.50     2,483.50
                         PAYMENT GT AND CROSS-MOTION FOR DISTRIBUTION
10551412 09/12/02        REVIEW CANET PLEADINGS RE APPLICATION TO             .50  01570 CJM             112.50     2,596.00
                         DISTRIBUTION.
10551415 09/12/02        DRAFT INTERROGATORIES RE CANET.                      .30  01570 CJM              67.50     2,663.50
10551318 09/13/02        REVIEW AND REVISE DRAFT INTERROGATORIES RE           .60  01570 CJM             135.00     2,798.50
                         CANET.
10532170 09/17/02        REVISE INTERROGATORIES AND DRAFT NOTICE OF          1.20  01570 CJM             270.00     3,068.50
                         DEPOSITION, NOTICE OF DISCOVERY, AND DOCUMENT
                         REQUESTS.
10532276 09/17/02        CONTINUE DRAFTING DOCUMENT REQUESTS; REVISE         1.00  01570 CJM             225.00     3,293.50
                         DISCOVERY NOTICE, INTERROGATORIES AND NOTICE
                         OF DEPOSITION
10573645 10/10/02        CALL K. OESTREICHER AND PREPARE RESPONSE RE         1.00  00444 PMN             335.00     3,628.50
                         CANET
10592549 10/10/02        REVIEW AND REVISE LETTER TO MCDERMOTT RE:           1.00  01406 KO              335.00     3,963.50
                         DISCOVERY DISPUTE
10573648 10/11/02        RETURN TRAVEL; PREPARE FOR CANET DEPOSITION;        7.50  00444 PMN           2,512.50     6,476.00
                         REVIEW FILES RE J. FOUSE
10577620 10/22/02        CALL ED MCDERMOTT RE: CANET DEPOSITION               .20  01406 KO               67.00     6,543.00
10577638 10/22/02        RE-DRAFT LETTER TO ED MCDERMOTT RE: CANET            .40  01406 KO              134.00     6,677.00
10585553 10/28/02        REVIEW CANET MOTION FOR PROTECTIVE ORDER             .20  01406 KO               67.00     6,744.00
10585567 10/28/02        CALL PAUL M. NUSSBAUM RE: CANET MOTION               .10  01406 KO               33.50     6,777.50
10591706 10/29/02        REVISE OPPOSITION TO CANET MOTION                    .50  01406 KO              167.50     6,945.00
```

```
                                    WHITEFORD, TAYLOR & PRESTON                                    Page 18 (2)
BILLING ATTORNEY: 00473 STEPHEN F FRUIN      DETAILED BILLING REPORT
                                             PROFORMA NUMBER: 143575         THRU 11/30/03
                                                                             AS OF 12/12/03    15:03:04

