```
BILLING ATTORNEY: 00473 STEPHEN F FRUIN           WHITEFORD, TAYLOR & PRESTON                                   Page 8 (8)
                                                 DETAILED BILLING REPORT        THRU 11/30/03
CLIENT   004882          G. WARE TRAVELSTEAD     PROFORMA NUMBER: 143569        AS OF 12/12/03  14:37:01
MATTER   004882.00001    PETITION PACKAGE AND SCHEDULES
CASE ID                                                                 LAST DATE BILLED 12/28/00
                                                                        DATE BILLED THRU
```

| INDEX | DATE | REFER-# | CODE | CTRL-# | TKPR | | AMOUNT |
|---|---|---|---|---|---|---|---|
| 4838491 | 10/22/02 | 672867 | 61 | 7984 | 00473 | TAXIS - SPAIN - 10/8/02 - 10/8 - 10/02 CLIENT TRAVEL REIMBURSEMENT - PAUL M NUSSBAUM | 2,102.00 |
| 4834492 | 10/22/02 | 672867 | 61 | 7984 | 00473 | MISC. EXPENSES - SPAIN - 10/8 - 11/02 CLIENT TRAVEL REIMBURSEMENT - PAUL M NUSSBAUM | 1,252.23 |
| 4851609 | 11/13/02 | 673739 | 61 | 11567 | 00473 | FOOD-IN SPAIN (WARE TRAVELSTEAD, JOEL SHER AND PAUL NUSSBAUM) - 10/8 - 11/02 CLIENT TRAVEL REIMBURSEMENT - PAUL M NUSSBAUM | 393.45 |
| 4851597 | 11/13/02 | 673739 | 61 | 11567 | 00473 | AIRLINE TICKETS - 10/11/02 CLIENT TRAVEL REIMBURSEMENT - PAUL M NUSSBAUM | 201.00 |
| 4851602 | 11/13/02 | 673739 | 61 | 11567 | 00473 | FOOD - SPAIN - 10/9/02 CLIENT TRAVEL REIMBURSEMENT - PAUL M NUSSBAUM | 116.73 |
| 4851604 | 11/13/02 | 673739 | 61 | 11567 | 00473 | FOOD - SPAIN - 10/10/02 CLIENT TRAVEL REIMBURSEMENT - PAUL M NUSSBAUM | 1,136.47 |
| 4851608 | 11/13/02 | 673739 | 61 | 11567 | 00473 | HOTEL - 10/20/02 CLIENT TRAVEL REIMBURSEMENT - PAUL M NUSSBAUM | 42.39 |
| 4884328 | 01/15/03 | 676056 | 61 | 20738 | 00473 | FOOD - SPAIN - 10/10/02 CLIENT TRAVEL REIMBURSEMENT - JOEL SHER BANKRUPTCY CASE | 1,500.00 |
| 4884745 | 01/16/03 | 676143 | 61 | 20902 | 00473 | CLIENT TRAVEL REIMBURSEMENT - DINERS CLUB TVL DSTNTNS MGMT GRP INC - C. MACDONALD - 12/18/02 | 20.00 |
| 4890225 | 01/27/03 | 676477 | 61 | 22362 | 00473 | CLIENT TRAVEL REIMBURSEMENT - MR. G. WARE TRAVELSTEAD REIMBURSE CLIENT FOR OVERNIGHT STAY AT RENAISSANCE HARBORPLACE HOTL | 219.66 |
| 4903446 | 02/19/03 | 677490 | 61 | 25649 | 00473 | CLIENT TRAVEL REIMBURSEMENT - DINERS CLUB NATL RR PASS CORP - C. MACDONALD - 12/18/02 | 389.00 |
| 4906436 | 02/21/03 | 677490 | 61 | 26063 | 00473 | CLIENT TRAVEL REIMBURSEMENT - DINERS CLUB AMTRAK ASC II - 1/16/03 | 18.00 |
| 4906439 | 02/21/03 | 677490 | 61 | 26063 | 00473 | CLIENT TRAVEL REIMBURSEMENT - DINERS CLUB AMTRAK ASC II - 1/16/03 | 18.00 |
| 4994495 | 07/11/03 | 683086 | 61 | 47308 | 00473 | CLIENT TRAVEL REIMBURSEMENT - WARE TRAVELSTEAD (2 NIGHTS) - 6/5/03 RENAISSANCE HARBORPLACE | 625.19 |
| 4979854 | 11/16/01 | | 72 | *61 00473 | | CLIENT TRAVEL REIMBURSEMENT Check#: 264155 Vendor Name: 15426 DOCUMENT TECHNOLOGIES, INC. - COURT COPIES COURT COPIES | 48,477.55 5.00 |
| 4280068 | 04/04/01 | | 75 | *72 1 00473 | | COURT COPIES Check#: 254038 Vendor Name: 10056 KEATING & WALKER - PRIVATE PROCESS SERVER | 5.00 95.00 |
| 4280819 | 04/11/01 | | 75 | 1 00473 | | Check#: 254383 Vendor Name: 14597 EAGLE LEGAL SERVICES - PRIVATE PROCESS SERVER | 35.00 |
| 4413259 | 08/17/01 | | 75 | 1 00473 | | Check#: 260423 Vendor Name: 14597 EAGLE LEGAL SERVICES - PRIVATE PROCESS SERVER PRIVATE PROCESS SERVICE IN FLORIDA | 60.00 |
| 4413260 | 08/17/01 | | 75 | 1 00473 | | Check#: 260423 Vendor Name: 14597 EAGLE LEGAL SERVICES - PRIVATE PROCESS SERVER PRIVATE PROCESS IN FLORIDA | 60.00 |
| 4413261 | 08/17/01 | | 75 | 1 00473 | | Check#: 260423 Vendor Name: 14597 EAGLE LEGAL | 45.00 |

