United States Bankruptcy Court
for the District of Maryland
(Northern Division)

| | |
|---|---|
| In Re: | Case No. 96-5-4979-SD |
| G. Ware Travelstead, | Chapter 11 |
| Debtor. | |

### Certificate of Service

I hereby certify that on this 4th day of February, 2004 a copy of the foregoing Objection of Creditor Eduardo Canet to Eleventh Application of Whiteford Taylor & Preston, L.L.P. for Interim Allowance of Compensation and Reimbursement of Expenses in the Period November 1, 2000 - November 30, 2003 and Other Relief was sent by Federal Express to:

> Joel I. Sher, Esq., Liquidating Agt
> Shapiro Sher Guinot & Sandler
> 36 S. Charles St., Ste. 200
> Baltimore, MD 21201
>
> Paul M. Nussbaum, Esquire
> Whiteford, Taylor & Preston, LLP
> 7 Saint Paul Street, Suite 1400
> Baltimore, MD 21202-1626
>
> United States Bankruptcy Trustee
> 300 W. Pratt Street
> Suite 350
> Baltimore, MD 21201

*/s/ Edward T. McDermott*
Edward T. McDermott