**SO ORDERED**

**Date signed February 09, 2004**



E. STEPHEN DERBY
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| In Re: | * | |
| G. WARE TRAVELSTEAD | * | Case No.: 96-5-4979-SD |
| Debtor | * | Chapter 11 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER SUPPLEMENTING ORDER ENTERED JANUARY 27, 2004
GRANTING ELEVENTH FEE APPLICATION OF
WHITEFORD, TAYLOR & PRESTON L.L.P. FOR THE PERIOD
NOVEMBER 1, 2000 THROUGH NOVEMBER 30, 2003**

The Court having entered an Order Granting Eleventh Fee Application of Whiteford, Taylor & Preston L.L.P. for the Period November 1, 2000 Through November 30, 2003 on January 27, 2004 (the "Order"), and the Court having stated in the Order that Whiteford, Taylor & Preston L.L.P. was to provide a supplemental order incorporating certain modifications as set forth in the Order, it is therefore by the United States Bankruptcy Court for the District of Maryland further

**ORDERED** that Whiteford, Taylor & Preston, L.L.P. be and it hereby is awarded interim compensation in the amount of $341,958.17, which amount takes into account a reduction of $16,837.50 for travel to Europe and a reduction of $10,355.83 with respect to the XPres litigation, and reimbursement of out-of-pocket expenses in the amount of $60,492.28 for the

period November 1, 2000 through November 30, 2003 pursuant to the Eleventh Application; and it is

**FURTHER ORDERED** that Whiteford, Taylor & Preston L.L.P. be and it hereby is awarded the sum of $38,658.24 representing the amount which is being allowed by the Court at this time with regard to those fees the Court deferred ruling on with regard to WT&P's Tenth Fee Application and takes into account a reduction of $15,918.33 with respect to the XPres litigation, and it is further

**ORDERED** that G. Ware Travelstead and/or Joel I. Sher, Liquidating Agent, be and they hereby are authorized and directed to make payment of the aforesaid sums to Whiteford, Taylor & Preston, L.L.P. forthwith.

copy:

Stephen F. Fruin, Esquire
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland  21202

Mr. G. Ware Travelstead
1709 Dey Cove Drive
Virginia Beach, Virginia  23454

Office of United States Trustee
300 West Pratt Street, Suite 350
Baltimore, Maryland  21201

Edward McDermott, Esquire
Pollack & Kaminsky
114 West 47th Street
New York, New York  10036

Joel I. Sher, Esquire, Liquidating Agent
Shapiro Sher Guinot & Sandler
2000 Charles Center South
36 South Charles Street
Baltimore, Maryland  21201

**END OF ORDER**

*1536978*