_____    ✓ RETAIN
E. Stephen Derby , U.S. BANKRUPTCY JUDGE

PROCEEDING MEMO - CHAPTER 11

Date: 01/15/2004  Time: 10:30

96-54979 G. Ware Travelstead

Cameron J. Macdonald and Stephen F. Fruin representing
G. Ware Travelstead (Debtor)
*(Paul Nussbaum)*

Karen Moore and Tamera L. Fine representing US Trustee
- Baltimore 11 (U.S. Trustee)


PRO SE The Unsecured Creditors' Committee (Creditor Committee)

[1183] Interim Application for Compensation (Third) of
Shapiro Sher Guinot & Sandler and Liquidating Agent for
Compensation and Reimbursement of Expenses for Joel I. Sher,
Liquidator, 9/1/1999 - 9/30/2003, Fee: $478,889.00, Expenses:
$177,643.10. Filed by Joel I. Sher. (Attachments: # (1)
Exhibit A, part 1# (2) Exhibit A, part 2# (3) Proposed Order)
Movant: Joel Sher  Joel Sher    BY J Sher; J Sher; J Sher;

[1187] Objection on behalf of Creditor Eduardo Canet Filed
by Eduardo Canet (related document(s)[1183] Interim Application
for Compensation (Third) of Shapiro Sher Guinot & Sandler
and Liquidating Agent for Compensation and Reimbursement
of Expenses for Joel I. Sher, Liquidator, 9/1/1999 - 9/30/2003,
Fee: $478,889.00, Expenses: $177,643.10. Filed by Joel I.
Sher.
Movant: Eduardo Canet (no aty)
  ✓ Edw M. Dermott

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

Approved_____ Denied Approval_____ Deadline to file Amemded D/S_____
Other_____
Confirmed_____ as modified by _____
Denied Confirmation_____ with leave to amend by_____
Other_____

DISPOSITIONS: *as mod'd*
Granted 1183 as Denied____ Withdrawn____ Consent____ Default____ Under Adv.____

Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)_____

Continued to: _____

DECISION:

[ ] Signed by Court      [ ] Filed by Counsel
[ ] To be prepared by:
    [✓] Movant's counsel           [ ] Court
    [ ] Respondent's counsel       [ ] Other_____

NOTES: *Reduce X'pns by 1/3 & travel time to Spain by 1/2.*
*Reasons given.*