IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

In re:                                        *

**G. WARE TRAVELSTEAD,**          *        Case No. 96-5-4979-SD
                                                           (Chapter 11)
    Debtor.                               *

*       *       *       *       *       *       *       *       *       *       *       *       *

## REPORT OF SALE OF ARTWORK

Joel I. Sher, Liquidating Agent (the "Liquidating Agent"), pursuant to Bankruptcy Rule 6004(f)(1), files this Report of Sale of Artwork, stating as follows:

1.  Pursuant to §§ 363(b) and 363(f) of the Bankruptcy Code, and pursuant to the terms of the confirmed Third Modified Fourth Amended Plan of Reorganization of G. Ware Travelstead (the "Debtor"), the Liquidating Agent sought and obtained the entry of an Order approving an agreement and authorizing the sale of certain artwork free and clear of liens, claims, encumbrances and interests (the "Order"). The Order was entered on October 9, 1998.

2.  On April 4, 1998, the Court entered an order approving the Liquidating Agent's Application to Retain Susan Perrin Art Consulting as his special art consultant to assist in the sale or other disposition of the Debtor's artwork.

3.  In 2003, Susan Perrin commissioned one of the pieces of artwork, an untitled sketch in India Ink by Hans Hoffman (the "Hoffman Sketch") to Addison-Ripley, a gallery in Washington, D.C. In March, 2004, the Hoffman Sketch was sold for $7,000.00.

4. After deducting the agreed upon fifteen percent (15%) commission, a check in the amount of $5,950.00 was received by the Liquidating Agent on April 12, 2004.

/s/     Joel I. Sher
Joel I. Sher, Bar No. 00719

Shapiro Sher Guinot & Sandler
36 South Charles Street
20th Floor
Baltimore, Maryland 21201
(410) 385-0202

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of April, 2004, a copy of the Report of Sale of Oil Painting was mailed by first-class mail, postage prepaid, to:

Paul M. Nussbaum, Esquire
Whiteford, Taylor & Preston
7 St. Paul Street
Baltimore, Maryland 21201

Mark A. Neal, Esquire
Assistant US Trustee
Office of the United States Trustee
300 W. Pratt Street, Suite 350
Baltimore, Maryland 21201

/s/     Joel I. Sher
Joel I. Sher

acl/travelstead/sale report
46322.001