# Exhibit A

Case 96-54979    Doc 1200-1    Filed 07/12/04    Page 1 of 5

# GASSIOT
## ADVOCATS

Número  03-0100

Mallorca, 303 Pral – 08037 Barcelona – Telèfon 932 072 112 – Fax 932 070 671 – email: joan@gassiot.com

Acreditem de:   JOEL IRA SHER
Domicili:       36 South Charles Street-Baltimore
                Maryland 21201-3147 USA
Pasaport:       150992562

**28 de abril de 2003 y siguientes**: Honorarios acreditados por el asesoramiento jurídico y fiscal ante el supuesto de venta de los derechos de usufructo de la concesión de 116 plazas de aparcamiento ubicadas en el aparcamiento del Hotel Arts, de Barcelona, que dispone HINSUA BARCELONA, S.L.; estando esta sociedad participada por la holandesa PEAWICK INVESTMENTS B.V., sociedad que a la vez es propiedad del Sr. George Ware Travelstead, persona quebrada en U.S.A.
<u>Incluyéndose</u>:
Conversaciones telefónicas y comunicaciones vía internet, con el Sr. Joel I. Sher, Síndico Liquidador del Sr. George Ware Travelstead, por disposición de United States Bankruptcy Court-District of Maryland. Estudio de la documentación.
Conversaciones telefónicas con el Sr. Adalberto Cordoncillo, de la empresa DATA-COMP.
Estudio de la documentación remitida por dicho señor, consistente en: fotocopias de las escrituras de: constitución Hinsua Barcelona, S.L., de la declaración de unipersonalidad, de compraventa y requerimiento, de préstamo hipotecario, de compraventa de fecha 10-03-97, de segregación de fecha 22-11-96, de segregación de fecha 03-05-99, de compraventa de 29-04-99, de poder de fecha 3-01-97, libro registro de socios, libro de acta, copia del IBI, copia deuda hipoteca y escritura original nº 58 Renuncia de Cargos.
Conversaciones telefónicas con el Sr. Javier Faus, consejero delegado de HOVISA.
**21-mayo-03**: Reunión en mi despacho, con el Sr. Cliente, y los Sres. Richard, Cordoncillo, Faus y Prieto.
**Junio-03**: Elaboración del dictamen por el fiscalista del despacho Sr. Sergio Prieto, que es remitido vía email al Sr. Cliente, en el cual se analiza el supuesto de hecho y sus repercusiones fiscales: tributación en TVA, Impuesto de Sociedades, Impuesto sobre el incremento del valor de los terrenos de naturaleza urbana, determinando las diferentes cuotas a pagar

**Honorarios** ................................5.800.-euros

Barcelona, 13 de octubre de 2.003

| Advocat | JOAN GASSIOT BENET | NIF 46.224.495-S |

# HOUTHOFF BURUMA

ADVOCATEN  NOTARISSEN  BELASTINGADVISEURS

Postbus 75505  1070 AM Amsterdam
Parnassusweg 126  1076 AT Amsterdam
T +31 (0)20 577 20 00  F +31 (0)20 577 27 00

Shapiro Sher Guinot & Sandleer
Attn. : Joel I. Sher
Suite 200, 36 South Charles St.
BALTIMORE, Md.21201
U.S.A.

Amsterdam, 24 October 2003

| | | |
|---|---|---|
| Invoice | : | 41438 / 10316798 /     110 |
| Re | : | Sher a.f. Travelstead / Peawick Investments |
| File number | : | 40105673 |

For legal assistance in the period May - August 2003.

| | |
|---|---:|
| Fee | 5.776,00 |
| Disbursements subject to VAT | 335,27 |
| VAT 0,00 % | ,00 |
| TOTAL | 6.111,27 |
| | ============ |

Fortis Bank 21.31.24.718 IBAN: NL68 FTSB 0213 1247 18 BIC: FTSBNL2R - BTW NL002461900B01 Betaling binnen 30 dagen. Payment within 30 days.

