IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| **G. WARE TRAVELSTEAD,** | * | Case No. 96-5-4979-SD |
| | | (Chapter 11) |
| Debtor. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER APPROVING APPLICATION FOR ALLOWANCE
OF COMPENSATION FOR SERVICES RENDERED AND EXPENSES INCURRED
BY PROFESSIONALS EMPLOYED AS SPECIAL COUNSEL
<u>BY CHAPTER 11 LIQUIDATING AGENT</u>**

Upon consideration of the application for allowance of compensation for services rendered by professionals employed as special counsel by Joel I. Sher, Chapter 11 Liquidating Agent (the "Application"), the fees and expenses being necessary and reasonable and good cause therefor having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED** that the Application is hereby approved; and it is further

**ORDERED** that the Liquidating Agent is authorized to pay Gassiot Advocats the amount of 5.800,00 Euros (approximately US $7,200.00) as compensation for services rendered; and it is further

**ORDERED** that the Liquidating Agent is authorized to pay Houthoff Buruma the amount of 5.766,00 Euros as compensation for services rendered and 335,27 Euros as reimbursement of out-of-pocket expenses, for an aggregate sum of 6.111,27 Euros (approximately US $7,586.53).

cc: Joel I. Sher, Esquire
Shapiro Sher Guinot & Sandler
36 South Charles Street, 20th Floor
Baltimore, MD   21201

Paul M. Nussbaum, Esquire
Whiteford Taylor & Preston
7 St. Paul Street, Sutie 1400
Baltimore, MD   21202

Edward McDermott, Esquire
Pollack & Kaminsky
114 West 47th Street, 19th Floor
New York, NY   10036

Mark A. Neal, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
300 West Pratt Street, Suite 350
Baltimore, Maryland   21201

**END OF ORDER**