IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:                                             *

**G. WARE TRAVELSTEAD**                            *       Case No. 96-5-4979-SD
                                                           (Chapter 11)
      Debtor.                *

*   *   *   *   *   *   *   *   *   *   *   *   *   *

**NOTICE OF APPLICATION FOR ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED AND EXPENSES INCURRED BY
PROFESSIONALS EMPLOYED AS SPECIAL COUNSEL BY LIQUIDATING AGENT**

    NOTICE IS HEREBY GIVEN that the Liquidating Agent has filed an application seeking allowance of compensation for services rendered and out-of-pocket expenses incurred by professionals employed as special counsel by the Liquidating Agent (the "Applicant").  The Applicant utilized two law firms, one in Spain and one in the Netherlands, in connection with the disposition of certain of the Debtor's assets, namely approximately 120 parking spaces owned by Hinsua, S.L., a Spanish corporation which was 100% owned by Peawick, B.V., a Dutch holding company which was 100% owned by the Debtor.

    By the Application, the Liquidating Agent seeks approval of the following fees and expenses (at the conversion rate for Euros to Dollars in effect on July 12, 2004):

| Professional | Fees | Out of Pocket Expenses | Total Sought | Conversion to US Dollars |
|---|---|---|---|---|
| Joan Gassiot Benet | 5.800 Euros | --- | 5.800,00 Euros | Approx $7,200.00 |
| Houthoff Buruma | 5.766 Euros | 335,27 Euros | 6.111,27 Euros | Approx $7,586.53 |
|  |  |  |  |  |

    The Application may be inspected by any interested party at the Clerk's Office, United States Bankruptcy Court for the District of Maryland, 8th Floor, 101 West Lombard Street, Baltimore, Maryland 21201.  Any party choosing to object to the Application must file such objection with the Clerk of the Bankruptcy Court, with a copy served on the undersigned, within twenty (20) days of the date of this Notice.  If any objection is filed, a hearing may be held thereon.  Any objection must be served on the undersigned counsel and contain a complete specification of the factual and legal grounds upon which it is based.  The Court may conduct a hearing or determine the matter without a hearing, in its discretion, regardless of whether any objections are filed.

    Anyone desiring further information may contact the undersigned counsel.

Dated:  July 12, 2004                    /s/     Joel I. Sher
                                         Joel I. Sher, Bar No. 00719
                                         Shapiro Sher Guinot & Sandler
                                         36 South Charles Street, 20th Floor
                                         Baltimore, Maryland  21201
                                         (410) 385-0202
                                         *Attorneys for Joel I. Sher, Liquidating Agent*