IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| **G. WARE TRAVELSTEAD** | * | Case No. 96-5-4979-SD |
| | | (Chapter 11) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE FOR
NOTICE OF APPLICATION FOR ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED AND EXPENSES INCURRED BY
PROFESSIONALS EMPLOYED AS SPECIAL COUNSEL BY LIQUIDATING AGENT**

I HEREBY CERTIFY that on 12th day of July, 2004, a copy of the Notice of Application for Allowance of Compensation for Services Rendered and Expenses Incurred by Professionals Employed as Special Counsel by Liquidating Agent was mailed by first-class mail, postage prepaid, to those parties listed on the attached Service List.

/s/   Joel I. Sher
Joel I. Sher, Bar No. 00719

Shapiro Sher Guinot & Sandler
36 South Charles Street
20th Floor
Baltimore, Maryland 21201
(410) 385-0202

*Attorneys for Joel I. Sher, Liquidating Agent*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| **G. WARE TRAVELSTEAD** | * | Case No. 96-5-4979-SD |
| | | (Chapter 11) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE FOR NOTICE OF APPLICATION FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND EXPENSES INCURRED BY PROFESSIONALS EMPLOYED AS SPECIAL COUNSEL BY LIQUIDATING AGENT

I HEREBY CERTIFY that on 12th day of July, 2004, a copy of the Notice of Application for Allowance of Compensation for Services Rendered and Expenses Incurred by Professionals Employed as Special Counsel by Liquidating Agent was mailed by first-class mail, postage prepaid, to those parties listed on the attached Service List.

/s/   Joel I. Sher
Joel I. Sher, Bar No. 00719

Shapiro Sher Guinot & Sandler
36 South Charles Street
20th Floor
Baltimore, Maryland  21201
(410) 385-0202

*Attorneys for Joel I. Sher, Liquidating Agent*

Travelstead Limited Matrix
(96-5-4979-SD)

| | | |
|---|---|---|
| Mark A. Neal, Esquire<br>Assistant U.S. Trustee<br>Office of the U.S. Trustee<br>300 W. Pratt St., Suite 350<br>Baltmore, MD 21201 | Edward T. McDermott, Esquire<br>Pollack & Kaminsky<br>114 West 47th Street, 19th Floor<br>New York, NY 10036 | Paul M. Nussbaum, Esquire<br>Whiteford, Taylor & Preston, L.L.P.<br>7 Saint Paul Street, Suite 1400<br>Baltimore, Maryland 21202-1626 |
| Lewis S. Goodman, Esq.<br>Rifkin, Livingston, Levitan, et al<br>575 S. Charles Street, Ste. 200<br>Baltimore, MD 21201 | Benjamin Rosenberg, Esquire<br>Rosenberg, Proutt, Funk et al<br>21115 First Maryland Bldg.<br>25 S. Charles Street<br>Baltimore, Maryland 21201 | Richard Kremen, Esquire<br>Piper Marbury Rudnick & Wolfe<br>6225 Smith Avenue<br>Baltimore, Maryland 21209 |
| Robert C. Schenfeld, Esquire<br>Milbank, Tweed, Hadley & McCloy<br>1 Chase Manhattan Plaza<br>New York, N.Y. 1005-1413 | O'Melveny & Myers<br>Citicorp Center<br>153 East 53rd Street<br>New York, NY 10022 | Patrick Donnelly, Esquire<br>Niles, Barton & Wilmer<br>111 South Calvert St., Ste. 1400<br>Baltimore, Maryland 21202-6185 |
| Virginia Kawalsky Ramirez<br>1162 River Bay Road<br>Annapolis, MD 21401 | Edythe Travelstead<br>c/o Douglas J. Wells<br>111 Prospect Street<br>Stamford, CT 06901 | Hedy B. Foreman<br>800 Westchester Avenue<br>Rye Brook, NY 10573 |
| G. Gordon Hanes<br>James G. Hanes, III<br>C/o Xpres Corporation<br>111 Cloverleaf Drive<br>Winston-Salem, NC 27103 | Hedleys Humpers<br>Units 2 & 4<br>97 Victoria Road<br>London, NW 10 6ND England | Larry Kaminitz<br>Grant Thornton<br>2 Hopkins Plaze, Suite 700<br>Baltimore, MD 21202 |
| Maria C. van der Sluijs-Plantz<br>TMF Nederland, B.V.<br>1076 AZ Amsterdam<br>P. O. Box 75215<br>1070 A.E. Amsterdam<br>   The Netherlands | Robert A. Banner, Esquire<br>Ingram Yuzek Gainen Carroll Bertolotti<br>250 Park Avneue<br>New York, NY 10177 | Berman, Paley, Goldstein<br> & Kannry, LLP<br>500 Fifth Avenue<br>New York, NY 10110 |
| Thomas E. Graham, Esquire<br>Kilpatrick Stockton, LLP<br>1001 West Fourth Street<br>Winston-Salem, NC 27101 | Joseph Kibre, Esquire<br>Oberstein, Kibre & Horwitz<br>1999 Avenue of the Stars<br>Suite 1850<br>Los Angeles, CA 90067 | Richard Koo Esquire<br>Koo & Larraebee, LLP<br>774 White Plains Roads<br>Suite 230<br>Scarsdale, NY 10583 |
| Richard D. London, Esquire<br>8701 Georgia Avenue<br>Suite 200<br>Silver Spring, MD 20910 | Andrew D. Manitsky, Esquire<br>O'Sullivan Graev & Karabell, LLP<br>30 Rockefeller Plaza<br>New York, NY 10112 | Richard W. Moore, Esquire<br>207 East Redwood Street<br>Suite 700<br>Baltimore, MD 21202 |
| Daniel A. Pollack, Esquire<br> Pollack & Kaminsky<br>114 West 47th Street<br>New York, NY 10036 | Chris M. Smith, Esquire<br>Shearman & Sterling<br>599 Lexington Avenue<br>New York, NY 10022 | Jack G. Stern, Esquire<br>Barrett & Gravante LLP<br>1585 Broadway<br>New York, NY 10036 |

Paul T. Tusch, Esquire
Cacace, Tusch & Santagata
777 Summer Street
P O Box 15859
Stamford, CT 06901

James A. Vidmar, Jr., Esquire
Linowes and Blocher
1010 Wayne Avenue
10th Floor
Silver Spring, MD 20910

USA Sogo, Inc.
c/o Graham & James, LLP
Denis H. Oyakawa, Esquire
801 So. Figueroa St., 14th Floor
Los Angeles, CA 90017

James D. Wall, Esquire
Stephen D. Poe, Esquire
Bell, Davis & Pitt, P.A.
West Fourth St., P O Box 21029
Winston-Salem, NC 27120

USA Sogo, Inc.
c/o Graham & James, LLP
Riddell Williams
Joseph E. Shickich, Jr., Esquire
1001 4th Avenue Plaza, Ste 4500
Seattle WA 98154

Lit/matrix/travelstead.ltd mat.doc--46322.001
Dew - 7/12/04