# SUSAN PERRIN ART CONSULTING

**DATE**

05/25/'04

**BILL TO**

Shapiro Sher Guinot & Sandler
Attn: Joel I. Sher, Esquire
36 South Charles Street
Baltimore, MD 21201-3147

**AMOUNT DUE**

$780.00

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 10/31/03 | Balance forward | | 0.00 |
| 11/05/03 | INV #364 — | 406.25 | 406.25 |
| 05/25/04 | INV #430 — | 373.75 | 780.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
|---|---|---|---|---|---|
| 373.75 | 0.00 | 0.00 | 0.00 | 406.25 | $780.00 |

2307 RAVENVIEW ROAD  TIMONIUM, MARYLAND  21093
410·560·2782 / FAX: 410·560·0261
s p e r r i n a r t @ c o m c a s t . n e t

# SUSAN PERRIN ART CONSULTING

| | Date | Invoice # |
|---|---|---|
| | 05/25/'04 | 430 |

**Bill To**

Shapiro Sher Guinot & Sandler
Attn: Joel I. Sher, Esquire
36 South Charles Street
Baltimore, MD 21201-3147

| Terms | Project |
|---|---|
| Upon receipt | Travelstead Estate |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Professional art consultation services on brokering and sale of artwork from the estate of G. Ware Travelstead, February 18, 2004 - April 12, 2004 | | | |
| Consulting | 2-18-04: Telephone inquiry from J. Cramer re: Hans Hoffman | 0.25 | 115.00 | 28.75 |
| Consulting | 2-19-04: Contact C. Addison at Addison/Ripley Fine Art re: status of earlier client interest, respond to J. Cramer | 0.5 | 115.00 | 57.50 |
| Consulting | 3-11-04  Receive offer on Hoffman from J. Cramer, review with J. Sher, notify C. Addison and J. Cramer | 0.75 | 115.00 | 86.25 |
| Consulting | 3-12-03: Correspondence C. Addison re: possible offer Hoffman | 0.25 | 115.00 | 28.75 |
| Consulting | 4-1-04: Receive offer on Hoffman from C. Addison, review with J. Sher, notify C. Addison offer accepted, Notify J. Cramer offer refused, confirm terms C. Addison | 1.25 | 115.00 | 143.75 |
| Consulting | 4-12-04: Payment confirmation A. Lawrence, update Hoffman file | 0.25 | 115.00 | 28.75 |
| | MD Retail Sales Tax | | 5.00% | 0.00 |

Thank you.
WBE Certification # B-2073

**Total**   $373.75

# SUSAN PERRIN ART CONSULTING

COPY

| Date | Invoice # |
|------|-----------|
| 11/05/'03 | 364 |

**Bill To**

Shapiro Sher Guinot & Sandler
Attn: Joel I. Sher, Esquire
36 South Charles Street
Baltimore, MD  21201-3147

| | | **Terms** | | **Project** | |
|--|--|-----------|--|-------------|--|
| | | Upon receipt | | Travelstead | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| | RE: Estate of G. Ware Travelstead | | | |
| | Professional art consultation services for the brokering and sale of artwork from the estate of G. | | | |
| | Ware Travelstead, December 4, 2002 through March 3, 2003 | | | |
| Reimbursement | 12-4-02: Insurance on Clough painting for shipment to J. Cramer (per attached documentation) | | 45.00 | 45.00 |
| Consulting | 12-4-03: Prepare and crate Clough painting for shipment; correspondence | 2 | 85.00 | 170.00 |
| | to J. Sher and J. Cramer re: art shipment on approval | | | |
| Consulting | 1-5-03: Correspondence with J. Cramer re: pending offer to purchase Clough | 0.5 | 85.00 | 42.50 |
| Consulting | 2-2-03: Correspondence with J. Cramer re: status of offer to purchase Clough | 0.5 | 85.00 | 42.50 |
| Consulting | 2-25-03: Confirmation of offer and receipt of payment from J. Cramer-Clough | 0.5 | 85.00 | 42.50 |
| Consulting | 3-3-03: Correspondence J. Sher and transmittal of payment from J. Cramer-Clough | 0.75 | 85.00 | 63.75 |
| | MD Retail Sales Tax | | 5.00% | 0.00 |

Thank you.
WBE Certification # B-2073

**Total**          $406.25

2307 RAVENVIEW ROAD  TIMONIUM, MARYLAND  21093
410·560·2782 / FAX: 410·560·0261
sperrinart@comcast.net