IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

In re:                                                  *

**G. WARE TRAVELSTEAD**                *    Case No. 96-5-4979-SD
                                                            (Chapter 11)
         Debtor.
*    *    *    *    *    *    *    *    *    *    *    *    *

### NOTICE OF SEVENTH APPLICATION OF LIQUIDATING
### AGENT FOR INTERIM ALLOWANCE OF COMPENSATION
### FOR SERVICES RENDERED BY SUSAN PERRIN ART CONSULTING
### FOR THE PERIOD DECEMBER 1, 2002 THROUGH APRIL 30, 2004

**TO ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that on this date, the Liquidating Agent has filed the Seventh Interim Application (the "Application") with the Court seeking payment of compensation for services rendered and expenses incurred by Susan Perrin Art Consulting (the "Applicant"), special art consultant to the Liquidating Agent, for the period from December 1, 2002 through April 30, 2004 (the "Application Period"). By the Application, the Applicant seeks an allowance of interim compensation in the amount of $735.00 for services rendered, plus $45.00 as reimbursement of expenses incurred for the Application Period. The Application may be reviewed at the Clerk's Office, United States Bankruptcy Court for the District of Maryland, 8th Floor, 101 West Lombard Street, Baltimore, Maryland 21201.

NOTICE IS FURTHER GIVEN that objections, if any, must be filed within twenty (20) days from the date of this Notice with the Clerk's Office, United States Bankruptcy Court for the District of Maryland, 8th Floor, 101 West Lombard Street, Baltimore, Maryland 21201. Furthermore, a copy of any objection must be served upon the undersigned counsel. If objections are filed, they must contain a complete specification of the factual and legal grounds upon which such objection is based. The Court may act upon such objections with or without a hearing, in its discretion. If no objection is filed, the Court may approve the Application without further notice.

Parties-in-interest desiring further information should contact the undersigned.

Dated: July 28th, 2004                       /s/      Joel I. Sher
                                                         Joel I. Sher, Bar No. 00719

                                                         Shapiro Sher Guinot & Sandler
                                                         36 South Charles Street, 20th Floor
                                                         Baltimore, Maryland 21201
                                                         (410) 385-0202

                                                         *Attorneys for Joel I. Sher, Liquidating Agent*