**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | | |
|---|---|---|
| In re: | * | |
| **G. WARE TRAVELSTEAD** | * | Case No. 96-5-4979-SD |
| | | (Chapter 11) |
| Debtor. | * | |

*   *   *   *   *   *   *   *   *   *   *   *   *

**CERTIFICATE OF SERVICE FOR NOTICE OF SEVENTH APPLICATION**
**OF LIQUIDATING AGENT FOR INTERIM ALLOWANCE OF COMPENSATION**
**FOR SERVICES RENDERED BY SUSAN PERRIN ART CONSULTING**
**FOR THE PERIOD DECEMBER 1, 2002 THROUGH APRIL 30, 2004**

I HEREBY CERTIFY that on this the 28th day of July, 2004, a copy of the Notice of

Seventh Application for Interim Allowance of Compensation for Services Rendered by Susan

Perrin Art Consulting for the Period December 1, 2002 Through April 30, 2004 was mailed, by

first-class mail, postage prepaid, to those parties listed on the attached service list.

/s/      Joel I. Sher
Joel I. Sher, Bar No. 00719
Shapiro Sher Guinot & Sandler
36 South Charles Street
20th Floor
Baltimore, Maryland 21201
(410) 385-0202

*Attorneys for Joel I. Sher, Liquidating Agent*

acl/wpdata/perrin 7th fee.app.doc
46322.001

Travelstead Limited Matrix
(96-5-4979-SD)

Mark A. Neal, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
300 W. Pratt St., Suite 350
Baltmore, MD 21201

Lewis S. Goodman, Esq.
Rifkin, Livingston, Levitan, et al
575 S. Charles Street, Ste. 200
Baltimore, MD 21201

Robert C. Schenfeld, Esquire
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, N.Y. 1005-1413

Virginia Kawalsky Ramirez
1162 River Bay Road
Annapolis, MD 21401

G. Gordon Hanes
James G. Hanes, III
C/o Xpres Corporation
111 Cloverleaf Drive
Winston-Salem, NC 27103

Maria C. van der Sluijs-Plantz
TMF Nederland, B.V.
1076 AZ Amsterdam
P. O. Box 75215
1070 A.E. Amsterdam
    The Netherlands

Thomas E. Graham, Esquire
Kilpatrick Stockton, LLP
1001 West Fourth Street
Winston-Salem, NC 27101

Richard D. London, Esquire
8701 Georgia Avenue
Suite 200
Silver Spring, MD 20910

Daniel A. Pollack, Esquire
Pollack & Kaminsky
114 West 47th Street
New York, NY 10036

Edward T. McDermott, Esquire
Pollack & Kaminsky
114 West 47th Street, 19th Floor
New York, NY 10036

Benjamin Rosenberg, Esquire
Rosenberg, Proutt, Funk et al
21115 First Maryland Bldg.
25 S. Charles Street
Baltimore, Maryland 21201

O'Melveny & Myers
Citicorp Center
153 East 53rd Street
New York, NY 10022

Edythe Travelstead
c/o Douglas J. Wells
111 Prospect Street
Stamford, CT 06901

Hedleys Humpers
Units 2 & 4
97 Victoria Road
London, NW 10 6ND England

Robert A. Banner, Esquire
Ingram Yuzek Gainen Carroll Bertolotti
250 Park Avneue
New York, NY 10177

Joseph Kibre, Esquire
Oberstein, Kibre & Horwitz
1999 Avenue of the Stars
Suite 1850
Los Angeles, CA 90067

Andrew D. Manitsky, Esquire
O'Sullivan Graev & Karabell, LLP
30 Rockefeller Plaza
New York, NY 10112

Chris M. Smith, Esquire
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022

Paul M. Nussbaum, Esquire
Whiteford, Taylor & Preston, L.L.P.
7 Saint Paul Street, Suite 1400
Baltimore, Maryland 21202-1626

Richard Kremen, Esquire
Piper Marbury Rudnick & Wolfe
6225 Smith Avenue
Baltimore, Maryland 21209

Patrick Donnelly, Esquire
Niles, Barton & Wilmer
111 South Calvert St., Ste. 1400
Baltimore, Maryland 21202-6185

Hedy B. Foreman
800 Westchester Avenue
Rye Brook, NY 10573

Larry Kaminitz
Grant Thornton
2 Hopkins Plaze, Suite 700
Baltimore, MD 21202

Berman, Paley, Goldstein
 & Kannry, LLP
500 Fifth Avenue
New York, NY 10110

Richard Koo Esquire
Koo & Larraebee, LLP
774 White Plains Roads
Suite 230
Scarsdale, NY 10583

Richard W. Moore, Esquire
207 East Redwood Street
Suite 700
Baltimore, MD 21202

Jack G. Stern, Esquire
Barrett & Gravante LLP
1585 Broadway
New York, NY 10036

Paul T. Tusch, Esquire
Cacace, Tusch & Santagata
777 Summer Street
P O Box 15859
Stamford, CT 06901

James A. Vidmar, Jr., Esquire
Linowes and Blocher
1010 Wayne Avenue
10th Floor
Silver Spring, MD 20910

USA Sogo, Inc.
c/o Graham & James, LLP
Denis H. Oyakawa, Esquire
801 So. Figueroa St., 14th Floor
Los Angeles, CA 90017

James D. Wall, Esquire
Stephen D. Poe, Esquire
Bell, Davis & Pitt, P.A.
West Fourth St., P O Box 21029
Winston-Salem, NC 27120

USA Sogo, Inc.
c/o Graham & James, LLP
Riddell Williams
Joseph E. Shickich, Jr., Esquire
1001 4th Avenue Plaza, Ste 4500
Seattle WA 98154

Lit/matrix/travelstead.ltd mat.doc--46322.001
Dew - 7/28/04