IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

| | | |
|---|---|---|
| In re: | * | |
| **G. WARE TRAVELSTEAD** | * | Case No. 96-5-4979-SD |
| | | (Chapter 11) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF ABANDONMENT

NOTICE IS HEREBY GIVEN that, unless timely objection is made, Joel I. Sher, Liquidating Agent (the "Liquidating Agent"), intends to abandon certain personal property of the above-referenced Debtor consisting of miscellaneous documents, files, file cabinets office supplies and furniture currently stored in three storage units in Arnold, Maryland (the "Personal Property") at Storage-USA; 1699 Baltimore Annapolis Boulevard; Arnold, Maryland.

After investigating the value of the Personal Property, the Trustee has determined that the Personal Property is burdensome to the estate and either (i) has no value to the estate, or (ii) is of inconsequential value and benefit to the estate. Additionally, continuing storage charges accrue at the rate of $1,005 per month for rental of the three storage units.

NOTICE IS FURTHER GIVEN that objections, if any, must be filed within twenty (20) days from the date of this Notice with the Clerk, United States Bankruptcy Court for the District of Maryland, United States Courthouse, 101 West Lombard Street, 8th Floor, Baltimore, Maryland 21201, with a copy of any objection served on the Liquidating Agent, Shapiro Sher Guinot & Sandler, 36 South Charles Street, 20th Floor, Baltimore, Maryland 21201. If no objections are filed within the 20-day time period, the Personal Property will be abandoned without further notice or hearing. If objections are filed, they must contain complete specification of the factual and legal grounds upon which they are based. The Court may rule upon any objection with or without a hearing, in its own discretion.

Any party desiring further information may contact the undersigned.

Dated: August 20, 2004

/s/    Joel I. Sher
Joel I. Sher, Bar No. 00719
Shapiro Sher Guinot & Sandler
36 South Charles Street, 20th Floor
Baltimore, Maryland  21201
(410) 385-0202