IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

| | | |
|---|---|---|
| In re: | * | |
| **G. WARE TRAVELSTEAD** | * | Case No. 96-5-4979-SD |
| | | (Chapter 11) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE FOR NOTICE OF ABANDONMENT

I HEREBY CERTIFY that on this 20th day of August, 2004, a copy of the Notice of Abandonment regarding personal property located in three storage units of Storage-USA in Arnold, Maryland was mailed by first-class mail, postage prepaid, to the parties listed on the attached mailing matrix.

/s/    Joel I. Sher
Joel I. Sher, Bar No. 00719
Shapiro Sher Guinot & Sandler
36 South Charles Street, 20th Floor
Baltimore, Maryland  21201
(410) 385-0202

Attorneys for Joel I. Sher, Liquidating Agent