

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| IN RE: | * | |
| G. WARE TRAVELSTEAD | * | Case No. 96-5-4979-SD |
| Debtor | * | Chapter 11 |

\* \* \* \* \* \* \*

### TWELFTH APPLICATION BY GRANT THORNTON LLP
### FOR ALLOWANCE OF INTERIM COMPENSATION FOR SERVICES
### RENDERED AS ACCOUNTANT FOR THE DEBTOR
### FOR THE PERIOD MAY 21, 2003 THROUGH JANUARY 22, 2004

Grant Thornton LLP ("GT") files this Twelfth Application for Allowance of Interim Compensation for Services Rendered as Accountant for the Debtor for the period May 21, 2003 through January 22, 2004, and respectfully represents as follows:

1. This case was commenced by the filing of a voluntary Petition under Chapter 11 of the Bankruptcy Code on May 31, 1996.

2. On August 27, 1996, this Court entered an Order authorizing the employment of Grant Thornton LLP as accountants for the Debtor.

3. GT rendered services to the Debtor and Debtor-in-Possession during this case from May 21, 2003 through January 22, 2004 (the "Application Period"). During the Application Period, GT devoted 39.25 hours of service, which amounts to $6,742.50. Annexed hereto as Exhibit D is a summary of the time spent by each individual, together with a schedule of each professional's detailed time analysis and hourly rate.

SUMMARY OF SERVICES PROVIDED BY GT

4. A description of the services provided by GT is set forth in the following paragraphs:

| | |
|---|---:|
| A. Assist counsel with IRS review of 1999 federal income tax return. | $6,213.75 |
| C. Time analysis and preparation of eleventh fee petitions. | 528.75 |
| TOTAL | $6,742.50 |

5. All services for which compensation is requested by GT were performed for and at the request of the Debtor and his Counsel and not on behalf of any other person. Further, GT has received no payment or promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with this application period and there is no agreement or understanding for the sharing of compensation to be received for such services.

6. Computed at the approved hourly rates, for the period May 21, 2003 through January 22, 2004, the fee for services rendered by GT as accountant to the Debtor is $6,742.50.

WHEREFORE, GT requests that this Court enter an Order approving an allowance for compensation in the amount of $6,742.50 for services rendered for the application period and granting such other relief as it is just and proper.

**Grant Thornton LLP**

By: _/s/ Arthur E. Flach_
Arthur E. Flach
Managing Partner - Baltimore Office
Grant Thornton LLP
2 Hopkins Plaza, Suite 700
Baltimore, MD  21201
(410) 685-4000

Exhibit D

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

IN RE:                                          *

G. WARE TRAVELSTEAD                             *           Case No. 96-5-4979-SD

        Debtor                                  *           Chapter 11

                    *       *       *       *       *       *       *

SUMMARY OF PROFESSIONAL TIME
CHARGES OF GRANT THORNTON LLP
May 21, 2003 through January 22, 2004

| Name | Hours | Standard hourly rate | Approved hourly rate | Amount |
|---|---|---|---|---|
| M. Brenner | 8.25 | $400 | $320 | $2,640.00 |
| M. Brenner | 3.00 | 380 | 305 | 915.00 |
| R. Blair | 19.00 | 155 | 125 | 2,375.00 |
| D. Watts | 0.50 | 140 | 110 | 55.00 |
| Y. Kurtis | 0.75 | 130 | 105 | 78.75 |
| K DiAngelo | 4.75 | 130 | 105 | 498.75 |
| W. Koehler | 2.50 | 75 | 60 | 150.00 |
| G. Williams | 0.50 | 75 | 60 | 30.00 |
|  | 39.25 |  |  | $6,742.50 |

Average Hourly Rate $171.79