IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| IN RE: | * | |
| G. WARE TRAVELSTEAD | * | Case No. 96-5-4979-SD |
| Debtor | * | Chapter 11 |

\* \* \* \* \* \* \* \* \* \* \*

ORDER APPROVING TWELFTH APPLICATION BY GRANT THORNTON LLP
FOR ALLOWANCE OF INTERIM COMPENSATION FOR SERVICES
RENDERED AS ACCOUNTANT FOR THE DEBTOR
FOR THE PERIOD MAY 21, 2003 THROUGH JANUARY 22, 2004

Upon consideration of the Twelfth Application by Grant Thornton LLP for Allowance of Interim Compensation for Services Rendered as Accountant to the Debtor for the period May 21, 2003 through January 22, 2004 (the "Application Period"), after notice and without objections, and the requested compensation having been shown to be reasonable and good cause having been shown for approving the Application; it is this _____ day of _____, 2004, by the United States Bankruptcy Court for the District of Maryland.

ORDERED, that Grant Thornton LLP be and hereby is allowed compensation in the amount of $6,742.50 for services rendered as accountants for the Debtor for the period May 21, 2003 through January 22, 2004.

ENTERED: _____    _____
United States Bankruptcy Judge