UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

IN RE:                                    *

G. WARE TRAVELSTEAD                       *        Case No. 96-5-4979-SD

      Debtor                             *        Chapter 11

     *    *    *    *    *    *    *

NOTICE OF TWELFTH APPLICATION BY GRANT THORNTON LLP
FOR ALLOWANCE OF INTERIM COMPENSATION FOR SERVICES
RENDERED AS ACCOUNTANT TO THE DEBTOR
FOR THE PERIOD MAY 21, 2003 THROUGH JANUARY 22, 2004

TO CREDITORS AND OTHER PARTIES IN INTEREST:

      NOTICE IS HEREBY PROVIDED that the accounting firm of Grant Thornton LLP has filed a Twelfth Application for Interim Compensation for Services Rendered as Accountant to the Debtor for the period May 21, 2003 through January 22, 2004 (the "Application"). The Application seeks an allowance of compensation in the amount of $6,742.50 for services rendered for the period May 21, 2003 through January 22, 2004.

      The above Application may be inspected by any interested party at the Office of Clerk, United States Bankruptcy Court, 919 U.S. Court House, 101 West Lombard Street, Baltimore, MD 21201, during normal business hours.

      Creditors and other parties in interest objecting to the Application are required to file such objections, with specific reasons therefore, with the United States Bankruptcy Court, 919 U.S. Court House, 101 West Lombard Street, Baltimore, MD 21201, within twenty (20) days of the date of this notice. A copy of the objection should be served upon Arthur E. Flach, 2 Hopkins Plaza, Suite 700, Baltimore, MD 21201. If any objection is filed, a hearing may be held thereon. Furthermore, any objection may be resolved in the Court at its direction without holding a hearing. If no objection is filed, the Court may grant the Application without holding a hearing. A copy of the application may be obtained from the undersigned.

                                                             /s/ Arthur E. Flach
                                                             Arthur E. Flach, Partner
                                                             Grant Thornton LLP
                                                             2 Hopkins Plaza
                                                             Baltimore, Maryland 21201
                                                             (410) 685-4000

Date: 8/31/04
Baltimore, Maryland

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| IN RE: | * | |
| G. WARE TRAVELSTEAD | * | Case No. 96-5-4979-SD |
| Debtor | * | Chapter 11 |

* * * * * * *

CERTIFICATE OF SERVICE OF NOTICE OF APPLICATION
OF GRANT THORNTON LLP FOR ALLOWANCE OF
INTERIM COMPENSATION FOR THE PERIOD
MAY 21, 2003 THROUGH JANUARY 22, 2004

I HEREBY CERTIFY that on this 31th day of August 2004, a copy of the Attached Notice of Application of Grant Thornton LLP for Allowance of Interim Compensation for the period May 21, 2003 through January 22, 2004 was sent by first class mail to all of the parties listed on the attached mailing list.

*/s/ Arthur E. Flach*
Arthur E. Flach
Managing Partner - Baltimore Office
Grant Thornton LLP
2 Hopkins Plaza, Suite 700
Baltimore, MD  21201
(410) 685-4000

Office of the U.S. Trustee
Marsh & McLennan Building
300 West Pratt Street, Suite 350
Baltimore, MD  21201

Joseph J. Bellinger, Esquire
Miles & Stockbridge, P.C.
10 Light Street, 12th Floor
Baltimore, MD  21202

Richard A. Tufaro, Esquire
Milbank, Tweed, Hadley & McCloy
International Square Building
1825 Eye Street, N.W., Suite 1100
Washington, DC 20026

Stephen J. Blauner, Esquire
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, NY  10005

Daniel A. Pollack, Esquire
Pollack & Kaminsky
114 West 47th Street
New York, NY 10036

Richard M. Kremen, Esquire
Kevin Kobbe, Esquire
Piper & Marbury, L.L.P.
Charles Center South
36 South Charles Street
Baltimore, MD  21201

Richard D. London, Esquire
8701 Georgia Avenue, Suite 200
Silver Spring, MD  20910

Jack G. Stern, Esquire
Duker, Barrett, Gravante & Markel, L.L.P.
1585 Broadway
New York, NY  10036

