**SO ORDERED**
**Without opposition.**

**Date signed October 15, 2004**



E. STEPHEN DERBY
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

In re:                                              *

**G. WARE TRAVELSTEAD,**                *          Case No. 96-5-4979-SD
                                                              (Chapter 11)
                        Debtor.                *

*      *      *      *      *      *      *      *      *      *      *      *      *


**ORDER APPROVING APPLICATION FOR ALLOWANCE**
**OF COMPENSATION FOR SERVICES RENDERED AND EXPENSES INCURRED**
**BY PROFESSIONALS EMPLOYED AS SPECIAL COUNSEL**
**BY CHAPTER 11 LIQUIDATING AGENT**

Upon consideration of the application for allowance of compensation for services rendered by professionals employed as special counsel by Joel I. Sher, Chapter 11 Liquidating Agent (the "Application"), the fees and expenses being necessary and reasonable and good cause therefor having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED** that the Application is hereby approved; and it is further

**ORDERED** that the Liquidating Agent is authorized to pay Gassiot Advocats the amount of 5.800,00 Euros (approximately US $7,200.00) as compensation for services rendered; and it is further

**ORDERED** that the Liquidating Agent is authorized to pay Houthoff Buruma the amount of 5.766,00 Euros as compensation for services rendered and 335,27 Euros as reimbursement of out-of-pocket expenses, for an aggregate sum of 6.111,27 Euros (approximately US $7,586.53).

cc:     Joel I. Sher, Esquire
        Shapiro Sher Guinot & Sandler
        36 South Charles Street, 20th Floor
        Baltimore, MD   21201

        Paul M. Nussbaum, Esquire
        Whiteford Taylor & Preston
        7 St. Paul Street, Sutie 1400
        Baltimore, MD   21202

        Edward McDermott, Esquire
        Pollack & Kaminsky
        114 West 47th Street, 19th Floor
        New York, NY  10036

        Mark A. Neal, Esquire
        Assistant U.S. Trustee
        Office of the U.S. Trustee
        300 West Pratt Street, Suite 350
        Baltimore, Maryland  21201

**END OF ORDER**