**SO ORDERED**
**Without opposition.**

**Date signed October 15, 2004**



E. STEPHEN DERBY
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

| | | |
|---|---|---|
| In re: | * | |
| **G. WARE TRAVELSTEAD** | * | Case No. 96-5-4979-SD |
| | | (Chapter 11) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING SEVENTH APPLICATION OF
SUSAN PERRIN ART CONSULTING FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS
<u>ART CONSULTANT FOR THE LIQUIDATING AGENT</u>**

Upon consideration of the Seventh Application of the Liquidating Agent for Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred by Susan Perrin Art Consulting and, after adequate notice, good cause therefor having been shown, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED,** that Susan Perrin Art Consulting, special art consultant to the Liquidating Agent, is hereby allowed interim compensation in the amount of $735.00, and reimbursement of expenses in the amount of $45.00, for an aggregate total of $780.00 for the period December 1, 2002 through April 30, 2004.

cc:     Joel I. Sher, Esquire
        Shapiro Sher Guinot & Sandler
        36 South Charles Street, 20th Floor
        Baltimore, Maryland  21201

Paul M. Nussbaum, Esquire
Whiteford, Taylor & Preston
7 St. Paul Street
Baltimore, Maryland 21201

Mark A. Neal, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
300 W. Pratt St., Suite 350
Baltimore, Maryland 21201

Susan Perrin Art Consulting
2307 Ravenwood Road
Timonium, Maryland 21093

Perrin 7th fee.app
46322.001