**SO ORDERED**
**Without opposition.**

**Date signed October 15, 2004**



E. STEPHEN DERBY
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| **G. WARE TRAVELSTEAD,** | * | Case No. 96-5-4979-SD |
| | | (Chapter 11) |
| Debtor. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER APPROVING APPLICATION FOR ALLOWANCE
OF COMPENSATION FOR SERVICES RENDERED AND EXPENSES INCURRED
BY PROFESSIONALS EMPLOYED AS SPECIAL COUNSEL
BY CHAPTER 11 LIQUIDATING AGENT**

Upon consideration of the application for allowance of compensation for services rendered by professionals employed as special counsel by Joel I. Sher, Chapter 11 Liquidating Agent (the "Application"), the fees and expenses being necessary and reasonable and good cause therefor having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED** that the Application is hereby approved; and it is further

**ORDERED** that the Liquidating Agent is authorized to pay Gassiot Advocats the amount of 5.800,00 Euros (approximately US $7,200.00) as compensation for services rendered; and it is further

**ORDERED** that the Liquidating Agent is authorized to pay Houthoff Buruma the amount of 5.766,00 Euros as compensation for services rendered and 335,27 Euros as reimbursement of out-of-pocket expenses, for an aggregate sum of 6.111,27 Euros (approximately US $7,586.53).

cc:    Joel I. Sher, Esquire
Shapiro Sher Guinot & Sandler
36 South Charles Street, 20th Floor
Baltimore, MD   21201

Paul M. Nussbaum, Esquire
Whiteford Taylor & Preston
7 St. Paul Street, Sutie 1400
Baltimore, MD   21202

Edward McDermott, Esquire
Pollack & Kaminsky
114 West 47th Street, 19th Floor
New York, NY   10036

Mark A. Neal, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
300 West Pratt Street, Suite 350
Baltimore, Maryland   21201

**END OF ORDER**



**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0416-1          User: srudolf              Page 1 of 1               Date Rcvd: Oct 18, 2004
Case: 96-54979                Form ID: pdfall            Total Served: 4


The following entities were served by first class mail on Oct 20, 2004.
aty        +Joel I. Sher,    Shapiro, Sher & Guinot,    2000 Charles Center South,   36 S Charles Street,
             Baltimore, MD 21201-3020
           +Edward McDermott, Esquire,    Pollack & Kaminsky,    114 West 47th Street, 19th Floor,
             New York, NY 10036-1510
           +Paul M. Nussbaum, Esquire,    Whiteford Taylor & Preston,   7 St. Paul Street, Suite 1400,
             Baltimore, MD 21202-1654
The following entities were served by electronic transmission on Oct 18, 2004 and receipt of the transmission
was confirmed on:
ust        +E-mail: ustpregion04.ba.ecf@usdoj.gov Oct 18 2004 21:45:43     US Trustee - Baltimore, 11,
             300 West Pratt Street,   Suite 375,   Baltimore, MD 21201-6515
                                                                                                TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                          TOTAL: 0

 Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
 USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 20, 2004**                              **Signature:**   *Joseph Speetjens*