**SO ORDERED**
**Without opposition.**

**Date signed October 15, 2004**



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

| | | |
|---|---|---|
| In re: | * | |
| **G. WARE TRAVELSTEAD** | * | Case No. 96-5-4979-SD |
| | | (Chapter 11) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING SEVENTH APPLICATION OF SUSAN PERRIN ART CONSULTING FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS <u>ART CONSULTANT FOR THE LIQUIDATING AGENT</u>

Upon consideration of the Seventh Application of the Liquidating Agent for Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred by Susan Perrin Art Consulting and, after adequate notice, good cause therefor having been shown, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED,** that Susan Perrin Art Consulting, special art consultant to the Liquidating Agent, is hereby allowed interim compensation in the amount of $735.00, and reimbursement of expenses in the amount of $45.00, for an aggregate total of $780.00 for the period December 1, 2002 through April 30, 2004.

cc:    Joel I. Sher, Esquire
       Shapiro Sher Guinot & Sandler
       36 South Charles Street, 20th Floor
       Baltimore, Maryland  21201

Paul M. Nussbaum, Esquire
Whiteford, Taylor & Preston
7 St. Paul Street
Baltimore, Maryland 21201

Mark A. Neal, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
300 W. Pratt St., Suite 350
Baltimore, Maryland 21201

Susan Perrin Art Consulting
2307 Ravenwood Road
Timonium, Maryland 21093

Perrin 7th fee.app
46322.001



# CERTIFICATE OF SERVICE

```
District/off: 0416-1          User: srudolf           Page 1 of 1              Date Rcvd: Oct 18, 2004
Case: 96-54979                Form ID: pdfall         Total Served: 4

The following entities were served by first class mail on Oct 20, 2004.
op        +Joel I. Sher,   Shapiro Sher Guinot & Sandler,   36 S. Charles Street,   Suite 2000,
             Baltimore, MD 21201-3104
          +Paul M. Nussbaum, Esquire,   Whiteford,Taylor & Preston,   7 St. Paul Street,
             Baltimore, MD 21202-1697
           Susan Perrin Art Consulting,   2307 Ravenwood Road,   Timonium, MD  21093

The following entities were served by electronic transmission on Oct 18, 2004 and receipt of the transmission
was confirmed on:
ust       +E-mail: ustpregion04.ba.ecf@usdoj.gov Oct 18 2004 21:45:43     US Trustee - Baltimore, 11,
            300 West Pratt Street,   Suite 375,   Baltimore, MD 21201-6515
                                                                                               TOTAL: 1

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
op*       +Joel I. Sher,   Shapiro Sher Guinot & Sandler,   36 S. Charles Street,   Suite 2000,
             Baltimore, MD 21201-3104
                                                                                        TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 20, 2004**                    Signature:    *Joseph Speetjens*