**SO ORDERED**
**Without opposition.**

**Date signed October 19, 2004**



E. STEPHEN DERBY
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| IN RE: | * | |
| G. WARE TRAVELSTEAD | * | Case No. 96-5-4979-SD |
| Debtor | * | Chapter 11 |

* * * * * * * * * * *

ORDER APPROVING TWELFTH APPLICATION BY GRANT THORNTON LLP
FOR ALLOWANCE OF INTERIM COMPENSATION FOR SERVICES
RENDERED AS ACCOUNTANT FOR THE DEBTOR
FOR THE PERIOD MAY 21, 2003 THROUGH JANUARY 22, 2004

Upon consideration of the Twelfth Application by Grant Thornton LLP for Allowance of Interim Compensation for Services Rendered as Accountant to the Debtor for the period May 21, 2003 through January 22, 2004 (the "Application Period"), after notice and without objections, and the requested compensation having been shown to be reasonable and good cause having been shown for approving the Application by the United States Bankruptcy Court for the District of Maryland.

ORDERED, that Grant Thornton LLP and hereby is allowed compensation in the amount of $6,742.50 for services rendered as accountants for the Debtor for the period May 21, 2003 through January 22, 2004.

END OF ORDER

cc: Applicant
    Debtor's Counsel
    U.S. Trustee


**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0416-1           User: srudolf              Page 1 of 1              Date Rcvd: Oct 20, 2004
Case: 96-54979                 Form ID: pdfall            Total Served: 3

The following entities were served by first class mail on Oct 22, 2004.
aty        +Stephen F. Fruin,   Seven Saint Paul Street, #1400,    Baltimore, MD 21202-1654
acc        +Grant Thornton,   2 Hopkins Plaza,   Baltimore, Md 21201-2930
           +Office of the U.S. Trustee,   300 West Pratt Street,   Suite # 350,   Baltimore, MD 21201-6507

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc*       +Grant Thornton,   2 Hopkins Plaza,   Baltimore, Md 21201-2930
                                                                                           TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 22, 2004**              Signature:  _Joseph Speetjens_