IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | * |
| G. WARE TRAVELSTEAD | *   Case No:   96-5-4979-SD |
| Debtor | *   Chapter 11 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF HEARING ON LIQUIDATING AGENT'S MOTION TO DETERMINE TAX LIABILITY

PLEASE TAKE NOTICE that on September 26, 2002 Joel I. Sher, Liquidating Agent (the "Liquidating Agent"), filed his Motion of Liquidating Agent to Determine and Pay Debtor's Income Tax Obligations for 1999 (the "Tax Motion");

PLEASE TAKE FURTHER NOTICE that on or about December 23, 2002, the United States filed its Objection to Motion of Liquidating Agent to Determine and Pay Debtor's Income Tax Obligations for 1999 (the "Objection").  On January 23, 2003, this Court entered a Stipulation and Consent Order Continuing Hearing on Motion of Liquidating Agent to Determine and Pay Debtor's Income Tax Obligations for 1999.  On April 30, 2003, the Debtor filed his Joinder to Liquidating Agent's Motion to Determine Tax Liability;

PLEASE TAKE FURTHER NOTICE THAT a hearing on the Tax Motion and the Objection has been scheduled for **May 16, 2005, at 10:00 a.m. in the United States**

**Bankruptcy Court for the District of Maryland, U.S. Courthouse, 101 W. Lombard Street, Baltimore, Maryland 21201, Courtroom 9-C.**

Dated: January 28, 2005

      /s/ Cameron J. Macdonald
Cameron J. Macdonald, Bar No. 25362
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202
(410) 347-8700

*Attorneys for the Debtor*

## CERTIFICATE OF SERVICE

I certify that on this 28th day of January, 2004, a copy of the Notice of Hearing was mailed first class, postage prepaid to:

Office of the U.S. Trustee
Marsh & McLennan Building
300 West Pratt Street, Suite 350
Baltimore, Maryland 21201

Joel I. Sher, Esquire
Shapiro Sher Guinot & Sandler
36 South Charles Street
Baltimore, Maryland  21201

Bradley C. Plovan, Esquire
Special Assistant United States Attorney
Internal Revenue Service
31 Hopkins Plaza – Room 1300
Baltimore, Maryland 21201

      /s/ Cameron J. Macdonald
Cameron J. Macdonald

*1592158*