### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
#### Baltimore Division

| | | |
|---|---|---|
| In re: | * | |
| G. WARE TRAVELSTEAD, | * | Case No: 96-5-4979-SD |
| Debtor | * | Chapter 11 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### **NOTICE OF SERVICE OF DISCOVERY**

Please take notice that copies of Debtor's First Set of Interrogatories Propounded on the United States of America and First Request for Production of Documents were served on this 3rd day of February, 2005, upon Bradley C. Plovan, Esquire, Special Assistant United States Attorney, Internal Revenue Service, 31 Hopkins Plaza – Room 1300, Baltimore, Maryland 21201, via first-class mail, postage prepaid.

  /s/ Cameron J. Macdonald
Paul M. Nussbaum, Bar No. 04394
Cameron J. Macdonald, Bar No. 25362
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland 21202
410/347-8700

*Attorneys for Debtor*

- 2 -

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of February, 2005, a copy of the Notice of Hearing was mailed first class, postage prepaid to:

        Office of the U.S. Trustee
        Marsh & McLennan Building
        300 West Pratt Street, Suite 350
        Baltimore, Maryland 21201

        Bradley C. Plovan, Esquire
        Special Assistant United States Attorney
        Internal Revenue Service
        31 Hopkins Plaza – Room 1300
        Baltimore, Maryland 21201

         /s/ Cameron J. Macdonald
        Cameron J. Macdonald

1600311