IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| G. WARE TRAVELSTEAD | ) | Case No. 96-54979-SD |
| | ) | |
| Debtor. | ) | |

ENTRY OF APPEARANCE

To the Clerk of the Court, PLEASE ENTER THE APPEARANCE of the undersigned attorney, Stuart M. Fischbein, for the United States with respect to the Motion of Liquidating Agent to Determine and Pay Debtor's Income Tax Obligations and the United States' objection thereto in the above-captioned case.

Respectfully submitted,

/s/Stuart M. Fischbein
STUART M. FISCHBEIN, Bar No. 10581
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Telephone: (202) 307-6489
Telefax : (202) 514-6489
E-Mail-Stuart.M.Fischbein@usdoj.gov

OF COUNSEL:

ALLEN F. LOUCKS
United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
Telephone: (410) 209-4800

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing ENTRY OF APPEARANCE was caused to be served on the 4th day of March, 2005, by depositing a copies thereof in the United States' mail, postage prepaid, addressed as follows:

>Paul M. Nussbaum, Esquire
>Cameron J. McDonald, Esquire
>Whiteford, Taylor & Preston LLP
>Seven Saint Paul Street
>Baltimore, MD 21202
>Attorney for the Debtors
>
>Joel I. Sher, Esquire
>Shapiro Sher Guinot & Sandler
>36 South Charles Street
>Baltimore, MD 21201
>
>Office of the U.S. Trustee
>Marshal & McLennan Building
>300 West Pratt Street, Suite 350

        /s/Stuart M. Fischbein
       STUART M. FISCHBEIN