**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| In re: | * | |
| **G. WARE TRAVELSTEAD,** | * | Case No. 96-5-4979-SD |
| | | (Chapter 11) |
| Debtor. | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**LINE FILING EXHIBIT A TO**
**MOTION OF LIQUIDATING AGENT FOR AUTHORITY TO SELL**
**INTERESTS IN AND ASSOCIATED WITH BABBITT RANCHES L.L.C.**
**FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES**

Joel I. Sher, Liquidating Agent, hereby submits a fully executed copy of the Purchase, Sale

and Settlement Agreement, Exhibit A to the Motion for Authority to Sell Interests in and Associated

with Babbitt Ranches L.L.C. Free and Clear of Liens, Claims and Encumbrances (Docket No. 1217).

/s/     Joel I. Sher
Joel I. Sher, Bar No. 00719

Shapiro Sher Guinot & Sandler
36 South Charles Street
20th Floor
Baltimore, Maryland 21201
410-385-0202

*Attorneys for the Liquidating Agent*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 11th day of August, 2005, a copy of the foregoing was served by first-class mail, postage prepaid, on the following:

Paul M. Nussbaum, Esquire
Stephen F. Fruin, Esquire
Whiteford, Taylor & Preston
7 St. Paul Street
Baltimore, MD  21202-1626

Mark A. Neal, Esquire
Assistant U.S. Trustee
Office of the United States Trustee
300 West Pratt Street, Suite 350
Baltimore, MD   21201

Richard M. Grimsrud, Esquire
P.O. Box 639
Flagstaff, Arizona 86002

Todd Feltus, Esquire
Snell & Wilmer L.L.P.
One Phoenix Center
400 E. Van Buren
Phoenix, AZ, 85004-2202

Edward McDermott, Esquire
Pollack & Kaminsky
114 West 47th Street, 19th Floor
New York, NY  10036

/s/     Joel I. Sher
Joel I. Sher

2