IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| In re: | * | |
| **G. WARE TRAVELSTEAD,** | * | Case No. 96-54979-SD |
| | | (Chapter 11) |
| Debtor. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**LINE FILING DECISION FROM FOREIGN PROCEEDING**

In furtherance of the Motion of Liquidating Agent for Authority to Sell Interests In and Associated With Babbitt Ranches L.L.C. Free and Clear of Liens, Claims and Encumbrances, scheduled for hearing on August 26, 2005, the Liquidating Agent files the attached Order entered in the United States District Court for the District of Arizona.

Dated:  August 22, 2005      /s/    Joel I. Sher
　　　　　　　　　　　　　　　　Joel I. Sher, Bar No. 00719
　　　　　　　　　　　　　　　　Richard M. Goldberg, Bar No. 07994

　　　　　　　　　　　　　　　　Shapiro Sher Guinot & Sandler
　　　　　　　　　　　　　　　　36 South Charles Street
　　　　　　　　　　　　　　　　Twentieth Floor
　　　　　　　　　　　　　　　　Baltimore, MD 21201-3147
　　　　　　　　　　　　　　　　(410) 385-0202

　　　　　　　　　　　　　　　　*Counsel for Joel I. Sher, Liquidating Agent*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 22nd day of August, 2005, a copy of the foregoing Line Filing Decision From Foreign Proceeding was electronically filed and served on the parties listed below by first-class mail, unless said party is a registered CM/ECF participant and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party from the Court.

Paul M. Nussbaum, Esquire
Whiteford, Taylor & Preston, L.L.P.
Suite 1400
7 Saint Paul Street
Baltimore, Maryland 21202-1626

Edward T. McDermott, Esquire
Pollack & Kaminsky
114 West 47th Street
New York, NY 10036

Larry J. West
245 East 63rd Street
New York, NY 10021

Richard M. Grimsrud, Esquire
P.O. Box 639
Flagstaff, AZ 86002

Todd Feltus, Esquire
Snell & Wilmer L.L.P.
One Phoenix Center
400 E. Van Buren
Phoenix, AZ 85004-2202

Joseph E. Cotterman, Esquire
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, AZ 85016-9225

Office of the U.S. Trustee
300 West Pratt Street
Suite 350
Baltimore, MD 21201

　　　　　　　　　　　　　　　　　　　　/s/  Joel I. Sher
　　　　　　　　　　　　　　　　　　　　Joel I. Sher

F:\LIT\DEWITTIG\WPDATA\travelstead line filing West Order.doc—46322.010