**SO ORDERED**



**E. STEPHEN DERBY**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
#### (Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **G. WARE TRAVELSTEAD,** | * | Case No. 96-5-4979-SD |
| | * | Chapter 11 |
| Debtor. | * | |
| | * | |

**ORDER GRANTING MOTION OF LIQUIDATING AGENT FOR AUTHORITY TO SELL INTERESTS IN AND ASSOCIATED WITH BABBITT RANCHES L.L.C. FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES**

Upon consideration of the Motion Of The Liquidating Agent For Authority To Sell All Of The Debtor's Right, Title And Interests In And Associated With Babbitt Ranches, L.L.C., Free And Clear Of Liens, Claims And Encumbrances (the "Motion"), a hearing having been conducted by this Court to consider the Motion and any responses filed thereto, no responses or objections having been filed, and after due deliberation by this Court regarding this matter, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland, FOUND THAT:

A.      Notice of the Motion and the hearing was properly provided by the Liquidating Agent to all creditors and parties-in-interest entitled to such notice pursuant to applicable bankruptcy laws, statutes, and rules, and no other or further notice of the Motion or hearing is necessary;

1

B.      The procedures followed by the Liquidating Agent to (I) enter into the Purchase, Sale and Settlement Agreement attached to the Motion as Exhibit A ( the "PSA"), (ii) provide notice of the Motion, PSA and the Hearing, and (iii) investigate the value of the Debtor's Ownership Interests in Babbitt Ranches, LLC (the "Ownership Interests") have resulted in the highest and best offer for the assets to be sold;

C.      All requirements of Sections 363(b), (f), (k), (l) and (m) of the United States Bankruptcy Code (the "Bankruptcy Code") have been fully satisfied;

D.      St. Francis Property LLC ("St. Francis") has acted in good faith in connection with the purchase of the Ownership Interests and this order (the "Order") and is a good faith purchaser within the meaning of Section 363(m) of the Bankruptcy Code;

E.      St. Francis is a bona fide purchaser with respect to the Ownership Interests to be conveyed pursuant to the Motion;

F.      The consideration being offered by St. Francis to the Liquidating Agent pursuant to the terms and conditions of the PSA is hereby found to be fair and reasonable; and

G.      The relief requested in the Motion is in the best interest of creditors and other parties-in-interest.

**THEREFORE, IT IS HEREBY**,

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the PSA, the terms and conditions thereof and the transactions contemplated therein are hereby APPROVED in their entirety; and it is further

**ORDERED** that the Liquidating Agent is hereby authorized to sell the Ownership Interests to St. Francis in exchange for the considerations set forth in the PSA; and it is further

**ORDERED** that, upon closing of the terms and conditions of the PSA and this Order, the sale of the Ownership Interests shall be free and clear of all liens, claims, rights, encumbrances and interests of claimants of this estate, including but not limited to the claims of Larry J. West individually and as trustee of West Companies Defined Benefit Pension Plan & Trust ("West"); and it is further

**ORDERED** that all liens, claims, rights and encumbrances upon the Ownership Interests existing as of the date of closing including but not limited to the claims of West, shall attach to the consideration paid to the Liquidating Agent; and it is further

**ORDERED** that the Liquidating Agent is hereby authorized to take any and all actions as may be necessary and appropriate to effectuate the terms of the sale and the PSA, to settle in connection with the PSA and to consummate the transactions contemplated therein, including, without limitation, executing and delivering in the name of the Debtor as his attorney-in-fact any and all documents, instruments of transfer, conveyance documents and other documents required or necessary to consummate and settle the PSA and the transactions contemplated thereby; and it is further

**ORDERED** that the Liquidating Agent is hereby authorized, as needed, to stand in the shoes of the Debtor, and is granted and endowed with all of the Debtor's rights and powers appurtenant to his Ownership Interests; and it is further

**ORDERED** that this Court shall retain jurisdiction over any matters relating to or arising from the implementation of this Order including, without limitation, the resolution of any dispute whatsoever arising out of or concerning PSA.

