# Exhibit 1



**IPMF**

INTELLECTUAL
PROPERTY
MANAGEMENT
& FINANCE

1637 THAMES STREET
BALTIMORE, MD 21231
410.824.6000
410.752.7227 FAX
WWW.IPMF.COM

October 3, 2005

Joel I. Sher, Esq.
Shapiro Sher Guinot & Sandler
36 South Charles Street, Suite 2000
Baltimore, Maryland  21201

*Re: Travelstead Barcelona Limited*

Dear Mr. Sher:

This letter confirms our recent discussions, whereby Shapiro Sher Guinot & Sandler ("Shapiro Sher") has retained IP Management & Finance ("IPM&F") in your capacity as the liquidating agent for The Travelstead Group ("Travelstead") as a consultant to perform a trademark valuation. In connection with our retention, Shapiro Sher has requested that we submit any reports, communications, and work product to Shapiro Sher.

We will complete our work on this engagement for a fixed fee in the amount of $10,000. In addition to our professional fees, we will be reimbursed at cost for any travel and out-of-pocket expenses.

We are not aware of any actual, apparent or potential conflicts with any of the parties involved in this matter. Should we become aware of any conflicts we will promptly notify you.

If this is in accordance with your understanding and meets with your approval, please sign and date this letter in the space provided. Please return the original to my attention and retain a copy for your files.

Sincerely,

*[signature]*
Terry L. Musika, CPA, MPA

*[signature]*
Debora R. Stewart, CPA

The services described in this letter are in accordance with our requirements and are acceptable.

ACCEPTED BY:

By: ____*[signature]*____      Date: _Oct 5, 2005_

Joel I. Sher, Shapiro Sher Guinot & Sandler

AN AFFILIATE OF MARYLAND FIRST FINANCIAL SERVICES CORP. (MFFS)