IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| **G. WARE TRAVELSTEAD,** | * | Case No. 96-5-4979-SD |
| | | (Chapter 11) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER AUTHORIZING LIQUIDATING AGENT TO EMPLOY
### INTELLECTUAL PROPERTY MANAGEMENT & FINANCE

Upon consideration of the application to employ Intellectual Property Management & Finance ("IPMF") as a trademark valuation consultant (the "Application") filed by Joel I. Sher, Liquidating Agent (the "Liquidating Agent'), seeking entry of an order authorizing (i) the retention of IPMF upon the terms set forth in the Application, and (ii) the payment of a fixed fee for professional services, plus actual out-of-pocket expenses, and it appearing that IPMF's employment is necessary and in the best interest of this estate and its creditors, and for good cause shown, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED** that the Application is hereby GRANTED; and it is further

**ORDERED** that the Liquidating Agent is authorized to employ IPMF as his consultant in this case; and it is further

**ORDERED** that the Liquidating Agent is authorized to pay to IPMF Ten Thousand Dollars ($10,000) for professional fees, plus any actual out-of-pocket expenses incurred in connection with the services to be provided pursuant to this order.

cc:   Joel I. Sher, Esquire
      Shapiro Sher Guinot & Sandler
      36 S. Charles St., 20th Floor
      Baltimore, MD  21201-3147

      Paul M. Nussbaum, Esquire
      Stephen F. Fruin, Esquire
      Whiteford, Taylor & Preston
      7 St. Paul Street
      Baltimore, MD  21202-1626

      Mark A. Neal, Esquire
      Assistant U.S. Trustee
      Office of the United States Trustee
      300 West Pratt Street, Suite 350
      Baltimore, MD   21201

      Edward McDermott, Esquire
      Pollack & Kaminsky
      114 West 47th Street, 19th Floor
      New York, NY  10036

      Terry L. Musika, CPA
      Intellectual Property Management & Finance
      1637 Thames Street
      Baltimore, MD  21231

**END OF ORDER**