| B 104 (Rev. 2/92) | **ADVERSARY PROCEEDING COVER SHEET**<br>(Instructions on Reverse) | **ADVERSARY PROCEEDING NUMBER**<br>(Court Use Only) |
|---|---|---|

| **PLAINTIFFS**<br><br>Joel I. Sher, Liquidating Agent | **DEFENDANTS**<br>Larry J. West, Individually and as Trustee for West Companies Defined Pension Plan & Trust<br>245 East 63rd Street<br>New York, NY  10021 |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br><br>Joel I. Sher<br>Scott W. Foley<br>Shapiro Sher Guinot & Sandler<br>36 South Charles Street, 20th Floor<br>Baltimore, Maryland  21201<br>(410) 385-0202 | **ATTORNEYS** (If Known) |

**PARTY** (Check one box only)   ☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☒ U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Complaint to avoid post petition transfer and for declaratory relief pursuant to 11 U.S.C. §§ 549 and 550

**NATURE OF SUIT**
(Check the one most appropriate box only).

- ☐ 454  To Recover Money or Property
- ☐ 435  To Determine Validity, Priority or Extent of a Lien or Other Interest in Property
- ☐ 458  To obtain approval for the sale of both the interest of the estate and of a co-owner in property
- ☐ 424  To object or to revoke a discharge 11 U.S.C. §727
- ☐ 455  To revoke an order of confirmation of a Chap. 11 or Chap. 13 Plan
- ☐ 426  To determine the dischargeability of a debt 11 U.S.C. §523
- ☐ 434  To obtain an injunction or other equitable relief
- ☐ 457  To subordinate any allowed claim or interest except where such subordination is provided in a plan
- ☒ 456  To obtain a declaratory judgment relating to any of foregoing causes of action
- ☐ 459  To determine a claim or cause of action removed to a bankruptcy court
- ☐ 498  Other (specify)

**ORIGIN OF PROCEEDINGS** (Check one box only)   ☒ 1 Original Proceeding   ☐ 2 Removed Proceeding   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another Bankruptcy Court   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

| **DEMAND** | **NEAREST THOUSAND**<br>$ 0 | **OTHER RELIEF SOUGHT** | ☐ **JURY DEMAND** |
|---|---|---|---|

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| **NAME OF DEBTOR**<br>G. Ware Travelstead | **BANKRUPTCY CASE NO.**<br>96-54979-SD |
|---|---|
| **DISTRICT IN WHICH CASE IS PENDING**<br>Maryland | **DIVISIONAL OFFICE**<br>Galtimore | **NAME OF JUDGE**<br>E. Stephen Derby |

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| **PLAINTIFF** | **DEFENDANT** | **ADVERSARY PROCEEDING NO.** |
|---|---|---|
| **DISTRICT** | **DIVISIONAL OFFICE** | **NAME OF JUDGE** |

**FILING FEE** (Check one box only)   **FEE ATTACHED**   ☐ **FEE NOT REQUIRED**   XX  **FEE IS DEFERRED**

| **DATE**<br><br>March 22, 2006 | **PRINT NAME**<br><br>Joel I. Sher,<br>Bar No. 00719 | **SIGNATURE OF ATTORNEY (OR PLAINTIFF)**<br><br>/s/ Joel I. Sher |
|---|---|---|