# Exhibit A

## Travelstead - Summary First Distribution

| Creditor | Allowed Claim | Claim at Payment Date | 2,400,000.00 Distribution |
|---|---|---|---|
| **Non-priority Unsecured  ($2.4M Distribution)** | | | |
| Action Legal Video | 397.00 | 490.46 | 211.70 |
| American Express – Platinum | 104,214.76 | 128,749.45 | 55,572.43 |
| American Express – Centurion | 9,744.45 | 12,038.53 | 5,196.22 |
| American Express – Gold | 18,070.84 | 22,325.16 | 9,636.26 |
| American Express Travel Related | 21,461.84 | 26,514.48 | 11,444.51 |
| BMW Financial Services | 22,150.00 | 27,364.65 | 11,811.47 |
| Bankcard Center (MC) | 9,226.01 | 11,398.07 | 4,919.78 |
| Bankcard Center (VISA) | 9,621.03 | 11,886.05 | 5,130.41 |
| Bankcard Services (corporate) | 17,018.13 | 21,024.61 | 9,074.90 |
| Cacace Tush & Santagata | 81,096.61 | 100,188.72 | 43,244.70 |
| Eduardo Canet | 2,750,000.00 | 3,397,416.87 | 1,466,435.23 |
| Citibank   VISA | 6,485.45 | 8,012.28 | 3,458.36 |
| Citibank   MC | 3,605.03 | 4,453.74 | 1,922.38 |
| Colucci Investigations | 291.50 | 360.13 | 155.44 |
| Duker & Barrett | 548.02 | 677.04 | 292.23 |
| Eagle Transfer Corp. | 187,818.77 | 232,035.88 | 100,154.20 |
| Eagle Transfer Corp. | 467,052.00 | 577,007.40 | 249,055.09 |
| Hedy B. Foreman | 10.66 | 13.17 | 5.68 |
| Hilton Hotel - Logan Airport | 45,940.37 | 56,385.22 | 24,337.69 |
| Homestead Gardens | 8,716.87 | 10,769.03 | 4,648.26 |
| Wolfgang Hoyt | 785.19 | 970.92 | 419.19 |
| Internal Revenue Service | 60,303.05 | 74,499.85 | 32,155.55 |
| Kaminitz Uhlfelder & P. | 1,997.15 | 2,467.33 | 1,064.98 |
| Manhattan Reporting Corp. | 1,014.25 | 1,253.03 | 540.85 |
| McCall Firm | 17,021.10 | 21,028.28 | 9,076.49 |
| O'Melveny & Meyers | 21,142.99 | 26,120.56 | 11,274.48 |
| Oberstein, Kfare & Horwitz | 7,030.54 | 8,685.70 | 3,749.03 |
| Phil Dietz, Esquire | 160,000.00 | 197,667.89 | 85,319.87 |
| Virginia Ramirez | 5,000.00 | 6,177.12 | 2,666.25 |
| Robinson Murphy & McDonald | 507.14 | 626.53 | 270.43 |
| Saks Fifth Avenue | 125,000.00 | 154,428.04 | 66,656.15 |
| Sherman & Sterling | 2,017.02 | 2,491.88 | 1,075.57 |
| Sherry-Lehman | 150,000.00 | 185,313.65 | 79,967.38 |
| Sir Norman Partners, Ltd. | 96.00 | 118.60 | 51.19 |
| Southern District Reporters | 60,000.00 | 74,125.46 | 31,994.95 |
| Sterling Doubleday LP | 1,738.29 | 2,090.17 | 902.19 |
| Tearney & Tearney | 22,783.06 | 28,146.75 | 12,149.05 |
| The Bank of New York | 35,055.51 | 43,308.43 | 18,693.32 |
| The Mark Hotel | 66,095.26 | 81,655.69 | 35,245.24 |
| Western Australia Bank f/k/a Bank of Western Australia Ltd | | | |
| | $ 4,500,756.63 | $ 5,560,286.82 | $ 2,400,000.00 |
| **Priority - Taxes   (Paid in Full)** | | | |
| Internal Revenue Service | 125,525.47 | | 125,525.47 |
| North Carolina Dept. Of Revenue | 25,000.00 | | 25,000.00 |
| | $ 150,525.47 | | $ 150,525.47 |
| Total Distribution | | | $ 2,550,525.47 |