# Exhibit B

Travelstead Cash Flow
Beginning 5/8/99

| Date | Payee/Payor | Description | Credits | Debits | Balance |
|---|---|---|---|---|---|
| | Balance Forward | | | | $6,639,022.93 |
| 5/10/1999 | NationsBank - | Cashier's check for LaCaixa Bank | | $65,000.00 | $6,574,022.93 |
| 5/27/1999 | Advance Storage | May storage charges | | $75.00 | $6,573,947.93 |
| 5/28/1999 | Storage USA | June storage charges | | $785.00 | $6,573,162.93 |
| 5/28/1999 | G. Ware Travelstead | June allowance | | $15,000.00 | $6,558,162.93 |
| 5/28/1999 | Artex | June storage | | $100.00 | $6,558,062.93 |
| 5/28/099 | NationsBank | Interest | $20,093.34 | | $6,578,156.27 |
| 6/18/1999 | Advance Storage | June storage | | $75.00 | $6,578,081.27 |
| 6/18/1999 | G. Ware Travelstead | July and August allowance advance | | $30,000.00 | $6,548,081.27 |
| 6/18/1999 | Storage USA | June storage | | $785.00 | $6,547,296.27 |
| 6/30/1999 | NationsBank | Interest | $19,128.66 | | $6,566,424.93 |
| 7/9/1999 | Rosenberg Proutt Funk & | Fees approved by consent order: 6/23/99 | | $35,000.00 | $6,531,424.93 |
| 7/9/1999 | Artex | July storage | | $100.00 | $6,531,324.93 |
| 7/9/1999 | Advance Storage | July storage | | $76.15 | $6,531,248.78 |
| 7/19/1999 | Christie's | Auction sale - 6/7/99 | $16,279.80 | | $6,547,528.58 |
| 7/19/1999 | Albert Ward & Johnston | Pro rata share of tax refund | $116.14 | | $6,547,644.72 |
| 7/19/1999 | G. Ware Travelstead | Travel expenses reimbursement | | $6,161.88 | $6,541,482.84 |
| 7/19/1999 | Corporate Art Directions | Charges to move Innes painting to gallery | | $64.95 | $6,541,417.89 |
| 7/23/1999 | Christie's | Auction sale - 6/10/99 | $17,132.00 | | $6,558,549.89 |
| 7/23/1999 | Storage USA | August storage | | $785.00 | $6,557,764.89 |
| 7/28/1999 | Whiteford Taylor | 6th Fee App; paid in full: entered 6/16/99 | | $231,787.87 | $6,325,977.02 |
| 7/28/1999 | G. Ware Travelstead | Advance – relocation expenses | | $7,500.00 | $6,318,477.02 |
| 7/30/1999 | Nationsbank | Interest | $19,152.90 | | $6,337,629.92 |
| 7/30/1999 | Interdean (wire) | | | $6,662.00 | $6,330,967.92 |
| 7/30/1999 | Artex | August storage | | $100.00 | $6,330,867.92 |
| 7/30/1999 | Phillips International Auctioneers | Bishops collection | | $19.30 | $6,330,848.62 |
| 7/30/1999 | Grant Thornton | Approved fees: 5th 6th apps per Order 4/27/99 | | $53,030.00 | $6,277,818.62 |
| 8/10/1999 | G. Ware Travelstead | ?? | | $7,500.00 | $6,270,318.62 |
| 8/16/1999 | G. Ware Travelstead | September allowance | | $15,000.00 | $6,255,318.62 |
| 8/16/1999 | NationsBank | Cashier's check – Walls Fargo; payoff Jeep | | $5,000.00 | $6,250,318.62 |

| Date | Payee/Payor | Description | Credits | Debits | Balance |
|---|---|---|---|---|---|
| 8/24/1999 | Artex | September storage | | $100.00 | $6,250,218.62 |
| 8/24/1999 | Advance Storage | August storage | | $75.00 | $6,250,143.62 |
| 8/24/1999 | Storage USA | September storage | | $785.00 | $6,249,358.62 |
| 8/31/1999 | Nationsbank | Interest | $18,478.87 | | $6,267,837.49 |
| 9/7/1999 | G. Ware Travelstead | ?? | | $5,000.00 | $6,262,837.49 |
| 9/8/1999 | Corporate Art Directions | Insurance for artwork | | $1,500.00 | $6,261,337.49 |
| 9/18/1999 | G. Ware Travelstead | Toward $50K moving expenses approved | | $9,785.00 | $6,251,552.49 |
| 9/18/1999 | Artex | October storage | | $100.00 | $6,251,452.49 |
| 9/18/1999 | Advance Storage | September storage | | $75.00 | $6,251,377.49 |
| 9/18/1999 | Storage USA | October storage | | $785.00 | $6,250,592.49 |
| 9/30/1999 | Nationsbank | Interest | $18,044.55 | | $6,268,637.04 |
| 9/30/1999 | NationsBank | Charge for checks | | $37.00 | $6,268,600.04 |
| 10/1/1999 | G. Ware Travelstead | October allowance | | $15,000.00 | $6,253,600.04 |
| 10/5/1999 | State of Maryland | Restitution payment | $43.30 | | $6,253,643.34 |
| 10/18/1999 | Whiteford Taylor | Fees 7th app per order entered 6/16/99 | | $111,000.00 | $6,142,643.34 |
| 10/18/1999 | Advance Storage | October storage | | $75.00 | $6,142,568.34 |
| 10/26/1999 | Corporate Art Directions | Sale proceeds - Marsh painting | $36,000.00 | | $6,178,568.34 |
| 10/28/1999 | State of Maryland | Restitution payment | $43.30 | | $6,178,611.64 |
| 10/29/1999 | G. Ware Travelstead | November allowance | | $15,000.00 | $6,163,611.64 |
| 10/29/1999 | Nationsbank | Interest | $19,165.55 | | $6,182,777.19 |
| 11/5/1999 | Artex | November storage | | $100.00 | $6,182,677.19 |
| 11/5/1999 | Advance Storage | November storage | | $75.00 | $6,182,602.19 |
| 11/5/1999 | Storage USA | November storage | | $794.00 | $6,181,808.19 |
| 11/23/1999 | G. Ware Travelstead | December allowance | | $15,000.00 | $6,166,808.19 |
| 11/30/1999 | Nationsbank | Interest | $19,557.51 | | $6,186,365.70 |
| 12/6/1999 | G. Ware Travelstead | Toward moving expenses | | $2,391.00 | $6,183,974.70 |
| 12/6/1999 | Artex | December storage | | $100.00 | $6,183,874.70 |
| 12/6/1999 | Advance Storage | December storage | | $75.00 | $6,183,799.70 |
| 12/6/1999 | Storage USA | December storage | | $803.00 | $6,182,996.70 |
| 12/9/1999 | Banc Sabadell (wire) | Hinsua loan payment | | $23,396.34 | $6,159,600.36 |
| 12/9/1999 | Data-Comp (wire) | Bond - Spain | | $6,040.61 | $6,153,559.75 |
| 12/10/1999 | Phillips International Auctioneers | Proceeds from auction | $1,363.01 | | $6,154,922.76 |
| 12/23/1999 | Storage USA | January storage | | $785.00 | $6,154,137.76 |
| 12/23/1999 | First distribution | See distribution spreadsheet for names/amts. | | $2,405,547.17 | $3,748,590.59 |

