IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| **G. WARE TRAVELSTEAD,** | * | Case No. 96-5-4979-SD |
| | | (Chapter 11) |
| Debtor. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF LIQUIDATING AGENT'S MOTION FOR AUTHORITY TO SELL
INTERESTS IN AND ASSOCIATED WITH TRADEMARKS
OF THE TRAVELSTEAD GROUP, INC.**

**TO ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that on this date, Joel I. Sher, the Liquidating Agent for the bankruptcy estate of G. Ware Travelstead (the "Liquidating Agent") filed a Motion for Authority to Sell Interests in and Associated With Trademarks of The Travelstead Group, Inc. (the "Motion"). The Motion may be inspected at the Clerk's Office, United States Bankruptcy Court, 8th Floor, 101 West Lombard Street, Baltimore, Maryland 21201.

Pursuant to a certain Purchase and Sale Agreement ("PSA") with Hotel de la Villa Olympica, S.A ("Hovisa"), a copy of which is attached to the Motion as Exhibit A, the Liquidating Agent seeks to sell certain trademarks (the "Trademarks") owned by the Debtor and/or two entities in which the Debtor has direct and/or indirect ownership interest: Travelstead Group, Inc. (the "Group") and Travelstead Barcelona Limited Partenership("TBLP").

The Trademarks are subject to a 1993 License Agreement between the Group, the Debtor, and TBLP, and the majority owners of Hovisa, a Spanish corporation which controls and owns the Hotel Arts. The License Agreement granted the Licensees a perpetual right to use the Trademarks, but with certain geographical restrictions. Hovisa now wishes to acquire the Trademarks so that it may use them in other business interests for which it is not currently licensed.

Pursuant to the terms of the PSA, the Trademarks will be sold to Hovisa for One Hundred Thousand Dollars ($100,000.00 USD), with closing scheduled to occur on or before June 30, 2006. The PSA provides that Hovisa will purchase the Trademarks "as is, where is" and subject to the License Agreement, and that Hovisa will grant a full release to the Liquidating Agent and the Debtor's bankruptcy estate of and from any and all claims arising out of or related to the Trademarks.

NOTICE IS FURTHER GIVEN that objections to the Motion, if any, must be filed with the Clerk, United States Bankruptcy Court for the District of Maryland, 8th Floor, 101 West Lombard Street, Baltimore, Maryland 21201, and served upon the undersigned counsel within twenty (20) days of the date of this Notice. If objections are filed, they must contain a complete specification of the grounds upon which the objection is based. **A hearing on the Motion has been scheduled for Friday, June 16, 2006 at 11:30 a.m. in Courtroom 9-C.** If no objections are filed, the Court may approve the Motion without further notice.

Parties-in-interest desiring further information should contact the undersigned.

Dated:  May 22, 2006             /s/      Joel I. Sher
                                 Joel I. Sher, Bar No. 00719
                                 Shapiro Sher Guinot & Sandler
                                 36 South Charles Street
                                 Twentieth Floor
                                 Baltimore, MD 21201-3147
                                 (410) 385-0202

                                 *Counsel for Joel I. Sher, Liquidating Agent*