IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| **G. WARE TRAVELSTEAD,** | * | Case No. 96-5-4979-SD |
| | | (Chapter 11) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE FOR NOTICE OF LIQUIDATING AGENT'S MOTION FOR AUTHORITY TO SELL INTERESTS IN AND ASSOCIATED <u>WITH TRADEMARKS OF THE TRAVELSTEAD GROUP, INC.</u>

I HEREBY CERTIFY that on the 22nd day of May, 2006, a copy of the Notice of Liquidating Agent's Motion for Authority to Sell Interests in and Associated with Trademarks of the Travelstead Group, Inc. was served, by first-class mail, postage prepaid, on all parties on the attached Service List.

<u>/s/     Joel I. Sher                      </u>
Joel I. Sher, Bar No. 00719
Shapiro Sher Guinot & Sandler
36 South Charles Street
Twentieth Floor
Baltimore, MD 21201-3147
(410) 385-0202

*Counsel for Joel I. Sher, Liquidating Agent*