

E. STEPHEN DERBY
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| **G. WARE TRAVELSTEAD,** | * | Case No. 96-5-4979-SD |
| | | (Chapter 11) |
| Debtor. | * | |

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

### ORDER AUTHORIZING LIQUIDATING AGENT TO EMPLOY
### INTELLECTUAL PROPERTY MANAGEMENT & FINANCE

Upon consideration of the application to employ Intellectual Property Management & Finance ("IPMF") as a trademark valuation consultant (the "Application") filed by Joel I. Sher, Liquidating Agent (the "Liquidating Agent'), seeking entry of an order authorizing (i) the retention of IPMF upon the terms set forth in the Application, and (ii) the payment of a fixed fee for professional services, plus actual out-of-pocket expenses, and it appearing that IPMF's employment is necessary and in the best interest of this estate and its creditors, and for good cause shown, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED** that the Application is hereby GRANTED; and it is further

**ORDERED** that the Liquidating Agent is authorized to employ IPMF as his consultant in this case; and it is further

**ORDERED** that the Liquidating Agent is authorized to pay to IPMF Ten Thousand Dollars ($10,000) for professional fees, plus any actual out-of-pocket expenses incurred in connection with the services to be provided pursuant to this order.

cc:     Joel I. Sher, Esquire
        Shapiro Sher Guinot & Sandler
        36 S. Charles St., 20th Floor
        Baltimore, MD  21201-3147

        Paul M. Nussbaum, Esquire
        Stephen F. Fruin, Esquire
        Whiteford, Taylor & Preston
        7 St. Paul Street
        Baltimore, MD  21202-1626

        Mark A. Neal, Esquire
        Assistant U.S. Trustee
        Office of the United States Trustee
        300 West Pratt Street, Suite 350
        Baltimore, MD   21201

        Edward McDermott, Esquire
        Pollack & Kaminsky
        114 West 47th Street, 19th Floor
        New York, NY  10036

        Terry L. Musika, CPA
        Intellectual Property Management & Finance
        1637 Thames Street
        Baltimore, MD  21231

**END OF ORDER**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0416-1           User: nbullock            Page 1 of 1                Date Rcvd: May 30, 2006
Case: 96-54979                 Form ID: pdfall           Total Served: 5
```

```
The following entities were served by first class mail on Jun 01, 2006.
aty        +Joel I. Sher,    Shapiro, Sher & Guinot,    2000 Charles Center South,    36 S Charles Street,
             Baltimore, MD 21201-3020
           +Edward McDermott, Esq.,    Pollack & Kaminsky,    114 W. 47th St, 19th Floor,
             New York, NY 10036-1510
           +Mark A. Neal, Esq.,    Assistant U.S. Trustee,    Office of the United States Trustee,
             300 W. Pratt St., Suite 350,    Baltimore, MD 21201-6507
           +Paul M. Nussbaum, Esq.,    Stephen F. Fruin, Esq.,    Whiteford, Taylor & Preston,
             7 St. Paul Street,    Baltimore, MD 21202-1697
           +Terry L. Musika, CPA,    Intellectual Property Management & Finan,    1637 Thames Street,
             Baltimore, MD 21231-3430

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 01, 2006**          Signature:  *Joseph Speetjens*