IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| **G. WARE TRAVELSTEAD,** | * | Case No. 96-5-4979-SD |
| | | (Chapter 11) |
| Debtor. | * | |

* * * * * * * * * * * * *

**NOTICE OF LIQUIDATING AGENT'S PROPOSED**
**AUCTION SALE OF ARTWORK**

**TO ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that Joel I. Sher, the Liquidating Agent for the bankruptcy estate of G. Ware Travelstead (the "Liquidating Agent"), intends to sell three pieces of artwork (the "Artwork") at an auction sale to be conducted by Alex Cooper on December 3 and 4, 2006. The Artwork was formerly on consignment to Addison-Ripley Fine Art, but has not yet sold. Alex Cooper will arrange to pick up the Artwork and transport it to its studio in Towson, Maryland. A detailed description of the Artwork follows:

        Artist - William Dunlap    Off the Interstate, Valley Stream,
        1977 oil wash and watercolor on paper, 24" x 93"

        Artist - William Dunlap    Summer Storm,
        1981 oil wash and watercolor, 39" x 42"

        Artist - William Dunlap    Trunk #8,
        1980 oil wash on paper, 47" x 33"

Alex Cooper's charges for the auction sale consist of (i) cost to transport the Artwork, plus (ii) a commission of 15% to 18% of the total sale price.

NOTICE IS FURTHER GIVEN that objections to this notice, if any, must be filed with the Clerk, United States Bankruptcy Court for the District of Maryland, 8th Floor, 101 West Lombard Street, Baltimore, Maryland 21201, and served upon the undersigned counsel within twenty (20) days of the date of this notice. If objections are filed, they must contain a complete specification of the grounds upon which the objection is based. If no objections are filed, the auction sale will take place with no further notice to creditors.

Parties-in-interest desiring further information should contact the undersigned.

Dated: November 6, 2006                /s/      Joel I. Sher
                                                      Joel I. Sher, Bar No. 00719
Shapiro Sher Guinot & Sandler
36 South Charles Street, 20th Floor
Baltimore, MD 21201-3147
(410) 385-0202
jis@shapirosher.com

*Counsel for Joel I. Sher, Liquidating Agent*