IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| **G. WARE TRAVELSTEAD,** | * | Case No. 96-5-4979-SD |
| | | (Chapter 11) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE FOR NOTICE OF LIQUIDATING AGENT'S PROPOSED AUCTION SALE OF ARTWORK

I HEREBY CERTIFY that on the 6th day of November, 2006, a copy of the Notice of Liquidating Agent's Proposed Auction Sale of Artwork was served, by first-class mail, postage prepaid, on all parties on the attached Service List.

/s/   Joel I. Sher
Joel I. Sher, Bar No. 00719
Shapiro Sher Guinot & Sandler
36 South Charles Street, 20th Floor
Baltimore, MD 21201-3147
(410) 385-0202

*Counsel for Joel I. Sher, Liquidating Agent*

Travelstead Limited Matrix
(96-5-4979-SD)

Mark A. Neal, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
101 W. Lombard St., Suite 2650
Baltimore, MD 21201

Edward T. McDermott, Esquire
Pollack & Kaminsky
114 West 47th Street, 19th Floor
New York, NY 10036

Paul M. Nussbaum, Esquire
Whiteford, Taylor & Preston, L.L.P.
7 Saint Paul Street, Suite 1400
Baltimore, Maryland 21202-1626

Lewis S. Goodman, Esq.
Rifkin, Livingston, Levitan, et al
575 S. Charles Street, Ste. 200
Baltimore, MD 21201

Benjamin Rosenberg, Esquire
Rosenberg, Proutt, Funk et al
21115 First Maryland Bldg.
25 S. Charles Street
Baltimore, Maryland 21201

Richard Kremen, Esquire
Piper Marbury Rudnick & Wolfe
6225 Smith Avenue
Baltimore, Maryland 21209

Robert C. Schenfeld, Esquire
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, N.Y. 1005-1413

O'Melveny & Myers
Citicorp Center
153 East 53rd Street
New York, NY 10022

Patrick Donnelly, Esquire
Niles, Barton & Wilmer
111 South Calvert St., Ste. 1400
Baltimore, Maryland 21202-6185

Virginia Kawalsky Ramirez
1162 River Bay Road
Annapolis, MD 21401

Edythe Travelstead
c/o Douglas J. Wells
111 Prospect Street
Stamford, CT 06901

Hedy B. Foreman
800 Westchester Avenue
Rye Brook, NY 10573

G. Gordon Hanes
James G. Hanes, III
C/o Xpres Corporation
111 Cloverleaf Drive
Winston-Salem, NC 27103

Hedleys Humpers
Units 2 & 4
97 Victoria Road
London, NW 10 6ND England

Larry Kaminitz
Grant Thornton
2 Hopkins Plaza, Suite 700
Baltimore, MD 21202

Maria C. van der Sluijs-Plantz
TMF Nederland, B.V.
1076 AZ Amsterdam
P. O. Box 75215
1070 A.E. Amsterdam
   The Netherlands

Robert A. Banner, Esquire
Ingram Yuzek Gainen Carroll Bertolotti
250 Park Avneue
New York, NY 10177

Berman, Paley, Goldstein
 & Kannry, LLP
500 Fifth Avenue
New York, NY 10110

Thomas E. Graham, Esquire
Kilpatrick Stockton, LLP
1001 West Fourth Street
Winston-Salem, NC 27101

Joseph Kibre, Esquire
Oberstein, Kibre & Horwitz
1999 Avenue of the Stars
Suite 1850
Los Angeles, CA 90067

Richard Koo Esquire
Koo & Larraebee, LLP
774 White Plains Roads
Suite 230
Scarsdale, NY 10583

Richard D. London, Esquire
8701 Georgia Avenue
Suite 200
Silver Spring, MD 20910

Andrew D. Manitsky, Esquire
O'Sullivan Graev & Karabell, LLP
30 Rockefeller Plaza
New York, NY 10112

Richard W. Moore, Esquire
207 East Redwood Street
Suite 700
Baltimore, MD 21202

Daniel A. Pollack, Esquire
 Pollack & Kaminsky
114 West 47th Street
New York, NY 10036

Chris M. Smith, Esquire
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022

Jack G. Stern, Esquire
Barrett & Gravante LLP
1585 Broadway
New York, NY 10036

| | | |
|---|---|---|
| Paul T. Tusch, Esquire<br>Cacace, Tusch & Santagata<br>777 Summer Street<br>P O Box 15859<br>Stamford, CT 06901 | USA Sogo, Inc.<br>c/o Graham & James, LLP<br>Denis H. Oyakawa, Esquire<br>801 So. Figueroa St., 14th Floor<br>Los Angeles, CA 90017 | USA Sogo, Inc.<br>c/o Graham & James, LLP<br>Riddell Williams<br>Joseph E. Shickich, Jr., Esquire<br>1001 4th Avenue Plaza, Ste 4500<br>Seattle WA 98154 |
| James A. Vidmar, Esquire, Jr.<br>Linowes and Blocher LLP<br>7200 Wisconsin Avenue, Ste 800<br>Bethesda, MD 20814-4842 | James D. Wall, Esquire<br>Stephen D. Poe, Esquire<br>Bell, Davis & Pitt, P.A.<br>West Fourth St., P O Box 21029<br>Winston-Salem, NC 27120 | |

Lit/matrix/travelstead.ltd mat.doc--46322.001
Dew -- 8/5/04