# Exhibit A

# SHAPIRO SHER GUINOT & SANDLER

REMIT TO:
ACCOUNTING DEPARTMENT
BALTIMORE
36 S. Charles Street
Suite 2000
Baltimore, Maryland
21201-3147
Telephone: 410.385.0202
Facsimile: 410.539.7611
FEDERAL TAX ID# 52-0944602

| | |
|---|---|
| Invoice Number | 54926 |
| Invoice Date: | January 3, 2007 |
| Billed Through Date: | November 30, 2006 |

**G WARE TRAVELSTEAD**                                        **Client #: 46322**

**Client: G WARE TRAVELSTEAD**

## INVOICE SUMMARY BY MATTER

| Matter # | Matter Name | Fees | Disburse-ments | Current Charges |
|---|---|---|---|---|
| 00001 | JIS LIQUIDATING AGENT | 20,294.00 | 1,120.64 | 21,414.64 |
| 00008 | SPAIN-GENERAL ISSUES | 24,975.00 | 8,033.27 | 33,008.27 |
| 00009 | HINSUA MATTERS | 1,861.00 | 2,253.93 | 4,114.93 |
| 00010 | Babbitt Ranches | 46,765.50 | 4,269.28 | 51,034.78 |
| | Total Current Charges | 93,895.50 | 15,677.12 | $109,572.62 |

Invoice Number:        54926
Invoice Date:
Billed Through Date:

JIS LIQUIDATING AGENT

| **Client Name:** | **G WARE TRAVELSTEAD** | | **Matter Name:** | **JIS LIQUIDATING AGENT** |
|---|---|---|---|---|
| **Client #** | **46322** | | **Matter #:** | **00001** |

---

## PROFESSIONAL SERVICES RENDERED

| Date | Time-keeper | Description of Work | Rate | Hours | Value |
|---|---|---|---|---|---|
| 12/02/03 | ACL | Review and revise text of third fee application; conference with accounting re revisions to invoice, especially descriptions for expenses. | $125.00 | 2.2 | 275.00 |
| 12/03/03 | ACL | Several conferences with accounting re continued problems with prebill; final revisions; pdf and e-file pleadings; supervise service. | $125.00 | 0.6 | 75.00 |
| 12/09/03 | ACL | Read letter from Ed McDermott; letter to Mr. McDermott; prepare enclosure (.4); process trustee statement and check (.1). | $125.00 | 0.5 | 62.50 |
| 12/10/03 | ACL | Total invoices for storage charges; draft check. | $125.00 | 0.3 | 37.50 |
| 01/09/04 | ACL | Deposit restitution check; update ledger. | $140.00 | 0.3 | 42.00 |
| 01/12/04 | DFG | Legal research re: recovery of fees for travel time as well as reimbursement for travel expenses; review caselaw for standard in 4th Circuit (1.4); review caselaw for treatment in other circuits (1.5); legal research re: other issues raised in Canet objection with respect to SSG&S fee application (1.3). | $265.00 | 4.2 | 1,113.00 |
| 01/12/04 | ACL | Conference with Joel Sher; pull documents to begin preparing for hearing on Jan 15. | $140.00 | 0.5 | 70.00 |
| 01/13/04 | JIS | Review Canet's objection to SSG&S fee request; review file and begin preparing for hearing on same | $395.00 | 2.5 | 987.50 |
| 01/13/04 | JIS | Several phone calls with McDermott and Nussbaum; attempt to resolve objection and provide for distribution | $395.00 | 0.8 | 316.00 |
| 01/13/04 | DFG | Draft and revise memorandum of law to assist JISher in preparation for hearing on fees; review local compensation guidelines for incorporation into same. | $265.00 | 1.7 | 450.50 |
| 01/13/04 | ACL | Preparations for hearing: reconcile all bank statements for all accounts; calculate amount held in escrow; review docket and update table re administrative fees/expenses; calculate total due and unpaid; various conferences with Joel Sher re additional preparations. | $140.00 | 3.0 | 420.00 |

| Date | Time-keeper | Description of Work | Rate | Hours | Value |
|------|-------------|---------------------|------|-------|-------|
| 01/14/04 | JIS | Finish preparation for contested fee hearing (1.5); series of phone calls with Nussbaum, McDermott trying to resolve (.6) | $395.00 | 2.1 | 829.50 |
| 01/15/04 | JIS | Attend hearing on objection to SSG&S fee app | $395.00 | 2.5 | 987.50 |
| 01/16/04 | JIS | Draft and circulate and file order approving fees | $395.00 | 1.0 | 395.00 |
| 01/27/04 | ACL | Telephone conversation with Grant Thornton re application of payment (.2); download SSGS order approving fees (.2). | $140.00 | 0.4 | 56.00 |
| 01/28/04 | ACL | Report of Sale re oil painting: research dates and revise report. | $140.00 | 0.4 | 56.00 |
| 02/12/04 | JIS | Meeting with IRS and Grant Thornton; try to resolve escrow/tax issues | $395.00 | 2.5 | 987.50 |
| 02/12/04 | ACL | Conference with Joel Sher re preparations for meeting with IRS; pull and copy pleadings for Mr. Sher's use. | $140.00 | 0.5 | 70.00 |
| 02/13/04 | JIS | Follow-up phone call re: tax meeting | $395.00 | 0.4 | 158.00 |
| 02/13/04 | ACL | Deposit restitution check; update ledger. | $140.00 | 0.4 | 56.00 |
| 02/25/04 | ACL | Review bank records; calculate trustee quarterly fees and write check. | $140.00 | 0.4 | 56.00 |
| 03/22/04 | ACL | Calculate total fees; write check for storage charges. | $140.00 | 0.3 | 42.00 |
| 04/13/04 | ACL | Research re check received from Addison Ripley for Hoffman sketch; deposit check (.4); draft Report of Sale (.3). | $140.00 | 0.7 | 98.00 |
| 04/15/04 | ACL | Conference with Joel Sher; review Report of Sale; pdf, efile and serve same. | $140.00 | 0.4 | 56.00 |
| 05/03/04 | ACL | Storage charges: calculate and write checks (.3); deposit restitution checks at BoA (.4); reconcile checking and savings statements (.4). | $140.00 | 1.1 | 154.00 |
| 05/21/04 | ACL | Conference with Joel Sher; review docket; update administrative expense chart; calculate percentages for fees/expenses paid to all professionals; write check to Navigant, SSGS and Grant Thornton for fees/expenses previously approved by order; letters to Navigant and Grant Thornton enclosing checks. | $140.00 | 1.2 | 168.00 |
| 05/25/04 | ACL | Telephone conversation with Susan Perrin re next fee application. | $140.00 | 0.2 | 28.00 |
| 05/26/04 | ACL | 7th Fee Application for Susan Perrin: review invoice; review docket and bank records; draft application, proposed order and notice. | $140.00 | 1.8 | 252.00 |
| 05/27/04 | ACL | Review and final revisions to Susan Perrin 7th fee application. | $140.00 | 0.5 | 70.00 |
| 06/09/04 | ACL | Deposit restitution check; update ledger. | $140.00 | 0.4 | 56.00 |
| 07/28/04 | ACL | Email to Joel Sher; revise Susan Perrin 7th Fee Application; pdf all pleadings; efile and supervise service. | $140.00 | 1.0 | 140.00 |
| 07/30/04 | ACL | Conference with Joel Sher; calculate monthly storage fees owing; prepare and mail check. | $140.00 | 0.4 | 56.00 |
| 08/05/04 | ACL | Deposit restitution check. | $140.00 | 0.3 | 42.00 |
| 08/09/04 | ACL | Reconcile checking and saving accounts ledgers; calculate 1st Q, 2004 fees; prepare check and Trustee report. | $140.00 | 1.2 | 168.00 |

