IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| **G. WARE TRAVELSTEAD** | * | Case No. 96-5-4979-DK |
| | | (Chapter 11) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF APPLICATION OF SHAPIRO SHER GUINOT & SANDLER
AND LIQUIDATING AGENT FOR FOURTH INTERIM ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
AS COUNSEL FOR LIQUIDATING AGENT FOR THE
<u>PERIOD FROM OCTOBER 1, 2003 THROUGH NOVEMBER 30, 2006</u>**

NOTICE IS HEREBY GIVEN that on this date, Shapiro Sher Guinot & Sandler and the Liquidating Agent (the "Applicant") filed their Fourth Interim Application (the "Application") for Allowance of Compensation and for Reimbursement of Expenses for the Period October 1, 2003 through November 30, 2006 (the "Application Period") as counsel for the Liquidating Agent.

By the Application, the Applicant seeks an allowance of interim compensation in the amount of $93,895.50 for services rendered, plus $15,677.12 for reimbursement of out-of-pocket expenses incurred during the Application Period.

The Application may be inspected by any interested party at the Clerk's Office, United States Bankruptcy Court for the District of Maryland, 8th Floor, 101 West Lombard Street, Baltimore, Maryland 21201. Any party desiring to object to the Application must file such objection with the Clerk of the Bankruptcy Court and serve it upon the undersigned within twenty (20) days of the date of this notice. If any objection is filed, a hearing may be held thereon. Any objection must be served on the undersigned counsel and contain a complete specification of the factual and legal grounds upon which it is based. The Court may conduct a hearing or determine the matter without a hearing, in its discretion, regardless of whether any objections are filed.

Anyone desiring further information may contact the undersigned counsel.

Dated: January 3, 2007          /s/    Joel I. Sher
                                Joel I. Sher, Bar No. 00719
                                Shapiro Sher Guinot & Sandler
                                36 South Charles Street, 20th Floor
                                Baltimore, Maryland 21201
                                (410) 385-0202

                                *Attorneys for Joel I. Sher, Liquidating Agent*