IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| **G. WARE TRAVELSTEAD** | * | Case No. 96-5-4979-DK |
| | | (Chapter 11) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE FOR NOTICE OF APPLICATION
OF SHAPIRO SHER GUINOT & SANDLER AND LIQUIDATING AGENT
FOR FOURTH INTERIM ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR LIQUIDATING AGENT
FOR THE PERIOD FROM OCTOBER 1, 2003 THROUGH NOVEMBER 30, 2006**

I HEREBY CERTIFY that on 3rd day of January, 2007, a copy of the Notice of Application of Shapiro Sher Guinot & Sandler and Liquidating Agent for Fourth Interim Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2003 through November 30, 2006 was mailed by first-class mail, postage prepaid, to those parties listed on the attached Service List.

/s/    Joel I. Sher
Joel I. Sher, Bar No. 00719
Shapiro Sher Guinot & Sandler
36 South Charles Street
20th Floor
Baltimore, Maryland  21201
(410) 385-0202

*Attorneys for Joel I. Sher, Liquidating Agent*

Travelstead Limited Matrix
(96-5-4979-SD)

Mark A. Neal, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
101 W. Lombard St., Suite 2650
Baltimore, MD 21201

Lewis S. Goodman, Esq.
Rifkin, Livingston, Levitan, et al
575 S. Charles Street, Ste. 200
Baltimore, MD 21201

Robert C. Schenfeld, Esquire
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, N.Y. 1005-1413

Virginia Kawalsky Ramirez
1162 River Bay Road
Annapolis, MD 21401

G. Gordon Hanes
James G. Hanes, III
C/o Xpres Corporation
111 Cloverleaf Drive
Winston-Salem, NC 27103

Maria C. van der Sluijs-Plantz
TMF Nederland, B.V.
1076 AZ Amsterdam
P. O. Box 75215
1070 A.E. Amsterdam
   The Netherlands

Thomas E. Graham, Esquire
Kilpatrick Stockton, LLP
1001 West Fourth Street
Winston-Salem, NC 27101

Richard D. London, Esquire
8701 Georgia Avenue
Suite 200
Silver Spring, MD 20910

Daniel A. Pollack, Esquire
Pollack & Kaminsky
114 West 47th Street
New York, NY 10036

Edward T. McDermott, Esquire
Pollack & Kaminsky
114 West 47th Street, 19th Floor
New York, NY 10036

Benjamin Rosenberg, Esquire
Rosenberg, Proutt, Funk et al
21115 First Maryland Bldg.
25 S. Charles Street
Baltimore, Maryland 21201

O'Melveny & Myers
Citicorp Center
153 East 53rd Street
New York, NY 10022

Edythe Travelstead
c/o Douglas J. Wells
111 Prospect Street
Stamford, CT 06901

Hedleys Humpers
Units 2 & 4
97 Victoria Road
London, NW 10 6ND England

Robert A. Banner, Esquire
Ingram Yuzek Gainen Carroll Bertolotti
250 Park Avneue
New York, NY 10177

Joseph Kibre, Esquire
Oberstein, Kibre & Horwitz
1999 Avenue of the Stars
Suite 1850
Los Angeles, CA 90067

Andrew D. Manitsky, Esquire
O'Sullivan Graev & Karabell, LLP
30 Rockefeller Plaza
New York, NY 10112

Chris M. Smith, Esquire
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022

Paul M. Nussbaum, Esquire
Whiteford, Taylor & Preston, L.L.P.
7 Saint Paul Street, Suite 1400
Baltimore, Maryland 21202-1626

Richard Kremen, Esquire
Piper Marbury Rudnick & Wolfe
6225 Smith Avenue
Baltimore, Maryland 21209

Patrick Donnelly, Esquire
Niles, Barton & Wilmer
111 South Calvert St., Ste. 1400
Baltimore, Maryland 21202-6185

Hedy B. Foreman
800 Westchester Avenue
Rye Brook, NY 10573

Larry Kaminitz
Grant Thornton
2 Hopkins Plaze, Suite 700
Baltimore, MD 21202

Berman, Paley, Goldstein
 & Kannry, LLP
500 Fifth Avenue
New York, NY 10110

Richard Koo Esquire
Koo & Larraebee, LLP
774 White Plains Roads
Suite 230
Scarsdale, NY 10583

Richard W. Moore, Esquire
207 East Redwood Street
Suite 700
Baltimore, MD 21202

Jack G. Stern, Esquire
Barrett & Gravante LLP
1585 Broadway
New York, NY 10036

Paul T. Tusch, Esquire
Cacace, Tusch & Santagata
777 Summer Street
P O Box 15859
Stamford, CT 06901

James A. Vidmar, Esquire, Jr.
Linowes and Blocher LLP
7200 Wisconsin Avenue, Ste 800
Bethesda, MD 20814-4842

USA Sogo, Inc.
c/o Graham & James, LLP
Denis H. Oyakawa, Esquire
801 So. Figueroa St., 14th Floor
Los Angeles, CA 90017

James D. Wall, Esquire
Stephen D. Poe, Esquire
Bell, Davis & Pitt, P.A.
West Fourth St., P O Box 21029
Winston-Salem, NC 27120

USA Sogo, Inc.
c/o Graham & James, LLP
Riddell Williams
Joseph E. Shickich, Jr., Esquire
1001 4th Avenue Plaza, Ste 4500
Seattle WA 98154

