

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| **G. WARE TRAVELSTEAD** | * | Case No. 96-5-4979-DK (Chapter 11) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER GRANTING FOURTH APPLICATION OF
SHAPIRO SHER GUINOT & SANDLER AND LIQUIDATING AGENT
FOR INTERIM ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES
<u>FOR PERIOD OCTOBER 1, 2003 THROUGH NOVEMBER 30, 2006</u>

Upon consideration of the Application of Shapiro Sher Guinot & Sandler and the Liquidating Agent for Third Interim Allowance of Compensation and for Reimbursement of Expenses for the period October 1, 2003 through November 30, 2006 (the "Application Period"), and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED** that the law firm of Shapiro Sher Guinot & Sandler and the Liquidating Agent are hereby allowed interim compensation in the amount of $93,895.50, plus reimbursement of expenses in the amount of $15,677.12 for the Application Period; and it is further

**ORDERED** that the Liquidating Agent is hereby authorized to pay to Shapiro Sher Guinot & Sandler compensation in the amount of $93,895.50, plus reimbursement of expenses in the amount of $15,677.12.

cc:  Joel I. Sher, Esquire
Shapiro Sher Guinot & Sandler
36 South Charles Street, 20th Floor
Baltimore, MD  21201-3147

Mark A. Neal, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
101 West Lombard Street, Suite 2625
Baltimore, MD 21201

Paul M. Nussbaum, Esquire
Stephen F. Fruin, Esquire
Whiteford Taylor & Preston
7 St. Paul Street, Suite 1400
Baltimore, MD  21202

Edward McDermott, Esquire
Pollack & Kaminsky
114 West 47th Street, 19th Floor
New York, NY  10036

**END OF ORDER**