

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:                              *

**G. WARE TRAVELSTEAD**             *     Case No. 96-5-4979-DK
                                          (Chapter 11)
Debtor.                             *

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER GRANTING FOURTH APPLICATION OF
SHAPIRO SHER GUINOT & SANDLER AND LIQUIDATING AGENT
FOR INTERIM ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES
FOR PERIOD OCTOBER 1, 2003 THROUGH NOVEMBER 30, 2006

Upon consideration of the Application of Shapiro Sher Guinot & Sandler and the Liquidating Agent for Third Interim Allowance of Compensation and for Reimbursement of Expenses for the period October 1, 2003 through November 30, 2006 (the "Application Period"), and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED** that the law firm of Shapiro Sher Guinot & Sandler and the Liquidating Agent are hereby allowed interim compensation in the amount of $93,895.50, plus reimbursement of expenses in the amount of $15,677.12 for the Application Period; and it is further

**ORDERED** that the Liquidating Agent is hereby authorized to pay to Shapiro Sher Guinot & Sandler compensation in the amount of $93,895.50, plus reimbursement of expenses in the amount of $15,677.12.

cc:    Joel I. Sher, Esquire
Shapiro Sher Guinot & Sandler
36 South Charles Street, 20th Floor
Baltimore, MD  21201-3147

Mark A. Neal, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
101 West Lombard Street, Suite 2625
Baltimore, MD 21201

Paul M. Nussbaum, Esquire
Stephen F. Fruin, Esquire
Whiteford Taylor & Preston
7 St. Paul Street, Suite 1400
Baltimore, MD  21202

Edward McDermott, Esquire
Pollack & Kaminsky
114 West 47th Street, 19th Floor
New York, NY  10036

**END OF ORDER**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0416-1           User: nbullock              Page 1 of 1              Date Rcvd: Jan 30, 2007
Case: 96-54979                 Form ID: pdfall             Total Served: 5
```

```
The following entities were served by first class mail on Feb 01, 2007.
db          +G. Ware Travelstead,   1709 Dey Cove Drive,   Virginia Beach, VA 23454-1341
aty         +Joel I. Sher,   Shapiro, Sher & Guinot,   2000 Charles Center South,   36 S Charles Street,
              Baltimore, MD 21201-3020
            +Edward McDermott, Esq.,   Pollack & Kaminsky,   114 West 47th St, 19th Floor,
              New York, NY 10036-1510
            +Mark A. Neal, Esq.,   Assistant U.S. Trustee,   Office of the U.S. Trustee,
              101 W. Lombard St., Suite 2625,   Baltimore, MD 21201-2668
            +Paul M. Nussbaum, Esq.,   Stephen F. Fruin, Esq.,   Whiteford Taylor & Preston,
              7 St. Paul St. Suite 1400,   Baltimore, MD 21202-1654
The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 01, 2007**                    Signature:    _/s/ Joseph Speetjens_