IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| G. WARE TRAVELSTEAD | ) | Case No. 96-54979-DK |
| | ) | |
| Debtor. | ) | |

## ENTRY OF APPEARANCE

To the Clerk of the Court, PLEASE ENTER THE APPEARANCE of the undersigned attorney, Lawrence P. Blaskopf, for the United States with respect to the Motion of Liquidating Agent to Determine and Pay Debtor's Income Tax Obligations and the United States' objection thereto in the above-captioned case.

Date: May 14, 2007.

Respectfully submitted,

 /s/Lawrence P. Blaskopf
LAWRENCE P. BLASKOPF
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Telephone: (202) 514-9642
Telefax : (202) 514-6866
E-Mail-Lawrence.P.Blaskopf@usdoj.gov

OF COUNSEL:

ROD J. ROSENSTEIN
United States Attorney
400 Charles Center South
36 S. Charles Street
Baltimore, Md. 21201-2692
Telephone: (410) 209-4800