<u>CERTIFICATE OF SERVICE</u>

IT IS CERTIFIED that the foregoing ENTRY OF APPEARANCE was caused to be served on the 14th day of May, 2007, by depositing a copies thereof in the United States' mail, postage prepaid, addressed as follows:

>Cameron J. McDonald, Esquire
>Whiteford, Taylor & Preston LLP
>Seven Saint Paul Street
>Baltimore, MD 21202
>
>Stephen F. Fruin
>Seven Saint Paul St.
>Baltimore, Md. 21202
>
>Joel I. Sher, Esquire
>Shapiro Sher Guinot & Sandler
>36 South Charles Street
>Baltimore, MD 21201
>
>Office of the U.S. Trustee
>101 W. Lombard St.
>Baltimore, Md. 21201

       /s/Lawrence P. Blaskopf
        LAWRENCE P. BLASKOPF