# Exhibit A

| Date | Payee/Payor | Description | Credits | Debits | Balance |
|---|---|---|---|---|---|
| **2006** | | | | | |
| | | | | | $373,619.41 |
| 1/18/2006 | Storage USA | Jan storage | | $1,067.97 | $372,551.44 |
| 1/20/2006 | State of Maryland | Restitution payment | $21.65 | | $372,573.09 |
| 1/31/2006 | Bank of America | Interest | $221.88 | | $372,794.97 |
| 2/17/2006 | State of Maryland | Restitution payment | $21.65 | | $372,816.62 |
| 2/28/2006 | Bank of America | Interest | $200.08 | | $373,016.70 |
| 3/8/2006 | State of Maryland | Restitution payment | $43.30 | | $373,060.00 |
| 3/31/2006 | Bank of America | Interest | $221.66 | | $373,281.66 |
| 4/6/2005 | State of Maryland | Restitution payment | $21.65 | | $373,303.31 |
| 4/28/2006 | Bank of America | Interest | $214.66 | | $373,517.97 |
| 5/2/2006 | West Companies | Settlement - order entered 4/26/2006 | | $32,000.00 | $341,517.97 |
| 5/2/2006 | US Trustee | Quarterly fees: 4th Q, 2005, 1st Q, 2006 | | $500.00 | $341,017.97 |
| 5/4/2006 | Storage USA | Fees through May, 2006 | | $5,380.77 | $335,637.20 |
| 5/19/2006 | Grant Thornton | 12th app; order entered 10/18/2004 | | $6,742.50 | $328,894.70 |
| 5/22/2006 | Whiteford Taylor | 9th & 10th apps pd in full; toward 11th app | | $125,000.00 | $203,894.70 |
| 5/22/2006 | Shapiro Sher | Toward 3rd order entered 1/27/04 | | $125,000.00 | $78,894.70 |
| 5/23/2006 | State of Maryland | Restitution payment | $21.65 | | $78,916.35 |
| 5/31/2006 | Bank of America | Interest | $82.27 | | $78,998.62 |
| 6/1/2006 | Intellectual Property Management | Order entered 5/29/2006 | | $10,000.00 | $68,998.62 |
| 6/12/2006 | State of Maryland | Restitution payment | $21.65 | | $69,020.27 |
| 6/15/2006 | Storage USA | June rent | | $1,145.00 | $67,875.27 |
| 6/20/2006 | Enrique Gutierrez-Vivas | Translation charges - sale of trademarks | | $1,104.25 | $66,771.02 |
| 6/30/2006 | State of Maryland | Restitution payment | $21.65 | | $66,792.67 |
| 6/30/2006 | Bank of America | Interest | $35.72 | | $66,828.39 |
| 7/31/2006 | Deutsche Bank | Purchase of trademarks | $99,960.00 | | $166,788.39 |
| 7/31/2006 | Bank of America | Interest | $36.04 | | $166,824.43 |
| 8/8/2006 | State of Maryland | Restitution payment | $21.65 | | $166,846.08 |
| 8/31/2006 | Bank of America | Interest | $98.99 | | $166,945.07 |
| 9/18/2006 | US Trustee | Quarterly fees: 2nd Q, 2006 | | $3,750.00 | $163,195.07 |
| 9/21/2006 | State of Maryland | Restitution payment | $21.65 | | $163,216.72 |
| 9/29/2006 | Bank of America | Interest | $82.06 | | $163,298.78 |
| 10/18/2006 | State of Maryland | Restitution payment | $21.65 | | $163,320.43 |
| 10/31/2006 | Bank of America | Interest | $86.15 | | $163,406.58 |
| 11/28/2006 | State of Maryland | Restitution payment | $21.65 | | $163,428.23 |
| 11/30/2006 | Bank of America | Interest | $57.62 | | $163,485.85 |
| 12/29/2006 | State of Maryland | Restitution payment | $21.65 | | $163,507.50 |

| Date | Payee/Payor | Description | Credits | Debits | Balance |
|---|---|---|---|---|---|
| 12/29/2006 | Bank of America | Interest | $44.02 | | $163,551.52 |
| **2007** | | | | | |
| 1/8/2007 | State of Maryland | Restitution payment | $21.65 | | $163,573.17 |
| 1/30/2007 | SSGS | Paid in full-3rd fee; toward 4th entered 1/30/2007 | | $50,000.00 | $113,573.17 |
| 1/30/2007 | Whiteford Taylor | Toward 11th fee app | | $50,000.00 | $63,573.17 |
| 1/31/2007 | US Trustee | Quarterly fees: 3rd & 4th Q, 2006 | | $500.00 | $63,073.17 |
| 1/31/2007 | Bank of America | Interest | $21.58 | | $63,594.75 |
| 2/16/2007 | State of Maryland | Restitution payment | $21.65 | | $63,616.40 |
| 2/28/2007 | Bank of America | Interest | $14.96 | | $63,631.36 |
| 3/13/2007 | State of Maryland | Restitution payment | $21.65 | | $63,653.01 |
| 3/30/2007 | Bank of America | Interest | $16.04 | | $63,669.05 |
| 4/20/2007 | State of Maryland | Restitution payment | $21.65 | | $63,690.70 |
| 4/30/2007 | Bank of America | Interest | $15.61 | | $63,706.31 |
| 5/31/2007 | Bank of America | Interest | $16.14 | | $63,722.45 |
| 6/13/2007 | US Trustee | Quarterly fees: 1st & 2nd Q, 2007 | | $1,000.00 | $62,722.45 |
| 6/13/2007 | State of Maryland | Restitution payment | $21.65 | | $62,744.10 |
| 6/29/2007 | Bank of America | Interest | $15.52 | | $62,759.62 |
| 7/10/2007 | State of Maryland | Restitution payment | $43.30 | | $62,802.92 |
| 7/23/2007 | State of Maryland | Restitution payment | $21.65 | | $62,824.57 |