MERITAS LAW FIRMS WORLDWIDE

ATTORNEYS AT LAW
# TYDINGS & ROSENBERG LLP

100 EAST PRATT STREET
26TH FLOOR
BALTIMORE MARYLAND 21202
410.752.9700
FAX 410.727.5460

TOWSON MD OFFICE
410.337.0407
FAX 410.337.3758

WASHINGTON DC OFFICE
202.296.1642
FAX 202.828.4130

www.tydingslaw.com

MARY FRAN EBERSOLE
410.752.9754
mebersole@tydingslaw.com

March 15, 2007

Ann Lawrence, Esquire
Shapiro Sher Guinot & Sandler, P.A.
36 South Charles Street, Suite 2000
Baltimore, Maryland  21201

Re:    Bankruptcy Estate of G. Ware Travelstead; Case No. 96-54979

Dear Ann:

As you may recall, this firm represents Storage USA, now known as Extra Space Storage, in regard to the above-referenced case. As you are aware, you and your firm have been responsible for paying storage fees owed to Storage USA/Extra Storage for storage unit numbers 16, 59 and 352. I am told by my client, however, that your firm has paid none of the invoices after June 2006. The amounts owing on each of the units is as follows:

|                | #16        | #59        | #352       |
|----------------|------------|------------|------------|
| July 2006      | 478.00     | 358.00     | 309.00     |
| August 2006    | 478.00     | 358.00     | 309.00     |
| September 2006 | 478.00     | 358.00     | 309.00     |
| October 2006   | 478.00     | 358.00     | 309.00     |
| November 2006  | 478.00     | 358.00     | 309.00     |
| December 2006  | 478.00     | 358.00     | 309.00     |
| January 2007   | 517.00     | 376.00     | 325.00     |
| February 2007  | 517.00     | 376.00     | 325.00     |
| March 2007     | 517.00     | 376.00     | 325.00     |
|                | $4,458.00  | $3,294.00  | $2,845.00  |

I am not sure why these payments have not been made to Storage USA/Extra Space Storage but I am hopeful that you will correct the situation immediately. When I brought to your attention earlier defaults in 2006, you made sure that the defaults were cured immediately and all monies paid to Storage USA/Extra Space Storage. Please contact me if there are any questions concerning this matter. Otherwise, please send the check to my office so that we can forward it on to our client.

Very truly yours,

*Mary Fran Ebersole*
Mary Fran Ebersole

cc:  Dee Ann Keller

#622624v.1


EXH. D