ATTORNEYS AT LAW

# TYDINGS & ROSENBERG LLP

100 EAST PRATT STREET
BALTIMORE MARYLAND 21202
410/752-9700
FAX 410/727-5460

WASHINGTON DC OFFICE
202/296-1642
FAX 202/828-4130

www.tydingslaw.com

**MARY FRAN EBERSOLE**
410/752-9754
mebersole@tydingslaw.com

September 5, 2007

Joel I. Sher, Esquire
Shapiro Sher Guinot & Sandler, P.A.
36 South Charles Street, Suite 2000
Baltimore, MD 21201-3147

      Re:    Bankruptcy Estate of G. Ware Travelstead; Case No. 96-54979

Dear Joel:

      As you are aware, this firm represents Storage USA, now known as Extra Space Storage, in regard to the above-referenced case. Your firm has been responsible for paying storage fees owed to Storage USA/Extra Space Storage for storage units Nos. 16, 59, and 352. As you are aware, on March 15, 2007, I sent to Anne Lawrence of your office a letter explaining that the storage fees owed for these units were substantially delinquent and demanded payment of all fees immediately. Despite that letter and the <u>numerous</u> telephone calls over the past 6 months to you and/or Anne Lawrence requesting the payment of these storage fees, no fees have ever been paid to my client. In addition, additional fees have accrued on all three units since my March 15, 2007 letter. Although I have tried many, many times to resolve this matter amicably, my client has not received payment. As a result, if these fees are not paid within the next ten days, then my client will have no other choice but to file a motion for payment of post-petition fees and request, as part of the motion, payment of any attorneys' fees incurred in attempting to collect these fees. Attorneys' fees in collecting post-petition debt have been awarded under similar facts. *See In re Geonex Corp.*, 258 B.R. 336 (Bankr. D. Md. 2001). If you have any questions concerning this matter, please do not hesitate to contact me.

      Very truly yours,

      Mary Fran Ebersole

MFE:ead

cc: Gwyn McNeal

#710332v.1

EXH. E