## ARREARAGES

|  | #16 | #59 | #352 |
|---|---|---|---|
| July 2006 | 478.00 | 358.00 | 309.00 |
| August 2006 | 478.00 | 358.00 | 309.00 |
| September 2006 | 478.00 | 358.00 | 309.00 |
| October 2006 | 478.00 | 358.00 | 309.00 |
| November 2006 | 478.00 | 358.00 | 309.00 |
| December 2006 | 478.00 | 358.00 | 309.00 |
| January 2007 | 517.00 | 376.00 | 325.00 |
| February 2007 | 517.00 | 376.00 | 325.00 |
| March 2007 | 517.00 | 376.00 | 325.00 |
| April 2007 | 517.00 | 376.00 | 325.00 |
| May 2007 | 517.00 | 376.00 | 325.00 |
| June 2007 | 517.00 | 376.00 | 325.00 |
| July 2007 | 517.00 | 376.00 | 325.00 |
| August 2007 | 517.00 | 376.00 | 325.00 |
| September 2007 | 517.00 | 376.00 | 325.00 |
| October 2007 | 517.00 | 376.00 | 325.00 |
| November 2007 | 517.00 | 376.00 | 325.00 |
| TOTAL | $8,555.00 | $6,284.00 | $5,429.00 |
| GRAND TOTAL |  | $20, 268.00 |  |

**EXHIBIT F**

#742397v.1