IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **In re** | * | |
| **G. WARE TRAVELSTEAD** | * | Case No. 96-54979-DWK |
| | | (Chapter 11) |
| **Debtor.** | * | |
| * * * * * * * | | |
| **EXTRA SPACE MANAGEMENT, INC.,** | * | |
| Movant, | * | |
| v. | * | |
| **G. WARE TRAVELSTEAD** and **JOEL I. SHER, LIQUIDATING AGENT,** | * | |
| Respondents. | * | |
| * * * * * * * * * * * * | | |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**
(Storage Space and Personal Property Located Therein
at 1699 Baltimore Annapolis Boulevard, Arnold, Maryland)

UPON CONSIDERATION OF the Motion For Relief From Automatic Stay (the "Motion"), filed by Extra Space Management, Inc. ("Movant"), and it appearing that

#741933v.1

1

cause exists under 11 U.S.C. § 362(d)(1) to grant the relief requested; it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that within 10 days of this Order, Joel I. Sher, Liquidating Agent, shall remove all personal property from Units 16, 352 and 59 (the "Units") at the storage facility located at 1699 Baltimore Annapolis Boulevard, Arnold, Maryland; and it is further

ORDERED, that the automatic stay imposed by 11 U.S.C. § 362 be and hereby is LIFTED, and Movant granted relief from same, to permit Movant to exercise all rights and remedies available under the Contracts (as that term is defined in the Motion) and applicable non-bankruptcy law, including its right to terminate the Contracts, to enforce its lien on property stored in storage Units and to liquidate and/or to dispose of any property stored in the Units.

cc:  Mary Fran Ebersole, Esquire
     Tydings & Rosenberg LLP
     100 East Pratt Street, 26th Floor
     Baltimore, MD  21202

     Joel I. Sher, Esquire
     Richard M. Goldberg, Esquire
     Shapiro Sher Guinot & Sandler
     36 South Charles Street, 20th Floor
     Baltimore, MD  21201

     Javier Faus Santasusana, Esquire
     Edificio "Blue Building" Av. Litoral Mar, 12-14, 1°
     08005, Barcelona, Spain

     Edward T. McDermott, Esquire
     Pollack & Kaminsky
     114 West 47th Street, 19th Floor
     New York, NY  10036

Paul M. Nussbaum, Esquire
Stephen F. Fruin, Esquire
Whiteford, Taylor & Preston
7 Saint Paul Street
Baltimore, MD  21202-1626

Mark A. Neal, Esquire
Office of the U.S. Trustee
Garmatz Federal Courthouse
101 West Lombard Street, Suite 2625
Baltimore, Maryland  21201

Benjamin Rosenberg, Esquire
Rosenberg Martin Greenberg LLP
2115 Allfirst Building
25 South Charles Street
Baltimore, MD  21201

G. Ware Travelstead
1709 Dey Cove Drive
Virginia Beach, VA  23454

Cameron MacDonald, Esquire
Whiteford Taylor & Preston L.L.P.
Seven Saint Paul Street, Suite 1400
Baltimore, MD  21202

**End of Order**