IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **In re** * | |
| **G. WARE TRAVELSTEAD** * | **Case No. 96-54979-DWK** |
| | **(Chapter 11)** |
| **Debtor.** * | |
| * * * * * * * | |
| **EXTRA SPACE MANAGEMENT, INC.,** * | |
| Movant, * | |
| v. * | |
| **G. WARE TRAVELSTEAD** * | |
| and | |
| **JOEL I. SHER, LIQUIDATING AGENT,** * | |
| Respondents. * | |
| * * * * * * * * * * * * | |

**NOTICE OF MOTION FOR RELIEF FROM
THE AUTOMATIC STAY AND HEARING THEREON**

    Extra Space Management, Inc. ("Movant") has filed papers with the Court seeking relief from the automatic stay of 11 U.S.C. § 362(a) to enforce its non-bankruptcy remedies with respect to three storage space lease agreements with the Debtor and/or the Debtor's business entities, *i.e.*, The Travelstead Group, Inc. and Venture Concept, entitled Storage USA Rental Agreement and to enforce its lien on property located in the rented storage space. Movant is also seeking to terminate these agreements and have the Liquidating Agent, *i.e.*, Joel I. Sher, remove all personal property from the Storage Space. Your rights may be affected. You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case. If you do not have a lawyer, you may wish to consult one.

    If you do not want the Court to grant the motion for relief from stay, or if you want the Court to consider your views on the motion, then by November 26, 2007, you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to Mary Fran Ebersole, Esquire, Tydings & Rosenberg LLP, 100 East Pratt Street, 26th Floor, Baltimore, Maryland 21202. If you mail rather than deliver your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the Court will **receive** it by the date stated above.

#742381v.1

1

2

The hearing is scheduled for December 19, 2007, at 1:30 p.m. in Courtroom 1B, United States Bankruptcy Court for the Northern District of Maryland, 101 West Lombard Street, Baltimore, Maryland 21201.

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

Date:  November 7, 2007

/s/ Mary Fran Ebersole
Mary Fran Ebersole, Bar No. 08729
 Tydings & Rosenberg LLP
 100 East Pratt Street, 26th Floor
 Baltimore, Maryland  21202
 (410) 752-9700
 mebersole@tydingslaw.com

Attorneys for Movant, Extra Space Management, Inc.

#742381v.1

2