IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| In re | * | |
| **G. WARE TRAVELSTEAD** | * | Case No. 96-54979-DWK |
| | | (Chapter 11) |
| Debtor. | * | |

\* \* \* \* \* \* \*

**EXTRA SPACE MANAGEMENT, INC.,** *

        Movant, *

v. *

**G. WARE TRAVELSTEAD** *
and
**JOEL I. SHER, LIQUIDATING AGENT,** *

        Respondents. *

\* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE OF MOTION**
**FOR RELIEF FROM THE AUTOMATIC STAY**

    I HEREBY CERTIFY that on this 7th day of November, 2007, a copy of the

Motion for Relief from Stay and Notice of Motion for Relief From the Automatic Stay and

Hearing Thereon was served electronically or by first-class mail, postage prepaid, on:

    Joel I. Sher, Esquire
    Richard Goldberg, Esquire
    Shapiro Sher Guinot & Sandler
    36 South Charles Street, 20th Floor
    Baltimore, MD  21201

    Javier Faus Santasusana, Esquire
    Edificio "Blue Building" Av. Litoral Mar, 12-14, 1°
    08005, Barcelona, Spain

#742369v.1                                       1

Edward T. McDermott, Esquire
Pollack & Kaminsky
114 West 47th Street, 19th Floor
New York, NY  10036

Paul M. Nussbaum, Esquire
Stephen F. Fruin, Esquire
Whiteford, Taylor & Preston
7 Saint Paul Street
Baltimore, MD  21202-1626

Mark A. Neal, Esquire
Office of the U.S. Trustee
Garmatz Federal Courthouse
101 West Lombard Street, Suite 2625
Baltimore, Maryland  21201

Benjamin Rosenberg, Esquire
Rosenberg Martin Greenberg LLP
2115 Allfirst Building
25 South Charles Street
Baltimore, MD  21201

G. Ware Travelstead
1709 Dey Cove Drive
Virginia Beach, VA  23454

Cameron MacDonald, Esquire
Whiteford Taylor & Preston L.L.P.
Seven Saint Paul Street, Suite 1400
Baltimore, MD  21202

/s/ Mary Fran Ebersole
Mary Fran Ebersole, Bar No. 08729
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland  21202
(410) 752-9700
mebersole@tydingslaw.com

Attorneys for Movant, Extra Space Management, Inc.

#742369v.1                    2