IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| In re | * | |
| G. WARE TRAVELSTEAD | * | Case No. 96-54979-DWK |
| | | (Chapter 11) |
| Debtor. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER APPROVING APPLICATION FOR
PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

UPON CONSIDERATION OF the Application for Payment of Administrative

Expense Claim (the "Application") filed by Extra Space Management, Inc. ("Extra

Space") and for cause shown, it is, by the United States Bankruptcy Court for the District

of Maryland,

**ORDERED**, that Joel I. Sher, the Liquidating Agent, shall pay to Extra Space

within 10 days of entry of this Order (a) a total sum of $23,072.00, which sum constitutes

the $20,268.00 in post-petition rent owed by the Liquidating Agent to Extra Space

commencing July 1, 2006 through November 1, 2007, and attorneys' fees of $2,804.00

incurred by Extra Space in collecting the arrearages and (b) all additional attorneys' fees

#743162v.1

1

2

and costs incurred by Extra Space after the filing of the Application in pursuing its rights

under the contracts; and it is further

   **ORDERED**, that the Liquidating Agent shall timely pay to Extra Space any and

all other sums due under the contracts as they accrue.

cc:   Mary Fran Ebersole, Esquire
      Tydings & Rosenberg LLP
      100 East Pratt Street, 26th Floor
      Baltimore, Maryland  21202

      Joel I. Sher, Esquire
      Richard Goldberg, Esquire
      Shapiro Sher Guinot & Sandler
      36 South Charles Street, 20th Floor
      Baltimore, MD  21201

      Javier Faus Santasusana, Esquire
      Edificio "Blue Building" Av. Litoral Mar, 12-14, 1°
      08005, Barcelona, Spain

      Edward T. McDermott, Esquire
      Pollack & Kaminsky
      114 West 47th Street, 19th Floor
      New York, NY  10036

      Paul M. Nussbaum, Esquire
      Stephen F. Fruin, Esquire
      Whiteford, Taylor & Preston
      7 Saint Paul Street
      Baltimore, MD  21202-1626

      Mark A. Neal, Esquire
      Office of the U.S. Trustee
      Garmatz Federal Courthouse
      101 West Lombard Street, Suite 2625
      Baltimore, Maryland  21201

      Benjamin Rosenberg, Esquire
      Rosenberg Martin Greenberg LLP
      2115 Allfirst Building
      25 South Charles Street
      Baltimore, MD  21201

#743162v.1

G. Ware Travelstead
1709 Dey Cove Drive
Virginia Beach, VA  23454

Cameron MacDonald, Esquire
Whiteford Taylor & Preston L.L.P.
Seven Saint Paul Street, Suite 1400
Baltimore, MD  21202

**End of Order**