## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**Date: 11/8/07**

**In re:   Case No.:   96–54979 DK      Chapter:   11**

G. Ware Travelstead
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 1241 – Application for Administrative Expenses Filed by Extra Space Management, Inc.. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C# (4) Exhibit D# (5) Exhibit E# (6) Exhibit F# (7) Proposed Order) (Ebersole, Mary)

PROBLEM: A 20 day Notice was not submitted. FRBP 2002(a)(6) requires a 20 day notice to be submitted if the compensation or reimbursement of expenses of professional and is for more than $1000.

CURE: File a notice giving parties of interest 20 days to respond .

CONSEQUENCE: If the problem(s) is/are not cured by the date below, the pleading will be STRICKEN from the record.

**<u>All deficiencies must be cured by 11/19/07.</u>**

**Additional information for non–attorney filers is available at <u>www.mdb.uscourts.gov/RL_prose.aspx</u> .**

Mark D. Sammons, Clerk of Court
by Deputy Clerk, N Bullock 410–962–7466

cc:   Debtor(s)
       Attorney for Debtor(s) – Stephen F. Fruin
       Movant: Extra Space Management, Inc.
       Attorney for Movant: Mary Ebersole

Form defntc (01/06)