IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **In re** | * | |
| **G. WARE TRAVELSTEAD** | * | **Case No. 96-54979-DWK** |
| | | **(Chapter 11)** |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF APPLICATION FOR
### PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Extra Space Management, Inc. ("Extra Space"), has filed a motion requesting payment of an administrative expense claim pursuant to 11 U.S.C. 365 and 11 U.S.C. 503. The request for payment of the administrative expense claim arises out of lease agreements between Extra Space, G. Ware Travelstead (the "Debtor") and certain business entities in which the Debtor has direct and/or indirect ownership. These agreements permit the Debtor and his related entities to store personal property in a personal storage space unit provided by Extra Space. The Debtor and Joel I. Sher, the liquidating agent appointed in this case, have failed to make post-petition payments to Extra Space that are due and owing in the amount of $20,268.00

Your rights may be affected. You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case. If you do not have a lawyer, you may wish to consult one.

If you do not want the Court to grant the application payment of the administrative expense claim, or if you want the court to consider your views on the application, then by November 29, 2007, you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to Mary Fran Ebersole, Esquire, Tydings & Rosenberg LLP, 100 East Pratt Street, 26th Floor, Baltimore, Maryland 21202. If you

#746766v.1

mail rather than deliver your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the Court will **receive** it by the date stated above.

**IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE APPLICATION AND MAY GRANT OR OTHERWISE DISPOSE OF THE APPLICATION WITHOUT A HEARING.**

Respectfully submitted,

Date: November 9, 2007

/s/ Mary Fran Ebersole
Mary Fran Ebersole, Bar No. 08729
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland  21202
(410) 752-9700
mebersole@tydingslaw.com

*Attorneys for Movant, Extra Space Management, Inc.*

#746766v.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 9th day of November, 2007, a copy of the Notice Of Application for Payment of Administrative Expense Claim was served electronically or by first-class mail, postage prepaid, on:

Joel I. Sher, Esquire
Richard Goldberg, Esquire
Shapiro Sher Guinot & Sandler
36 South Charles Street, 20th Floor
Baltimore, MD  21201

Javier Faus Santasusana, Esquire
Edificio "Blue Building" Av. Litoral Mar, 12-14, 1°
08005, Barcelona, Spain

Edward T. McDermott, Esquire
Pollack & Kaminsky
114 West 47th Street, 19th Floor
New York, NY  10036

Paul M. Nussbaum, Esquire
Stephen F. Fruin, Esquire
Whiteford, Taylor & Preston
7 Saint Paul Street
Baltimore, MD  21202-1626

Mark A. Neal, Esquire
Office of the U.S. Trustee
Garmatz Federal Courthouse
101 West Lombard Street, Suite 2625
Baltimore, Maryland  21201

Benjamin Rosenberg, Esquire
Rosenberg Martin Greenberg LLP
2115 Allfirst Building
25 South Charles Street
Baltimore, MD  21201

G. Ware Travelstead
1709 Dey Cove Drive
Virginia Beach, VA  23454

#746766v.1

Cameron MacDonald, Esquire
Whiteford Taylor & Preston L.L.P.
Seven Saint Paul Street, Suite 1400
Baltimore, MD  21202

/s/ Catherine K. Hopkin
Catherine K. Hopkin

#746766v.1