**IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE DISTRICT OF MARYLAND**  
at Baltimore

**Date: 11/8/07**

**In re:   Case No.:   96–54979 DK     Chapter:   11**

G. Ware Travelstead  
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 1241 – Application for Administrative Expenses Filed by Extra Space Management, Inc.. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C# (4) Exhibit D# (5) Exhibit E# (6) Exhibit F# (7) Proposed Order) (Ebersole, Mary)

PROBLEM: A 20 day Notice was not submitted. FRBP 2002(a)(6) requires a 20 day notice to be submitted if the compensation or reimbursement of expenses of professional and is for more than $1000.

CURE: File a notice giving parties of interest 20 days to respond .

CONSEQUENCE: If the problem(s) is/are not cured by the date below, the pleading will be STRICKEN from the record.

**All deficiencies must be cured by 11/19/07.**

**Additional information for non–attorney filers is available at www.mdb.uscourts.gov/RL_prose.aspx .**

Mark D. Sammons, Clerk of Court  
by Deputy Clerk, N Bullock 410–962–7466

cc:   Debtor(s)  
      Attorney for Debtor(s) – Stephen F. Fruin  
      Movant: Extra Space Management, Inc.  
      Attorney for Movant: Mary Ebersole

Form defntc (01/06)

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0416-1           User: nbullock            Page 1 of 1              Date Rcvd: Nov 08, 2007
Case: 96-54979                 Form ID: defntc           Total Served: 3

The following entities were served by first class mail on Nov 10, 2007.
db           +G. Ware Travelstead,    1709 Dey Cove Drive,    Virginia Beach, VA 23454-1341
aty          +Stephen F. Fruin,    Seven Saint Paul Street, #1400,    Baltimore, MD 21202-1654
cr           +Extra Space Management, Inc.,    c/o Mary Fran Ebersole,    Tydings & Rosenberg LLP,
               100 East Pratt St.,    26th Floor,    Baltimore, MD 21202-1009
The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 10, 2007**          Signature:          *Joseph Speetjens*