IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **In re** | * | |
| **G. WARE TRAVELSTEAD** | * | **Case No. 96-54979-DWK** |
| | | **(Chapter 11)** |
| Debtor. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of November, 2007, a copy of the Notice Of Application for Payment of Administrative Expense Claim was mailed, first class, postage prepaid, to all parties on the attached matrix.

/s/ Mary Fran Ebersole
Mary Fran Ebersole, Bar No. 08729
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland  21202
(410) 752-9700
mebersole@tydingslaw.com

*Attorneys for Movant, Extra Space Management, Inc.*

#749004v.1

| | | |
|---|---|---|
| Robert A. Banner<br>Kalin & Banner<br>757 Third Avenue<br>New York, NY 10017 | Jeffrey D. Barsky<br>Reznick, Fedder & Silverman<br>4520 East-West Highway, Suite 300<br>Bethesda, MD 20814 | Gregg Lewis Bernstein<br>Zuckerman Spaeder LLP<br>100 East Pratt Street, Suite 2440<br>Baltimore, MD 21202-1031 |
| Stephen J. Blauner<br>Milbank, Tweed, Hadley & McCloy<br>One Chase Manhattan Plaza<br>New York, NY 10005-1413 | Bobian Investment Company<br>c/o Kevin J. Burke<br>Cahill Gordon & Reindel<br>80 Pine Street<br>New York, NY 10007 | Joseph A. Cooper<br>Alex Cooper Auctioneers, Inc.<br>903 York Road<br>Towson, MD 21204 |
| Steve Culler<br>3411 Healy Drive<br>Box 24007<br>Winston Salem, NC 27103 | Jeffrey H. Epstein<br>1133 Avenue of the Americas<br>New York, NY 10036 | Stuart Martin Fischbein<br>Tax Division, US DOJ<br>PO Box 227, Ben Franklin Sta.<br>Washington, DC 20044 |
| Stephen F. Fruin<br>Seven Saint Paul Street, #1400<br>Baltimore, MD 21202 | Richard Marc Goldberg<br>Shapiro Sher Guinot & Sandle<br>36 South Charles St, #2000<br>Baltimore, MD 21201 | Lewis Stephen Goodman<br>Rifkin, Livingston, et al.<br>575 S. Charles St., Ste. 200<br>Baltimore, MD 21201 |
| Robert D. Harwick<br>Tieblot, Ryan et al.<br>401 E. Pratt Street, Suite 444<br>Baltimore, MD 21202 | Sandra M. Jefferson<br>IRS<br>31 Hopkins Plaza, Suite 1300<br>Baltimore, MD 21201 | Stephen H. Kaufman<br>Levin and Gann<br>502 Washington Ave., Fl. 8<br>Towson, MD 21204 |
| W. Hans Kobelt<br>Pollack & Kaminsky<br>114 West 47th Street<br>New York, NY 10036 | Alfonso Martinez-Almeida<br>1515 Bay Road, Apt. 1<br>Miami, Fl 33139 | Clifford Meredith<br>P.O. Box 1787<br>Easton, MD 21601 |
| Terry L. Musika<br>1637 Thames Street<br>Baltimore, MD 21231 | Daniel A. Pollack<br>Pollack & Kaminsky<br>114 West 47th Street<br>New York, NY 10036 | Walter Rand<br>235 North Edgeworth St.<br>Greensboro, NC 27402 |
| David C. Roseman<br>Jones Day<br>51 Louisiana Ave., NW<br>Washington,, DC 20001-2113 | Benjamin Rosenberg<br>Rosenberg, Proutt, et al.<br>2115 Allfirst Bldg<br>25 South Charles St<br>Baltimore, MD 21201 | Javier Selva<br>c/o Stephen F. Fruin<br>Whiteford, Taylor & Preston,<br>7 Saint Paul Street, Ste. 1400<br>Baltimore, MD 21202 |

| | | |
|---|---|---|
| Martha L. Senkbeil<br>Cahill Gordon & Reindel<br>80 Pine Street<br>New York, NY 10005 | Robert Shenfeld<br>Milbank, Tweed, Hadley & M<br>One Chase Manhattan Plaza<br>New York, NY 10005-1413 | Sherman & Sterling<br>c/o Chris M. Smith, Esq.<br>599 Lexington Avenue<br>New York, NY 10022 |
| Jack G. Stern<br>1585 Broadway<br>New York, NY 10036 | Susan Perrin Art Consulting<br>2307 Ravenwood Road<br>Timonium, MD 21093 | The Talbot Bank of Easton, MD<br>c/o Constance M. Hare<br>4 Reservoir Circle, Suite 100<br>Baltimore, MD 21208 |
| The Unsecured Creditors' Comm.<br>c/o Edward T. McDermott, Esq.<br>Pollack and Kaminsky<br>114 W. 47th Street<br>New York, NY 10036 | Grant Thornton<br>2 Hopkins Plaza<br>Baltimore, MD 21201 | |

#749004v.1

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14 day of November 2007, a copy of the foregoing Amended Certificate of Service was served electronically on:

- Joseph Bellinger     bellingerj@ballardspahr.com
- Lawrence P. Blaskopf     lawrence.p.blaskopf@usdoj.gov
- Michael P. Darrow     mpd@hbdlaw.com
- Mark S. Devan     bankruptcy@cbddlaw.com
- Jamie B. Eisenberg     jeisenberg@rlls.com
- Tamera L. Fine     tamera.fine@usdoj.gov
- Douglas Robert Gorius     dgorius.ecf@comcast.net
- C. Kevin Kobbe     kevin.kobbe@dlapiper.com
- Richard M. Kremen     bill.countryman@dlapiper.com
- Richard D. London     rlondonassoc@aol.com
- Cameron J. Macdonald     cmacdonald@wtplaw.com
- Timothy F McCormack     mccormackt@ballardspahr.com,
- Karen H. Moore     kmoore@paleyrothman.com
- Kenneth Oestreicher     koestreicher@wtplaw.com
- Joel I. Sher     bankruptcy@shapirosher.com
- Jay A. Shulman     jshulman@saul.com
- Aryeh E. Stein     astein@wtplaw.com
- US Trustee - Baltimore     USTPRegion04.BA.ECF@USDOJ.GOV
- James A. Vidmar     jvidmar@linowes-law.com
- Lawrence Joseph Yumkas     lyumkas@acglimited.com, lyumkas@rosenbergmartin.com

/s/ Mary Fran Ebersole