IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| In re: | * | |
| **G. WARE TRAVELSTEAD,** | * | Case No. 96-5-4979-DWK |
|    Debtor. | * | (Chapter 11) |

\* * * * * * * * * * * * *

**EXTRA SPACE MANAGEMENT, INC.,** *

   Movant, *

v. *

**G.WARE TRAVELSTEAD** *
And
**JOEL I. SHER, LIQUIDATING AGENT,** *

\* * * * * * * * * * * * *

**STIPULATION OF EXTENSION OF TIME FOR LIQUIDATING AGENT TO
FILE RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

    Joel I. Sher, the Court appointed Liquidating Agent (the "Liquidating Agent"), and Extra Space Management, Inc. ("Extra Space"), hereby stipulate and agree that the Liquidating Agent shall have an extension through and including December 10, 2007 to file and serve a response to Extra Space's Motion for Relief from Automatic Stay [Docket No. 1238].

| | |
|---|---|
| /s/ Diarmuid F. Gorham | /s/ Mary Fran Ebersole |
| Diarmuid F. Gorham, Bar No. 25859 | Mary Fran Ebersole, Bar No. 08729 |
| Shapiro Sher Guinot & Sandler | Tydings & Rosenberg LLP |
| 36 South Charles Street, 20th Floor | 100 East Pratt Street, 26th Floor |
| Baltimore, Maryland 21201 | Baltimore, Maryland 21202 |
| (410) 385-0202 | (410) 752-9700 |
| | |
| *Attorneys for Joel I. Sher,* | *Attorneys for Extra Space* |
| *Liquidating Agent* | *Management, Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of November, 2007, a copy of the foregoing Stipulation Extending Time for Joel I. Sher, Liquidating Agent to File Response to Motion For Relief from Automatic Stay was served on the parties listed below by first-class mail, unless said party is a registered CM/ECF participant and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

> Edward T. McDermott, Esquire
> Pollack & Kaminsky
> 114 West 47th Street, 19th Floor
> New York, NY 10036
>
> Paul M. Nussbaum, Esquire
> Stephen F. Fruin, Esquire
> Cameron MacDonald, Esquire
> Whiteford, Taylor & Preston
> 7 Saint Paul Street
> Baltimore, MD 21202-1626
>
> Mark A. Neal, Esquire
> Office of the U.S. Trustee
> 101 West Lombard Street, Suite 2625
> Baltimore, Maryland 21201
>
> G. Ware Travelstead
> 1709 Dey Cove Drive
> Virginia Beach, VA 23454

> /s/ Diarmuid F. Gorham
> Diarmuid F. Gorham