IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| In re: | * | |
| **G. WARE TRAVELSTEAD,** | * | Case No. 96-5-4979-DWK |
| Debtor. | * | (Chapter 11) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

STIPULATION OF EXTENSION FO TIME FOR LIQUIDATING AGENT TO
FILE RESPONSE TO APPLICATION FOR PAYMENT
OF ADMINISTRATIVE EXPENSE CLAIM

Joel I. Sher, the Court appointed Liquidating Agent (the "Liquidating Agent"), and Extra Space Management, Inc. ("Extra Space"), hereby stipulate and agree that the Liquidating Agent shall have an extension through and including December 10, 2007 to file and serve a response to Extra Space's Application for Payment of Administrative Expense Claim [Docket No. 1241].

/s/ Diarmuid F. Gorham
Diarmuid F. Gorham, Bar No. 25859
Shapiro Sher Guinot & Sandler
36 South Charles Street, 20th Floor
Baltimore, Maryland  21201
(410) 385-0202

*Attorneys for Joel I. Sher,
Liquidating Agent*

/s/ Mary Fran Ebersole
Mary Fran Ebersole, Bar No. 08729
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
(410) 752-9700

*Attorneys for Extra Space
Management, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of November, 2007, a copy of the foregoing Stipulation Extending Time for Joel I. Sher, Liquidating Agent to File Response to Motion For Payment of Administrative Expense was served on the parties listed below by first-class mail, unless said party is a registered CM/ECF participant and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

> Edward T. McDermott, Esquire
> Pollack & Kaminsky
> 114 West 47th Street, 19th Floor
> New York, NY 10036
>
> Paul M. Nussbaum, Esquire
> Stephen F. Fruin, Esquire
> Cameron MacDonald, Esquire
> Whiteford, Taylor & Preston
> 7 Saint Paul Street
> Baltimore, MD 21202-1626
>
> Mark A. Neal, Esquire
> Office of the U.S. Trustee
> 101 West Lombard Street, Suite 2625
> Baltimore, Maryland 21201
>
> G. Ware Travelstead
> 1709 Dey Cove Drive
> Virginia Beach, VA 23454

/s/ Diarmuid F. Gorham
Diarmuid F. Gorham