IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| In re: | * | |
| **G. WARE TRAVELSTEAD,** | * | Case No. 96-5-4979-DWK |
| Debtor. | * | (Chapter 11) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### SECOND STIPULATION OF EXTENSION OF TIME FOR LIQUIDATING AGENT TO FILE RESPONSE TO APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Joel I. Sher, the Court appointed Liquidating Agent (the "Liquidating Agent"), and Extra Space Management, Inc. ("Extra Space") hereby stipulate and agree that the Liquidating Agent shall have an extension through and including January 15, 2008 to file and serve a response to Extra Space's Application for Payment of Administrative Expense Claim [Docket No. 1241]. The parties hereto are engaged in discussions in an effort to reach a mutually agreeable resolution to the pending motion.

| | |
|---|---|
| /s/ Diarmuid F. Gorham | /s/ Mary Fran Ebersole |
| Diarmuid F. Gorham, Bar No. 25859 | Mary Fran Ebersole, Bar No. 08729 |
| Shapiro Sher Guinot & Sandler | Tydings & Rosenberg LLP |
| 36 South Charles Street, 20th Floor | 100 East Pratt Street, 26th Floor |
| Baltimore, Maryland 21201 | Baltimore, Maryland 21202 |
| (410) 385-0202 | (410) 752-9700 |
| | |
| *Attorneys for Joel I. Sher,* | *Attorneys for Extra Space* |
| *Liquidating Agent* | *Management, Inc.* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of December, 2007, a copy of the foregoing Stipulation Extending Time for Joel I. Sher, Liquidating Agent to File Response to Motion For Payment of Administrative Expense was served on the parties listed below by first-class mail, unless said party is a registered CM/ECF participant and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Edward T. McDermott, Esquire
Pollack & Kaminsky
114 West 47th Street, 19th Floor
New York, NY 10036

Paul M. Nussbaum, Esquire
Stephen F. Fruin, Esquire
Cameron MacDonald, Esquire
Whiteford, Taylor & Preston
7 Saint Paul Street
Baltimore, MD 21202-1626

Mark A. Neal, Esquire
Office of the U.S. Trustee
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201

G. Ware Travelstead
1709 Dey Cove Drive
Virginia Beach, VA 23454

/s/ Diarmuid F. Gorham
Diarmuid F. Gorham