Entered: December 17, 2007
Signed: December 17, 2007
**SO ORDERED**



DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | | |
|---|---|---|
| **In re** | * | |
| **G. WARE TRAVELSTEAD** | * | Case No. 96-54979-DWK |
| | | **(Chapter 11)** |
| **Debtor.** | * | |

\* \* \* \* \* \* \*

**EXTRA SPACE MANAGEMENT, INC.,** *

    **Movant,** *

**v.** *

**G. WARE TRAVELSTEAD** *
**and**
**JOEL I. SHER, LIQUIDATING AGENT,** *

    **Respondents.** *

\* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION AND CONSENT ORDER
### GRANTING RELIEF FROM THE AUTOMATIC STAY
### (Storage Space and Personal Property Located Therein
### <u>at 1699 Baltimore Annapolis Boulevard, Arnold, Maryland</u>)

WHEREAS, on November 7, 2007, Extra Space Management, Inc. ("Movant"), filed a Motion for Relief From Automatic Stay (the "Motion") seeking relief from the automatic stay of 11 U.S.C. §362 to enforce its rights under certain Contracts for storage

1

space in three units, Unit Nos. 16, 352 and 59 owned by the Movant and located at 1699 Baltimore Annapolis Boulevard, Arnold, Maryland (the "Units");[1]

WHEREAS, the Liquidating Agent contends that he abandoned certain personal property of the Debtor consisting of miscellaneous documents, files, file cabinets, office supplies and furniture (the "Personal Property") stored in the Units pursuant to an August 20, 2004 Notice of Abandonment [Docket No. 1204] (the "Abandonment");

WHEREAS, Movant disputes that the Personal Property was abandoned by the Liquidating Agent;

Upon consideration of the foregoing, the Motion, and Movant and Joel I. Sher, Liquidating Agent having negotiated a consensual resolution with respect to the relief sought in the Motion, and it appearing that cause exists under 11 U.S.C. § 362(d)(1) to grant the relief requested; it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the automatic stay imposed by 11 U.S.C. § 362 be and hereby is LIFTED, and Movant granted relief from same, to permit Movant to exercise all rights and remedies available under the Contracts and applicable non-bankruptcy law, to the extent such rights remain available after the Liquidating Agent's purported Abandonment, including, the right to terminate the Contracts, to enforce any liens on any Personal Property stored in Units and to liquidate and/or to dispose of the Personal Property stored in the Units; and it is further

ORDERED that the Movant shall escrow any proceeds from any sale of the Personal Property, after payment of costs and expenses of sale (including document shredding), pending a resolution of the Movant's Application for Payment of

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion

Administrative Expense Claim [Docket No. 1243]. Until a resolution of the Administrative Claim Motion, all parties reserve all rights with respect to the application of any proceeds from the sale of the Personal Property; and it is further

ORDERED that any ongoing administrative claim asserted by Movant against the estate in connection with the storage of the Personal Property, i.e., rent, interest, late fees, shall cease accruing upon the entry of this order; however, Movant reserves the right to assert any additional claims in connection with the disposal of the Personal Property; and it is further

ORDERED that the Liquidating Agent reserves all rights to object to any administrative claims asserted by Movant, including, but not limited to any administrative claim arising out of or related to the Contracts and or the storage of the Personal Property.

**AGREED, STIPULATED AND CONSENTED TO:**

/s/ Diarmuid F. Gorham  
Diarmuid F. Gorham, Bar No. 25859  
Shapiro Sher Guinot & Sandler  
36 South Charles Street, 20th Floor  
Baltimore, Maryland  21201  
(410) 385-0202  
dfg@shapirosher.com  

*Attorneys for Joel I. Sher, Liquidating Agent*

/s/ Mary Fran Ebersole  
Mary Fran Ebersole, Bar No. 08729  
Tydings & Rosenberg LLP  
100 East Pratt Street, 26th Floor  
Baltimore, MD  21202  
(410) 752-9700  
mebersole@tydingslaw.com  

*Attorneys for Extra Space Management, Inc.*

I HEREBY CERTIFY that the terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order; and the signatures represented by the   /s/   on this copy reference the signatures of the consenting parties on the original Consent Order.

cc:   Mary Fran Ebersole, Esquire  
      Tydings & Rosenberg LLP  
      100 East Pratt Street, 26th Floor  
      Baltimore, MD  21202

Joel I. Sher, Esquire
Diarmuid F. Gorham, Esquire
Shapiro Sher Guinot & Sandler
36 South Charles Street, 20th Floor
Baltimore, MD  21201

Javier Faus Santasusana, Esquire
Edificio "Blue Building" Av. Litoral Mar, 12-14, 1°
08005, Barcelona, Spain

Edward T. McDermott, Esquire
Pollack & Kaminsky
114 West 47th Street, 19th Floor
New York, NY  10036

Paul M. Nussbaum, Esquire
Stephen F. Fruin, Esquire
Whiteford, Taylor & Preston
7 Saint Paul Street
Baltimore, MD  21202-1626

Mark A. Neal, Esquire
Office of the U.S. Trustee
Garmatz Federal Courthouse
101 West Lombard Street, Suite 2625
Baltimore, Maryland  21201

Benjamin Rosenberg, Esquire
Rosenberg Martin Greenberg LLP
2115 Allfirst Building
25 South Charles Street
Baltimore, MD  21201

G. Ware Travelstead
1709 Dey Cove Drive
Virginia Beach, VA  23454

Cameron MacDonald, Esquire
Whiteford Taylor & Preston L.L.P.
Seven Saint Paul Street, Suite 1400
Baltimore, MD  21202

**End of Order**

# CERTIFICATE OF SERVICE

```
District/off: 0416-1           User: bdillow              Page 1 of 1              Date Rcvd: Dec 17, 2007
Case: 96-54979                 Form ID: pdfparty          Total Served: 7

The following entities were served by first class mail on Dec 19, 2007.
db           +G. Ware Travelstead,   1709 Dey Cove Drive,   Virginia Beach, VA 23454-1341
aty          +Benjamin Rosenberg,   Rosenberg, Proutt, et al,   2115 Allfirst Bldg,   25 S Charles St,
               Baltimore, MD 21201-3330
             +Edward T. McDermott, Esquire,   Pollack & Kaminsky,   114 West 47th Street, 19th Floor,
               New York, NY 10036-1510
              Javier Faus Santasusana, Esquire,   Edificio :Blue Building" Av.,   Litoral Mar, 12-14, 1  08005,
               Barcelona Spain
             +Mark A. Neal, Esquire,   Office of the US Trustee,   Garmatz Federal Courthouse,
               101 West Lombard Street, Ste. 2625,   Baltimore, MD 21201-2668
             +Paul M. Nussbaum, Esquire,   Whiteford, Taylor & Preston,   7 Saint Paul Street,
               Baltimore, MD 21202-1697
             +Stephen F. Fruin, Esquire,   Whiteford, Taylor & Preston,   7 Saint Paul Street,
               Baltimore, MD 21202-1697
The following entities were served by electronic transmission.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Benjamin Rosenberg,   Rosenberg, Proutt, et al,   2115 Allfirst Bldg,   25 S Charles St,
               Baltimore, MD 21201-3330
                                                                                               TOTALS: 0, * 1

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 19, 2007**            Signature:   _Joseph Speetjens_