# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| **G. WARE TRAVELSTEAD,** | * | Case No. 96-5-4979-SD |
| | | (Chapter 11) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER DENYING EXTRA SPACE MANAGEMENT, INC.'S APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Upon consideration of Extra Space Management, Inc.'s Application for Payment of Administrative Expense Claim (the "Application") and the Liquidating Agent's opposition thereto, it is, by the United States Bankruptcy Court for the District of Maryland:

**ORDERED** that the Application is DENIED.

cc:    Joel I. Sher, Esquire
       Shapiro Sher Guinot & Sandler
       36 S. Charles Street, 20th Floor
       Baltimore, MD   21201

       Paul M. Nussbaum, Esquire
       Stephen F. Fruin, Esquire
       Whiteford, Taylor & Preston
       7 St. Paul Street
       Baltimore, MD  21202-1626

Mark A. Neal, Esquire
Assistant U.S. Trustee
Office of the United States Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD   21201

Mary Fran Ebersole, Esquire
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, MD 21202

**- END OF ORDER -**