Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8308
Baltimore, MD 21201

Bankruptcy Proceeding No.:  96−54979
Judge:  Duncan W. Keir

In Re:   G. Ware Travelstead
         Debtor(s)

PLEASE TAKE NOTICE that a hearing will be held

   at U.S. Post Office Building, 129 East Main Street, Room 104, Salisbury, MD 21801

   on 3/18/08 at 01:00 AM

to consider and act upon the following:

1241 − Application for Administrative Expenses Filed by Extra Space Management, Inc.

1251 − Opposition Filed by Joel I. Sher.

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 2/5/08

Mark D. Sammons, Clerk of Court
by Deputy Clerk, G Whitt 301−344−3373