Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8308
Baltimore, MD 21201

---

Bankruptcy Proceeding No.:  96−54979
Judge:  Duncan W. Keir

In Re:    G. Ware Travelstead
          Debtor(s)

---

PLEASE TAKE NOTICE that a hearing will be held

at U.S. Post Office Building, 129 East Main Street, Room 104, Salisbury, MD 21801

on 3/18/08 at 01:00 PM

to consider and act upon the following:

1241 − Application for Administrative Expenses Filed by Extra Space Management, Inc.

1251 − Opposition on behalf of Joel I. Sher Filed by Joel I. Sher.

***THIS NOTICE OF HEARING AMENDS THE NOTICE SENT 02/05/08 BY CORRECTING THE HEARING TIME***

---

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

---

Dated: 2/6/08

Mark D. Sammons, Clerk of Court
by Deputy Clerk, G Whitt 301−344−3373

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0416-1           User: gwhitt                 Page 1 of 1               Date Rcvd: Feb 06, 2008
Case: 96-54979                 Form ID: ntchrgbk            Total Served: 9

The following entities were served by first class mail on Feb 08, 2008.
db           +G. Ware Travelstead,    1709 Dey Cove Drive,    Virginia Beach, VA 23454-1341
aty          +Benjamin Rosenberg,    Rosenberg, Proutt, et al,    2115 Allfirst Bldg,    25 S Charles St,
               Baltimore, MD 21201-3330
aty          +Javier Selva,    c/o Stephen F. Fruin,    Whiteford, Taylor & Preston, LLP,
               7 Saint Paul Street, Ste. 1400,    Baltimore, MD 21202-1654
aty          +Stephen F. Fruin,    Seven Saint Paul Street, #1400,    Baltimore, MD 21202-1654
             +Edward T. McDermott, Esq.,    Pollack & Kaminsky,    114 West 47th St, 19th Floor,
               New York, NY 10036-1510
              Javier Faus Santasusana, Esq.,    Edificio "Blue Building",    Av. Litoral Mar, 12-14, 1 degree,
               08005,    Barcelona, Spain
op           +Joel I. Sher,    Shapiro Sher Guinot & Sandler,    36 S. Charles Street,    Suite 2000,
               Baltimore, MD 21201-3104
             +Mark A. Neal, Esq.,    Office of the U.S.. Trustee,    Garmatz Federal Courthouse,
               101 West Lombard St, Ste 2625,    Baltimore, MD 21201-2668
             +Paul M. Nussbaum, Esq.,    Stephen F. Fruin, Esq.,    Whiteford, Taylor & Preston,
               7 Saint Paul Street,    Baltimore, MD 21202-1697

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Benjamin Rosenberg,    Rosenberg, Proutt, et al,    2115 Allfirst Bldg,    25 S Charles St,
               Baltimore, MD 21201-3330
op*          +Joel I. Sher,    Shapiro Sher Guinot & Sandler,    36 S. Charles Street,    Suite 2000,
               Baltimore, MD 21201-3104
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 08, 2008**          Signature:  _Joseph Speetjens_