

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | | |
|---|---|---|
| In re | * | |
| G. WARE TRAVELSTEAD | * | Case No. 96-54979-DWK (Chapter 11) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION AND CONSENT ORDER APPROVING APPLICATION
### FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

WHEREAS, on November 8, 2007, Extra Space Management, Inc. ("Extra Space"), filed an Application for Payment of Administrative Expense Claim [Docket No. 1243] (the "Application") seeking the allowance of an administrative claim against the Debtor's estate for fees and expenses accrued under certain contracts for storage space (the "Contracts") in three units, Unit Nos. 16, 352 and 59 (the "Units") at a storage facility owned and operated by the Extra Space located at 1699 Baltimore Annapolis Boulevard, Arnold, Maryland;

WHEREAS, on January 15, 2008, Joel I. Sher, Liquidating Agent (the "Liquidating Agent") filed an opposition to the Application (the "Opposition") asserting, *inter alia,* that any property stored in the Units the ("Stored Property") was property of

#743162v.2
#814531v.1

1

non-debtor entities or personal property of the Debtor that was previously abandoned by the Liquidating Agent;

Upon consideration of the foregoing, the Application, the Opposition, and Extra Space and the Liquidating Agent having negotiated a consensual resolution with respect to the relief sought in the Application, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that Joel I. Sher, the Liquidating Agent, shall pay to Extra Space, within fifteen (15) days of entry of this Order, the sum of $10,000.00, in satisfaction of any and all claims asserted, or that could be asserted by Extra Space in connection with the Contracts and/or the Units against the Debtor, the Liquidating Agent and/or the Debtor's estate; and it is further

**ORDERED**, that the Debtor, the Liquidating Agent and /or the Debtor's estate shall have no further obligations with respect to the Stored Property and Extra Space may dispose of the Stored Property and keep any proceeds from the sale of the Stored Property.

*Consented and Agreed To:*


/s/ Diarmuid F. Gorham                    /s/ Mary Fran Ebersole
Diarmuid F. Gorham, Bar No. 25859         Mary Fran Ebersole, Bar No. 08729
Shapiro Sher Guinot & Sandler             Tydings & Rosenberg LLP
36 South Charles Street, 20th Floor       100 East Pratt Street, 26th Floor
Baltimore, Maryland  21201                Baltimore, MD  21202
(410) 385-0202                            (410) 752-9700
dfg@shapirosher.com                       mebersole@tydingslaw.com

*Attorneys for Joel I. Sher, Liquidating Agent*    *Attorneys for Extra Space Management, Inc.*

**CONSENT CERTIFICATION**

      I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original consent order.

                                                  /s/ Mary Fran Ebersole
                                             Mary Fran Ebersole, Bar No. 08729

cc:    Mary Fran Ebersole, Esquire
       Tydings & Rosenberg LLP
       100 East Pratt Street, 26th Floor
       Baltimore, Maryland 21202

       Joel I. Sher, Esquire
       Richard Goldberg, Esquire
       Shapiro Sher Guinot & Sandler
       36 South Charles Street, 20th Floor
       Baltimore, Maryland 21201

       Javier Faus Santasusana, Esquire
       Edificio "Blue Building" Av. Litoral Mar, 12-14, 1°
       08005, Barcelona, Spain

       Edward T. McDermott, Esquire
       Pollack & Kaminsky
       114 West 47th Street, 19th Floor
       New York, New York 10036

       Paul M. Nussbaum, Esquire
       Stephen F. Fruin, Esquire
       Whiteford, Taylor & Preston
       7 Saint Paul Street
       Baltimore, Maryland 21202

       Mark A. Neal, Esquire
       Office of the U.S. Trustee
       101 West Lombard Street, Suite 2625
       Baltimore, Maryland 21201

       Benjamin Rosenberg, Esquire
       Rosenberg Martin Greenberg LLP
       2115 Allfirst Building

25 South Charles Street
Baltimore, Maryland 21201

G. Ware Travelstead
1709 Dey Cove Drive
Virginia Beach, Virginia 23454

Cameron MacDonald, Esquire
Whiteford Taylor & Preston L.L.P.
Seven Saint Paul Street, Suite 1400
Baltimore, Maryland 21202

## End of Order

#743162v.2
#814531v.1

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0416-1           User: vharper              Page 1 of 1              Date Rcvd: Mar 18, 2008
Case: 96-54979                 Form ID: pdfall            Total Served: 9

The following entities were served by first class mail on Mar 20, 2008.
db           +G. Ware Travelstead,   1709 Dey Cove Drive,   Virginia Beach, VA 23454-1341
aty          +Benjamin Rosenberg,   Rosenberg, Proutt, et al,   2115 Allfirst Bldg,   25 S Charles St,
               Baltimore, MD 21201-3330
             +Edward T. McDermott, Esquire,   Pollack & Kaminsky,   114 West 47th Street, 19th Floor,
               New York, NY 10036-1510
              Javier Faus Santasusana, Esquire,   Edificio "Blue Building",   Av. Litoral Mar, 12-14, 1,
               Barcelona,   08005,   SPAIN
             +Mark A. Neal, Esquire,   Office of the U.S. Trustee,   101 West Lombard Street, Suite 2625,
               Baltimore, MD 21201-2668
             +Paul M. Nussbam, Esquire,   Whiteford, Taylor & Preston,   7 Saint Paul Street,
               Baltimore, MD 21202-1697
             +Richard Goldberg, Esquire,   Shapiro Sher Guinot & Sandler,   36 South Charles Street, 20th Floor,
               Baltimore, MD 21201-3104
             +Stephen F. Fruin, Esquire,   Whiteford, Taylor & Preston,   7 Saint Paul Street,
               Baltimore, MD 21202-1697
1668664      +383 Madison Associates,   c/o Kevin J. Burke, Esq,   Cahill, Gordon & Reindel,   80 Pine Street,
               New York, New York 10005-1790
The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Benjamin Rosenberg,   Rosenberg, Proutt, et al,   2115 Allfirst Bldg,   25 S Charles St,
               Baltimore, MD 21201-3330
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 20, 2008**                    Signature:  *Joseph Speetjens*