# EXHIBIT A

| Date | Payee/Payor | Description | Credits | Debits | Balance |
|---|---|---|---|---|---|
| **2007** | | | | | |
| 1/8/2007 | State of Maryland | Restitution payment | $21.65 | | $163,573.17 |
| 1/30/2007 | SSGS | Paid in full-3rd fee; toward 4th entered 1/30/2007 | | $50,000.00 | $113,573.17 |
| 1/30/2007 | Whiteford Taylor | Toward 11th fee app | | $50,000.00 | $63,573.17 |
| 1/31/2007 | US Trustee | Quarterly fees: 3rd & 4th Q, 2006 | | $500.00 | $63,073.17 |
| 1/31/2007 | Bank of America | Interest | $21.58 | | $63,594.75 |
| 2/16/2007 | State of Maryland | Restitution payment | $21.65 | | $63,616.40 |
| 2/28/2007 | Bank of America | Interest | $14.96 | | $63,631.36 |
| 3/13/2007 | State of Maryland | Restitution payment | $21.65 | | $63,653.01 |
| 3/30/2007 | Bank of America | Interest | $16.04 | | $63,669.05 |
| 4/20/2007 | State of Maryland | Restitution payment | $21.65 | | $63,690.70 |
| 4/30/2007 | Bank of America | Interest | $15.61 | | $63,706.31 |
| 5/31/2007 | Bank of America | Interest | $16.14 | | $63,722.45 |
| 6/13/2007 | US Trustee | Quarterly fees: 1st & 2nd Q, 2007 | | $1,000.00 | $62,722.45 |
| 6/13/2007 | State of Maryland | Restitution payment | $21.65 | | $62,744.10 |
| 6/29/2007 | Bank of America | Interest | $15.52 | | $62,759.62 |
| 7/10/2007 | State of Maryland | Restitution payment | $43.30 | | $62,802.92 |
| 7/23/2007 | State of Maryland | Restitution payment | $21.65 | | $62,824.57 |
| 7/31/2007 | Bank of America | Interest | $15.90 | | $62,840.47 |
| 8/7/2007 | State of Maryland | Restitution payment | $21.65 | | $62,862.12 |
| 8/31/2007 | Bank of America | Interest | $15.92 | | $62,878.04 |
| 9/20/2007 | Cowan Liebowitz & Latman | Return of excess retainer | $378.37 | | $63,256.41 |
| 9/28/2007 | Bank of America | Interest | $15.44 | | $63,271.85 |
| 10/4/2007 | Addison Ripley | Reimbursement for lost Dunlap | $1,750.00 | | $65,021.85 |
| 10/31/2007 | Bank of America | Interest | $16.41 | | $65,038.26 |
| 11/29/2007 | State of Maryland | 2 restitution payments | $64.95 | | $65,103.21 |
| 11/30/2007 | Bank of America | Interest | $15.95 | | $65,119.16 |
| 12/31/2007 | Bank of America | Interest | $16.50 | | $65,135.66 |
| **2008** | | | | | |
| 1/31/2008 | Bank of America | Interest | $16.46 | | $65,152.12 |
| 2/29/2008 | Bank of America | Interest | $15.40 | | $65,167.52 |
| 3/17/2008 | State of Maryland | Restitution payment | $64.95 | | $65,232.47 |
| 3/26/2008 | Extra Space Management | Settlement - storage fees | | $10,000.00 | $55,232.47 |
| 3/31/2008 | Bank of America | Interest | $6.47 | | $55,238.94 |
| 4/10/2008 | State of Maryland | Restitution payment | $43.30 | | $55,282.24 |
| 4/30/2008 | Bank of America | Interest | $15.96 | | $55,298.20 |

| Date | Payee/Payor | Description | Credits | Debits | Balance |
|---|---|---|---|---|---|
| 5/30/2008 | Bank of America | Interest | $16.34 | | $55,314.54 |
| 6/30/2008 | Bank of America | Interest | $13.51 | | $55,328.05 |
| 7/18/2008 | State of Maryland | Restitution payment | $43.30 | | $55,371.35 |
| 7/30/2008 | Bank of America | Interest | $13.09 | | $55,384.44 |
| 8/12/2008 | State of Maryland | Restitution payment | $21.65 | | $55,406.09 |
| 8/29/2008 | Bank of America | Interest | $13.98 | | $55,420.07 |
| 9/4/2008 | State of Maryland | Restitution payment | $21.65 | | $55,441.72 |
| 9/30/2008 | Bank of America | Interest | $13.54 | | $55,455.26 |
| 10/8/2008 | State of Maryland | Restitution payment | $21.65 | | $55,476.91 |
| 10/31/2008 | Bank of America | Interest | $14.00 | | $55,490.91 |
| 11/7/2008 | Christie's | Sale of jewelry | $4,550.00 | | $60,040.91 |
| 11/7/2008 | State of Maryland | Restitution payment | $21.65 | | $60,062.56 |
| 11/28/2008 | Bank of America | Interest | $14.34 | | $60,076.90 |

**Travelstead Cash Flow - Certificate of Deposit**
**Purchased March 10, 2000**

| Date | Payee/Payor | Description | Credits | Debits | Balance |
|---|---|---|---|---|---|
| 3/10/2000 | From savings | Purchase CD | $500,000.00 | | $ 500,000.00 |
| 9/10/2000 | Bank of America | Interest | $14,178.95 | | $ 514,178.95 |
| 3/10/2001 | Bank of America | Interest | $15,698.55 | | $ 529,877.50 |
| 9/10/2001 | Bank of America | Interest | $12,542.84 | | $ 542,420.34 |
| 3/10/2002 | Bank of America | Interest | $9,073.47 | | $ 551,493.81 |
| 9/10/2002 | Bank of America | Interest | $4,995.18 | | $ 556,488.99 |
| 3/10/2003 | Bank of America | Interest | $4,263.32 | | $ 560,752.31 |
| 6/27/2003 | To savings | Fees associated with Hinsua sale | | $62,000.00 | $ 498,752.31 |
| 9/10/2003 | Bank of America | Interest | $3,220.76 | | $ 501,973.07 |
| 3/10/2004 | Bank of America | Interest | $2,508.18 | | $ 504,481.25 |
| 9/10/2004 | Bank of America | Interest | $2,548.47 | | $ 507,029.72 |
| 3/10/2005 | Bank of America | Interest | $4,010.94 | | $ 511,040.66 |
| 9/10/2005 | Bank of America | Interest | $6,682.74 | | $ 517,723.40 |
| 3/10/2006 | Bank of America | Interest | $4,716.04 | | $ 522,439.44 |
| 9/10/2006 | Bank of America | Interest | $10,703.93 | | $ 533,143.37 |
| 3/10/2007 | Bank of America | Interest | $11,012.54 | | $ 544,155.91 |
| 9/10/2007 | Bank of America | Interest | $10,340.31 | | $ 554,496.22 |
| 3/10/2008 | Bank of America | Interest | $10,690.85 | | $ 565,187.07 |
| 9/10/2008 | Bank of America | Interest | $7,509.97 | | $ 572,697.04 |