# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0416−1 | User: vharper | Date Created: 6/2/2010 |
| Case: 96−54979 | Form ID: pdfparty | Total: 3 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| aty | Stephen F. Fruin | Seven Saint Paul Street, #1400 | Baltimore, MD 21202 | |
| | Paul M. Nussbaum, Esquire | Whiteford, Taylor &Preston, L.L.P. | Seven Saint Paul Street | Baltimore, MD 21202 |
| | Kenneth Oestreicher, Esquire | Whiteford, Taylor &Preston, L.L.P. | Seven Saint Paul Street | Baltimore, MD 21202 |

TOTAL: 3