## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0416−1 | User: vharper | Date Created: 6/2/2010 |
| Case: 96−54979 | Form ID: pdfparty | Total: 2 |

**Recipients of Notice of Electronic Filing:**

aty     C. Kevin Kobbe     kevin.kobbe@dlapiper.com
aty     Richard M. Kremen     richard.kremen@dlapiper.com

TOTAL: 2