# Notice Recipients

| District/Off: 0416−1 | User: vharper | Date Created: 6/2/2010 |
|---|---|---|
| Case: 96−54979 | Form ID: pdfparty | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| aty | Lewis Stephen Goodman | Rifkin, Livingston, et al. | 575 S. Charles St., Ste. 200 | Baltimore, MD 21201 |
|---|---|---|---|---|
| | John J. Leidig, Esquire | Rifkin, Livingston, et al. | 575 South Charles Street, Suite 200 | Baltimore, MD 21201 |

TOTAL: 2