**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore**

| | |
|---|---|
| In Re: | * |
| G. Ware Travelstead | *   Case No.   96-54979-DK |
| | *   Chapter   11 |
| Debtor(s) | * |

**NOTICE TO REMOVE EXHIBITS**

Within thirty (30) days after the date of this notice, counsel for each party to the matter described in the caption of this notice, and each party appearing pro se, shall remove from the Court's record in this case all of the party's trial and hearing exhibits and all sealed materials. **A COPY OF THIS NOTICE MUST BE PRESENTED WHEN YOU COME TO THE CLERK'S OFFICE TO REMOVE EXHIBITS.** If counsel or a party does not remove the party's exhibits and sealed exhibits within 30 days, the Clerk may destroy or otherwise dispose of them, in the Clerk's discretion, without further notice. Refer to: Local Bankruptcy Rule 9070-1(b).

MARK D. SAMMONS, CLERK

Date: June 2, 2010         By: _____/s/_____
                           Deputy Clerk - Victoria G. Harper

cc: John J. Leidig, Esquire

Signature of party retrieving exhibits: _____   Date: _____
    If messenger, list law firm : _____   Date: _____
Signature of deputy clerk returning exhibits: _____   Date: _____
Signature of deputy clerk upon destruction of exhibits_____
Date destroyed: _____

Exh-21.2 - 7/19/05

EXHIBITS DESTROYED ON 7/8/2010