# Notice Recipients

District/Off: 0416–1          User: vharper          Date Created: 6/2/2010
Case: 96–54979               Form ID: pdfparty       Total: 2

**Recipients of Notice of Electronic Filing:**
aty          Jamie B. Eisenberg          jeisenberg@rlls.com

                                                                    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty          Lewis Stephen Goodman     Rifkin, Livingston, et al.     575 S. Charles St., Ste. 200     Baltimore, MD
             21201

                                                                    TOTAL: 1