## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0416−1 | User: vharper | Date Created: 6/2/2010 |
| Case: 96−54979 | Form ID: pdfparty | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty      Richard D. London      rlondonassoc@aol.com

TOTAL: 1