IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | | |
|---|---|---|
| In Re: | * | |
| G. Ware Travelstead | *   Case No. | 96-54979-DK |
| | *   Chapter | 11 |
| | * | |
| Debtor(s) | * | |
| ****************************************** | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |

## NOTICE TO REMOVE EXHIBITS

Within thirty (30) days after the date of this notice, counsel for each party to the matter described in the caption of this notice, and each party appearing pro se, shall remove from the Court's record in this case all of the party's trial and hearing exhibits and all sealed materials.  **A COPY OF THIS NOTICE MUST BE PRESENTED WHEN YOU COME TO THE CLERK'S OFFICE TO REMOVE EXHIBITS.**  If counsel or a party does not remove the party's exhibits and sealed exhibits within 30 days, the Clerk may destroy or otherwise dispose of them, in the Clerk's discretion, without further notice.  Refer to: Local Bankruptcy Rule 9070-1(b).

MARK D. SAMMONS, CLERK

Date: June 2, 2010              By: _____/s/_____
                                Deputy Clerk - Victoria G. Harper

cc:  Paul M. Nussbaum, Esquire
     Kenneth Oestreicher, Esquire

Signature of party retrieving exhibits: _____    Date: _____
     If messenger, list law firm : _____    Date: _____
Signature of deputy clerk returning exhibits: _____    Date: _____
Signature of deputy clerk upon destruction of exhibits_____
Date destroyed: _____

Exh-21.2  -  7/19/05

# CERTIFICATE OF NOTICE

```
District/off: 0416-1            User: vharper              Page 1 of 1              Date Rcvd: Jun 03, 2010
Case: 96-54979                  Form ID: pdfparty          Total Noticed: 3
```

The following entities were noticed by first class mail on Jun 05, 2010.
aty         +Stephen F. Fruin,   Seven Saint Paul Street, #1400,   Baltimore, MD 21202-1626
            +Kenneth Oestreicher, Esquire,    Whiteford, Taylor & Preston, L.L.P.,   Seven Saint Paul Street,
              Baltimore, MD 21202-1697
            +Paul M. Nussbaum, Esquire,    Whiteford, Taylor & Preston, L.L.P.,   Seven Saint Paul Street,
              Baltimore, MD 21202-1697

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 05, 2010**                    Signature:    _Joseph Speetjens_