IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| G. WARE TRAVELSTEAD | * | Case No:  96-5-4979-SD |
| Debtor | * | Chapter 11 |

\* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF JOINT MOTION TO APPROVE
SETTLEMENT AND COMPROMISE RESOLVING
LIQUIDATING AGENT'S MOTION TO DETERMINE TAX LIABILITY**

**YOUR RIGHTS MAY BE AFFECTED.**  You should carefully read this Notice and discuss it with your attorney, if you have one.  If you do not have an attorney, you may wish to consult one.

**NOTICE IS HEREBY GIVEN** that on August 19, 2011, G. Ware Travelstead (the "Debtor"), Joel I. Sher, Liquidating Agent appointed pursuant to the Order Confirming the Debtor's Third Modified Fourth Amended Plan of Reorganization (the "Liquidating Agent") and the United States filed their Joint Motion to Approve Settlement and Compromise Resolving Liquidating Agent's Motion to Determine Tax Liability (the "Motion") pursuant to 11 U.S.C. §§ 105 and 505 and Fed. R. Bankr. P. 9019, a copy of which is available from the undersigned upon request or, if you are registered, from the Court's ECF website, https://ecf.mdb.uscourts.gov/.

As set forth in the Motion, the movants are seeking Court approval of a proposed compromise resolving the Debtor's tax liability for 1999. By motion dated September 26, 2002, the Liquidating Agent sought to have the tax liability of the Debtor for 1999 determined and fixed by the Court pursuant to section 505 (a) of the Bankruptcy Code. The IRS objected to the motion and the Debtor and the Liquidating Agent then provided the IRS with a signed copy of the Debtor's joint 1999 tax return prepared by the estate's accountants that reported a federal income

tax due of $32,358. The IRS subsequently asserted that the Debtor's total income tax liability for 1999, including penalties but exclusive of interest, should have been $1,566,126.80, and challenged expenses identified as deductible expenses on Schedule C of the Tax Return, a claimed net operating loss deduction, and the Debtor's basis for the capital gain realized from the sale of his Blockless assets.

The Debtor, the Liquidating Agent and the United States have agreed to a compromise whereby the following amounts are due for the Debtor's 1999 federal income tax year: (a) a deficiency in federal income tax in the amount of $1,057,214; (b) an addition to tax under I.R.C. § 6651(a)(1) in the amount of $265,112; (c) an accuracy penalty under I.R.C. § 6652(a) in the amount of $211,442.80; and (d) underpayment interest according to law ((a) through (d) collectively, the "Tax Liability"), and the United States will accept payment from the Liquidating Agent in the amount of $500,000 in full and complete satisfaction of the Tax Liability.

NOTICE IS FURTHER GIVEN that objections, if any, to this proposed settlement, must be filed within twenty-one (21) days from the date of this notice with the Clerk, United States Bankruptcy Court for the District of Maryland, 101 West Lombard Street, 8th Floor, Baltimore, MD 21201. A copy of any objection must be served on the undersigned. If objections are filed, they must contain a complete specification of factual and legal grounds upon which they are based. If no objections are timely filed, the Court may act upon the Motion without conducting a hearing and approve the proposed settlement without further notice. Parties desiring further information may contact the undersigned.

Parties with questions about this Notice or the Motion may contact undersigned counsel.

Dated: August 19, 2011

/s/Joel I. Sher
Joel I. Sher, Bar No. 00719
Shapiro Sher Guinot & Sandler, P.A.
36 South Charles Street
Suite 2000
Baltimore, Maryland 21201
(410) 385-0202

*Attorneys for the Liquidating Agent*

/s/ Cameron J. Macdonald
Paul M. Nussbaum, Bar No. 04394
Cameron J. Macdonald, Bar No. 25362
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202
(410) 347-8700

*Attorneys for the Debtor*

/s/ Lawrence P. Blaskopf
Lawrence P. Blaskopf,
Civil Trial Section, Eastern Region
Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044
(202) 514-9642

*Attorneys for the United States*

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 19, 2011, a copy of the foregoing Notice was sent via first class mail, postage pre-paid, to the following parties:

Office of the U.S. Trustee
110 West Pratt Street, Suite 2650
Baltimore, Maryland  21201

Richard A. Tufaro, Esquire
Milbank, Tweed, Hadley &  McCloy
International Square Building
1825 Eye Street, N.W., Ste. 1100
Washington, DC  20006

Richard D. London, Esquire
8701 Georgia Avenue
Suite 200
Silver Spring, Maryland  20910

Joseph Kibre, Esquire
Oberstein, Kibre & Horwitz
11726 San Vincent Boulevard
Suite 400
Los Angeles, CA  90049-5047

Robert Banner, Esquire
Berman Paley Goldstein & Kannry,
500 Fifth Avenue
New York, New York  10110

Andrew D. Manitsky, Esquire
O'Sullivan Graev & Karabell, LLP
30 Rockefeller Plaza
New York, New York  10112

Richard Koo, Esquire
Koo, Larrabee & Laukee  LLP
106 Corporate Park Drive, Ste 110
White Plains, New York  10604

Joel I. Sher, Esquire
Shapiro Sher Guinot & Sandler
36 South Charles Street
Baltimore, Maryland 21202

Daniel A. Pollack, Esquire
Pollack & Kaminsky
114 West 47th Street
New York, New York  10036

Jack G. Stern, Esquire
Barrett & Gravante LLP
1585 Broadway
New York, New York  10036

Paul T. Tusch, Esquire
Cacace, Tusch & Santagata
777 Summer Street
P.O. Box 15859
Stamford, Connecticut  06901

James A. Vidmar, Jr., Esquire
Linowes and Blocher LLP
1010 Wayne Avenue, 10th Floor
Silver Spring, Maryland 20910

Stephen H. Kaufman, Esquire
Levin & Gann, P.A.
Nottingham Centre
502 Washington Ave., 8th Floor
Towson, Maryland  21204

USA Sogo Co., Inc.
c/o Morrison & Foerster
Charles Patterson, Esq.
555 West Fifth Street,  Suite 3500
Los Angeles, CA  90013

Robert C. Shenfeld, Esquire
Milbank, Tweed, Hadley &  McCloy
1 Chase Manhattan Plaza
New York, New York  10005

Richard M. Kremen, Esquire
Kevin Kobbe, Esquire
Piper Rudnick
6225 Smith Avenue
Baltimore, Maryland  21209

James D. Wall, Esquire
Stephen D. Poe, Esquire
Bell, Davis & Pitt, P.A.
West Fourth Street
P.O. Box 21029
Winston-Salem, NC  27120

Chris M. Smith, Esquire
Shearman & Sterling
599 Lexington Avenue
New York, New York  10022

USA Sogo, Inc.
c/o Graham & James LLP
Denis H. Oyakawa, Esquire.
801 South Figueroa Street
14th Floor
Los Angeles, California  90017

Thomas E. Graham, Esquire
Kilpatrick Stockton LLP
1001 West Fourth Street
Winston-Salem, NC  27101

         /s/  Cameron J. Macdonald
         Cameron J. Macdonald