## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| G. WARE TRAVELSTEAD | * | Case No: 96-5-4979-SD |
| Debtor | * | Chapter 11 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF JOINT MOTION TO APPROVE
### SETTLEMENT AND COMPROMISE RESOLVING
### LIQUIDATING AGENT'S MOTION TO DETERMINE TAX LIABILITY

**YOUR RIGHTS MAY BE AFFECTED.** You should carefully read this Notice and discuss it with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

**NOTICE IS HEREBY GIVEN** that on August 19, 2011, G. Ware Travelstead (the "Debtor"), Joel I. Sher, Liquidating Agent appointed pursuant to the Order Confirming the Debtor's Third Modified Fourth Amended Plan of Reorganization (the "Liquidating Agent") and the United States filed their Joint Motion to Approve Settlement and Compromise Resolving Liquidating Agent's Motion to Determine Tax Liability (the "Motion") pursuant to 11 U.S.C. §§ 105 and 505 and Fed. R. Bankr. P. 9019, a copy of which is available from the undersigned upon request or, if you are registered, from the Court's ECF website, https://ecf.mdb.uscourts.gov/.

As set forth in the Motion, the movants are seeking Court approval of a proposed compromise resolving the Debtor's tax liability for 1999. By motion dated September 26, 2002, the Liquidating Agent sought to have the tax liability of the Debtor for 1999 determined and fixed by the Court pursuant to section 505 (a) of the Bankruptcy Code. The IRS objected to the motion and the Debtor and the Liquidating Agent then provided the IRS with a signed copy of the Debtor's joint 1999 tax return prepared by the estate's accountants that reported a federal income

tax due of $32,358. The IRS subsequently asserted that the Debtor's total income tax liability for 1999, including penalties but exclusive of interest, should have been $1,566,126.80, and challenged expenses identified as deductible expenses on Schedule C of the Tax Return, a claimed net operating loss deduction, and the Debtor's basis for the capital gain realized from the sale of his Blockless assets.

The Debtor, the Liquidating Agent and the United States have agreed to a compromise whereby the following amounts are due for the Debtor's 1999 federal income tax year: (a) a deficiency in federal income tax in the amount of $1,057,214; (b) an addition to tax under I.R.C. § 6651(a)(1) in the amount of $265,112; (c) an accuracy penalty under I.R.C. § 6652(a) in the amount of $211,442.80; and (d) underpayment interest according to law ((a) through (d) collectively, the "Tax Liability"), and the United States will accept payment from the Liquidating Agent in the amount of $500,000 in full and complete satisfaction of the Tax Liability.

NOTICE IS FURTHER GIVEN that objections, if any, to this proposed settlement, must be filed within twenty-one (21) days from the date of this notice with the Clerk, United States Bankruptcy Court for the District of Maryland, 101 West Lombard Street, 8th Floor, Baltimore, MD 21201. A copy of any objection must be served on the undersigned. If objections are filed, they must contain a complete specification of factual and legal grounds upon which they are based. If no objections are timely filed, the Court may act upon the Motion without conducting a hearing and approve the proposed settlement without further notice. Parties desiring further information may contact the undersigned.

Parties with questions about this Notice or the Motion may contact undersigned counsel.

Dated:  August 19, 2011  /s/Joel I. Sher
Joel I. Sher, Bar No. 00719
Shapiro Sher Guinot & Sandler, P.A.
36 South Charles Street
Suite 2000
Baltimore, Maryland 21201
(410) 385-0202

*Attorneys for the Liquidating Agent*

 /s/ Cameron J. Macdonald
Paul M. Nussbaum, Bar No. 04394
Cameron J. Macdonald, Bar No. 25362
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202
(410) 347-8700

*Attorneys for the Debtor*

 /s/ Lawrence P. Blaskopf
Lawrence P. Blaskopf,
Civil Trial Section, Eastern Region
Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044
(202) 514-9642

*Attorneys for the United States*

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 19, 2011, a copy of the foregoing Notice was sent via first class mail, postage pre-paid, to the following parties:

| | | |
|---|---|---|
| Office of the U.S. Trustee<br>110 West Pratt Street, Suite 2650<br>Baltimore, Maryland 21201 | Joel I. Sher, Esquire<br>Shapiro Sher Guinot & Sandler<br>36 South Charles Street<br>Baltimore, Maryland 21202 | Robert C. Shenfeld, Esquire<br>Milbank, Tweed, Hadley & McCloy<br>1 Chase Manhattan Plaza<br>New York, New York 10005 |
| Richard A. Tufaro, Esquire<br>Milbank, Tweed, Hadley & McCloy<br>International Square Building<br>1825 Eye Street, N.W., Ste. 1100<br>Washington, DC 20006 | Daniel A. Pollack, Esquire<br>Pollack & Kaminsky<br>114 West 47th Street<br>New York, New York 10036 | Richard M. Kremen, Esquire<br>Kevin Kobbe, Esquire<br>Piper Rudnick<br>6225 Smith Avenue<br>Baltimore, Maryland 21209 |
| Richard D. London, Esquire<br>8701 Georgia Avenue<br>Suite 200<br>Silver Spring, Maryland 20910 | Jack G. Stern, Esquire<br>Barrett & Gravante LLP<br>1585 Broadway<br>New York, New York 10036 | James D. Wall, Esquire<br>Stephen D. Poe, Esquire<br>Bell, Davis & Pitt, P.A.<br>West Fourth Street<br>P.O. Box 21029<br>Winston-Salem, NC 27120 |
| Joseph Kibre, Esquire<br>Oberstein, Kibre & Horwitz<br>11726 San Vincent Boulevard<br>Suite 400<br>Los Angeles, CA 90049-5047 | Paul T. Tusch, Esquire<br>Cacace, Tusch & Santagata<br>777 Summer Street<br>P.O. Box 15859<br>Stamford, Connecticut 06901 | Chris M. Smith, Esquire<br>Shearman & Sterling<br>599 Lexington Avenue<br>New York, New York 10022 |
| Robert Banner, Esquire<br>Berman Paley Goldstein & Kannry,<br>500 Fifth Avenue<br>New York, New York 10110 | James A. Vidmar, Jr., Esquire<br>Linowes and Blocher LLP<br>1010 Wayne Avenue, 10th Floor<br>Silver Spring, Maryland 20910 | USA Sogo, Inc.<br>c/o Graham & James LLP<br>Denis H. Oyakawa, Esquire.<br>801 South Figueroa Street<br>14th Floor<br>Los Angeles, California 90017 |
| Andrew D. Manitsky, Esquire<br>O'Sullivan Graev & Karabell, LLP<br>30 Rockefeller Plaza<br>New York, New York 10112 | Stephen H. Kaufman, Esquire<br>Levin & Gann, P.A.<br>Nottingham Centre<br>502 Washington Ave., 8th Floor<br>Towson, Maryland 21204 | Thomas E. Graham, Esquire<br>Kilpatrick Stockton LLP<br>1001 West Fourth Street<br>Winston-Salem, NC 27101 |
| Richard Koo, Esquire<br>Koo, Larrabee & Laukee LLP<br>106 Corporate Park Drive, Ste 110<br>White Plains, New York 10604 | USA Sogo Co., Inc.<br>c/o Morrison & Foerster<br>Charles Patterson, Esq.<br>555 West Fifth Street, Suite 3500<br>Los Angeles, CA 90013 | |

/s/ Cameron J. Macdonald
Cameron J. Macdonald