IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| In re: | * | |
| **G. WARE TRAVELSTEAD,** | * | Case No. 96-5-4979-DWK |
| Debtor. | * | (Chapter 11) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

NOTICE OF LIQUIDATING AGENT'S
PROPOSED FINAL DISTRIBUTION

PLEASE TAKE NOTICE that Joel I. Sher, Liquidating Agent (the "Liquidating Agent") hereby gives notice that he intends to make a final distribution to creditors of the Debtor's estate (the "Distribution").

At present the Liquidating Agent is holding the sum $133,973.29, representing the remaining sums on hand from the liquidation of the Debtor's assets. In the exercise of his discretion, the Liquidating Agent has decided to make a final distribution, pro rata, to the holders of Class 6 General Unsecured Claims in the aggregate amount of $123,973.29 in accordance with *Exhibit A* attached hereto. Additionally, the Liquidating Agent intends to retain the sum $10,000.00 to cover the costs of closing the Debtor's case, including among other things, paying fees due to the Office of the United State Trustee and the costs incurred by the Liquidating Agent in making the distribution and closing this estate. In order to make this final distribution the law firms of Shapiro Sher Guinot & Sandler ("SSG&S") and Whiteford Taylor & Preston, LLP ("Whiteford") have agreed to waive the payment of any further legal fees that are otherwise due and payable to them. In that regard the fees presently due and owing to SSG&S are approximately $100,000.00 and the fees presently due and owing to Whiteford are approximately $306,000.00. The Liquidating Agent does not expect to make any further distribution to creditors other than as set forth on Exhibit A.

NOTICE IS FURTHER GIVEN that objections, if any, to the Proposed Distribution must be filed within twenty-one (21) days of the date of this Notice with the Clerk, United States Bankruptcy Court, 8th Floor, 101 West Lombard Street, Baltimore, Maryland 21201. A copy of any objection must be served upon the undersigned. If no objections are filed within the 21-day time period, the Litigation Trustee will make the Distribution without further notice or hearing. If an objection is filed, it must contain a complete specification of the factual and legal grounds upon which it is based. If an objection is filed the Court may, in the exercise of its discretion set the matter in for a hearing, or may rule upon the objection without a hearing. If any objection is filed, the objecting party should expect to appear at any hearing held thereon.

For additional information, any interested party may contact the undersigned counsel.

Dated:  February 28, 2012                     /s/  Joel I. Sher
                                              Joel I. Sher, Bar No. 00719
                                              Shapiro Sher Guinot & Sandler
                                              36 South Charles Street, 20th Floor
                                              Baltimore, MD  21201-3147
                                              (410) 385-0202

                                              *Liquidating Agent for the Estate of*
                                              *G. Ware Travelstead*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY on this 28th day of February, 2012, copies of the foregoing were served on the parties listed on the Court's creditor mailing matrix by first-class mail, unless said party is a registered CM/ECF participant and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

                /s/ Joel I. Sher
                Joel I. Sher