G. Ware Travelstead (96-54979) - Proposed Final Distribution

| | Interest: | 6.76% | | | | | |
| | Date 1st Distribution | 12/15/1999 | | | | | |
| | Date Final Distribution | 3/31/2012 | | | | | |
| | # days between | 4490 | | | | | |

| | | | $133,973.29 | Estate Balance 3/31/2012 |
| | | | $123,973.29 | after $10,0000.00 holdback |
| | | | 0.039228493 | percentage of dist ($10,000.00 holdback) |

| Creditor | Allowed Claim | | 2,400,000.00 Distribution | Remaining Claim | Interest - 12/15/99 through 3/31/2012 | Total | Percentage | $123,973.29 Distribution |
|---|---|---|---|---|---|---|---|---|
| Action Legal Video | 397.00 | | 211.70 | 278.76 | $231.74 | $510.51 | 0.00882% | $10.94 |
| American Express – Platinum | 104,214.76 | | 55,572.43 | 73,177.02 | $60,834.00 | $134,011.02 | 2.31552% | $2,870.62 |
| American Express – Centurion | 9,744.45 | | 5,196.22 | 6,842.31 | $5,688.19 | $12,530.50 | 0.21651% | $268.41 |
| American Express – Gold | 18,070.84 | | 9,636.26 | 12,688.90 | $10,548.62 | $23,237.51 | 0.40151% | $497.77 |
| American Express Travel Related | 21,461.84 | | 11,444.51 | 15,069.97 | $12,528.07 | $27,598.03 | 0.47685% | $591.17 |
| BMW Financial Services | 22,150.00 | | 11,811.47 | 15,553.18 | $12,929.77 | $28,482.95 | 0.49214% | $610.13 |
| Bankcard Center (MC) | 9,226.04 | | 4,919.76 | 6,478.29 | $5,385.58 | $11,863.87 | 0.20499% | $254.13 |
| Bankcard Center (VISA) | 9,621.03 | | 5,130.41 | 6,755.64 | $5,616.15 | $12,371.79 | 0.21377% | $265.01 |
| Bankcard Center (corporate) | 17,018.13 | | 9,074.90 | 11,949.71 | $9,934.11 | $21,883.82 | 0.37812% | $468.77 |
| Cacace Tush & Santagata | 81,096.61 | | 43,244.70 | 56,944.02 | $47,339.08 | $104,283.10 | 1.80186% | $2,233.83 |
| Eduardo Canet | 2,750,000.00 | | 1,466,435.23 | 1,930,981.64 | $1,605,276.35 | $3,536,257.99 | 61.10147% | $75,749.50 |
| Citibank   VISA | 6,485.45 | | 3,458.36 | 4,553.92 | $3,785.80 | $8,339.72 | 0.14410% | $178.64 |
| Citibank   MC | 3,605.03 | | 1,922.38 | 2,531.36 | $2,104.39 | $4,635.75 | 0.08010% | $99.30 |
| Colucci Investigations | 291.50 | | 155.44 | 204.69 | $170.16 | $374.85 | 0.00648% | $8.03 |
| Duker & Barrett | 187,818.77 | | 100,154.20 | 131,881.68 | $109,636.74 | $241,518.42 | 4.17309% | $5,173.52 |
| Eagle Transfer Corp. | 548.02 | | 292.23 | 384.81 | $319.90 | $704.71 | 0.01218% | $15.10 |
| Hedy B. Foreman | 467,052.00 | | 249,055.09 | 327,952.31 | $272,635.47 | $600,587.78 | 10.37730% | $12,865.07 |
| Hilton Hotel - Logan Airport | 10.66 | | 5.68 | 7.49 | $6.23 | $13.72 | 0.00024% | $0.29 |
| Homestead Gardens | 45,640.37 | | 24,337.69 | 32,047.53 | $26,641.97 | $58,689.50 | 1.01407% | $1,257.18 |
| Wolfgang Hoyt | 8,716.87 | | 4,648.08 | 6,120.77 | $5,088.36 | $11,209.13 | 0.19368% | $240.11 |
| Internal Revenue Service | 785.80 | | 419.08 | 551.84 | $458.76 | $1,010.60 | 0.01746% | $21.65 |
| Kaminitz, Uhlfelder & P. | 60,303.05 | | 32,156.55 | 42,343.30 | $35,201.11 | $77,544.42 | 1.33986% | $1,661.06 |
| Manhattan Reporting Corp. | 1,997.15 | | 1,064.98 | 1,402.35 | $1,165.81 | $2,568.16 | 0.04437% | $55.01 |
| McCall Firm | 1,014.25 | | 540.85 | 712.18 | $592.05 | $1,304.23 | 0.02254% | $27.94 |
| O'Melveny & Meyers | 17,021.10 | | 9,076.49 | 11,951.79 | $9,935.84 | $21,887.63 | 0.37819% | $468.85 |
| Oberstein, Kibre & Horwitz | 21,142.99 | | 11,274.48 | 14,846.06 | $12,341.94 | $27,188.03 | 0.46977% | $582.39 |
| Phil Dietz, Esquire | 7,030.54 | | 3,749.03 | 4,936.67 | $4,103.99 | $9,040.66 | 0.15621% | $193.66 |
| Virginia Ramirez | 160,000.00 | | 85,319.87 | 112,348.02 | $93,397.90 | $205,745.92 | 3.54999% | $4,407.24 |
| Robinson Murphy & McDonald | 5,000.00 | | 2,666.25 | 3,510.87 | $2,918.68 | $6,429.55 | 0.11109% | $137.73 |
| Saks Fifth Avenue | 507.14 | | 270.43 | 356.10 | $296.04 | $652.14 | 0.01127% | $13.97 |
| Sherman & Sterling | 125,000.00 | | 66,656.15 | 87,771.89 | $72,967.10 | $160,738.99 | 2.77734% | $3,443.16 |
| Sherry-Lehman | 2,017.02 | | 1,075.57 | 1,416.31 | $1,177.41 | $2,593.72 | 0.04482% | $55.56 |
| Sir Norman and Partners, Ltd. | 150,000.00 | | 79,987.38 | 105,326.27 | $87,560.53 | $192,886.79 | 3.33281% | $4,131.79 |
| Southern District Reporters | 96.00 | | 51.19 | 67.41 | $56.04 | $123.45 | 0.00213% | $2.64 |
| Sterling Doubleday LP | 60,000.00 | | 31,994.95 | 42,130.51 | $35,024.21 | $77,154.72 | 1.33312% | $1,652.72 |
| Tearney & Tearney | 1,738.29 | | 902.19 | 1,187.98 | $987.60 | $2,175.58 | 0.03759% | $46.60 |
| The Bank of New York | 22,783.06 | | 12,149.05 | 15,997.70 | $13,299.31 | $29,297.01 | 0.50621% | $627.57 |
| The Mark Hotel | 35,055.51 | | 18,693.32 | 24,615.11 | $20,463.19 | $45,078.30 | 0.77889% | $985.61 |
| Western Australia Bank f/k/a Bank of Western Australia Lt | 66,095.26 | | 35,245.24 | 46,410.45 | $38,582.24 | $84,992.69 | 1.46855% | $1,820.61 |
| | | | | | | | | |
| | $4,500,756.63 | | $2,400,000.00 | 3,160,286.83 | $2,627,230.43 | $5,787,517.26 | 100.00000% | $123,973.29 |

Exhibit A