IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| In re: | * | |
| **G. WARE TRAVELSTEAD,** | * | Case No. 96-5-4979-DWK |
| Debtor. | * | (Chapter 11) |
| * * * * * * * * * * * * * | | |

### CHAPTER 11 FINAL REPORT AND MOTION FOR FINAL DECREE

Joel I. Sher, Liquidation Agent, filed the following report of payments made pursuant to the Third Revised Fourth Amended Chapter 11 Plan, confirmed by the Court on December 30, 1997 (the "Plan").[1]

| **Total Post-Confirmation Distribution** | **$10,427,130.18** |
|---|---|

| | | | |
|---|---|---|---|
| **Net Cash Receipt** | | | **$10,427,130.18** |
| **Priority Payments of Expenses of Administration Other Than Operating Expenses** | **Paid** | **Proposed** | **Total** |
| 1. Trustee's Commission (if any) | $0.00 | $0.00 | $0.00 |
| 2. Fees and Expenses Liquidation Agent Counsel | $1,260,415.25 | $0.00 | $1,260,415.25 |
| **Other Professional Fees and Expenses** | | | |
| Fees and Expenses of Other Professionals (See attached Exhibit A) | $2,192,052.41 | $0.00 | $2,192,052.41 |
| United States Trustee Fees | $22,825.00 | $0.00 | $22,825.00 |
| Other expenses of Liquidation[2] | $1,540,841.77 | $0.00 | $1,540,841.77 |
| **TOTAL** | | | **$5,016,134.43** |
| **Payments to Creditors** | | | |
| Payments to Priority Creditors (Internal Revenue Service) | $626,525.47 | $0.00 | $626,525.47 |
| Payment to secured creditors (loan payments) | $126,996.61 | $0.00 | $126,996.61 |

---

[1] This Report is exclusive of administrative costs paid pre-confirmation.
[2] The type of expenses incurred in the lengthy administration of this case are too voluminous to itemize. They include, but are not limited to, storage and moving fees, bank fees, insurance fees, court reporter fees, expenses incurred during the liquidation of assets, and payments made to the Debtor pursuant to the Plan and various Court Orders.

| | | | |
|---|---|---|---|
| Payment to secured creditor Patrick Donnelly pursuant to Court Order – 32.8125% of the $6.5 million cash portion of the consideration from the sale of 32 shares of Blockless Investments B.V. (the "Blockless Sale")[3] | $2,133,500.38 | $0.00 | $2,133,500.38 |
| Payment to unsecured creditors (See Attached Exhibit B) | $2,523,973.29 | $0.00 | $2,523,973.29 |
| **TOTAL** | | | **$5,410,995.75** |
| **TOTAL DISTRIBUTION** | | | **$10,427,130.18** |

The Liquidating Agent hereby avers that all provisions of the Plan have been substantially consummated, and plan payments have been completed.  Wherefore, the Liquidating Agent, having fully administered this estate, prays for entry of an Order of Discharge and the entry of a Final Decree.


Dated:  April 3, 2013            /s/ Joel I. Sher
                                  Joel I. Sher, Liquidating Agent, Bar No. 00719
                                  Shapiro Sher Guinot & Sandler
                                  36 S. Charles St., 20th Fl.
                                  Baltimore, MD  21201
                                  410-385-0202
                                  jis@shapirosher.com

---

[3] This payment is in addition to payments made to Karen Hobson from the gross proceeds of the Blockless Sale on account of her 8 shares of Blockless stock and a claim for 20% of the amount of any proceeds obtained by Blockless as repayment for various Travelstead loans.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 3rd day of April, 2013, copies of the foregoing were served on the parties listed below by first-class mail, unless said party is a registered CM/ECF participant and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

    Cameron J. McDonald, Esq.
    Whiteford Taylor & Preston, LLP
    Seven Saint Paul Street
    Baltimore, MD  21202

    Office of the United States Trustee
    Garmatz Federal Court House
    101 W. Lombard Street, Ste. 2625
    Baltimore, MD  21201


                                                  /s/  Joel I. Sher
                                                Joel I. Sher