## EXHIBIT A – FEES AND EXPENSES OF PROFESSIONALS

G. Ware Travelstead (96-54979)
Summary of approved Professional Fees and Expenses

| Description | Paid | Proposed | Total |
|---|---|---|---|
| **Rosenberg Proutt** | $96,788.16 | $0.00 | $96,788.16 |
| **Whiteford Taylor** | $1,500,781.03 | $0.00 | $1,500,781.03 |
| **Grant Thornton** | $193,426.46 | $0.00 | $193,426.46 |
| **F.X. Ryan and Associates** | $6,064.00 | $0.00 | $6,064.00 |
| **Flavin/Haight, Gardner** | $39,844.23 | $0.00 | $39,844.23 |
| **Carruthers & Roth** | $33,631.79 | $0.00 | $33,631.79 |
| **Navigant/Penta Advisory** | $82,675.69 | $0.00 | $82,675.69 |
| **Alfonso Martinez-Alemeida** | $23,330.00 | $0.00 | $23,330.00 |
| **Cowan Liebowitz** | $12,023.47 | $0.00 | $12,023.47 |
| **Susan Perrin Art Consulting** | $14,793.97 | $0.00 | $14,793.97 |
| **De Olivar, Selva & Zegri** | $93,678.88 | $0.00 | $93,678.88 |
| **Extra Space Management, Inc.** | $10,000.00 | $0.00 | $10,000.00 |
| **IPMF** | $10,000.00 | $0.00 | $10,000.00 |
| **Gassiot Advocats** | $14,986.82 | $0.00 | $14,986.82 |
| **Hans Schreiber/Houthoff Buruma** | $7,888.62 | $0.00 | $7,888.62 |
| **David LeBeau (Expert)** | $1,858.47 | $0.00 | $1,858.47 |
| **Eklemans Den Hollander** | $10,000.00 | $0.00 | $10,000.00 |

| Description | Paid | Proposed | Total |
|---|---|---|---|
| Gallagher & Kennedy (Babbit Local Counsel) | $2,168.57 | $0.00 | $2,168.57 |
| Stacy Boyd | $3,221.25 | $0.00 | $3,221.25 |
| Carter Ledyard & Milburn | $34,891.00 | $0.00 | $34,891.00 |
| TOTAL | | | $2,192,052.41 |