Travelstead - First Distribution

| Creditor | Allowed Claim | Interest 1 | Claim at Effective Date | Interest 2 | Claim at Payment Date | Percentage | 2,000,000 Distribution | 2,500,000 Distribution | 2,400,000.00 Distribution |
|---|---|---|---|---|---|---|---|---|---|
| **Non-priority Unsecured  ($2.4M Distribution)** | | | | | | | | | |
| Action Legal Video | 397.00 | 38.33 | 435.33 | 55.13 | 490.46 | 0.009% | 176.42 | 220.52 | 211.70 |
| American Express – Platinum | 104,214.76 | 10,062.29 | 114,277.05 | 14,472.40 | 128,749.45 | 2.316% | 46,310.36 | 57,887.95 | 55,572.43 |
| American Express – Centurion | 9,744.45 | 940.86 | 10,685.31 | 1,353.22 | 12,038.53 | 0.217% | 4,330.18 | 5,412.73 | 5,196.22 |
| American Express – Gold | 18,070.84 | 1,744.80 | 19,815.64 | 2,509.51 | 22,325.16 | 0.402% | 8,030.22 | 10,037.77 | 9,636.26 |
| American Express Travel Related | 21,461.84 | 2,072.21 | 23,534.05 | 2,980.42 | 26,514.48 | 0.477% | 9,537.09 | 11,921.36 | 11,444.51 |
| BMW Financial Services | 22,150.00 | 2,138.66 | 24,288.66 | 3,075.99 | 27,364.65 | 0.492% | 9,842.89 | 12,303.61 | 11,811.47 |
| Bankcard Center (MC) | 9,226.04 | 890.81 | 10,116.85 | 1,281.23 | 11,398.07 | 0.205% | 4,099.82 | 5,124.77 | 4,919.78 |
| Bankcard Center (VISA) | 9,621.03 | 928.94 | 10,549.97 | 1,336.08 | 11,886.05 | 0.214% | 4,275.34 | 5,344.17 | 5,130.41 |
| Bankcard Services (corporate) | 17,018.13 | 1,643.16 | 18,661.29 | 2,363.32 | 21,024.61 | 0.378% | 7,562.42 | 9,453.02 | 9,074.90 |
| Cacace Tush & Santagata | 81,096.61 | 7,830.16 | 88,926.77 | 11,261.96 | 100,188.72 | 1.802% | 36,037.25 | 45,046.56 | 43,244.70 |
| Eduardo Canet | 2,750,000.00 | 265,521.92 | 3,015,521.92 | 381,894.95 | 3,397,416.87 | 61.101% | 1,222,029.36 | 1,527,536.70 | 1,466,435.23 |
| Citibank   VISA | 6,485.45 | 626.19 | 7,111.64 | 900.64 | 8,012.28 | 0.144% | 2,881.97 | 3,602.46 | 3,458.36 |
| Citibank   MC | 3,605.03 | 348.08 | 3,953.11 | 500.63 | 4,453.74 | 0.080% | 1,601.98 | 2,002.48 | 1,922.38 |
| Colucci Investigations | 291.50 | 28.15 | 319.65 | 40.48 | 360.13 | 0.006% | 129.54 | 161.92 | 155.44 |
| Duker & Barrett | 187,818.77 | 18,134.55 | 205,953.32 | 26,082.56 | 232,035.88 | 4.173% | 83,461.84 | 104,327.30 | 100,154.20 |
| Eagle Transfer Corp. | 548.02 | 52.91 | 600.93 | 76.10 | 677.04 | 0.012% | 243.53 | 304.41 | 292.23 |
| Hedy B. Foreman | 467,052.00 | 45,095.47 | 512,147.47 | 64,859.93 | 577,007.40 | 10.377% | 207,545.91 | 259,432.39 | 249,055.09 |
| Hilton Hotel - Logan Airport | 10.66 | 1.03 | 11.69 | 1.48 | 13.17 | 0.000% | 4.74 | 5.92 | 5.68 |
| Homestead Gardens | 45,640.37 | 4,406.73 | 50,047.10 | 6,338.12 | 56,385.22 | 1.014% | 20,281.41 | 25,351.76 | 24,337.69 |
