

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In Re: | * | |
| G. Ware Travelstead | * | Case No.　96-54979-DK |
| | * | Chapter　11 |
| | * | |
| | * | |
| Debtor(s) | * | |

### FINAL DECREE IN CHAPTER 11 CASE

The estate of the above-named Debtor(s) having been fully administered, it is, by the United

States Bankruptcy Court for the District of Maryland,

ORDERED, that the Chapter 11 case of the above-named Debtor(s) is CLOSED.


cc:　Debtor(s)
　　　Counsel for Debtor(s)
　　　U.S. Trustee
　　　All Creditors


Postco-6.9--　8/24/07

**End of Order**