


Case 96-54979   Doc 1276   Filed 04/12/13   Page 1 of 6

```
                        United States Bankruptcy Court
                             District of Maryland
In re:                                                     Case No. 96-54979-dk
   G. Ware Travelstead                                     Chapter 11
            Debtor              CERTIFICATE OF NOTICE

District/off: 0416-1          User: vharper            Page 1 of 5           Date Rcvd: Apr 10, 2013
                              Form ID: pdfall          Total Noticed: 132


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2013.
db         +G. Ware Travelstead,    1709 Dey Cove Drive,    Virginia Beach, VA 23454-1341
aty        +Benjamin Rosenberg,    Rosenberg, Proutt, et al,    2115 Allfirst Bldg,    25 S Charles St,
             Baltimore, MD 21201-3330
aty        +Daniel A. Pollack,    Pollack & Kaminsky,    114 West 47th Street,    New York, NY 10036-1510
aty         David C. Roseman,    Jones Day,    51 Louisiana Ave., NW,    Washington,, DC  20001-2113
aty         Gregg Lewis Bernstein,    Zuckerman Spaeder LLP,    100 East Pratt Street,    Suite 2440,
             Baltimore, MD  21202-1031
aty        +Jack G. Stern,    1585 Broadway,    New York, NY 10036-8200
aty        +Javier Selva,    c/o Stephen F. Fruin,    Whiteford, Taylor & Preston, LLP,
             7 Saint Paul Street, Ste. 1400,    Baltimore, MD 21202-1697
aty        +Lewis Stephen Goodman,    Rifkin, Livingston, et al.,    575 S. Charles St., Ste. 200,
             Baltimore, MD 21201-2482
aty        +Martha L. Senkbeil,    Cahill Gordon & Reindel,    80 Pine Street,    New York, NY 10005-1790
aty        +Robert A. Banner,    Kalin & Banner,    757 Third Avenue,    New York, NY 10017-2013
aty        +Robert D. Harwick, Jr.,    Tieblot, Ryan et al.,    401 E. Pratt Street,    Suite 444,
             Baltimore, MD 21202-3039
aty         Robert Shenfeld,    Milbank, Tweed, Hadley & McCloy,    One Chase Manhattan Plaza,
             New York, NY  10005-1413
aty        +Stephen H. Kaufman,    Levin and Gann,    502 Washington Avd., Fl. 8,    Towson, MD 21204-4516
aty         Stephen J. Blauner,    Milbank, Tweed, Hadley & McCloy,    One Chase Manhattan Plaza,
             New York, NY  10005-1413
aty        +Stuart Martin Fischbein,    Tax Division, U.S. Dept. of Justice,
             PO Box 227, Ben Franklin Station,    Washington, DC 20044-0227
aty        +W. Hans Kobelt,    Pollack & Kaminsky,    114 West 47th Street,    New York, NY 10036-1510
aty        +Whiteford, Taylor & Preston L.L.P.,    c/o Aryeh E. Stein,    Seven Saint Paul Street,    Suite 1400,
             Baltimore, MD 21202-1697
op         +Alfonso Martinez-Almeida,    1515  Bay Road,,    Apt. 1,    Miami, Fl 33139-4170
cr         +Bobian Investment Company, N.V.,    c/o Kevin J. Burke,    Cahill Gordon & Reindel,
             80 Pine Street,    New York, NY 10005-1790
r          +Clifford Meredith,    P.O. Box 1787,    Easton, MD 21601-8935
op         +David J. LeBeau,    c/o Kenneth Oestreicher,    Whiteford, Taylor & Preston, L.P.,
             7 Saint Paul Street,    Baltimore, MD 21202-1697
cr         +Extra Space Management, Inc.,    c/o Mary Fran Ebersole,    Tydings & Rosenberg LLP,
             100 East Pratt St.,    26th Floor,    Baltimore, MD 21202-1062
cr         +Gail Tabor,    c/o Gregg L. Bernstein, Esq.,    217 E. Redwood Street,    Baltimore, MD 21202-3316
acc        +Grant Thornton,    2 Hopkins Plaza,    Baltimore, Md 21201-2909