CLIENT   004882            G. WARE TRAVELSTEAD                  LAST DATE BILLED 11/01/98
MATTER   004882.00019      CANET LITIGATION                     DATE BILLED THRU
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 10591729 | 10/29/02 | | REVISE OPPOSITION TO CANET MOTION | | | .10 | 01406 | KO | 33.50 | 6,978.50 |
| 10591739 | 10/29/02 | | LETTER TO ED MCDERMOTT RE: DEPOSITION | | | .10 | 01406 | KO | 33.50 | 7,012.00 |
| 10591916 | 10/30/02 | | CONFERENCE WITH CAMERON MACDONALD RE: CANET RESPONSE | | | .10 | 01406 | KO | 33.50 | 7,045.50 |
| 10593827 | 11/01/02 | | CONFERENCE WITH CAMERON MACDONALD RE: OPPOSITION TO CANET | | | .20 | 01406 | KO | 67.00 | 7,112.50 |
| 10593832 | 11/01/02 | | REVIEW CANET DISCOVERY | | | .10 | 01406 | KO | 33.50 | 7,146.00 |
| 10593851 | 11/01/02 | | REVIEW OPPOSITION TO CANET MOTION TO OBTAIN PROTECTIVE ORDER | | | .20 | 01406 | KO | 67.00 | 7,213.00 |
| 10616214 | 11/06/02 | | CONFERENCE WITH CAMERON MACDONALD RE: CANET MOTION FOR PROTECTIVE ORDER | | | .10 | 01406 | KO | 33.50 | 7,246.50 |
| 10604207 | 11/07/02 | | RESEARCH RE: RULE 37 ISSUES | | | .50 | 01406 | KO | 167.50 | 7,414.00 |
| 10604216 | 11/07/02 | | CONFERENCE WITH CAMERON MACDONALD RE: CANET DISCOVERY ISSUE | | | .20 | 01406 | KO | 67.00 | 7,481.00 |
| 10604223 | 11/07/02 | | CONFERENCE WITH CAMERON MACDONALD RE: POSITION FOR DEPOSITION | | | .30 | 01406 | KO | 100.50 | 7,581.50 |
| 10604226 | 11/07/02 | | CALL ED MCDERMOTT RE: CANET DEPOSITION | | | .10 | 01406 | KO | 33.50 | 7,615.00 |
| 10604241 | 11/07/02 | | DRAFT STIPULATION RE: DISCOVERY DISPUTE | | | .60 | 01406 | KO | 201.00 | 7,816.00 |
| 10604275 | 11/07/02 | | REVISE CANET STIPULATION | | | .20 | 01406 | KO | 67.00 | 7,883.00 |
| 10604284 | 11/07/02 | | CALL RE: SETTLEMENT OF DISCOVERY DISPUTE | | | .10 | 01406 | KO | 33.50 | 7,916.50 |
| 10604150 | 11/11/02 | | REVISE CANET STIPULATION | | | .10 | 01406 | KO | 33.50 | 7,950.00 |
| 10603032 | 11/11/02 | | DRAFT DEPOSITION OUTLINE FOR CANET. | | | 1.80 | 01570 | CJM | 405.00 | 8,355.00 |
| 10614015 | 11/12/02 | | CALL ED MCDERMOTT RE: STIPULATION ON DISCOVERY | | | .10 | 01406 | KO | 33.50 | 8,388.50 |
| 10640798 | 12/10/02 | | TELEPHONE CALL WITH BRENNER AND DRAFT SUMMARY OF TAX SITUATION | | | .20 | 00473 | SFF | 65.00 | 8,453.50 |
| 10637212 | 12/10/02 | | DRAFT DEPOSITION OUTLINE RE CANET. | | | .70 | 01570 | CJM | 157.50 | 8,611.00 |
| 10667914 | 12/16/02 | | REVIEW PLAN DISCLOSURE STATEMENT, PLEADINGS, CORRESPONDENCE AND PREPARE FOR CANET DEPOSITION ON CROSS MOTION FOR DISTRIBUTION | | | 2.40 | 00444 | PMN | 804.00 | 9,415.00 |
| 10644714 | 12/16/02 | | SCHEDULE COURT REPORTER FOR CANET NYC DEPOSITION; FAX NOTICE OF DEPOSITION RE SAME. | | | .20 | 01570 | CJM | 45.00 | 9,460.00 |
| 10667922 | 12/17/02 | | REVIEW Q&A AND DEPOSITION EXHIBITS FOR CANET ON MOTION TO REQUIRE DISTRIBUTION | | | 1.70 | 00444 | PMN | 569.50 | 10,029.50 |
| 10667923 | 12/17/02 | | CONFER WITH C. MACDONALD RE DEPOSITION AND ISSUES ON CANET | | | .50 | 00444 | PMN | 167.50 | 10,197.00 |
| 10648594 | 12/17/02 | | CONFERENCE WITH PAUL M. NUSSBAUM RE: CANET DEPOSITION | | | .10 | 01406 | KO | 33.50 | 10,230.50 |
| 10647070 | 12/17/02 | | CONFER WITH MR. NUSS BAUM AND PREPARE FOR TAKING CANET DEPOSITION ON THURSDAY. | | | 1.20 | 01570 | CJM | 270.00 | 10,500.50 |
| 11075632 | 12/19/02 | | TAKE CANET DEPOSITION IN NEW YORK CITY | | | 10.50 | 01570 | CJM | 2,362.50 | 12,863.00 |
| 10676128 | 01/02/03 | | REVIEW OBJECTION OF IRS TO LIQUIDATING AGENT'S MOTION ON TAX LIABILITY | | | .30 | 00444 | PMN | 112.50 | 12,975.50 |
| 10676130 | 01/02/03 | | PREPARE CORRESPONDENCE TRAVELSTEAD AND JOEL SHER | | | .20 | 00444 | PMN | 75.00 | 13,050.50 |
| 10676224 | 01/02/03 | | REVIEW IRS OPPOSITION TO LA TAX MOTION; CORRESPONDENCE GWT AND JOEL SHER | | | .30 | 00444 | PMN | 112.50 | 13,163.00 |

```
BILLING ATTORNEY: 00473 STEPHEN F FRUIN     WHITEFORD, TAYLOR & PRESTON      THRU 11/30/03                         Page 6 (6)
                                            DETAILED BILLING REPORT
CLIENT   004882           G. WARE TRAVELSTEAD      PROFORMA NUMBER: 143576   LAST DATE BILLED 12/16/02    10:15:56
MATTER   004882.00028     XPRES CORPORATION                                  DATE BILLED THRU 11/30/02
CASE ID
                                                                                           HOURS           TKPR  TKPR  TIME VALUE   RUNNING
INDEX     DATE    CA   ***PROFESSIONAL SERVICES***                           TASK    ACT   WORKED          NO    INIT. THIS PERIOD  TOTAL

8538996  03/08/01      REVIEW RULEY CORRESPONDENCE, NOTICES OF                           .10   01428  MCK        24.00      19,224.00
                       DEPOSITION
8535183  03/09/01      TELEPHONE CALLS M. ALLEN RE TRIAL                                 .20   01428  MCK        48.00      19,272.00
8535184  03/09/01      TELEPHONE CALL R. GOLDBERG RE TRIAL                               .10   01428  MCK        24.00      19,296.00
8535185  03/09/01      REVIEW RULEY CORRESPONDENCE AND ADDITIONAL                        .50   01428  MCK       120.00      19,416.00
                       DOCUMENTS PRODUCED FOR EXPERTS
8535186  03/09/01      REVIEW DEFENDANTS' SUPPLEMENTAL DISCOVERY                         .10   01428  MCK        24.00      19,440.00
                       RESPONSES
8535195  03/10/01      TELEPHONE CALL R. GOLDBERG RE DEPOSITIONS                         .10   01428  MCK        24.00      19,464.00
8538995  03/13/01      REVIEW RULEY CORRESPONDENCE RE DEPOSITIONS                        .10   01428  MCK        24.00      19,488.00
8539003  03/15/01      TELEPHONE CALL R. GOLDBERG RE DEPOSITIONS, TRIAL                  .10   01428  MCK        24.00      19,512.00
8539004  03/15/01      TELEPHONE CALLS M. ALLEN RE DEPOSITIONS                           .30   01428  MCK        72.00      19,584.00
8539005  03/15/01      EMAIL M. ALLEN RE DEPOSITIONS                                     .10   01428  MCK        24.00      19,608.00
8539006  03/15/01      CONFERENCE CALL WITH M. ALLEN RE TRIAL                            .30   01428  MCK        72.00      19,680.00
8539009  03/16/01      TELEPHONE CALL M. ALLEN RE TRIAL                                  .10   01428  MCK        24.00      19,704.00
8539016  03/19/01      TELEPHONE CALL A. RULEY RE DEPOSITIONS                            .10   01428  MCK        24.00      19,728.00
8566655  03/29/01      TELEPHONE CALL WITH M. BRENNER RE TAX DOCUMENTS                   .30   01428  MCK        72.00      19,800.00
9789849  04/10/01      ANALYZE MUSIKA RE PORT FOR XPRESS DEPOSITION;                     .30   01451  JFC        81.00      19,881.00
                       TELEPHONE CALL FRUIN RE SAME; DOCS TO RICHARD
                       GOLDBERG RE SAME
9814277  05/07/01      MEETING(S) WITH GOLDBERG RE; DEPOSITION ISSUES                   1.60   00473  SFF       472.00      20,353.00
9814278  05/07/01      REVIEW DOCUMENTS FOR XPRES DEPOSITION                             .10   00473  SFF        29.50      20,382.50