# POLLACK & KAMINSKY

114 WEST 47TH STREET, NEW YORK, NEW YORK 10036

TEL: (212) 575-4700

FAX: (212) 575-6560

DANIEL A. POLLACK
MARTIN I. KAMINSKY
EDWARD T. McDERMOTT

W. HANS KOBELT
JUSTIN CHU
ANTHONY ZACCARIA

January 22, 2003

Cameron J. Macdonald, Esq.
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, MD 21202-1626

re: **Estate of G. Ware Travelstead**
Case No. 96-5-4979-SD

Dear Cameron:

    Enclosed is Mr. Canet's $280.00 check in full payment of your transportation expenses for his deposition.

Sincerely yours,

Edward T. McDermott
Attorney for Creditor
Eduardo Canet

Encl.

ETM/jk

```
EDUARDO CANET                           1-131/210              6738
SHERRILL CANET                           6207243
25 OLD TAPPAN ROAD
LOCUST VALLEY, NY  11560
                                                  DATE  1/17/03

PAY
TO THE
ORDER OF  Whiteford, Taylor & Preston L.L.P.    $ 280 00/xx

  Two hundred and eighty ——————————— 00/xx  DOLLARS

U.S. TRUST   UNITED STATES TRUST COMPANY
             OF NEW YORK
             11 WEST 54TH STREET
             NEW YORK, NY 10019
                                              Eduardo Canet
MEMO  EC V6WT

⑆021001318⑆   62 0724 3⑊  6738
```

**EXHIBIT 2**

```
***************************************************************************Page 1 (1)
BILLING ATTORNEY: 00473 STEPHEN F FRUIN        WHITEFORD, TAYLOR & PRESTON    THRU 11/30/03
                                               DETAILED BILLING REPORT        AS OF 12/22/03   11:25:23
                                               PROFORMA NUMBER: 143571        LAST DATE BILLED 12/28/00
                                                                              DATE BILLED THRU

CLIENT 004882        G. WARE TRAVELSTEAD              ADDRESS:G. WARE TRAVELSTEAD
MATTER 004882.00007  EMPLOYMENT OF PROFESSIONALS AND FEES    1709 DEY COVE DRIVE
CASE ID                                                      VIRGINIA BEACH, VA 23454
```