Houthoff Buruma is een maatschap van besloten vennootschappen met beperkte aansprakelijkheid. De algemene voorwaarden van Houthoff Buruma, waarin een beperking van aansprakelijkheid is opgenomen, zijn op alle opdrachten van toepassing. Een lijst van vennoten en de algemene voorwaarden worden op verzoek toegezonden, maar zijn eveneens te vinden op www.houthoff.com  Houthoff Buruma is a professional partnership, consisting of private companies having limited liability. Houthoff Buruma's general terms and conditions, which include a limitation of liability, are applicable to all work performed. A list of partners and a copy of the general terms and conditions are available on request or at www.houthoff.com

SPECIFICATION INVOICE                                                              ( 1 )

invoice number  :  10316798
date            :  24/10/2003
file            :  40105673  Sher a.f. Travelstead / Peawick Investments
fee earner      :  Mr J.C. Schreuder

SPECIFICATION TIME SPENT

Mr J.C. Schreuder
| date | description activities | time spent | additional text to activities |
|---|---|---|---|
| 27/06/2003 | miscellaneous activities | 0.40 | call registers with P Stille |
| 27/06/2003 | telephone conversation with client | 0.20 | Joel Sher's secretary |
| 30/06/2003 | file analysis/strategy | 0.20 | Ph Stille re reviving Peawick |
| 22/08/2003 | research / documents received | 0.20 | e-mail; liaise with Ph. Stille |
| 31/08/2003 | miscellaneous activities | 1.00 | work in May 2003 |

total    Mr J.C. Schreuder                                 2.00

Mr H.M.D. Bentfort van Valkenburg
| date | description activities | time spent | additional text to activities |
|---|---|---|---|
| 1/07/2003 | file analysis/strategy | 0.40 | |
| 2/07/2003 | preparation | 0.20 | |
| 2/07/2003 | attendance telephone conference | 0.50 | joel sher |
| 7/07/2003 | file analysis/strategy | 0.20 | ph.stille |
| 8/07/2003 | file analysis/strategy | 0.10 | ph.stille |
| 9/07/2003 | file analysis/strategy | 0.10 | ph.stille |
| 15/07/2003 | file analysis/strategy | 0.20 | ph.stille |
| 21/07/2003 | file analysis/strategy | 0.20 | corporation tax/annual accounts |
| 22/07/2003 | re-editing | 0.20 | email on tax issues |
| 24/07/2003 | file analysis/strategy | 0.20 | ph.stille |

total    Mr H.M.D. Bentfort van Valkenburg              2.30

Mr P.E.A.G. Stille
| date | description activities | time spent | additional text to activities |
|---|---|---|---|
| 26/06/2003 | telephone conversation with third party | 0.20 | Chamber of Commerce |
| 27/06/2003 | file analysis/strategy | 0.20 | H. Schreuder |
| 27/06/2003 | telephone conversation with third party | 0.20 | Chamber of Commerce |
| 30/06/2003 | telephone conversation with third party | 0.20 | Chamber of Commerce Rotterdam |
| 30/06/2003 | telephone conversation with third party | 0.40 | Chamber of Commerce Amsterdam |
| 30/06/2003 | file analysis/strategy | 0.20 | H. Schreuder |
| 30/06/2003 | telephone conversation with external advisor | 0.20 | TMF |
| 30/06/2003 | research / documents received | 0.70 | reopening liquidation Peawick Investments |
| 30/06/2003 | research / documents received | 0.50 | letter of understanding + e-mails |
| 30/06/2003 | (drafting) miscellaneous | 0.30 | Draft e-mail |
| 1/07/2003 | file analysis/strategy | 0.40 | H. Bentfort |
| 1/07/2003 | e-mail to client | 1.50 | |
| 2/07/2003 | attendance telephone conference | 0.50 | Joel Sher with Henry Bentfort |
| 2/07/2003 | preparation meeting | 0.20 | with H. Bentfort |
| 2/07/2003 | research / documents received | 0.40 | US court order |
| 3/07/2003 | miscellaneous activities | 0.50 | check publication annual accounts etc. |
| 7/07/2003 | telephone conversation with third party | 0.30 | MeesPierson |
| 7/07/2003 | telephone conversation with client | 0.40 | Andreas Tros |
| 7/07/2003 | e-mail to client | 0.20 | |
| 7/07/2003 | telephone conversation with client | 0.20 | |
| 7/07/2003 | research / documents received | 0.10 | |
| 8/07/2003 | telephone conversation with third party | 0.20 | MeesPierson |
| 8/07/2003 | attendance telephone conference | 0.30 | A. Trost & J. Sher |
| 8/07/2003 | file analysis/strategy | 0.20 | H.J. Faber |
| 8/07/2003 | attendance telephone conference | 0.20 | A.Trost & H.J. Faber |
| 8/07/2003 | e-mail to third party | 0.20 | |
| 8/07/2003 | telephone conversation with third party | 0.20 | MeesPierson |
| 9/07/2003 | research | 0.40 | |