James D. Wall, Esquire
Stephen D. Poe, Esquire
Bell, Davis & Pitt, P.A.
635 West Twelfth Street
P. O. Box 21029
Winston-Salem, NC  27120

Joseph Kibre, Esquire
Oberstein, Kibre & Horwitz
2000 Avenue of the Stars, Suite 1850
Los Angeles, CA  90067

Paul T. Tusch, Esquire
Cacace, Tusch & Santagata
777 Summer Street
P O. Box 15859
Stamford, CT  06901

Chris M. Smith, Esquire
Shearman & Sterling
599 Lexington Avenue
New York, NY  10022

Robert A. Banner, Esquire
Kalin & Banner
757 Twelfth Avenue
7th Floor
New York, NY  10017

James A. Vidmar, Jr., Esquire
Linowes & Blocher, L.L.P.
1010 Wayne Avenue, 10th Floor
Silver Spring, MD  20910

USA Sogo, Inc.
C/O Graham & James, L.L.P.
Steven G. Polard, Esquire
801 South Figueroa Street
14th Floor
Los Angeles, CA  90017

Lawrence J. Yumkas, Esquire
Rosenberg Proutt Funk & Greenberg, L.L.P.
2115 First Maryland Building
25 South Charles Street
Baltimore, MD 21201

Andrew D. Manitsky, Esquire
O'Sullivan Graev & Karabell, L.L.P.
30 Rockefeller Plaza
New York, NY 10112

Richard W. Moore, Esquire
40 W. Chesapeake Avenue
Towson, Maryland 21204

Thomas E. Graham, Esquire
Kilpatrick Stock, L.L.P.
1001 East Twelfth Street
Winston-Salem, NC 27101

American Express
Centurion Bank
C/O. The Optima Account
Box 1407
Newark, NJ 07101-1407

Colucci Investigations
P. O. Box 2026
Stamford, CT 06906-0026

Comptroller of the Treasury
301 West Preston Street
Baltimore, MD 21201

American Express - Gold
Suite 0001
Chicago, IL 60679-0001

Internal Revenue Service
Philadelphia, PA 19255

Asprey
725 Twelfth Avenue
New York, NY 10022

Bankcard Services
P. O. Box 84000
Seattle, WI 98184-1100

Eagle Transfer Corp.
40 Laight Street
New York, NY 100013-2108

Internal Revenue Service
Federal Building, Room 118
Attention: D. F. Warren
251 North Main Street
Winston-Salem, NC 27101

BMW Financial Services
C/O BMW of America
Montvale, NJ

First Interstate Bank
P. O. Box 34770
Seattle, WA 98124-1770

New York State Department
  of Taxation and Finance
Audit Division Central Office
W A Harriman State Campus
Albany, NY 12227-0001

Hedleys Humpers
Units 2 & 4
97 Victoria Road
London, NW10 6ND

North Carolina Department of Revenue
P. O. Box 25000
Raleigh, NC 27640-0150

Bankcard Center
P. O. Box 580301
Charlotte, NC 28258-0301

Hilton Hotel
Logan International Airport
East Boston, MA 02128

Action Legal Video
132 Nassau Street, Suite 400
New York, NY 10038

McCall Firm
633 West Twelfth Street, Suite 150
Winston-Salem, NC 27101

Homestead Gardens
Central Avenue, Route 214
P. O. Box 189
Davidsonville, MD  21035

Airtouch Cellular - LA
Department 6080
Los Angeles, CA  90088-6080

Wolfgang Hoyt
18 West 27th Street
New York, NY  10001

American Express
Platinum
Suite 0001
Chicago, IL  60679-0001

Citibank
Box 6500
Sioux Falls, SD  57117

Saks Twelfth Avenue
P. O. Box 85060
Louisville, KY  40285-5060

Timothy Wyman
31 South Harrison Street
Easton, MD  21601
New York, NY  10038

Department of Taxation
Office of Processing Operation
P. O. Box 1202
Richmond, VA  23209-1202