3

cc:    Joel I. Sher, Esquire
       Shapiro Sher Guinot & Sandler
       36 S. Charles Street, 20th Floor
       Baltimore, MD 21201

       Paul M. Nussbaum, Esquire
       Stephen F. Fruin, Esquire
       Whiteford, Taylor & Preston
       7 St. Paul Street
       Baltimore, MD 21202-1626

       Mark A. Neal, Esquire
       Assistant U.S. Trustee
       Office of the United States Trustee
       300 West Pratt Street, Suite 350
       Baltimore, MD 21201

       Richard M. Grimsrud, Esquire
       P.O. Box 639
       Flagstaff, Arizona 86002

       Todd Feltus, Esquire
       Snell & Wilmer L.L.P.
       One Phoenix Center
       400 E. Van Buren
       Phoenix, AZ, 85004-2202

       Edward McDermott, Esquire
       Pollack & Kaminsky
       114 West 47th Street, 19th Floor
       New York, NY 10036

       Attached Service List

**- END OF ORDER -**

4

Travelstead Limited Matrix
(96-5-4979-SD)

Mark A. Neal, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
300 W. Pratt St., Suite 350
Baltmore, MD 21201

Edward T. McDermott, Esquire
Pollack & Kaminsky
114 West 47th Street, 19th Floor
New York, NY 10036

Paul M. Nussbaum, Esquire
Whiteford, Taylor & Preston, L.L.P.
7 Saint Paul Street, Suite 1400
Baltimore, Maryland 21202-1626

Lewis S. Goodman, Esq.
Rifkin, Livingston, Levitan, et al
575 S. Charles Street, Ste. 200
Baltimore, MD 21201

Benjamin Rosenberg, Esquire
Rosenberg, Proutt, Funk et al
21115 First Maryland Bldg.
25 S. Charles Street
Baltimore, Maryland 21201

Richard Kremen, Esquire
Piper Marbury Rudnick & Wolfe
6225 Smith Avenue
Baltimore, Maryland 21209

Robert C. Schenfeld, Esquire
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, N.Y. 1005-1413

O'Melveny & Myers
Citicorp Center
153 East 53rd Street
New York, NY 10022

Patrick Donnelly, Esquire
Niles, Barton & Wilmer
111 South Calvert St., Ste. 1400
Baltimore, Maryland 21202-6185

Virginia Kawalsky Ramirez
1162 River Bay Road
Annapolis, MD 21401

Edythe Travelstead
c/o Douglas J. Wells
111 Prospect Street
Stamford, CT 06901

Hedy B. Foreman
800 Westchester Avenue
Rye Brook, NY 10573

G. Gordon Hanes
James G. Hanes, III
C/o Xpres Corporation
111 Cloverleaf Drive
Winston-Salem, NC 27103

Hedleys Humpers
Units 2 & 4
97 Victoria Road
London, NW 10 6ND England

Larry Kaminitz
Grant Thornton
2 Hopkins Plaze, Suite 700
Baltimore, MD 21202

Maria C. van der Sluijs-Plantz
TMF Nederland, B.V.
1076 AZ Amsterdam
P. O. Box 75215
1070 A.E. Amsterdam
    The Netherlands

Robert A. Banner, Esquire
Ingram Yuzek Gainen Carroll Bertolotti
250 Park Avneue
New York, NY 10177

Berman, Paley, Goldstein
 & Kannry, LLP
500 Fifth Avenue
New York, NY 10110

Thomas E. Graham, Esquire
Kilpatrick Stockton, LLP
1001 West Fourth Street
Winston-Salem, NC 27101

Joseph Kibre, Esquire
Oberstein, Kibre & Horwitz
1999 Avenue of the Stars
Suite 1850
Los Angeles, CA 90067

Richard Koo Esquire
Koo & Larraebee, LLP
774 White Plains Roads
Suite 230
Scarsdale, NY 10583

Richard D. London, Esquire
8701 Georgia Avenue
Suite 200
Silver Spring, MD 20910

Andrew D. Manitsky, Esquire
O'Sullivan Graev & Karabell, LLP
30 Rockefeller Plaza
New York, NY 10112