| Date | Payee/Payor | Description | Credits | Debits | Balance |
|---|---|---|---|---|---|
| 12/23/1999 | Patrick Donnelly | First distribution | | $2,067,146.00 | $1,681,444.59 |
| 12/23/1999 | G. Ware Travelstead | January allowance | | $15,000.00 | $1,666,444.59 |
| 12/29/1999 | Artex | January storage | | $100.00 | $1,666,344.59 |
| 12/31/1999 | Nationsbank | Interest | $16,092.41 | | $1,682,437.00 |
| 2000 | | | | | |
| 1/3/2000 | Shapiro & Olander | Fees per order 10/25/99 | | $285,367.11 | $1,397,069.89 |
| 1/4/2000 | Banc Sabadell (wire) | Hinsua loan payment | | $22,721.11 | $1,374,348.78 |
| 1/4/2000 | Whiteford Taylor | Fees 8th app per order entered 12/30/99 | | $164,117.00 | $1,210,231.78 |
| 1/4/2000 | Reverse distribution check | Wait for order approving settlement amt. | $31,908.60 | | $1,242,140.38 |
| 1/13/2000 | State of Maryland | Restitution payment | | $86.59 | $1,242,226.97 |
| 11/13/2000 | Addison Ripley | Sale of Dunlap painting | $3,200.00 | | $1,245,426.97 |
| 1/20/2000 | Artex | February storage | | $105.00 | $1,245,321.97 |
| 1/20/2000 | Advance Storage | January storage | | $75.00 | $1,245,246.97 |
| 1/20/2000 | Storage USA | February storage | | $785.00 | $1,244,461.97 |
| 1/28/2000 | State of Maryland | Restitution payment | $43.30 | | $1,244,505.27 |
| 1/28/2000 | G. Ware Travelstead | February allowance | | $15,000.00 | $1,229,505.27 |
| 1/31/2000 | Nationsbank | Interest | $4,247.19 | | $1,233,752.46 |
| 2/15/2000 | Haight Gardner Holland & Knight | Fee app per order entered 3/3/99 | | $39,844.23 | $1,193,908.23 |
| 2/17/2000 | Virginia Kowalsky-Ramirez | 1st distribution per order entered 2/10/00 | | $85,089.59 | $1,108,818.64 |
| 2/17/2000 | Homestead Gardens | 1st distribution per order entered 2/10/00 | | $24,337.69 | $1,084,480.95 |
| 2/28/2000 | Banc Sabadell (wire) | Hinsua loan payment | | $4,217.16 | $1,080,263.79 |
| 2/28/2000 | G. Ware Travelstead | March allowance | | $15,000.00 | $1,065,263.79 |
| 2/29/2000 | Nationsbank | Interest | $3,662.85 | | $1,068,926.64 |
| 3/9/2000 | Christie's | Sale of jewelry | $1,700.10 | | $1,070,626.74 |
| 3/9/2000 | Artex | March storage | | $105.00 | $1,070,521.74 |
| 3/9/2000 | State of Maryland | Restitution payment | $43.30 | | $1,070,565.04 |
| 3/9/2000 | Advance Storage | February and March storage | | $151.13 | $1,070,413.91 |
| 3/9/2000 | Storage USA | March storage | | $785.00 | $1,069,628.91 |
| 3/9/2000 | Corporate Art Directions | Insurance 2/6/00-8/6/00 | | $1,440.00 | $1,068,188.91 |
| 3/9/2000 | G. Ware Travelstead | Advance on April allowance | | $5,000.00 | $1,063,188.91 |
| 3/10/2000 | Nationbank | Six-month CD - reserve for possible federal taxes | | $500,000.00 | $563,188.91 |
| 3/10/2000 | Carruthers & Roth, P.A. | Retainer per order | | $10,000.00 | $553,188.91 |
| 3/10/2000 | Patrick Donnelly | Per Order entered 2/25/00 | | $66,354.38 | $486,834.53 |