| Date | Time-keeper | Description of Work | Rate | Hours | Value |
|------|-------------|---------------------|------|-------|-------|
| 08/11/04 | ACL | Accounting re administrative expenses: conference with Joel Sher; review docket; review recent applications and update chart re administrative expenses; memo to Mr. Sher. | $140.00 | 0.7 | 98.00 |
| 08/19/04 | ACL | Draft Notice of Abandonment re property stored in 3 storage units at Storage USA. | $140.00 | 0.5 | 70.00 |
| 08/20/04 | ACL | Notice of Abandonment: revise, finalize, pdf, file and supervise service. | $140.00 | 0.6 | 84.00 |
| 09/02/04 | ACL | Conference with Joel Sher re abandonment notice; telephone call (left message) for Virginia Ramirez. | $140.00 | 0.4 | 56.00 |
| 09/08/04 | ACL | Extended telephone conversation with Virginia Ramirez re notice of abandonment. | $140.00 | 0.3 | 42.00 |
| 09/10/04 | ACL | Conference with Joel Sher re renewal on CD at Bank of America. | $140.00 | 0.2 | 28.00 |
| 10/12/04 | JIS | Letter to Judge Derby re: special counsel fees | $395.00 | 0.4 | 158.00 |
| 10/18/04 | ACL | Review docket; download two orders; conference with Joel Sher; check to Perrin & Associates; letter enclosing same to Ms. Perrin; telephone conversation with bank re wires. | $140.00 | 0.6 | 84.00 |
| 10/21/04 | ACL | Telephone conversation with Storage USA; email to Joel Sher. | $140.00 | 0.2 | 28.00 |
| 11/01/04 | ACL | Two telephone conversations with Bank of America re erroneously closed checking account. | $140.00 | 0.2 | 28.00 |
| 11/09/04 | ACL | Conference with Joel Sher; two telephone conversations with Storage USA; review fax; prepare check. | $140.00 | 0.6 | 84.00 |
| 11/16/04 | ACL | Deposit retribution check; update ledger (.4); review bank statements for 2nd and 3rd quarter, 2004; calculate 2nd and 3rd quarter trustee fees; write check (.6). | $140.00 | 1.0 | 140.00 |
| 11/30/04 | ACL | Conference with Joel Sher re December storage charges; prepare check and forwar to Storage USA. | $140.00 | 0.3 | 42.00 |
| 01/14/05 | ACL | Storage charges: review invoices; draft and forward check to Storage USA. | $140.00 | 0.3 | 42.00 |
| 02/23/05 | ACL | Deposit restitution check; update ledger. | $140.00 | 0.4 | 56.00 |
| 06/22/05 | ACL | Review invoices from Storage USA; prepare check (.3); West v. Travelstead: Arizona district court case: review hearing notice; conference with Paul Danielson re same (.3). | $140.00 | 0.6 | 84.00 |
| 07/08/05 | ACL | Deposit restitution check; update ledger. | $140.00 | 0.3 | 42.00 |
| 07/11/05 | ACL | Deposit another restitution check; update ledger. | $140.00 | 0.3 | 42.00 |
| 08/08/05 | JIS | Phone call with UST re: interim report | $405.00 | 0.3 | 121.50 |

| Date | Time-keeper | Description of Work | Rate | Hours | Value |
|---|---|---|---|---|---|
| 08/08/05 | ACL | Conference with Joel Sher; review previous interim reports; re-format and forward most recent report to Mr. Sher (.4); US Trustee fees:  review bank statements and calculate US trustee fees for 1st and 2nd Q, 2005; prepare forms and checks (.6); begin spreadsheet reflecting all cash flow (checking and savings) for period from 1999 through present (2.6); review Storage USA invoices; prepare check (.2); Gallagher & Kennedy: AZ local counsel:  review March, April and May reminder invoice; email to Mr. Cotterman re same; prepare check and cover letter (.5); conference with Mr. Sher; draft Line re PSA (.3). | $140.00 | 4.6 | 644.00 |
| 08/15/05 | ACL | Finish draft of cash flow chart from 1999 through 2005; begin comparison to bank statements. | $140.00 | 2.6 | 364.00 |
| 08/16/05 | ACL | Finish reconciliation of cash flow through 2003; update spreadsheets; conference with Mr. Sher re status. | $140.00 | 2.8 | 392.00 |
| 08/22/05 | ACL | Prepare final chart with history of CD account at Bank of America. | $140.00 | 0.5 | 70.00 |
| 10/14/05 | ACL | Calculate storage charges for October; prepare check. | $140.00 | 0.3 | 42.00 |
| 10/21/05 | ACL | Deposit restitution check. | $140.00 | 0.3 | 42.00 |
| 12/09/05 | ACL | Conference with Joel Sher re fourth interim report; review docket for six-year period; review pleadings for same period; review financial records; draft preliminary Fourth Interim Report. | $140.00 | 3.5 | 490.00 |
| 01/20/06 | ACL | Deposit restitution check; update ledger. | $140.00 | 0.3 | 42.00 |
| 03/23/06 | JIS | Work on interim status report | $420.00 | 2.5 | 1,050.00 |
| 03/23/06 | ACL | Conversation with Susan Perrin re remaining artwork and personalty to be liquidated; conference with Joel Sher re same. | $145.00 | 0.3 | 43.50 |
| 03/27/06 | JIS | More work on interim report; contact Perrin re: any open art; draft | $420.00 | 1.2 | · 504.00 |
| 03/27/06 | ACL | Conference with Joel Sher; assist with drafting of fourth interim status report; update bank ledgers and prepare spreadsheets for exhibits to report. | $145.00 | 0.9 | 130.50 |
| 03/28/06 | JIS | Continue draft interim report | $420.00 | 1.5 | 630.00 |
| 03/28/06 | ACL | Fourth interim status report: cross check all deposits against report to ensure report inclusive of each; cross check all numbers in spreadsheet ledger; prepare exhibits; several conferences with Joel Sher re various items. | $145.00 | 1.4 | 203.00 |
| 03/29/06 | JIS | Finalize interim report; get exhibits done; verify accounting | $420.00 | 3.7 | 1,554.00 |
| 03/29/06 | ACL | 4th interim status report: numerous conferences with Joel Sher; research files and/or docket to respond to questions or omissions; check docket re total administrative fees approved and unpaid; update chart; calculate total collected during period; conference with accounting re write offs from third interim application; finalize report; pdf; efile and supervise service. | $145.00 | 1.1 | 159.50 |