Lit/matrix/travelstead.ltd mat.doc--46322.001
Dew – 8/5/04

| | | |
|---|---|---|
| Action Legal Video<br>132 Nassau Street<br>Suite 400<br>New York, New York 10038 | American Express – Platinum<br>Suite 0001<br>Chicago, Illinois 60679 | American Express – Gold<br>Suite 0001<br>Chicago, Illinois 60679 |
| American Express<br>Centurion Bank<br>c/o The Optima Account<br>Box 1407<br>Newark, New Jersey 07101 | Asprey<br>727 Fifth Avenue<br>New York, New York 10022 | BMW Financial Services<br>c/o BMW of America<br>Montvale, New Jersey 07645 |
| Bankcard Center<br>P.O. Box 580301<br>Charlotte, North Carolina 28258 | Bankcard Services<br>P.O. Box 84000<br>Seattle, Washington 98184 | Cacace Tusch & Santagata<br>777 Summer Street<br>P.O. Box 15859<br>Stamford, Connecticut 06901 |
| Eduardo Canet<br>c/o Milbank, Tweed, Hadley & McCloy<br>1 Chase Manhattan Plaza<br>New York, New York 10005 | Citibank<br>P.O. Box 6500<br>Sioux Falls, South Dakota 57117 | Colucci Investigations<br>P.O. Box 2026<br>Stamford, Connecticut 06906 |
| Department of Taxation<br>Office of Processing Operations<br>P.O. Box 1202<br>Richmond, Virginia 23209 | Eagle Transfer Corporation<br>40 Laight Street<br>New York, New York 10013 | Edythe M. Travelstead<br>c/o Douglas J. Wells<br>111 Prospect Street<br>Stamford, Connecticut 06901 |
| First Interstate Bank<br>P.O. Box 34770<br>Seattle, Washington 98124 | Hedy B. Foreman<br>800 Westchester Avenue<br>Rye Brook, New York 10573 | G. Gordon Hanes<br>James G. Hanes, III<br>c/o Expres Corporation<br>111 Cloverleaf Drive<br>Winston-Salem, North Carolina 27103 |
| Hedleys Humpers<br>Units 2 & 4<br>97 Victoria Road<br>London, England NW10 6ND | Hilton Hotel<br>Logan International Airport<br>Easton Boston, Massachusetts 02128 | Homestead Gardens<br>Central Avenue<br>Route 214<br>P.O. Box 189<br>Davidsonville, Maryland 21035 |
| Internal Revenue Service<br>Attention: Elizabeth Henn, Esquire<br>31 Hopkins Plaza<br>Suite 1300<br>Baltimore, Maryland 21202 | Larry Kamanitz<br>Grant Thornton<br>2 Hopkins Plaza<br>Suite 700<br>Baltimore, Maryland 21202 | Manhattan Reporting Corporation<br>420 East Lexington Avenue<br>Suite 2108<br>New York, New York 10170 |
| McCall Firm<br>633 West Fourth Street<br>Suite 150<br>Winston-Salem, North Carolina 27101 | NationsBank<br>4161 Piedmont Parkway<br>Greenboro, North Carolina 27410 | O'Melveny & Myers<br>Citicorp Center<br>153 East 53rd Street<br>New York, New Yoek 10022 |
| Patrick Donnelly, Esquire<br>Niles Barton<br>111 South Calvert Street<br>Suite 1400<br>Baltimore, Maryland 21202 | Phil Dietz, Esquire<br>16 South Washington Street<br>P.O. Box 1146<br>Easton, Maryland 21601 | Robert H. Raisbeck, Jr.<br>Martin, VanHoy, Smith & Raisbeck<br>Ten Court Square<br>Mocksborg, North Carolina 27028 |

Robinson, Murphy & McDonald
100 Park Avenue
New York, New York  10017

Rollins Hudg Hall
3334 Healy Drive
Suite 301
Winston-Salem, North Carolina  27114

Saks Fifth Avenue
5505 North Cumberland Avenue
Suite 301
Chicago, Illinois  60656

Sherry-Lehman
679 Madison Avenue @ 61st Street
New York, New York  10021

Southern District Report
500 Pearl Street
Room 330
New York, New York  10022

Tearney & Tearney
1950 Sawtelle Boulevard
Suite 320
Los Angeles, California  90025

The Mark Hotel
Madison Avenue @ 77th Street
New York, New York  10021

The Bank of New York
P.O. Box 748
Harrison, New York  10528

Virginia Kowalsky Ramirez
1162 River Bay Road
Annapolis, Maryland  21401

Wolfgang Hoyt
3 East 85th Street
New York, New York  10028

West Australia Bank
St. Georges Terrace
Perth, Australia  6000

Maryland Comptroller of Treasury
301 West Preston Street
Compliance Division, Room 409
Baltimore, Maryland  21201

New York State Department of
 Taxation and Finance
Audit Division Central Office
WA Harriman State Campus
Albany, New York  12227

North Carolina Department of Revenue
P.O. Box 25000
Raleigh, North Carolina  27640

Internal Revenue Service
Special Procedures Section
P.O. Box 1076
Baltimore, Maryland  21203

Internal Revenue Service
Philadelphia, Pennsylvania  19255

Lit/lmatrix/travelstead.cred.doc