| Wolfgang Hoyt | 8,716.87 | 841.64 | 9,558.51 | 1,210.52 | 10,769.03 | 0.194% | 3,873.55 | 4,841.94 | 4,648.26 |
| Internal Revenue Service | 785.90 | 75.88 | 861.78 | 109.14 | 970.92 | 0.017% | 349.23 | 436.54 | 419.08 |
| Kaminitz Uhfelder & P. | 60,303.05 | 5,822.47 | 66,125.52 | 8,374.34 | 74,499.85 | 1.340% | 26,797.13 | 33,496.41 | 32,156.55 |
| Manhattan Reporting Corp. | 1,997.15 | 192.83 | 2,189.98 | 277.35 | 2,467.33 | 0.044% | 887.48 | 1,109.35 | 1,064.98 |
| McCall Firm | 1,014.25 | 97.93 | 1,112.18 | 140.85 | 1,253.03 | 0.023% | 450.71 | 563.38 | 540.85 |
| O'Melveny & Meyers | 17,021.10 | 1,643.45 | 18,664.55 | 2,363.74 | 21,028.28 | 0.378% | 7,563.74 | 9,454.67 | 9,076.49 |
| Oberstein, Kibre & Horwitz | 21,142.99 | 2,041.43 | 23,184.42 | 2,936.15 | 26,120.56 | 0.470% | 9,395.40 | 11,744.25 | 11,274.48 |
| Phil Dietz, Esquire | 7,030.54 | 678.82 | 7,709.36 | 976.34 | 8,685.70 | 0.156% | 3,124.19 | 3,905.24 | 3,749.03 |
| Virginia Ramirez | 160,000.00 | 15,448.55 | 175,448.55 | 22,219.34 | 197,667.89 | 3.555% | 71,099.89 | 88,874.86 | 85,319.87 |
| Robinson Murphy & McDonald | 5,000.00 | 482.77 | 5,482.77 | 694.35 | 6,177.12 | 0.111% | 2,221.87 | 2,777.34 | 2,666.25 |
| Saks Fifth Avenue | 507.14 | 48.97 | 556.11 | 70.43 | 626.53 | 0.011% | 225.36 | 281.70 | 270.43 |
| Sherman & Sterling | 125,000.00 | 12,069.18 | 137,069.18 | 17,358.86 | 154,428.04 | 2.777% | 55,546.79 | 69,433.49 | 66,656.15 |
| Sherry-Lehman | 2,017.02 | 194.75 | 2,211.77 | 280.11 | 2,491.88 | 0.045% | 896.31 | 1,120.39 | 1,075.57 |
| Sir Norman and Partners, Ltd. | 150,000.00 | 14,483.01 | 164,483.01 | 20,830.63 | 185,313.65 | 3.333% | 66,656.15 | 83,320.18 | 79,987.38 |
| Southern District Reporters | 96.00 | 9.27 | 105.27 | 13.33 | 118.60 | 0.002% | 42.66 | 53.32 | 51.19 |
| Sterling Doubleday LP | 60,000.00 | 5,793.21 | 65,793.21 | 8,332.25 | 74,125.46 | 1.333% | 26,662.46 | 33,328.07 | 31,994.95 |
| Tearney & Tearney | 1,738.29 | 167.84 | 1,906.13 | 184.04 | 2,090.17 | 0.038% | 2,090.17 | 0.038% | 902.19 |
| The Bank of New York | 22,783.06 | 2,199.78 | 24,982.84 | 3,163.90 | 28,146.75 | 0.506% | 10,124.21 | 12,655.26 | 12,149.05 |
| The Mark Hotel | 35,055.51 | 3,384.73 | 38,440.24 | 4,868.19 | 43,308.43 | 0.779% | 15,577.77 | 19,472.21 | 18,693.32 |
| Western Australia Bank f/k/a Bank of Western Australia Ltd | 66,095.26 | 6,381.72 | 72,476.98 | 9,178.71 | 81,655.69 | 1.469% | 29,371.04 | 36,713.79 | 35,245.24 |
| | $ 4,500,756.63 | $ 434,563.47 | $ 4,935,320.10 | $ 624,966.73 | $ 5,560,286.82 | 100.000% | $ 2,001,338.35 | $ 2,499,060.22 | $ 2,400,000.00 |