cr         +Hedy B. Foreman,    c/o Richard M. Kremen,    Charles Center South,    36 South Charles Street,
             Baltimore, MD 21201-3020
sp         +Jeffrey H. Epstein,    1133 Avenue of the Americas,    New York, NY 10036-6710
op         +Joel I. Sher,    Shapiro Sher Guinot & Sandler,    36 S. Charles Street,    Suite 2000,
             Baltimore, MD 21201-3104
auc        +Joseph A. Cooper,    Alex Cooper Auctioneers, Inc.,    903 York Road,    Towson, MD 21204-2514
sp         +Mark C. Flavin,    Carter, Ledyard & Milburn,    2 Wall Street,    New York, NY 10005-2072
r          +Steve Culler,    3411 Healy Drive,    Box 24007,    Winston Salem, NC 27103-1409
acc        +Terry L. Musika,    1637 Thames Street,    Baltimore, MD 21231-3430
cr         +The Talbot Bank of Easton, Maryland,    c/o Constance M. Hare,    4 Reservoir Circle,    Suite 100,
             Baltimore, MD 21208-6360
crcm       +The Unsecured Creditors' Committee,    c/o Edward T. McDermott, Esq.,    Pollack and Kaminsky,
             114 W. 47th Street,    New York, NY 10036-1510
cr         +Timothy E. Wyman,    c/o Bruce G. Harris,    217 E. Redwood Street,    Suite 1500,
             Baltimore, MD 21202-3372
cr         +U.S. Dept. of Justice,    c/o Stuart M. Fischbein, Esq.,    Trial Attorney, Tax Division,
             PO Box 227,    Washington, DC 20044-0227
sp         +Walter Rand,    235 North Edgeworth St.,    Greensboro, NC 27401-2217
cr         +Wells Fargo Bank, N.A.,    420 Montgomery Street,    San Francisco, CA 94104-1298
1668664    +383 Madison Associates,    c/o Kevin J. Burke, Esq.,    Cahill, Gordon & Reindel,    80 Pine Street,
             New York, New York 10005-1790
1524372     AMERICAN EXPRESS OPTIMA CARD DIVISION,    C/O Becket & Lee LLP,    P.O. BOX 3001 Dept. V,
             Malvern, PA  19355-0701
1529468     AMERICAN EXPRESS TRAVEL RELATED SVCS CO,    C/O Becket & Watkins,    P.O. BOX 3001 Dept. AC,
             Malvern, PA  19355-0701
1483491    +Action Legal Video,    420 Lexington Avenue,    #2108,    New York, NY 10170-2199
1483492     Airtouch Cellular - LA,    Department 6080,    L.A., CA 90088-6080
1483493    +American Express,    Travel Related Services,    c/o Becket & Watkins, LLP,
             P.O. Box 3001, Dept U.,    Malvern, Pa 19355-0701
1483494     American Express,    Centurion Bank,    c/o The Optima Account,    Box 1407,    Newark, NJ 07101-1407
1577974    +American Express Travel Related Services,    c/o Becket & Watkins,    500 Chester Field Parkway,
             P.O. Box 3001,    Malvern, PA 19355-0701
1596806     American Express Travel Related Srvices,    Co, Inc.,    c/o Robert D. Harwick, Jr.,
             4th Floor, The World Trade Center,    Baltimore, Md. 21202-3091
1483495    +Asprey,    725 Fifth Avenue,    NY, NY 10022-2519
1483498    +Bank of America, NW,    Attn: Theodore M. Therriault,    c/o Weinstein, Fischer, Riley, et al.,
             800 5th Avenue, #4100,    Seattle, WA 98104-3100
```

```
District/off: 0416-1           User: vharper              Page 2 of 5                   Date Rcvd: Apr 10, 2013
                               Form ID: pdfall            Total Noticed: 132


2031093        Bank of Western Australia Limited,    c/o Mr. J.J.M. Cohenca,    Sr. Mgn. Property Finance, Bank of,
                 Western Australia Lmtd., Level 17,,    108 St. George's Ter., Western Aust
1483497        Bankcard Center,    P.O. Box 580301,    Charlotte, NC 28258-0301