9814280  05/07/01      REVIEW DEPOSITION NOTICE AND DRAFT LETTER TO                      .10   00473  SFF        29.50      20,412.00
                       MUSIKA
9814281  05/08/01      REVIEW DOCUMENTS AND DEPOSITION PREPARATION                      1.00   00473  SFF       295.00      20,707.00
9814282  05/08/01      ATTEND DEPOSITION OF BABCOSK AND MEET WITH                       5.10   00473  SFF     1,504.50      22,211.50
                       COUNSEL
9814283  05/08/01      RETURN TO BALTIMORE FROM NORTH CAROLINA                          4.20   00473  SFF     1,239.00      23,450.50
9814308  05/14/01      TELEPHONE CALLS WITH GOLDBERG; PENTA                              .20   00473  SFF        59.00      23,509.50
9814284  05/16/01      MEETING(S) WITH GOLDBERG, MUSIKA AND PEDERSON                     .70   00473  SFF       206.50      23,716.00
                       RE: XPRES VALUATION
9814285  05/16/01      TELEPHONE CALLS WITH MUSIKA RE: QUESTIONS ON                      .10   00473  SFF        29.50      23,745.50
                       XPRES
9814286  05/16/01      REVIEW AND DRAFT E-MAILS AND RESPONSES TO                         .10   00473  SFF        29.50      23,775.00
                       GOLDBERG RE: TRIAL SCHEDULING
9814288  05/18/01      MEETING(S) WITH GOLDBERG; PREPARE AND ATTEND                     5.00   00473  SFF     1,475.00      25,250.00
                       MUSIKA DEPOSITION; MEET WITH GOLDBERG AND MUSIKA
9789642  05/18/01      CONFERENCE WITH RICHARD GOLDBERG AND STEVE FRUIN                  .30   01406  KO         91.50      25,341.50
                       RE: EXPERT DEPOSITION
9814289  05/21/01      REVIEW XPRES AFFIDAVIT                                            .20   00473  SFF        59.00      25,400.50
9814309  05/29/01      TELEPHONE CALL WITH GOLDBERG RE: DISCOVERY                        .10   00473  SFF        29.50      25,430.00
9814310  05/29/01      REVIEW GOLDBERG DISCOVERY LETTER TO RULEY AND                     .10   00473  SFF        29.50      25,459.50
                       ELSTER
9814311  05/31/01      TELEPHONE CALL WITH GOLDBERG                                      .10   00473  SFF        29.50      25,489.00
9814290  06/04/01      REVIEW RULEY LETTER                                               .10   00473  SFF        29.50      25,518.50
9814312  06/05/01      REVIEW DOCUMENTS AND ATTEND MEETING WITH                         1.10   00473  SFF       324.50      25,843.00
```

```
BILLING ATTORNEY: 00473 STEPHEN P FRUIN        WHITEFORD, TAYLOR & PRESTON                                    Page 41 (7)
                                               DETAILED BILLING REPORT       THRU 11/30/03
                                               PROFORMA NUMBER:   143578     AS OF 12/12/03       15:03:51

CLIENT   004882              G. WARE TRAVELSTEAD              LAST DATE BILLED 04/30/03
MATTER   004882.00035        VELAZQUEZ COMPLAINT              DATE BILLED THRU 03/31/03
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | DEPOSITION | | | | | | | |
| 9786630 | 09/17/01 | | CALL O'NEILL RE: ROCKWELL DEPOSITION | | | .10 | 01406 | KO | 30.50 | 20,147.50 |
| 9786631 | 09/19/01 | | REVISE RESPONSE TO REQUEST FOR ADMISSIONS | | | .40 | 01406 | KO | 122.00 | 20,269.50 |
| 9786632 | 09/19/01 | | CALL CRUTCHFIELD RE: DEPOSITION | | | .10 | 01406 | KO | 30.50 | 20,300.00 |
| 9786633 | 09/19/01 | | CALL RIVERA RE: DEPOSITION | | | .10 | 01406 | KO | 30.50 | 20,330.50 |
| 9790036 | 09/19/01 | | CALL JOEL SHER RE: FEE | | | .10 | 01406 | KO | 30.50 | 20,361.00 |
| 9790272 | 09/20/01 | | REVIEW AND REVISE REQUESTS FOR ADMISSION | | | .20 | 01451 | JFC | 54.00 | 20,415.00 |
| 9790273 | 09/21/01 | | CONFER WITH KENNETH OESTREICHER RE ANSWERS TO REQUEST FOR ADMISSIONS | | | .10 | 01451 | JFC | 27.00 | 20,442.00 |
| 8953786 | 09/21/01 | | CALL JOEL SHER RE: VELAZQUEZ SUIT | | | .10 | 01406 | KO | 30.50 | 20,472.50 |
| 9786634 | 09/21/01 | | REVIEW REQUESTS FOR ADMISSION RESPONSES | | | .20 | 01406 | KO | 61.00 | 20,533.50 |
| 9786635 | 09/21/01 | | CALL CRUTCHFIELD RE: DEPOSITION SCHEDULE | | | .10 | 01406 | KO | 30.50 | 20,564.00 |
| 9786636 | 09/23/01 | | REVISE DISCOVERY RESPONSE IN VELAZQUEZ ADVERSARY | | | .30 | 01406 | KO | 91.50 | 20,655.50 |
| 9790274 | 09/24/01 | | UPDATING PLANET HOLYWOOD DEPO OUTLINE AND EXHIBITS FOR KO | | | .70 | 01451 | JFC | 189.00 | 20,844.50 |
| 9810093 | 09/24/01 | | MEETING(S) WITH KEN RE: DEPOSITIONS IN VELAZQUEZ CASE | | | .10 | 00473 | SFF | 29.50 | 20,874.00 |
| 9786637 | 09/24/01 | | CALLS TO NEW YORK RE: DEPOSITION OF ROCKWELL | | | .10 | 01406 | KO | 30.50 | 20,904.50 |
| 9786638 | 09/24/01 | | PREPARE FOR EARLE DEPOSITION | | | .20 | 01406 | KO | 61.00 | 20,965.50 |
| 9786639 | 09/24/01 | | REVIEW RESPONSE TO INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS | | | .20 | 01406 | KO | 61.00 | 21,026.50 |
| 9786640 | 09/24/01 | | REVIEW OUTLINE FOR EARL DEPOSITION | | | .10 | 01406 | KO | 30.50 | 21,057.00 |
| 9790275 | 09/25/01 | | CONFER WITH KENNETH OESTREICHER RE ROBERT EARL DEPO QUESTIONS AND INQUIRIES | | | .20 | 01451 | JFC | 54.00 | 21,111.00 |
| 9786641 | 09/25/01 | | PREPARE FOR EARLE DEPOSITION | | | .50 | 01406 | KO | 152.50 | 21,263.50 |
| 9786642 | 09/25/01 | | PREPARE ANSWERS TO INTERROGATORIES | | | .70 | 01406 | KO | 213.50 | 21,477.00 |
| 9786643 | 09/25/01 | | REVISE ANSWERS TO INTERROGATORIES | | | .30 | 01406 | KO | 91.50 | 21,568.50 |
| 9786644 | 09/25/01 | | PREPARATION FOR EARLE DEPOSITION | | | 1.50 | 01406 | KO | 457.50 | 22,026.00 |
| 9790038 | 09/25/01 | | RESEARCH ON BACKGROUND ON EXPERT | | | 1.00 | 01406 | KO | 305.00 | 22,331.00 |
| 9790276 | 09/26/01 | | RESEARCH SPANISH LAW EXPERTS | | | .40 | 01451 | JFC | 108.00 | 22,439.00 |
| 9810094 | 09/26/01 | | MEETING(S) WITH OESTREICHER RE: ROCKWELL DEPOSITION | | | .40 | 00473 | SFF | 118.00 | 22,557.00 |
| 9786645 | 09/26/01 | | PREPARE FOR EARLE DEPOSITION | | | 1.30 | 01406 | KO | 396.50 | 22,953.50 |
| 9786646 | 09/26/01 | | CALL RIVERA RE: DEPOSITION | | | .10 | 01406 | KO | 30.50 | 22,984.00 |
| 9790039 | 09/26/01 | | CONFERENCE WITH STEVE FRUIN RE: ROCKWELL DEPOSITION | | | .40 | 01406 | KO | 122.00 | 23,106.00 |
| 9790277 | 09/27/01 | | TELEPHONE CALL FRUIN RE DEPO | | | .20 | 01451 | JFC | 54.00 | 23,160.00 |
| 9810095 | 09/27/01 | | TRAVEL TO AND FROM NEW YORK; ATTEND ROCKWELL DEPOSITION IN NEW YORK | | | 11.00 | 00473 | SFF | 3,245.00 | 26,405.00 |
| 9810096 | 09/27/01 | | TELEPHONE CALL WITH KEN (P.M.) RE: ROCKWELL DEPOSITION | | | .20 | 00473 | SFF | 59.00 | 26,464.00 |
| 9790040 | 09/27/01 | | CALL STEVE FRUIN ON ROCKWELL DEPOSITION | | | .30 | 01406 | KO | 91.50 | 26,555.50 |
| 9790278 | 09/28/01 | | TELEPHONE CALL KENNETH OESTREICHER RE RESULTS OF ROBERT EARL DEPO | | | .20 | 01451 | JFC | 54.00 | 26,609.50 |
| 9790041 | 09/28/01 | | TRAVEL TO AND FROM ORLANDO, FLORIDA FOR DEPOSITION OF ROBERT EARLE; DEPOSITION OF ROBERT | | | 14.00 | 01406 | KO | 4,270.00 | 30,879.50 |