| INVOICE NUMBER | | INVOICE DATE / / | | | | | | |
|---|---|---|---|---|---|---|---|---|
| INDEX | DATE | CA ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
| 9814185 | 11/01/00 | DRAFT AND REVISE FEE APPLICATION | | | 1.00 | 00473 | SFF | 295.00 | 295.00 |
| 9814186 | 11/06/00 | DRAFT LETTER TO CLIENT RE: BOYD HEARING | | | .10 | 00473 | SFF | 29.50 | 324.50 |
| 9814189 | 11/10/00 | REVIEW AND REVISE FEE APPLICATION | | | .30 | 00473 | SFF | 88.50 | 413.00 |
| 9814190 | 11/15/00 | DRAFT AND REVIEW FEE APPLICATION | | | .60 | 00473 | SFF | 177.00 | 590.00 |
| 9814191 | 11/30/00 | TELEPHONE CALL WITH GOLDBERG AND KOPEC; REVIEW FILE RE: RETENTION OF MUSIKA | | | .30 | 00473 | SFF | 88.50 | 678.50 |
| 9814192 | 12/08/00 | TELEPHONE CALL WITH GOLDBERG | | | .10 | 00473 | SFF | 29.50 | 708.00 |
| 9814193 | 12/11/00 | DRAFT AND REVISE MOTION TO EMPLOY PENTA AS CONSULTANT TO DEBTOR IN XPRES LITIGATION | | | 1.00 | 00473 | SFF | 295.00 | 1,003.00 |
| 9814194 | 12/11/00 | TELEPHONE CALLS WITH GOLDBERG AND PENTA RE: RETENTION | | | .20 | 00473 | SFF | 59.00 | 1,062.00 |
| 9813818 | 12/12/00 | REVIEW APPLICATION TO EMPLOY MUSIKA | | | .10 | 01428 | MCK | 24.00 | 1,086.00 |
| 9814195 | 12/15/00 | TELEPHONE CALL WITH PENTA AND REVISE PENTA RETENTION APPLICATION | | | .30 | 00473 | SFF | 88.50 | 1,174.50 |
| 9814187 | 12/26/00 | DRAFT LETTER TO MCDERMOTT RE: FAILURE TO SERVE PLEADING | | | .10 | 00473 | SFF | 29.50 | 1,204.00 |
| 9814188 | 12/27/00 | REVIEW CANET OBJECTION TO WTP FEE APPLICATION | | | .10 | 00473 | SFF | 29.50 | 1,233.50 |
| 9787311 | 01/02/01 | REVIEW CANET OPPOSITION TO WTP 10TH FEE APPLICATION, MOTION OF CANET TO STOP PAYMENTS TO TRAVELSTEAD; E-MAIL TO JOEL SHER | | | .50 | 00444 | PMN | 152.50 | 1,386.00 |
| 9814196 | 01/09/01 | DRAFT DEPOSITION NOTICE RE: CANET | | | .40 | 00473 | SFF | 118.00 | 1,504.00 |
| 9814197 | 02/27/01 | TELEPHONE CALL WITH MCDERMOTT RE: DEPOSITION AND HEARING | | | .10 | 00473 | SFF | 29.50 | 1,533.50 |
| 9814198 | 02/27/01 | TELEPHONE CALL WITH COURT RE: BOYD HEARING | | | .10 | 00473 | SFF | 29.50 | 1,563.00 |
| 9814199 | 02/27/01 | DRAFT E-MAIL RE: MCDERMOTT CALL AND HEARING | | | .10 | 00473 | SFF | 29.50 | 1,592.50 |
| 9814200 | 03/04/01 | DRAFT LETTER TO BOYD RE: HEARING ON HER APPLICATION | | | .10 | 00473 | SFF | 29.50 | 1,622.00 |
| 9814201 | 05/03/01 | TELEPHONE CALL WITH BOYD RE: HEARING DATE | | | .10 | 00473 | SFF | 29.50 | 1,651.50 |
| 9810231 | 07/05/01 | DRAFT AND REVISE CARTER LEDYARD MOTION - SPECIAL COUNSEL | | | .80 | 00473 | SFF | 236.00 | 1,887.50 |
| 9810121 | 07/06/01 | REVIEW FILE ON JAVIER SELVA STATUS | | | .30 | 00473 | SFF | 88.50 | 1,976.00 |
| 9810122 | 07/06/01 | DRAFT APPLICATION TO PAY FURTHER RETAINER TO JAVIER SELVA | | | .50 | 00473 | SFF | 147.50 | 2,123.50 |
| 9810232 | 07/06/01 | REVIEW AND REVISE FLAVIN EMPLOYMENT APPLICATION | | | .20 | 00473 | SFF | 59.00 | 2,182.50 |
| 9810123 | 07/12/01 | REVISE SELVA APPLICATION | | | .20 | 00473 | SFF | 59.00 | 2,241.50 |
| 9810241 | 07/13/01 | REVIEW AND REVISE SELVA FEE APPLICATION AND DRAFT ORDER | | | .30 | 00473 | SFF | 88.50 | 2,330.00 |
| 9810242 | 07/16/01 | REVIEW APPLICATION RE: JAVIER SELVA | | | .20 | 00473 | SFF | 59.00 | 2,389.00 |
| 9810243 | 07/25/01 | TELEPHONE CALL WITH BOYD RE: HEARING | | | .10 | 00473 | SFF | 29.50 | 2,418.50 |
| 9810244 | 08/07/01 | TELEPHONE CALL WITH BOYD | | | .10 | 00473 | SFF | 29.50 | 2,448.00 |
| 9810245 | 08/07/01 | DRAFT MOTION AND ORDER TO CONTINUE 8/27 HEARING ON BOYD APPLICATION | | | .30 | 00473 | SFF | 88.50 | 2,536.50 |