## SPECIFICATION INVOICE

invoice number : 10316798
date : 24/10/2003
file : 40105673  Sher a.f. Travelstead / Peawick Investments
fee earner : Mr J.C. Schreuder

( 2 )

## SPECIFICATION TIME SPENT

Mr P.E.A.G. Stille

| date | description activities | time spent | additional text to activities |
|---|---|---|---|
| 9/07/2003 | e-mail to external advisor | 0.30 | A. Trost (Cuatrecasas) |
| 11/07/2003 | e-mail to external advisor | 0.20 | |
| 11/07/2003 | telephone conversation with third party | 0.20 | |
| 14/07/2003 | telephone conversation with third party | 0.20 | Meespierson |
| 15/07/2003 | e-mail to client | 0.60 | |
| 15/07/2003 | file analysis/strategy | 0.30 | H. Bentfort |
| 15/07/2003 | file analysis/strategy | 0.20 | J.P. Dreese |
| 15/07/2003 | research / documents received | 0.70 | MeesPierson file |
| 16/07/2003 | file analysis/strategy | 0.30 | J.P. Dresen |
| 21/07/2003 | file analysis/strategy | 0.50 | J.P. Dreesen & H. Bentfort Tax Issue |
| 22/07/2003 | review draft | 0.70 | |
| 23/07/2003 | e-mail to client | 0.50 | |
| 24/07/2003 | file analysis/strategy | 0.20 | H. Bentfort |
| 24/07/2003 | e-mail to third party | 0.20 | |
| 24/07/2003 | e-mail to client | 0.10 | |
| 25/07/2003 | telephone conversation with third party | 0.30 | Javier Alcantara |
| 25/07/2003 | research / documents received | 0.10 | e-mail Sher |
| 25/07/2003 | e-mail to client | 0.10 | |
| 25/07/2003 | telephone conversation with client | 0.30 | |
| 25/07/2003 | miscellaneous activities | 0.80 | MeesPierson docs to Sher & Alcantara |
| 28/07/2003 | e-mail to client | 0.10 | |
| 28/07/2003 | telephone conversation with third party | 0.20 | A. Trost |

total    Mr P.E.A.G. Stille      16.60

Mr H.J. Faber

| date | description activities | time spent | additional text to activities |
|---|---|---|---|
| 8/07/2003 | telephone conversation with client | 0.50 | |
| 21/07/2003 | file analysis/strategy | 0.90 | |

total    Mr H.J. Faber      1.40

Mr J.P.A. Dresen

| date | description activities | time spent | additional text to activities |
|---|---|---|---|
| 15/07/2003 | miscellaneous activities | 0.50 | liquidatieuitkering |
| 15/07/2003 | e-mail to client | 0.40 | |
| 16/07/2003 | e-mail to client | 0.20 | |
| 16/07/2003 | e-mail to client | 0.10 | |
| 16/07/2003 | miscellaneous activities | 0.50 | doornemen stukken |
| 21/07/2003 | file analysis/strategy | 0.40 | P. Stille en H. Bentfort |
| 21/07/2003 | file analysis/strategy | 0.50 | H.J. Faber |
| 21/07/2003 | e-mail to client | 1.00 | |
| 21/07/2003 | miscellaneous activities | 1.50 | onderzoek Vpb plicht |

total    Mr J.P.A. Dresen      5.10

TOTAL TIME SPENT      27.40