Eduardo Canet
C/O Bear Sterns
Park Avenue
New York, NY  10017

Virginia Ramirez
1162 River Bay Road
Annapolis, MD  21401

The Mark Hotel
Madison Avenue at 77th Street
New York, NY  10021

Sherry-Lehman
6790 Madison Avenue at 61st Street
New York, NY  10021

Internal Revenue Service
Special Procedure Section
P. O. Box 1076
Baltimore, MD  21203

O'Melvany & Myers
Citicorp Center
153 East 53rd Street
New York, NY  10022-4611

Southern District Reports, P.C.
500 Pearl Street, Room 330
New York, NY  10007

Tearney & Tearney
1950 Sawtell Boulevard, Suite 320
Los Angeles, CA  90025

Securities Exchange Commission
3475 Lenox Road, N.E., Suite 1000
Atlanta, GA  30326-1232

Phil Dietz, Esquire
16 South Washington Street
P. O. Box 1146
Easton, MD  21601

The Bank of New York
P. O. Box 748
Harrison, NY  10528

Robinson, Murphy & McDonald
100 Park Avenue
New York, NY  10017

The Talbot Bank
P. O. Box 949
Easton, MD  21061

Edythe M. Travelstead
C/O Douglas J. Wells
111 Prospect Street
Stamford, CT  06901

Roland Benner
C/O Patrick Donnelly, Esquire
Niles, Barton & Wilmer
111 South Calvert Street, #1400
Baltimore, MD 21202-6185

Stephen F. Fruin, Esquire
Whiteford, Taylor & Preston
Seven Saint Paul Street, Suite 1400
Baltimore, MD 21202

Karen H. Moore, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
300 West Pratt Street, Suite 350
Baltimore, Maryland 21201

Berman, Paley, Goldstein & Kannry, LLP
500 Twelfth Avenue
New York, NY 10110

Benjamin Rosenberg, Esquire
Rosenberg, Prout, Funk & Greenberg
2115 First Maryland Building
25 South Charles Street
Baltimore, Maryland 21201

Robert Shenfeld, Esquire
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, NY 10005

Larry Kamanitz
Grant Thornton
2 Hopkins Plaza
Suite 700
Baltimore, Maryland 21202

Internal Revenue Service
Attn: Kathleen Donahue, Esq.
200 St. Paul Place
Suite 2602
Baltimore, Maryland 21202

Rollins Hudig Hall
3334 Healy Drive, Suite 301
Winston-Salem, NC 27114

Kenneth Oestreicher, Esquire
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland 21202-1626

Paul M. Nussbaum, Esquire
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland 21202-1626

Lewis S. Goodman, Esquire
Jamie B. Eisenberg, Esquire
Rifkin, Livingston, Levitan & Silver, LLC
575 S. Charles Street, Suite 200
Baltimore, Maryland 21201

Richard Koo, Esquire
Koo & Larrabee, LLP
774 White Plains Roads
Suite 230
Scarsdale, NY 10583

USA Sogo, Inc.
c/o Graham & James/LLP
Joseph E. Shickich, Jr. Esquire
1001 Twelfth Avenue Plaza, Suite 4500
Seattle, WA 98154

Manhattan Reporting Corp.
132 Nassau Street
New York, NY 10038

Robert H. Raisbeck, Jr.
Martin, Van Hoy, Smith & Raisbeck
Ten Court Square
Mocksburg, NC 27028

## Certificate of Service

I HEREBY CERTIFY that on this __31__th day of August 2004, a copy of this Twelfth Application by Grant Thornton LLP for Allowance of Interim Compensation of Services Rendered as Accountant to the Debtor and Debtor-in-Possession for the period May 21, 2003 through January 22, 2004 was mailed first class, postage prepaid, to

>Office of the U.S. Trustee
>Marsh & McLennon Building
>300 West Pratt Street
>Baltimore, MD  21201

GRANT THORNTON LLP

By: _____
Arthur E. Flach
Managing Partner - Baltimore Office
Grant Thornton LLP
2 Hopkins Plaza, Suite 700
Baltimore, MD  21201
(410) 685-4000

**END OF ORDER**