Richard W. Moore, Esquire
207 East Redwood Street
Suite 700
Baltimore, MD 21202

Daniel A. Pollack, Esquire
 Pollack & Kaminsky
114 West 47th Street
New York, NY 10036

Chris M. Smith, Esquire
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022

Jack G. Stern, Esquire
Barrett & Gravante LLP
1585 Broadway
New York, NY 10036

Case: 96-54979    Doc #: 2123    Filed: 07/29/2005    Page 3 of 3

Paul T. Tusch, Esquire
Cacace, Tusch & Santagata
777 Summer Street
P O Box 15859
Stamford, CT 06901

USA Sogo, Inc.
c/o Graham & James, LLP
Denis H. Oyakawa, Esquire
801 So. Figueroa St., 14th Floor
Los Angeles, CA 90017

USA Sogo, Inc.
c/o Graham & James, LLP
Riddell Williams
Joseph E. Shickich, Jr., Esquire
1001 4th Avenue Plaza, Ste 4500
Seattle WA 98154

James A. Vidmar, Esquire, Jr.
Linowes and Blocher LLP
7200 Wisconsin Avenue, Ste 800
Bethesda, MD 20814-4842

James D. Wall, Esquire
Stephen D. Poe, Esquire
Bell, Davis & Pitt, P.A.
West Fourth St., P O Box 21029
Winston-Salem, NC 27120