| Date | Payee/Payor | Description | Credits | Debits | Balance |
|---|---|---|---|---|---|
| 3/20/2000 | Corporate Art Directions | Sale of Steinberg painting | $28,800.00 | | $515,634.53 |
| 3/20/2000 | Susan Perrin Art Consultants | Fee app per order entered 3/16/00 | | $466.50 | $515,168.03 |
| 3/21/2000 | Phillips International Auctioneers | Auction proceeds | $13,755.40 | | $528,923.43 |
| 3/29/2000 | G. Ware Travelstead | Auction allowance (remainder) | | $10,000.00 | $518,923.43 |
| 3/31/2000 | Nationsbank | Interest | $2,350.52 | | $521,273.95 |
| 4/10/2000 | State of Maryland | Restitution payment | $22.65 | | $521,296.60 |
| 4/10/2000 | Artex | April storage | | $105.00 | $521,191.60 |
| 4/10/2000 | Advance Storage | April storage | | $75.00 | $521,116.60 |
| 4/10/2000 | Storage USA | April storage | | $848.00 | $520,268.60 |
| 4/11/2000 | G. Ware Travelstead | May allowance | | $15,000.00 | $505,268.60 |
| 4/30/2000 | Nationsbank | Interest | $1,775.68 | | $507,044.28 |
| 5/2/2000 | Artex | May storage | | $105.00 | $506,939.28 |
| 5/2/2000 | Advance Storage | May storage | | $75.00 | $506,864.28 |
| 5/2/2000 | Storage USA | May storage | | $830.00 | $506,034.28 |
| 5/8/2000 | State of Maryland | Restitution payment | $43.30 | | $506,077.58 |
| 5/15/2000 | G. Ware Travelstead | June allowance | | $15,000.00 | $491,077.58 |
| 5/16/2000 | Sterling Doubleday | 1st distribution per order entered 5/10/00 | | $31,908.60 | $459,168.98 |
| 5/31/2000 | Nationsbank | Interest | $1,853.54 | | $461,022.52 |
| 6/2/2000 | Marissa Martinez (wire) | Court reporter - deposit | | $500.00 | $460,522.52 |
| 6/4/2000 | State of Maryland | Restitution payment | $21.65 | | $460,544.17 |
| 6/8/2000 | Artex | June storage | | $105.00 | $460,439.17 |
| 6/8/2000 | Advance Storage | June storage | | $75.00 | $460,364.17 |
| 6/8/2000 | Storage USA | June storage | | $830.00 | $459,534.17 |
| 6/19/2000 | G. Ware Travelstead | July allowance | | $15,000.00 | $444,534.17 |
| 6/30/2000 | Nationsbank | Interest | $1,681.98 | | $446,216.15 |
| 7/5/2000 | Marissa Martinez (wire) | Court reporter fees | | $850.00 | $445,366.15 |
| 7/7/2000 | Artex | July storage | | $105.00 | $445,261.15 |
| 7/7/2000 | Advance Storage | July storage | | $75.00 | $445,186.15 |
| 7/7/2000 | Storage USA | July storage | | $848.00 | $444,338.15 |
| 7/13/2000 | ...... | Redeposit returned distribution checks | $5,752.27 | | $450,090.42 |
| 7/28/2000 | G. Ware Travelstead | August allowance | | $15,000.00 | $435,090.42 |
| 7/31/2000 | Nationsbank | Interest | $1,697.68 | | $436,788.10 |
| 8/7/2000 | State of Maryland | Restitution payment | $43.30 | | $436,831.40 |

| Date | Payee/Payor | Description | Credits | Debits | Balance |
|---|---|---|---|---|---|
| 8/29/2000 | G. Ware Travelstead | September allowance | | $15,000.00 | $421,831.40 |
| 8/31/2000 | Nationsbank | Interest | $1,687.35 | | $423,518.75 |
| 9/5/2000 | Artex | August and September storage | | $210.00 | $423,308.75 |
| 9/5/2000 | Advance Storage | August and September storage | | $150.00 | $423,158.75 |
| 9/5/2000 | Storage USA | August and September storage | | $1,660.00 | $421,498.75 |
| 9/25/2000 | Marissa Martinez (wire) | Court reporter fees | | $500.00 | $420,998.75 |
| 9/30/2000 | Nationsbank | Interest | $1,580.29 | | $422,579.04 |
| 10/2/2000 | G. Ware Travelstead | October allowance | | $15,000.00 | $407,579.04 |
| 10/18/2000 | Artex | October storage | | $105.00 | $407,474.04 |
| 10/18/2000 | Advance Storage | October storage | | $76.15 | $407,397.89 |
| 10/18/2000 | Storage USA | October & November storage | | $1,830.23 | $405,567.66 |
| 10/19/2000 | State of Maryland | Restitution payment | | $1,830.23 | $405,567.66 |
| 10/26/2000 | G. Ware Travelstead | November allowance | $43.30 | $15,000.00 | $390,610.96 |
| 10/30/2000 | Nationsbank | Interest | $1,537.25 | | $392,148.21 |
| 10/31/2000 | Advance Storage | November storage | | $75.00 | $392,073.21 |
| 10/31/2000 | Artex | November storage | | $105.00 | $391,968.21 |
| 11/17/2000 | G. Ware Travelstead | December allowance (portion) | | $7,500.00 | $384,468.21 |
| 11/29/2000 | Storage USA | December storage | | $912.80 | $383,555.41 |
| 11/29/2000 | G. Ware Travelstead | December allowance - remainder | | $7,500.00 | $376,055.41 |
| 11/30/2000 | Nationsbank | Interest | $1,427.12 | | $377,482.53 |
| 12/7/2000 | State of Maryland | Restitution payment | $43.30 | | $377,525.83 |
| 12/20/2000 | G. Ware Travelstead | January allowance | | $15,000.00 | $362,525.83 |
| 12/26/2000 | Artex | December storage | | $105.00 | $362,420.83 |
| 12/26/2000 | Advance Storage | December storage | | $75.00 | $362,345.83 |
| 12/26/2000 | Storage USA | January storage | | $830.00 | $361,515.83 |
| 12/26/2000 | Whiteford Taylor | Pro rata admin distribution on 9th app (order 6/21/00) | | $59,361.00 | $302,154.83 |
| 12/26/2000 | Rosenberg Proutt | Pro rata admin distribution on 3rd app (order 6/20/00) | | $5,774.60 | $296,380.23 |
| 12/26/2000 | Grant Thornton | Pro rata admin distribution on 7th app (order 5/11/00) | | $9,801.27 | $286,578.96 |
| 12/29/2000 | Nationsbank | Interest | $1,391.75 | | $287,970.71 |
| **2001** | | | | | |
| 1/18/2001 | G. Ware Travelstead | February allowance | | $15,000.00 | $272,970.71 |
| 1/31/2001 | Nationsbank | Interest | $1,086.57 | | $274,057.28 |
| 2/6/2001 | Storage USA | February storage | | $830.00 | $273,227.28 |