| Date | Time-keeper | Description of Work | Rate | Hours | Value |
|---|---|---|---|---|---|
| 03/31/06 | ACL | Read email from Susan Perrin re remaining artwork to be liquidated; respond to email and update chart re remaining assets. | $145.00 | 0.4 | 58.00 |
| 04/01/06 | JIS | Emails with London contact and Perrin on remaining art | $420.00 | 0.5 | 210.00 |
| 04/03/06 | ACL | Read Susan Perrin's email and request for copy of Waddington consignment agreement; locate, pdf and email same to Ms. Perrin. | $145.00 | 0.4 | 58.00 |
| 04/26/06 | ACL | Telephone conversation with Steve Fruin; review exhibits to interim report; pull and review first distribution checks and compare with spreadsheet; return call to Mr. Fruin (.7); telephone conversation with Mary Fran Ebersole; conference with Joel Sher; return call to Ms. Ebersole (.4). | $145.00 | 1.1 | 159.50 |
| 05/02/06 | ACL | US Trustee quarterly fees: calculate and prepare quarterly reports (4th Q, 2005 and 1st Q, 2006); prepare check. | $145.00 | 0.6 | 87.00 |
| 05/03/06 | ACL | Telephone conversation with J. West; email to Joel Sher counsel in Arizona (.2); telephone conversation with Steve Goldberg re Storage USA/auction; conference with Mr. Sher re same (.2). | $145.00 | 0.4 | 58.00 |
| 06/01/06 | ACL | Review order; draft check to Intellectual Property Management for fees approved. | $145.00 | 0.3 | 43.50 |
| 06/13/06 | ACL | Deposit restitution check; order deposit slips. | $145.00 | 0.4 | 58.00 |
| 06/15/06 | ACL | Storage USA:  calculate rent and write check; update ledger. | $145.00 | 0.3 | 43.50 |
| 06/30/06 | ACL | Deposit restitution check. | $145.00 | 0.3 | 43.50 |
| 07/13/06 | JIS | Review IRS letter with $1.4M penalty assessment; email WTP | $420.00 | 0.6 | 252.00 |
| 07/13/06 | ACL | Review IRS deficiency letter; conference with Joel Sher; pdf and forward same to Mr. Sher; calendar. | $145.00 | 0.4 | 58.00 |
| 08/02/06 | ACL | Deposit restitution check. | $145.00 | 0.3 | 43.50 |
| 08/03/06 | JIS | Work throughout the day tracking down information on certain partnership and real estate holdings in NYC | $420.00 | 2.5 | 1,050.00 |
| 08/03/06 | ACL | Conferences with Joel Sher; online searches of real property records in NY City; review and download deeds; telephone conversation with NY Corporations Department; complete form and fax to same for Articles of Organization for 3 LLCs - "383"; download, review and forward deeds and other filings to Joel Sher re 383 Madison Avenue and 416 Lexington Avenue. | $145.00 | 3.2 | 464.00 |
| 08/04/06 | JIS | Draft letter to Sterling Equities re: disposition of Travelstead partnership interest | $420.00 | 1.0 | 420.00 |
| 08/07/06 | ACL | Review Articles of Organization received from NY Corporate Division for entities "383..."; pdf and email to Joel Sher. | $145.00 | 0.5 | 72.50 |
| 08/08/06 | ACL | Conference with Joel Sher re $100K credited to account; revise report of sale re trademarks. | $145.00 | 0.4 | 58.00 |
| 09/08/06 | ACL | Email to Joel Sher re CD. | $145.00 | 0.2 | 29.00 |

| Date | Time-keeper | Description of Work | Rate | Hours | Value |
|------|------|------|------|------|------|
| 09/18/06 | ACL | Reconcile several months of bank statements; update spreadsheet; calculate US Trustee fees for 2nd quarter, 2006; write check and prepare report. | $145.00 | 1.1 | 159.50 |
| 10/12/06 | ACL | IRS refund check: conference with Joel Sher re handling same; research to ascertain tax year for refund. | $145.00 | 0.4 | 58.00 |
| 10/30/06 | ACL | Read emails from Susan Perrin and Joel Sher; draft Notice of Proposed Auction Sale of remaining Dunlap paintings (.6); email to Ms. Perrin re commission (.1). | $145.00 | 0.7 | 101.50 |
| 11/03/06 | ACL | Two attempted telephone conversations with Susan Perrin re Dunlap paintings/auction; email to Ms. Perrin. | $145.00 | 0.3 | 43.50 |
| 11/06/06 | ACL | Revise notice re auction sale of Dunlap paintings; emails from/to Susan Perrin with final information; conferences with Joel Sher; finalize; pdf; efile and supervise service of same. | $145.00 | 1.0 | 145.00 |

**Summary:**

| Initials | Name | Rate | Hours | Value |
|------|------|------|------|------|
| ACL | Ann C. Lawrence | $145 | 16.4 | 2,378.00 |
| ACL | Ann C. Lawrence | $140 | 37.8 | 5,292.00 |
| ACL | Ann C. Lawrence | $125 | 3.6 | 450.00 |
| DFG | Diarmuid F. Gorham | $265 | 5.9 | 1,563.50 |
| JIS | Joel I. Sher | $420 | 13.5 | 5,670.00 |
| JIS | Joel I. Sher | $405 | 0.3 | 121.50 |
| JIS | Joel I. Sher | $395 | 12.2 | 4,819.00 |
| | | | 89.70 | 20,294.00 |

**DISBURSEMENTS:**

| | |
|------|------|
| Duplicating Expenses | 558.20 |
| Postage | 37.35 |
| Messenger Service/Express Mail | 32.22 |
| Long Distance Expenses | 53.38 |
| Travel Expenses | 229.15 |
| Miscellaneous Search Fees | 10.32 |
| Process/Service Fees | 145.00 |
| Telecopy | 25.50 |
| Westlaw Research | 0.00 |
| Pacer Docket Information Search | 13.92 |
| U.P.S. | 15.60 |

**Total disbursements for this matter**        1,120.64

**Total Current Charges**        <u>21,414.64</u>

|  |  |
|---|---|
| Invoice Number: | 54926 |
| Invoice Date: | |
| Billed Through Date: | |

## SPAIN-GENERAL ISSUES

| | | | |
|---|---|---|---|
| **Client Name:** | **G WARE TRAVELSTEAD** | **Matter Name:** | **SPAIN-GENERAL ISSUES** |
| **Client #** | **46322** | **Matter #:** | **00008** |

## PROFESSIONAL SERVICES RENDERED

| Date | Time-keeper | Description of Work | Rate | Hours | Value |
|---|---|---|---|---|---|
| 05/24/04 | JIS | Confer with Ware re: trademarks, air rights | $395.00 | 1.5 | 592.50 |
| 05/25/04 | JIS | Meeting with GWT to discuss trademarks, air rights, Deutsche Bank interest in marks, closing estate | $395.00 | 3.5 | 1,382.50 |
| 05/26/04 | JIS | Meeting with GWT and Deutsch Bank officer; follow-up with GWT and Nussbaum | $395.00 | 2.5 | 987.50 |
| 09/27/05 | JIS | Emails with Javier Faus re: trademark offer | $405.00 | 0.5 | 202.50 |
| 09/30/05 | JIS | Phone call with Faus re: trademarks (.3); phone calls with Musika re: mark; also research files, etc. for information on mark (.9) | $405.00 | 1.2 | 486.00 |
| 10/05/05 | JIS | Draft order to employ MD 1st; phone call with Terry re: same | $405.00 | 0.6 | 243.00 |
| 10/05/05 | ACL | Conversation with Joel Sher re application to employ IPMF to assist in valuing trademarks; review Code re treatment of fixed fees; draft proposed order and 2014 statement; revise application; additional revisions per Mr. Sher's comments. | $140.00 | 0.8 | 112.00 |
| 10/11/05 | JIS | Emails with Faus regarding trademarks | $405.00 | 0.4 | 162.00 |
| 10/25/05 | JIS | Email Faus re: trademarks | $405.00 | 0.3 | 121.50 |
| 11/02/05 | JIS | Email Faus re: trademarks | $405.00 | 0.3 | 121.50 |
| 12/15/05 | JIS | Emails and phone call with Javier Faus negotiating trademark sale | $405.00 | 0.4 | 162.00 |
| 12/21/05 | JIS | Phone call with Javier Faus; cut deal on trademarks; provide him information on same | $405.00 | 0.8 | 324.00 |
| 01/13/06 | JIS | Email with Javier re: trademarks | $405.00 | 0.3 | 121.50 |
| 02/07/06 | ACL | Telephone conversation with Maryland First; email to Joel Sher re motion pending in chambers. | $145.00 | 0.3 | 43.50 |
| 03/15/06 | JIS | Review offer from Faus on trademarks; reply, follow-up emails | $420.00 | 0.7 | 294.00 |
| 03/16/06 | JIS | Review trademark information; emails with Faus | $420.00 | 0.6 | 252.00 |
| 04/10/06 | JIS | Emails with Faus negotiating sale of trademarks | $420.00 | 0.4 | 168.00 |
| 04/18/06 | ACL | Trademarks:  research files re history of same; pull and copy pertinent documents; conferences with Joel Sher. | $145.00 | 1.3 | 188.50 |