**Additional Distrubtions per Court Order**
Patrick Donnelly       $2,133,500.38

**Priority - Taxes**
Internal Revenue Service     $ 126,525.47

Exhibit B

G. Ware Travelstead (96-54979) - Final Distribution

| | | |
|---|---|---|
| Interest: | 6.75% | |
| Date 1st Distribution | 12/15/1999 | $133,973.29  Estate Balance 3/31/2012 |
| Date Final Distribution | 3/31/2012 | $123,973.29  after $10,0000.00 holdback |
| # days between | 4490 | 0.039228493  percentage of dist ($10,000.00 holdback) |

| Creditor | Allowed Claim | 2,400,000.00 Distribution | Remaining Claim | Interest - 12/15/99 through 3/31/2012 | Total | Percentage | $123,973.29 Distribution |
|---|---|---|---|---|---|---|---|
| Action Legal Video | 397.00 | 211.70 | 278.76 | $231.74 | $510.51 | 0.00882% | $10.94 |
| American Express – Platinum | 104,214.76 | 55,572.43 | 73,177.02 | $60,834.00 | $134,011.02 | 2.31552% | $2,870.62 |
| American Express – Centurion | 9,744.45 | 5,196.22 | 6,842.31 | $5,688.19 | $12,530.50 | 0.21651% | $268.41 |
| American Express – Gold | 18,070.84 | 9,636.26 | 12,688.90 | $10,548.62 | $23,237.51 | 0.40151% | $497.77 |
| American Express Travel Related | 21,461.84 | 11,444.51 | 15,069.97 | $12,528.07 | $27,598.03 | 0.47685% | $591.17 |
| BMW Financial Services | 22,150.00 | 11,811.47 | 15,553.18 | $12,929.77 | $28,482.95 | 0.49214% | $610.13 |
| Bankcard Center (MC) | 9,226.04 | 4,919.78 | 6,478.29 | $5,385.58 | $11,863.87 | 0.20499% | $254.13 |
| Bankcard Center (VISA) | 9,621.03 | 5,130.41 | 6,755.64 | $5,616.15 | $12,371.79 | 0.21377% | $265.01 |
| Bankcard Services (corporate) | 17,018.13 | 9,074.90 | 11,949.71 | $9,934.11 | $21,883.82 | 0.37812% | $468.77 |
| Cacace Tush & Santagata | 81,096.61 | 43,244.70 | 56,944.02 | $47,339.08 | $104,283.10 | 1.80186% | $2,233.83 |
| Eduardo Canet | 2,750,000.00 | 1,466,435.23 | 1,930,981.64 | $1,605,276.35 | $3,536,257.99 | 61.10147% | $75,749.50 |
| Citibank  VISA | 6,485.45 | 3,458.36 | 4,553.92 | $3,785.80 | $8,339.72 | 0.14410% | $178.64 |
| Citibank  MC | 3,605.03 | 1,922.38 | 2,531.36 | $2,104.39 | $4,635.75 | 0.08010% | $99.30 |
| Colucci Investigations | 291.50 | 155.44 | 204.69 | $170.16 | $374.85 | 0.00648% | $8.03 |
| Duker & Barrett | 187,818.77 | 100,154.20 | 131,881.68 | $109,636.74 | $241,518.42 | 4.17309% | $5,173.52 |
| Eagle Transfer Corp. | 548.02 | 292.23 | 384.81 | $319.90 | $704.71 | 0.01218% | $15.10 |
| Hedy B. Foreman | 467,052.00 | 249,055.09 | 327,952.31 | $272,635.47 | $600,587.78 | 10.37730% | $12,865.07 |