1668665       +Bobian Investment Company, N.V.,    c/o Kevin J. Burke, Esq,    Cahill, Gordon & Reindel,
                 80 Pine Street,    New York, New York 10005-1790
1675337        CS First Boston Corporation,    Proskauer, Rose Goetz & Mendelsohn, LLP,    c/o Remy Ferrario, Esq,
                 l585 Broadway,    New York, New York 10036
1483499        Cacace Tusch & Santagata,    777 Summer Street,    P.O. Box 15859,    Stamford, CT 06901-0859
1617472       +Cacace, Tusch & Santagata,    c/o Paul T. Tusch,    777 Summer Street,    P.O. Box l5859,
                 Stamford, CT 06901-1022
1783395       +Calpyso Acquisition Corp.,    c/o Lawrence . Yumkas,    2115 First Maryland Building,
                 25 S. Charles St.,,    Baltimore, MD 21201-3330
1483500        Citibank (South Dakota), N.A.,    Exception Payment Processing MS 1186,
                 Sioux Falls, SD 57117-6005
1483501        Colucci Investigations,    P.O. Box 2026,    Stamford, CT 06906-0026
1483529        Comptroller of the Treasury,    Compliance Division Rm. 409,    301 W. Preston St.,
                 Baltimore, MD 21201-2383
1483537        Daily Record,    15 S. Saratoga Street,    Baltimore, MD 21202
1483502       +Duker & Barrett,    1585 Broadway,    NY, NY 10036-8200
1483503       +Eagle Transfer Corp.,    40 Laight Street,    NY, NY 10013-2147
2093380       +Eduardo Canet,    Attn: Stephen J. Blauner,    Milbank, Tweed, Hadley & McCloy,
                 1 Chase Manhattan Plaza,    New York, NY 10005-1413
1483530        Eduardo Canet,    c/o Milbank, Tweed, Hadley & McCloy,    l Chase Manhattan Plaza,
                 New York, New York 10005,    Attn: Stephen J. Blauner
1506172        Eduardo Canet,    c/o Robert C. Shenfeld, Esq.,    l Chase Manhattan Plaza,
                 New York, New York 10005
1624903       +Edythe M. Travelstead,    c/o Robert A. Banner, Esq,    Kalin & Banner,
                 757 Third Avenue, 7th Floor,    New York, New York 10017-2013
1483532       +Edythe M. Travelstead,    c/o Robert Banner,    Kalin & Banner,    757 Third Avenue, 7th Floor,
                 New York, New York 10017-2013
1511902        Edythe M. Travelstead,    c/o Douglas J. Wells, Esq,    lll Prospect Street,
                 Stamford, Conn. 06901
2436028       +Edythe Travelstead,    c/o James A. Vidmar, jr.,    1010 Wayne Avenue, 10th Floor,
                 Silver Spring, MD 20910-5600
1483504        First Interstate Bank,    P.O. Box 34770,    Seattle, WA 98124-1770
3166226       +Gibson Investments Limited,    c/o David C. Roseman,    Metropolitan Square,    1450 G Street, N.W.,
                 Washington, DC 20005
1927429       +Glory Business Limited,    c/o Richard Koo,    774 White Plains Road,    Suite 230,
                 Scarsdale, NY 10583-5030
1483505        Hedleys Humpers,    Units 2 & 4,    97 Victoria Road,    London, NW10 6ND
1682386       +Hedy B. Foreman,    c/o Richard M. Kremen, Esq,    Piper & Marbury, L.L.P.,    36 S. Charles Street,
                 Baltimore, Md 21201-3020
1483506        Hilton Hotel,    Logan International Airport,    East Boston, MA 02128
1483507       +Homestead Gardens,    c/o Michael P. Darrow,    221 Duke of Gloucester Street,
                 Annapolis, Md 21401-2506
1520227        James D. Wall,    Bell, Davis & Pitt, P.A.,    635 West Fourth Street,    P.O. Box 21029,
                 Winston-Salem, NC 27120-1029
1603758        Joseph Kibre, Esq,    Oberstein, Kibre & Horwitz,    l999 Avenue of the Stars, Suite l850,