```
BILLING ATTORNEY: 00473 STEPHEN F FRUIN          WHITEFORD, TAYLOR & PRESTON                                    Page 49 (15)
                                                 DETAILED BILLING REPORT
                                                 PROFORMA NUMBER: 143578       THRU 11/30/03
                                                                               AS OF 12/12/03     15:03:51

CLIENT   004882                    G. WARE TRAVELSTEAD        LAST DATE BILLED 04/30/03
MATTER   004882.00035              VELAZQUEZ COMPLAINT        DATE BILLED THRU 03/31/03
CASE ID

                                                                   HOURS     TKPR TKPR      TIME VALUE    RUNNING
INDEX     DATE       CA  ***PROFESSIONAL SERVICES***    TASK  ACT  WORKED    NO   INIT.     THIS PERIOD   TOTAL

9786718  03/05/02        CALL RE: KABAT DEPOSITION                   .10  01406 KO              33.50    70,418.50
9786719  03/06/02        CALL LYNN KOHEN RE: KABAT DEPOSITION        .10  01406 KO              33.50    70,452.00
9786720  03/06/02        CALL JOEL SHER RE: KABAT DEPOSITION         .10  01406 KO              33.50    70,485.50
9786721  03/06/02        MEMO TO PAUL NUSSBAUM RE: KABAT             .10  01406 KO              33.50    70,519.00
9263356  03/07/02        TELEPHONE CALL W/ PRIVATE PROCESS SERVER RE:.30  00488 HRF             82.50    70,601.50
                         BARISH SUBPOENA
9271608  03/07/02        CONFERENCE WITH FELDMAN RE: DISCOVERY IN    .20  01406 KO              67.00    70,668.50
                         VELAZQUEZ LITIGATION
9786722  03/07/02        CALL CRUTCHFIELD RE: DEPOSITIONS            .10  01406 KO              33.50    70,702.00
9786723  03/07/02        CALL CRUTCHFIELD RE: DEPOSITION AND SCHEDULING .10 01406 KO            33.50    70,735.50
9786724  03/07/02        REVISE REQUEST FOR DISCOVERY                .10  01406 KO              33.50    70,769.00
9266798  03/08/02        TELEPHONE CALL W/ ATTY FOR K. BARISH; PREPARE .80 00488 HRF           220.00    70,989.00
                         NEW SUBPOENA TO BARISH; DRAFT LETTER TO ATTY FOR
                         BARISH;
9271624  03/08/02        VELAZQUEZ DISCOVERY PLANNING                .20  01406 KO              67.00    71,056.00
9786725  03/08/02        LETTER TO CRUTCHFIELD RE: DEPOSITION        .10  01406 KO              33.50    71,089.50
9786726  03/08/02        CALL LYNN KOHEN RE: KABAT DEPOSITION        .10  01406 KO              33.50    71,123.00
9786727  03/08/02        CALL BARRISH COUNSEL RE: DEPOSITION         .20  01406 KO              67.00    71,190.00
9786728  03/08/02        REVIEW FILES FOR BARRISH DOCUMENTS FOR      .30  01406 KO             100.50    71,290.50
                         DEPOSITION
9268908  03/11/02        TELEPHONE CALL W/ ATTY FOR KEITH BARISH;    .70  00488 HRF            192.50    71,483.00
                         TELEPHONE CALLS W/ T. CRUTCHFIELD RE: BARISH
                         DEPO; DRAFT LETTER TO ATTY FOR BARISH
9786729  03/11/02        REVISE DISCOVERY REQUEST                    .20  01406 KO              67.00    71,550.00
9786730  03/11/02        CALL CRUTCHFIELD RE: DEPOSITIONS            .20  01406 KO              67.00    71,617.00
9786731  03/11/02        CALL LYNN KOHEN RE: KABAT DEPOSITION        .20  01406 KO              67.00    71,684.00
9786732  03/11/02        CALL FELDMAN AND CRUTCHFIELD RE: DEPOSITION .20  01406 KO              67.00    71,751.00
9270516  03/12/02        PREPARE FOR BARISH DEPO                    2.10  00488 HRF            577.50    72,328.50
9272541  03/12/02        CALL CRUTCHFIELD RE: MEMO RULING            .10  01406 KO              33.50    72,362.00
9786733  03/12/02        CONFERENCE WITH FELDMAN RE: BARISH DEPOSITION .60 01406 KO            201.00    72,563.00
9786734  03/12/02        CALL MARTINEZ RE: MEETING ON DEPOSITION     .10  01406 KO              33.50    72,596.50
9277355  03/13/02        PREPARE FOR BARISH DEPO                    2.00  00488 HRF            550.00    73,146.50
9786735  03/13/02        CALL FELDMAN RE: DEPOSITION                 .20  01406 KO              67.00    73,213.50
9786736  03/13/02        CALL FELDMAN RE: DEPOSITION                 .10  01406 KO              33.50    73,247.00
9280401  03/14/02        OFFICE CONFERENCE W/ EXPERT WITNESS        2.70  00488 HRF            742.50    73,989.50
9280405  03/14/02        PREPARE FOR BARISH DEPO                    1.90  00488 HRF            522.50    74,512.00
9288120  03/14/02        TRAVEL TO BARISH DEPO; PREPARE FOR BARISH DEPO; 7.80 00488 HRF      2,145.00    76,657.00
                         READ TRANSCRIPTS OF VELAZQUEZ AND EARL DEPOS
9786737  03/14/02        MEETING WITH HOWARD FELDMAN RE: DEPOSITION AND 1.00 01406 KO          335.00    76,992.00
                         EXPERT
9786738  03/14/02        MEETING WITH MARTINEZ RE: DEPOSITION       2.50  01406 KO             837.50    77,829.50
9786739  03/14/02        CALLS WITH TIMOTHY CRUTCHFIELD RE: DEPOSITIONS .20 01406 KO            67.00    77,896.50
                         AND SETTLEMENT
9786740  03/14/02        CALL HOWARD FELDMAN RE: DEPOSITIONS         .20  01406 KO              67.00    77,963.50
9288121  03/15/02        ATTEND BARISH DEPOSITION; TRAVEL FROM BARISH 12.90 00488 HRF        3,547.50    81,511.00
                         DEPOSITION
```

WHITEFORD, TAYLOR & PRESTON
DETAILED BILLING REPORT
PROFORMA NUMBER: 143580

Page 2 (2)

BILLING ATTORNEY: 00473 STEPHEN F FRUIN
THRU 11/30/03
AS OF 12/22/03    11:28:15

| CLIENT | 004882 | | G. WARE TRAVELSTEAD | LAST DATE BILLED | |
| MATTER | 004882.00037 | | SPANISH ISSUES | DATE BILLED THRU | |
| CASE ID | | | | | |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | **AGREEMENT** | | | | | | | |
| 9809488 | 02/01/01 | | CONFERENCE WITH KEITH MOULSDALE RE: TRADEMARK AND LICENSE ISSUE | | | .10 | 01406 | KO | 30.50 | 3,284.00 |
| 9814141 | 02/02/01 | | MEETING(S) AND TELEPHONE CALLS WITH TRAVELSTEAD, OESTREICHER AND MOULSDALE RE: TRADEMARK | | | .50 | 00473 | SFF | 147.50 | 3,431.50 |
| 9809489 | 02/02/01 | | MEETING WITH KEITH MOULSDALE RE: LICENSE AGREEMENT; CALL G. WARE TRAVELSTEAD RE: LICENSE RENEWAL; REVIEW BARRETT LETTER RE: RENEWAL | | | .50 | 01406 | KO | 152.50 | 3,584.00 |
| 9814134 | 02/05/01 | | TELEPHONE CALL WITH CLIENT RE: SPANISH ASSETS | | | .10 | 00473 | SFF | 29.50 | 3,613.50 |
| 9809490 | 02/05/01 | | CONFERENCE WITH STEVE FRUIN RE: TRADEMARK ISSUES | | | .10 | 01406 | KO | 30.50 | 3,644.00 |
| 9809621 | 02/05/01 | | NY CORPORATE STATUS INFO FOR S. FRUIN RE: THE TRAVELSTEAD GROUP | | | .20 | 01105 | KGM | 23.00 | 3,667.00 |
| 9787553 | 02/08/01 | | CONFER WITH KENNETH OESTREICHER RE ISSUES FOR FRANCHISE AGREEMENTS | | | .10 | 01451 | JFC | 27.00 | 3,694.00 |
| 9809622 | 02/08/01 | | CORPORATE INFO TO S. FRUIN FROM FEDERAL RESEARCH; REQUEST ADDITIONAL INFO RE: REINSTATEMENT | | | .30 | 01105 | KGM | 34.50 | 3,728.50 |
| 9814142 | 02/09/01 | | REVIEW DOCUMENTS RE: TRADEMARK ISSUES | | | .20 | 00473 | SFF | 59.00 | 3,787.50 |
| 9809700 | 02/09/01 | | CONFERENCE CALL WITH JOEL SHER AND TIM KRUTCHFELD RE VELAZQUEZ AND SOGO/HINSUA | | | .20 | 00444 | PMN | 61.00 | 3,848.50 |
| 9809491 | 02/09/01 | | CALL KEITH MOUSDALE RE: LICENSE ISSUE | | | .10 | 01406 | KO | 30.50 | 3,879.00 |
| 9809492 | 02/09/01 | | CONFERENCE WITH STEVE FRUIN RE: LICENSE STATUS | | | .10 | 01406 | KO | 30.50 | 3,909.50 |
| 9809623 | 02/09/01 | | ASSIST S. FRUIN WITH OBTAINING INFO RE: NY STATE TAX COMPLIANCE - PREPARE AND SEND LETTER TO DEBBIE STOCKWELL | | | .70 | 01105 | KGM | 80.50 | 3,990.00 |
| 9787319 | 02/11/01 | | MEETING WITH G. WARE TRAVELSTEAD AND JOEL SHER; REVIEW SOGO/HINSUA AND VELASQUEZ DOCUMENTS, PLEADINGS; TRAVEL TO SPAIN | | | 10.00 | 00444 | PMN | 3,050.00 | 7,040.00 |
| 9787320 | 02/12/01 | | MEETINGS WITH JOEL SHER AND WARE TRAVELSTEAD AND VISIT PROPERTIES | | | 2.50 | 00444 | PMN | 762.50 | 7,802.50 |
| 9787321 | 02/13/01 | | MEETINGS WITH BATO AND JESUS ALVAREZ | | | 2.00 | 00444 | PMN | 610.00 | 8,412.50 |
| 9814135 | 02/14/01 | | REVIEW DOCUMENTS FOR MEETING OF NUSSBAUM, SHER AND TRAVELSTEAD IN SPAIN; TELEPHONE CALL WITH SHER'S OFFICE | | | .50 | 00473 | SFF | 147.50 | 8,560.00 |
| 9787322 | 02/14/01 | | MEETINGS WITH VELASQUEZ | | | 8.00 | 00444 | PMN | 2,440.00 | 11,000.00 |
| 9787323 | 02/15/01 | | MEETINGS WITH JOEL SHER AND WARE TRAVELSTEAD | | | 3.00 | 00444 | PMN | 915.00 | 11,915.00 |
| 9787324 | 02/15/01 | | MEETINGS WITH TIM CRUTCHFIELD AND VENDRILL; DRAFT SETTLEMENT WITH VELASQUEZ | | | 3.00 | 00444 | PMN | 915.00 | 12,830.00 |
| 9809493 | 02/15/01 | | CALL KEITH MOULSDALE RE: LICENSE AGREEMENT ISSUE | | | .10 | 01406 | KO | 30.50 | 12,860.50 |
| 9787325 | 02/16/01 | | TRAVEL TO US FROM SPAIN | | | 8.00 | 00444 | PMN | 2,440.00 | 15,300.50 |
| 9809494 | 02/20/01 | | CONFERENCE WITH STEVE FRUIN RE: LICENSE ISSUE | | | .10 | 01406 | KO | 30.50 | 15,331.00 |
| 9814143 | 02/23/01 | | TELEPHONE CALLS AND MEETING(S) WITH EPSTEIN AND OESTREICHER RE: TRADEMARK | | | .50 | 00473 | SFF | 147.50 | 15,478.50 |
| 9809495 | 02/23/01 | | CONFERENCE WITH KEITH MOULSDALE RE: LOANS | | | .30 | 01406 | KO | 91.50 | 15,570.00 |
| 9809496 | 02/23/01 | | CALLS WITH EPSTEIN AND CONFERENCE WITH FRUIN RE: LICENSE ISSUES | | | .70 | 01406 | KO | 213.50 | 15,783.50 |

```
                              WHITEFORD, TAYLOR & PRESTON                                    Page 4 (4)
                              DETAILED BILLING REPORT
BILLING ATTORNEY: 00473 STEPHEN F FRUIN    PROFORMA NUMBER: 143580    THRU 11/30/03
                                                                     AS OF 12/22/03    11:28:15