BILLING ATTORNEY: 00473 STEPHEN F FRUIN

WHITEFORD, TAYLOR & PRESTON
DETAILED BILLING REPORT
PROFORMA NUMBER: 143571

THRU 11/30/03
AS OF 12/22/03   11:25:23

Page 2 (2)

| CLIENT | 004882 | G. WARE TRAVELSTEAD | LAST DATE BILLED 12/28/00 |
| MATTER | 004882.00007 | EMPLOYMENT OF PROFESSIONALS AND FEES | DATE BILLED THRU |
| CASE ID | | | |

| INDEX | DATE | CA | ***PROFESSIONAL SERVICES*** | TASK | ACT | HOURS WORKED | TKPR NO | TKPR INIT. | TIME VALUE THIS PERIOD | RUNNING TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 9810246 | 08/09/01 | | TELEPHONE CALL WITH BOYD RE: HEARING CONTINUANCE | | | .10 | 00473 | SFF | 29.50 | 2,566.00 |
| 9810247 | 08/30/01 | | DRAFT LETTER TO GRANT THORNTON RE: THEIR FEE APPLICATION | | | .10 | 00473 | SFF | 29.50 | 2,595.50 |
| 9810239 | 09/24/01 | | DRAFT LETTER TO COURT ON RETENTION OF TRADEMARK COUNSEL | | | .10 | 00473 | SFF | 29.50 | 2,625.00 |
| 9810238 | 09/25/01 | | TELEPHONE CALL WITH COURT RE: ORDER TO EMPLOY TRADEMARK COUNSEL | | | .10 | 00473 | SFF | 29.50 | 2,654.50 |
| 9810248 | 10/03/01 | | REVIEW FILE AND CALL COURT RE: APPLICATION TO EMPLOY TRADEMARK COUNSEL | | | .10 | 00473 | SFF | 29.50 | 2,684.00 |
| 9810240 | 10/05/01 | | DRAFT LETTER TO CLIENT RE: SELVA RETAINER | | | .10 | 00473 | SFF | 29.50 | 2,713.50 |
| 9790046 | 10/05/01 | | LETTER TO JOEL SHER RE: RETAINING ATTORNEY FOR SPANISH ISSUES | | | .10 | 01406 | KO | 30.50 | 2,744.00 |
| 9979080 | 10/08/01 | | CALL JOEL SHER RE: EXPERT FOR VELAZQUEZ LITIGATION | | | .10 | 01406 | KO | 30.50 | 2,774.50 |
| 8978912 | 10/09/01 | | CALLS TO POTENTIAL EXPERT WITNESSES | | | .30 | 01406 | KO | 91.50 | 2,866.00 |
| 9810253 | 11/12/01 | | TELEPHONE CALL WITH GOLDBERG RE: KPRBS; TELEPHONE CALL WITH ALLEN AND MUSIKA RE: FEE APPLICATIONS | | | .10 | 00473 | SFF | 29.50 | 2,895.50 |