Lit/matrix/travelstead.ltd mat.doc--46322.001
Dew – 8/5/04

Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0416-1            User: srudolf              Page 1 of 2              Date Rcvd: Sep 02, 2005
Case: 96-54979                 Form ID: pdfall            Total Served: 36
```

The following entities were served by first class mail on Sep 04, 2005.
```
aty      +Lewis Stephen Goodman,   Rifkin, Livingston, et al.,   575 S. Charles St., Ste. 200,
           Baltimore, MD 21201-2482
         +Andrew D. Manitsky, Esquire,   O'Sullivan Graev & Karabell, LLP,   30 Rockefeller Plaza,
           New York, NY 10112-0002
         +Benjamin Rosenberg, Esquire,   Rosenberg,Prout,Funk et al,   21115 First Maryland Bldg.,
           25 S. Charles St.,   Baltimore, MD 21201-3330
         +Berman,Paley,Goldstein & Kanrey, LLP,   500 Fifth Ave.,   New York, NY 10110-0375
         +Chris M. Smith, Esquire,   Shearman & Sterling,   599 Lexington Ave.,   New York, NY 10022-6069
         +Daniel A. Pollack, Esquire,   Pollack & Kaminsky,   114 West 47th Street,   New York, NY 10036-8295
         +Edward McDermott, Esquire,   Pollack & Kaminsky,   114 West 47th Street, 19th Floor,
           New York, NY 10036-1510
         +Edythe Travelstead,   c/o  Douglas J. Wells,   111 Prospect St.,   Stamford, CT 06901-1221
         +G. Gordan Hanes,   James G. Hanes, III,   c/o Xpres Corporation,   111 Cloverleaf Drive,
           Winston-Salem, NC 27103-6715
          Hedleys Humpers,   Units 2 & 4,   97 Victoria Rd.,   London,NW 10 6ND,   England
          Hedy B. Foreman,   800 Westchester Ave.,   Rye Brook, NY 10573-1354
         +Jack G. Stern, Esquire,   Barrett & Gravante LLP,   1585 Broadway,   New York, NY 10036-8200
          James A. Vidmar, Esquire, Jr.,   Linowes and Blocher LLP,   7200 Wisconsin Avenue, Ste. 800,
           Bethesda, MD  20814-4842
         +James D. Wall, Esquire,   Stephen D. Poe, Esquire,   Bell,Davis & Pitt, P.A.,
           West Fourth St., P.O. Box 21029,   Winston-Salem, NC 27120-1029
         +Joseph Kibre, Esquire,   Oberstein,Kibre & Horwitz,   1999 Avenue of the Stars,   Suite 1850,
           Los Angeles, CA 90067-4626
         +Larry Kaminitz,   Grant Thornton,   2 Hopkins Plaza, Suite 700,   Baltimore, MD 21201-2909
          Maria C. van der Sluijs-Plantz,   TMF Nederland, B.V.,   1076 AZ Amsterdam,   P.O. Box 75215,
           1070 A.E. Amsterdam The Netherlands
         +O'Melveny & Myers,   Citicorp Center,   153 East 53rd St.,   New York, NY 10022-4607
          Patrick Donnelly, Esquire,   Niles,Barton & Wilmer,   111 South Calvert St., Ste. 1400,
           Baltimore, MD  21202-6185
         +Paul M. Nussbaum, Esquire,   Stephen F. Fruin, Esquire,   Whiteford,Taylor & Preston,
           7 St. Paul Street,   Baltimore, MD 21202-1697
         +Paul T. Tusch, Esquire,   Cacace,Tusch & Santagata,   777 Summer Street,   P.O. Box 15859,
           Stamford, CT 06901-0859
         +Richard D. London, Esquire,   8701 Georgia Ave.,   Suite 200,   Silver Spring, MD 20910-3721
         +Richard Koo, Esquire,   Koo & Larraebee, LLP,   774 White Plains Roads,   Suite 230,
           Scarsdale, NY 10583-5030
         +Richard Kremen, Esquire,   Piper Marbury Rudnick & Wolfe,   6225 Smith Ave.,
           Baltimore, MD 21209-3600
         +Richard M. Grimsrud, Esquire,   P.O. Box 639,   Flagstaff, AZ 86002-0639
         +Richard W. Moore, Esquire,   207 East Redwood St.,   Suite 700,   Baltimore, MD 21202-3321
         +Robert A. Banner, Esquire,   Ingram Yuzek Gainen Carroll Bertolotti,   250 Park Ave.,
           New York, Ny 10177-0600
          Robert C. Schenfeld, Esquire,   Milbank,Tweed,Hadley & McCloy,   1 Chase Manhattan Plaza,
           New York, NY  10005-1413
         +Thomas E. Graham, Esquire,   Kilpatrick Stockton, LLP,   1001 West Fourth Street,
           Winston-Salem, NC 27101-2410
         +Todd Feltus, Esquire,   Snell & Wilmer, L.L.P.,   One Phoenix Center,   400 E. Van Buren,
           Phoenix, AZ 85004-2223
         +USA Sogo, Inc.,   c/o Graham & James, LLP,   Riddell Williams,   Joseph E. Shickich, Jr., Esquire,
           1001 4th Avenue Plaza, Ste. 4500,   Seattle, WA 98154-1192
         +USA Sogo, Inc.,   c/o Graham & James, LLP,   Dennis H. Oyakawa, Esquire,
           801 So. Figueroa St., 14th Floor,   Los Angeles, CA 90017-2573
         +Virginia Kawalsky Ramirez,   1162 River Bay Road,   Annapolis, MD 21409-4832
1483499   Cacace Tusch & Santagata,   777 Summer Street,   P.O. Box 15859,   Stamford, CT 06901-0859
1483530   Eduardo Canet,   c/o Milbank, Tweed, Hadley & McCloy,   l Chase Manhattan Plaza,
           New York, New York 10005,   Attn: Stephen J. Blauner
```

The following entities were served by electronic transmission on Sep 02, 2005 and receipt of the transmission
was confirmed on:
```
         +E-mail: ustpregion04.ba.ecf@usdoj.gov Sep 02 2005 21:00:59    Mark A. Neal, Esquire,
           Assistant U.S. Trustee,   Office of the U.S. Trustee,   300 West Pratt Street, Suite 350,
           Baltimore, MD 21201-6507
                                                                        TOTAL: 1
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp      Patrick J.B. Donnelly
                                                                        TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

District/off: 0416-1        User: srudolf          Page 2 of 2              Date Rcvd: Sep 02, 2005
Case: 96-54979             Form ID: pdfall         Total Served: 36

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 04, 2005**                    **Signature:**