| Date | Payee/Payor | Description | Credits | Debits | Balance |
|---|---|---|---|---|---|
| 2/6/2001 | Artex | January & February storage | | $210.00 | $273,017.28 |
| 2/6/2001 | Advance Storage | January & February storage | | $151.13 | $272,866.15 |
| 2/23/2001 | State of Maryland | Restitution payment | | | $272,887.80 |
| 2/28/2001 | Nationsbank | Interest | $21.65 | | $273,844.03 |
| 3/1/2001 | G. Ware Travelstead | March allowance | $956.23 | $15,000.00 | $258,844.03 |
| 3/13/2001 | Advance Storage | March storage | | $105.00 | $258,769.03 |
| 3/13/2001 | Artex | March storage | | $75.00 | $258,664.03 |
| 3/13/2001 | Storage USA | March storage | | $830.00 | $257,834.03 |
| 3/13/2001 | Corporate Art Directions | Sale of Hans Hoffman painting | $90,000.00 | | $347,834.03 |
| 3/16/2001 | State of Maryland | Restitution payment | $21.65 | | $337,855.68 |
| 3/27/2001 | G. Ware Travelstead | April allowance - portion | | $10,000.00 | $337,834.03 |
| 3/30/2001 | Nationsbank | Interest | $1,021.82 | | $338,877.50 |
| 4/6/2001 | G. Ware Travelstead | April allowance | | $5,000.00 | $333,877.50 |
| 4/6/2001 | State of Maryland | Restitution payment | $43.30 | | $333,920.80 |
| 4/12/2001 | Rosenberg Prout | Remainder due on 3rd app | | $12,513.91 | $321,406.89 |
| 4/24/2001 | Susan Perrin Art Consulting | Order approving 4th app entered 4/20/01 | | $637.50 | $320,769.39 |
| 4/27/2001 | G. Ware Travelstead | May allowance | | $15,000.00 | $305,769.39 |
| 4/30/2001 | State of Maryland | Restitution payment | $22.50 | | $305,791.89 |
| 4/30/2001 | Nationsbank | Interest | $891.99 | | $306,683.88 |
| 5/8/2001 | State of Maryland | Restitution payment | $21.65 | | $306,705.53 |
| 5/22/2001 | Alex Cooper | Auction proceeds (April, 2001) | $12,954.00 | | $319,659.53 |
| 5/25/2001 | Storage USA | April storage | | $1,134.08 | $318,525.45 |
| 5/25/2001 | G. Ware Travelstead | June allowance | | $15,000.00 | $303,525.45 |
| 5/30/2001 | Nationsbank | Interest | $680.92 | | $304,206.37 |
| 6/11/2001 | State of Maryland | Restitution payment | $21.65 | | $304,228.02 |
| 6/11/2001 | Storage USA | May & June storage | | $1,847.70 | $302,380.32 |
| 6/11/2001 | Artex | Move items to Alex Cooper; six days storage thru | | $116.25 | $302,264.07 |
| 6/18/2001 | G. Ware Travelstead | July allowance | | $15,000.00 | $287,264.07 |
| 6/26/2001 | US Trustee | Quarterly fees through 4th Q, 2000 | | $30,500.00 | $256,764.07 |
| 6/29/2001 | Nationsbank | Interest | $529.40 | | $257,293.47 |
| 7/3/2001 | Sotheby's | Auction proceeds | $74,000.00 | | $331,293.47 |
| 7/3/2001 | Alex Cooper | Remainder of auction proceeds (April, 2001) | $34.00 | | $331,327.47 |
| 7/6/2001 | G. Ware Travelstead | August allowance (portion) | | $12,500.00 | $318,827.47 |