| Date | Time-keeper | Description of Work | Rate | Hours | Value |
|---|---|---|---|---|---|
| 04/24/06 | PDM | Review asset purchase agreement and assignment of trademarks. | $310.00 | 0.5 | 155.00 |
| 04/25/06 | JIS | Review and revise trademark sale agreement with Hovisa; forward to Javier | $420.00 | 0.8 | 336.00 |
| 04/26/06 | JIS | Review and revise and forward trademark sale agreement to Faus | $420.00 | 1.5 | 630.00 |
| 05/03/06 | JIS | Emails with Faus re: trademark deal | $420.00 | 0.4 | 168.00 |
| 05/12/06 | JIS | Email with Faus re: Trademark sale | $420.00 | 0.3 | 126.00 |
| 05/18/06 | JIS | Emails with Faus, finalizing terms of deal and revisions to APA; emails with him re: same | $420.00 | 1.4 | 588.00 |
| 05/18/06 | PVD | Drafting of motion for approval of sale of trademarks, including review of underlying documents and conferences with JIS re: same | $270.00 | 4.6 | 1,242.00 |
| 05/18/06 | ACL | Sale of trademarks: conferences with Paul Danielson and Joel Sher; research files and pull back up documents regarding trademarks and Hotel Barcelona; research for specific language re 'attorney in fact'; pull background language re Travelstead bankruptcy filing. | $145.00 | 1.2 | 174.00 |
| 05/19/06 | JIS | Work during day with Faus in Barcelona to finalize form of motion and APA for Trademarks; numerous emails for same | $420.00 | 2.4 | 1,008.00 |
| 05/19/06 | PVD | Drafting of motion for approval of sale of Trademarks, as well as notice of motion and proposed order; conference with JIS re: same | $270.00 | 3.0 | 810.00 |
| 05/19/06 | ACL | Sale of trademarks: conference with Paul Danielson; pull documents for Mr. Danielson. | $145.00 | 0.3 | 43.50 |
| 05/22/06 | JIS | Emails with Faus re: sale of Trademarks; final agreement; execute and send back (.4); finalize and file motion for approval (.5); email McDermott, Nussbaum (.2) | $420.00 | 1.1 | 462.00 |
| 05/22/06 | ACL | Motion to sell trademarks: conference with Joel Sher; review and revise motion to sell, notice and proposed order; prepare exhibits; finalize; pdf; efile and supervise service of same. | $145.00 | 1.8 | 261.00 |
| 05/25/06 | JIS | Work on draft of closing documents with spanish counsel | $420.00 | 1.7 | 714.00 |
| 05/25/06 | SWF | Review e-mails from J.I. Sher re: Apostille on selected documents and conference with J.I. Sher re: same (.4); Telephone call to court re: Apostille (.3); Telephone call to interpreter re: documents to translate and timing (.3). | $280.00 | 1.9 | 532.00 |
| 06/05/06 | SWF | Multiple telephone calls with Nate Bullock re: Apostille seal and documents to affix seal (.3); prepare e-mail to N. Bullock re: same (.2); conference with J.I. Sher re: orders and other documents to be translated and which need seal (.2); telephone call to translator re: same (.2); prepare detailed e-mail to translator re: same (.3); telephone call from Ken at courthouse re: Appostille seal (.2). | $280.00 | 1.4 | 392.00 |
| 06/06/06 | SWF | Telephone call with Enrique Guiterrez re: timing on translation and embassy seal (.2); telephone call from N. Bullock re: status of order (.2). | $280.00 | 0.4 | 112.00 |

| Date | Time-keeper | Description of Work | Rate | Hours | Value |
|------|-------------|---------------------|------|-------|-------|
| 06/07/06 | SWF | E-mails to and from E. Guitierrez re: translations, seals, cost and timing (.4); telephone call with E. Guitierrez re: same and clarifications (.2). | $280.00 | 0.6 | 168.00 |
| 06/09/06 | SWF | E-mails and telephone calls with Nate Bullock and paralegal re: Apostille and papers prepared by clerk of court (.5). | $280.00 | 0.5 | 140.00 |
| 06/12/06 | SWF | Review e-mails to and from J.I. Sher and conference with J.I. Sher re: status of pleadings (.2); review Apostille papers from clerk (.2); telephone call to and e-mail to E. Guiterrez re: same and additional issues (.4). | $280.00 | 1.0 | 280.00 |
| 06/13/06 | JIS | Email Faus re: closing items for trademarks | $420.00 | 0.4 | 168.00 |
| 06/13/06 | SWF | E-mails to and from E. Guiterrez re: seal and timing of documents (.4). | $280.00 | 0.4 | 112.00 |
| 06/14/06 | SWF | E-mails and telephone call with E. Guiterrez re: documents and notarizing same (.4). | $280.00 | 0.4 | 112.00 |
| 06/14/06 | ACL | Telephone conversation with Joel Sher; review docket; telephone conversation with case administrator re prompt entry of order. | $145.00 | 0.3 | 43.50 |
| 06/15/06 | JIS | Work with SWF to get orders and other document in order for presentation in Spain | $420.00 | 0.8 | 336.00 |
| 06/16/06 | SWF | Conference with J.I. Sher re: status of orders and documents for use in Spain re: sale of trademarks (.2); telephone call to chambers re: order (.2); prepare e-mail to E. Guitterez re: translation (.2). | $280.00 | 0.6 | 168.00 |
| 06/16/06 | SWF | Telephone call from chambers re: order's entry, review order, prepare e-mails to E. Guiterrez re: same and e-mail to N. Bullock re: Apostille to affix (.9). | $280.00 | 0.9 | 252.00 |
| 06/17/06 | JIS | Emails to Faus, Hovisa re: court order | $420.00 | 0.3 | 126.00 |
| 06/19/06 | JIS | Emails with Hovisa re: form of translated documents for closing | $420.00 | 0.4 | 168.00 |
| 06/19/06 | SWF | Telephone call to bankruptcy court re: affixing Apostille to Sale Order (.2). | $280.00 | 0.2 | 56.00 |
| 06/20/06 | JIS | Numerous emails and phone calls with Cuatrecases firm in Barcelona; getting necessary documents for recordation of TM transfer; revise Assignment Agreement; secure original trademarks; follow-up with Barcelona | $420.00 | 2.9 | 1,218.00 |
| 06/20/06 | ACL | Review translator's invoice; conference with Joel Sher; prepare check. | $145.00 | 0.4 | 58.00 |
| 06/20/06 | ACL | Conference with Joel Sher; research files and all records re backup corporate records; research online corporate records and real property records in NC and FL. | $145.00 | 3.1 | 449.50 |
| 06/21/06 | JIS | Emails and phone calls all day with Cuatrecases counsel in Barcelona re: settlement issues; finalize getting all documents; review original files for trademark and related documents | $420.00 | 2.9 | 1,218.00 |
| 06/21/06 | SWF | Multiple e-mails to and from Nate Bullock and Enrique Gutierrez re: finalizing all translation and amend agreement and conference with assistant re: same (.8). | $280.00 | 0.8 | 224.00 |

| Date | Time-keeper | Description of Work | Rate | Hours | Value |
|------|-------------|---------------------|------|-------|-------|
| 06/22/06 | JIS | Several phone calls and emails with Barcelona counsel to revise and finalize closing documents (1.0); get all documents organized and finalized for formal closing with notary in Spain (1.5) | $420.00 | 2.5 | 1,050.00 |
| 06/23/06 | JIS | More emails with spanish counsel re: closing items; phone call with them | $420.00 | 1.0 | 420.00 |
| 06/27/06 | JIS | Travel to Barcelona for trademark closing | $420.00 | 4.0 | 1,680.00 |
| 06/29/06 | JIS | Closing in Barcelona; meeting with spanish counsel to review all execution form of documents and then meeting at notary's for actual closing | $420.00 | 4.5 | 1,890.00 |
| 07/06/06 | JIS | Emails with Barcelona counsel re: follow-up requests | $420.00 | 0.3 | 126.00 |
| 07/07/06 | ACL | Report of Sale (trademarks): review schedules, plan and motion to sell trademarks; draft report of sale. | $145.00 | 0.7 | 101.50 |
| 07/10/06 | ACL | Conference with Joel Sher re returned $100K check; telephone conversation with Bank of America branch manager. | $145.00 | 0.4 | 58.00 |
| 07/12/06 | ACL | Extended conference with Bank of America manager re upfront fee required to cash check; email and conference with Joel Sher re same; prepare check for Deutsche Bank and return all to Bank of America (.7); review follow up translator invoice; prepare check (.2). | $145.00 | 0.9 | 130.50 |
| 07/13/06 | JIS | Phone call with Spanish counsel re: follow-up documents they need (.4); draft letter to Hovisa re: their assignment to Deutsche Ventures (.4) | $420.00 | 0.8 | 336.00 |
| 08/02/06 | JIS | Email Dolan about documents Hovisa now wants from me | $420.00 | 0.4 | 168.00 |