| Hilton Hotel - Logan Airport | 10.86 | 5.68 | 7.49 | $6.23 | $13.72 | 0.00024% | $0.29 |
| Homestead Gardens | 45,840.37 | 24,337.69 | 32,047.53 | $26,641.97 | $58,689.50 | 1.01407% | $1,257.18 |
| Wolfgang Hoyt | 8,716.87 | 4,648.26 | 6,120.77 | $5,088.36 | $11,209.13 | 0.19368% | $240.11 |
| Internal Revenue Service | 785.90 | 419.08 | 551.84 | $458.76 | $1,010.60 | 0.01746% | $21.65 |
| Kaminitz Uhfelder & P. | 60,303.05 | 32,156.55 | 42,343.30 | $35,201.11 | $77,544.42 | 1.33986% | $1,661.06 |
| Manhattan Reporting Corp. | 1,997.15 | 1,064.98 | 1,402.35 | $1,165.81 | $2,568.16 | 0.04437% | $55.01 |
| McCall Firm | 1,014.25 | 540.85 | 712.18 | $592.05 | $1,304.23 | 0.02254% | $27.94 |
| O'Melveny & Meyers | 17,021.10 | 9,076.49 | 11,951.79 | $9,935.84 | $21,887.63 | 0.37819% | $468.85 |
| Oberstein, Kibre & Horwitz | 21,142.99 | 11,274.48 | 14,846.08 | $12,341.94 | $27,188.03 | 0.46977% | $582.39 |
| Phil Dietz, Esquire | 7,030.54 | 3,749.03 | 4,936.67 | $4,103.99 | $9,040.66 | 0.15621% | $193.66 |
| Virginia Ramirez | 160,000.00 | 85,319.87 | 112,348.02 | $93,397.90 | $205,745.92 | 3.55499% | $4,407.24 |
| Robinson Murphy & McDonald | 5,000.00 | 2,666.25 | 3,510.87 | $2,918.68 | $6,429.55 | 0.11109% | $137.73 |
| Saks Fifth Avenue | 507.14 | 270.43 | 356.10 | $296.04 | $652.14 | 0.01127% | $13.97 |
| Sherman & Sterling | 125,000.00 | 66,656.15 | 87,771.89 | $72,967.10 | $160,738.99 | 2.77734% | $3,443.16 |
| Sherry-Lehman | 2,017.02 | 1,075.57 | 1,416.31 | $1,177.41 | $2,593.72 | 0.04482% | $55.56 |
| Sir Norman and Partners, Ltd. | 150,000.00 | 79,987.38 | 105,326.27 | $87,560.53 | $192,886.79 | 3.33281% | $4,131.79 |
| Southern District Reporters | 96.00 | 51.19 | 67.41 | $56.04 | $123.45 | 0.00213% | $2.64 |
| Sterling Doubleday LP | 60,000.00 | 31,994.95 | 42,130.51 | $35,024.21 | $77,154.72 | 1.33312% | $1,652.72 |
| Tearney & Tearney | 1,738.29 | 902.19 | 1,187.98 | $987.60 | $2,175.58 | 0.03759% | $46.60 |
| The Bank of New York | 22,783.06 | 12,149.05 | 15,997.70 | $13,299.31 | $29,297.01 | 0.50621% | $627.57 |
| The Mark Hotel | 35,055.51 | 18,693.32 | 24,615.11 | $20,463.19 | $45,078.30 | 0.77889% | $965.61 |
| Western Australia Bank f/k/a Bank of Western Australia Ltd | 66,095.26 | 35,245.24 | 46,410.45 | $38,582.24 | $84,992.69 | 1.46855% | $1,820.61 |
| | $4,500,756.63 | $2,400,000.00 | 3,160,286.83 | $2,627,230.43 | $5,787,517.26 | 100.00000% | $123,973.29 |

Priority - Taxes
Internal Revenue Service    $500,000.00