                 Los Angeles, California 90067
1483509       +Kamanitz, Uhlfelder & P.,    Attn: Lawrence Kamanitz,    Executive Ctr./Hooks La.,
                 4 Reservoir Circle,    Baltimore, MD 21208-6319
2438531       +Karen L. Hobson,    c/o Lewis S. Goodman, Esq.,    Jamie B. Eisenberg,
                 575 S. Charles Street, Suite 200,    Baltimore, MD 21201-2482
2450690       +Karen L. Hobson,    c/o Jamie B. Eisenberg, Esq.,    Rifkin, Livingston, Levitan & Silver,
                 575 S. Charles Street, Suite 200,    Baltimore, MD 21201-2482
1483538       +MD Dept. of Employment Services,    Division of Unemployment,    1100 N. Eutaw Street,
                 Baltimore, MD 21201-2201
1483510       +Manhattan Reporting Corp,    132 Nassau Street,    NY, NY 10038-2400
1483511       +McCall Firm,    633 West Fourth Street,    Suite 150,    Winston-Salem, NC 27101-2756
2141959       +Mr. Mitsuhiro Yamamoto,    USA Sogo, Inc.,    Suite 460,    23046 Aviendia de la Carlota,
                 Laguna Hills, CA 92653-1548
1483525        New York State Dept of,    Taxation and Finance,    Audit Div Central Office,
                 WA Harriman State Campus,    Albany, NY 12227-0001
1682388        Niles, Barton & Wilmer,    c/o Patrick J.B. Donnelly, Esq,    lll S. Calvert Street, Suite l400,
                 Baltimore, Md. 21202
1483526        North Carolina,    Department of Revenue,    P.O. Box 25000,    Raleigh, NC 27640-0150
2102996        North Carolina Dept. of Revenue,    c/o Angela C. Fountain, Bankruptcy Mgr.,
                 Office Services Division,    P.O. Box 1168,    Raleigh, NC  27602-1168
1483512        O'Melveny & Myers,    Citicorp Center,    153 East 53rd Street,    NY, NY 10022-4611
1483513       +Oberstein, Kibre,  & Horwitz, LLP,    11726 San Vicente Boulevard, Suite 400,
                 Los Angeles, CA 90049-5047
3196379       +Patrick J.B. Donnelly,    Richard M. Kremen, Esq.,    Piper & Marbury, LLP,
                 36 South Charles Street,    Baltimore, MD 21201-3020
1483540       +Phil Dietz, Esquire,    16 S. Washington Street,    P.O. Box 1146,    Easton, MD 21601-8922
1483515       +Robinson, Murphy,    McDonald,    100 Park Avenue,    NY, NY 10017-5516
1483531        Roland Benner,    c/o Patrick Donnelly,Esq,    Niles, Barton & Wilmer,    111 S. Calvert St. #1400,
                 Baltimore, MD 21202-6185
3167489       +Roland E. Benner,    c/o C. Kevin Kobbe,    36 South Charles South,    Baltimore, MD 21201-3020
1483516       +Rollins Hudig Hall,    3334 Healy Drive,    Suite 301,    Winston-Salem, NC 27103-1476
```

```
District/off: 0416-1           User: vharper              Page 3 of 5            Date Rcvd: Apr 10, 2013
                               Form ID: pdfall            Total Noticed: 132


1483517       ++++SAKS FIFTH AVENUE,    PO BOX 856060,    LOUISVILLE KY 40285-6060
              (address filed with court: Saks Fifth Avenue,    P.O. Box 85060,    Louisville , KY 40285-5060)
1483535       +Secretary of Treasury,    15 & Pennsylvania Avenue,    Washington, DC 20220-0001
1483518       +Shearman & Sterling,    599 Lexington Avenue,    New York, NY 10022-6069
1626382       +Shearman & Sterling,    c/o Chris M. Smith, Esq,    Shearman & Sterling,    599 Lexington Avenue,
               New York, New York 10022-6069
2053558       +Sherman & Sterling,    c/o Chris M. Smith, Esq.,    599 Lexington Avenue,    New York, NY 10022-6069
1483519       +Sherry-Lehman,    679 Madison Avenue,    at 61st Street,    NY, NY 10065-8060