CLIENT   004882              G. WARE TRAVELSTEAD        LAST DATE BILLED
MATTER   004882.00037        SPANISH ISSUES             DATE BILLED THRU
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | BACK BUSINESS TAXES: | | | | | | | |
| 9814146 | 03/28/01 | | REVIEW MOTION ON HOTEL PATENTS | | | .20 | 00473 | SFF | 59.00 | 21,041.50 |
| 9814147 | 03/28/01 | | MEETING(S) WITH JOHN AND KEN RE: HOTEL PATENTS | | | .20 | 00473 | SFF | 59.00 | 21,100.50 |
| 9809509 | 03/28/01 | | CONFERENCE WITH STEVE FRUIN AND JOHN CARLTON RE: ISSUES FOR MOTION ON FRANCHISE TAX PAYMENT | | | .50 | 01406 | KO | 152.50 | 21,253.00 |
| 9809510 | 03/29/01 | | LETTER TO JOEL SHER RE: FRANCHISE TAX MOTION | | | .10 | 01406 | KO | 30.50 | 21,283.50 |
| 9809511 | 04/16/01 | | CALL G. WARE TRAVELSTEAD RE: LICENSE AGREEMENT | | | .10 | 01406 | KO | 30.50 | 21,314.00 |
| 9809512 | 04/27/01 | | CALL JOEL SHER RE: HOTEL ARTS LICENSE | | | .10 | 02406 | KO | 30.50 | 21,344.50 |
| 9809513 | 05/10/01 | | CALLS TO SHER AND BARRETT RE: TRADEMARKS AND LICENSES | | | .20 | 01406 | KO | 61.00 | 21,405.50 |
| 9809514 | 06/08/01 | | CALL NEW YORK STATE RE: TAXES | | | .10 | 01406 | KO | 30.50 | 21,436.00 |
| 9814138 | 06/26/01 | | TELEPHONE CALL WITH CLIENT RE: SPANISH ASSETS | | | .30 | 00473 | SFF | 88.50 | 21,524.50 |
| 9789654 | 07/09/01 | | DRAFT LETTER TO RIVERA | | | .20 | 01406 | KO | 61.00 | 21,585.50 |
| 9789655 | 07/09/01 | | REVIEW DOCUMENTS FOR RIVERA LETTER | | | .10 | 01406 | KO | 30.50 | 21,616.00 |
| 9789656 | 07/09/01 | | REVISE RIVERA LETTER | | | .10 | 01406 | KO | 30.50 | 21,646.50 |
| 9789657 | 07/09/01 | | REVIEW MEMOS AND NOTES ON TAX ISSUES FOR MEETING WITH G. WARE TRAVELSTEAD | | | .30 | 01406 | KO | 91.50 | 21,738.00 |
| 9810124 | 07/10/01 | | REVIEW PROPOSAL REGARDING SPANISH ASSETS; MEETING WITH CLIENT; TELEPHONE CALL WITH CLIENT AND NUSSBAUM | | | 1.00 | 00473 | SFF | 295.00 | 22,033.00 |
| 9809678 | 07/10/01 | | REVIEW AND PREPARE FOR MEETINGS | | | 2.50 | 00444 | PMN | 762.50 | 22,795.50 |
| 9809679 | 07/10/01 | | TRAVEL TO AMSTERDAM WITH G. TRAVELSTEAD FOR MEETINGS | | | 8.00 | 00444 | PMN | 2,440.00 | 25,235.50 |
| 9809481 | 07/10/01 | | LOCATE DOCUMENTS FOR PAUL NUSSBAUM | | | .20 | 01406 | KO | 61.00 | 25,296.50 |
| 9810125 | 07/10/01 | | TELEPHONE CALL WITH WARE, PAUL, OESTREICHER AND EVA HILL RE: SPANISH ASSETS | | | 1.00 | 00473 | SFF | 295.00 | 25,591.50 |
| 9810126 | 07/11/01 | | TELEPHONE CALLS WITH NUSSBAUM; MEETINGS WITH HILL AND OESTREICHER; REVIEW AND REVISE DOCUMENTS; TELEPHONE CALL WITH TRAVELSTEAD | | | 4.50 | 00473 | SFF | 1,327.50 | 26,919.00 |
| 9809680 | 07/11/01 | | MEETINGS WITH DUTCH GROUP | | | 3.00 | 00444 | PMN | 915.00 | 27,834.00 |
| 9809681 | 07/11/01 | | CONFERENCE CALL WITH JOEL SHER | | | .40 | 00444 | PMN | 122.00 | 27,956.00 |
| 9809682 | 07/11/01 | | CONFERENCE CALL WITH K. OESTREICHER, S. FRUIN AND E. HILL; MEETING WITH G. TRAVELSTEAD | | | 1.00 | 00444 | PMN | 305.00 | 28,261.00 |
| 9809683 | 07/11/01 | | DRAFT AND REVISE CONTRACTS; EVALUATE WITH G. WARE TRAVELSTEAD; PREPARE DOCUMENTS AND MEETINGS WITH TRAVELSTEAD | | | 5.00 | 00444 | PMN | 1,525.00 | 29,786.00 |
| 9809684 | 07/11/01 | | MEETINGS, NEGOTIATIONS WITH TRAVELSTEAD | | | 1.30 | 00444 | PMN | 396.50 | 30,182.50 |
| 9809482 | 07/11/01 | | CONFERENCE WITH STEVE FRUIN RE: TAX ISSUE | | | .10 | 01406 | KO | 30.50 | 30,213.00 |
| 9809483 | 07/11/01 | | CALLS WITH PAUL NUSSBAUM, EVA HILL RE: DEED ON ASSETS | | | .40 | 01406 | KO | 122.00 | 30,335.00 |
| 9809484 | 07/11/01 | | CONFERENCE CALL WITH G. WARE TRAVELSTEAD, PAUL NUSSBAUM, STEVE FRUIN AND EVA HILL RE: AGREEMENT FOR DEED ON ASSETS | | | 1.20 | 01406 | KO | 366.00 | 30,701.00 |
| 9809485 | 07/11/01 | | REVIEW DRAFT AGREEMENT AND CONFERENCE WITH STEVE FRUIN | | | .40 | 01406 | KO | 122.00 | 30,823.00 |
| 9809486 | 07/11/01 | | CONFERENCE WITH EVA HILL RE: DEAL ON ASSETS | | | .20 | 01406 | KO | 61.00 | 30,884.00 |

WHITEFORD, TAYLOR & PRESTON
DETAILED BILLING REPORT

Page 5 (5)

BILLING ATTORNEY: 00473 STEPHEN F FRUIN
PROFORMA NUMBER: 143580

THRU 11/30/03
AS OF 12/22/03    11:28:15

CLIENT     004882            G. WARE TRAVELSTEAD            LAST DATE BILLED
MATTER     004882.00037      SPANISH ISSUES                 DATE BILLED THRU
CASE ID