| 9054324 | 11/14/01 | | REVIEW AND REVISE APPLICATION TO EMPLOY MARTINEZ | | | .30 | 01406 | KO | 91.50 | 2,987.00 |
| 9810249 | 03/26/02 | | REVIEW FILE AND DOCUMENTS; DRAFT FEE APPLICATION FOR CARRUTHERS & ROTH; REVISE PLEADINGS; EXCHANGE EMAILS WITH MIKE ALLEN | | | 2.70 | 00473 | SFF | 877.50 | 3,864.50 |
| 9810250 | 07/18/02 | | DRAFT FEE APPLICATION | | | 1.20 | 00473 | SFF | 390.00 | 4,254.50 |
| 9810251 | 07/22/02 | | REVIEW DOCUMENTS AND DRAFT FEE APPLICATION FOR SELVA | | | 1.80 | 00473 | SFF | 585.00 | 4,839.50 |
| 9810252 | 07/24/02 | | REVIEW FILE - DOCUMENTS FOR SELVA FEE APPLICATION | | | .50 | 00473 | SFF | 162.50 | 5,002.00 |
| 9811116 | 07/30/02 | | DRAFT FEE APPLICATION | | | 2.50 | 00473 | SFF | 812.50 | 5,814.50 |
| 9811286 | 07/30/02 | | CONFERENCE WITH STEVE FRUIN RE G. WARE TRAVELSTEAD FEE APPLICATION | | | .10 | 01406 | KO | 33.50 | 5,848.00 |
| 9813478 | 07/31/02 | | REVIEW AND REVISE FEE APPLICATION | | | .80 | 00473 | SFF | 260.00 | 6,108.00 |
| 9836713 | 08/01/02 | | REVIEW AND REVISE FEE APPLICATION | | | .90 | 00473 | SFF | 292.50 | 6,400.50 |
| 9836714 | 08/01/02 | | REVIEW AND MAKE FURTHER REVISIONS TO FEE APPLICATION, NOTICE AND ORDER | | | 1.20 | 00473 | SFF | 390.00 | 6,790.50 |
| 10528097 | 08/23/02 | | CALL RICHARD GOLDBERG RE: CANET OBJECTION TO GRANT THORNTON | | | .10 | 01406 | KO | 33.50 | 6,824.00 |
| 10515753 | 08/31/02 | | REVISE MARTINEZ FEE APPLICATION | | | .20 | 01406 | KO | 67.00 | 6,891.00 |
| 10525911 | 09/10/02 | | REVISE MARTINEZ APPLICATION | | | .20 | 01406 | KO | 67.00 | 6,958.00 |
| 10634158 | 12/01/02 | | REVIEW AND DRAFT MOTION TO COMPEL SHER TO PAY COURT APPROVED FEES | | | .70 | 00473 | SFF | 227.50 | 7,185.50 |
| 10769027 | 03/28/03 | | DRAFT MOTION TO COMPEL PAYMENT OF PROFESSIONAL FEES. | | | 1.20 | 01570 | CJN | 324.00 | 7,509.50 |