| Date | Payee/Payor | Description | Credits | Debits | Balance |
|---|---|---|---|---|---|
| 7/6/2001 | State of Maryland | Restitution payment | $21.65 | | $318,849.12 |
| 7/10/2001 | Storage USA | July storage | | $880.00 | $317,969.12 |
| 7/17/2001 | G. Ware Travelstead | August allowance - remainder | | $2,500.00 | $315,469.12 |
| 7/31/2001 | Nationsbank | Interest | $460.78 | | $315,929.90 |
| 8/10/2001 | Storage USA | August storage | | $880.00 | $315,049.90 |
| 8/10/2001 | Artex | Move paintings to DC gallery | | $350.00 | $314,699.90 |
| 8/10/2001 | Sotheby's | Insurance reimbursement | | $585.04 | $314,114.86 |
| 8/16/2001 | Rosenberg Proutt | Fees - 6th/final app per order entered 4/20/01 | | $6,310.25 | $307,804.61 |
| 8/28/2001 | G. Ware Travelstead | September allowance | | $15,000.00 | $292,804.61 |
| 8/31/2001 | Nationsbank | Interest | $479.43 | | $293,284.04 |
| 9/10/2001 | State of Maryland | Restitution payment | $43.30 | | $293,327.34 |
| 9/17/2001 | Storage USA | September storage | | $880.00 | $292,447.34 |
| 9/30/2001 | Nationsbank | Interest | $471.96 | | $292,919.30 |
| 10/1/2001 | G. Ware Travelstead | October allowance (portion) | | $7,500.00 | $285,419.30 |
| 10/4/2001 | Storage USA | October storage | | $880.00 | $284,539.30 |
| 10/5/2001 | Cowan Liebowitz & Latman | Retainer per order entered 10/4/01 | | $10,000.00 | $274,539.30 |
| 10/10/2001 | State of Maryland | Restitution payment | $24.55 | | $274,563.85 |
| 10/12/2001 | G. Ware Travelstead | October allowance - portion | | $2,500.00 | $272,063.85 |
| 10/29/2001 | G. Ware Travelstead | November allowance | | $15,000.00 | $257,063.85 |
| 10/31/2001 | Nationsbank | Interest | $299.65 | | $257,363.50 |
| 11/1/2001 | Storage USA | November storage | | $880.00 | $256,483.50 |
| 11/26/2001 | State of Maryland | Restitution payment | $21.65 | | $256,505.15 |
| 11/27/2001 | DeOlivar Selvi & Zegri | Retainer per order | | $10,000.00 | $246,505.15 |
| 11/28/2001 | G. Ware Travelstead | October allowance - remainder | | $5,000.00 | $241,505.15 |
| 11/30/2001 | Nationsbank | Interest | $248.01 | | $241,753.16 |
| 11/30/2001 | US Trustee | Quarterly fees, 1, 2, 3Q, 2001 | | $1,750.00 | $240,003.16 |
| 12/1/2001 | G. Ware Travelstead | December allowance | | $15,000.00 | $225,003.16 |
| 12/10/2001 | Sogo | Settlement | $80,000.00 | | $305,003.16 |
| 12/20/2001 | G. Ware Travelstead | January allowance | | $15,000.00 | $290,003.16 |
| 12/31/2001 | Nationsbank | Interest | $229.63 | | $290,232.79 |
| 12/31/2001 | Storage USA | December and January storage | | $1,760.00 | $288,472.79 |
| 12/31/2001 | Grant Thornton | Fees – 9th app; order entered 10/4/01 | | $16,697.50 | $271,775.29 |
| 2002 | | | | | $271,775.29 |

| Date | Payee/Payor | Description | Credits | Debits | Balance |
|---|---|---|---|---|---|
| 1/29/2002 | Whiteford Taylor | Toward 9th fee app (order entered 6/21/00) | | $20,000.00 | $251,775.29 |
| 1/29/2002 | Storage USA | February storage | | $880.00 | $250,895.29 |
| 1/29/2002 | State of Maryland | Restitution payment | $43.30 | | $250,938.59 |
| 1/31/2002 | Nationsbank | Interest | $294.56 | | $251,233.15 |
| 2/1/2002 | G. Ware Travelstead | February allowance - portion | | $9,000.00 | $242,233.15 |
| 2/19/2002 | G. Ware Travelstead | February allowance - remainder | | $6,000.00 | $236,233.15 |
| 2/28/2002 | Nationsbank | Interest | $131.95 | | $236,365.10 |
| 3/1/2002 | G. Ware Travelstead | March allowance | | $15,000.00 | $221,365.10 |
| 3/1/2002 | Storage USA | March storage | | $880.00 | $220,485.10 |
| 3/6/2002 | US Trustee | Quarterly fees, 4th Q | | $750.00 | $219,735.10 |
| 3/12/2002 | State of Maryland | Restitution payment | $21.65 | | $219,756.75 |
| 3/31/2002 | Nationsbank | Interest | $166.51 | | $219,923.26 |
| 4/1/2002 | Storage USA | April storage | | $924.00 | $218,999.26 |
| 4/2/2002 | State of Maryland | Restitution payment | $21.65 | | $219,020.91 |
| 4/3/2002 | G. Ware Travelstead | April allowance - portion | | $10,000.00 | $209,020.91 |
| 4/16/2002 | G. Ware Travelstead | April allowance - remainder | | $5,000.00 | $204,020.91 |
| 4/30/2002 | Nationsbank | Interest | $116.12 | | $204,137.03 |
| 5/3/2002 | G. Ware Travelstead | May allowance | | $15,000.00 | $189,137.03 |
| 5/3/2002 | Sotheby's | Proceeds of sale of Faulkner painting | $800.00 | | $189,937.03 |
| 5/3/2002 | State of Maryland | Restitution payment | $21.65 | | $189,958.68 |
| 5/10/2002 | Hinsua proceeds | Parking space income | $53,555.00 | | $243,513.68 |
| 5/13/2002 | Storage USA | May storage | | $924.00 | $242,589.68 |
| 5/13/2002 | Susan Perrin Art Consultants | Fees per 5th app; order entered 3/22/02 | | $1,425.00 | $241,164.68 |
| 5/24/2002 | G. Ware Travelstead | June allowance | | $15,000.00 | $226,164.68 |
| 5/29/2002 | Carruthers & Roth | Fees per order entered 5/15/02, less retainer | | $23,631.79 | $202,532.89 |
| 5/31/2002 | Nationsbank | Interest | $129.01 | | $202,661.90 |
| 6/19/2002 | State of Maryland | Restitution payment | $21.65 | | $202,683.55 |
| 6/30/2002 | Nationsbank | Interest | $185.28 | | $202,868.83 |
| 7/1/2002 | Storage USA | June & July storage | | $1,848.00 | $201,020.83 |
| 7/12/2002 | G. Ware Travelstead | July allowance | | $15,000.00 | $186,020.83 |
| 7/12/2002 | State of Maryland | Restitution payment | $43.30 | | $186,064.13 |
| 7/24/2002 | G. Ware Travelstead | August allowance | | $15,000.00 | $171,064.13 |