**Summary:**

| Initials | Name | Rate | Hours | Value |
|----------|------|------|-------|-------|
| ACL | Ann C. Lawrence | $145 | 10.7 | 1,551.50 |
| ACL | Ann C. Lawrence | $140 | 0.8 | 112.00 |
| JIS | Joel I. Sher | $420 | 32.5 | 13,650.00 |
| JIS | Joel I. Sher | $405 | 4.8 | 1,944.00 |
| JIS | Joel I. Sher | $395 | 7.5 | 2,962.50 |
| PDM | Paula D Miller | $310 | 0.5 | 155.00 |
| PVD | Paul V. Danielson | $270 | 7.6 | 2,052.00 |
| SWF | Scott W. Foley | $280 | 9.1 | 2,548.00 |
| | | | 73.50 | 24,975.00 |

**DISBURSEMENTS:**

| | |
|---|---|
| Duplicating Expenses | 66.00 |
| Postage | 10.92 |
| Messenger Service/Express Mail | 23.49 |
| Travel Expenses | 7,810.80 |

| | |
|---|---|
| Filing Fees | 78.50 |
| Out-Of-Office Duplicating | 35.00 |
| Miscellaneous | 0.00 |
| Computer Research | 8.56 |

**Total disbursements for this matter**      **8,033.27**

**Total Current Charges**      <u>**33,008.27**</u>

Invoice Number:          54926
Invoice Date:
Billed Through Date:

HINSUA MATTERS

**Client Name:**  **G WARE TRAVELSTEAD**          **Matter Name:**  **HINSUA MATTERS**
**Client #**      **46322**                        **Matter #:**     **00009**

---

## PROFESSIONAL SERVICES RENDERED

| Date | Time-keeper | Description of Work | Rate | Hours | Value |
|------|-------------|---------------------|------|-------|-------|
| 03/11/04 | ACL | Fee applications for Joan Gassiot, attorney in Spain, and Houthoff, attorney in Holland: conference with Joel Sher; read emails from both firms; review invoices; research pleadings re applications to employ and previous compensation; memo to Mr. Sher. | $140.00 | 1.2 | 168.00 |
| 03/12/04 | ACL | Begin drafting first and final application for fees and expenses of Dutch attorneys. | $140.00 | 1.9 | 266.00 |
| 03/23/04 | ACL | Conference with Joel Sher; email to Hans Schreuder re invoice required for reimbursement (.3); begin drafting application for payment of fees to Joan Gassiot Benet; review docket re app to employ; review sale motion and Mr. Gassiot's invoice (.9) | $140.00 | 1.2 | 168.00 |
| 05/14/04 | ACL | Revise fee application for Dutch tax attorney (.6); continue drafting fee application, proposed order and notice for Gassiot law firm; finalize same (2.1). | $140.00 | 2.7 | 378.00 |
| 05/18/04 | ACL | Draft application for professionals employed as special counsel to Liquidating Agent regarding Hinsua sale/parking spaces; draft proposed order and notice. | $140.00 | 1.7 | 238.00 |
| 05/21/04 | ACL | Conference with Joel Sher re documents required for trip to Barcelona; pull same. | $140.00 | 0.6 | 84.00 |
| 07/12/04 | JIS | Review and revise and file application to pay Gassiot and Houthoff | $405.00 | 1.0 | 405.00 |
| 08/09/04 | ACL | Review docket re professionals involved in Hinsua sale fee app; telephone conversation with case administrator re ripe for Judge Derby's consideration. | $140.00 | 0.4 | 56.00 |
| 10/19/04 | ACL | Conference with bank personnel re forms for international wires; complete forms; conference with Joel Sher; back to bank to initiate wires. | $140.00 | 0.7 | 98.00 |

### Summary:

| Initials | Name | Rate | Hours | Value |
|----------|------|------|-------|-------|
| ACL | Ann C. Lawrence | $140 | 10.4 | 1,456.00 |

| Initials | Name | Rate | Hours | Value |
|----------|------|------|-------|-------|
| JIS | Joel I. Sher | $405 | 1.0 | 405.00 |
| | | | 11.40 | 1,861.00 |

**DISBURSEMENTS:**

| | |
|---|---|
| Duplicating Expenses | 10.00 |
| Messenger Service/Express Mail | 4.45 |
| Long Distance Expenses | 1.23 |
| Travel Expenses | 2,226.05 |
| Telecopy | 4.50 |
| Pacer Docket Information Search | 7.70 |

**Total disbursements for this matter**    **2,253.93**

**Total Current Charges**    **4,114.93**

Invoice Number:          54926
Invoice Date:
Billed Through Date:

Babbitt Ranches

| | | | | |
|---|---|---|---|---|
| **Client Name:** | **G WARE TRAVELSTEAD** | | **Matter Name:** | **Babbitt Ranches** |
| **Client #** | **46322** | | **Matter #:** | **00010** |

---

## PROFESSIONAL SERVICES RENDERED

| Date | Time-keeper | Description of Work | Rate | Hours | Value |
|---|---|---|---|---|---|
| 01/31/05 | JIS | Phone call with Mr. Mangini re: Babbit Ranch | $405.00 | 0.5 | 202.50 |
| 02/02/05 | JIS | Phone call with Mangini; follow up with information to him on right to sell LLC interests | $405.00 | 0.7 | 283.50 |
| 02/18/05 | JIS | Review materials provided by Babbitt Ranches LLC; also West litigation in Arizona (1.2); series of phone calls with Mr. Mangini re: possible sale of interest; follow-up with Mr. Feltus regarding pending suit by Mr. West (.7) | $405.00 | 1.9 | 769.50 |
| 02/18/05 | JIS | Put together package for Mr. Feltus and letter to Mangini re: interest in selling | $405.00 | 0.8 | 324.00 |
| 02/18/05 | PVD | Conference with J.I. Sher regarding new asset discovered and strategies for intervening in Arizona litigation and removing case to Baltimore Bankruptcy Court for sale of asset (.6). | $250.00 | 0.6 | 150.00 |
| 02/21/05 | PVD | Review pleadings in Arizona litigation (1.0). | $250.00 | 1.0 | 250.00 |
| 02/22/05 | ACL | Conference with Paul Danielson re real property in Arizona; review schedules and plan. | $140.00 | 0.3 | 42.00 |
| 02/23/05 | PVD | Drafting of Motion to Intervene including research on various issues in support thereof (3.1). | $250.00 | 3.1 | 775.00 |
| 02/23/05 | PVD | Multiple conferences with J.I. Sher regarding Motion to Intervene and additional research and drafting based on same (1.5). | $250.00 | 1.5 | 375.00 |
| 02/23/05 | PVD | Compile research on 12(b)(3) standard for dismissal (.9). | $250.00 | 0.9 | 225.00 |
| 02/23/05 | PVD | Compile research on federal venue, including Section 1409 (2.4). | $250.00 | 2.1 | 525.00 |
| 02/23/05 | PVD | Begin compiling research on bankruptcy jurisdiction, including Sections 1334 and 157 (2.7). | $250.00 | 1.2 | 300.00 |
| 02/24/05 | PVD | Continued drafting of Motion to Intervene; Conferences with J.I. Sher regarding same (1.2). | $250.00 | 0.8 | 200.00 |
| 02/24/05 | PVD | Begin drafting Motion to Dismiss, or, in the alternative, to transfer venue (3.4). | $250.00 | 3.4 | 850.00 |
| 02/24/05 | PVD | Multiple conferences with local counsel regarding case and their involvement; Assist in conflict check for local counsel (.8). | $250.00 | 0.8 | 200.00 |