1682385       +Sir Norman Foster and Partners, LTD,     c/o John C. Dougherty, Esq,    Piper & Marbury, L.L.P.,
               36 S. Charles Street,    Baltimore, Md 21201-3020
1483520       +Southern District,    Reporters, P.C.,    500 Pearl Street, Rm 330,    NY, NY 10007-1330
1568815        Stephen D. Poe,    c/o Bell, Davis & Pitt, P.A.,    635 West Fourth Street,    P.O. Box 21029,
               Winston-Salem, NC 27120-1029
1679618       +Sterling Doublday Enterprises, L.P.,     c/o Andrew D. Manitsky, Esq,
               O’Sullivan Graev & Karabell, LLP,    30 Rockefeller Plaza,    New York, New York 10112-0015
1483539        Supervisor of Delin. Accts.,    Rm. 1 Municipal Bldg.,    Holliday & Lexington Streets,
               Baltimore, MD 21202
1483488        Talbot County Solicitor,    County Courts Building,    Easton, MD 21601
1483522       +The Bank of New York,    P.O. Box 748,    Harrison, NY 10528-0748
1483523        The Mark Hotel,    Madison Avenue,    at East 77th Street,    NY, NY 10021
1483489        The Talbot Bank of Easton, Md.,    c/o W. David Morse,    Assistant Vice President,    P.O. Box 949,
               Easton Md. 21601-0949
1886668       +Thomas E. Graham, Esquire,    Kilpatrick Stockton, LLP,    1001 W. Fourth Street,
               Winston-Salem, NC 27101-2410
1483490       +Timothy Wyman,    c/o Richard M. Kremen, Esq,    Piper & Marbury, L.L.P.,    36 S. Charles Street,
               Baltimore, Md 21201-3020
4288709        USA Sogo Co. Ltd.,    c/o Charles E. Patterson, Esq.,    Morrison & Foerster LLP,
               555 West Fifth Street, Suite 3500,    Los Angeles, CA 90013-1024
1776640       +USA Sogo, Inc.,    c/o Graham & James LLP,    Denis H. Oyakawa,
               801 South Figueroa St., 14th Floor,    Los Angeles, CA 90017-5504
1800150       +Virginia L. Kowalsky-Ramirez,    c/o Richard W. Moore,    207 E. Redwood St., Ste. 700,
               Baltimore, MD 21202-3321
1483514       +Virginia L. Kowalsky-Ramirez,    c/o Richard W. Moore, Esq.,    207 East Redwood Street, Suite 700,
               Baltimore, MD 21202-3321
2869475       +Virginia L. Kowalsky-Ramirez,    1162 River Bay Road,    Annapolis, MD 21409-4832
1682387        Virginia L. Kowalsky-Ramirez,    c/o Cyd Beth Wolf, Esq,    lll S. Calvert Street, Suite 2840,
               Baltimore,  Md. 21202
2141952       +Wells Fargo Bank, NA,    Loss Recovery Center,    P O Box 3947,    Walnut Creek,  CA 94598-0869
1977387        West Australia Bank,    St. George’s Terrace Perth,    Australia 60000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: cio.bncmail@irs.gov Apr 10 2013 19:49:45     Internal Revenue Service,
               c/o Clare J. Brooks,    Special Assistant United States Attorney,    31 Hopkins Plaza, Suite 1300,
               Baltimore, MD 21201-2828
              +E-mail/Text: ustpregion04.ba.ecf@usdoj.gov Apr 10 2013 19:55:09      Office of the U.S. Trustee,
               101 W. Lombard Street,    Suite 2625,    Baltimore, MD 21201-2668
1539886        E-mail/Text: bankruptcy@bbandt.com Apr 10 2013 19:51:24     Branch Banking and Trust Company,
               Bankruptcy Section,    P.O. Box 1847,    Wilson, NC 27894-1847
1483496        E-mail/Text: bankruptcynotices@bmwfs.com Apr 10 2013 19:56:50     BMW Financial Services,
               5515 Parkcentr Circle,    Dublin, Ohio 43017
2421243        E-mail/Text: cio.bncmail@irs.gov Apr 10 2013 19:49:45     Department of the Treasury,