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 9809515 | 07/11/01 | | CALL CLOIE DUFOR RE: TGI STATUS IN NEW YORK | | | .10 | 01406 | KO | 30.50 | 30,914.50 |
| 9809685 | 07/12/01 | | MEETINGS AND NEGOTIATIONS WITH IC INVESTORS; PRESENT AND NEGOTIATE STRUCTURE OF GWT CONSULTING AGREEMENT; REVISE DOCUMENTS AND TELEPHONE CALLS WITH WTP PERSONNEL; MEETING WITH GWT | | | 4.00 | 00444 | PMN | 1,220.00 | 32,134.50 |
| 9810127 | 07/13/01 | | TELEPHONE CALL WITH NUSSBAUM AND E-MAIL DOCUMENT TO DUTCH PARTY | | | .10 | 00473 | SFF | 29.50 | 32,164.00 |
| 9809686 | 07/13/01 | | ALL DAY/EVENING MEETINGS, NEGOTIATIONS AND DRAFTING OF CONSULTING AGREEMENT AND TERMS WITH FISHMAN CORP LAWYERS AND AGREEMENTS FOR COMPLEX; MEETINGS WITH GWT AND REVIEW STRATEGIES AND PLANNING; TELEPHONE CALL WITH JOEL SHER RE TERMS, OBJECTIVES AND APPROVALS | | | 10.00 | 00444 | PMN | 3,050.00 | 35,214.00 |
| 9809687 | 07/13/01 | | DOCUMENTS FOR PAUL NUSSBAUM IN AMSTERDAM | | | .20 | 01406 | KO | 61.00 | 35,275.00 |
| 9809687 | 07/14/01 | | TRAVEL AND RETURN FROM AMSTERDAM; REVIEW AGREEMENTS; DRAFT REPORT FOR JOEL SHER; REVIEW AND DRAFT DOCUMENTS FOR CONSULTING SCHEDULE, ESCROWS AND ASSISTANCE FOR FISHMAN GROUP AND IC INVESTORS; DOCUMENT REVIEW | | | 8.00 | 00444 | PMN | 2,440.00 | 37,715.00 |
| 9809688 | 07/15/01 | | TELEPHONE CALL WITH JOEL SHER RE GWT CONSULTING AGREEMENT AND MEETINGS BARCELONA WITH PURCHASERS AND JAPANESE | | | .30 | 00444 | PMN | 91.50 | 37,806.50 |
| 9810128 | 07/16/01 | | TELEPHONE CALLS WITH CLIENT, NUSSBAUM AND MARTJIN (DUTCH LAWYER) | | | .70 | 00473 | SFF | 206.50 | 38,013.00 |
| 9810129 | 07/16/01 | | REVIEW DUTCH AGREEMENTS | | | .40 | 00473 | SFF | 118.00 | 38,131.00 |
| 9810130 | 07/17/01 | | TELEPHONE CALLS WITH CLIENT AND NUSSBAUM; TELEPHONE CALL WITH OFFICE WITH REGARD TO WIRE TRANSFER | | | .30 | 00473 | SFF | 88.50 | 38,219.50 |
| 9809689 | 07/17/01 | | EVENING MEETINGS WITH GWT AND JOEL SHER AND TRAVEL TO BARCELONA FOR DUE DILIGENCE WITH GWT AND LIQUIDATING AGENT AND MEETINGS AND NEGOTIATIONS FOR SALE OF COMPLEX; REVIEW PLAN ND RELATED SOGO AGREEMENTS; REVIEW ALL PLEADINGS AND LITIGATION VS. SOGO AND MEMORANDUM ON AGREEMENTS, TRADEMARK AND OPTION ISSUES | | | 5.00 | 00444 | PMN | 1,525.00 | 39,744.50 |
| 9809690 | 07/17/01 | | MEETINGS WITH TRAVELSTEAD, COUNSEL AND HOTEL ARTS PERSONNEL; VISIT SITES IN BARCELONA | | | 5.00 | 00444 | PMN | 1,525.00 | 41,269.50 |
| 9810131 | 07/18/01 | | TELEPHONE CALL WITH CLIENT | | | .10 | 00473 | SFF | 29.50 | 41,299.00 |
| 9809691 | 07/18/01 | | ALL DAY MEETINGS, CONSULTATION WITH GWT AND JOEL SHER AND DUTCH DEAL STRUCTURE, HOTEL ARTS | | | 5.00 | 00444 | PMN | 1,525.00 | 42,824.00 |
| 9809692 | 07/19/01 | | MEETINGS WITH GWT, JOEL SHER DUTCH AND ARTS GROUP; DISCUSS AND STRATEGIZE SOGO SALE ISSUES | | | 3.50 | 00444 | PMN | 1,067.50 | 43,891.50 |
| 9810132 | 07/20/01 | | TELEPHONE CALLS WITH REGARD TO SALE OF SPANISH ASSETS | | | .40 | 00473 | SFF | 118.00 | 44,009.50 |
| 9810133 | 07/20/01 | | TELEPHONE CALLS WITH NUSSBAUM AND TRAVELSTEAD | | | .20 | 00473 | SFF | 59.00 | 44,068.50 |

```
                                      WHITEFORD, TAYLOR & PRESTON                                   Page 6 (6)
BILLING ATTORNEY: 00473 STEPHEN F FRUIN    DETAILED BILLING REPORT      THRU 11/30/03
                                           PROFORMA NUMBER:  143580     AS OF 12/22/03    11:28:15

CLIENT    004882            G. WARE TRAVELSTEAD                LAST DATE BILLED
MATTER    004882.00037      SPANISH ISSUES                     DATE BILLED THRU
CASE ID
                                                                         HOURS        TKPR  TKPR   TIME VALUE   RUNNING
INDEX      DATE       CA   ***PROFESSIONAL SERVICES***          TASK ACT WORKED       NO.   INIT.  THIS PERIOD  TOTAL

                           RE: SPANISH SALE
9809693   07/20/01         MEETINGS, DEBRIEFING WITH JOEL SHER, LIQUIDATING
                           ISSUES, STRUCTURE SOGO DEAL AND RETURN TO
                           BALTIMORE, READ DOCUMENTS, PLAN, TRANSACTIONAL
                           MATERIALS AND CORRESPONDENCE FOR SHER AND DEBTOR      8.00  00444 PMN     2,440.00   46,508.50
9810134   07/23/01         TELEPHONE CALLS WITH TRAVELSTEAD AND NUSSBAUM;
                           DRAFT LETTER TO DUTCH LAWYER                           .20  00473 SFF        59.00   46,567.50
9810135   07/25/01         DRAFT LETTER TO MARTIJN RE: STATUS OF AGREEMENT        .20  00473 SFF        59.00   46,626.50
9810136   07/30/01         DRAFT E-MAILS TO MARTIJN RE: DUTCH DEAL                .20  00473 SFF        59.00   46,685.50
9810137   07/30/01         REVIEW PROPOSED ESCROW AGREEMENT                       .70  00473 SFF       206.50   46,892.00
9810138   07/31/01         REVIEW AND REVISE COMMENTS ON ESCROW AGREEMENT         .20  00473 SFF        59.00   46,951.00
9810139   07/31/01         TELEPHONE CALL WITH CLIENT                             .10  00473 SFF        29.50   46,980.50
9810140   07/31/01         DRAFT E-MAIL TO CLIENT RE: ESCROW AGREEMENT
                           COMMENTS                                               .10  00473 SFF        29.50   47,010.00
9810141   08/01/01         DRAFT LETTER TO MARTIJN (DUTCH LAWYER)                 .30  00473 SFF        88.50   47,098.50
9810142   08/01/01         TELEPHONE CALLS WITH CLIENT TRAVELSTEAD RE:
                           RELEASE                                                .20  00473 SFF        59.00   47,157.50
9810143   08/01/01         REVIEW AND REVISE RELEASE                              .20  00473 SFF        59.00   47,216.50
9810144   08/02/01         DRAFT E-MAIL TO MARTIJN FOR EXTENSION ON RELEASE       .10  00473 SFF        29.50   47,246.00
9810145   08/03/01         TELEPHONE CALL WITH MARTIJN (DUTCH LAWYER)             .10  00473 SFF        29.50   47,275.50
9810146   08/03/01         DRAFT LETTER AND E-MAIL TO MARTIJN AND CLIENT;
                           CALLS TO CLIENT                                        .40  00473 SFF       118.00   47,393.50
9810147   08/06/01         DRAFT E-MAILS TO WARE AND MARTIJN AND REVIEW
                           RESPONSES                                              .30  00473 SFF        88.50   47,482.00
9810148   08/06/01         TELEPHONE CALLS WITH CLIENT RE: DEAL                   .10  00473 SFF        29.50   47,511.50
9810149   08/07/01         DRAFT E-MAIL RE: STATUS OF DUTCH DEAL                  .10  00473 SFF        29.50   47,541.00