| Date | Payee/Payor | Description | Credits | Debits | Balance |
|---|---|---|---|---|---|
| 7/31/2002 | Nationsbank | Interest | $136.59 | | $171,200.72 |
| 8/13/2002 | Storage USA | August & Sept storage | | $1,816.50 | $169,384.22 |
| 8/30/2002 | Nationsbank | Interest | $159.83 | | $169,544.05 |
| 9/6/2002 | State of Maryland | Restitution payment | $21.65 | | $169,565.70 |
| 9/18/2002 | Internal Revenue Service | Remainder due on two claims | | $1,000.00 | $168,565.70 |
| 9/24/2002 | Addison Ripley | Proceeds of sale - Welliver painting | $800.00 | | $169,365.70 |
| 9/26/2002 | US Trustee | Quarterly fees - 1st & 2nd Q, 2002 | | $1,250.00 | $168,115.70 |
| 9/30/2002 | Nationsbank | Interest | $153.97 | | $168,269.67 |
| 10/7/2002 | State of Maryland | Restitution payment | $21.65 | | $168,291.32 |
| 10/8/2002 | Storage USA | Oct storage | | $1,323.00 | $166,968.32 |
| 10/31/2002 | Nationsbank | Interest | $147.87 | | $167,116.19 |
| 11/18/2002 | Storage USA | Nov & Dec storage | | $1,848.00 | $165,268.19 |
| 11/29/2002 | Nationsbank | Interest | $129.69 | | $165,397.88 |
| 12/2/2002 | Whiteford Taylor | Pro rata admin distribution (9th order) | | $51,066.67 | $114,331.21 |
| 12/2/2002 | Penta Advisory | Pro rata admin distribution (1st order-3/22/02) | | $13,984.44 | $100,346.77 |
| 12/2/2002 | Grant Thornton | Pro rata admin distribution (10th order-11/26/02) | | $15,858.64 | $84,488.13 |
| 12/2/2002 | Alfonso Martinez-Almeida | Pro rata admin distribution (Order entered 11/26/02) | | $9,090.25 | $75,397.88 |
| 12/5/2002 | State of Maryland | Restitution payment | $64.95 | | $75,462.83 |
| 12/31/2002 | Nationsbank | Interest | $44.78 | | $75,507.61 |

**Travelstead Cash Flow**
**Beginning January 2003**

| Date | Payee/Payor | Description | Credits | Debits | Balance |
|---|---|---|---|---|---|
| 2003 | | | | | |
| 1/17/2003 | US Trustee | Quarterly fees – 3rd & 4th Q, 2002 | | $1,000.00 | $75,507.61 |
| 1/31/2003 | Bank of America | Interest | $39.61 | | $74,547.22 |
| 2/28/2003 | Storage USA | Jan and Feb storage | | $1,848.00 | $74,507.61 |
| 2/28/2003 | Artex | Invoice 67562 | | $200.00 | $72,699.22 |
| 2/28/2003 | Bank of America | Interest | $37.86 | | $72,499.22 |
| 3/15/2003 | Jean Cramer | Sold Clough painting | $3,480.00 | | $72,537.08 |
| 3/31/2003 | Bank of America | Interest | $42.73 | | $76,017.08 |
| 4/3/2003 | Storage USA | March and April storage | | $1,848.00 | $76,059.81 |
| 4/4/2003 | State of Maryland | Restitution payment | $43.30 | | $74,211.81 |
| 4/30/2003 | Storage USA | May and June storage | | $1,936.00 | $74,255.11 |
| 4/30/2003 | Bank of America | Interest | $37.97 | | $72,319.11 |
| 5/9/2003 | State of Maryland | Restitution payment | $21.65 | | $72,357.08 |
| 5/28/2003 | Storage USA | June storage | | $968.00 | $72,378.73 |
| 5/31/2003 | Bank of America | Interest | $38.27 | | $71,410.73 |
| 6/27/2003 | Nationsbank | Interest from CD | $62,000.00 | | $71,449.00 |
| 6/30/2003 | Storage USA | July storage | | $968.00 | $133,449.00 |
| 6/30/2003 | Bank of America | Interest | $32.79 | | $132,481.00 |
| 6/30/2003 | Alfonso Martinez-Almeida | Remainder due: order 11/26/02 | | $14,239.75 | $132,513.79 |
| 7/1/2003 | Susan Perrin Art Consulting | Fees per order entered 5/13/03 | | $1,307.97 | $118,274.04 |
| 7/1/2003 | Cowan Liebowitz & Latman | Fees per order entered 12/20/02, plus add'l retainer | | $2,023.74 | $116,966.07 |
| 7/14/2003 | State of Maryland | Restitution payment | $21.65 | | $114,942.33 |
| 7/23/2003 | Javier Selva Prieto | Fees per Order entered | | $63,678.88 | $114,963.98 |
| 7/30/2003 | Bank of America | Interest | $20.06 | | $51,285.10 |
| 8/1/2003 | State of Maryland | Restitution payment | $43.30 | | $51,305.16 |
| 8/19/2003 | Storage USA | August storage | | $968.00 | $51,348.46 |
| 8/19/2003 | Hinsua | Sale of parking spaces | $600,000.00 | | $50,380.46 |
| 8/28/2003 | Storage USA | September storage | | $965.00 | $650,380.46 |
| 8/29/2003 | Bank of America | Interest | $101.39 | | $649,415.46 |
| 9/11/2003 | State of Maryland | Restitution payment | $21.65 | | $649,516.85 |
| 9/30/2003 | Bank of America | Interest | $249.86 | | $649,538.50 |
| | | | | | $649,788.36 |