| Date | Time-keeper | Description of Work | Rate | Hours | Value |
|------|-------------|---------------------|------|-------|-------|
| 02/25/05 | JIS | Phone call with counsel for Babbitt regarding litigation strategy (.3); follow-up phone call with Mangini, Babbitt corporate counsel re: acquisition negotiations (.4); phone call with Mr. West (.2); phone call with Atty Grimsrud for Mr. West (.2); review and revise motion to intervene; review and comment on motion to dismiss (1.4) | $405.00 | 2.5 | 1,012.50 |
| 02/25/05 | PVD | Continued drafting of Motion to Dismiss, or in the alternative, Motion to Transfer Venue (3.0). | $250.00 | 3.0 | 750.00 |
| 02/25/05 | PVD | Multiple conferences with local counsel regarding filing of Motions on February 28, 2005 (.6). | $250.00 | 0.6 | 150.00 |
| 02/26/05 | JIS | Review and revise motion to dismiss West amended complaint; more edits to motion to intervene | $405.00 | 2.5 | 1,012.50 |
| 02/26/05 | PVD | Redrafting of argument for transfer of venue under 28 U.S.C. Sections 1404 and 1412; Research regarding same. | $250.00 | 2.1 | 525.00 |
| 02/27/05 | PVD | Continued editing of Motion to Intervene and Motion to Dismiss. | $250.00 | 1.4 | 350.00 |
| 02/28/05 | JIS | Final review and revisions to motion to intervene and dismiss West amended complaint (2.1); several phone calls with Babbitt's attorney (.5) | $405.00 | 2.6 | 1,053.00 |
| 02/28/05 | PVD | Final editing and shepherdizing of both Motion to Intervene and Motion to Dismiss; Sending of same to local counsel for filing; Conferences with local counsel regarding filing (3.4). | $250.00 | 3.4 | 850.00 |
| 03/01/05 | JIS | Phone call with Mongin re: our motions (.3); phone call with Oestreicher re: Ware's position on Babbitt Asset (.2); phone call with Nussbaum and email him and Ware re: our filings (.3) | $405.00 | 0.8 | 324.00 |
| 03/07/05 | JIS | Review financial information and other documents provided by Babbitt Ranch re: potential acquisition | $405.00 | 1.5 | 607.50 |
| 03/09/05 | LMR | Begin review of materials regarding interest in Arizona land. | $375.00 | 1.9 | 712.50 |
| 03/09/05 | BLP | Review e-mail from LMRitzer, re: LLC interest valuation | $200.00 | 0.1 | 20.00 |
| 03/10/05 | LMR | Conference with Ben Polakoff; review Appraisal, tax returns, organizational documents re Arizona property. | $375.00 | 1.7 | 637.50 |
| 03/10/05 | BLP | Conference with LMRitzer, re: document review for asset valuation | $200.00 | 0.3 | 60.00 |
| 03/11/05 | BLP | Review correspondence, re: valuation of llc interest in Babbit Ranches, L.L.C. | $200.00 | 1.4 | 280.00 |
| 03/15/05 | BLP | Review CO Bar Ranch and Espee Ranch appraisal report | $200.00 | 1.4 | 280.00 |
| 03/16/05 | LMR | Conference with Ben Polakoff re review of tax returns, appraisals, corporate documents. | $375.00 | 1.2 | 450.00 |
| 03/17/05 | LMR | Conference with Joel Sher re Arizona property. | $375.00 | 0.2 | 75.00 |
| 03/17/05 | BLP | Conference with Lonnie Ritzer, re: Operating Agreement control provisions (.3); continue review of same (1.1). | $200.00 | 1.4 | 280.00 |
| 04/04/05 | JIS | Review Larry West answer to motion to transfer venue (.6); email WTP re: same (.3) | $405.00 | 1.1 | 445.50 |

| Date | Time-keeper | Description of Work | Rate | Hours | Value |
|---|---|---|---|---|---|
| 04/05/05 | PVD | Review of docket for response to Motions by Plaintiff (.3); Review and analyze Opposition filed by Plaintiff (.8); Review of local rules regarding time for responding to opposition (.5); Conferences with J.I. Sher regarding strategy for proceeding (.3). | $250.00 | 1.9 | 475.00 |
| 04/14/05 | JIS | Work through all information provided by Babbitt and draft proposal to sell LLC and Inc. interests to LLC | $405.00 | 1.8 | 729.00 |
| 04/14/05 | LMR | Review Babbitt Operating Agreement; conference with Joel Sher re: valuation issues. | $375.00 | 0.4 | 150.00 |
| 04/14/05 | RMG | Conference with JISher re: Babbit ranch. | $360.00 | 0.5 | 180.00 |
| 04/25/05 | PVD | Review of Babbit defendants response to Plaintiff's opposition to motion to dismiss (.4). | $250.00 | 0.4 | 100.00 |
| 05/02/05 | JIS | Phone call with Mike Mongini; negotiate purchase price for shares and LLC membership interests | $405.00 | 0.5 | 202.50 |
| 05/03/05 | JIS | Confer with Nussbaum re: shares; DS information | $405.00 | 0.3 | 121.50 |
| 05/06/05 | LMR | E-mail to Joel Sher re: terms of sale of Babbitt. | $375.00 | 0.4 | 150.00 |
| 05/09/05 | LMR | Conference with Joel Sher. | $375.00 | 0.2 | 75.00 |
| 05/10/05 | LMR | Conference with Joel Sher; conference with Richard Goldberg; conference with Ben Polakoff re: Arizona lawsuit; APA on Babbitt. | $375.00 | 0.4 | 150.00 |
| 05/10/05 | BLP | Conference with LMR, regarding drafting of Purchase and Sale Agreement (.4); Conference with RMG, regarding same (.1). | $200.00 | 0.5 | 100.00 |
| 05/11/05 | JIS | Meeting with PMN to discuss West allegations and status of sale | $405.00 | 1.0 | 405.00 |
| 05/17/05 | BLP | Draft Purchase and Sale Agreement | $200.00 | 4.2 | 840.00 |
| 05/18/05 | BLP | Continue drafting Purchase and Sale Agreement. | $200.00 | 1.9 | 380.00 |
| 05/19/05 | JIS | Phone calls and email with various witnesses; lining them up (.6); email David re: Eugene, witnesses (.3) | $405.00 | 0.9 | 364.50 |
| 05/20/05 | LMR | Review/revise Purchase Agreement re: Babbitt; conference with Ben Polakoff re: same. | $375.00 | 1.7 | 637.50 |
| 05/20/05 | BLP | Conference with LMRitzer re: Babbitt | $200.00 | 0.4 | 80.00 |
| 05/20/05 | BLP | Continue drafting Purchase and Sale Agreement (.4); draft e-mail to JISher, re: same (.2) | $200.00 | 0.6 | 120.00 |
| 05/22/05 | JIS | Review draft PSA w/Babbitt; provide comments | $405.00 | 0.4 | 162.00 |
| 05/23/05 | RMG | Revise asset sale agreement; conference with JISher. | $360.00 | 2.6 | 936.00 |
| 05/23/05 | BLP | Review e-mail from JISher, re: drafting of Purchase and Sale Agreement; draft e-mail to LMRitzer, re: same | $200.00 | 0.2 | 40.00 |
| 05/24/05 | JIS | Forward prepared sale agreement to Babbitt's attorney; review same | $405.00 | 0.5 | 202.50 |
| 05/24/05 | RMG | Finalize initial revisions to contract and conference with JISher. | $360.00 | 1.3 | 468.00 |
| 05/26/05 | BLP | Review changes to Purchase and Sale Agreement (.5); conference with RMGoldberg, re: same (.1) | $200.00 | 0.6 | 120.00 |
| 05/28/05 | BLP | Draft e-mail to LMRitzer, regarding drafting of Purchase and Sale Agreement. | $200.00 | 0.1 | 20.00 |
| 06/21/05 | JIS | Review Babbitt markup to our sale agreement | $405.00 | 0.9 | 364.50 |