               Internal Revenue Service,    31 Hoplins Pl Rm 1120,    Baltimore MD  21201
1483524        E-mail/Text: cio.bncmail@irs.gov Apr 10 2013 19:49:45     Internal Revenue Service,
               Federal Building, Rm 118,    Attn: D.F. Warren,    251 N. Main Street,    Winston-Salem, NC 27101
2093379        E-mail/Text: cio.bncmail@irs.gov Apr 10 2013 19:49:46     Internal Revenue Service,
               P.O. Box 1076,    Baltimore, MD  21203
1483528        E-mail/Text: cio.bncmail@irs.gov Apr 10 2013 19:49:46     Internal Revenue Service,
               Special Procedures Branch,    PO Box 1076,    Baltimore, MD 21203
1483533        E-mail/Text: cio.bncmail@irs.gov Apr 10 2013 19:49:46     Internal Revenue Service,
               Special Procedures Section,    P.O. Box 1076,    Baltimore, MD 21203
1483527       +E-mail/Text: AtlReorg@sec.gov Apr 10 2013 19:55:17     SEC,    3475 Lenox Rd. NE #1000,
               Atlanta, GA 30326-3235
1483536        E-mail/Text: AtlReorg@sec.gov Apr 10 2013 19:55:17     Branch of Reorganization,
               Securities and Exchange,    Commission Suite 1000,    3475 Lenox Road NE,    Atlanta, GA 30327-1232
                                                                                             TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Mark C. Flavin
cr              Duker Barrett Graveante & Market, LLP
intp            Eduardo Canet
cr              Shearman & Sterling
r               Walsh & Benson
cr*            +American Express Travel Related Services,    c/o Becket & Watkins,    500 Chester Field Parkway,
                P.O. Box 3001,    Malvern, PA 19355-0701
cr*            +Gibson Investments Limited,    c/o David C. Roseman,    Metropolitan Square,    1450 G Street, N.W.,
                Washington, DC 20005
acc*           +Grant Thornton,    2 Hopkins Plaza,    Baltimore, Md 21201-2909
op*            +Joel I. Sher,    Shapiro Sher Guinot & Sandler,    36 S. Charles Street,    Suite 2000,
                Baltimore, MD 21201-3104
```

```
District/off: 0416-1           User: vharper              Page 4 of 5              Date Rcvd: Apr 10, 2013
                               Form ID: pdfall            Total Noticed: 132

              ***** BYPASSED RECIPIENTS (continued) *****
cr*         +Karen L. Hobson,    c/o Lewis S. Goodman, Esq.,   Jamie B. Eisenberg,
              575 S. Charles Street, Suite 200,    Baltimore, MD 21201-2482
cr*         +Roland E. Benner,    c/o C. Kevin Kobbe,   36 South Charles South,    Baltimore, MD 21201-3020
1483534*     Comptroller of the Treasury,    Compliance Division Rm. 409,   301 W. Preston Street,
              Baltimore, MD 21201-2383
                                                                                           TOTALS: 5, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 12, 2013**                    **Signature:**       *Joseph Speetjens*

```
District/off: 0416-1           User: vharper              Page 5 of 5              Date Rcvd: Apr 10, 2013
                               Form ID: pdfall            Total Noticed: 132
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2013 at the address(es) listed below:

        Aryeh E. Stein    on behalf of Attorney   Whiteford, Taylor & Preston L.L.P.
         astein@meridianlawfirm.com,  aryehstein@gmail.com
        C. Kevin Kobbe    on behalf of Creditor Roland Benner   kevin.kobbe@dlapiper.com
        Cameron J. Macdonald    on behalf of Attorney   Whiteford, Taylor & Preston L.L.P.