9810150   08/07/01         TELEPHONE CALL WITH CLIENT RE: DUTCH DEAL              .10  00473 SFF        29.50   47,570.50
9810151   08/08/01         TELEPHONE CALL WITH CLIENT RE: SOGO DEAL WITH
                           DUTCH                                                  .10  00473 SFF        29.50   47,600.00
9810152   08/08/01         REVIEW EMAILS WITH DUTCH ON ESCROW AGREEMENT AND
                           RELEASE                                                .40  00473 SFF       118.00   47,718.00
9810153   08/09/01         REVIEW WARE'S E-MAIL ON ESCROW AGREEMENT RE:
                           SOGO                                                   .10  00473 SFF        29.50   47,747.50
9810154   08/09/01         TELEPHONE CALLS WITH CLIENT RE: ESCROW AGREEMENT       .30  00473 SFF        88.50   47,836.00
9810155   08/09/01         DRAFT AND REVISE LETTER TO DUTCH RE: ESCROW
                           AGREEMENT                                              .40  00473 SFF       118.00   47,954.00
9810156   08/10/01         TELEPHONE CALLS WITH CLIENT RE: MARTIJN (DUTCH
                           LAWYER)                                                .20  00473 SFF        59.00   48,013.00
9810157   08/10/01         REVIEW MARTIJN E-MAILS                                 .10  00473 SFF        29.50   48,042.50
9810158   08/10/01         REVIEW AND REVISE LETTER FROM WARE TO SHER;
                           TELEPHONE CALL WITH WARE; TELEPHONE CALL WITH
                           NUSSBAUM                                               .70  00473 SFF       206.50   48,249.00
9810159   08/13/01         TELEPHONE CALL WITH CLIENT RE: SOGO                    .10  00473 SFF        29.50   48,278.50
9810160   08/13/01         DRAFT EMAILS TO NUSSBAUM AND TRAVELSTEAD               .10  00473 SFF        29.50   48,308.00
9810161   08/15/01         REVIEW AND DRAFT E-MAILS - NUSSBAUM AND SHER           .20  00473 SFF        59.00   48,367.00
9810162   08/15/01         DRAFT LETTER TO SHER - TRAVELSTEAD                     .10  00473 SFF        29.50   48,396.50
```

```
BILLING ATTORNEY: 00473 STEPHEN F FRUIN          WHITEFORD, TAYLOR & PRESTON                                        Page 8 (8)
                                                 DETAILED BILLING REPORT
                                                 PROFORMA NUMBER: 143580        THRU 11/30/03
                                                                                AS OF 12/22/03       11:28:15

CLIENT   004882              G. WARE TRAVELSTEAD              LAST DATE BILLED
MATTER   004882.00037        SPANISH ISSUES                   DATE BILLED THRU
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 9810182 | 09/26/01 | | REVIEW DOCUMENTS - ESCROW AGREEMENT WITH DUTCH AND DUTCH DEAL | | | .10 | 00473 | SFF | 29.50 | 50,226.00 |
| 9810237 | 09/28/01 | | DRAFT LETTER TO DUTCH LAWYER MARTIJN RE: SALE OF INTEREST | | | .10 | 00473 | SFF | 29.50 | 50,255.50 |
| 9810208 | 10/01/01 | | TELEPHONE CALLS WITH SHER AND EPSTEIN RE: SPANISH TRADEMARKS; DRAFT LETTER TO SHER | | | .30 | 00473 | SFF | 88.50 | 50,344.00 |
| 9809519 | 10/01/01 | | CONFERENCE WITH STEVE FRUIN RE: LICENSE ISSUE | | | .10 | 01406 | KO | 30.50 | 50,374.50 |
| 9810209 | 10/05/01 | | DRAFT LETTER TO SHER RE: EPSTEIN | | | .10 | 00473 | SFF | 29.50 | 50,404.00 |
| 9809520 | 10/05/01 | | CALL RICHARD GOLDBERG RE: LICENSE ISSUE | | | .10 | 01406 | KO | 30.50 | 50,434.50 |
| 9809521 | 10/08/01 | | CALL JEFF EPSTEIN RE: LICENSE RENEWAL | | | .10 | 01406 | KO | 30.50 | 50,465.00 |
| 9809522 | 10/09/01 | | CALL JEFF EPSTEIN RE: LICENSE RENEWAL | | | .10 | 01406 | KO | 30.50 | 50,495.50 |
| 9809523 | 10/09/01 | | CALL HERMAN ROSENTHAL RE: TAX CLAIM ISSUES | | | .20 | 01406 | KO | 61.00 | 50,556.50 |
| 9809524 | 10/11/01 | | CALL HERMAN ROSENTHAL AND STEVE FRUIN RE: TAX ISSUES | | | .50 | 01406 | KO | 152.50 | 50,709.00 |
| 9809532 | 10/17/01 | | CALL JEFF EPSTEIN RE: REMOVAL OF LICENSE | | | .10 | 01406 | KO | 30.50 | 50,739.50 |
| 9810184 | 12/21/01 | | MEETING(S) WITH NUSSBAUM; TELEPHONE CALL WITH TRAVELSTEAD; REVIEW DOCUMENTS; DRAFT LETTER AGREEMENT REGARDING EXTENSION; REVIEW DRAFT WITH CLIENT | | | 1.40 | 00473 | SFF | 413.00 | 51,152.50 |
| 9810185 | 01/03/02 | | DRAFT EMAIL TO CLIENT RE: STATUS OF HOTEL SALE AND DUTCH DEAL | | | .10 | 00473 | SFF | 32.50 | 51,185.00 |
| 9810186 | 01/04/02 | | TELEPHONE CALL WITH MARTIJN; TELEPHONE CALL WITH WARE; REVIEW DOCUMENTS | | | .40 | 00473 | SFF | 130.00 | 51,315.00 |
| 9810187 | 01/07/02 | | TELEPHONE CALL WITH CLIENT RE: PHONE CALL WITH LOUI | | | .10 | 00473 | SFF | 32.50 | 51,347.50 |
| 9810188 | 01/07/02 | | DRAFT EMAIL TO MARTIJN'S OFFICE | | | .20 | 00473 | SFF | 65.00 | 51,412.50 |
| 9810189 | 01/07/02 | | MEETING(S) WITH CLIENT AND DRAFT LETTER WITH SIGNED DOCUMENTS | | | .20 | 00473 | SFF | 65.00 | 51,477.50 |
| 9790087 | 01/08/02 | | CONFERENCE WITH PAUL NUSSBAUM RE: SPANISH LITIGATION | | | .20 | 01406 | KO | 67.00 | 51,544.50 |
| 9810190 | 01/11/02 | | TELEPHONE CALL WITH CLIENT RE: DUTCH DEAL | | | .10 | 00473 | SFF | 32.50 | 51,577.00 |
| 9810191 | 01/15/02 | | TELEPHONE CALLS WITH CLIENT TRAVELSTEAD RE: DUTCH DEAL | | | .30 | 00473 | SFF | 97.50 | 51,674.50 |
| 9810192 | 01/15/02 | | MEETING(S) WITH NUSSBAUM RE: DUTCH DEAL | | | .10 | 00473 | SFF | 32.50 | 51,707.00 |
| 9810193 | 01/15/02 | | TELEPHONE CALLS WITH MARTIJN (DUTCH LAWYER) | | | .30 | 00473 | SFF | 97.50 | 51,804.50 |
| 9810194 | 01/15/02 | | REVIEW FILE AND DRAFT EMAIL TO MARTIJN REQUESTING RETURN OF RELEASE | | | .30 | 00473 | SFF | 97.50 | 51,902.00 |
| 9810195 | 01/15/02 | | TELEPHONE CALL WITH CLIENT RE: NEW DUTCH PROPOSAL | | | .10 | 00473 | SFF | 32.50 | 51,934.50 |
| 9810196 | 01/15/02 | | DRAFT LETTER TO MARTIJN REJECTING NEW PROPOSAL | | | .20 | 00473 | SFF | 65.00 | 51,999.50 |
| 9810197 | 01/17/02 | | REVIEW FILE AND COMPILE RELEVANT DOCUMENTS REGARDING DUTCH DEAL WITH WARE | | | .40 | 00473 | SFF | 130.00 | 52,129.50 |
| 9810198 | 01/18/02 | | REVIEW EMAILS; TELEPHONE CALL WITH CLIENT; RE: DUTCH PURCHASE OF HOTEL | | | .30 | 00473 | SFF | 97.50 | 52,227.00 |
| 9810216 | 01/18/02 | | REVIEW LETTER FROM TRADEMARK COUNSEL; TELEPHONE CALL WITH CLIENT ON TRADEMARK STATUS | | | .20 | 00473 | SFF | 65.00 | 52,292.00 |
| 9790115 | 01/20/02 | | MEET WITH G. WARE TRAVELSTEAD; REVIEW AND | | | 12.00 | 00444 | PMN | 4,020.00 | 56,312.00 |