| Date | Payee/Payor | Description | Credits | Debits | Balance |
|---|---|---|---|---|---|
| 10/31/2003 | Bank of America | Interest | $258.29 | | $650,046.65 |
| 11/14/2003 | State of Maryland | Restitution payment | | $1,930.00 | $648,159.95 |
| 11/17/2003 | Storage USA | Oct and Nov storage | $43.30 | | $650,089.95 |
| 11/19/2003 | US Trustee | Quarterly fees – 1st-3rd Q, 2003 | | $1,000.00 | $647,159.95 |
| 11/28/2003 | Bank of America | Interest | $250.08 | | $647,410.03 |
| 12/10/2003 | Storage USA | Dec storage | | $965.00 | $646,445.03 |
| 12/31/2003 | Bank of America | Interest | 258.53 | | $646,703.56 |
| 2004 | | | | | $646,703.56 |
| 1/9/2004 | State of Maryland | Restitution payment | | $965.00 | $646,725.21 |
| 1/13/2004 | Storage USA | Jan storage | $21.65 | | $645,760.21 |
| 1/15/2004 | Grant Thornton | Partial payment per orders entered 5/11/00 and 10/8/03 | | $30,000.00 | $615,760.21 |
| 1/30/2004 | Bank of America | Interest | $257.94 | | $616,018.15 |
| 2/2/2004 | Storage USA | Feb storage | | $965.00 | $615,053.15 |
| 2/2/2004 | Shapiro Sher & Guinot | Partial payment fees per 3rd order entered 1/27/04 | | $340,000.00 | $275,053.15 |
| 2/13/2004 | State of Maryland | Restitution payment | $43.30 | | $275,096.45 |
| 2/17/2004 | Whiteford Taylor | Partial payment fees per 11th order entered 2/9/04 | | $40,000.00 | $235,096.45 |
| 2/25/2004 | US Trustee | Quarterly fees, 4th Q, 2003 | | $250.00 | $234,846.45 |
| 2/27/2004 | Bank of America | Interest | $78.59 | | $234,925.04 |
| 3/9/2004 | State of Maryland | Restitution payment | $21.65 | | $234,946.69 |
| 3/17/2004 | Storage USA | March storage | | $960.00 | $233,986.69 |
| 3/31/2004 | Bank of America | Interest | $79.52 | | $234,066.21 |
| 4/13/2004 | Addison Ripley | Sale of Hans Hoffman painting | $5,950.00 | | $240,016.21 |
| 4/30/2004 | Bank of America | Interest | $87.55 | | $240,103.76 |
| 5/3/2004 | State of Maryland | Restitution payment | $43.30 | | $240,147.06 |
| 5/3/2004 | Storage USA | April & May storage | | $1,930.00 | $238,217.06 |
| 5/3/2004 | Grant Thornton | Final payment – 11th order entered 10/8/03 | | $8,996.65 | $229,220.41 |
| 5/3/2004 | Navigant | Final payment – 1st order entered 3/22/02 | | $21,906.45 | $207,313.96 |
| 5/3/2004 | Shapiro Sher & Guinot | Toward 3rd order entered 1/27/04 | | $100,000.00 | $107,313.96 |
| 5/28/2004 | Bank of America | Interest | $57.13 | | $107,371.09 |
| 6/9/2004 | State of Maryland | Restitution payment | $21.65 | | $107,392.74 |
| 6/30/2004 | Bank of America | Interest | $39.87 | | $107,432.61 |
| 7/30/2004 | Storage USA | June–August storage | | $2,880.00 | $104,552.61 |