| Date | Time-keeper | Description of Work | Rate | Hours | Value |
|---|---|---|---|---|---|
| 07/21/05 | JIS | Review Babbitt Ranch counter to our agreement; draft further revisions based on same; forward with email to their counsel | $405.00 | 1.8 | 729.00 |
| 07/21/05 | RMG | Conference with JIS re: contract/West suit and revisions to contract and review same. | $360.00 | 0.8 | 288.00 |
| 07/27/05 | JIS | Phone call with Babbitt Ranches counsel re: deal points (.4); revise purchase and settlement agreement and send to him for execution (1.1) | $405.00 | 1.5 | 607.50 |
| 07/28/05 | JIS | Another conversation with Babbitt's counsel and make further revisions to PSA per discussion (1.0); phone call with his office and minor revisions and re-send (.2) | $405.00 | 1.2 | 486.00 |
| 07/28/05 | JIS | Begin drafting motion for approval of Babbitt PSA (.8); phone call with Nussbaum to advise of deal (.3) | $405.00 | 1.1 | 445.50 |
| 07/29/05 | JIS | Finalize draft of motion to approve PSA and notice and order (2.3); series of phone calls with Babbitt's counsel finalizing same and PSA (.5); finalize and file (.5) | $405.00 | 3.3 | 1,336.50 |
| 07/29/05 | ACL | Several conferences with Joel Sher; review and revise Motion to Sell and proposed order; research hearing dates online; draft Notice and cert of service; prepare exhibits; revise notice in accordance with Mr. Sher's comments; finalize all documents to conform; pdf; efile and supervise service. | $140.00 | 3.4 | 476.00 |
| 08/01/05 | RMG | Conference with JIS re: sale hearing and Fed. Court issues. | $360.00 | 0.4 | 144.00 |
| 08/02/05 | PVD | Conferences with local counsel for filing of line in district court in Arizona (.6). | $250.00 | 0.6 | 150.00 |
| 08/03/05 | ACL | Conference with Joel Sher; draft Line with executed copy of Exhibit A (Purchase Agreement); deposit check and update ledger. | $140.00 | 0.6 | 84.00 |
| 08/04/05 | PVD | Continued work to get Notice of Motion filed, including conferences with local counsel regarding same (.4). | $250.00 | 0.4 | 100.00 |
| 08/09/05 | JIS | Phone call with McDermott and Canet re: deal | $405.00 | 0.6 | 243.00 |
| 08/10/05 | ACL | Conference with Paul Danielson; research USDC -Arizona dockets and respond to questions; research re fee for pro hac admission of Joel Sher. | $140.00 | 0.5 | 70.00 |
| 08/11/05 | ACL | Emails to/from J. Cotterman re pro hac admission or Joel Sher; prepare and finalize motion and proposed order; letter to Mr. Cotterman enclosing same. | $140.00 | 0.7 | 98.00 |
| 08/16/05 | JIS | Another phone call with McDermott re: deal (.4); phone call with Nussbaum (.2) | $405.00 | 0.6 | 243.00 |
| 08/18/05 | JIS | Email Babbitt counsel re: upcoming hearing (.3); another phone call with McDermott (.3) | $405.00 | 0.6 | 243.00 |
| 08/22/05 | JIS | Emails with Babbitt's counsel re: upcoming hearing (.3); phone call with Nussbaum (.2) | $405.00 | 0.5 | 202.50 |
| 08/22/05 | PVD | Receipt and review of discussion to grant our Motion and dismiss case in Arizona (.2). | $250.00 | 0.2 | 50.00 |
| 08/22/05 | ACL | Review order dismissing Arizona case; conference with Joel Sher. | $140.00 | 0.3 | 42.00 |

| Date | Time-keeper | Description of Work | Rate | Hours | Value |
|------|---------|---------------------|------|-------|-------|
| 08/23/05 | JIS | Phone call with Nussbaum re: GWT counter-offer (.4); do research on tax basis to prepare (.5) | $405.00 | 0.9 | 364.50 |
| 08/23/05 | PVD | Follow up communications with local counsel re: decision granting motion to dismiss (.3). | $250.00 | 0.3 | 75.00 |
| 08/25/05 | JIS | Prepare for tomorrow's hearing; series of phone calls with Ken Oestreicher re: possible counter-offer by GWT; phone call with Babbitt's counsel re: hearing tomorrow | $405.00 | 1.3 | 526.50 |
| 08/26/05 | JIS | Several phone calls in morning with Oestreicher, Mongini re: today's hearing (.4); finish preparing for and attend hearing on sale of Babbitt assets (1.5) | $405.00 | 1.9 | 769.50 |
| 09/20/05 | JIS | Email with buyer to arrange settlement | $405.00 | 0.3 | 121.50 |
| 09/21/05 | JIS | Emails with Mongini | $405.00 | 0.3 | 121.50 |
| 09/22/05 | PDM | Office planning conference with JISher regarding closing of sale of membership interests. | $300.00 | 0.1 | 30.00 |
| 09/22/05 | ACL | Two emails from counsel for Babbitt re wiring instructions; two telephone conversations with Bank of America. | $140.00 | 0.6 | 84.00 |
| 09/25/05 | PDM | Review transaction documents. | $300.00 | 1.1 | 330.00 |
| 09/27/05 | JIS | Email with Arizona counsel re: closing | $405.00 | 0.3 | 121.50 |
| 09/28/05 | PDM | Review Purchase Agreement, Operating Agreement and other corporate documents; draft Assignment of Ownership Interests. | $300.00 | 1.8 | 540.00 |
| 09/29/05 | RMG | Review transfer documents; conference with JISher re: same; conference with PDMiller re: buyer negotiations. | $360.00 | 1.3 | 468.00 |
| 09/29/05 | PDM | Revise Assignment of Ownership Interests. | $300.00 | 0.2 | 60.00 |
| 09/30/05 | PDM | Telephone call to Mike Mongini regarding closing deliverables; draft e-mail to Mike Mongini regarding Assignment Certificate. | $300.00 | 0.2 | 60.00 |
| 10/03/05 | ACL | Review wire notification from Bank of America; email to Joel Sher re same; cross check numbers with settlement agreement (.4); review invoice from local counsel; prepare and forward check to Gallagher & Kennedy (.3). | $140.00 | 0.7 | 98.00 |
| 10/14/05 | PDM | Review revised Assignment Certificate and provide comments to JISher and RMGoldberg. | $300.00 | 0.2 | 60.00 |
| 10/28/05 | PDM | Telephone conference with Jan Blackman regarding Assignment Certificate; revise same. | $300.00 | 0.6 | 180.00 |
| 11/08/05 | SWF | Conference with JIS re: drafting settlement agreement and motion for approval of settlement agreement with West; review emails re: settlement terms (.4); review pleadings in preparation of drafting settlement agreement and motion (1.9) | $260.00 | 2.3 | 598.00 |
| 11/09/05 | SWF | Prepare settlement agreement with West and the Plan (2.9). | $260.00 | 2.9 | 754.00 |