         cmacdonald@wtplaw.com
        Diarmuid F. Gorham    on behalf of Other Prof Joel Sher   lmt@shapirosher.com
        Douglas Robert Gorius    on behalf of Creditor   Sir Norman Foster and Partners, Ltd.
         dgorius.esq@comcast.net,  douglasgorius@gmail.com
        James A. Vidmar    on behalf of Counter-Defendant Edythe Travelstead   jvidmar@yvslaw.com,
         cbuell@yvslaw.com,psweeney@yvslaw.com,pgomez@yvslaw.com,yvslawcmecf@gmail.com
        Jamie B. Eisenberg    on behalf of Creditor Karen Hobson   jeisenberg@rlls.com
        Jay A. Shulman    on behalf of Counter-Claimant  Calypso Acquisition Corp.   jkuhns@saul.com
        Joel I. Sher    on behalf of Other Prof Joel Sher   ,  lmt@shapirosher.com,jsher@ecf.epiqsystems.com
        Joseph  Bellinger    on behalf of Defendant  USA Sogo, Inc.   jbellinger@offitkurman.com,
         cdixon@offitkurman.com
        Karen H. Moore    on behalf of U.S. Trustee   US Trustee - Baltimore   kmoore@lsimpsonlaw.com,
         rjarboe@lsimpsonlaw.com
        Kenneth  Oestreicher    on behalf of Counter-Claimant G. Travelstead   koestreicher@wtplaw.com
        Lawrence Joseph Yumkas    on behalf of Creditor  Calypso Acquisition Corp.   lyumkas@yvslaw.com,
         cbuell@yvslaw.com,pgomez@yvslaw.com,yvslawcmecf@gmail.com
        Lawrence P. Blaskopf    on behalf of Creditor   U.S. Dept. of Justice   lawrence.p.blaskopf@usdoj.gov
        Mark S. Devan    on behalf of Creditor  Wells Fargo Bank, N.A.   bankruptcy@mdmtglaw.com
        Mary Fran Ebersole    on behalf of Creditor   Extra Space Management, Inc.
         mebersole@tydingslaw.com,  bcammarata@tydingslaw.com
        Michael P. Darrow    on behalf of Creditor   Homestead Gardens, Inc.   mpd@hbdlaw.com
        Richard D. London    on behalf of Creditor   BMW Financial Services, N.A., Inc.
         rlondonassoc@aol.com
        Richard M. Kremen    on behalf of Creditor Hedy Foreman   richard.kremen@dlapiper.com,
         bill.countryman@dlapiper.com
        Richard Marc Goldberg    on behalf of Defendant Joel Sher   rmg@shapirosher.com,
         lmt@shapirosher.com,ejd@shapirosher.com,msw@shapirosher.com
        Sandra M. Jefferson    on behalf of Creditor   Internal Revenue Service
         Sandra.M.Jefferson@irscounsel.treas.gov
        Stephen F. Fruin    on behalf of Debtor G. Travelstead   sfruin@wtplaw.com
        Tamera L. Fine    on behalf of U.S. Trustee   US Trustee - Baltimore   tamera.fine@usdoj.gov
        Timothy F McCormack    on behalf of Defendant  Calypso Acquisition Corporation
         mccormackt@ballardspahr.com,  buhrmank@ballardspahr.com,mcgeoghm@ballardspahr.com,
         cromartie@ballardspahr.com
        US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV

        TOTAL: 25



DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | | |
|---|---|---|---|
| In Re: | * | | |
| G. Ware Travelstead | * | Case No. | 96-54979-DK |
| | * | Chapter | 11 |
| | * | | |
| | * | | |
| Debtor(s) | * | | |

### FINAL DECREE IN CHAPTER 11 CASE

The estate of the above-named Debtor(s) having been fully administered, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Chapter 11 case of the above-named Debtor(s) is CLOSED.

cc:   Debtor(s)
      Counsel for Debtor(s)
      U.S. Trustee
      All Creditors

Postco-6.9--  8/24/07

**End of Order**