```
BILLING ATTORNEY: 00473 STEPHEN F FRUIN        WHITEFORD, TAYLOR & PRESTON              Page 9 (9)
                                               DETAILED BILLING REPORT
                                               PROFORMA NUMBER:  143580    THRU 11/30/03
                                                                           AS OF 12/22/03  11:28:15

CLIENT    004882              G. WARE TRAVELSTEAD               LAST DATE BILLED
MATTER    004882.00037        SPANISH ISSUES                    DATE BILLED THRU
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | PREPARE FOR COURT AND MEETINGS IN SPAIN; TRAVEL TO SPAIN | | | | | | | |
| 9809694 | 01/21/02 | | PREPARE RECORDS FOR MEETING WITH DUTCH GROUP ON SALE OF ARTS PROJECT; MEETINGS WITH G. WARE TRAVELSTEAD RE BLACKSTONE GROUP STRUCTURE AND NEGOTIATIONS; MEETINGS IN SPAIN WITH COUNSEL, JOEL SHER, AND JESUS ALVAREZ RE COURT CASE AND HOTEL ARTS SALE; PARKING LOT TRANSACTIONS AND EVALUATION OF ALL OPTIONS AND PARTIES FOR SALE | | | 9.00 | 00444 | PMN | 3,015.00 | 59,327.00 |
| 9790088 | 01/21/02 | | CALL PAUL NUSSBAUM RE: DOCUMENTS FOR G. WARE TRAVELSTEAD, REVIEW DOCUMENTS AND SEND DOCUMENTS | | | .20 | 01406 | KO | 67.00 | 59,394.00 |
| 9810199 | 01/22/02 | | TELEPHONE CALLS WITH NUSSBAUM AND OBTAIN DOCUMENTS FOR NUSSBAUM RE: DUTCH DEAL | | | .40 | 00473 | SFF | 130.00 | 59,524.00 |
| 9810200 | 01/22/02 | | TELEPHONE CALL WITH MARTIJN (DUTCH LAWYER); DRAFT EMAILS TO NUSSBAUM AND REVIEW RESPONSE; CONFIRM RETURN OF RELEASE | | | .20 | 00473 | SFF | 65.00 | 59,589.00 |
| 9790117 | 01/22/02 | | MEETINGS JESUS ALVAREZ, G. WARE TRAVELSTEAD, JOEL SHER; MEETINGS WITH J. SILVA RE COURT HEARINGS AND PREPARATION; REVIEW CASE AND BK CLAIMS DOCUMENTATION; ASSIST IN COURT PRESENTATION ; DISCUSS AND EVALUATE OPTIONS ON SALE HINSUA AND ARTS COMPLEX | | | 5.50 | 00444 | PMN | 1,842.50 | 61,431.50 |
| 9790089 | 01/22/02 | | LOCATE DOCUMENTS FOR SPANISH LITIGATION; CALL G. WARE TRAVELSTEAD | | | .40 | 01406 | KO | 134.00 | 61,565.50 |
| 9810201 | 01/23/02 | | TELEPHONE CALL WITH MARTIJN AND SEND EMAIL TO NUSSBAUM | | | .20 | 00473 | SFF | 65.00 | 61,630.50 |
| 9786328 | 01/23/02 | | PREPARE FOR AND ATTEND AND PARTICIPATE IN COURT HEARINGS IN BARCELONA FOR G. WARE TRAVELSTEAD AND J. SILVA AND PREPARATION WITH JOEL SHER AND G. WARE TRAVELSTEAD; FULL DAY TRIAL VELAZQUEZ (CRIMINAL) V. GWT | | | 8.00 | 00444 | PMN | 2,680.00 | 64,310.50 |
| 9809695 | 01/23/02 | | MEETINGS WITH TRAVELSTEAD AND PREPARE FOR MEETINGS WITH DUTCH/GERMAN ACQUISITION GROUP WITH TRAVELSTEAD, JOEL SHER AND COUNSEL; NEGOTIATE CONSULTING AGREEMENT AND SALE TRANSACTION FOR INTEREST IN ARTS | | | 2.50 | 00444 | PMN | 837.50 | 65,148.00 |
| 9809696 | 01/24/02 | | TRAVEL/RETURN FROM BARCELONA - WORK ON SCHEDULES FOR DUE DILIGENCE AND ACQUISITION ISSUES ART PROJECT | | | 8.00 | 00444 | PMN | 2,680.00 | 67,828.00 |
| 9809697 | 02/20/02 | | FOLLOW-UP ON MEETINGS WARE TRAVELSTEAD AND CALLS TO DUTCH/GRUMANS ON SOGO AND SALE ARTS; CALLS JOEL SHER | | | .40 | 00444 | PMN | 134.00 | 67,962.00 |
| 9810217 | 04/08/02 | | DRAFT LETTER ON TRADEMARK TO TRADEMARK COUNSEL | | | .10 | 00473 | SFF | 32.50 | 67,994.50 |
| 9790098 | 04/12/02 | | MEETING WITH ANDREA FUCHECK; CALL ALFONZO MARTINEZ RE: DISMISSAL OF SPANISH APPEAL | | | .90 | 01406 | KO | 301.50 | 68,296.00 |
| 9810218 | 04/22/02 | | REVIEW LETTERS FROM TRADEMARK COUNSEL | | | .20 | 00473 | SFF | 65.00 | 68,361.00 |

```
BILLING ATTORNEY: 00473 STEPHEN F FRUIN          WHITEFORD, TAYLOR & PRESTON                                    Page 10 (10)
                                                 DETAILED BILLING REPORT
                                                 PROFORMA NUMBER: 143580       THRU 11/30/03
                                                                               AS OF 12/22/03    11:28:15

CLIENT   004882               G. WARE TRAVELSTEAD                  LAST DATE BILLED
MATTER   004882.00037         SPANISH ISSUES                       DATE BILLED THRU
CASE ID
```

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 9809228 | 07/10/02 | | REVIEW JOEL SHER LETTER TO JAVIER SELVA ON RELEASE OF BOND IN SPAIN | | | .10 | 00444 | PMN | 33.50 | 68,394.50 |
| 9809235 | 07/11/02 | | TELEPHONE CALL WARE TRAVELSTEAD RE BARCELONA MEETINGS; REVIEW SOGO DISCOVERY LISTS AND MATERIALS; LETTERS JOEL SHER | | | .80 | 00444 | PMN | 268.00 | 68,662.50 |
| 9809244 | 07/13/02 | | REVIEW SOGO MATERIALS AND HINSUA STRUCTURE AND FINANCING IN PREPARATION FOR MEETINGS IN SPAIN | | | 2.00 | 00444 | PMN | 670.00 | 69,332.50 |
| 9809251 | 07/15/02 | | MEETINGS WITH WARE TRAVELSTEAD AND JOEL SHER RE AGENDA FOR MEETINGS BARCELONA AND TAX ISSUES, STRATEGY ON SALE OF GARAGE, LITIGATION SOGO AND BOND RELEASE | | | 2.00 | 00444 | PMN | 670.00 | 70,002.50 |
| 9809260 | 07/16/02 | | TRAVEL TO SPAIN; STUDY ALL SOGO LITIGATION AND DOCUMENT AND DISCOVERY MATERIALS; CONFER AND REVIEW WITH WARE TRAVELSTEAD RE ALL ALLEGATIONS AND CLAIMS, FACTS, EVENTS AND ISSUES RE SOGO AND MEETINGS WITH WITNESSES IN BARCELONA | | | 10.00 | 00444 | PMN | 3,350.00 | 73,352.50 |
| 9809261 | 07/17/02 | | MEETINGS GONZALES, ARTS CONTACTS, WARE TRAVELSTEAD; PREPARE FOR INTERVIEWS AND REVIEW MATERIALS; EVALUATION OF NEW PROJECTS AND ASSESSMENT OF INTERPLAY WITH SOGO LITIGATION AND WITNESSES AND HELPFUL INTELLIGENCE; TELEPHONE CALL JOEL SHER RE 2004 AND SOGO STRATEGY | | | 6.50 | 00444 | PMN | 2,177.50 | 75,530.00 |
| 9809265 | 07/18/02 | | MEETINGS JESUS ALVAREZ RE SERVICES FOR PARKING GARAGE SALE EFFORT; PREPARE FOR MEETINGS WITH BATO AND SILVA | | | 1.50 | 00444 | PMN | 502.50 | 76,032.50 |
| 9809266 | 07/18/02 | | MEETINGS WITH SILVA | | | 1.80 | 00444 | PMN | 603.00 | 76,635.50 |
| 9809267 | 07/18/02 | | MEETINGS WITH BATO | | | 2.00 | 00444 | PMN | 670.00 | 77,305.50 |
| 9809268 | 07/18/02 | | EVENING MEETING WITH GONZALES, WARE TRAVELSTEAD AND JESUS ALVAREZ | | | 1.50 | 00444 | PMN | 502.50 | 77,808.00 |
| 9809269 | 07/19/02 | | TRAVEL, REVIEW WITH WARE TRAVELSTEAD; EVALUATE SOGO/BANK CLAIMS, STRUCTURE FOR BEST SALE LOTS AND GREATEST RECOVERY FOR CREDITORS IN LIGHT OF BANK PLANNED ATTACK; REVIEW CASH FLOWS, TAX INFO AND INCOME PROFORMA FROM BATO; EVALUATE WITH WARE TRAVELSTEAD RE PLAN DISTRIBUTIONS AND COORDINATE WITH JOEL SHER FOR CLOSING CASE; REVIEW DOCUMENTS | | | 9.00 | 00444 | PMN | 3,015.00 | 80,823.00 |
| 10573618 | 10/07/02 | | REVIEW MATERIALS RE HINSUA AND TRAVEL BARCELONA; MEETINGS JOEL SHER, HINSUA, G. TRAVELSTEAD | | | 8.00 | 00444 | PMN | 2,680.00 | 83,503.00 |
| 10573619 | 10/08/02 | | MEETING GWT/GONZOLA/BARTO/MEETING ALVAREZ RE SALE TRIPLAZA/HINSUA - MEETINGS JOEL SHER | | | 3.00 | 00444 | PMN | 1,005.00 | 84,508.00 |
| 10573630 | 10/09/02 | | REVIEW HINSUA PROPORTIONS; BANK STATEMENTS, BANCO SCHEDULE AND TAX DETAIL; PREPARE FOR MEETING WITH G. TRAVELSTEAD AND BATO | | | 2.70 | 00444 | PMN | 904.50 | 85,412.50 |
| 10573632 | 10/09/02 | | MEETING AND PREPARATION WITH JOEL SHER RE | | | .80 | 00444 | PMN | 268.00 | 85,680.50 |