| Date | Payee/Payor | Description | Credits | Debits | Balance |
|---|---|---|---|---|---|
| 7/30/2004 | Bank of America | Interest | $40.94 | | $104,593.55 |
| 8/5/2004 | State of Maryland | Restitution payment | $21.65 | | $104,615.20 |
| 8/9/2004 | US Trustee | Quarterly fees, 1st Q, 2004 | | $3,750.00 | $100,865.20 |
| 8/31/2004 | Bank of America | Interest | $21.77 | | $100,886.97 |
| 8/31/2004 | State of Maryland | Restitution payment | $21.65 | | $100,908.62 |
| 9/30/2004 | Bank of America | Interest | $41.37 | | $100,949.99 |
| 10/15/2004 | Susan Perrin Art Consultants | Fees per order entered 10/15/04 | | $780.00 | $100,169.99 |
| 10/19/2004 | State of Maryland | Restitution payment | $21.65 | | $100,191.64 |
| 10/19/2004 | Joan Gassiot Benet | Fees approved per order entered | | $7,486.82 | $92,704.82 |
| 10/19/2004 | Houthoff Buruma | Fees approved per order entered | | $7,888.62 | $84,816.20 |
| 10/31/2004 | Bank of America | Wire fees | | $70.00 | $84,746.20 |
| 10/31/2004 | Bank of America | Interest | $40.03 | | $84,786.23 |
| 11/9/2004 | Storage USA | September-Nov storage | | $4,318.30 | $80,467.93 |
| 11/15/2004 | US Trustee | Quarterly fees, 2nd, 3rd Q, 2004 | | $1,500.00 | $78,967.93 |
| 11/15/2004 | State of Maryland | Restitution payment | $43.30 | | $79,011.23 |
| 11/29/2004 | Bank of America | Fees/checks | | $39.75 | $78,971.48 |
| 11/30/2004 | Bank of America | Interest | $33.74 | | $79,005.22 |
| 11/30/2004 | Storage USA | Dec storage | | $1,005.00 | $78,000.22 |
| 12/31/2004 | Bank of America | Interest | 26.24 | | $78,026.46 |
| **2005** | | | | | |
| 1/5/2005 | State of Maryland | Restitution payment | $21.65 | | $78,048.11 |
| 1/14/2005 | Storage USA | Jan and Feb storage | | $2,016.00 | $76,032.11 |
| 1/31/2005 | Bank of America | Interest | $29.33 | | $76,061.44 |
| 2/23/2005 | State of Maryland | Restitution payment | $43.30 | | $76,104.74 |
| 2/28/2005 | Bank of America | Interest | $35.02 | | $76,139.76 |
| 3/8/2005 | Storage USA | March and April storage | | $2,245.53 | $73,894.23 |
| 3/8/2005 | US Trustee | Quarterly fees, 4th Q, 2004 | | $500.00 | $73,394.23 |
| 3/8/2005 | State of Maryland | Restitution payment | $21.65 | | $73,415.88 |
| 3/31/2005 | Bank of America | Interest | $27.98 | | $73,443.86 |
| 4/11/2005 | State of Maryland | Restitution payment | $21.65 | | $73,465.51 |
| 4/15/2005 | Storage USA | May storage | | $1,071.18 | $72,394.33 |
| 4/25/2005 | Gallagher & Kennedy PA | Babbitt local counsel | | $391.05 | $72,003.28 |
| 4/29/2005 | Bank of America | Interest | $26.13 | | $72,029.41 |

| Date | Payee/Payor | Description | Credits | Debits | Balance |
|---|---|---|---|---|---|
| 5/31/2005 | Bank of America | Interest | $36.87 | | $72,066.28 |
| 6/11/2005 | State of Maryland | Restitution payment | $21.65 | | $72,087.93 |
| 6/22/2005 | Storage USA | June and July storage | | $2,568.00 | $69,519.93 |
| 6/30/2005 | Bank of America | Interest | $15.39 | | $69,535.32 |
| 7/8/2005 | State of Maryland | Restitution payment | $21.65 | | $69,556.97 |
| 7/11/2005 | State of Maryland | Restitution payment | $43.30 | | $69,600.27 |
| 7/31/2005 | Bank of America | Interest | $35.45 | | $69,635.72 |
| 8/3/2005 | Babbitt Ranches LLC | Deposit on interest in AZ ranches | $30,000.00 | | $99,635.72 |
| 8/5/2005 | Storage USA | August storage | | $757.71 | $98,878.01 |
| 8/5/2005 | Gallagher & Kennedy | Babbitt local counsel | | $886.46 | $97,991.55 |
| 8/8/2005 | US Trustee | Quarterly fees, 1st & 2nd Q, 2005 | | $500.00 | $97,491.55 |
| 8/10/2005 | State of Maryland | Restitution payment | $21.65 | | $97,513.20 |
| 8/31/2005 | Bank of America | Interest | 47.91 | | $97,561.11 |
| 9/7/2005 | Storage USA | September storage | | $1,067.97 | $96,493.14 |
| 9/22/2005 | Babbitt Ranches LLC | Sale proceeds | 280,645.00 | | $377,138.14 |
| 9/30/02005 | Bank of America | Interest | 98.49 | | $377,236.63 |
| 10/3/2005 | Gallagher & Kennedy | Babbitt local counsel | | 891.06 | $376,345.57 |
| 10/14/2005 | Storage USA | October storage | | 1,067.97 | $375,277.60 |
| 10/21/2005 | State of Maryland | Restitution payment | 43.30 | | $375,320.90 |
| 10/31/2005 | Bank of America | Interest | 223.78 | | $375,544.68 |
| 11/22/2005 | State of Maryland | Restitution payment | 21.65 | | $375,566.33 |
| 11/30/2005 | Bank of America | Interest | 216.34 | | $375,782.67 |
| 12/2/2005 | US Trustee | Quarterly fees, 3rd Q, 2005 | | 250.00 | $375,532.67 |
| 12/2/2005 | Storage USA | Nov and Dec storage | | 2,135.94 | $373,396.73 |
| 12/30/2005 | Bank of America | Interest | 222.68 | | $373,619.41 |
| 2006 | | | | | |
| 1/18/2006 | Storage USA | Jan storage | | 1,067.97 | $372,551.44 |
| 1/20/2006 | State of Maryland | Restitution payment | 21.65 | | $372,573.09 |
| 1/31/2006 | Bank of America | Interest | 221.88 | | $372,794.97 |
| 2/17/2006 | State of Maryland | Restitution payment | 21.65 | | $372,816.62 |
| 2/28/2006 | Bank of America | Interest | 200.08 | | $373,016.70 |
| 3/8/2006 | State of Maryland | Restitution payment | 43.30 | | $373,060.00 |