| Date | Time-keeper | Description of Work | Rate | Hours | Value |
|------|---------|---------------------|------|-------|-------|
| 11/10/05 | SWF | Conference with J.I. Sher re: greater detail regarding sale of property and bankruptcy court approval thereof to be included in settlement agreement (.2); Review motion to sell, notice and order approving sale and asset purchase agreement in preparation or revising settlement agreement (.7); Revise settlement agreement accordingly (1.3); Prepare e-mail to JIS re: revisions and any further comments (.2). | $260.00 | 2.4 | 624.00 |
| 11/11/05 | PDM | Revise Assignment Certificate and Stock Power. | $300.00 | 0.2 | 60.00 |
| 11/22/05 | SWF | Begin drafting 9019 Motion for Approval of Settlement with West and proposed order (2.9). | $260.00 | 2.9 | 754.00 |
| 11/23/05 | SWF | Finish drafting motion to approve settlement and proposed order and draft notice thereof (1.8); Conference with JIS re: release of liens and security interests on ownership interests in settlement agreement, review pledge agreement and revise settlement agreement (.8). | $260.00 | 2.6 | 676.00 |
| 12/13/05 | JIS | Review and revise settlement agreement with Larry West; send for his okay | $405.00 | 1.2 | 486.00 |
| 12/16/05 | SWF | Review West's comments to Settlement Agreement, prepare e-mail to R. Grimand re: unacceptable changes and telephone call with Richard re: same (.9). | $260.00 | 0.9 | 234.00 |
| 12/20/05 | SWF | Conference with J.I. Sher and revisions to settlement agreement by West and prepare e-mail to West and Richard re: Liquidating Agent's final comments (.6). | $260.00 | 0.6 | 156.00 |
| 12/20/05 | SWF | Revise and finalize motion for approval of settlement, proposed order and notice with all changes to settlement agreement (2.1). | $260.00 | 2.1 | 546.00 |
| 12/27/05 | SWF | Telephone call and e-mail to Richard Grimsrud re: settlement status and conference with J.I. Sher re: same (.5). | $260.00 | 0.5 | 130.00 |
| 01/25/06 | JIS | Emails with Larry West re:his claim on proceeds | $405.00 | 0.3 | 121.50 |
| 02/09/06 | SWF | Telephone call from Todd Beldis re: Babbitt Ranches and West deal (.2). | $280.00 | 0.2 | 56.00 |
| 02/13/06 | SWF | Telephone call from L. West re: purchasing assets in estate and telephone call from counsel to Babbitt Ranches re: dismissal of Arizona action and effect of Bank matter (.4). | $280.00 | 0.4 | 112.00 |
| 02/21/06 | SWF | Conference with J.I. Sher including Babbitt Shares into settlement agreement, telephone call to Todd Feltus re: same (.8). | $280.00 | 0.8 | 224.00 |
| 03/15/06 | JIS | Email with Larry West and phone call to discuss settlement; draft agreement for signature and forward | $420.00 | 0.8 | 336.00 |
| 03/17/06 | SWF | Conference with J.I. Sher re: drafting complaint against West (.2); Begin drafting complaint to avoid post-petition transaction and for declaratory relief (4.6). | $280.00 | 4.8 | 1,344.00 |
| 03/18/06 | SWF | Fact finding and review Pledge Agreement and Arizona pleadings to assist with drafting Complaint under 549 and 550 and for declaratory relief (.9). | $280.00 | 0.9 | 252.00 |

| Date | Time-keeper | Description of Work | Rate | Hours | Value |
|------|---------|---------------------|------|-------|-------|
| 03/20/06 | SWF | Finish drafting Complaint to Avoid Transaction under 549 and 550 and for declaratory relief (3.8). | $280.00 | 3.8 | 1,064.00 |
| 03/20/06 | PVD | Analyze proposed complaint for declaratory judgment against West | $270.00 | 0.6 | 162.00 |
| 03/21/06 | SWF | Conference with J.I. Sher re: revising declaratory relief court and revise same for further review by J.I. Sher (1.9). | $280.00 | 1.9 | 532.00 |
| 03/22/06 | JIS | Emails with West re: broken settlement of claims on Babbitt (.5); phone call with WTP re: settlement (.3); finalize and file complaint (.9) | $420.00 | 1.7 | 714.00 |
| 03/22/06 | JIS | Follow-up email with West after sending complaint | $420.00 | 0.3 | 126.00 |
| 03/22/06 | ACL | West Complaint:  conferences with Joel Sher; review and two sets of revisions to Complaint; prepare adversary cover sheet; prepare exhibits; review Babbitt motion to sell to cross check numbers; finalize; pdf; and efile same (2.2); conference with Mr. Sher re 4th interim status report; pull documents to assist in drafting (.4). | $145.00 | 2.6 | 377.00 |
| 03/23/06 | ACL | Download summons and calendar date. | $145.00 | 0.2 | 29.00 |
| 03/28/06 | SWF | Conference with J.I. Sher re: new terms of settlement agreement and resolution of complaint (.2); Revise motion for approval, notice and proposed order (1.8). | $280.00 | 2.0 | 560.00 |
| 03/29/06 | JIS | Review and revise motion to approve settlement with West | $420.00 | 1.0 | 420.00 |
| 03/30/06 | JIS | Finalize and file motion to approve West settlement | $420.00 | 0.8 | 336.00 |
| 03/30/06 | ACL | Settlement motion: review, revise; draft notice and cert of service; conferences with Joel Sher; finalize; pdf; efile and supervise service of same (1.8); emails from Susan Perrin re Dunlop commissioned to Waddington (.2). | $145.00 | 2.0 | 290.00 |
| 04/19/06 | JIS | Review Canet's response to settlement with West; email to him re: same | $420.00 | 0.4 | 168.00 |
| 05/02/06 | ACL | Conference with Joel Sher; review settlement agreement and order approving same; draft check; letter to Mr. West enclosing check. | $145.00 | 0.6 | 87.00 |
| 05/05/06 | SWF | Telephone call Larry West re: our rights and prepare e-mail to J.I. Sher re: same (.4). | $280.00 | 0.4 | 112.00 |
| 05/22/06 | JIS | Meeting with counsel for Larry West re: his interest in other assets | $420.00 | 1.0 | 420.00 |
| 08/01/06 | RMG | Travel to New York (2.5). | $375.00 | 2.5 | 937.50 |

**Summary:**

| Initials | Name | Rate | Hours | Value |
|----------|------|------|-------|-------|
| ACL | Ann C. Lawrence | $145 | 5.4 | 783.00 |
| ACL | Ann C. Lawrence | $140 | 7.1 | 994.00 |
| BLP | Benjamin L. Polakoff | $200 | 13.1 | 2,620.00 |
| JIS | Joel I. Sher | $420 | 6.0 | 2,520.00 |
| JIS | Joel I. Sher | $405 | 38.9 | 15,754.50 |
| LMR | Lonnie M. Ritzer | $375 | 8.1 | 3,037.50 |
| PDM | Paula D Miller | $300 | 4.4 | 1,320.00 |

| Initials | Name | Rate | Hours | Value |
|---|---|---|---|---|
| PVD | Paul V. Danielson | $270 | 0.6 | 162.00 |
| PVD | Paul V. Danielson | $250 | 29.7 | 7,425.00 |
| RMG | Richard M. Goldberg | $375 | 2.5 | 937.50 |
| RMG | Richard M. Goldberg | $360 | 6.9 | 2,484.00 |
| SWF | Scott W. Foley | $280 | 15.2 | 4,256.00 |
| SWF | Scott W. Foley | $260 | 17.2 | 4,472.00 |
| | | | 155.10 | 46,765.50 |

**DISBURSEMENTS:**

| | |
|---|---|
| Duplicating Expenses | 576.60 |
| Postage | 34.54 |
| Long Distance Expenses | 12.90 |
| Travel Expenses | 1,469.51 |
| Filing Fees | 443.00 |
| Telecopy | 10.50 |
| Out-Of-Office Duplicating | 1.50 |
| Westlaw Research | 1,672.78 |
| Pacer Docket Information Search | 4.88 |
| U.P.S. | 43.07 |

**Total disbursements for this matter**          4,269.28

**Total Current Charges**          51,034.78